# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 6/24/2021

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for David N Sonnenreich

This is to certify that David N Sonnenreich, Utah State Bar No. 4917 was admitted to practice law in Utah on 10/7/1986.

David N Sonnenreich is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Elizabeth A. Wright
General Counsel
Utah State Bar

No.2021 -958643
verify by email at cogsrequest@utahbar.org