AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California.

Date: 07/08/2021

/s/ Brian Wang
*Attorney's signature*

Brian Wang (California SBN: 284490)
*Printed name and bar number*

455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

*Address*

Brian.Wang@doj.ca.gov
*E-mail address*

(415) 510-3487
*Telephone number*

*FAX number*