AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California                                                                                                                                   .

Date:    07/08/2021                                                    /s/ Paula Blizzard
                                                                                           *Attorney's signature*

                                                                          Paula Blizzard (California SBN: 207920)
                                                                                    *Printed name and bar number*

                                                                                 455 Golden Gate Ave., Suite 11000
                                                                                          San Francisco, CA 94102

                                                                                                    *Address*

                                                                                    Paula.Blizzard@doj.ca.gov
                                                                                             *E-mail address*

                                                                                            (415) 510-3765
                                                                                          *Telephone number*

                                                                                                *FAX number*