# CERTIFICATE OF GOOD STANDING

## John Kraig Olson

This is to certify that John Kraig Olson is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Mr. Olson was admitted to the Idaho State Bar by examination on February 13, 2004 and has been an Active member since admission.

_____June 24, 2021_____
Date

_____
Diane K. Minnich, Executive Director

**I.B.C.R. 301. Definitions.**

\* \* \*

(i) **Good Standing.** The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.

\* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax: (208) 334-2764