# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Lucas Tucker,**

**Bar Number 10252** was admitted by the Supreme Court of the State of Nevada on

**10/17/2006** as an Attorney and Counselor at Law duly licensed to practice in all courts of

the State of Nevada.  It is further certified that **Lucas Tucker** is now an

**Active** member of the State Bar of Nevada in good standing.

DATED Friday, July 09, 2021.

*Vanessa Dalton*

Vanessa Dalton
Member Services Administrator
State Bar of Nevada