

# State Bar of South Dakota

**President**
William C. Garry
200 East 10th St., Ste. 200
Sioux Falls, SD 57104
(605) 336-0828
bgarry@cadlaw.com

**President Elect**
Lisa Hansen Marso
300 S. Main Ave.
Sioux Falls, SD 57104
(605) 336-2424
lkmarso@boycelaw.com

**Executive Director & Sec/Treas**
Andrew L. Fergel
111 W. Capitol Ave. #1
Pierre, SD 57501
(605) 224-7554
andrew.fergel@sdbar.net

**Board of Bar Commissioners**
Kirsten K. Aasen
Renee H. Christensen
Timothy Dougherty
Hon. Francy E. Foral
Stacy M. Johnson
Brent K. Kempema
Rory King
Eric J. Pickar
John T. Richter
Matthew T. Roby
N. Drew Skjoldal
Jacob W. Tiede
Marilyn Trefz

To Whom It May Concern:

This is to certify that Ms. Yvette K. Lafrentz of Pierre, SD was admitted to practice law in the State of South Dakota on October 2, 2009; that she is presently listed on the roster of active practitioners in this state in good standing and is presently, and has been at all times since that year, in good standing and admitted to practice before the Supreme Court of South Dakota, and further, that her fitness to practice law and her conduct as an attorney have never been legitimately challenged before the Disciplinary Board of the State Bar of South Dakota.

Dated at Pierre, South Dakota, this 7th day of July 2021.

_Kylee Hoffman_
Kylee Hoffman
Administrative Assistant
State Bar of South Dakota