# State of Connecticut

# Supreme Court

I, **Carolyn C. Ziogas,** *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify,** *that, in the Supreme Court at* **Hartford**

*on the* **3rd** *day of* **November, 2003**

**Jeremy Lawrence Pearlman**

*of*

**Simsbury, Connecticut**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

**In Testimony Whereof,** *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **September 18, 2019**



*Carolyn C. Ziogas*
*Chief Clerk*