

**NEW HAMPSHIRE BAR ASSOCIATION**
Equal Justice Under Law

2 Pillsbury Street, Suite 300, Concord, New Hampshire 03301-3502
T 603-224-6942 | F 603-224-2910 | www.nhbar.org

**BOARD OF GOVERNORS**

*Officers*
RICHARD GUERRIERO
*President*
SANDRA L. CABRERA
*President-Elect*
JONATHAN M. ECK
*Vice President*
SUSAN AILEEN LOWRY
*Secretary*
CHRISTOPHER T. REGAN
*Treasurer*

*Governors-at-Large*
CATHERINE E. SHANELARIS
*Nashua*
CHRISTINE M. HANISCO
*Concord*
KATHLEEN M. MAHAN
*Manchester*
KRISTIN G. FIELDS
*Laconia*
JAMES A. SHEPARD
*Concord*

*Public Sector Governor*
LINDSEY B. COURTNEY

*Out of State Governor*
JASON B. DENNIS

*County Governors*
JESSE W. FRIEDMAN
*Belknap County*
LESLIE M. LEONARD
*Carroll County*
MONIQUE M. SCHMIDT
*Cheshire County*
SCOTT J. WHITAKER
*Coos County*
VIKTORIYA A. KOVALENKO
*Grafton County*
LESLIE C. NIXON
*Hillsborough County - North*
DONALD H. SIENKIEWICZ
*Hillsborough County – South*
HEATHER A. CHERNISKE
*Merrimack County*
PAUL B. KLEINMAN
*Rockingham County*
ABBY SYKAS KAROUTAS
*Strafford County*
GEOFFREY M. GALLAGHER
*Sullivan County*

*Executive Staff*
GEORGE R. MOORE, ESQ.
*Executive Director*
PAULA D. LEWIS
*Associate Executive Director for Operations*
JOANNE M. HINNENDAEL
*Director of Professional Development*
LYNNE G. SABEAN, ESQ.
*Director of Marketing, Communications & Member Outreach*

July 7, 2021

TO WHOM IT MAY CONCERN:

This is to certify that:

| | |
|---|---|
| Name: | Alexandra C. Sosnowski |
| | Concord, NH |
| Bar ID #: | 268996 |
| Current Status: | ACTIVE |
| Date of Admission: | May 19, 2017 |

is a member in good standing with the New Hampshire Bar Association, meaning the member's Association Dues and Court Fees are current; the member has taken the required Continuing Legal Education courses; and the member has affirmed that his/her Trust Accounts are in good order.

Sincerely,

*Michele Gilbert*

Michele L. Gilbert
Member Records Coordinator

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 7th day of July 2021 by Michele L. Gilbert.

*Linda Sutton*

[Seal: LINDA M. SUTTON, JUSTICE OF THE PEACE, NEW HAMPSHIRE, MY COMMISSION EXPIRES JULY 27, 2023]

*Supporting Members of the Legal Profession and Their Service to the Public and Justice System*