Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of Utah et al. )<br>  )<br>           Plaintiff(s), )<br>  )<br>    v. )<br>  )<br> Google LLC et al. )<br>  )<br>           Defendant(s). ) | Case No: 3:21-cv-05227<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Mark Mattioli, an active member in good standing of the bar of the State of Montana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Montana in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 200151<br>Helena, MT 59620-0151 | 455 Golden Gate Ave Ste 11000<br>San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (406) 444-4500 | (415) 510-3487 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mmattioli@mt.gov | brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2927.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/15/21

Mark Mattioli
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark Mattioli is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE