

# INDIANA SUPREME COURT
# ATTORNEY ANNUAL REGISTRATION
# PROFILE REPORT
# 07/13/2021

**The following information is what you or your account administrator has certified, with the Roll of Attorneys:**

## Personal Information

| | | | |
|---|---|---|---|
| **Name:** | Mr. Scott Leroy Barnhart | **Attorney Number:** | 25474-82 |
| | | **Race:** | Caucasian |
| | | **Gender:** | Male |

## Contact Information

| | | | |
|---|---|---|---|
| **Primary Email:** | Scott.Barnhart@atg.in.gov | **Home Address:** | |
| **Alternate Email:** | barnhart.scott@gmail.com | P.O. Box 446 | |
| **Phone:** | (317) 232-6309 | Fishers, Indiana  46038 | |
| **Cell Phone:** | (317) 709-0126 | United States | |
| **Firm/Business Name:** | Office of Indiana Attorney General Curtis Hill | **Business Address:** | |
| | | 302 West Washington Street | |
| | | IGCS - 5th Floor | |
| | | Indianapolis, Indiana  46204 | |
| | | United States | |

## Contact Preferences

| | | | |
|---|---|---|---|
| **Address for Public Roll of Attorneys:** | Business address | **Phone for Public Roll of Attorneys:** | Primary phone |
| **Email for Public Roll of Attorneys:** | Primary email | **Appellate Clerk Notices/Public E-service:** | Business address  Primary email |

## Bar Status

| | | | |
|---|---|---|---|
| **Admit Date:** | 10/18/2005 | **Annual Registration Status:** | COMPLETED |
| **License Status:** | Active In Good Standing | **Annual Registration Status Date:** | 09/28/2020 |
| **Status Date:** | 10/18/2005 | | |

## IOLTA

| | |
|---|---|
| **Participation:** | Exempt |
| **Exempt Reason:** | I am a judge; an attorney employed by a local, state, or federal government; on duty with the armed services; a corporate counsel; or a teacher of law; and I am not otherwise engaged in the private practice of law. |
| **Bank:** | You do not have any IOLTA Accounts |

## Attorney Surrogate

| | |
|---|---|
| **Surrogate:** | No Surrogate selected |

**NOT AN INVOICE - DO NOT PAY**

IMPORTANT: Any change of address or other contact information must be reported to the Clerk of the Indiana Supreme Court within 30 days of such change.  You can do so through the Courts Portal at portal.courts.in.gov.  Failure to do so shall be a waiver of notice involving attorney licensure and/or disciplinary matters.

Clerk of the Courts
Roll of Attorney Administrator
Indiana Government Center South
402 W. Washington Street., Rm. W062
Indianapolis, IN 46204-2732
PHONE: 317-232-5861 ext. 4
rollatty@courts.IN.gov

Gregory R. Pachmayr
Clerk of the Indiana Supreme Court

This is your good standing card.  Print this record, detach and retain this card.

You may print an updated version of this report, including an updated bar card, at any time through the Indiana Courts Portal.

---

Indiana Supreme Court
2020-2021
Certificate of Good Standing

**Scott Leroy Barnhart**
ATTORNEY NUMBER 25474-82

This certifies that the above attorney is a member of the Indiana Bar and is in Active In Good Standing as of:

*[signature: Gregory R. Pachmayr]*

7/13/2021                    Clerk of Courts

---

7/13/2021 12:10 PM

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

SCOTT LEROY BARNHART

is a member of the bar of said Court since admission on October 18, 2005, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 13th day of July, 2021.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA