# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Thomas N. Kerrick
President

J.D. Meyer
President-Elect

Amy D. Cubbage
Vice President

J. Stephen Smith
Immediate Past President

Miranda D. Click
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Mindy G. Barfield
Douglas G. Benge
Rhonda Jennings Blackburn
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



*THIS IS TO CERTIFY THAT*

*PHILIP ROBERT HELERINGER*
*Kentucky Office of Attorney General*
*1024 Capital Center Drive, Suite 200*
*Frankfort, Kentucky 40601*

*Membership No. 96748*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 23rd day of November, 2020.*

*JOHN D. MEYERS*
*REGISTRAR*

By: *Michele M. Pogrotsky*
*Michele M. Pogrotsky, Deputy Registrar*