

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Diane Rebecca Hazel**

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**28th**__ day of __**December**__ A.D. __**2010**__ and that at the date hereof the said __**Diane Rebecca Hazel**__ is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**16th**__ day of __**July**__ A.D. __**2021**__

*Cheryl Stevens*
_____ Clerk

By _____ Deputy Clerk