Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al. )
)
                          Plaintiff(s), )
)
      v. )
Google LLC, et al. )
)
                    Defendant(s). )
)

Case No: 3:21-cv-05227

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael A. Undorf, an active member in good standing of the bar of the State of Delaware, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Delaware in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 820 N. French St., 5th Floor<br>Wilmington, DE 19801 | 455 Golden Gate Ave Ste 11000<br>San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD:<br>(302) 683-8816 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 510-3487 |
| MY EMAIL ADDRESS OF RECORD:<br>michael.undorf@delaware.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3874.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/21/21

                                              Michael A. Undorf
                                                 APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael A. Undorf is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE