# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 56541 |
| OF | ) | **CERTIFICATE** |
| NATHANIEL MARK HOPKIN | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**NATHANIEL MARK HOPKIN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on July 8, 2020, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 19th day of July, 2021.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court



RT **287**    2      **A**
FZ        16:30
                  9353
                  07.20

ORIGIN ID:OLMA       (360) 357-2077
C J MERRITT, CLERK
WASHINGTON STATE SUPREME COURT
415 12TH AVE SW

OLYMPIA  WA  98504-0, WA 98504
UNITED STATES US

SHIP DATE: 16JUL21
ACTWGT: 0.50 LB
CAD: 106803165/INET4340

TO   **GRACE SUMMERS**

**STATE OF WA AGO**

**ANTITRUST**

**800 FIFTH AVE STE 2000**

**SEATTLE WA 98104**

(206) 888-7192              REF: ADMIN
INV:
PO:                        DEPT:

RMA:

56DJ2/0265/FE4A





FedEx
Express

J211321033101uv

FedEx.                    **TUE – 20 JUL AA**
TRK# 7961 7317 9353    **STANDARD OVERNIGHT**
0223

**85 BFIA**                      **98104**
                              WA-US
                              **SEA**



924066  19Jul2021  01MA  56DG2/0265/1B23