Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of Utah, et. al., ) | Case No: 3:21-cv-05227 |
| Plaintiff(s), ) | |
| v. ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Google LLC, et. al., ) | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). ) | |

I, Scott R. Ryther, an active member in good standing of the bar of Utah, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Utah in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 160 East 300 South, Fifth Floor<br>Salt Lake City, UT 84114 | 455 Golden Gate Ave Ste 11000<br>San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (385) 881-3742 | (415) 510-3487 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sryther@agutah.gov | brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 05540.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/08/21

Scott R. Ryther
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott R. Ryther is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 22, 2021

UNITED STATES DISTRICTE JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER