Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al.

Plaintiff(s),

v.

Google LLC, et al.

Defendant(s).

Case No: 3:21-cv-05227-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Douglas L. Davis, an active member in good standing of the bar of West Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of West Virginia in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| P.O. Box 1789<br>Charleston, WV 25326 | 455 Golden Gate Ave Ste 11000<br>San Francisco, CA 94102 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (304) 558-8986 | (415) 510-3487 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| douglas.l.davis@wvago.gov | brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5502.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/09/21

Douglas L. Davis
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Douglas L. Davis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 22, 2021

UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER