Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Utah et al.  )
           )  Case No: 3:21-cv-05227
           )
      Plaintiff(s),  )  **APPLICATION FOR**
           )  **ADMISSION OF ATTORNEY**
   v.      )  **PRO HAC VICE**
Google     )  (CIVIL LOCAL RULE 11-3)
           )
      Defendant(s).  )

I, Brett T. DeLange, an active member in good standing of the bar of Idaho, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Idaho in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| PO Box 83730<br>Boise, ID 83720 | 455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (208) 334-4114 | (415) 510-3487 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| brett.delange@ag.idaho.gov | brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3628.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/09/21

Brett T. DeLange
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Brett T. DeLange is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 22, 2021

UNITED STATES DISTRICT JUDGE  *October 2012*

*PRO HAC VICE* APPLICATION & ORDER