Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al.                         )
                                              )   Case No: 3:21-cv-05227
                          Plaintiff(s),       )
                                              )   **APPLICATION FOR**
     v.                                       )   **ADMISSION OF ATTORNEY**
                                              )   **PRO HAC VICE**
Google LLC, et al.                            )   (CIVIL LOCAL RULE 11-3)
                                              )
                          Defendant(s).       )

I, Jeffrey Pickett, an active member in good standing of the bar of Alaska, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Alaska in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501 | 455 Golden Gate Ave Ste 11000<br>San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (907) 269-5275 | (415) 510-3487 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jeff.pickett@alaska.gov | brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9906022.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/13/21                                    Jeffrey Pickett
                                                   APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeffrey Pickett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 22, 2021
                                                   UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                        *October 2012*