AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah, et al. <br> *Plaintiff* <br> v. <br> Google LLC, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 3:21-cv-05227 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Oklahoma

Date: 07/23/2021

*Attorney's signature*

Caleb J. Smith, OBA No. 33613
*Printed name and bar number*
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
United States

*Address*

caleb.smith@oag.ok.gov
*E-mail address*

(405) 522-1014
*Telephone number*

(405) 522-0085
*FAX number*