AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Washington                                                                                                                                       .

Date:   07/23/2021

s/ Nathaniel M. Hopkin
*Attorney's signature*

NATHANIEL M. HOPKIN, WSBA 56541
*Printed name and bar number*

800 5th Ave., Ste. 2000
Seattle, WA  98104

*Address*

nathaniel.hopkin@atg.wa.gov
*E-mail address*

(206) 464-7030
*Telephone number*

*FAX number*