AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah, et al *Plaintiff* v. Google LLC *Defendant* | Case No. 3:21-cv-05227 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of South Dakota .

Date: 07/23/2021

/s/ Yvette K. Lafrentz
*Attorney's signature*

Yvette K. Lafrentz - SD 4018 (appearing pro hac vice)
*Printed name and bar number*

1302 E. Highway 14, Suite 1
Pierre, SD 57501
*Address*

yvette.lafrentz@state.sd.us
*E-mail address*

(605) 773-3215
*Telephone number*

(605) 773-4106
*FAX number*