AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Delaware.

Date: 07/26/2021

/s/ Michael A. Undorf
*Attorney's signature*

Michael A. Undorf, Admitted Pro Hac Vice
*Printed name and bar number*

Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
*Address*

michael.undorf@delaware.gov
*E-mail address*

(302) 683-8816
*Telephone number*

*FAX number*