AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of Utah et al<br>*Plaintiff*<br>v.<br>Google LLC et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:21-cv-05227 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Dakota.

Date: 07/26/2021

/s/ Elin S. Alm
*Attorney's signature*

Elin S. Alm, ND 05924 (appearance pro hac vice)
*Printed name and bar number*

Office of Attorney General
Consumer Protection and Antitrust Division
1050 E Interstate Ave Ste 200
Bismarck, ND  58503
*Address*

ealm@nd.gov
*E-mail address*

(701) 328-5570
*Telephone number*

(701) 328-5568
*FAX number*