AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Montana                                                                                      .

Date:   07/26/2021                                                           /s/ Mark Mattioli
                                                                                    *Attorney's signature*

                                                                     Mark Mattioli, MT Bar No. 2927
                                                                      *Printed name and bar number*
                                                                            P.O. Box 200151
                                                                         Helena, MT 59620-0151


                                                                                    *Address*

                                                                              mmattioli@mt.gov
                                                                                *E-mail address*

                                                                                (406) 444-4500
                                                                              *Telephone number*

                                                                                (406) 442-1894
                                                                                 *FAX number*