AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Idaho.

Date: 07/26/2021

/s/ Brett T. DeLange
*Attorney's signature*

Brett T. DeLange  (ISB No. 3628)
*Printed name and bar number*

PO Box 83720
Boise, Idaho  83720-0010
*Address*

brett.delange@ag.idaho.gov
*E-mail address*

(208) 334-4114
*Telephone number*

(208) 334-4151
*FAX number*