AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah, et al.<br>*Plaintiff*<br>v.<br>Google LLC, et al.<br>*Defendant* | Case No. 3:21-cv-05227 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Idaho.

Date: 7/26/2021

/s/ Stephanie N. Guyon
*Attorney's signature*

Stephanie N. Guyon (ISB No. 5989)
*Printed name and bar number*

PO Box 83720
Boise, Idaho 83720-0010
*Address*

stephanie.guyon@ag.idaho.gov
*E-mail address*

(208) 334-4135
*Telephone number*

(208) 334-4151
*FAX number*