AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Idaho.

Date: 07/26/2021

/s/ John K. Olson
*Attorney's signature*

John K. Olson (ISB No. 6807)
*Printed name and bar number*

PO Box 83720
Boise, Idaho  83720-0010

*Address*

john.olson@ag.idaho.gov
*E-mail address*

(208) 332-3549
*Telephone number*

(208) 334-4151
*FAX number*