AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-5227-JD |
| Google LLC, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Utah.

Date: 07/26/2021

/s/Scott R. Ryther
*Attorney's signature*

Scott R. Ryther (Utah State Bar 05540; pro hac vice)
*Printed name and bar number*
160 East 300 South, Fifth Floor
Salt Lake City, UT 84114

*Address*

sryther@agutah.gov
*E-mail address*

(385) 881-3742
*Telephone number*

*FAX number*