Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al )
                           ) Case No: 3:21-cv-05227
                  Plaintiff(s), )
                           ) **APPLICATION FOR**
       v.                     ) **ADMISSION OF ATTORNEY**
                           ) **PRO HAC VICE**
Google LLC, et al ) (CIVIL LOCAL RULE 11-3)
                           )
                Defendant(s). )

     I, Jessica Vance Sutton, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of North Carolina in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 629<br>Raleigh, NC 27690 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (919) 716-0998 | (415) 510-3487 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jsutton2@ncdoj.gov | brian.wang@doj.ca.gov |

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 41652.

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

     *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/21/21                                                   Jessica Vance Sutton
                                                                         APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

     IT IS HEREBY ORDERED THAT the application of Jessica Vance Sutton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 27, 2021

                                                    UNITED STATES DISTRICT JUDGE    *October 2012*