AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cb-05227-JD |
| Google LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah

Date:   07/26/2021

David N Sonnenereich
*Attorney's signature*

David Sonnenreich, Utah Bar #4917 (Pro Hac Vice)
*Printed name and bar number*

Office of the Utah Attorney General
160 East 300 South, 5th Floor
PO Bo 140874
Salt Lake City, UT 84114-0874
*Address*

dsonnenreich@agutah.gov
*E-mail address*

(801) 845-6862
*Telephone number*

(801) 366-0378
*FAX number*