AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Alaska.

Date: 07/27/2021

/s/ Jeffrey Pickett
*Attorney's signature*

Jeffrey Pickett (Alaska Bar No. 9906022)
*Printed name and bar number*
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

*Address*

jeff.pickett@alaska.gov
*E-mail address*

(907) 269-5275
*Telephone number*

(907) 276-3697
*FAX number*