AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-05227-JD |
| Google LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah.

Date: 07/28/2021

/s/ Brian Christensen
*Attorney's signature*

Brian Christensen, Utah Bar #12059 (Pro Hac Vice)
*Printed name and bar number*

Office of the Utah Attorney General
160 East 300 South, 5th Floor
PO Bo 140874
Salt Lake City, UT 84114-0874
*Address*

bchristensen1@agutah.gov
*E-mail address*

(385) 881-3292
*Telephone number*

(801) 366-0378
*FAX number*