AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Colorado                                                                                                 .

Date:    07/15/2021

/s/ Steven M. Kaufmann
*Attorney's signature*

Steven M. Kaufmann   CO 14153
*Printed name and bar number*
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203

*Address*

steve.kaufmann@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6040
*FAX number*