AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-05227-JD |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Kentucky.

Date: 07/29/2021

/s/ Philip R. Heleringer
*Attorney's signature*

Philip R. Heleringer (KY: 96748)
*Printed name and bar number*

Office of the Attorney General
Capital Complex East
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

*Address*

philip.heleringer@ky.gov
*E-mail address*

(502) 696-5647
*Telephone number*

(502) 564-2894
*FAX number*