Stephen Geary (SBN 172875)
Assistant Attorney General
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0100
E-Mail: swgeary@agutah.gov

David N. Sonnenreich (USB No. 4917) (*pro hac vice*)
dsonnenreich@agutah.gov
Brian Christensen (USB No. 12059) (*pro hac vice*)
bchristensen1@agutah.gov
Scott R. Ryther (USB No. 5540) (*pro hac vice*)
sryther@agutah.gov
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114
Telephone: (801) 366-0375

Attorneys for Plaintiff State of Utah

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF UTAH, *et. al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC, *et. al.*,<br><br>    *Defendants*. | Case No. 3:21-cv-5227-JD<br><br>**[PROPOSED]**<br>**ORDER FOR PARTIAL**<br>**SEALING OF COMPLAINT** |

The Court, having considered the "Motion to File Under Seal in Part" dated July __, 2021, filed by Plaintiffs the State of Utah and its co-plaintiff States, Commonwealths, and Districts, (collectively the "Plaintiff States"), and having considered the Declarations, Exhibits, and the Response filed by Defendants Google LLC and its affiliated co-defendants ("Google"), and good cause appearing therefor, hereby ORDERS as follows:

1. The Complaint submitted by the Plaintiff States contains certain passages that would disclose information and material that has been previously identified by Google as "Confidential" and which the court has determined constitutes trade secrets or otherwise highly sensitive internal commercial information that should be sealed for purposes of this case; and

2. The Complaint in the regular docket of this case shall be partially sealed, with those portions proposed by the parties to remain sealed being redacted from the public record in this matter.

Dated: August ___, 2021                    BY THE COURT:

                                           _____
                                           UNITED STATES DISTRICT JUDGE