Stephen Geary (SBN 172875)
Assistant Attorney General
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0100
E-Mail: swgeary@agutah.gov

David N. Sonnenreich (USB No. 4917) (*pro hac vice*)
dsonnenreich@agutah.gov
Brian Christensen (USB No. 12059) (*pro hac vice*)
bchristensen1@agutah.gov
Scott R. Ryther (USB No. 5540) (*pro hac vice*)
sryther@agutah.gov
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114
Telephone: (801) 366-0375

Attorneys for Plaintiff State of Utah

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et. al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 3:21-cv-5227-JD |
| | ) |
| v. | ) **PROOF OF SERVICE OF** |
| | ) **MOTION TO FILE UNDER** |
| GOOGLE LLC, *et. al.*, | ) **SEAL IN PART** |
| | ) |
| Defendants. | ) |
| | ) |

    Pursuant to N.D. Cal. Civil L.R. 79-5(e), counsel for Plaintiffs the State of Utah and its co-plaintiff States, Commonwealths, and Districts (collectively the "Plaintiff States") served true and correct copies of the following on Defendant Google LLC and its co-defendant affiliates

Proof of Service of
Motion to File Under Seal in Part
3:21-cv-5227-JD

(collectively "Google") by sending copies by email attachment to counsel for Google listed below on July 29, 2021:

Documents Served:

1. Motion to File Under Seal in Part;

2. Declaration of David N. Sonnenreich with Exhibits; and

3. Proposed Order for Partial Sealing of Complaint.

Counsel Served:

Brian C. Rocca
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
brian.rocca@morganlewis.com

Danial M. Petrocelli
O'MELVENY & MEYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
dpetrocelli@omm.com

Dated July 29, 2021.

By:  s/David Sonnenreich

2.   Proof of Service of
Motion to File Under Seal in Part
3:21-cv-5227-JD