

## VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Ryan Kriger**, **#4841** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 13th day of September 2011.

This is to **FURTHER CERTIFY** that the said **Ryan Kriger, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 13th day of July 2021.

Emily Wetherell
Deputy Clerk