AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-CV-05227-JD |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Oregon .

Date: July 30, 2021

/S/CHERYL HIEMSTRA
*Attorney's signature*

Cheryl Hiemstra OSB#13357
*Printed name and bar number*
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301

*Address*

cheryl.hiemstra@doj.state.or.us
*E-mail address*

(503) 934-4400
*Telephone number*

(503) 378-5715
*FAX number*