AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-cv-05227 |
| Google LLC, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Connecticut                                                                    .

Date:      07/31/2021

/s/ JEREMY LAWRENCE PEARLMAN
*Attorney's signature*

Jeremy Lawrence Pearlman, ct27856
*Printed name and bar number*

Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106

*Address*

jeremy.pearlman@ct.gov
*E-mail address*

(860) 808-5440
*Telephone number*

(860) 772-1711
*FAX number*