Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al.

                        Plaintiff(s),

      v.

Google LLC, et al.

                        Defendant(s).

Case No: 3:21-cv-05227

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Max M. Miller , an active member in good standing of the bar of Iowa , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Iowa in the above-entitled action. My local co-counsel in this case is Brian Wang , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1305 E Walnut St. Des Moines, IA 50319 | 455 Golden Gate Ave Ste 11000 San Francisco, CA 94102 |
| My telephone # of record: (515) 281-5926 | Local co-counsel's telephone # of record: (415) 510-3487 |
| My email address of record: Max.Miller@ag.iowa.gov | Local co-counsel's email address of record: brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AT0010344 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 08/02/21

                                       Max M. Miller
                                       APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Max M. Miller is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 3, 2021

                                 UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER