AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. <br> *Plaintiff* <br> v. <br> Google LLC, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   3:21-cv-05227 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Iowa.

Date:   08/03/2021

/s/ Max M. Miller
*Attorney's signature*

Max M. Miller (Iowa AT0010344)
*Printed name and bar number*
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319

*Address*

Max.Miller@ag.iowa.gov
*E-mail address*

(515) 281-5926
*Telephone number*

(515) 281-6771
*FAX number*