AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227-JD |
| Google LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Colorado.

Date: 08/03/2021

/s/ Diane R. Hazel
*Attorney's signature*

Diane R. Hazel, CO #42954 (Pro Hac Vice)
*Printed name and bar number*

Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
*Address*

Diane.Hazel@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6040
*FAX number*