AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of West Virginia.

Date: 07/23/2021

/s/ Douglas L. Davis
*Attorney's signature*

Douglas L. Davis, admitted pro hac vice
*Printed name and bar number*

West Virginia Attorney General's Office
Consumer Protection and Antitrust Division
P.O. Box 1789
Charleston, WV 25326
*Address*

douglas.l.davis@wvago.gov
*E-mail address*

(304) 558-8986
*Telephone number*

(304) 558-0184
*FAX number*