Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of Utah, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Google LLC, et al.<br><br>Defendant(s). | Case No: 3:21-cv-05227<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **John David McDowell**, an active member in good standing of the bar of **Tennessee**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **State of Tennessee** in the above-entitled action. My local co-counsel in this case is **Brian Wang**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| PO Box 20207<br>Nashville, TN 37202-4015 | 455 Golden Gate Ave., Ste. 11000<br>San Francisco, CA 94102 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (615) 741-7663 | (415) 510-3487 |
| My email address of record: | Local co-counsel's email address of record: |
| david.mcdowell@ag.tn.gov | brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **024588**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                                John David McDowell
                                                                                    APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **John David McDowell** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                           *October 2012*