# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

## Tyler Timothy Henry

was admitted to practice as an attorney and counsellor at the bar of this Court on December 3, 2014.

I further certify that so far as the records of this office are concerned, Tyler Timothy Henry is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 23rd day of July
A.D. 2021

By: _____
*Deputy Clerk*