Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al.

Plaintiff(s),

v.

Google LLC, et al.

Defendant(s).

Case No: 3:21-cv-05227

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John David McDowell, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Tennessee in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
PO Box 20207
Nashville, TN 37202-4015

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102

MY TELEPHONE # OF RECORD:
(615) 741-7663

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 510-3487

MY EMAIL ADDRESS OF RECORD:
david.mcdowell@ag.tn.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
brian.wang@doj.ca.gov

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 024588.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

John David McDowell
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John David McDowell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/11/2021

UNITED STATES DISTRICT/MAGISTRATE JUDGE