Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| State of Utah, et al. | ) | |
|---|---|---|
| | ) | Case No: 3:21-cv-05227 |
| Plaintiff(s), | ) | |
| | ) | **APPLICATION FOR** |
| v. | ) | **ADMISSION OF ATTORNEY** |
| Google LLC, et al. | ) | **PRO HAC VICE** |
| | ) | (CIVIL LOCAL RULE 11-3) |
| | ) | |
| Defendant(s). | ) | |

I, Scott Ethan Bowers, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Tennessee in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
315 Deaderick St., Fl. 20
Nashville, TN 37238

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102

MY TELEPHONE # OF RECORD:
(615) 837-5582

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 510-3487

MY EMAIL ADDRESS OF RECORD:
ethan.bowers@ag.tn.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
brian.wang@doj.ca.gov

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 038760.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                                  Scott Ethan Bowers
                                                                                APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Scott Ethan Bowers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  8/11/2021

UNITED STATES DISTRICT/MAGISTRATE JUDGE