AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Tennessee.

Date: 08/12/2021

/s/ John David McDowell
*Attorney's signature*

John David McDowell #024588
*Printed name and bar number*
PO Box 20207
Nashville, TN 37202-4015

*Address*

david.mcdowell@ag.tn.gov
*E-mail address*

(615) 741-7663
*Telephone number*

(615) 741-1026
*FAX number*