AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Tennessee .

Date:   08/12/2021

/s/ Scott Ethan Bowers
*Attorney's signature*

Scott Ethan Bowers #038760
*Printed name and bar number*
PO Box 20207
Nashville, TN 37202-4015

*Address*

ethan.bowers@ag.tn.gov
*E-mail address*

(615) 837-5582
*Telephone number*

(615) 741-1026
*FAX number*