AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-cv-05227 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia                                                                                              .

Date:      08/12/2021

/s/ Tyler T. Henry
*Attorney's signature*

Tyler T. Henry #87621 (appearance pro hac vice)
*Printed name and bar number*

202 North 9th Street
Richmond, Virginia 23219

*Address*

thenry@oag.state.va.us
*E-mail address*

(804) 692-0485
*Telephone number*

(804) 786-0122
*FAX number*