AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah, et al | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227 |
| Google LLC, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Rhode Island.

Date: 08/16/2021

/s/ Stephen N. Provazza
*Attorney's signature*

Stephen N. Provazza #691159 (appear. pro hac vice)
*Printed name and bar number*

Stephen N. Provazza
150 South Main Street
Providence, Rhode Island 02903

*Address*

sprovazza@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-2995
*FAX number*