UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et al. v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO STAY THE COURT'S AUGUST 18, 2021 ORDER**<br><br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD
[PROPOSED] ORDER RE: DEFENDANTS' EMERGENCY MOTION TO STAY

The Court, having read and considered Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp.'s (collectively, "Google") Emergency Motion to Stay the Court's August 18, 2021 Order, the memoranda filed by the parties, the Declaration of Brian Rocca in support, and good cause appearing therefor, the Court hereby GRANTS Google's Emergency Motion to Stay the Court's August 18, 2021 Order.

**IT IS HEREBY ORDERED THAT:**

1. The August 18, 2021 Order is stayed until the Court has acted on Google's Renewed Application to Seal. Plaintiffs are neither required nor permitted to file their unredacted Complaints while Google's Renewed Application to Seal remains pending before this Court.

2. If the Court denies Google's Renewed Application to Seal, Plaintiffs shall file unredacted versions of their complaints no earlier than seven days after the Ninth Circuit's mandate has issued in connection with any appeal Google seeks, subject to and to the extent permitted by such mandate.

OR, IN THE ALTERNATIVE:

3. In the event the Court denies Google's Emergency Motion to Stay or requires Plaintiffs to file unredacted complaints before any appeal is resolved, Plaintiffs shall file unredacted versions of their Complaints no earlier than seven days after such an order is entered. If Google files a motion to stay pending appeal in the Ninth Circuit during that seven-day period, Plaintiffs shall not file unredacted versions of their Complaints while Google's stay motion remains pending before the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable James Donato
United States District Judge

1

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD
[PROPOSED] ORDER RE: DEFENDANTS' EMERGENCY MOTION TO STAY