1   Brian C. Rocca, S.B #221576
    brian.rocca@morganlewis.com
2   Sujal J. Shah, S.B #215230
    sujal.shah@morganlewis.com
3   Michelle Park Chiu, S.B #248421
    michelle.chiu@morganlewis.com
4   Minna Lo Naranjo, S.B #259005
    minna.naranjo@morganlewis.com
5   Rishi P. Satia, S.B #301958
    rishi.satia@morganlewis.com
6   **MORGAN, LEWIS & BOCKIUS LLP**
    One Market, Spear Street Tower
7   San Francisco, CA 94105
    Telephone: (415) 442-1000
8   Facsimile: (415) 422-1001

9   Richard S. Taffet, *pro hac vice*
    richard.taffet@morganlewis.com
10  **MORGAN, LEWIS & BOCKIUS LLP**
    101 Park Avenue
11  New York, NY 10178
    Telephone: (212) 309-6000
12  Facsimile: (212) 309-6001
    *Attorneys for Defendants Google LLC, et al.*

    Daniel M. Petrocelli, S.B. #97802
    dpetrocelli@omm.com
    Stephen J. McIntyre, S.B. #274481
    smcintyre@omm.com
    **O'MELVENY & MYERS LLP**
    1999 Avenue of the Stars
    Los Angeles, California 90067
    Telephone: (310) 553-6700
    Facsimile: (310) 246-6779

    Ian Simmons, *pro hac vice*
    isimmons@omm.com
    Benjamin G. Bradshaw, S.B. #189925
    bbradshaw@omm.com
    **O'MELVENY & MYERS LLP**
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414

13

14

15

16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et al. v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)**<br><br>Place:  Courtroom 11, 19th Floor<br>Judge:  Hon. James Donato |

26

27

28

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

1    WHEREAS on July 21, 2021, the Developer Plaintiffs filed an administrative motion to

2    seal in connection with certain material included in their First Amended Consolidated Class

3    Action Complaint.  Case No. 3:21-md-02981-JD, Dkt. 62;

4    WHEREAS on July 21, 2021, the Consumer Plaintiffs filed an administrative motion to

5    seal in connection with certain material included in their Consolidated First Amended Class

6    Action Complaint.  Case No. 3:21-md-02981-JD, Dkt. 63;

7    WHEREAS on July 29, 2021, the States (collectively with the Developer Plaintiffs and

8    the Consumer Plaintiffs, "Plaintiffs") filed an administrative motion to seal in connection with

9    certain material included in their Complaint.  Case No. 3:21-cv-05227-JD, Dkt. 93;

10   WHEREAS on August 5, 2021, Defendants Google LLC, Google Ireland Limited, Google

11   Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. (collectively,

12   "Google") submitted a response and declaration in support of its request to seal certain of the

13   materials contained in the above-referenced administrative motions.  Case No. 21-md-02981-JD,

14   Dkt. 74;

15   WHEREAS on August 18, 2021, the Court denied these administrative motions to seal

16   and ordered Plaintiffs to "file unredacted versions of their complaints on ECF within 7 days of

17   this order."  Case No. 21-md-02981-JD, Dkt. 79;

18   WHEREAS Google has filed an Emergency Motion to Stay the Court's August 18, 2021

19   Order (the "Motion to Stay") to afford Google an opportunity to seek relief in connection with the

20   Court's August 18, 2021 Order; and

21   WHEREAS Google requested, and counsel for Plaintiffs consented, that the time for

22   briefing and hearing (if any) on Google's Motion to Stay should be shortened in accordance with

23   N.D. Cal. Civil Local Rules 6-1(b) and 6-2(a);

24   THEREFORE, pursuant to N.D. Cal. Civil Local Rule 6-2(a), the Parties hereby

25   STIPULATE and AGREE that Google's Motion to Stay shall be briefed and heard in accordance

26   with the following schedule:

27

28

1

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- **August 20, 2021 by 1:00 p.m. Pacific time**: Google files its Motion to Stay.

- **August 23, 2021**: Plaintiffs submit responses, if any, to Google's Motion to Stay.

- **August 24, 2021**: Google submits a reply, if any, to Plaintiffs' responses.

- **August 25, 2021 or as soon thereafter as practicable**: The Court hears argument on the Motion to Stay, if the Court deems it necessary.

The declaration required by N.D. Cal. Civil Local Rule 6-2(a) is filed herewith. *See* Declaration of Brian C. Rocca in Support of the Stipulation and Proposed Order Shortening Time Per Local Rule 6-2(a).

1    Dated:  August 20, 2021                    Respectfully submitted,

2

3                                               **O'MELVENY & MYERS LLP**
                                                Daniel M. Petrocelli
4                                               Ian Simmons
                                                Benjamin G. Bradshaw
5                                               Stephen J. McIntyre

6
                                                **MORGAN, LEWIS & BOCKIUS LLP**
7                                               Brian C. Rocca
                                                Sujal J. Shah
8                                               Richard S. Taffet
                                                Minna L. Naranjo
9                                               Rishi P. Satia
                                                Michelle Park Chiu
10

11
                                                By:    /s/ Brian C. Rocca
12                                                     _____
                                                       Brian C. Rocca
13
                                                *Attorneys for Defendants Google LLC, et al.*
14

15                                              **BARTLIT BECK LLP**
                                                Karma M. Giulianelli
16

17                                              **KAPLAN FOX & KILSHEIMER LLP**
                                                Hae Sung Nam
18

19                                              By:    /s/ Karma M. Giulianelli
                                                       _____
20                                                     Karma M. Giulianelli

21                                              *Co-Lead Counsel for the Proposed Class in In*
                                                *re Google Play Consumer Antitrust Litigation*
22

23                                              **PRITZKER LEVINE LLP**
                                                Elizabeth C. Pritzker

24

25                                              By:    /s/ Elizabeth C. Pritzker
                                                       _____
                                                       Elizabeth C. Pritzker
26

27                                              *Liaison Counsel for the Proposed Class in In re*

28                                                                    Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
                                       3                                       3:20-cv-05792-JD; 3:21-cv-05227-JD

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

*Google Play Consumer Antitrust Litigation*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
Robert F. Lopez
Benjamin J. Siegel

**SPERLING & SLATER PC**
Joseph M. Vanek
Eamon P. Kelly
Alberto Rodriguez


By:   */s/ Steve W. Berman*
         Steve W. Berman

*Co-Lead Interim Class Counsel for the
Developer Class and Attorneys for Plaintiff Pure
Sweat Basketball*


**HAUSFELD LLP**
Bonny E. Sweeney
Melinda R. Coolidge
Katie R. Beran
Scott A. Martin
Irving Scher


By:   */s/ Bonny E. Sweeney*
         Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the
Developer Class and Attorneys for Plaintiff
Peekya App Services, Inc.*


**OFFICE OF THE UTAH ATTORNEY
GENERAL**
David N. Sonnenreich


By:   */s/ David N. Sonnenreich*
         David N. Sonnenreich

*Counsel for Utah*

4

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

1

## E-FILING ATTESTATION

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brian C. Rocca*
Brian C. Rocca

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

1

**PURSUANT TO STIPULATION IT IS SO ORDERED**

2

3   Dated: _____      _____

4                                            The Honorable James Donato
                                             United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)