Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al. )
) Case No: 3:21-cv-05227
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
Google LLC,. et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Stephen M. Hoeplinger, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Missouri in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
815 Olive St., Suite 200
St. Louis, MO 63101

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
455 Golden Gate Ave Ste 11000
San Francisco, CA 94102

MY TELEPHONE # OF RECORD:
(314) 340-7849

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 510-3487

MY EMAIL ADDRESS OF RECORD:
stephen.hoeplinger@ago.mo.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
brian.wang@doj.ca.gov

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 62384.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/27/2021

/s/ Stephen M. Hoeplinger
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Stephen M. Hoeplinger is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE