1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
3  8th Floor
   Los Angeles, California  90067-6035
4  Telephone:    +1 310 246 6850
   Facsimile:    +1 310 246 6779
5
   *Attorney for Defendants*
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO

11

12 | STATE OF UTAH, et al., | Case No. 3:21-CV-05227 |
13 |         Plaintiffs, | **NOTICE OF APPEARANCE OF DANIEL M. PETROCELLI** |
14 |    v. |  |
15 | GOOGLE LLC, et al., |  |
16 |         Defendants. |  |

17

18       PLEASE TAKE NOTICE that attorney Daniel M. Petrocelli of the law firm of

19 O'Melveny & Myers LLP, located at 1999 Avenue of the Stars, 8th Floor, Los Angeles, CA

20 90067, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google

21 Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment

22 Corp. in the above-captioned action, and requests that all court documents in connection with this

23 action be served upon him at the e-mail address listed above.

Dated: August 30, 2021

DANIEL M. PETROCELLI
O'MELVENY & MYERS LLP

By: */s/ Daniel M. Petrocelli*
    Daniel M. Petrocelli
    O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 8th Floor
    Los Angeles, CA 90067
    Telephone: (310) 246-6850

*Attorney for Defendants*