1  BENJAMIN G. BRADSHAW (S.B. #189925)
   bbradshaw@omm.com
2  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
3  Washington, DC  20006-4061
   Telephone:    +1 202 383 5300
4  Facsimile:    +1 202 383 5414

5  *Attorney for Defendants*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN FRANCISCO**

11

12  STATE OF UTAH, et al.,                    Case No. 3:21-CV-05227

13                    Plaintiffs,             **NOTICE OF APPEARANCE OF**
                                              **BENJAMIN G. BRADSHAW**
14        v.

15  GOOGLE LLC, et al.,

16                    Defendants.

17

18        PLEASE TAKE NOTICE that attorney Benjamin G. Bradshaw of the law firm of

19  O'Melveny & Myers LLP, located at 1626 Eye Street, NW, Washington, DC 20006, hereby

20  appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited,

21  Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the

22  above-captioned action, and requests that all court documents in connection with this action be

23  served upon him at the e-mail address listed above.

24

25

26

27

28

1

Dated:  August 30, 2021

2

BENJAMIN G. BRADSHAW
O'MELVENY & MYERS LLP

3

4

5

By: */s/ Benjamin G. Bradshaw*
        Benjamin G. Bradshaw
        O'MELVENY & MYERS LLP

6

        1625 Eye Street, NW
        Washington, DC 20006

7

        Telephone: (202) 383-5300

8

*Attorney for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF BENJAMIN
G. BRADSHAW 3:21-CV-05227