Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF UTAH, et al. | ) Case No: 3:21-cv-05227 |
| Plaintiff(s), | ) |
| v. | ) **APPLICATION FOR** |
| GOOGLE LLC, et al. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| Defendant(s). | ) (CIVIL LOCAL RULE 11-3) |

I, Ian Simmons, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: see atttached list of Defendants in the above-entitled action. My local co-counsel in this case is Stephen McIntyre, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1625 Eye Street, NW<br>Washington, DC 20006 | 400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 383-5300 | (213) 430-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| isimmons@omm.com | smcintyre@omm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 439645.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/30/21

Ian Simmons
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ian Simmons is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 31, 2021

UNITED STATES DISTRICT JUDGE   *October 2012*

*PRO HAC VICE* APPLICATION & ORDER