UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>Judge: Hon. James Donato |

1         The Court, having considered the "Joint Request to Conduct Case Management Conference Remotely", filed by the parties in the above-captioned actions (the "Parties"), hereby ORDERS that the request is GRANTED.  The upcoming September 9, 2021 Case Management Conference will be held remotely by Zoom webinar.

Dated:  September ___, 2021                     BY THE COURT:

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING JOINT REQUEST
TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD