AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | ) |
|---|---|
| State of Utah, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227-JD |
| Google LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah.

Date: 09/08/2021

/s/ Brendan Glackin
*Attorney's signature*

Brendan Glackin, SBN 199643
*Printed name and bar number*

Office of the Utah Attorney General
160 East 300 South, 5th Floor
PO Bo 140874
Salt Lake City, UT 84114-0874
*Address*

bglackin@agutah.gov
*E-mail address*

(801) 419-4898
*Telephone number*

(801) 366-0378
*FAX number*

**E-FILING ATTESTATION**

  I, Brian Christensen, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

                 */s/ Brian Christensen*