1  GLENN D. POMERANTZ (State Bar No. 112503)
   Glenn.Pomerantz@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, CA 90071-3426
4  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
5
   Attorney for Defendants
6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12 | STATE OF UTAH, et al.,               | Case No. 3:21-cv-05227
13 |         Plaintiff,                   | **NOTICE OF APPEARANCE OF**
                                          | **GLENN D. POMERANTZ**
14 |     vs.                              |
15 | GOOGLE LLC, et al.,                  |
16 |         Defendants.                  |

17

18         PLEASE TAKE NOTICE that attorney Glenn D. Pomerantz of the law firm of

19  Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles,

20  CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google

21  Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment

22  Corp. in the above-captioned action, and requests that all court documents in connection with this

23  action be served upon him at the email address listed above.

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: September 24, 2021 | MUNGER, TOLLES & OLSON LLP |

By:  /s/ Glenn D. Pomerantz
　　　GLENN D. POMERANTZ
　　　MUNGER, TOLLES & OLSON LLP
　　　350 South Grand Avenue
　　　Fiftieth Floor
　　　Los Angeles, CA 90071
　　　Telephone:  (213) 683-9100

Attorney for Defendants