1  KYLE W. MACH (State Bar No. 282090)
   kyle.mach@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, California 94105-2907
4  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
5
   Attorney for Defendants
6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12  STATE OF UTAH, et al.,                    Case No. 3:21-cv-05227

13           Plaintiff,                       **NOTICE OF APPEARANCE OF
                                              KYLE W. MACH**
14       vs.

15  GOOGLE LLC, et al.,

16           Defendants.

17

18       PLEASE TAKE NOTICE that attorney Kyle W. Mach of the law firm of Munger,

19  Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA

20  94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google

21  Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment

22  Corp. in the above-captioned action, and requests that all court documents in connection with this

23  action be served upon him at the email address listed above.

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: September 24, 2021 | MUNGER, TOLLES & OLSON LLP |

By:      /s/ *Kyle W. Mach*
           KYLE W. MACH
           MUNGER, TOLLES & OLSON LLP
           560 Mission Street
           Twenty-Seventh Floor
           San Francisco, CA 94105
           Telephone: (415) 512-4000

Attorney for Defendants