KURUVILLA J. OLASA (State Bar No. 281509)
Kuruvilla.Olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, CA 90071-3426
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>     Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC, et al.,<br><br>     Defendants. | Case No. 3:21-cv-05227<br><br>**NOTICE OF APPEARANCE OF KURUVILLA J. OLASA** |

PLEASE TAKE NOTICE that attorney Kuruvilla J. Olasa of the law firm of Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

| | | |
|---|---|---|
| 1 | DATED: September 24, 2021 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By:    /s/ Kuruvilla J. Olasa |
| 4 | |          KURUVILLA J. OLASA |
| 5 | |          MUNGER, TOLLES & OLSON LLP |
|   | |          350 South Grand Avenue |
| 6 | |          Fiftieth Floor |
|   | |          Los Angeles, CA 90071 |
| 7 | |          Telephone:  (213) 683-9100 |
| 8 | | Attorney for Defendants |