```
1  JUSTIN P. RAPHAEL (State Bar No. 292380)
   Justin.Raphael@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, California 94105-2907
4  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
5
   Attorney for Defendants
6
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
11
12  STATE OF UTAH, et al.,              Case No. 3:21-cv-05227
13           Plaintiff,                 NOTICE OF APPEARANCE OF
                                        JUSTIN P. RAPHAEL
14       vs.
15  GOOGLE LLC, et al.,
16           Defendants.
17
```

18      PLEASE TAKE NOTICE that attorney Justin P. Raphael of the law firm of

19 Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San

20 Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google

21 LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and

22 Google Payment Corp. in the above-captioned action, and requests that all court documents in

23 connection with this action be served upon him at the email address listed above.

DATED: September 24, 2021          MUNGER, TOLLES & OLSON LLP

                                    By:  */s/ Justin P. Raphael*
                                         JUSTIN P. RAPHAEL
                                         MUNGER, TOLLES & OLSON LLP
                                         560 Mission Street
                                         Twenty-Seventh Floor
                                         San Francisco, CA 94105
                                         Telephone: (415) 512-4000

                                    Attorney for Defendants