1  EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
   Emily.Curran-Huberty@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, California 94105-2907
4  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
5
   Attorney for Defendants
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11
   STATE OF UTAH, et al.,                    Case No. 3:21-cv-05227
12
                    Plaintiff,               **NOTICE OF APPEARANCE OF**
13                                           **EMILY C. CURRAN-HUBERTY**
         vs.
14
   GOOGLE LLC, et al.,
15
                    Defendants.
16

17
         PLEASE TAKE NOTICE that attorney Emily C. Curran-Huberty of the law firm of
18
   Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San
19
   Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google
20
   LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and
21
   Google Payment Corp. in the above-captioned action, and requests that all court documents in
22
   connection with this action be served upon her at the email address listed above.
23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: September 24, 2021 | MUNGER, TOLLES & OLSON LLP |

By:    */s/ Emily C. Curran-Huberty*
      EMILY C. CURRAN-HUBERTY
      MUNGER, TOLLES & OLSON LLP
      560 Mission Street
      Twenty-Seventh Floor
      San Francisco, CA 94105
      Telephone: (415) 512-4000

Attorney for Defendants