Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Richard S. Taffet, *pro hac vice pending*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., | Case No. 3:21-cv-05227-JD |
| *Plaintiffs*, | **NOTICE OF APPEARANCE OF BRIAN C. ROCCA** |
| v. | |
| GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LTD., GOOGLE PAYMENT CORP., and ALPHABET INC., | |
| *Defendants*. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2         **PLEASE TAKE NOTICE** that Brian C. Rocca of Morgan, Lewis & Bockius LLP,

3    hereby appears as counsel for Defendants Google LLC, Google Ireland Limited, Google

4    Commerce Ltd., Google Asia Pacific Pte. Ltd., Google Payment Corp, and Alphabet Inc.  Mr.

5    Rocca is admitted to practice in the State of California and before this Court.  His address,

6    telephone, facsimile, and email address are as follows:

7              Brian C. Rocca, Bar No. 221576
               MORGAN, LEWIS & BOCKIUS LLP
8              One Market, Spear Street Tower
               San Francisco, CA 94105-1596
9              Telephone: (415) 442-1000
               Facsimile: (415) 442-1001
10             Email: brian.rocca@morganlewis.com

11        Please serve said counsel with all pleadings and notices in this action.

12

13   Dated:  September 24, 2021              By    */s/ Brian C. Rocca*
                                                  Brian C. Rocca
                                                  MORGAN, LEWIS & BOCKIUS LLP
14

15                                                *Attorneys for Defendants*
                                                  *Google LLC, Google Ireland Limited,*
16                                                *Google Commerce Ltd., Google Asia*
                                                  *Pacific Pte. Ltd., Google Payment Corp.,*
17                                                *and Alphabet Inc.*

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO