| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>Michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 | Richard S. Taffet, *pro hac vice pending*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>               *Plaintiffs*,<br><br>     v.<br><br>GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LTD., GOOGLE PAYMENT CORP., and ALPHABET INC.,<br><br>               *Defendants*. | Case No. 3:21-cv-05227-JD<br><br>**NOTICE OF APPEARANCE OF MICHELLE PARK CHIU** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Michelle Park Chiu of Morgan, Lewis & Bockius LLP, hereby appears as counsel for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. Ms. Chiu is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile, and email address are as follows:

> Michelle Park Chiu, Bar No. 248421
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Telephone: (415) 442-1000
> Facsimile: (415) 442-1001
> Email: michelle.chiu@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated: September 24, 2021        By    /s/ Michelle Park Chiu
                                       Michelle Park Chiu
                                       MORGAN, LEWIS & BOCKIUS LLP

                                       *Attorneys for Defendants*
                                       *Google LLC, Google Ireland Limited,*
                                       *Google Commerce Ltd., Google Asia*
                                       *Pacific Pte. Ltd., Google Payment Corp.,*
                                       *and Alphabet Inc.*