| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 | Richard S. Taffet, *pro hac vice pending*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LTD., GOOGLE PAYMENT CORP., and ALPHABET INC.,<br><br>      *Defendants*. | Case No. 3:21-cv-05227-JD<br><br>**NOTICE OF APPEARANCE OF MINNA LO NARANJO** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF MINNA LO NARANJO

Case No. 3:21-cv-05227-JD

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Minna Lo Naranjo of Morgan, Lewis & Bockius LLP, hereby appears as counsel for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. Ms. Naranjo is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile, and email address are as follows:

>Minna Lo Naranjo, Bar No. 259005
>MORGAN, LEWIS & BOCKIUS LLP
>One Market, Spear Street Tower
>San Francisco, CA 94105-1596
>Telephone: (415) 442-1000
>Facsimile: (415) 442-1001
>Email: minna.naranjo@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated: September 24, 2021       By   */s/ Minna Lo Naranjo*
                                     Minna Lo Naranjo
                                     MORGAN, LEWIS & BOCKIUS LLP

*Attorneys for Defendants
Google LLC, Google Ireland Limited,
Google Commerce Ltd., Google Asia
Pacific Pte. Ltd., Google Payment Corp.,
and Alphabet Inc.*