Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Richard S. Taffet, *pro hac vice pending*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LTD., GOOGLE PAYMENT CORP., and ALPHABET INC., <br><br> *Defendants*. | Case No. 3:21-cv-05227-JD <br><br> **NOTICE OF APPEARANCE OF RISHI P. SATIA** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Rishi P. Satia of Morgan, Lewis & Bockius LLP, hereby appears as counsel for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., Google Payment Corp, and Alphabet Inc.  Mr. Satia is admitted to practice in the State of California and before this Court.  His address, telephone, facsimile, and email address are as follows:

> Rishi P. Satia, Bar No. 301958
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Telephone: (415) 442-1000
> Facsimile: (415) 442-1001
> Email: rishi.satia@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated:  September 24, 2021         By    /s/ Rishi P. Satia
                                           Rishi P. Satia
                                           MORGAN, LEWIS & BOCKIUS LLP

                                           *Attorneys for Defendants*
                                           *Google LLC, Google Ireland Limited,*
                                           *Google Commerce Ltd., Google Asia*
                                           *Pacific Pte. Ltd., Google Payment Corp.,*
                                           *and Alphabet Inc.*