Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al.                                  )
                                                       )   Case No: 3:21-cv-05227-JD
                                                       )
                              Plaintiff(s),            )
                                                       )   **APPLICATION FOR**
            v.                                         )   **ADMISSION OF ATTORNEY**
                                                       )   **PRO HAC VICE**
Google LLC et al.                                      )   (CIVIL LOCAL RULE 11-3)
                                                       )
                                                       )
                              Defendant(s).            )
_____                   )

I, Richard S. Taffet                , an active member in good standing of the bar of
New York                , hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: Google Defendants (see Appendix A)        in the
above-entitled action. My local co-counsel in this case is Brian C. Rocca                , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 101 Park Ave. | One Market, Spear Street Tower |
| New York, NY 10178-0060 | San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 309-6795 | (412) 442-1432 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| richard.taffet@morganlewis.com | brian.rocca@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 1721182        .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 09/24/21                                    Richard S. Taffet
                                       _____
                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Richard S. Taffet        is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 9/27/2021
                                       _____
                                            UNITED STATES DISTRICT JUDGE