AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:21-cv-05227-JD |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah                                                                                                                      .

Date:     10/18/2021                                                       /s/ Fred Norton
                                                                                    *Attorney's signature*

                                                                       William Fred Norton, SBN 224725
                                                                           *Printed name and bar number*

                                                                       Office of the Utah Attorney General
                                                                       160 East 300 South, 5th Floor
                                                                       PO Bo 140874
                                                                       Salt Lake City, UT 84114-0874
                                                                                    *Address*

                                                                              fnorton@agutah.gov
                                                                                 *E-mail address*

                                                                               (385) 226-7638
                                                                                *Telephone number*

                                                                               (801) 366-0378
                                                                                   *FAX number*

**E-FILING ATTESTATION**

I, Brian Christensen, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

/s/ Brian Christensen