Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al )
                    ) Case No: 3:21-cv-05227
          Plaintiff(s), )
                    ) **APPLICATION FOR**
   v.               ) **ADMISSION OF ATTORNEY**
Google LLC, et al   ) **PRO HAC VICE**
                    ) (CIVIL LOCAL RULE 11-3)
                    )
          Defendant(s). )

I, Sarah Boyce, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of North Carolina in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 629<br>Raleigh, NC 27690 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (919) 716-6788 | (415) 510-3487 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sboyce@ncdoj.gov | brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 56896.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/19/21                                    Sarah Boyce
                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Sarah Boyce is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE