AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227 |
| Google LLC, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 10/20/2021

/s/ Sarah Boyce
*Attorney's signature*

Sarah Boyce 56896
*Printed name and bar number*
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27690

*Address*

sboyce@ncdoj.gov
*E-mail address*

(919) 716-6788
*Telephone number*

(919) 716-6050
*FAX number*