UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al.                    ,

　　　　　　　Plaintiff(s),

　　　v.

Google LLC, et al.                    ,

　　　　　　　Defendant(s).

Case No. 3:21-cv-05227

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael Altebrando, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Utah in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 284490.

160 E. 300 South, Fifth Floor
Salt Lake City, UT 84114
MY ADDRESS OF RECORD

(385) 258-0844
MY TELEPHONE # OF RECORD

maltebrando@agutah.gov
MY EMAIL ADDRESS OF RECORD

455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 510-3487
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Brian.Wang@doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 155048.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated:  11/26/2021                                          Michael Altebrando
                                                                 APPLICANT
5

6

7

8                              ORDER GRANTING APPLICATION

9                      FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11         IT IS HEREBY ORDERED THAT the application of  Michael Altebrando          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:  11/30/2021

16

17   _____

18                      UNITED STATES DISTRICTJUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California