AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah.

Date: 11/30/2021

/s/ Michael Altebrando
*Attorney's signature*

Michael Altebrando 155048
*Printed name and bar number*

Utah Office of the Attorney General
160 East 300 South, Fifth Floor
Salt Lake City, UT 84114

*Address*

maltebrando@agutah.gov
*E-mail address*

(385) 258-0844
*Telephone number*

*FAX number*