Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THE STATE OF UTAH, et al.  )
                               )  Case No: 3:21-cv-05227
          Plaintiff(s),  )
                               )  **APPLICATION FOR**
    v.  )  **ADMISSION OF ATTORNEY**
GOOGLE LLC, et al.  )  **PRO HAC VICE**
                               )  (CIVIL LOCAL RULE 11-3)
          Defendant(s).  )

I, Timothy D. Smith, an active member in good standing of the bar of the State of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Oregon in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 SW Market St, Portland OR  97201 | 445 Golden Gate Ave. Ste 11000<br>San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (503) 934-4400 | (503) 510-3487 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tim.smith@doj.state.or.us | brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 914374.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                            Timothy D. Smith
                                                                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Timothy D. Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/9/2021

UNITED STATES DISTRICT JUDGE    *October 2012*

*PRO HAC VICE* APPLICATION & ORDER