AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227-JD |
| Google, LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Oregon.

Date: 12/09/2021

/s/ Timothy D. Smith
*Attorney's signature*

Timothy D. Smith
*Printed name and bar number*
Oregon Department of Justice
100 SW Market St.
Portland Oregon 97201

*Address*

tim.smith@doj.state.or.us
*E-mail address*

(971) 673-1880
*Telephone number*

(971) 673-1884
*FAX number*