AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-05227-JD |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 01/26/2022

/s/ Colin R. McGrath
*Attorney's signature*

Colin R. McGrath, N.C. 47936
*Printed name and bar number*

Poyner Spruill LLP
P.O. Box 1801
Raleigh, NC  27602-1801
*Address*

cmcgrath@poynerspruill.com
*E-mail address*

(919) 783-2951
*Telephone number*

(919) 783-1075
*FAX number*