AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227-JD |
| Google LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 01/26/2022

/s/ N. Cosmo Zinkow
*Attorney's signature*

N. Cosmo Zinkow, N.C. 53778
*Printed name and bar number*

Poyner Spruill LLP
P.O. Box 1801
Raleigh, NC  27602-1801

*Address*

nzinkow@poynerspruill.com
*E-mail address*

(919) 783-2868
*Telephone number*

(919) 783-1075
*FAX number*