Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

STATE OF UTAH, et al.,

　　　　　　　　Plaintiff(s),

　　v.

GOOGLE LLC, et al.

　　　　　　　　Defendant(s).

Case No: 3:21-cv-05227-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kendall Collins, an active member in good standing of the bar of Washington, D.C., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: see attached list of Defendants in the above-entitled action. My local co-counsel in this case is Stephen McIntyre, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1625 Eye Street, NW<br>Washington, D.C. 20006 | 400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (202) 383-5300 | (213) 430-6000 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| kendallcollins@omm.com | smcintyre@omm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1614112.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/31/22　　　　　　　　　　　　　　　　　Kendall Collins
　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kendall Collins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　*October 2012*

**Application for Admission of Attorney Pro Hac Vice**
**(Continuation)**

Represented Defendants include:

Google LLC
Google Ireland Limited
Google Commerce Limited
Google Asia Pacific Pte. Ltd.
Google Payment Corp.
Alphabet Inc.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Kendall Collins*

was duly qualified and admitted on April 29, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 28, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.