LAURA S. ARONSSON (S.B. #304263)
laronsson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:  +1 212 326 2000
Facsimile:  +1 212 326 2061

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| STATE OF UTAH, et al., | Case No. 3:21-CV-05227 |
| Plaintiffs, | **NOTICE OF APPEARANCE OF LAURA ARONSSON** |
| v. | |
| GOOGLE LLC, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that attorney Laura Aronsson of the law firm of O'Melveny & Myers LLP, located at Times Square Tower, 7 Times Square, New York, New York 10036, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon her at the e-mail address listed above.

Dated: January 31, 2022

                        LAURA S. ARONSSON
                        O'MELVENY & MYERS LLP

By: */s/ Laura Aronsson*
      Laura S. Aronsson
      O'MELVENY & MYERS LLP
      Times Square Tower
      7 Times Square
      New York, New York  10036-6537
      Telephone: (212) 326-2000

*Attorney for Defendants*