Marianna Y. Mao, S.B. #318070
marianna.mao@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge:  Hon. James Donato |

 **TO THE CLERK AND ALL PARTIES OF RECORD:**  Please take notice that

Marianna Y. Mao withdraws her appearance on behalf of Defendants in the above-captioned

cases.  Defendants will continue to be represented by other counsel of record in this action.

Dated:  February 4, 2022          MUNGER, TOLLES & OLSON LLP

                                 Respectfully submitted,


                                 By:   */s/ Marianna Y. Mao*
                                       Marianna Y. Mao

                                       *Counsel for Defendants Google LLC et al.*