**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| **IN RE GOOGLE PLAY STORE** <br> **ANTITRUST LITIGATION** ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ) <br> *Epic Games Inc. v. Google LLC et al.*, Case ) <br> No. 3:20-cv-05671-JD ) <br> ) <br> *In re Google Play Consumer Antitrust* ) <br> *Litigation*, Case No. 3:20-cv-05761-JD ) <br> ) <br> *In re Google Play Developer Antitrust* ) <br> *Litigation*, Case No. 3:20-cv-05792-JD ) <br> ) <br> *State of Utah et al. v. Google LLC et al.*, Case ) <br> No. 3:21-cv-05227-JD ) | Case No. 3:21-md-02981-JD <br><br> **NOTICE OF WITHDRAWAL** <br> **OF APPEARANCE** <br><br> Judge: Hon. James Donato |

**TO THE CLERK AND ALL PARTIES OF RECORD:**  Pursuant to Local Rule

11.5(b), the undersigned, Sarah Oxenham Allen, hereby withdraws her appearance as counsel for

Plaintiff Commonwealth of Virginia in the above-captioned cases.  Assistant Attorney General

Tyler T. Henry will continue to represent the Commonwealth of Virginia, which will not be

without representation in this matter.

Dated:  February 9, 2022

Respectfully submitted,

JASON S. MIYARES
ATTORNEY GENERAL


/s/ Sarah Oxenham Allen
Sarah Oxenham Allen (Va. Bar No. 33217)
Senior Assistant Attorney General
Antitrust Unit
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Tel:  (804) 786-6557
Email:  soallen@oag.state.va.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE** ) <br> **ANTITRUST LITIGATION** ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Epic Games Inc. v. Google LLC et al.*, Case ) <br> No. 3:20-cv-05671-JD ) <br> ) <br> *In re Google Play Consumer Antitrust* ) <br> *Litigation*, Case No. 3:20-cv-05761-JD ) <br> ) <br> *In re Google Play Developer Antitrust* ) <br> *Litigation*, Case No. 3:20-cv-05792-JD ) <br> ) <br> *State of Utah et al. v. Google LLC et al.*, Case ) <br> No. 3:21-cv-05227-JD ) | Case No. 3:21-md-02981-JD <br><br> **CERTIFICATE OF** <br> **SERVICE** <br><br> Judge: Hon. James Donato |

The undersigned attorney certifies that on February 9, 2022, a copy of the foregoing

Notice of Withdrawal of Appearance for Sarah Oxenham Allen was electronically filed with the

Court, thereby providing electronic service to all counsel of record.

Dated:  February 9, 2022

Respectfully submitted,

JASON S. MIYARES
ATTORNEY GENERAL


*/s/ Sarah Oxenham Allen*
Sarah Oxenham Allen (Va. Bar No. 33217)
Senior Assistant Attorney General
Antitrust Unit
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Tel:  (804) 786-6557
Email:  soallen@oag.state.va.us