# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### CHRISTI MARIE FOUST

is a member of the bar of of the Supreme Court of Indiana since admission on, __October 11, 2016__, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 17th day of February, 2022.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education