Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for Utah*
*Liaison Counsel for Plaintiff States*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING AMENDED ANSWER TO STATE PLAINTIFFS' FIRST AMENDED COMPLAINT** |

WHEREAS, State Plaintiffs filed their First Amended Complaint ("FAC") (3:21-cv-05227-JD ECF No. 188) on November 1, 2021;

WHEREAS, Defendants ("Google") filed their Answer to State Plaintiffs' FAC (3:21-cv-05227-JD ECF No. 191) on November 15, 2021;

WHEREAS, the Court entered the Scheduling Order on October 22, 2021 (3:21-md-02981-JD ECF No. 122) which set a deadline for amending pleadings on December 3, 2021, and an Amended Scheduling Order (3:21-md-02981-JD ECF No. 191) on February 2, 2022 stating that the deadline to amend pleadings was "closed";

WHEREAS, Google wishes to correct a discrepancy between the numbered responses in its Answer and the corresponding numbered allegations in State Plaintiffs' FAC;

WHEREAS, Google believes that there is good cause to amend its Answer;

WHEREAS, Google and State Plaintiffs are not aware of any prejudice that would result to any party in the above-captioned actions if Google were permitted to amend its Answer;

WHEREAS, the State Plaintiffs do not oppose this amendment;

WHEREAS, Google's proposed corrections are reflected in the attached Exhibit 1, and can be seen between paragraphs 256-258.

NOW, THEREFORE, the Defendants and State Plaintiffs hereby stipulate and agree, subject to the Court's approval, as follows:

1. There is good cause to permit Google to amend its Answer to State Plaintiffs' FAC, as reflected in Exhibit 1 attached hereto;

2. Google's request to amend its Answer (3:21-cv-05227-JD ECF No. 191) to State Plaintiffs' FAC (3:21-cv-05227-JD ECF No. 188) in accordance with Exhibit 1 should be, and upon the Court's signature is hereby, granted;

3. Upon the Court's signature, Google will file its amended answer, in accordance with Exhibit 1, on the docket as a separate ECF entry.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  March 22, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| | | Brian C. Rocca |
| 2 | | Sujal J. Shah |
| | | Michelle Park Chiu |
| 3 | | Minna L. Naranjo |
| | | Rishi P. Satia |

Respectfully submitted,

By: ___/s/ Brian C. Rocca___
Brian C. Rocca
*Counsel for Defendants Google LLC et al.*

DATED:  March 22, 2022        O'MELVENY & MYERS LLP
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
Stephen J. McIntyre

Respectfully submitted,

By: ___/s/ Daniel Petrocelli___
Daniel M. Petrocelli
*Counsel for Defendants Google LLC et al.*

DATED:  March 22, 2022        MUNGER, TOLLES & OLSON LLP
Glenn D. Pomerantz
Kyle W. Mach
Kuruvilla Olasa
Justin P. Raphael
Emily C. Curran-Huberty
Jonathan I. Kravis

Respectfully submitted,

By: ___/s/ Glenn D. Pomerantz___
Glenn D. Pomerantz
*Counsel for Defendants Google LLC et al.*

Dated: March 22, 2022

OFFICE OF THE UTAH ATTORNEY GENERAL
   Brendan P. Glackin

Respectfully submitted,

By: */s/ Brendan P. Glackin*
     Brendan P. Glackin

*Counsel for Utah*

## E-FILING ATTESTATION

I, Kuruvilla Olasa, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                    */s/ Kuruvilla Olasa*
                                    Kuruvilla Olasa

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
HON. JAMES DONATO
U.S. District Judge