| | |
|---|---|
| Glenn D. Pomerantz (SBN 112503) <br> glenn.pomerantz@mto.com <br> **MUNGER, TOLLES & OLSON LLP** <br> 350 South Grand Avenue, Fiftieth Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 683-9100 | Karma M. Guilianelli (SBN 184175) <br> karma.giulianelli@bartlitbeck.com <br> **BARTLIT BECK LLP** <br> 1801 Wewetta St., Suite 1200 <br> Denver, Colorado 80202 <br> Telephone: (303) 592-3100 |
| Brian C. Rocca (SBN 221576) <br> brian.rocca@morganlewis.com <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> One Market, Spear Street Tower <br> San Francisco, CA 94105-1596 <br> Telephone: (415) 442-1000 | Hae Sung Nam (*pro hac vice*) <br> hnam@kaplanfox.com <br> **KAPLAN FOX & KILSHEIMER LLP** <br> 850 Third Avenue <br> New York, NY 10022 <br> Tel.: (212) 687-1980 |
| Daniel M. Petrocelli, Bar No. 97802 <br> dpetrocelli@omm.com <br> **O'MELVENY & MYERS LLP** <br> 1999 Avenue of the Stars, 7th Fl. <br> Los Angeles, CA 90067-6035 <br> Telephone: (310) 553-6700 | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD <br><br> **STIPULATION AND [PROPOSED] ORDER RE: FILING AMENDED ANSWER TO CONSUMER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

WHEREAS, Consumer Plaintiffs filed their Second Amended Complaint ("SAC") (3:21-md-02981-JD ECF No. 172; 3:20-cv-05761-JD ECF No. 241) on December 20, 2021;

WHEREAS, Defendants ("Google") filed their Answer to Consumer Plaintiffs' SAC (3:21-md-02981-JD ECF No. 180; 3:20-cv-05761-JD ECF No. 247) on January 14, 2022;

WHEREAS, the Court entered the Scheduling Order on October 22, 2021 (3:21-md-02981-JD ECF No. 122) which set a deadline for amending pleadings on December 3, 2021, and an Amended Scheduling Order (3:21-md-02981-JD ECF No. 191) on February 2, 2022 stating that the deadline to amend pleadings was "closed";

WHEREAS, Google wishes to correct the numbering of the cross-references in certain paragraphs;

WHEREAS, Google believes that there is good cause to amend its Answer;

WHEREAS, Google and Consumer Plaintiffs are not aware of any prejudice on any party in the above-captioned actions that would result from permitting Google to amend its Answer;

WHEREAS, the Consumer Plaintiffs do not oppose this amendment;

WHEREAS, Google's proposed corrections are reflected in the attached Exhibit 1, and can be seen in paragraphs 31, 38, 47, 65, 188, 190, 211, 213, 214, 222, 232, 240, 270, 281, 288, 289, 303, 304, 312, 326, and 335.

NOW, THEREFORE, the Defendants and Consumer Plaintiffs hereby stipulate and agree, subject to the Court's approval, as follows:

1. There is good cause to permit Google to amend its Answer to Consumer Plaintiffs' SAC, as reflected in Exhibit 1 attached hereto;

2. Google's request to amend its Answer (3:21-md-02981-JD ECF No. 180; 3:20-cv-05761-JD ECF No. 247) to Consumer Plaintiffs' SAC (3:21-md-02981-JD ECF No. 172; 3:20-cv-05761-JD ECF No. 241) in accordance with Exhibit 1 should be, and upon the Court's signature is hereby, granted;

3. Upon the Court's signature, Google will file its amended answer, in accordance with Exhibit 1, on the docket as a separate ECF entry.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: March 22, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | Brian C. Rocca |
| | | Sujal J. Shah |
| 3 | | Michelle Park Chiu |
| | | Minna L. Naranjo |
| 4 | | Rishi P. Satia |

Respectfully submitted,

By: _____/s/ Brian C. Rocca_____
    Brian C. Rocca
    *Counsel for Defendants Google LLC et al.*

DATED:  March 22, 2022                O'MELVENY & MYERS LLP
                                      Daniel M. Petrocelli
                                      Ian Simmons
                                      Benjamin G. Bradshaw
                                      Stephen J. McIntyre

Respectfully submitted,

By: _____/s/ Daniel M. Petrocelli_____
    Daniel M. Petrocelli
    *Counsel for Defendants Google LLC et al.*

DATED:  March 22, 2022                MUNGER, TOLLES & OLSON LLP
                                      Glenn D. Pomerantz
                                      Kyle W. Mach
                                      Kuruvilla Olasa
                                      Justin P. Raphael
                                      Emily C. Curran-Huberty
                                      Jonathan I. Kravis

Respectfully submitted,

By: _____/s/ Glenn D. Pomerantz_____
    Glenn D. Pomerantz
    *Counsel for Defendants Google LLC et al.*

1 | Dated: March 22, 2022

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By: */s/ Karma M. Giulianelli*
   Karma M. Giulianelli

   *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

**E-FILING ATTESTATION**

I, Kuruvilla Olasa, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Kuruvilla Olasa*
Kuruvilla Olasa

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                                  _____
HON. JAMES DONATO
U.S. District Judge