AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-05227 |
| Google LLC et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah.

Date: 04/19/2022

/s/ Lauren M. Weinstein
*Attorney's signature*

Lauren M. Weinstein 1035184 (DC)
*Printed name and bar number*

160 East 300 South, 5th Floor,
Salt Lake City, UT 84114

*Address*

lweinstein@agutah.gov
*E-mail address*

(202) 748-6489
*Telephone number*

*FAX number*