

# VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Merideth C. Chaudoir, #4995** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 13th day of November 2012.

This is to **FURTHER CERTIFY** that the said **Merideth C. Chaudoir, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 7th day of April 2022.



Emily Wetherell
Deputy Clerk