1

2

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

3

4

5

6

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

7

8

*Co-Lead Counsel for the Proposed Class in In
re Google Play Consumer Antitrust Litigation*

9

10

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

11

12

13

14

Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

15

16

17

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

18

19

20

*Counsel for Defendants Google LLC et al.*

21

[Additional counsel appear on signature page]

22

23

24

25

26

27

28

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

*Co-Lead Counsel for the Proposed Class in
In re Google Play Developer Antitrust
Litigation and Attorneys for Pure Sweat
Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in
In re Google Play Developer Antitrust
Litigation and Attorneys for Peekya App
Services, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*,
Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD

*State of Utah et al. v. Google LLC et al.*,
Case No. 3:21-cv-05227-JD

Case No. 3:21-md-02981-JD

**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**

Judge: Hon. James Donato

1    WHEREAS, on February 2, 2022, the Court entered an Amended MDL Scheduling Order

2  in the above-captioned cases that set forth May 13, 2022 as the cut-off for Class expert discovery

3  (*see* MDL Dkt. No. 206);

4    WHEREAS, the Amended MDL Scheduling Order stated that "Counsel may not modify

5  these dates by stipulation without leave of court";

6    WHEREAS, the Parties have worked collaboratively to schedule expert depositions within

7  the confines of the Court's Amended MDL Scheduling Order but due to scheduling conflicts, the

8  earliest mutually agreeable date among the Parties for the expert depositions of Michelle M.

9  Burtis, Douglas C. Schmidt, and Douglas Skinner was May 16-17, 2022, May 17, 2022, and May

10  18, 2022, respectively;

11    NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED that the May 13,

12  2022 cut-off for Class expert discovery, as set forth in the Amended MDL Scheduling Order, is

13  further amended to permit Drs. Burtis, Schmidt, and Skinner to be deposed on May 16-17, 2022,

14  May 17, 2022, and May 18, 2022, respectively. All other dates as set by the Court are regarded as

15  firm.

16

17

18

19  Dated: May 3, 2022                          **BARTLIT BECK LLP**
                                                 Karma M. Giulianelli
20

21                                              **KAPLAN FOX & KILSHEIMER LLP**
                                                 Hae Sung Nam
22

23                                                 Respectfully submitted,

24                                              By:    /s/ *Karma M. Giulianelli*
                                                       Karma M. Giulianelli
25

26                                              *Co-Lead Counsel for the Proposed Class in In re*
                                                *Google Play Consumer Antitrust Litigation*

27

28

1  Dated: May 3, 2022                    PRITZKER LEVINE LLP
2                                           Elizabeth C. Pritzker

3                                              Respectfully submitted,

4                                        By:    /s/ *Elizabeth C. Pritzker*
5                                               Elizabeth C. Pritzker

6                                        *Liaison Counsel for the Proposed Class in In re*
                                         *Google Play Consumer Antitrust Litigation*
7
8  Dated: May 3, 2022                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                            Steve W. Berman
9                                           Robert F. Lopez
                                            Benjamin J. Siegel
10
11                                       SPERLING & SLATER PC
                                            Joseph M. Vanek
12                                          Eamon P. Kelly
                                            Alberto Rodriguez
13
                                               Respectfully submitted,
14
15                                       By:    /s/ *Steve W. Berman*
                                                Steve W. Berman
16
                                         *Co-Lead Interim Class Counsel for the Developer*
17                                       *Class and Attorneys for Plaintiff Pure Sweat*
                                         *Basketball*
18
19 Dated: May 3, 2022                    HAUSFELD LLP
                                            Bonny E. Sweeney
20                                          Melinda R. Coolidge
                                            Katie R. Beran
21                                          Scott A. Martin
                                            Irving Scher
22
23                                             Respectfully submitted,

24                                       By:    /s/ *Bonny E. Sweeney*
                                                Bonny E. Sweeney
25
26                                       *Co-Lead Interim Class Counsel for the Developer*
                                         *Class and Attorneys for Plaintiff Peekya App*
27                                       *Services, Inc.*

28
                                    2

1   Dated: May 3, 2022                    MORGAN, LEWIS & BOCKIUS LLP
2                                            Brian C. Rocca
                                             Sujal J. Shah
3                                            Michelle Park Chiu
                                             Minna L. Naranjo
4                                            Rishi P. Satia

5                                                 Respectfully submitted,

6                                          By:    /s/ *Brian C. Rocca*
7                                                 Brian C. Rocca

8                                          *Counsel for Defendants Google LLC et al.*

9   Dated: May 3, 2022                    O'MELVENY & MYERS LLP
10                                           Daniel M. Petrocelli
                                             Ian Simmons
11                                           Benjamin G. Bradshaw
                                             Stephen J. McIntyre
12
                                                  Respectfully submitted,
13
                                           By:    /s/ *Daniel M. Petrocelli*
14                                                Daniel M. Petrocelli
15
                                           *Counsel for Defendants Google LLC et al.*
16
    Dated: May 3, 2022                    MUNGER, TOLLES & OLSON LLP
17                                           Glenn D. Pomerantz
                                             Kuruvilla Olasa
18                                           Emily C. Curran-Huberty
                                             Jonathan I. Kravis
19                                           Justin P. Raphael
                                             Kyle W. Mach
20
21                                                Respectfully submitted,
22
                                           By:    /s/ *Glenn D. Pomerantz*
23                                                Glenn D. Pomerantz
24                                         *Counsel for Defendants Google LLC et al.*
25
26
27
28

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the stipulation, it is so Ordered.

DATED: __5/9/2022_____

_____
HON. JAMES DONATO
United States District Court Judge

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-FILING ATTESTATION**

I, Hae Sung Nam, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Hae Sung Nam*
Hae Sung Nam

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD