# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| **THIS DOCUMENT RELATES TO:** | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge: HON. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |

**TO THE CLERK OF COURT AND ALL PARTIES:** IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Assistant Attorney General Noah Goerlitz, admitted *pro hac vice* in this matter, is substituted in place of Assistant Attorney General Max M. Miller as counsel for the Plaintiff State of Iowa in the above-captioned case.

Dated: May 19, 2022

| | |
|---|---|
| /s/ Max M. Miller | /s/ Noah Goerlitz |
| Max M. Miller | Noah Goerlitz |
| Assistant Attorney General | Assistant Attorney General |
| Iowa Department of Justice | Iowa Department of Justice |
| Consumer Protection Division | Consumer Protection Division |
| 1305 East Walnut Street, 2nd Floor | 1305 East Walnut Street, 2nd Floor |
| Des Moines, Iowa 50319 | Des Moines, Iowa 50319 |
| Phone: 515-281-5926 | Phone: 515-281-5926 |
| Facsimile: 515-281-6771 | Facsimile: 515-281-6771 |
| Max.Miller@ag.iowa.gov | noah.goerlitz@ag.iowa.gov |
| Withdrawing Attorney | Substituting Attorney |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| **THIS DOCUMENT RELATES TO:** | **CERTIFICATE OF SERVICE** |
| | Judge: HON. James Donato |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |

The undersigned attorney hereby certifies that on May 19, 2022, I caused the foregoing Notice of Substitution of Counsel to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ Noah Goerlitz
Noah Goerlitz
Assistant Attorney General