# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| **THIS DOCUMENT RELATES TO:** | NOTICE OF WITHDRAWAL OF APPEARANCE |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge: HON. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |

**TO THE CLERK OF COURT AND ALL PARTIES:** Pursuant to Local Rule 11.5(b), the undersigned, Max Merrick Miller, hearby withdraws his appearance as counsel for Plaintiff State of Iowa in the above-captioned cases. Assistant Attorney General Noah Goerlitz, admitted *pro hac vice* in this matter, will continue to represent the Plaintiff State of Iowa, which will not be without representation in these matters.

Dated: May 20, 2022

    Respectfully submitted,

    /s/ Max M. Miller
    Max M. Miller
    Assistant Attorney General
    Federal Bar No. ILND6299519
    Iowa Department of Justice
    Consumer Protection Division
    1305 East Walnut Street, 2nd Floor
    Des Moines, Iowa 50319
    Phone: 515-281-5926
    Facsimile: 515-281-6771
    Max.Miller@ag.iowa.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** ) ) ) | Case No. 3:21-md-02981-JD |
| **THIS DOCUMENT RELATES TO:** ) ) ) | **CERTIFICATE OF SERVICE** |
| ) | Judge: HON. James Donato |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ) ) ) | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD ) ) ) | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD ) ) ) | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD ) ) | |

The undersigned attorney hereby certifies that on May 20, 2022, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ Max M. Miller
Max M. Miller
Assistant Attorney General