| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone.: (212) 687-1980 | *Counsel for Utah and the States* |
| | John C. Hueston (SBN 164921)<br>jhueston@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Plaintiffs Match Group, LLC, et al.* |
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700 |
| | *Counsel for Defendants Google LLC et al.* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (pro hac vice)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc. and LittleHoots, LLC*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | No. 3:21-CV-05227-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this administrative motion to file under seal the Parties' Joint Statement Regarding Google's Preservation of Instant Messages ("Joint Statement"), as well as certain Exhibits filed in support of the Joint Statement. Pursuant to the Stipulated Order Modifying Sealing Procedures Relating to Plaintiffs' Motion for Sanctions, Dkt. 256, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed 14 days after the filing of Plaintiffs' reply brief in support of the motion for sanctions. Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(e).

Dated: May 27, 2022

**BARTLIT BECK LLP**
  Karma M. Giulianelli

**KAPLAN FOX & KILSHEIMER LLP**
  Hae Sung Nam

  Respectfully submitted,

By:  /s/ Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: May 27, 2022

**PRITZKER LEVINE LLP**
  Elizabeth C. Pritzker

  Respectfully submitted,

By:  /s/ Elizabeth C. Pritzker
  Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| 1 | Dated: May 27, 2022 | **CRAVATH, SWAINE & MOORE LLP** |
| 2 | | Christine Varney (pro hac vice) |
| | | Katherine B. Forrest (pro hac vice) |
| 3 | | Gary A. Bornstein (pro hac vice) |
| 4 | | Timothy G. Cameron (pro hac vice) |
| | | Yonatan Even (pro hac vice) |
| 5 | | Lauren A. Moskowitz (pro hac vice) |
| | | Justin C. Clarke (pro hac vice) |
| 6 | | M. Brent Byars (pro hac vice) |

**FAEGRE DRINKER BIDDLE & REATH LLP**
  Paul J. Riehle (SBN 115199)

    Respectfully submitted,

By:  */s/ Yonatan Even*
       Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: May 27, 2022          **OFFICE OF THE UTAH ATTORNEY GENERAL**
  Brendan P. Glackin
  Lauren M. Weinstein

    Respectfully submitted,

By:  */s/ Brendan P. Glackin*
       Brendan P. Glackin

*Counsel for Utah*

---

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

5

| | |
|---|---|
| Dated: May 27, 2022 | **HUESTON HENNIGAN LLP**<br>  John C. Hueston<br>  Douglas J. Dixon<br>  Joseph A. Reiter<br>  Michael K. Acquah<br>  William M. Larsen<br>  Julia L. Haines |

                                        Respectfully submitted,

                            By:    /s/ Douglas J. Dixon
                                     Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC, et al.*

| | |
|---|---|
| Dated: May 27, 2022 | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>  Steve W. Berman<br>  Robert F. Lopez<br>  Benjamin J. Siegel<br><br>**SPERLING & SLATER PC**<br>  Joseph M. Vanek<br>  Eamon P. Kelly<br>  Alberto Rodriguez |

                                        Respectfully submitted,

                            By:    /s/ Steve W. Berman
                                  Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball and LittleHoots, LLC*

| | | |
|---|---|---|
| 1 | Dated: May 27, 2022 | **HAUSFELD LLP** |
| 2 | | Bonny E. Sweeney |
| | | Melinda R. Coolidge |
| 3 | | Katie R. Beran |
| | | Scott A. Martin |
| 4 | | Irving Scher |
| 5 | | Respectfully submitted, |
| 6 | | By: /s/ Bonny E. Sweeney |
| 7 | | Bonny E. Sweeney |

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

Dated: May 27, 2022           **MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　Brian C. Rocca
　　　　　　　　　　　　　　　　　Sujal J. Shah
　　　　　　　　　　　　　　　　　Michelle Park Chiu
　　　　　　　　　　　　　　　　　Minna L. Naranjo
　　　　　　　　　　　　　　　　　Rishi P. Satia

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:   /s/ Brian C. Rocca
　　　　　　　　　　　　　　　　　　Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: May 27, 2022           **O'MELVENY & MYERS LLP**
　　　　　　　　　　　　　　　　　Daniel M. Petrocelli
　　　　　　　　　　　　　　　　　Ian Simmons
　　　　　　　　　　　　　　　　　Benjamin G. Bradshaw
　　　　　　　　　　　　　　　　　Stephen J. McIntyre

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:   /s/ Daniel M. Petrocelli
　　　　　　　　　　　　　　　　　　Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated: May 27, 2022

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Emily C. Curran-Huberty
Jonathan I. Kravis
Justin P. Raphael
Kyle W. Mach

Respectfully submitted,

By:   /s/ Glenn D. Pomerantz
Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served on May 27, 2022, upon all counsel of record via the Court's electronic notification system.

*/s/ Brendan Benedict*