Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of Utah v. Google LLC ) Case No: 3:21-cv-05227
) 
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) **(CIVIL LOCAL RULE 11-3)**

I, Jeffrey L. Kessler, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: non-party Activision Blizzard, Inc. in the above-entitled action. My local co-counsel in this case is Jeanifer E. Parsigian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 200 Park Avenue<br>New York, NY 10166-4193 | 101 California Street, 35th Floor<br>San Francisco, CA 94111-5840 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 294-6700 | (415) 591-1000 |
| My email address of record: | Local co-counsel's email address of record: |
| jkessler@winston.com | jparsigian@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1539865.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/03/22                                                   /s/ Jeffrey L. Kessler

*The attached certificate is from the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, which governs admission to the practice of law in New York. 22 N.Y.C.R.R § 520.1(a) ("A person shall be admitted to practice law in the courts of the State of New York only by an order of the Appellate Division of the Supreme Court upon compliance with these rules.").

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeffrey L. Kessler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 6, 2022

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                   October 2012