BROOKE HOWLETT LOVROVICH, WSBA 47899
Office of the Washington Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
Telephone: (206) 464-6193
brooke.lovrovich@atg.wa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>(CIVIL LOCAL RULE 11-3) |

I, Brooke Howlett Lovrovich, an active member in good standing of the bar of State of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Washington in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(206) 464-6193 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 510-3487 |
| MY EMAIL ADDRESS OF RECORD:<br>brooke.lovrovich@atg.wa.gov | LOCAL CO-COUNSEL EMAIL ADDRESS OF RECORD:<br>brian.wang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above, my bar number is: 47899.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 30, 2022

            Brooke Howlett Lovrovich
            APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF THE ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Brooke Howlett Lovrovich is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____
           UNITED STATES DISTRICT / MAGISTRATE JUDGE

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

2

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle WA 98104
(206) 464-7744