NATHANIEL M. HOPKIN, WSBA 56541
Office of the Washington Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Telephone: (206) 464-7744
nathaniel.hopkin@atg.wa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge: Hon. James Donato |

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 11.5(b), Nathaniel M. Hopkin hereby withdraws his appearance as counsel for the State of Washington in the above-captioned cases. Assistant Attorney General Amy N.L. Hanson will continue to represent Plaintiff State of Washington, which will not be without representation in these matters.

NOTICE OF WITHDRAWAL OF APPEARANCE
CASE NOS. 3:21-MD-02981-JD; 3:20-CV-05671-JD; 3:20-CV-05761-JD; 3:20-CV-05792-JD; 3:21-CV-05227-JD

1

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle WA 98104
(206) 464-7744

DATED: June 17, 2022

RESPECTFULLY SUBMITTED,

ROBERT W. FERGUSON
Attorney General

By: *s/ Nathaniel M. Hopkin*
NATHANIEL M. HOPKIN, WSBA 56541

NOTICE OF WITHDRAWAL OF APPEARANCE
CASE NOS. 3:21-MD-02981-JD; 3:20-CV-05671-JD; 3:20-CV-05761-JD; 3:20-CV-05792-JD; 3:21-CV-05227-JD

2

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle WA 98104
(206) 464-7744

AMY N. L. HANSON, WSBA 28589
Office of the Washington Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Telephone: (206) 464-7744
amy.hanson@atg.wa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **CERTIFICATE OF SERVICE** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge: Hon. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |

The undersigned attorney certifies that on June 30, 2022, a copy of the foregoing Notice of Withdrawal of Appearance for Nathaniel M. Hopkin was electronically filed with the Court, thereby providing electronic service to all counsel of record.

Dated: June 30, 2022.

RESPECTFULLY SUBMITTED,

ROBERT W. FERGUSON
Attorney General

*s/ Amy N.L. Hanson*
AMY N.L. HANSON, WSBA 28589

NOTICE OF WITHDRAWAL OF APPEARANCE   3
CASE NOS. 3:21-MD-02981-JD; 3:20-CV-05671-JD; 3:20-CV-05761-JD; 3:20-CV-05792-JD; 3:21-CV-05227-JD

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle WA 98104
(206) 464-7744