UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of Utah, et al.    ,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Google LLC et al.    ,<br><br>    Defendant(s). | Case No. 3:21-cv-05227-JD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, __Brooke Howlett Lovrovich__, an active member in good standing of the bar of __State of Washington__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __State of Washington__ in the above-entitled action. My local co-counsel in this case is __Brian Wang__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __284490__.

| | |
|---|---|
| 800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>MY ADDRESS OF RECORD | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (206) 464-6193<br>MY TELEPHONE # OF RECORD | (415) 510-3487<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| brooke.lovrovich@atg.wa.gov<br>MY EMAIL ADDRESS OF RECORD | brian.wang@doj.ca.gov<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __47899__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/08/2022                                                         Brooke Howlett Lovrovich
                                                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Brooke Howlett Lovrovich</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE