AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California ▾

| | | |
|---|---|---|
| State of Utah et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-cv-05227-JD |
| Google LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Colorado                                                                 .

Date:        07/19/2022

/s/ Carla J. Baumel
*Attorney's signature*

Carla J. Baumel, Colorado Bar #56003
*Printed name and bar number*

Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203

*Address*

Carla.Baumel@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

*FAX number*