1 | DANE P. SHIKMAN (State Bar No. 313656)
Dane.Shikman@mto.com
2 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
3 | Twenty-Seventh Floor
San Francisco, California 94105-2907
4 | Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
5
Attorney for Defendants

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                                **SAN FRANCISCO**

12 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**  |  Case No. 3:21-md-02981-JD
13 |  | **NOTICE OF APPEARANCE OF DANE P. SHIKMAN**
14 | THIS DOCUMENT RELATES TO:

*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD

*Utah v. Google LLC*, Case No. 3:21-cv-05227-JD

*Match Group, LLC v. Google LLC*, Case No. 3:22-cv-02746-JD

PLEASE TAKE NOTICE that attorney Dane P. Shikman of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google

Case No. 3:21-md-02981-JD
NOTICE OF APPEARANCE OF DANE P. SHIKMAN

1  Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court
2  documents in connection with this action be served upon him at the email address listed above.
3  DATED:  October 21, 2022                    MUNGER, TOLLES & OLSON LLP

By:    /s/ *Dane P. Shikman*
       DANE P. SHIKMAN
       MUNGER, TOLLES & OLSON LLP
       560 Mission Street
       Twenty-Seventh Floor
       San Francisco, CA 94105
       Telephone:  (415) 512-4000

Attorney for Defendants