Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
Lauren M. Weinstein (*pro hac vice*)
bglackin@agutah.gov
lweinstein@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge: Hon. James Donato |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this administrative motion

2  to file under seal the unredacted version of Plaintiffs' Reply in Support of their Motion for

3  Sanctions, and Exhibits 22-26 to the Second Declaration of Lee M. Mason filed in support in their

4  entirety. Pursuant to the Court's order, Dkt. 256, the reasons for sealing will be discussed in a

5  forthcoming omnibus sealing motion. Plaintiffs also hereby provide notice of lodging to all parties

6  and their counsel pursuant to Civil Local Rule 79-5(e).

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2          Dated: November 10, 2022

3

4

5          BARTLIT BECK LLP

6            Karma M. Giulianelli

7          KAPLAN FOX & KILSHEIMER LLP

8            Hae Sung Nam

9          Respectfully submitted,

10         By: /s/ Karma M. Giulianelli
              Karma M. Giulianelli

11

12            *Co-Lead Counsel for the Proposed Class in In*
              *re Google Play Consumer Antitrust Litigation*

13

14         PRITZKER LEVINE LLP

15           Elizabeth C. Pritzker

16         Respectfully submitted,

17         By: /s/ Elizabeth C. Pritzker
              Elizabeth C. Pritzker

18

19            *Liaison Counsel for the Proposed Class in In re*
              *Google Play Consumer Antitrust Litigation*

20

21

22

23

24

25

26

27

28

1

CRAVATH, SWAINE & MOORE LLP
    Christine Varney *(pro hac vice)*

2

    Katherine B. Forrest *(pro hac vice)*
    Gary A. Bornstein *(pro hac vice)*

3

    Timothy G. Cameron *(pro hac vice)*
    Yonatan Even *(pro hac vice)*

4

    Lauren A. Moskowitz *(pro hac vice)*
    Justin C. Clarke *(pro hac vice)*

5

    M. Brent Byars *(pro hac vice)*
    Michael J. Zaken *(pro hac vice)*

6

7

FAEGRE DRINKER BIDDLE & REATH LLP
    Paul J. Riehle (SBN 115199)

8

Respectfully submitted,

9

10

By: /s/ *Lauren A. Moskowitz*
    Lauren A. Moskowitz

11

    *Counsel for Plaintiff Epic Games, Inc.*

12

13

14

OFFICE OF THE UTAH ATTORNEY GENERAL

15

    Brendan P. Glackin
    Lauren M. Weinstein

16

17

Respectfully submitted,

18

By: /s/ *Lauren M. Weinstein*
    Lauren M. Weinstein

19

20

    *Counsel for the Plaintiff States*

21

22

HUESTON HENNIGAN LLP
    Douglas J. Dixon
    Christine Woodin

23

    Joseph A. Reiter

24

Respectfully submitted,

25

By: /s/ *Douglas J. Dixon*

26

    Douglas J. Dixon

27

    *Counsel for Plaintiffs Match Group LLC et al.*

28

**E-FILING ATTESTATION**

I, Brian Wang, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brian Wang*
Brian Wang