| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br><br>*Counsel for the Proposed Consumer Class*<br><br>Paul J. Riehle (SBN 115199)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br><br>*Counsel for Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*<br><br>[Additional counsel appear on signature page] | Brendan P. Glackin (SBN 199643)<br>**OFFICE OF THE UT ATTY. GENERAL**<br>160 E 300 S, 5th Floor, PO Box 140872<br>Salt Lake City, UT 84114-0872<br><br>*Counsel for the States*<br><br>Douglas J. Dixon (SBN 275389)<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br><br>*Counsel for Match Group, LLC, et al.*<br><br>Glenn D. Pomerantz (SBN 112503)<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br><br>*Counsel for Google LLC et al.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**URGENT JOINT STIPULATION REGARDING THE PARTIES' JOINT PROPOSED SCHEDULE**<br><br>Judge: Hon. James Donato |

1

URGENT JOINT STIPULATION REGARDING SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

In light of an urgent scheduling matter, all parties jointly submit this stipulation to extend the deadlines for merits expert discovery and *Daubert* and dispositive motions. The current deadlines for these events immediately follow the January 12, 2023 case management conference regarding the case schedule. The expert deposition period is currently set to run from December 23 through January 13. Absent relief, the parties would need to schedule and conduct 18 expert depositions within the next three weeks and over the holidays, while also preparing for the January 12, 2023 evidentiary hearing regarding Google's electronic chat data. The current stipulation seeks to relieve the parties of the need to conduct these depositions pending the Court's decision on a revised schedule. The parties therefore respectfully request this immediate modest relief, while looking forward to discussing the overall case schedule during the upcoming January 12, 2023 status conference as the Court ordered yesterday (MDL Dkt. No. 398).

***

WHEREAS, pursuant to the Court's November 15, 2022 Order directing the parties to file a joint proposed amended scheduling order (MDL Dkt. No. 374), the parties submitted a Joint Proposed Schedule on December 13, 2022. (MDL Dkt. No. 392.)

WHEREAS, on December 22, 2022, the parties filed a Proposed Order Granting the Parties' Joint Proposed Stipulation. (MDL Dkt. No. 396.)

WHEREAS, on December 22, 2022, the Court entered an order setting a status conference for January 12, 2023 at 1:30 p.m. regarding the case schedule. (MDL Dkt. No. 398.)

WHEREAS, under the operative scheduling order, the deadline for merits expert discovery is January 13, 2023 and the deadline to file dispositive and *Daubert* motions, if any, is January 17, 2023. (MDL Dkt. No. 338.)

WHEREAS, while uncertainty in the upcoming deadlines for merits expert discovery and dispositive and *Daubert* motions remains, absent further relief from the Court the parties must prepare on the assumption that 18 expert depositions and the evidentiary hearing will occur in the first two weeks of January, significantly impacting the December and January schedules for counsel and experts.

2

URGENT JOINT STIPULATION REGARDING SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

WHEREAS, the parties met and conferred on December 22, 2022 and agreed, pending discussions with the Court on January 12 and any further orders on scheduling, to extend these deadlines on an interim basis to February 3, 2023 and February 7, 2023, respectively, to alleviate uncertainty until the full scheduling order can be resolved at the status conference.

THEREFORE, the parties hereby stipulate and agree to the following schedule modifications in advance of the January 12, 2023 status conference.

| Event | Current Deadline (MDL Dkt. No. 338) | Stipulated Interim Deadline |
| --- | --- | --- |
| Merits experts discovery cut-off | January 13, 2023 | February 3, 2023 |
| Last day to file dispositive and *Daubert* motions if any | January 17, 2023 | February 7, 2023 |

Dated: December 23, 2022

CRAVATH, SWAINE & MOORE LLP
   Christine Varney *(pro hac vice)*
   Katherine B. Forrest *(pro hac vice)*
   Gary A. Bornstein *(pro hac vice)*
   Timothy G. Cameron *(pro hac vice)*
   Yonatan Even *(pro hac vice)*
   Lauren A. Moskowitz *(pro hac vice)*
   Justin C. Clarke *(pro hac vice)*
   Michael J. Zaken *(pro hac vice)*
   M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*
   Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

3

URGENT JOINT STIPULATION REGARDING SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | | |
|---|---|---|
| 1 | Dated: December 23 2022 | BARTLIT BECK LLP |
| 2 | | Karma M. Giulianelli |
| 3 | | KAPLAN FOX & KILSHEIMER LLP |
| | | Hae Sung Nam |

Respectfully submitted,

By: */s/ Karma M. Giulianelli*
    Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: December 23, 2022    PRITZKER LEVINE LLP
    Elizabeth C. Pritzker

Respectfully submitted,

By: */s/ Elizabeth C. Pritzker*
    Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: December 23, 2022    OFFICE OF THE UTAH ATTORNEY GENERAL
    Brendan P. Glackin
    Lauren Weinstein

Respectfully submitted,

By: */s/ Brendan P. Glackin*
    Brendan P. Glackin

*Counsel for the Plaintiff States*

4

URGENT JOINT STIPULATION REGARDING SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | | |
|---|---|---|
| Dated:  December 23, 2022 | | HUESTON HENNIGAN LLP
Douglas J. Dixon
Christine Woodin
Joseph A. Reiter |

Respectfully submitted,

By: /s/ Douglas J. Dixon
 Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*

Dated:  December 23, 2022   MORGAN, LEWIS & BOCKIUS LLP
 Brian C. Rocca
 Sujal J. Shah
 Michelle Park Chiu
 Minna L. Naranjo
 Rishi P. Satia

Respectfully submitted,

By: /s/ Brian C. Rocca
 Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated:  December 23, 2022   MUNGER, TOLLES & OLSON LLP
 Glenn D. Pomerantz
 Kyle W. Mach
 Kuruvilla Olasa
 Justin P. Raphael
 Emily C. Curran-Huberty
 Jonathan I. Kravis
 Marianna Y. Mao

Respectfully submitted,

By: /s/ Glenn D. Pomerantz
 Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

5

URGENT JOINT STIPULATION REGARDING SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

## E-FILING ATTESTATION

I, Sarah G. Boyce, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Sarah G. Boyce*
Sarah G. Boyce

6

URGENT JOINT STIPULATION REGARDING SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD