1

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Class in In re Google
Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor San
Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic
Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872 Telephone:
801-366-0260

*Counsel for Utah and the Plaintiff States*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower San
Francisco, CA 94105-1596 Telephone: (415)
442-1000

Glenn D. Pomerantz (SBN 97802)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor Los
Angeles, California 90071-3426 Telephone:
(213) 683-9100

*Counsel for Defendants Google LLC et al.*

Douglas J. Dixon (SBN
275389) ddixon@hueston.com
**HUESTON HENNIGAN
LLP**
620 Newport Center Drive, Suite
1300 Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC et al*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT PROPOSED WITNESS LIST FOR EVIDENTIARY HEARING ON CHAT PRESERVATION**<br><br>Judge:  Hon. James Donato |

1
2
3

Pursuant to the Court's order, *see* MDL Dkt. 375, 384, Plaintiffs and the Google Defendants ("Google") respectfully submit this joint proposed witness list for the evidentiary hearing on chat preservation scheduled for January 12, 2023.

4
5

**Live Testimony**

| | Witness Name | Calling Party | Testimony Topics |
|---|---|---|---|
| 1. | Genaro Lopez | Google | Use and operation of the electronic chat system, communication tools available to Google employees, applicable and potential alternative retention policies, and guidelines for chat content |
| 2. | Jamie Rosenberg* | Google & Plaintiffs | Google: Use of chats and other communications methods<br>Plaintiffs: Use of Google Chats and the extent to which efforts were taken to preserve Google Chats |
| 3. | Lawrence Koh* | Google & Plaintiffs | Google: Use of chats and other communications methods<br>Plaintiffs: Use of Google Chats and the extent to which efforts were taken to preserve Google Chats |
| 4. | Tian Lim* | Google & Plaintiffs | Google: Use of chats and other communications methods<br>Plaintiffs: Use of Google Chats and the extent to which efforts were taken to preserve Google Chats |
| 5. | Andrew Rope | Google | Document preservation and legal hold implementation details, and details of collection/production in this case |
| 6. | Ronald Schnell | Plaintiffs | Mr. Schnell is an expert who will testify about the evolution of instant messaging applications, including Google Chat, for business enterprises; the features and functionalities of Google Chat; and the ways in which Google could have easily preserved Google Chats for all litigation hold custodians |

*The parties have agreed that only two of the three witnesses designated with a (*) will testify in person at the hearing.  In particular, Plaintiffs have requested that Google make Mr. Lim available for the hearing, but his status remains uncertain and so the parties are continuing to confer.

1 | Respectfully submitted,

2

3 | Dated:  January 5, 2023          CRAVATH, SWAINE & MOORE LLP
                                        Christine Varney *(pro hac vice)*
4                                       Katherine B. Forrest *(pro hac vice)*
                                        Gary A. Bornstein *(pro hac vice)*
5                                       Timothy G. Cameron *(pro hac vice)*
                                        Yonatan Even *(pro hac vice)*
6                                       Lauren A. Moskowitz *(pro hac vice)*
                                        Justin C. Clarke *(pro hac vice)*
7                                       M. Brent Byars *(pro hac vice)*
                                        Michael J. Zaken *(pro hac vice)*
8

9                                    FAEGRE DRINKER BIDDLE & REATH LLP
                                        Paul J. Riehle (SBN 115199)
10

11                                   Respectfully submitted,

12                                   By:   */s/ Lauren A. Moskowitz*
                                           Lauren A. Moskowitz
13

14                                         *Counsel for Plaintiff Epic Games, Inc.*

15

16 | Dated:   January 5, 2023         BARTLIT BECK LLP
                                        Karma M. Giulianelli
17

18                                   KAPLAN FOX & KILSHEIMER LLP
                                        Hae Sung Nam
19

20                                   Respectfully submitted,

21                                   By:   */s/ Karma M. Giulianelli*
                                           Karma M. Giulianelli
22

23                                         *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

24

25

26

27

28

1

Dated:  January 5, 2023

PRITZKER LEVINE LLP
   Elizabeth C. Pritzker

2

3

Respectfully submitted,

4

By      */s/ Elizabeth C. PritzkerXX*
        Elizabeth C. Pritzker

5

6

*Liaison Counsel for the Class in In re*
*Google Play Consumer Antitrust Litigation*

7

8

Dated:  January 5, 2023

OFFICE OF THE UTAH ATTORNEY
GENERAL
   Brendan P. Glackin
   Lauren M. Weinstein

9

10

11

Respectfully submitted,

12

By:     */s/ Brendan P. Glackin*
        Brendan P. Glackin

13

14

*Counsel for Utah*

15

16

Dated:  January 5, 2023

HUESTON HENNIGAN LLP
   Douglas J. Dixon
   Christine Woodin
   Joseph A. Reiter

17

18

Respectfully submitted,

19

20

By:     */s/ Douglas J. Dixon*
        Douglas J. Dixon

21

22

*Counsel for Plaintiffs Match Group, LLC*
*et al.*

23

24

25

26

27

28

Dated:  January 5, 2023           MORGAN, LEWIS & BOCKIUS LLP
                                           Brian C. Rocca
                                           Sujal J. Shah
                                         Michelle Park Chiu
                                         Minna L. Naranjo
                                         Rishi P. Satia

Respectfully submitted,

By:   */s/ Brian C. Rocca*
       Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated:  January 5, 2023           MUNGER, TOLLES & OLSON LLP
                                         Glenn D. Pomerantz
                                         Kyle W. Mach
                                         Kuruvilla Olasa
                                         Justin P. Raphael
                                       Emily C. Curran-Huberty
                                       Jonathan I. Kravis
                                       Dane P. Shikman
                                       Nicholas R. Sidney

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
       Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

JOINT PROPOSED WITNESS LIST FOR EVIDENTIARY HEARING ON CHAT PRESERVATION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

**E-FILING ATTESTATION**

I, Dane P. Shikman, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Dane P. Shikman*
_____
Dane P. Shikman