*[Handwritten:] Google Evid. Hrg Exhibits*
*C-20-5671-JD   C-21-5227-JD*
*C-20-5761-JD   21-MD-2961-JD*
*C-22-2746-JD*

## Table of Contents

| Binder Number | Bates Number / Description |
|---|---|
| **DXCH Exhibits** | |
| DXCH-1 | Google Chat Retention Policy ✓ |
| DXCH-2 | Google Chat Retention FAQs ✓ |
| DXCH-8 | GOOG-PLAY-003683919 |
| DXCH-96 | GOOG-PLAY-001161126 |
| DXCH-104 | Generic sample of 1:1 chat ✓ |
| DXCH-105 | Generic sample of group chat ✓ |
| DXCH-106 | Generic sample of Threaded Room ✓ |
| DXCH-107 | Screenshot showing ease of using "history on" button ✓ |
| DXCH-108 | Screenshot showing ease of using "forward to email" button ✓ |
| **PX Exhibits** | |
| PX-67 | GOOG-PLAY-009911168 ✓ |
| PX-92 | GOOG-PLAY-009992736 ✓ |
| PX-163 | Declaration of Andrew Rope, dated November 3, 2022, In re Google Play Store Antitrust Litigation, Dkt. No. 299-3, Case No. 3:21-md-02981 (N.D. Cal.) ✓ |