1  Karma M. Giulianelli (SBN 184175)
   karma.giulianelli@bartlitbeck.com
2  **BARTLIT BECK LLP**
   1801 Wewatta St., Suite 1200
3  Denver, CO 80202
   Telephone: (303) 592-3100
4
   Hae Sung Nam (*pro hac vice*)
5  hnam@kaplanfox.com
   **KAPLAN FOX & KILSHEIMER LLP**
6  850 Third Avenue
   New York, NY 10022
7  Telephone: (212) 687-1980

8  *Co-Lead Counsel for the Class in In re Google
   Play Consumer Antitrust Litigation*
9
   Paul J. Riehle (SBN 115199)
10 paul.riehle@faegredrinker.com
   **FAEGRE DRINKER BIDDLE & REATH
11 LLP**
   Four Embarcadero Center, 27th Floor
12 San Francisco, CA 94111
   Telephone: (415) 591-7500
13
   Christine A. Varney (*pro hac vice*)
14 cvarney@cravath.com
   **CRAVATH, SWAINE & MOORE LLP**
15 825 Eighth Avenue
   New York, NY 10019
16 Telephone: (212) 474-1000

17 *Counsel for Plaintiff Epic Games, Inc. in Epic
   Games, Inc. v. Google LLC et al.*
18

Brendan P. Glackin (SBN 199643)
Lauren M. Weinstein (*pro hac vice*)
bglackin@agutah.gov
lweinstein@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs submit this administrative motion
2 to consider whether another party's material should be sealed with respect to their Notice of
3 Lodging.  The portions of documents Plaintiffs seek to temporarily file under seal are listed below:

| Document | Corresponding Page Numbers |
|---|---|
| PX-170 | Portions of words appearing on Pages 2-54, 57-60, 62, and 64-71 |

Plaintiffs oppose the sealing of any portions of these documents but seek leave to provisionally file the documents under seal because they discuss materials that Google has designated confidential or highly confidential under the protective order in this case.  *See* Civil Local Rule 79-5(f).

Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

Dated: February 9, 2023            CRAVATH, SWAINE & MOORE LLP
                                   Christine Varney *(pro hac vice)*
                                   Gary A. Bornstein *(pro hac vice)*
                                   Timothy G. Cameron *(pro hac vice)*
                                   Yonatan Even *(pro hac vice)*
                                   Lauren A. Moskowitz *(pro hac vice)*
                                   Justin C. Clarke *(pro hac vice)*
                                   Michael J. Zaken *(pro hac vice)*
                                   M. Brent Byars *(pro hac vice)*

                                   FAEGRE DRINKER BIDDLE & REATH LLP
                                     Paul J. Riehle (SBN 115199)

                                   Respectfully submitted,

                                   By: */s/ Lauren A. Moskowitz*
                                     Lauren A. Moskowitz

                                   *Counsel for Plaintiff Epic Games, Inc.*

| | | |
|---|---|---|
| 1 | Dated:  February 9, 2023 | BARTLIT BECK LLP |
| 2 | |    Karma M. Giulianelli |
| | | KAPLAN FOX & KILSHEIMER LLP |
| 3 | |    Hae Sung Nam |

Dated:  February 9, 2023          BARTLIT BECK LLP
                                  Karma M. Giulianelli

                                  KAPLAN FOX & KILSHEIMER LLP
                                  Hae Sung Nam

                                  Respectfully submitted,

                                  By: /s/ Karma M. Giulianelli
                                  Karma M. Giulianelli

                                  *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*


Dated:  February 9, 2023          PRITZKER LEVINE LLP
                                  Elizabeth C. Pritzker

                                  Respectfully submitted,

                                  By: /s/ Elizabeth C. Pritzker
                                  Elizabeth C. Pritzker

                                  *Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*


Dated:  February 9, 2023          OFFICE OF THE UTAH ATTORNEY GENERAL
                                  Brendan P. Glackin
                                  Lauren Weinstein

                                  Respectfully submitted,

                                  By: /s/ Brendan P. Glackin
                                  Brendan P. Glackin

                                  *Counsel for the Plaintiff States*


Dated:  February 9, 2023          HUESTON HENNIGAN LLP
                                  Douglas J. Dixon
                                  Christine Woodin
                                  Joseph A. Reiter

                                  Respectfully submitted,

By: */s/ Douglas J. Dixon*
    Douglas J. Dixon

    *Counsel for Plaintiffs Match Group, LLC et al.*

## E-FILING ATTESTATION

I, Jessica V. Sutton, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Jessica V. Sutton*
Jessica V. Sutton