| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 | Brendan P. Glackin (SBN 199643)<br>Lauren M. Weinstein (*pro hac vice*)<br>bglackin@agutah.gov<br>lweinstein@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980 | |
| | *Counsel for the Plaintiff States* |
| *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* | Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640 |
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | *Counsel for Plaintiffs Match Group, LLC, et al.* |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000 | |
| *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

1   I, Michael J. Zaken, declare as follows:

2   1.  I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic")
3   in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

4   2.  I have personal, first-hand knowledge of the facts set forth in this Declaration. If called
5   as a witness, I could and would competently testify to these facts under oath.

6   3.  Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google
7   Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google") have designated
8   portions of PX-170, an exhibit to Plaintiffs' Notice of Lodging, as "HIGHLY CONFIDENTIAL –
9   ATTORNEYS' EYES ONLY" pursuant to the operative Protective Orders entered by the Court, Case
10  No. 3:21-md-02981-JD, ECF Nos. 247, 248, and 249. The following table shows the portions of PX-
11  170 that contain information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
12  ONLY".

| Document | Corresponding Page Numbers | Designating Party |
|---|---|---|
| PX-170 | Portions of words appearing on Pages 2-54, 57-60, 62, and 64-71 | Google |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on February 9, 2023 in New York, NY.

*/s/ Michael J. Zaken*
Michael J. Zaken

**E-FILING ATTESTATION**

I, Jessica V. Sutton, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Jessica V. Sutton*
Jessica V. Sutton