AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Utah, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona    .

Date:   02/15/2023

/s/ Jayme Weber
*Attorney's signature*

Jayme Weber, CA Bar No. 330107
*Printed name and bar number*

Arizona Office of the Attorney General
400 W. Congress St., Ste. S-215
Tucson, AZ 85701
*Address*

Jayme.Weber@azag.gov
*E-mail address*

(520) 628-6609
*Telephone number*

(520) 628-6532
*FAX number*