| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN FRANCISCO DIVISION |

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | |

Having considered Google's Administrative Motion to File Under Seal certain limited portions of an exhibit (PX-170) to the January 12, 2023 Deposition of Tian Lim (MDL Dkt. No. 449-2), the Declaration of Tian Lim submitted in support of this administrative motion, and any materials submitted in support or in opposition thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following portions of PX-170 may be filed under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Page -362 (text between "s" and "return to", between "dr d" and "/dei", between "j" and "+", between "+ p" and "mitby," between "v" and "-declines", between "pm - m" and "w", between "w" and "? Disappointed," between "m" and "-process", between "s" and "0%") | Lim Decl.¶ 2 | |
| Page -363 (text between "sure s" and "aligned", between "to r" and "(v easy", between "for s" and "to IM", | Lim Decl.¶ 2 | |

| | | | |
|---|---|---|---|
| 1 2 3 | between "to r" and "/p", between "/p" and "how", between "c" and "- how") | | |
| 3 4 5 6 7 8 | Page -364 (text between "with r" and "/p", between "/p" and "s", between "s" and "has pinged", between "work with" and "and", between "and" and "to ensure", between "random s" and "feedback", between "b" and "ready", between "ready s" and "s", between "s" and "- will") | Lim Decl.¶ 2 | |
| 9 10 11 | Page - 365 (text between "/ c" and "/ p", between "/ p" and "- solve", between "S" and "- play", between "s" and "piracy") | Lim Decl.¶ 2 | |
| 12 13 14 | Page - 366 (text between "s" and "what", between "- k" and "- exec", between "pf" and "- android", between "p" and "- s", between "- s" and "feedback") | Lim Decl.¶ 2 | |
| 15 16 17 18 19 20 21 22 | Page - 367 (text between "- a" and "- good", between "- d" and "needs", between "- y" and "- pf", between "- d" and "- runway", between "a" and "/k", between "/k" and "...thinking", between "-a" and "?", between "a" and "1", between "k" and "/m", between "/m" and "- free", between "s" and "/play", between "- h" and "/ s", between "/ s" and "- 'so", between "s" and "20210106", between "m" and "privacy") | Lim Decl.¶ 2 | |
| 23 24 | Page - 368 (text between "a" and "on", between "s" and "- org/culture", between "d" and "can", between "j" and "- dont") | Lim Decl.¶ 2 | |
| 25 26 | Page - 369 (text between "- k" and "- exec", between "m" and "s team") | Lim Decl.¶ 2 | |
| 27 28 | Page - 370 (text between "s" and "/ hgpw", between "a" and "- not", | Lim Decl.¶ 2 | |

| | | |
|---|---|---|
| between "s" and "- jalwa", between "- j" and "- worried", between "-p" and "nog", between "m" and "- buyflow", between "- k" and "- getting", between "- v" and "/c", between "/c" and "/b", between "/b" and "(?)", between "p" and "to", between "- b" and ": going", between "- b" and "should") | | |
| Page - 371 (text between "h" and "play", between "s" and "d", between "d" and "- stress", between "- c" and "can't", between "s" and "/escalate", between "s" and "too", between "to s" and "/t", between "/t" and "first", between "abt s" and "to", between "c" and ". shit", between "I" and "to", between "c" and ". - you", between "- d" and ", I", between ", I" and ", c", between ", c" and ", r", between ", r" and "- felt", between "so s" and "/a", between "/a" and "disengaged", between "a" and "/d", between "/d" and "- d", between "- d" and ": ejc", between "v" and "going", between "- c" and ": d", between ": d" and "rubbing", between "v" and "mmh", between "m" and "?") | Lim Decl.¶ 2 | |
| Page - 372 (text between "s" and "- d", between "- d" and "et", between "w s" and "/s", between "/s" and "- cros", between "- s" and "+9", between "- s" and "- existential", between "- j" and "- the", between "to S" and "'s points") | Lim Decl.¶ 2 | |
| Page - 373 (text between "d" and "- strategy", between "spotify/s" and "- new", between "- s" and "existing", between "clover/s" and "- status", between "runway/s" and "- ?", between "- j" and ": was") | Lim Decl.¶ 2 | |
| Page - 374 (text between "j" and "'s team.", between "- m" and "- need", between "j" and "s", between "s" and "/cl", between "- t" and "- ATC", between "betw h" and "+ m", between "+ m" and "- debug", between " w g" and "h", between "h" and "- d", between "- d" and "- | Lim Decl.¶ 2 | |

| | | | |
|---|---|---|---|
| | s", between "-s" and "- pms", between "w s" and "- GTM") | | |
| | Page 375 (text between "s" and "-play", between "s" and "passdowns", between "s" and "whatsapp", between "- e" and ", bluetooth", between "butl" and "F", between "d" and "- a", between "-a" and "took") | Lim Decl.¶ 2 | |
| | Page - 376 (text between "a" and "m", between "- d" and "adversarial", between "-a" and "speaking", between "at s" and "?", between "s" and "passdowns", between "- m" and "joining", between "s" and "'s team", between "- s" and "/g", between "/g" and "updating") | Lim Decl.¶ 2 | |
| | Page - 377 (text between "k" and "-redone", between "n" and "- collab", between "s" and "- s", between "-s" and "/c", between "/c" and "not") | Lim Decl.¶ 2 | |
| | Page - 378 (text between "s" and "/h", between "/h" and "/r", between "/r" and "last", between "- s" and "said") | Lim Decl.¶ 2 | |
| | Page - 379 (text between "s" and "-feedback", between "- p" and "mail", between "m" and "/p", between "/p" and "/mmh", between "/mmh/t" and "/r", between "/r" and "- b", between "- b" and "g", between "g" and ", j", between ", j" and ", j", between ", j" and ", ss", between ", ss" and ", apps") | Lim Decl.¶ 2 | |
| | Page - 380 (text between "j" and "r", between "r" and "- GTM") | Lim Decl.¶ 2 | |
| | Page - 381 (text between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between " T" and "L", between "L" and ", Yesterday", between "j" and "is", between "s" and "tmw", between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday") | Lim Decl.¶ 2 | |

| | | |
|---|---|---|
| Page - 382 (text between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday", between "h" and "somewhere", between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday") | Lim Decl.¶ 2 | |
| Page - 383 (text between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and", Yesterday") | Lim Decl.¶ 2 | |
| Page - 384 (text between "A" and "M", between "M" and ", Yesterday") | Lim Decl.¶ 2 | |
| Page - 385 (text between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday") | Lim Decl.¶ 2 | |
| Page - 386 (text between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "s" and "/h", between "/h" and "this") | Lim Decl.¶ 2 | |
| Page - 387 (text between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "A" and | Lim Decl.¶ 2 | |

| | | | |
|---|---|---|---|
| | "M", between "M" and ", Yesterday") | | |
| | Page - 388 (text between "G" and "H", between "H" and "Yesterday", between "A" and "M", between "M" and ", Yesterday", between "H" and "and", between "s" and "'s head", between "G" and "H", between "H" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday", between "H" and "wants", after "a") | Lim Decl.¶ 2 | |
| | Page - 389 (text between "s" and "come", between "d" and "(and", between "- j" and "/d", between "/d" and "- appbundles", between "- d" and "/d", between "/d" and "uncomfortable", between "-d" and ": 'this") | Lim Decl.¶ 2 | |
| | Page - 390 (text between "H" and "did", between "T" and "L", between "L" and ", Yesterday", between "A" and "R", between "R" and ", Yesterday", between "A" and "R", between "R" and "n,". between "A" and "R", between "R" and ", 6:33") | Lim Decl.¶ 2 | |
| | Page - 391 (text between "w" and "- privacy", between "p" and "?", between "k" and " - focus") | Lim Decl.¶ 2 | |
| | Page - 392 (text between "s" and "ar/fb", between "D" and "L", between "L" and ", 4", between "D" and "L", between "L" and ", 1", between "l", and "d", between "d" and "/blizzard", between "g" and "c", between "c" and "n", between "n" and "/opg") | Lim Decl.¶ 2 | |
| | Page - 393 (text between "D" and "-uber", between "r" and "- s", between "- s" and "- too", between "h" and "feedback", between "T" and "L", between "L" and ", 8") | Lim Decl.¶ 2 | |
| | Page - 394 (text between "J" and "H", between "H" and ", 6", between "T" and "L", between "L" and ", 4", between "p" and "f", | Lim Decl.¶ 2 | |

|  |  |  |
|---|---|---|
| between "f" and "is", between "J" and "H", between "H" and ", 3", between "P" and "has", between "T" and "L", between "L" and ", 3", between "J" and "H", between "H" and ", 3" between "E" and "on", between "P" and "it", between "A" and ", who", between "T" and "L", between "L" and ", 1", between "a" and "is", between "J" and "H", between "H" and ", 1", between "P" and "would") |  |  |
| Page - 395 (text between "T" and "L", between "L" and", Now", between "it." and "H", between "H" and ", 17", between "T" and "L", between "L" and ", 15", between "J" and "H", between "H" and ", 14", between "M" and ", and", between "A" and "And", between "P" and "is", between "T" and "L", between "L" and ", 13", between "p" and "take", between "J" and "H", between "H" and ", 13") | Lim Decl.¶ 2 |  |
| Page - 396 (text between "P" and "on", between "T" and "L", between "L" and ", 12", between "p" and "plays", between "p" and "notwithstanding", between "p" and "in", between "v" and "/p", between "/p" and "anyways", between "J" and "H", between "H" and ", 10", between "E" and "on", between "J" and "H", between "H" and ", 2", between "T" and "L", between "L" and ", 2") | Lim Decl.¶ 2 |  |
| Page - 397 (text between "j" and "p", between "p" and "https://", between "s" and "march", between "s" and "io.", between "- s" and "/s", between "/s" and "/d", between "/d" and "/sf", between "/sf" and "....") | Lim Decl.¶ 2 |  |
| Page - 398 (text between "S" and "tablet", between "dd" and ": raise") | Lim Decl.¶ 2 |  |
| Page - 399 (text between "s" and "store", between "(K" and "with", between "d" and "(growth)", between "j" and "(commerce)", between "c" and "(ads)", between | Lim Decl.¶ 2 |  |

| | | |
|---|---|---|
| "(K" and "with", between "d" and "(growth)", between "j" and "(commerce)", between "c" and "(ads)", between "K" and "&", between "e" and "(UXD)", between "b" and "(UXR)", between "- D" and ")", between "(M" and ") The" ) | | |
| Page - 400 (text between "- a" and "- launching", between "s" and "directs", between "s" and ", moderation") | Lim Decl.¶ 2 | |
| Page - 401 (text between "S" and "B*", between "m" and "- hc", between "- a" and "- amazing", between "- k" and "needs", between "- t" and "doing", between "t" and "/k", between "/k" and "haggling", between "- d" and "/s", between "/s" and "top", between "- y" and "strong", between "- g" and "- fine", between "- a" and "- less", between "- m" and "- super") | Lim Decl.¶ 2 | |
| Page - 402 (text between "- d" and "- v", between "- a" and "stuff", between "(b" and ". phonesky", between "(t" and ")", between "- m" and ": creating", between "- y" and "...rearrange", between "- m" and "/h", between "/h" and "relationship", between "-j" and "trying", between "j" and "gave", between "- m" and "never", after "to m") | Lim Decl.¶ 2 | |
| Page - 403 (text between "p" and "f", between "f" and "to", between "a" and ", p", between ", p" and ", k", between ", k" and "get", between "d" and "- serious", between "m" and "onboarded", between "d" and "DEI", between "ml" and ", g", between ", g" and ", j", between ", j" and "ch", between "ch" and ", a", between ", a" and "n", between "n" and ", m", between ", m" and "b", | Lim Decl.¶ 2 | |

| | | |
|---|---|---|
| between "b" and ", j", between ", j" and "k", between "k" and ")", between "k" and "/pf", between "g" and "/a", between "/a and "shine") | | |
| Page -404 (text between "with p" and "@", between "p" and "and i", between "with p" and "ran roundtables", between "such as d" and "t", between "t" and "founders", between "and g" and "is sufficiently") | Lim Decl.¶ 2 | |
| Page -405 (text between "a" and "m", between "a" and "/t", between "/t" and "/s", between "/s" and "- overtly", between "mmh - m" and "m" and "working", between "asked a" and "to be quiet", between "m" and "hadn't", between "is a" and "partnering", between "w d" and "?", between "c" and "- subs") | Lim Decl.¶ 2 | |
| Page -406 (text between "g" and "rant", between "to D" and "last time", between "mean if D" and "wants", between "T" and "L", between "L" and ", Yesterday 7:36", between "say g" and "is a", between "A" and "M", between "M" and ", Yesterday", between "was s" and "'s pointing", between "ask r" and "for feedback") | Lim Decl.¶ 2 | |
| Page -407 (text between "thing. s" and "is there", between "but g" and "is not", between "b" and "/ r", between "/ r" and "/ d", between "/ d" and "/ s", between "/ s" and "have been", between "a" and "for the", between "T" and "L", between "L" and ", Yesterday", between "what r" and "thinks", between "A" and "M", between "M" and ", Yesterday", between "pingd a" and "for his", between "T" and "L", between "L" | Lim Decl.¶ 2 | |

| | | | |
|---|---|---|---|
| | and ", Yesterday 7:42", between "A" and "M", between "M" and ", Yesterday 7:50") | | |
| | Page -408 (text between "Per r" and "No feedback", between "that S" and "basically", between "A" and "M", between "M" and ", Yesterday 8:01", between "A" and "M", between "M" and ", Yesterday 8:12", between "a" and "gut", between "T" and "L", between "L" and ", Yesterday", between "A" and "M", between "M" and ", Yesterday 8:17") | Lim Decl.¶ 2 | |
| | Page -409 (text between "minimum s" and "/a", between "/a" and "who run", between "Per r" and "No feedback", between "that S" and "basically", between "l" and "lib arts"). | Lim Decl.¶ 2 | |
| | Page -410 (text between "s" and "/salesforce") | Lim Decl.¶ 2 | |
| | Page -411 (text between "- p" and ": conviction", between "priorities s" and "/s", between "/s" and "/play", between "s" and "passdowns") | Lim Decl.¶ 2 | |
| | Page -412 (text between "s" and "-pf", between "when s" and "not there", between "p" and "asked question", between "s" and ": dont expect", between "s" and "i just have", between "pb/k" and "were", between "s" and ": what", between "s" and ": you") | Lim Decl.¶ 2 | |
| | Page -413 (text between "-v" and "-go build") | Lim Decl.¶ 2 | |
| | Page -414 (text between "does m" and "zoom", between "d" and "-strong", between "c" and ": indifference") | Lim Decl.¶ 2 | |

| | | |
|---|---|---|
| Page -417 (text between "a" and "notes") | Lim Decl.¶ 2 | |
| Page -418 (text between "j" and "j", between "j" and "feedback", between "h" and "I worked", between "with J" and "awhile", between "on R" and "T", between "T" and "and myself", between "R" and "worked", between "with J" and "R", between "R" and "would, between "with J" and ".", between "b" and "s", between "s" and "Yes", between "drove B" and "nuts", between "H" and "was on", between "r" and "l", between "l" and "Yes", between "Mr. J" and ". He") | Lim Decl.¶ 2 | |
| Page -419 (text between "g" and "/devmktg", between "G" and "H", between "H" and ", 19 min", between "through K" and ")", between "j" and "s", between "s" and "etc.", between "k" and "-> LA", between "r" and ", boston", between "T" and "L", between "L" and "33 min", between "K" and G", between "G" and ", 17 min", between "T" and "L", between "L" and ", 16 min") | Lim Decl.¶ 2 | |
| Page -420 (text between "K" and "G", between "G" and "16 min", between "K" and "G", between "G" and "14 min", between "T" and "L", between "L" and "12 min", between "K" and "G", between "G" and "7 min", between "T" and "L", between "L" and "5 min", between "K" and "G", between "G" and "5 min", between "T" and "L", between "L" and "4 min", between "K" and "G", between "G" and "1 min", between "A" and "B", between "B" and "and F", between "and F" and "L", between "L" and ". R", between ". R" and "and I", between "A" and | Lim Decl.¶ 2 | |

| | | | |
|---|---|---|---|
| | "and F", between "and F" and "are primary", between "will be L" and "K", between "K" and "and K", between "and K" and "S", between "S" and ". T", between ". T" and "is supporting", between "role R" and "and I"). | | |
| | Page -422 (text between "a" and "[geist]", between "now l" and ")", between "k" and ", m", between "m" and ", s", between "s" and ", m", between "m" and "d", between "d" and "not self", between "from s" and "anymore", between "h" and "me/m", between "me/m" and "-structure") | Lim Decl.¶ 2 | |
| | Page -424 (text between "L" and "convo", between "T" and "L", between "L" and "11:48", between "L" and "Z", between "Z" and "1:05", between "T" and "L", between "L" and "1:13", between "L" and "Z", between "Z" and "55 min") | Lim Decl.¶ 2 | |
| | Page -425 (text between "T" and "L", between "L" and "50 min", between "L" and "Z", between "Z" and "50 min", between "L" and "Z", between "Z" and "40 min") | Lim Decl.¶ 2 | |
| | Page -426 (text between "T" and "L", between "L" and "38 min", between "L" and "Z", between "Z" and "35 min", between "T" and "L", between "L" and "33 min", between "L" and "Z", between "Z" and "33 min", between "L" and "Z", between "Z" and "31 min", between "L" and "Z", between "Z" and "28 min") | Lim Decl.¶ 2 | |
| | Page -427 (text between "T" and "L", between "L" and "24 min", between "L" and "Z", between "Z" and "23 min", between "T" and "L", between "L" and "22 min", between | Lim Decl.¶ 2 | |

| | |
|---|---|
| "L" and "Z", between "Z" and "21 min", between "L" and "Z", between "Z" and "13 min") | |
| Page -428 (text between "T" and "L", between "L" and "9 min", between "L" and "Z", between "Z" and "9 min", between "T" and "L", between "L" and "7 min") | Lim Decl. ¶ 2 |
| Page -429 (text between "L" and "Z", between "Z" and "6 min", between "T" and "L", between "L" and "5 min", between "L" and Z", between "Z" and "4 min", between "T" and "L", between "L" and "3 min", between "L" and "Z", between "Z" and "2 min", between "p" and "p", between "p" and "P", between "P" and "manages", between "T" and L", between "L" and "Now", between "L" and "Z", between "Z" and "Now") | Lim Decl. ¶ 2 |
| Page -430 (text between "s" and "4 priorities", between "wear/r" and "play", between "changes/t" and "testimony", between "p" and "foldables", between "ss" and "hc ask", between "sit w s" and "t", between "t" and "one company", between "h" and "update", between "s" and "next") | Lim Decl. ¶ 2 |
| Page -431 (text between "regression, e" and "issues", between "b" and "ready", between "t" and "to try", between "m" and "devrel") | Lim Decl. ¶ 2 |

Dated: _____, 2023

_____
Honorable James Donato
United States District Judge
Northern District of California