UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of Utah , <br><br> Plaintiff(s), <br><br> v. <br><br> Google LLC , <br><br> Defendant(s). | Case No. 3:21-cv-05227 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Jonathan K. Van Patten, an active member in good standing of the bar of South Dakota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of South Dakota in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 284490.

| | |
|---|---|
| 1302 E. Highway 14, Suite 1 <br> Pierre, SD 57501 <br> MY ADDRESS OF RECORD | 455 Golden Gate Ave., Suite 11000 <br> San Francisco, CA 94102 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (605)773-3215 <br> MY TELEPHONE # OF RECORD | (415) 510-3487 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jonathan.vanpatten@state.sd.us <br> MY EMAIL ADDRESS OF RECORD | brian.wang@doj.ca.gov <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1896.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/22/2023

Jonathan K. Van Patten
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan K. Van Patten is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE OF SOUTH DAKOTA

# IN THE SUPREME COURT

*I Hereby Certify* that Jonathan K. Van Patten was on the 6th day of March in the year nineteen eighty-six admitted to practice as an Attorney and Counselor at Law in all the Courts of South Dakota and since that date she has remained on active status in good standing.

*I further Certify* that no disciplinary action is presently pending against her nor has any discipline heretofore been imposed upon him.

DATED at Pierre, South Dakota, this 22nd day of February, 2023.

_____
Deputy Clerk,
South Dakota Supreme Court

Exhibit A