# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al.  )
　　　　　　　　　　　 )
　　　　Plaintiffs,    )   Case No. 3:21-cv-05227
v.                     )
　　　　　　　　　　　 )
Google, LLC, et al.,   )
　　　　　　　　　　　 )
　　　　Defendants.    )

### DECLARATION OF JONATHAN K. VAN PATTEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Jonathan K. Van Patten, pursuant to Local Rule 1.3, declare the following:

1. I am an Assistant Attorney General at the State of South Dakota, Office of Attorney General, 1302 E. Highway 14, Suite 1, Pierre, South Dakota 57501. My telephone number is (605) 773-3215.

2. I am over twenty-one years of age and authorized to make this declaration.

3. I submit this Declaration in connection with *State of Utah, et al. v. Google LLC, et al.*, Case No. 3:21-cv-05227, in support of the Motion to Appear Pro Hac Vice.

4. I was admitted to practice in the Northern District of California in connection with a prior case in 2012. My representation in that case has ended and I have since gone on inactive status with the California Bar (#58529). I do not wish to change my inactive status with the California Bar and thus I am applying to be admitted Pro Hac Vice

with my active status as a member of the South Dakota Bar as the basis for my application.

5. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

6. This declaration is based on my personal knowledge and information provided by the Supreme Court of South Dakota.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22 day of February, 2023.

Respectfully submitted,

*Jonathan K. Van Patten*

Jonathan K. Van Patten
Assistant Attorney General
Office of the Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501
Tel: 605-773-3215
jonathan.vanpatten@state.sd.us

2