# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of Utah, et al., ) | |
| ) | Case No. 3:21-cv-05227 |
| Plaintiff, ) | |
| v. ) | NOTICE OF WITHDRAWAL OF |
| ) | APPEARANCE |
| Google, LLC, et al., ) | |
| ) | |
| Defendant. ) | |

**TO THE CLERK AND ALL PARTIES OF RECORD:** Please take notice that Assistant Attorney General Yvette K. Lafrentz, is hereby withdrawn as counsel for Plaintiff, State of South Dakota, in the above captioned matter. The State of South Dakota will be represented by Assistant Attorney General Jonathan K. VanPatten, who has previously entered an appearance in this matter.

Dated this 23rd day of February, 2023.

                        MARTY J. JACKLEY
                        Attorney General

By:   */s/ Yvette K. Lafrentz*
       Yvette K. Lafrentz
       Assistant Attorney General
       Office of the Attorney General
       1302 E. Highway 14, Suite 1
       Pierre, SD 57501
       Tel: 605-773-3215
       Yvette.lafrentz@state.sd.us
       Attorneys for Plaintiff, State of South Dakota

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

        /s/ *Yvette K. Lafrentz*
        Yvette L. Lafrentz
        Assistant Attorney General
        Office of the Attorney General