| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980<br><br>*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | Brendan P. Glackin (SBN 199643)<br>Lauren M. Weinstein (*pro hac vice*)<br>bglackin@agutah.gov<br>lweinstein@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260<br><br>*Counsel for the Plaintiff States*<br><br>Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC, et al.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs submit this administrative motion to consider whether another party's material should be sealed with respect to their Response to Google's Brief in Response to the Court's Minute Order Questions Regarding Preservation of Chat Messages ("Plaintiffs' Response"), and Exhibits 1-35 to the Declaration of John D. Byars ("Byars Declaration"). The documents and portions of documents Plaintiffs seek to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 1, lines 17-18, between "immediately wrote: """ and "","I" |
| Plaintiffs' Brief | Page 1, lines 18-19, between "Mr. Pichai" and ". (Byars" |
| Plaintiffs' Brief | Page 1, lines 20-21, between "under oath" and "" (*Id.* Ex." |
| Plaintiffs' Brief | Page 2, line 20, between "GOOG-PLAY5-000436389 ("" and "")  And it" |
| Plaintiffs' Brief | Page 3, lines 3-4, between "Development Manager about" and ".  Despite" |
| Plaintiffs' Brief | Page 3, line 4, between "acknowledging the """ and ", she" |
| Plaintiffs' Brief | Page 3, line 5, between "boasted: """ and "" When" |
| Plaintiffs' Brief | Page 3, line 6, between "her colleague" and ", she" |
| Plaintiffs' Brief | Page 3, lines 6-7, between "stated: """ and "" She" |
| Plaintiffs' Brief | Page 3, lines 7-9, between "then wrote: """ and "" Then the on-the-record" |
| Plaintiffs' Brief | Page 3, line 18, between "in one Chat," and ".  One" |
| Plaintiffs' Brief | Page 3, lines 19-20, between "requested: """ and "" The other" |
| Plaintiffs' Brief | Page 3, line 20, between "responded """ and """—referring" |
| Plaintiffs' Brief | Page 3, line 22, between "know what """ and "" was discussed" |
| Plaintiffs' Brief | Page 3, footnote 2, between "GOOG-PLAY5-000163578 ("" and ""); *id.* Ex." |
| Plaintiffs' Brief | Page 3, footnote 2, between "GOOG-PLAY5-000374365 ("" and "".).)" |
| Plaintiffs' Brief | Page 4, line 7, between "whether they were """ and "" to talk" |
| Plaintiffs' Brief | Page 4, lines 7-9, between "about" and ".  A Google employee" |
| Plaintiffs' Brief | Page 4, lines 9-10, between "that because """ and "" Google employees" |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 4, line 10, between "should """ and """ warning" |
| Plaintiffs' Brief | Page 4, lines 11-12, between "that """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 4, line 15, between "Programs started a """ and """ Chat to" |
| Plaintiffs' Brief | Page 4, line 15, between "discuss" and ". Almost immediately" |
| Plaintiffs' Brief | Page 4, lines 16-18, between "she wrote: """ and """ Google's Director" |
| Plaintiffs' Brief | Page 4, line 20, between "why Google had" and """ The on-the-record" |
| Plaintiffs' Brief | Page 4, lines 24-25, between "warned the group: """ and """ When others continued" |
| Plaintiffs' Brief | Page 4, lines 26-27, between "warned again: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 4, line 28, to page 5, line 3, between "Google employees discussed" and ". A Sales Strategy Manager" |
| Plaintiffs' Brief | Page 5, lines 5-6, between "wrote: """ and """ She" |
| Plaintiffs' Brief | Page 5, line 7, between "then wrote: """ and """ The other" |
| Plaintiffs' Brief | Page 5, line 8, between "employee" and ". While the Sales" |
| Plaintiffs' Brief | Page 5, line 9, between "prepared to discuss" and "in this Chat" |
| Plaintiffs' Brief | Page 5, line 11, between "an employee" and ", and the" |
| Plaintiffs' Brief | Page 5, line 13, between "YouTube, stating: """ and """ A Software Engineer" |
| Plaintiffs' Brief | Page 5, line 14, between "who apparently" and ", responded: """ |
| Plaintiffs' Brief | Page 5, lines 14-15, between ", responded: """ and """ A Product Manager" |
| Plaintiffs' Brief | Page 5, line 15, between "then referenced """ and """ and the on-the-record" |
| Plaintiffs' Brief | Page 5, footnote 3, between "off-the-record Chat regarding" and "); *id.* Ex." |
| Plaintiffs' Brief | Page 5, footnote 3, between "off-the-record Chat regarding" and ", evidence that helps" |
| Plaintiffs' Brief | Page 5, footnote 3, between "preservation; for example," and "(*id.* Ex." |
| Plaintiffs' Brief | Page 5, footnote 3, between "GOOG-PLAY5-000389043)), or to" and "(*id.* Ex." |
| Plaintiffs' Brief | Page 5, footnote 3, between "GOOG-PLAY5-000168593, because """ and """))." |
| Plaintiffs' Brief | Page 6, line 21, between "restraints that Plaintiffs challenge: " and ". Before the conversation" |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 6, line 22, between "Program Manager wrote: """ and """ A Senior Software Engineer" |
| Plaintiffs' Brief | Page 6, line 23, between "Team Lead clarified: """ and """ The on-the-record portion" |
| Plaintiffs' Brief | Page 6, line 25, between "Chat by asking: """ and """ one of the Android" |
| Plaintiffs' Brief | Page 6, line 26-27, between "Product Manager asked: """ and """ A Group Product Manager" |
| Plaintiffs' Brief | Page 6, lines 27-28, between "volunteered: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 7, line 1, between "employees created a """ and "Chat with history" |
| Plaintiffs' Brief | Page 7, line 2, between "warned the group: """ and """ The Lead" |
| Plaintiffs' Brief | Page 7, line 2, between "Google Photos asked: """ and """ The on-the-record" |
| Plaintiffs' Brief | Page 7, line 4, between "pasted a link about" and "and wrote: """ |
| Plaintiffs' Brief | Page 7, lines 4-5, between "and wrote: """ and """ This comment" |
| Plaintiffs' Brief | Page 7, line 5, between "discussion about" and ". A Software Engineer" |
| Plaintiffs' Brief | Page 7, lines 5-6, between "Engineer wrote: """ and """ The Senior Software" |
| Plaintiffs' Brief | Page 7, line 6, between "Engineer agreed: """ and """ Another Software" |
| Plaintiffs' Brief | Page 7, lines 6-7, between "Engineer agreed: """ and """ And a Program" |
| Plaintiffs' Brief | Page 7, lines 7-9, between "Manager wrote: """ and """ The Chat" |
| Plaintiffs' Brief | Page 7, lines 10-13, between "threaded room Chat: """ and """ He then asked" |
| Plaintiffs' Brief | Page 7, line 13, between "the group: """ and """ A YouTube Gaming" |
| Plaintiffs' Brief | Page 7, line 14, between "employee wrote: """ and """ A Software Engineer" |
| Plaintiffs' Brief | Page 7, line 15, between "Engineer reacted: """ and """ Another employee" |
| Plaintiffs' Brief | Page 7, line 15, between "employee wrote: """ and """ The Chat abruptly" |
| Plaintiffs' Brief | Page 7, lines 17-18, between "OS, sent others """ and """ A Manager" |
| Plaintiffs' Brief | Page 7, lines 18-19, between "asked for the """ and """ She then" |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 7, lines 19-20, between "then asked: """ and """ The first" |
| Plaintiffs' Brief | Page 7, line 20, between "employee wrote: """ and """ Another" |
| Plaintiffs' Brief | Page 7, lines 20-21, between "confirmed: """ and """ The employee" |
| Plaintiffs' Brief | Page 7, lines 21-22, between "warned that """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 7, line 25, between "decision by writing: """ and """ The Strategy" |
| Plaintiffs' Brief | Page 7, line 25, between "Manager responded """ and """ at which point" |
| Plaintiffs' Brief | Page 7, lines 27-28, between "and asked about """ and ". A Product Manager" |
| Plaintiffs' Brief | Page 7, line 28, between "quickly responded: """ and """ An Android engineer" |
| Plaintiffs' Brief | Page 7, line 28, between "engineer responded """ and """ A Senior Product" |
| Plaintiffs' Brief | Page 7, line 28, to page 8, line 1, between "Manager wrote: """ and """ Everyone then left" |
| Plaintiffs' Brief | Page 8, lines 2-3, between "Chat by stating: """ and """ and asked for" |
| Plaintiffs' Brief | Page 8, line 4, between "engineer responded: """ and """ Another" |
| Plaintiffs' Brief | Page 8, lines 4-5, between "wrote: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 8, lines 6-7, between "created a Chat """ and """ Another employee" |
| Plaintiffs' Brief | Page 8, lines 7-8, between "employee wrote: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 8, lines 9-10, between "began a Chat: """ and """ A Design" |
| Plaintiffs' Brief | Page 8, line 10, between "Android replied: """ and """ The conversation" |
| Plaintiffs' Brief | Page 8, lines 12-13, between "wrote immediately: """ and """ A Software Engineer" |
| Plaintiffs' Brief | Page 8, line 13, between """ A Software Engineer" and """ Another Software" |
| Plaintiffs' Brief | Page 8, line 14, between "Engineer wrote: """ and """ The Chat" |
| Plaintiffs' Brief | Page 8, line 16, between "Google employee wrote: """ and """ In the second" |
| Plaintiffs' Brief | Page 8, line 17, between "Safety, confirmed: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 8, lines 18-19, between "Chat by asking: """ and """ A Director" |

4
PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S INFORMATION SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 8, lines 19-20, between "Management, responded: """ and """ A Group Product" |
| Plaintiffs' Brief | Page 8, line 20, between "Manager replied: """ and """ The Group Product" |
| Plaintiffs' Brief | Page 8, line 21, between "Manager concluded: """ and """ A Director" |
| Plaintiffs' Brief | Page 8, line 21, between "Management, agreed: """ and """ The Group" |
| Plaintiffs' Brief | Page 8, lines 22-23, between "then decided: """ and """ He then" |
| Plaintiffs' Brief | Page 8, line 23, between "pasted a link """ and """ and the on-the-record" |
| Plaintiffs' Brief | Page 8, lines 24-25, between "Engineer quickly asked: """ and """ Another Software" |
| Plaintiffs' Brief | Page 8, line 25, between "Engineer wrote: """ and """ and then pasted" |
| Plaintiffs' Brief | Page 8, line 25, between "stating it was """ and """ that he could" |
| Plaintiffs' Brief | Page 8, lines 27-28, between "Projects then suggested: """ and """ The on-the-record" |
| Plaintiffs' Brief | Page 9, line 1, between "an article about" and ". A Staff Privacy" |
| Plaintiffs' Brief | Page 9, line 1, between "quickly warned: """ and """ The Senior Director" |
| Plaintiffs' Brief | Page 9, line 2, between "Security, wrote: """ and """ An employee" |
| Plaintiffs' Brief | Page 9, line 2, between "employee asked """ and """ to which" |
| Plaintiffs' Brief | Page 9, lines 3-4, between "another replied: """ and """ Another wrote" |
| Plaintiffs' Brief | Page 9, lines 4-5, between "Another wrote: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 9, lines 20, between "Google employees who" and ".5" |
| Plaintiffs' Brief | Page 9, footnote 5, between "Mr. Lim: """ and """); *id.* Ex." |
| Plaintiffs' Brief | Page 9, footnote 5, between "Mr. Lim: """ and """)." |
| Byars Decl. Ex. 1 | Document in its entirety. |
| Byars Decl. Ex. 2 | Document in its entirety. |
| Byars Decl. Ex. 3 | Document in its entirety. |
| Byars Decl. Ex. 4 | Document in its entirety. |
| Byars Decl. Ex. 5 | Document in its entirety. |
| Byars Decl. Ex. 6 | Document in its entirety. |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Byars Decl. Ex. 7 | Document in its entirety. |
| Byars Decl. Ex. 8 | Document in its entirety. |
| Byars Decl. Ex. 9 | Document in its entirety. |
| Byars Decl. Ex. 10 | Document in its entirety. |
| Byars Decl. Ex. 11 | Document in its entirety. |
| Byars Decl. Ex. 12 | Document in its entirety. |
| Byars Decl. Ex. 13 | Document in its entirety. |
| Byars Decl. Ex. 14 | Document in its entirety. |
| Byars Decl. Ex. 15 | Document in its entirety. |
| Byars Decl. Ex. 16 | Document in its entirety. |
| Byars Decl. Ex. 17 | Document in its entirety. |
| Byars Decl. Ex. 18 | Document in its entirety. |
| Byars Decl. Ex. 19 | Document in its entirety. |
| Byars Decl. Ex. 20 | Document in its entirety. |
| Byars Decl. Ex. 21 | Document in its entirety. |
| Byars Decl. Ex. 22 | Document in its entirety. |
| Byars Decl. Ex. 23 | Document in its entirety. |
| Byars Decl. Ex. 24 | Document in its entirety. |
| Byars Decl. Ex. 25 | Document in its entirety. |
| Byars Decl. Ex. 26 | Document in its entirety. |
| Byars Decl. Ex. 27 | Document in its entirety. |
| Byars Decl. Ex. 28 | Document in its entirety. |
| Byars Decl. Ex. 29 | Document in its entirety. |
| Byars Decl. Ex. 30 | Document in its entirety. |
| Byars Decl. Ex. 31 | Document in its entirety. |
| Byars Decl. Ex. 32 | Document in its entirety. |
| Byars Decl. Ex. 33 | Document in its entirety. |
| Byars Decl. Ex. 34 | Document in its entirety. |
| Byars Decl. Ex. 35 | Document in its entirety. |

Plaintiffs oppose the sealing of any portions of these documents but seek leave to provisionally file the documents under seal because they discuss materials that Google has designated confidential or highly confidential under the protective order in this case. *See* Local

1  Rule 79-5(f).  Plaintiffs reserve the right to oppose, under Rule 79-5(f)(4), any submission Google
2  makes to support sealing under Rule 79-5(f)(3).
3       Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to
4  Civil Local Rule 79-5(f).

Dated: March 14, 2023

CRAVATH, SWAINE & MOORE LLP
    Christine Varney *(pro hac vice)*
    Gary A. Bornstein *(pro hac vice)*
    Timothy G. Cameron *(pro hac vice)*
    Yonatan Even *(pro hac vice)*
    Lauren A. Moskowitz *(pro hac vice)*
    Justin C. Clarke *(pro hac vice)*
    M. Brent Byars *(pro hac vice)*
    Michael J. Zaken *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
    Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*
    Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

BARTLIT BECK LLP
    Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
    Hae Sung Nam

Respectfully submitted,

By: */s/ Karma M. Giulianelli*
    Karma M. Giulianelli

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

OFFICE OF THE UTAH ATTORNEY GENERAL
   Brendan P. Glackin
   Lauren M. Weinstein

Respectfully submitted,

By: /s/ *Lauren M. Weinstein*
   Lauren M. Weinstein

   *Counsel for the Plaintiff States*


HUESTON HENNIGAN LLP
   Douglas J. Dixon
   Christine Woodin
   Joseph A. Reiter

Respectfully submitted,

By: /s/ *Douglas J. Dixon*
   Douglas J. Dixon

   *Counsel for Plaintiffs Match Group, LLC et al.*

**E-FILING ATTESTATION**

I, Henry H. Cornillie, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                */s/ Henry H. Cornillie*
                                                   Henry H. Cornillie