# EXHIBIT 4
## TO KRAVIS DECLARATION
## PUBLIC-REDACTED VERSION

# Boosting Top Game Developer Support
# &
# Securing Play Distribution on Samsung Devices

April 9, 2019

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332817.R

CONTENTS

**Executive Summary**

**Context & Mobile Gaming Trends**

**Risks**

**Program Proposals**

   1.  Top Game Developers

   2.  Samsung

**Financial Summary**

AC PRIVILEGED // REFLECTS LEGAL ADVICE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332819.R



*Both programs are needed*
*Need to invest in top devs now to ensure imminent launches happen on Play and reduce noise*
*Samsung is aggressively pursuing gaming, and indicated they're open to partnering with us (but a deal will take time to negotiate and implement)*

*Note: We're also beginning to explore ways to reduce 'app store tax' sentiment across the developer ecosystem, via new business model concepts*

Context
AC PRIVILEGED // REFLECTS LEGAL ADVICE

Play's business is concentrated among top developers, and on Samsung devices

The loss of top developers, either to competitors or by
'going-it-alone' on Android, would significantly impact Play's business

*Tencent investment

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- HVUs:      of buyers spend      of app & game spend
- Samsung concentration of      reflect 2018 actuals. Concentration is even higher in few key Play markets, eg, KR





## Recent ecosystem trends

### Competitors Aggressively Pursuing Gaming

**Galaxy Store**
- Homescreen icon on S10
- **20% rev share**
- Pursuing top tiles (exclusives and co-list)

**EPIC GAMES***
- Launching app store in 2019/20
- **12% rev share (on PC)**
- New **$100M developer fund** (no strings)
- Pursuing **exclusive content & winning on PC**

**ONE**
- **20% rev share**
- Allows 3P billing **(5% rev share)**
- Partnered w/ Samsung in KR

**amazon apps**

Funding in-app purchase **discounts (up to 20%)** to attract users

### "App Store Tax" Meme Emerging

**Apple and Google Face Growing Revolt Over App Store 'Tax'**

Opinion: Google's 30% cut of Play Store app sales is nothing short of highway robbery

APPLE IMPOSES A DISCRIMINATORY 30% TAX

**Apple taxes competitors to advantage their own services**

**Tencent investment*

AC PRIVILEGED // REFLECTS LEGAL ADVICE

Major developers are increasingly considering distribution off Play. They also express discontent over Play rev share, and lack of unified Google offers / support
2019 Play Spend*
Activity In Past 8 Months
EPIC GAMES
$0
Launched hit title 'Fortnite' off Play (August 2018)
Imminently deciding whether to launch new mega title off Play
Actively evaluating whether to launch new mega title off Play
Planning to co-list top grossing title on Samsung Store. Asked for revenue share cut
AAA PC / Console devs with capabilities to bypass Play
Asked for revenue share cut "across the board"
Seeking commercial synergy across Google (Play + Ads)
'Mobile Major' allies changing their tune
*Projected. spend projection is for 2020



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332825.R

TWO PROPOSALS
Top Developers
Samsung
AC PRIVILEGED // REFLECTS LEGAL ADVICE

Proposal: Unify and boost Google's value proposition to target developers, via expanded offers and service level

+ + + +

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332827.R



Program Goals
Desired Developer Behaviors
1) Prioritize Play
2) Boost x-PA Product Adoption
3) Improve Sentiment / Satisfaction
AC PRIVILEGED // REFLECTS LEGAL ADVICE

Improve sentiment about (1) Play revenue share, (2) building high-fi games for Android, and (3) Google's gaming value proposition
Android: reduced app distro fragmentation

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332828.R

## Cross-Google Service Pack Offering (Program Details & Asks)

| Offer to Developer | Primary PA Success Metric |
| --- | --- |

AC PRIVILEGED // REFLECTS LEGAL ADVICE



Target Developers
Drive disproportionate value to Google
($8B 2019 Play Spend projected; $XX X-PA rev)
Beacons of the ecosystem
Expressed discontent over Play rev share and lack of unified support from Google
May forgo Play (& Android)
Upcoming major new title launch
Difficulty delivering hi-fidelity games on Android
Capabilities to 'go-it-alone' on Android
AC PRIVILEGED // REFLECTS LEGAL ADVICE

Dev List

Service Pack Deployment: Match developers with 'Service Packs' based on developer's top business objectives and lifecycle stage

Concentrated Mobile Majors

**AAA PC / Console**

Strategic Mobile Majors

AC PRIVILEGED // REFLECTS LEGAL ADVICE

More developers

-Piloting Build & Test & Launch packs with → good early traction

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332831.R

## Value to Dev by Service Pack (2020 view)

| Value to Developer | Google P&L Cost | HC (included in Cost) |
| --- | --- | --- |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3-year Value to Developer exceeds P&L cost*

Confidential + Proprietary

**Note that**
**P&L cost starts exceeding Cost to deliver value in 2020 & 2021 as**
**increases**

TWO PROPOSALS
Top Developers
Samsung

Context
Samsung pursuing gaming on Galaxy Store
Samsung's Goals
Grow services business
Differentiate hardware
Appeal to younger users
Possibly "Apple Envy", BU incentives, Google dependency reduction
Galaxy Store on DHS
#1 grossing game on Play co-listing in Galaxy Store
Exclusive Titles / Content
FORTNITE
Rumor: paid $40M for exclusive Niantic content
NIANTIC
Represents large oppty for Samsung
(and larger risk to Google)
~$30M to $60M
~$240M
Current annual est operating profit of Galaxy Store
Likely 2022 operating profit of Galaxy Store if Samsung doubles down
AC PRIVILEGED // REFLECTS LEGAL ADVICE

## Jamie / Jim

Proposal: strategic collaboration that advances Samsung goals, promotes Play on Samsung devices, and improves Android gaming experience

| | |
|---|---|
| **Financial Gives** | • Ads rev share from syndicated Google Ad products<br>• Co-marketing opportunities for Samsung-exclusive content and deals<br>• Up to **$10M in 'Play Points' discounts** for 1 year for Samsung phone buyers<br>• Up to **$60M annual payment for 4 years** |
| **Google Gets** | • Play hosts Galaxy Store games/apps, and provides billing, security, and updates<br>• Play and Galaxy Store are only app stores on Default Home Screen<br>• Samsung adheres to Android Gaming Standards |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- We want to collaborate with Samsung and bring multiple levers (not just cash) to the table. Some levers are win-win (
- Upfront cash payment is needed to address their Galaxy store P&L. We are anchoring on the range of net profit that we estimate Galaxy store makes
- Potential upside from ads syndication would be lucrative for both Samsung and Google (size depends on how much Samsung is willing to partner wrt surfaces & ads targeting parameters). Samsung does not need to build its own large sales team and court devs. Can participate in the upside as several large publishers do today.
- Marketing opportunities:
- Playpoints:

Financial Summary
& Risks

Ask to BC: Initial Approval of Top Dev Service Packs (including                    ),
and 4 year Samsung deal

Confidential + Proprietary

Risks and Mitigation
Risks
Mitigation
Top Developer Support
Contagion to other developers
Other developers ask for increased support
x-PA execution & operational complexity
Google historically hasn't flexed 'One Google' muscle. Title launch dates are also volatile
Samsung
Samsung reverts to 1P store backend after deal expires
Erode Play brand & user loyalty
AC PRIVILEGED // REFLECTS LEGAL ADVICE





Appendix

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332840.R



Financials
AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332841.R



Confidential + Proprietary

Marketing line includes and also accounts for incrementality from marketing spend

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332842.R



Developer Service Pack + Samsung deal would mitigate most of the risk
Privileged and Confidential

Net Value: Mitigation - Investment

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332843.R



Play Revenue = Apps & Games + Ads on Play
2019 Assumptions:
Epic Store to launch Q4 2019
Risk from Samsung and Amazon store already underway with existing stores and already known co-listing of top developers (
)
A couple of partial exclusives off-play expected to occur in 2019
Play would still retain at least ~50% of the top developers in 2019 with most likely defection of top developers ramping up to 100% in 2020

https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYINZ-M-6wptQwT8Alxyf4Ns/edit?ts=5c807718#gid=1323652187

Hypothetical Hug and Samsung, Hug wound down after year 2

**Margin Impact (2019 - 2022)**

Samsung deal investment does not include any additional TVC/OpEx/HC costs for product offerings

Privileged and Confidential

Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYINZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187



Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYINZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

Hug only (no Samsung deal)

**Margin Impact (2019 - 2022)**

Privileged and Confidential

Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYINZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332847.R

P&L economics of program to mitigate against          of margin over 2019-2022

Confidential + Proprietary

Marketing line includes                    and also accounts for incrementality from
marketing spend

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY-003332848.R

Top Developer Support
AC PRIVILEGED // REFLECTS LEGAL ADVICE

## Developer Value View

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332850.R

Developer List

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332851.R

## Developer Eligibility Criteria and Obligations

**Developer Eligibility**

**Developer Obligations**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

Ads SVAs for Hug Devs:          and     FTE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-003332853.R

for Hug devs:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-003332854.R

What about Unknown Sources?

- **Developers have choice on Android (key distinction from Apple). Changes to 'Unknown Sources' create legal / regulatory challenges**

- **We want developers to actively choose Google, and we want happy customers**

- **Risk still remains even with changes to Unknown Sources**

  - Worse developer sentiment; "app store tax" meme acceleration

  - Alternative stores can still be preloaded

  - Sideloading remains

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332855.R

## Epic / Fortnite

**Fortnite is active on ~6M Android devices**

**We estimate Fortnite would have been substantially more successful had they launched on Play**

**However, other developers might follow Epic's path for various reasons:**

- Every developer that follows Epic's path & launches on the Epic store will have less friction & a larger addressable user base than title before it.
- Developers can afford to take a ~20% performance hit on Epic store (due to 88% rev share) and still break-even. Or a ~30% hit in performance if they decide to go-it-alone.
- Developers place value on owning the entire customer relationship beyond what we assessed in our short-term analysis of Fortnite performance.
- PC / Console developers that have long term relationships with their customers already have a good knowledge of which users drive spend. They can directly convert those players over to the mobile version.
- Tencent ownership of influential developers might bias their choices.

Play Concentration

**2019 Projected Play Spend =**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332857.R

Samsung
AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332859.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332860.R

To achieve our "gets" and help Samsung's goals, we recommend a set of Product and Financial "gives" based on guiding principles

**Product**

**Financial**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

PRODUCT OFFERS — Play as backend to Galaxy Store frontend

## Play backend to Galaxy Store frontend - how it would work

| | |
|---|---|
| **Overview** | • **Surface area:** All Samsung-owned surface areas that facilitate download of Android mobile apps, including Galaxy Store and Game Launcher<br>• **Catalog:** Apps with unique functionality or offers for Samsung users<br>• **Store layout:** Samsung continues to curate content and do top-level promotion |
| **Risks and Mitigations** | **Lost Play Ads revenue due to shift of Play users to Galaxy Store**<br>*Mitigation:*<br><br>**Play brand dilution**<br>*Mitigation:*<br>**Samsung reverts to 1P backend** and promotes Galaxy Store after deal expires<br>*Mitigation:*<br>•<br>• |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

FINANCIAL OFFERS — Lumpsum Payment

**Likely 2019 net profit of Galaxy Store**: -$30M to $60M profits

*Based on extrapolating public estimates of Samsung's Korean app business*

## Assumptions

**Samsung revenue share is 20-30%**
- $24-35M Samsung net revenue in KR

**250 HC OPEX to run the store**
- Roughly 15% size of Play team

**Ads revenue: ~$10M**
- Based on impressions and CTR data shared by Samsung at GDC

| *Global estimate, $M* | Low | High |
|---|---|---|
| Galaxy Store Consumer Spend | $360 | $545 |
| **Galaxy store revenue** *(20-30% of spend)* | **$70** | **$165** |
| Payment processing cost *(~3% of spend)* | -$10 | -$15 |
| Operating cost *(~250 HC)* | -$100 | -$100 |
| **Net profit (IAPs only)** | **-$40** | **$50** |
| Ads revenue | $10 | $10 |
| **Total net profit (incl Ads)** | **-$30** | **$60** |

*Link to overall proposal*

Source: Korean industry articles; Samsung Galaxy Apps partner program, Play Finance Galaxy Store profit model

AC PRIVILEGED // REFLECTS LEGAL ADVICE

FINANCIAL OFFERS – Play Points

Integrate Samsung with to help drive Samsung device sales and user engagement

| Proposal | Details | Considerations |
| --- | --- | --- |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-003332864.R