# EXHIBIT 5
## TO KRAVIS DECLARATION
## PUBLIC-REDACTED VERSION

# Games Velocity Program

### V1 Business Impact Assessment. V2 Introduction

December 2020

1

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146689.R



2: x-Google value?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146690.R



GOOG-PLAY-004146691.R

[Refresher] GVP 1.0 Context: In 2019, Google Play's growth and business model faced risk due to increasing competitive intensity & the emerging app store "tax" meme

**Competitors Aggressively Pursuing Gaming**

   

**"App Store Tax" Meme Emerging**

**Apple and Google Face Growing Revolt Over App Store 'Tax'**

Opinion: Google's 30% cut of Play Store app sales is nothing short of highway robbery

**Risk: Top Developer Churn from Play**
- Play margin loss: $840M likely margin exposure in 2022 (cumulative ~$2 Bn+ in 2019-2022)

**Opportunity: Deepen relationships with top developers and grow cross-Google product adoption**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## [Refresher] GVP 1.0 Proposal: We developed 'Games Velocity Program', a commercial program to unify & boost Google's value proposition to target developers

### Cross-Google Service Packs + Partner Pods

| Build & Test | Launch | User Acquisition | Community Development |
|---|---|---|---|
| • GCP credits<br>• Technical consultations | • Play 'Growth Consulting'<br>• Co-marketing campaigns<br>• Play Store featuring<br>• YT influencers | • Ads credits<br>• Ads consultations & ML integration | • eSports tournaments & gaming events<br>• YT channel growth<br>• eSports sponsorships |

x-PA Partner Pod

**Google Gives**

- x-PA service pack support, including associated funding and services

**Google Gets (contractual)**

- **Title distribution on Play** (titles must sim-ship on Play at launch)
- **Content & feature parity on Play**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

[Refresher] GVP 1.0 Target Developers: GVP targeted ▮ major game developers



**Drive disproportionate value to Google**
(e.g. ▮ of total Play consumer spend)

**Beacons of the ecosystem**

**Expressed discontent over lack of unified support from Google**

**May forgo Play (& Android)**
- Upcoming major new title launch
- Difficulty delivering hi-fidelity games on Android
- Capabilities to 'go-it-alone' on Android

Full Partner List

AC PRIVILEGED // REFLECTS LEGAL ADVICE

  GOOG-PLAY-004146694.R



[Refresher] GVP 1.0 Goals, Non-Goals & Success Metrics

────────────── **Desired Developer Objectives** ──────────────

| Goal 1: Prioritize Play Users | Goal 2: Boost x-PA Product Adoption |
|---|---|

**Ensure Play users are not disadvantaged**

- Launch on Play on "day 1" of mobile launch
- Co-invest in promoting Play title
- Improve game quality and device reach
- Maintain game parity across platforms

**Unlock xPA value for partners & Google**

- **GCP:** win-rate acceleration; ARR increase, marquee titles on GCP
- **YouTube:** mobile gaming watchtime uplift, Mobile gaming upload + creator uplift
- **Ads:** UAC growth acceleration; best practice adoption

| Goal 3: Improve Developer Sentiment |
|---|

Non Goals: Play exclusivity, drive additional xPA integrations (eg: ███████, xPA spend commitments

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146696.R



product commits? Better than expected?
Link to source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Cloud Deals:**

**TOTAL:** ▉▉▉▉  **Incremental:** ▉▉▉▉

**Cloud KPI Definitions:**
**-ARR acceleration: Defined as average YoY growth between BC 5-year total:** ▉▉▉▉
**HUG BC 5-year total:** ▉▉▉▉ **and HUG new projected 5-year total:** ▉▉▉▉
**-Win-rate acceleration: Defined as conversion percentage increase from BC %.  BC**
**conversion was** ▉▉ **w/o HUG and** ▉▉ **with HUG** ▉▉▉▉ **=** ▉▉▉ **. Already signed**
**12 out of 18 developers so** ▉▉ **conversion. Estimating conservatively at** ▉▉▉
**through program duration.** ▉▉▉▉▉▉▉
**-Marquee titles on GCP: Defined as number of marquee titles on GCP from signed**
**developers. 9 titles include"**
**>>** ▉▉▉▉▉▉▉▉▉▉▉ **migrating from** ▉▉▉
**>>** ▉▉▉▉▉▉▉ **- Expected to 13x spending**

>>  - new customer

>> ████████████████████████████████████████ and new title

>> ██████████████████████ - Expected to 40x spending

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY







GOAL 3: Improve Developer Sentiment

## Post GVP, qualitative assessment of partner sentiment by BDMs

Qualitative assessment by BDMs

- Outside of [redacted] who is singularly focused on rev share reduction, conversations with other partners has materially shifted from rev share to xGoogle opportunities.
- Some concern remains, given broader ecosystem-level agitation around app store business models.
- Significant uplift in xGoogle investment

| | |
|---|---|
| (red) | Negative |
| (light yellow) | Neutral |
| (green) | Positive |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

Beyond GVP – Quantitative assessment of partnership health* by xPA Finance teams

| | 2020 Growth | | | | | |
|---|---|---|---|---|---|---|
| | Play Spend | GCP Spend | UAC Spend | YouTube watchtime | Google Revenue Growth | Comments |
| | 100% | 125% | 13163% | 34% | 13276% | Public appreciation about partnership with Play |
| | 108% | 38% | 27% | 42% | 91% | |
| | 56% | 842% | 90% | 114% | 61% | Launched Battle Pass subs exclusively on Play |
| | 29% | 245% | 141% | 59% | 58% | |
| | 54% | -39% | -2% | 21% | 54% | Strategic partnership with ▇ |
| | 49% | 31% | 63% | 28% | 51% | CEO expressed excitement about expanding xGoogle partnership via GVP |
| | 38% | 13% | 211% | 83% | 38% | Multiple exec quotes on strength of GVP partnership |
| | 24% | 314% | 24% | 375% | 30% | Signing in Q4 2020 |
| | 5% | 22722% | 181% | 14% | 24% | |
| | 8% | 224% | 97% | -22% | 20% | |
| | 5% | 80% | -91% | 17% | 15% | Signed first ever long term commit deal to be on GVP |
| | 8% | 34% | 206% | 21% | 13% | Extending GVP deal by +2 years to lean into GCP |
| | 4% | 887% | -17% | -3% | 10% | Reinvested GVP incentives to return to Play growth |
| | 10% | 54% | 8% | -31% | 10% | Changed launch processes to support GVP partnership |
| | -4% | 4% | 7% | 29% | -4% | |
| | -10% | 3021% | 107% | 42% | -4% | Stepped up exec relationships with Google |
| | -18% | 0% | 100% | 21% | -18% | |
| | -28% | 5410% | -50% | 93% | -26% | |
| TOTAL | 23% | 75% | 85% | 37% | 32% | |

| <0% | 0%-10% | 10% - 50% | 50% - 100% | >100% |
|---|---|---|---|---|

* xPA Finance assessment of developer investment with Google; not entirely attributable to GVP, but supported by GVP

14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146703.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146704.R



## Google-wide ROI shows positive contribution of $[redacted]

| | | 2019 | 2020 | 2021 | 2022 | | 2019-2022 |
|---|---|---|---|---|---|---|---|
| | Play Risk Mitigation | [redacted] | | | | | |
| | | | | | | | |
| Margin from Inc. Revenue | Ads | | | | | | |
| | Cloud | | | | | | |
| | | | | | | | |
| | Attributable Margin | | | | | | |
| | | | | | | | |
| Cost to Serve GVP Credits | Ads | | | | | | |
| | Cloud | | | | | | |
| | Marketing | | | | | | |
| | YT- esports + ABK | | | | | | |
| | Forecasted | | | | | | |
| | | | | | | | |
| | Total Cost to Serve | | | | | | |
| | | | | | | | |
| | Margin Net of Cost | | | | | | |
| | ROI | | | | | | |

*Call outs:*

**Ads**

- While Ads margin is -ve, incrementality from GVP surpasses BC expectations

**Cloud**

- [redacted] of incr. rev (from large commits) and high adoption make GCP credits margin +ve for GVP

**YouTube**

- YT costs are front-end weighted, with [redacted] of ABK's package hitting 2020

**Assumes GVP at [redacted] reinvestment continues beyond 2020

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE 16

As a result, GVP has been effective at mitigating margin loss risk from off-Play distribution



Better than expected risk mitigation with GVP investments improving sentiment towards Play

Developers prioritized Play users while launching new titles

Developers maintained feature and content parity for titles across platforms

1) Benchmarked operating metrics through July 2020 against risk milestones for FY2022

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE          17

Mitigation driven by (1) signed developer spend under sim-ship contract, (2) other stores and (3) ) other devs (halo effect)
For more information on methodology of calculation, see here

GOOG-PLAY-004146706.R

GVP 1.0 is ROI positive even without ▮▮▮▮ Play risk mitigation; outsized ABK
investments diluted overall returns. 7/18 deals are positive, 3 more likely to be.



Program ROI positive even
without ▮▮▮ Play risk
mitigation

Comarketing investments of
▮▮▮▮ (over 2019-2024)
expected to recoup ▮▮▮ of
invested value

▮▮▮▮▮▮▮▮ expected
to sign incremental GCP
commits ▮▮▮▮ and turn ROI
+ve

▮▮▮▮ esports investment with
▮▮▮▮ adversely impacted
and program ROI

1   Ads has attributed GVP margin upside for the duration of the credits (2020 for most devs, 3 years for ▮▮▮▮ @ ▮ of UAC margin uplift in 2019, and ▮ thereafter
2   GCP has attributed GVP margin upside until 2024, due to commits secured via GVP, as well as long term nature of GCP partnerships
3   GCP upside does not yet include Play revenue deferrals to Cloud of ▮▮▮ towards Cloud credits. Cloud PA would recognize this revenue upon credit utilization by developer
4   GVP will mitigate Play margin risk worth ▮▮ by 2022

18

GOOG-PLAY-004146707.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146708.R



## GVP 2.0: Build on GVP 1.0 success, address gaps & focus on joint growth

| Continue to address Play risk, including new payments risk | Continue to create net new xGoogle value | Continue to improve sentiment |
|---|---|---|
| • Keep leveraging GVP to address **continuing top developer concerns**<br>• Evolve GVP **goals beyond simship** to also focus on **joint growth**, as risk evolves from off-Play distribution to payments | • Double down on **GCP credits**<br>• Address ROI gap in Ads offer<br>• Leverage investment in **Play Points, Promos**<br>• Drive joint growth by **aligning incentives with growth** targets<br>• Support **Android/Play platform growth** by including product integration requirements<br>• Bolster consults, **Play-YT engagement, features** | • Expand from 1-year to **multi-year deals** to deepen partnership<br>• **Grossly simplify operations** |

Continue to address current & emerging risks while creating incremental xGoogle value; be prepared for public disclosure

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE 20

product commits? Better than expected?
Link to source





Both [redacted] meet the criteria

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





What we learnt

## GVP2.0 framework: Refine GVP 1.0 service packs; simplify operations; bolster consults, YT-Play engagement/features

| Service Pack | Developer Sentiment impact from GVP: Commercial Offers | Consulting Offers* | Operational Delivery | ROI from Commercial Offers | Comments |
|---|---|---|---|---|---|
| Build & Test | | | | | [redacted] |
| Launch | | | | | |
| UA | | | | | |
| Community | | | | | |

**Build & Test:** GCP credits, GCP consultations, DevRel Consultations

**Launch:** Play featuring, G. Consulting, Comarketing, YouTube influencers

**User Acquisition:** UAC credits, Ads SVAs

**Community Dev.:** YouTube Channel growth, esports sponsorships & events

DRAFT

* Play featuring and PCO support has been included as part of Launch Consulting offers

## GVP 2.0 Proposal: Builds on GVP 1.0 and extends term to three years to deepen partnership with devs that matter most to our users.

### Cross-Google Service Packs + Partner Pods

**Build & Test**
- GCP credits
- Technical consults (DevRel)
- **Play Tech Solutions Consults**

**Launch & Grow**
- Play 'Growth Consulting'
- Co-marketing
- Play Store featuring
- YT influencers
- **Play Points, Promos**

**User Acquisition**
- Ads credits **as AIP**
- Ads consultations & ML integration

**Community Development**
- eSports tournaments & gaming events
- YT channel growth
- eSports sponsorships
- **Play - YT features, Project Ally**

x-PA Partner Pod, with simplified ops

**Google Gives**

[redacted]

**Google Gets (contractual)**

[redacted]

**Blue items are new**

AC PRIVILEGED // REFLECTS LEGAL ADVICE



GVP 2021: ████ Play margin investment to extend 1.0[1] and start 2.0.

**GVP 2021 investments & xPA support**

- ████ to extend commercial incentives for up to 15 GVP 1.0 devs @ ████ of respective spend tied to spend growth targets

- ████ to 11 new developers to GVP 2.0, @ ████ of respective spend tied to spend growth targets

- Corp Finance has been briefed that Play would request additional budget for GVP

- ████ GVP 2.0 developers offer potential for GCP upside. Finance teams are computing Google opportunity

- GCP and Ads teams are largely on board, concerns remain about xPA accounting implications and relevance of GVP vs. Play business model change.

1  Excludes ████ who already have longer term multi-PA deals and will not be offered refreshes via GVP 2.0
2  GVP 1.0 devs are already getting ████ of Play spend as GCP credits for 3 years

**DRAFT**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

[Source](#)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**GVP delivered +ve Google margin while addressing dev sentiment; if Runway addresses commercial concerns, could a limited but complimentary GVP drive xGoogle upside?**



GVP offered at ▮ % met the following 3 objectives:

**Improve Sentiment** : decrease rev share agitation

**Prioritize Play** : devs launch on Play along with other platforms

**Increase xPA Adoption** : xPA incentives to grow Google footprint: ▮ **incremental Google margin** against investment of ▮

Runway may address 2/3 objectives:

**Improve Sentiment**: Addressed via reduced rev share

**Prioritize Play**: Runway may help address off Play monetization; however, without GVP we lose our ability to guarantee simship

**Increase xPA Adoption**: Without GVP, we lose our ability to create any "*net new*" Google upside and reduce Program cost

ATTORNEY CLIENT PRIVILEGED

**A limited GVP should anchor towards Google uplift; lead with tactics driving maximum ROI - double down on GCP, integrate Play Loyalty, ask for strategic product adoption**

| GVP tactic | Impact on ROI | Continue? | Comments |
|---|---|---|---|
| Ads | Neutral | | Program pivoting to AIP, however, expected to remain ROI neutral |
| Cloud | Positive | | Conditional to new / incremental GCP commit |
| Play* | Expected Positive (NPU, Buyer Retention, Product adoption) | | Offer Play investments linked to Play objectives, e.g., Loyalty, Strategic product adoption |
| YouTube | Presence Grants: Unknown esports rights: Negative | | YouTube helpful in improving developer sentiment, but is largely ROI negative |
| Marketing | Custom campaigns: positive Others: negative | | Unlink comarketing from GVP; continue supporting tentpole launches |

* Play did not have a commercial tactic in GVP. We are evaluating adding commercial tactics as part of GVP 2.0

ATTORNEY CLIENT PRIVILEGED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





er

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-004146719.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146720.R

product commits? Better than expected?
Link to source

GOOG-PLAY-004146721.R



## Comparing programs

| | GVP 1.0 | GVP 2.0 |
|---|---|---|
| Program Objective | Mitigate Play distribution risk | Incentivize joint growth |
| Eligibility criteria | **PC/Console Devs**<br>Lifetime Revenue of IP [redacted]<br><br>**Play Devs:**<br>Lifetime Spend [redacted] OR<br>Lifetime Spend [redacted] and growing [redacted] | **PC/Console Devs**<br>Lifetime revenue of IP [redacted]<br><br>**Play Devs**<br>Lifetime Spend = [redacted] growing [redacted]<br>Lifetime Spend = [redacted] growing [redacted] |
| # of developers | [redacted] | [redacted] |
| % of Play Spend covered | [redacted] | [redacted] |
| Google Gives | **Commercial:**<br>Ads credits: [redacted] of eligible UAC spend, capped<br>GCP credits - [redacted] of Play Consumer Spend, uncapped<br>Comarketing - fixed allocation<br>YouTube Presence Grants - fixed allocation<br>eSports rights / sponsorships - fixed allocation<br><br>**Consultative**<br>Ads consulting, GCP consulting, Play business consulting, DevRel consulting | **Commercial:**<br>Ads credits: nn% of incremental UAC spend, capped (AIP Program)<br>GCP credits [redacted] of Play Spend, uncapped<br>Comarketing - % of Play Spend, uncapped<br>YouTube Presence Grants - % of Play spend, uncapped<br>eSports rights / sponsorships - % of Play spend, uncapped<br><br>**Consultative**<br>~~Ads consulting,~~ GCP consulting, Play business and tech consulting, DevRel consulting |
| Google Gets | [redacted] | |
| % investment | [redacted] of respective Play Consumer spend | [redacted] of respective Play Consumer spend |
| Term | [redacted] | |
| Play Margin investment | $nnnM over three years:<br>$nnM to extend 1year incentives to three for select devs | $nnnM over three years, $nnM in 2021 |
| Google Upside | $nnnM over three years: | Estimated... |

33



## We are ran an effort to examine new Play GVP capabilities against a few main criteria

- Live or in-flight
- Measurable incrementality
- ...could go into contract with developers

**...and we're pursuing three main focus areas for inclusion within GVP**

**Google Play Points**

Exclusive spotlight campaigns for GVP partners (e.g. 10x Play Points promotion) to help drive incremental spend

**Battlestar**

Including language specific to the adoption of Battlestar can help align B* goals with GVP developers

**NBU localization incentives** (bounty model)

Devs can earn incentives if they create programmatic, localized investments in under-served frontier markets that speed up buyer growth

Attorney Client Privileged & Confidential

## Discussion

### Summary

GVP 1.0 is working, has helped mitigate off-Play distribution risk and had deepened overall developer partnership with Google

Several major GVP gives expire in 2020 EOY (except for GCP) and developers are actively asking for extensions.

GVP 2.0 builds on the successes of 1.0, actively addresses gaps, and shifts goals from off-Play risk to joint growth.  Extends term to three years to deepen partnerships.

### Open questions

Project Runway - are there concerns about extending term to three years given Project Runway plans?

AVP - other PAs are getting wary of xPA deals - Cloud as AVP deals could have larger contra impact on them. Ads due to negative (albeit small) ROI.  Is this still the right approach?

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE   35



Play GVP cost > Google cost by ⬛⬛⬛⬛ mainly due to Play deferrals to GCP (not reflected in GCP upside)

GCP expects to recognize this revenue upon credit utilization by developer

**GVP investments summary**

| $m | 2019 | 2020 | 2021 | 2022 | 2023 | Total |
|---|---|---|---|---|---|---|
| **(A) – Play view** | | | | | | |
| Cloud | | | | | | |
| Ads | | | | | | |
| Marketing | | | | | | |
| YT / esports | | | | | | |
| **Total** | | | | | | |
| **(B) – Google view** | | | | | | |
| Cloud | | | | | | |
| Ads | | | | | | |
| Marketing | | | | | | |
| YT / esports | | | | | | |
| **Total** | | | | | | |
| **Variance: (A) – (B)** | | | | | | |
| Cloud | | | | | | |
| Ads | | | | | | |
| **Total** | | | | | | |

36

Average Google value created by $1 invested in each commercial GVP offer

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146726.R



**Reduce words.**

**But developer+ partnership story first, then follow up with what it results in (and why it's good for) for the user.**

**Lead with the rationale, then follow with WIP ideas.**

**Add more examples of types of ideas.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146727.R



**Break up by parties (dev, carrier, google), underneath is what they contribute**

**What they get out of it**

**Focus Slide 7 on the user centric view**
**Slide 7 on the developer centric view**

**Two ideas here -- include a bunch of ideas so we aren't pigeon-holed into the presented ideas if Nick / Sameer doesn't like it.**

**Set expectations with Nick / Sameer**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146728.R



Explore the world of ████████████ interact with characters in augmented reality and capture your very own scenes to share with friends

GOOG-PLAY-004146729.R



## GCP Impact Analysis – Summary

| | Projected | Actual |
|---|---|---|
| ██ year Spend commits | N/A | ██████ Incremental |
| *ARR acceleration* | ████ | ██ % (by 2024) |
| *Marquee titles on GCP* | XX | ████ |

*BC Metrics*

| Key Highlights | Key Learnings |
|---|---|
| • ██ developers receiving GCP credits via Hug | • Allowing commits & Hug credits to coexist was crucial to close large deals |
| • Hug helped sign deals with ██ of the top ██ developers collectively expected to spend ███ on IT in 2021 | • Need to spend time thinking about nuances of Cloud ecosystem, e.g. resellers, local taxes |
| • Helping devs expand x-platform GCP footprint in Gaming | • Highly operational & resource intensive; need to invest in standardizing approvals and operations |
| • Deals expected to deliver **higher longer term upside** to Google due to sticky nature of Cloud partnerships | |

41

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**GCP spend commit deals, including incremental attributable to Hug**

42

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL
ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## The Gaming vertical has significant upside for GCP



### Insights

- ⬛⬛⬛ developers expected to deliver ⬛⬛ in IT spend in 2021. HUG helped GCP negotiate or sign a deal with ⬛⬛⬛⬛ developers

- **First-mover advantage is critical** in the gaming, once developer migrates a game or large workload, they are likely to remain entrenched on platform

- Gaming developers have **significant upside.** Usually **under-commit to GCP** (up to ⬛⬛⬛) due to:
  - ○ Uncertainty about game launch timelines
  - ○ Existing contracts with AWS and unfamiliarity with GCP

- Offering GCP commits allows **developers to feel more comfortable migrating larger workloads** since incentives greatly exceed other Cloud offers

- A GCP commit offers **guaranteed return on HUG credits and ensures 1 or 2 large workloads will reside on GCP** ⬛⬛ uplift from standard GCP discounts, ⬛⬛ uplift from HUG w/o commit)

Link

43

Google Play

GOOG-PLAY-004146732.R



## YouTube Impact Analysis - Summary

| | Projected | Actual |
|---|---|---|
| *Mobile Game Watchtime* | 10% by 2022 | *(incrementality TBD)* |
| *Creator / Upload Uplift* | XX | |
| Sentiment | XX | |

*BC Metrics*

| Key Highlights | Key Learnings |
|---|---|
| ● Presence grants enabled positive engagement with developers on content strategy & planning | ● Longer than expected lead times, however useful foundational work and testing done with most devs |
| ● Most developers increased their YouTube content uploads / creator engagements / YouTube presence | ● Title popularity impacts effectiveness of funds; Riot and ABK saw decline in content creation / audience due to title popularity / age |
| ● Funds being used across a variety of initiatives - live events, creator academies, community days | |

44

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE



BC assumption of uplift was equivalent to ▮▮▮ of released credits ▮▮▮▮▮▮▮▮
- actual uplift range of ▮▮▮▮▮▮▮▮▮▮ based on analysis performed
Note: Incrementality results obtained via 2 separate goliath analyses, and a
CausalImpact analysis

Automate credit distribution via build of new payments tool to shift from manual credit
memos to automated coupons

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY-004146734.R



Note: Based on incrementality study, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is attributable to Hug, with the remaining ▓▓▓▓▓ due to other factors.

Note: ▓▓▓ has been removed from ▓▓▓▓▓▓▓▓▓▓▓ metrics, as they have had a Hug contract from Jul-19 (new ▓▓▓ deal effective Apr-20)
▓▓▓▓▓ Hug treatment period is 12 months (Jul-19 to Jun-20), whereas ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓ treatment period is only 3 months (Apr-20 to Jun-20)
Consolidated ▓▓▓▓ accounts for ▓▓▓▓ of credits earned, and ▓▓▓ of total uplift net of credits

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146735.R



## Ads Incrementality Analysis - Changes from Mar-20

- The total inferenced uplift attributable to Hug has **increased from** [redacted] based on the refreshed incrementality models with an additional 3 months of data *(all other variable held constant)*
- The additional uplift has **improved the ROI**, however, we are still **ROI negative** for the standalone Ads P&L

[redacted]

- Overall payout ratios need to be reduced if want Ads to be ROI neutral, or positive under this program
  - For reference, for **ads-only** AIP deals, the payout range is between [redacted] (ROI 4-9x)

| | Break Even ROI | ROI of 5X |
|---|---|---|
| % Payout - Jun-20 (30% avg uplift) | [redacted] | |
| % Payout - Mar-20 (15% avg uplift) | | |

47

Google

Avg credit earn rate through Jun-20 was [redacted] of total UAC spend (Hug was [redacted] on QS-only), so we still have a large gap from what we currently hold ads-only programs to





Time Period (mo) : Pre Hug = Post Hug: For example, a contract signed in Nov-19 ███████ is active 8 months as of Jun-20.  Therefore, pre-hug revenue is Mar-19 to Oct-19 (-8 months) and post-hug revenue is Nov-11 to Jun-20 (+8 months)

Note: ████ has been removed from all █████████████ metrics, as they have had a Hug contract from Jul-19 (new ████ deal effective Apr-20)
████████ Hug treatment period is 12 months (Jul-19 to Jun-20), whereas █████████ ████████████ treatment period is only 3 months (Apr-20 to Jun-20)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

[Refresher] Target Developers: GVP targeted 21 major game developers





GOOG-PLAY-004146739.R



GOAL 3: Improve Developer Sentiment

## Post-GVP, conversations shifted from Play's rev share to value creation with Google; developers deepened partnerships with Play

**Reduced Commercial Pressure**
(Developers no longer vocally agitating, or asking for rev share cuts)

Pre GVP → Post GVP

**NO new inquiries on revenue share** from developers who signed GVP[1]

Developers focused their growth efforts on Play

[redacted] launched on Play in recognition of the xGoogle value

Other devs (e.g. [redacted]) who previously agitated on rev-share leaned into Google

**Improved Play Partnerships**
(Developers partnering deeply with Play on strategic initiatives)

Pre GVP → Post GVP

Developers **improved Play partnership** with increased participation in Play growth consulting, pilots etc

GVP deepened Play relationships with previously cautious developers like [redacted]

[redacted] partnered on Play's PC gaming strategy

[redacted] who has not signed GVP is the only remaining rev share agitator

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

51



Program - results - roi external - roi internal - sentiment tracker

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146741.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





GOOG-PLAY-004146744.R



| | | GVP 1.0 | GVP 2.0 (proposed) |
|---|---|---|---|
| **Program Setup** | Eligibility criteria | | |
| | # of developers | 21 | 11 |
| | % of Play Spend covered | 22% | 18% |
| **Program Framework** | Program Objective | Mitigate Play distribution risk | Incentivize joint growth |
| | Google Gives | | |
| | Google Gets | | |
| **Program Financials** | Play % reinvested | | |

56

GVP 1.0 is ROI positive even without ▮▮▮▮ Play risk mitigation; outsized ▮▮▮▮ investments diluted overall returns. 7/18 deals are positive, 3 more likely to be.



Program ROI positive even without ▮▮▮ Play risk mitigation

Comarketing investments of ▮▮▮▮ (over 2019-2024) expected to recoupe ▮▮▮ of value not reflected in ROI

▮▮▮▮▮ expected to sign incremental GCP commits ▮▮▮▮ and turn ▮▮▮▮

▮▮▮▮ investment with ▮▮▮ adversely impacted ▮▮▮ and program ROI

1  Ads has attributed GVP margin upside for the duration of the credits (2020 for most devs, 3 years for ▮▮▮▮▮ ▮ ▮▮ of UAC margin uplift in 2019, and ▮ thereafter
2  GCP has attributed GVP margin upside until 2024, due to commits secured via GVP, as well as long term nature of GCP partnerships
3  We are evaluating upside driven by Comarketing; while ROI is not +ve, we have recouped X% of comarketing investments which do not reflect in the chart above

57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146746.R

GVP 2.0 Context & Summary: Build on GVP 1.0 success, address gaps & focus on joint growth

| Build on GVP 1.0 success, address gaps | Focus on joint growth, address Play revenue risk | Continue to improve sentiment |
|---|---|---|
| • Double down on GCP credits<br>• Refine Ads credits offer to address ROI gap<br>• Bolster consults, **Play-YT engagement, features**<br>• Leverage investment in **Play Points, Promos**<br>• **Grossly simplify operations**<br>• **Address xPA accounting** | • **Shift GVP goalposts from simship to joint growth**, as risk shifts from off-Play distribution to payments<br>• **Drive joint business growth by aligning incentives with growth** targets<br>• Support **Android/Play platform growth** by including product integrations requirements | • Expand from 1-year to **multi-year deals** to deepen partnership |

Shift focus from risk mitigation to joint growth & ROI, from launch on Play to enterprise deals across Google. Be prepared for public disclosure

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE   58

product commits? Better than expected?
Link to source

GOOG-PLAY-004146747.R

BC narrative

59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146748.R

You approved GVP in April 2019; since then we have signed up ████ arget devs; GVP met GVP's its objectives and success metrics

| GVP approved in April 2019 | GVP met its objectives | GVP exceeded most success metrics |
| --- | --- | --- |
| | | |

60

GVP created xGoogle value; developer sentiment improved, leading to better than expected risk mitigation; however, risk goalpost shifting from distribution to payments

| Developers improved sentiment & deepened xGoogle relationships | GVP mitigated more than expected risk | Risk definition is now evolving to off Play payments |
| --- | --- | --- |
| | | |

61

GOOG-PLAY-004146750.R

Proposal: 1. expand & pivot GVP to an enterprise game-dev program 2. link incentives to Google upside 3. secure SKU and/or Price parity to address Play payments risk

| Offer GVP to enterprise game developers | Link incentives to Google upside; fix service packs to anchor on ROI | Address Play payments risk by securing SKU and Price parity |
|---|---|---|
| | | |

62

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146751.R

·····

63

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146752.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146753.R



GOOG-PLAY-004146754.R



product commits? Better than expected?
Link to source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Build on GVP 1.0 success by expanding Developer reach & focusing on joint growth

| Implement Learnings from GVP 1.0 | Continue to foster Developer Retention | Double down on Joint Growth areas |
|---|---|---|
| • Address ROI gap in Ads offer<br>• Bolster consults, **Play-YT engagement, features**<br>• Simplify operations<br>• Expand from 1-year to **multi-year deals** to deepen partnership | • Keep leveraging GVP to address **continuing top developer concerns**<br>• **Evolve GVP goals beyond simship** to also focus on **joint growth**, as risk evolves from off-Play distribution to payments | • Double down on GCP credits<br>• Drive joint growth by **aligning incentives with growth targets**<br>• Support **Android/Play platform** growth by including product integration requirements<br>• Leverage investment in **Play Points, Promos**<br>• Continue to improve sentiment |

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE 67

product commits? Better than expected?
Link to source

| Id | Date | Text |
|----|------|------|
| 3 | 02/04/2021 03:02:55 | This is too vague I'm not sure what you're trying to convey... do you mean: Utilize GVP partnership to address continuing top developer concerns |
| 7 | 02/04/2021 03:04:32 | Something like this also leads nicely into the next slide that intros new developers |
| 4 | 02/04/2021 03:17:42 | @          @google.com<br>Took a stab at this slide. Reshuffled/reorganized a bit.<br>We can discuss tomorrow. |
| 2 | 02/04/2021 03:18:50 | (just reconciling with the previous success slide that highlights margin improvements for Ads) |
| 5 | 02/04/2021 03:25:13 | I'm being extra careful with wording here (it's risk) |
| 6 | 02/04/2021 03:25:13 | But also Divya's wording is pretty clever. As we want to retain Developers using our services aka billing platform. |
| 1 | 02/04/2021 17:46:39 | How come Ads has great margins but negative ROI |
| 1 | 02/04/2021 17:46:39 | They reevaluated... earlier breakeven was calculated as ▮ but has been revised to ▮ (breakeven is now defined at ▮ n credits). Also, the ROI is based on "incremental" growth minus cost of credits, so while margins overall are great, cost of credits largely balances out incremental growth |

68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY