# EXHIBIT 11

Sent:     Tue 5/11/2021 8:56:28 PM (UTC)
From:     yuanjin@google.com
To:       yuanjin@google.com, sqamar@google.com, ltjohnson@google.com
Subject:  AAAAhsX37N4-MBI-FLAT:2021-05-11T01:56:27.712447

Case 3:21-cv-05227-JD   Document 355-13   Filed 03/14/23   Page 2 of 3

**yuanjin@google.com** 2021-05-11T20:56:27.712Z

One of my reports (wangshan@) recently completed interview trainings but hasn't got assigned any shadow interview opportunities, is the a POC from recruiting side that we can contact for help?

**Deleted on** 2022-11-02T20:56:27.712Z

One of my reports (wangshan@) recently completed interview trainings but hasn't got assigned any shadow interview opportunities, is the a POC from recruiting side that we can contact for help?

**sqamar@google.com** 2021-05-11T20:56:55.425Z

for interviewing hm yeah

**Deleted on** 2022-11-02T20:56:55.425Z

for interviewing hm yeah

**sqamar@google.com** 2021-05-11T20:56:57.628Z

i think so

**Deleted on** 2022-11-02T20:56:57.628Z

i think so

**sqamar@google.com** 2021-05-11T20:57:05.427Z

willoww@

**Deleted on** 2022-11-02T20:57:05.427Z

willoww@

**yuanjin@google.com** 2021-05-11T20:58:32.601Z

Thanks, will ask Shan to reach out

**Deleted on** 2022-11-02T20:58:32.601Z

Thanks, will ask Shan to reach out

**ltjohnson@google.com** 2021-05-11T21:03:55.939Z

Sometimes it takes a while

**Deleted on** 2022-11-02T21:03:55.939Z

Sometimes it takes a while

**ltjohnson@google.com** 2021-05-11T21:04:53.342Z

Looks like history is on is this chat room. Is it supposed to be?

**Deleted on** 2022-11-02T21:04:53.342Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY