# EXHIBIT 12

**Carol Soler**, 2021-01-28 09:38:57

Thanks for the heads up,Bryan.

**Carol Soler**, 2021-01-28 09:39:24

Do you know when/if we will fix it?

**Bryan Woodward**, 2021-01-28 09:39:31

I can&#39;t hold privileged conversations when chat is being saved.

**Carol Soler**, 2021-01-28 09:39:43

(I have no idea why my chat keep turning history on. sorry)

**Bryan Woodward**, 2021-01-28 09:39:55

lol, I was like sheesh

**Carol Soler**, 2021-01-28 09:40:20

Its not me. There is something with the computer, when I open a chat window, it turns history on.

**Carol Soler**, 2021-01-28 09:40:59

(see? Sorry!!!!)

**Carol Soler**, 2021-01-28 09:41:28

can someone turn it off?

**Bryan Woodward**, 2021-01-28 09:42:00

I did but everytime you respond it turns it back on like a bot.

**Carol Soler**, 2021-01-28 09:42:20

F*$%!!!!!