# Exhibit 6

Sent: Mon 3/21/2022 8:28:39 PM (UTC)
From: kstolz@google.com
To: kstolz@google.com, margaretlam@google.com
Subject: rTat04AAAAE-MBI-FLAT:2022-03-21T01:28:38.722911

Case 3:21-cv-05227-JD   Document 360-7   Filed 03/27/23   Page 2 of 3

**kstolz@google.com** 2022-03-21T20:28:38.722Z

Hi there! Just chatted w the team. Confirming that we are ready to launch with the OEMs, no reason to keep this flagged as "not ready"

**kstolz@google.com** 2022-03-21T20:28:52.490Z

We're finalizing some documentation, could have it ready in a few weeks if anyone asked

**margaretlam@google.com** 2022-03-21T20:29:06.617Z

What's the ETA for the requirement documentation?

**margaretlam@google.com** 2022-03-21T20:29:14.682Z

is there anything high level you can share in the meantime?

**kstolz@google.com** 2022-03-21T20:29:27.450Z

in terms of technical documentation?

**kstolz@google.com** 2022-03-21T20:29:50.254Z

I think we'd want to have a converstion with the OEM before we shared any technical docs

**margaretlam@google.com** 2022-03-21T20:50:31.289Z

yes

**margaretlam@google.com** 2022-03-21T20:50:36.154Z

they will need to know what is expected of them

**margaretlam@google.com** 2022-03-21T20:50:42.402Z

so we have a whole list of req

**margaretlam@google.com** 2022-03-21T20:51:00.283Z

we don't set up 1:1 calls with each product teams when negotiation as a whole

**margaretlam@google.com** 2022-03-21T20:51:05.291Z

but since this is new

**margaretlam@google.com** 2022-03-21T20:51:12.268Z

probably could make sense to introduce this to the partners

**margaretlam@google.com** 2022-03-21T20:51:28.459Z

i'll flag with the BD team and see what they'd like to do with this one -- good to know that the team is ready to onboard partners

**kstolz@google.com** 2022-03-21T20:52:53.099Z

great, thanks!

**kstolz@google.com** 2022-03-21T20:53:07.540Z

they're prob a few weeks out from having the technical documentation that you're looking for

**kstolz@google.com** 2022-03-21T20:53:10.918Z

but we're nearly there!

**margaretlam@google.com** 2022-03-21T20:53:16.401Z

that sounds great, thanks Katherine!

**margaretlam@google.com** 2022-03-21T20:53:28.732Z

(also this is pretty silly but do you mind turning history off 😀

**Updated on**2022-03-21T20:53:33.432Z

(also this is pretty silly but do you mind turning history off 😀)

**kstolz@google.com** 2022-03-21T20:53:45.791Z

sure, happy to!