# Exhibit 15

**Greg Hartrell**
Away

Do we have early conversation numbers?

**Greg Hartrell** 56 mins

from mobile to PC, there's a gap.

there's a big drop off once someone hits that microsite and shares the link with themselves

the team has a funnel planned (hopefully launching in Dec) that does a pop-up, you choose your PC, and we prompt you on Chrome next time you're at your PC

The current funnel has a 1.2% conversion into an install, but that Dec feature could get us 10X that.

that said, yesterday, we had double the DAU without anything happening in the store

all our pipelines are 24-48 hours lagged, so we'll look after the weekend

**Lei Zhang** 42 mins

The drop off from mobile to email to pc is totally understood. Chrome notification is super stoked!

Can other Google's pc surfaces help remind users "you have initiated to install GPP, complete it now"? YouTube?

Can't wait to see the Dec ramp up!

**Greg Hartrell** 32 mins

History is off

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                     GOOG-PLAY5-000168593