# Exhibit 17

**Sent:** Mon 11/14/2022 3:27:17 AM (UTC)
**From:** virayu@google.com
**To:** virayu@google.com, jenchan@google.com, kchiao@google.com, luli@google.com, ivywy@google.com, leizh@google.com, junelu@google.com, yjzhao@google.com
**Subject:** AAAAVC5OwZY-MBI-FLAT:2022-11-13T08:27:16.824431

1000002691.jpg
1000002692.jpg
2490a855-6d22-4ddb-a6e2-6b5d6497623a.png
image.png
Screen Shot 2022-11-15 at 23.33.12.png

**virayu@google.com** 2022-11-14T03:27:16.824Z

Hi team, has any of your devs tried to start a new entity in Singapore, created a new dev account, but had issue with their bank account verification (GPSG verification)? I filed a bug but the payment compliance team refused to disclose any info and simply asked me to reject the partner ? b/256097540

https://b.corp.google.com/256097540

**jenchan@google.com** 2022-11-14T03:29:12.495Z

Ping patrickchow@google.com

**kchiao@google.com** 2022-11-14T03:29:30.945Z

looks like svid issue

**kchiao@google.com** 2022-11-14T03:30:16.155Z

can ping https://moma.corp.google.com/person/davidksmith

https://moma.corp.google.com/person/davidksmith
**kchiao@google.com** 2022-11-14T03:30:43.501Z

usually sanctions = developer is like bvi/cayman and the service they used works with like 500+ chinese companies

**kchiao@google.com** 2022-11-14T03:30:48.684Z

and they share the same address

**kchiao@google.com** 2022-11-14T03:30:56.254Z

like 5 banana road, cayman islands

**kchiao@google.com** 2022-11-14T03:31:16.467Z

and that company likely worked with a chinese company that did business with sanctioned entity (eg, selling missile guidance chips to north korea)

**kchiao@google.com** 2022-11-14T03:31:39.470Z

so as a result, they get flagged as being a sanctions violator...and needs to submit a bunch of documents to prove they are not selling mobile games to north korea

**jenchan@google.com** 2022-11-14T03:31:56.875Z

Yea same case

**virayu@google.com** 2022-11-14T03:32:18.579Z

Thanks both!!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                           GOOG-PLAY5-000168578

virayu@google.com 2022-11-14T03:32:52.526Z

I'll ping those two names mentioned above first

jenchan@google.com 2022-11-14T03:33:42.910Z

Patrick also helped me with solving a PEP case (politically exposed person) - fyi

kchiao@google.com 2022-11-14T03:33:47.260Z

you can also file a bug

kchiao@google.com 2022-11-14T03:33:50.011Z

at go/sanctionsbug

http://goto.google.com/sanctionsbug

kchiao@google.com 2022-11-14T03:34:14.118Z

this creates a bug with the managers that oversee sanctions screening operation

virayu@google.com 2022-11-14T03:36:38.081Z

if a dev has SVID issue, does that automatically mean they are likely a sanctions violator?

kchiao@google.com 2022-11-14T03:39:14.124Z

for chinese dev this is quite common

kchiao@google.com 2022-11-14T03:39:41.923Z

they aren't a violator, just flagged

kchiao@google.com 2022-11-14T03:40:03.123Z

and usually just needs an escalation for someone to manually verify their documents are ok

kchiao@google.com 2022-11-14T03:40:37.894Z

but obviously a huge issue for them as they are blocked from receiving payments if they are flagged

virayu@google.com 2022-11-14T03:42:34.887Z

cool thanks!

luli@google.com 2022-11-15T02:03:20.694Z

FYI, Ghana pricing cap has been lifted, if any of your partner cares :) (dealing with price arbitrage due to GH currency depreciation)

luli@google.com 2022-11-15T02:03:21.758Z

https://buganizer.corp.google.com/issues/254805766

https://buganizer.corp.google.com/issues/254805766

ivywy@google.com 2022-11-15T02:07:15.626Z

thanks!

luli@google.com 2022-11-15T02:21:19.011Z

Sharing a template for execs meeting coordination, we've been using it for tiktok — it's useful when multiple execs / ABP &the timezones are involved

**luli@google.com** 2022-11-15T02:21:26.510Z

https://docs.google.com/spreadsheets/d/1CKYhVdenWWq5VSCKESBAxuZCgqQEQH7zRhkkaywrlzM/edit?resourcekey=0-vydUG0EGmqrU8qiHyenexQ#gid=0

https://docs.google.com/spreadsheets/d/1CKYhVdenWWq5VSCKESBAxuZCgqQEQH7zRhkkaywrlzM/edit?resourcekey=0-vydUG0EGmqrU8qiHyenexQ#gid=0
https://drive.google.com/open?id=1CKYhVdenWWq5VSCKESBAxuZCgqQEQH7zRhkkaywrlzM

**leizh@google.com** 2022-11-15T05:07:38.065Z

1000002691.jpg
**leizh@google.com** 2022-11-15T05:07:52.016Z

1000002692.jpg
**leizh@google.com** 2022-11-15T05:08:17.355Z

FYI

**kchiao@google.com** 2022-11-15T05:17:15.707Z

LOL you screenshotted it

**kchiao@google.com** 2022-11-15T05:17:27.485Z

everytime i try to turn "history on" with greg he automatically turns it off

**kchiao@google.com** 2022-11-15T05:17:30.632Z



**kchiao@google.com** 2022-11-15T11:03:48.439Z

2490a855-6d22-4ddb-a6e2-6b5d6497623a.png
1 Reply

**junelu@google.com** 2022-11-15T15:15:35.703Z

Ok seems like i got the same problem. They got a notice in console and updated info just now...

**kchiao@google.com** 2022-11-15T11:04:02.181Z

All of FunPlus games cannot transact now, sigh

**kchiao@google.com** 2022-11-15T11:04:15.135Z

@Vira Yu same issue you saw?

**ivywy@google.com** 2022-11-15T11:20:13.967Z

That's terrible...

**ivywy@google.com** 2022-11-15T11:20:21.149Z

Also sanction related?

**kchiao@google.com** 2022-11-15T11:44:08.996Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY5-000168580

Probably

kchiao@google.com 2022-11-15T11:44:12.986Z

Since there was no warning

kchiao@google.com 2022-11-15T11:44:23.565Z

Usually all other policy issue will give you time to fix

yjzhao@google.com 2022-11-15T12:08:31.409Z

wow

kchiao@google.com 2022-11-15T12:09:00.918Z

it's not their first time

kchiao@google.com 2022-11-15T12:09:09.193Z

but it always happens when i'm eating dinner

yjzhao@google.com 2022-11-15T12:09:22.803Z

haha

yjzhao@google.com 2022-11-15T12:09:53.216Z

I wanted to say the timing was really bad...

kchiao@google.com 2022-11-15T12:13:49.505Z

if funplus is having this issue there's a good chance that moonton will too

kchiao@google.com 2022-11-15T12:14:07.653Z

last time it was the brazil tax re-confirmation that caused this issue

kchiao@google.com 2022-11-15T12:14:49.089Z

which required every developer to re-verify their merchant account info, which triggered all the svid issues

kchiao@google.com 2022-11-15T12:16:44.639Z

i'm sure the countdown for the ads team to start pinging me will start in about an hour

yjzhao@google.com 2022-11-15T12:16:54.025Z

This is so extreme. We should fix this...

kchiao@google.com 2022-11-15T12:17:11.576Z

i think chinese devs are the only ones that face this issue

kchiao@google.com 2022-11-15T12:17:17.598Z

due to their love of BVI and Cayman

kchiao@google.com 2022-11-15T12:17:29.870Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY5-000168581

kchiao@google.com 2022-11-15T12:17:53.613Z

mrinalini did join me for the call with the sanctions team

kchiao@google.com 2022-11-15T12:17:57.651Z

so at least now we have POCs

kchiao@google.com 2022-11-15T12:18:21.140Z

the problem is that because it's sanctioned entity we can't give developers a head's up

kchiao@google.com 2022-11-15T12:18:24.124Z

like we have with policy team

kchiao@google.com 2022-11-15T12:18:32.025Z

they use a third party service

kchiao@google.com 2022-11-15T12:18:37.567Z

that's part of US government

kchiao@google.com 2022-11-15T12:19:08.137Z

and if that service thinks our dev is doing business with sanctioned entity (eg russia, north korea, syria, cuba, iran)

kchiao@google.com 2022-11-15T12:19:17.022Z

they shut it down immediately

kchiao@google.com 2022-11-15T12:19:26.532Z

no 7-day warning

kchiao@google.com 2022-11-15T12:22:37.280Z

we did also start this doc with sarin's team

kchiao@google.com 2022-11-15T12:22:42.834Z

https://docs.google.com/document/d/1qPZNqlg4uqobDXdUJ031qfA5cVFw8LeOZL_pO8GvOXQ/edit?resourcekey=0-pu5-dW8m-xZRNzYWez6Cdg

https://drive.google.com/open?id=1qPZNqlg4uqobDXdUJ031qfA5cVFw8LeOZL_pO8GvOXQ
https://docs.google.com/document/d/1qPZNqlg4uqobDXdUJ031qfA5cVFw8LeOZL_pO8GvOXQ/edit?resourcekey=0-pu5-dW8m-xZRNzYWez6Cdg

kchiao@google.com 2022-11-15T12:24:41.243Z

other than getting some POCs and escalation path there hasn't been any info in over a year as to having a better system in place (eg, give developers a head's up)

jenchan@google.com 2022-11-15T12:40:27.964Z

Oh good. You are on top of it.

yjzhao@google.com 2022-11-15T12:42:27.399Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                           GOOG-PLAY5-000168582

sounds like a complicated issue

**yjzhao@google.com** 2022-11-15T12:42:54.862Z

it's good that at least you know who to reach out to...

**jenchan@google.com** 2022-11-15T12:42:55.861Z

There is always a way to solve it. Just that it's very unpredictable

**yjzhao@google.com** 2022-11-15T12:43:11.716Z

Hopefully they can get back to you soon.

**virayu@google.com** 2022-11-15T12:45:06.466Z

*Kevin Chiao* (_2022-11-15 19:04:15, UTC+08:00_):
```
@Vira Yu same issue you saw?
```
no reported such issue yet

**junelu@google.com** 2022-11-15T14:23:30.201Z

Got one dev reporting consumer payment bug while i was eating dinner too...but seems like different issue? and not the same as end of Oct one

**kchiao@google.com** 2022-11-15T14:38:20.073Z

right on cue the ads team pings come in 🫠

**jenchan@google.com** 2022-11-15T15:06:19.060Z

Lol ... U can write a playbook

**junelu@google.com** 2022-11-15T15:16:54.713Z

*Kevin Chiao* (_2022-11-15 19:03:48, UTC+08:00_):
```

```
Ok seems like i got the same problem. Dev got a notice in console and updated info just now...

**kchiao@google.com** 2022-11-15T15:17:35.604Z

players cannot make purchase?

**junelu@google.com** 2022-11-15T15:19:22.962Z

players transactions are declined

**kchiao@google.com** 2022-11-15T15:20:13.560Z

ok

**kchiao@google.com** 2022-11-15T15:21:03.870Z

do they have a case ID?

**junelu@google.com** 2022-11-15T15:21:15.859Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY5-000168583

console message: 1. 因为您的付款账号处于暂停首款状态，因此您目前无法收到付款。 2. 由于无法验证您的帐号的部分信息，因此您的付款资料目前已被暂停使用。

**junelu@google.com** 2022-11-15T15:21:56.747Z

and they replied with dev account info in console now. so players probably cannot make any purchase till their info is verified right 😂

**ivywy@google.com** 2022-11-15T15:23:43.923Z

Oh I got one such case too last week. Dev waited for like 10 days then the verification came through eventually

**kchiao@google.com** 2022-11-15T15:24:16.617Z

yeah

**ivywy@google.com** 2022-11-15T15:24:16.749Z



**kchiao@google.com** 2022-11-15T15:24:27.526Z

can file a ticket at go/sanctionsbug

http://goto.google.com/sanctionsbug
**junelu@google.com** 2022-11-15T15:24:32.546Z

本就不富裕的Q4 立刻雪上加霜

**kchiao@google.com** 2022-11-15T15:24:32.574Z

but get their case ID first

**kchiao@google.com** 2022-11-15T15:24:46.071Z

i'm assuming it's all sanctions related as there is no warning

**kchiao@google.com** 2022-11-15T15:24:53.677Z

if it's policy related you have time to fix first

**junelu@google.com** 2022-11-15T15:25:08.629Z

ok thanks! pending case ID now. should let you guys return to dinner/supper/breakfast.

**junelu@google.com** 2022-11-15T15:25:49.575Z

this is the case ID right

image.png
**kchiao@google.com** 2022-11-15T15:26:00.377Z

yeah looks similar to what i'm experiencing

**ivywy@google.com** 2022-11-15T15:26:05.670Z

Ok that makes sense

**kchiao@google.com** 2022-11-15T15:26:11.997Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY			GOOG-PLAY5-000168584

oh nice

**kchiao@google.com** 2022-11-15T15:26:17.787Z

sanctions team responded!

**junelu@google.com** 2022-11-15T15:26:22.900Z

now i have to complete some noogler BDM's expectation management task

**ivywy@google.com** 2022-11-15T15:26:35.591Z

Can you share what you know and who you know in solving this @Kevin Chiao

**ivywy@google.com** 2022-11-15T15:26:41.642Z

In a doc or something

**ivywy@google.com** 2022-11-15T15:26:47.903Z

Just in case

**kchiao@google.com** 2022-11-15T15:26:53.901Z

yeah go/sanctionsbug

http://goto.google.com/sanctionsbug

**junelu@google.com** 2022-11-15T15:26:56.115Z

actually can I copy your bug content 抄个作业，谢谢

**kchiao@google.com** 2022-11-15T15:27:01.043Z

and then forward it to davidksmith

**kchiao@google.com** 2022-11-15T15:27:49.859Z

carolina perez on sarin's team (doug's strategy team) was looking into building safeguards

**kchiao@google.com** 2022-11-15T15:27:53.372Z

but looks like it kind of fell through

**kchiao@google.com** 2022-11-15T15:27:58.954Z

the main issue being merchant of record

**junelu@google.com** 2022-11-15T15:28:02.007Z

oh no worries I found there is some template content in buganizer

**kchiao@google.com** 2022-11-15T15:28:31.958Z

davidksmith is actually on pto so right now can forward to ahmadmuhammad@google.com

**junelu@google.com** 2022-11-15T15:28:44.134Z

beautiful

**ivywy@google.com** 2022-11-15T15:29:02.629Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY5-000168585

Cool cool

**kchiao@google.com** 2022-11-15T15:29:40.318Z

https://docs.google.com/document/d/1qPZNqlg4uqobDXdUJ031qfA5cVFw8LeOZL_pO8GvOXQ/edit?resourcekey=0-pu5-dW8m-xZRNzYWez6Cdg

https://drive.google.com/open?id=1qPZNqlg4uqobDXdUJ031qfA5cVFw8LeOZL_pO8GvOXQ
https://docs.google.com/document/d/1qPZNqlg4uqobDXdUJ031qfA5cVFw8LeOZL_pO8GvOXQ/edit?resourcekey=0-pu5-dW8m-xZRNzYWez6Cdg

**kchiao@google.com** 2022-11-15T15:29:45.084Z

this is the background doc

**kchiao@google.com** 2022-11-15T15:30:03.302Z

from when i had like five partners hit with it in one week 😁

**kchiao@google.com** 2022-11-15T15:30:50.007Z

Tax locations may be triggering the issue
There are a couple of sanctioned parties w. Business registration services providing same tax location. Tax locations might be triggering the issue -- name is tencent but registration address is 10 tortola island.
Is often an exact address match to a sanctioned party. This is to the suite in a building the exact same address as a sanctioned party.
Team has to take an additional step to be absolutely sure that it is not a sanctioned party

**kchiao@google.com** 2022-11-15T15:30:55.319Z

i think this is what's causing our partners to get hit

**kchiao@google.com** 2022-11-15T15:31:50.005Z

https://b.corp.google.com/issues/259227237

https://b.corp.google.com/issues/259227237

**kchiao@google.com** 2022-11-15T15:31:53.898Z

are y'all able to see this bug?

**junelu@google.com** 2022-11-15T15:32:20.137Z

Access is denied to this issue

**junelu@google.com** 2022-11-15T15:33:19.109Z

Screen Shot 2022-11-15 at 23.33.12.png
**kchiao@google.com** 2022-11-15T15:38:06.047Z

always

**kchiao@google.com** 2022-11-15T15:38:07.875Z

which partner?

**kchiao@google.com** 2022-11-15T15:38:20.447Z

i think funplus makes $100K/hour on play

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000168586

junelu@google.com 2022-11-15T15:38:26.226Z

longtech ?

junelu@google.com 2022-11-15T15:38:40.768Z

*June Lu* (_2022-11-15 23:24:32, UTC+08:00_):
```
本就不富裕的Q4 立刻雪上加霜
```
yeah

kchiao@google.com 2022-11-15T15:59:17.684Z

so it looks like there is movement in my bug

kchiao@google.com 2022-11-15T15:59:27.392Z

where they are escalating it to the vendor

junelu@google.com 2022-11-15T15:59:30.730Z

that's great. I

kchiao@google.com 2022-11-15T15:59:43.291Z

i can't edit the priority to P0 though lol

kchiao@google.com 2022-11-15T15:59:48.527Z

i'm like make it P0 dammit!

junelu@google.com 2022-11-15T16:00:06.016Z

I'm not able to change the bug to P0...and cannot find how to forward so I'm trying to @ the two guys you mentioned in my comment thread

kchiao@google.com 2022-11-15T16:00:19.546Z

oh just email muhammad

kchiao@google.com 2022-11-15T16:00:24.947Z

with the bug

kchiao@google.com 2022-11-15T16:00:31.543Z

copy paste

junelu@google.com 2022-11-15T16:00:39.176Z

great thanks

kchiao@google.com 2022-11-15T16:00:44.291Z

and let him know that i told you to contact him cause you think it's an SVID issue

junelu@google.com 2022-11-15T16:01:01.581Z

*Kevin Chiao* (_2022-11-15 23:59:48, UTC+08:00_):

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY5-000168587

```
i'm like make it P0 dammit!
```

I played around the bug page for like 10 min and went thru the user guide

**kchiao@google.com** 2022-11-15T16:01:06.583Z

chances are there was some sort of tax re-verification recently

**junelu@google.com** 2022-11-15T16:01:10.622Z

thanks 百科全书K

**kchiao@google.com** 2022-11-15T16:01:24.329Z

so likely a lot of our partners are going to get hit

**kchiao@google.com** 2022-11-15T16:01:34.023Z

i did have funplus check their merchant country

**Updated on**2022-11-15T16:01:58.131Z

i did have funplus check their merchant contract

**kchiao@google.com** 2022-11-15T16:01:42.763Z

and it is indeed a cayman address listed there (hong kong bank)

**Updated on**2022-11-15T16:04:04.736Z

and it is indeed a cayman address listed there despite using hong kong bank

**junelu@google.com** 2022-11-15T16:04:21.279Z

their 收款address is HK

**kchiao@google.com** 2022-11-15T16:07:06.388Z

yeah but you also need to put a contact address in the merchant country

**kchiao@google.com** 2022-11-15T16:07:17.924Z

and if that's bvi/cayman...then probably the cause

**junelu@google.com** 2022-11-15T16:09:13.605Z

i see...

**kchiao@google.com** 2022-11-15T16:38:09.875Z

yup sanctions issue

**kchiao@google.com** 2022-11-15T16:38:11.672Z

it's been cleared

**jenchan@google.com** 2022-11-15T16:47:56.676Z

so fast

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY5-000168588

**jenchan@google.com** 2022-11-15T16:49:09.998Z

you are #1 on the leaderboard

**kchiao@google.com** 2022-11-15T16:58:45.976Z

@June Lu fwd you the thread

**junelu@google.com** 2022-11-15T17:20:26.596Z

Wow mines been cleared too!

**leizh@google.com** 2022-11-15T18:06:40.525Z

Thanks @all for getting on top of it overnight (or whatever time zone you were in now) and finding the solution.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                        GOOG-PLAY5-000168589