# Exhibit 22

**Sent:** Mon 3/1/2021 3:23:54 AM (UTC)
**From:** seandohring@google.com
**To:** seandohring@google.com, rmargulies@google.com, jordanharry@google.com, danaeh@google.com, isaacrivas@google.com, bradshaw@google.com, yzap@google.com, ivanvan@google.com, megcampbell@google.com, barber@google.com, stefannikolic@google.com, walkad@google.com, do-not-reply-bot@system.gserviceaccount.com, do-not-reply-bot@system.gserviceaccount.com
**Subject:** AAAAYq-JH1A-MBI-THREADED:9JjpzPRZG04%%%2021-02-28T08:23:53.612863
Image_20210228_192727115638318681629128.jpg
Image_20210228_192727115638318681629128.jpg

**seandohring@google.com** 2021-03-01T03:23:53.612Z

Yuri you absolute madlad

**Deleted on**2022-08-23T03:23:53.612Z

Yuri you absolute madlad

**rmargulies@google.com** 2021-03-01T03:24:25.084Z

It's here!!!! It's finally here

**Deleted on**2022-08-23T03:24:25.084Z

It's here!!!! It's finally here

**jordanharry@google.com** 2021-03-01T03:24:48.796Z

/giphy it's happening

**Deleted on**2022-08-23T03:24:48.796Z

/giphy it's happening

**GIPHY (BOT)** 2021-03-01T03:24:50.178Z

Requested by @Jordan Harry
_Try the new /giphy slash command_

**Updated on**2021-03-01T03:25:18.913Z

Requested by @Jordan Harry
_Try the new /giphy slash command_

**Updated on**2021-03-01T03:26:36.708Z

Requested by @Jordan Harry
_Try the new /giphy slash command_

**Deleted on**2022-08-23T03:24:50.178Z

Requested by @Jordan Harry
_Try the new /giphy slash command_

**Deleted on**2022-08-23T03:25:06.031Z

/giphy it's happening

**GIPHY (BOT)** 2021-03-01T03:25:08.273Z

Requested by @Jordan Harry
_Posted using /giphy_

**Updated on**2021-03-01T03:29:12.196Z

Requested by @Jordan Harry
_Posted using /giphy_

**Updated on**2021-03-01T03:29:25.301Z

Updated by @Jordan Harry

**Updated on**2021-03-01T03:29:32.797Z

Updated by @Jordan Harry

**Updated on**2021-03-01T03:29:54.127Z

Updated by @Jordan Harry

**Deleted on**2022-08-23T03:25:08.273Z

Updated by @Jordan Harry

**danaeh@google.com** 2021-03-01T03:26:07.369Z

/giphy applause

**Deleted on**2022-08-23T03:26:07.369Z

/giphy applause

**GIPHY (BOT)** 2021-03-01T03:26:09.006Z

Requested by @Danae Holmes
_Try the new /giphy slash command_

**Updated on**2021-03-01T03:26:27.144Z

Requested by @Danae Holmes
_Try the new /giphy slash command_

**Updated on**2021-03-01T03:26:32.336Z

Requested by @Danae Holmes
_Try the new /giphy slash command_

**Deleted on**2022-08-23T03:26:09.006Z

Requested by @Danae Holmes
_Try the new /giphy slash command_

**isaacrivas@google.com** 2021-03-01T03:26:58.872Z

Wait what?

**Deleted on**2022-08-23T03:26:58.872Z

Wait what?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY5-000473144

**jordanharry@google.com** 2021-03-01T03:27:51.214Z

I can't tell from my phone if mine worked

**Deleted on**2022-08-23T03:27:51.214Z

I can't tell from my phone if mine worked

**isaacrivas@google.com** 2021-03-01T03:28:10.967Z

Image_20210228_192727115638318681629128.jpg
**Deleted on**2021-03-01T12:20:43.378Z

Image_20210228_192727115638318681629128.jpg
**bradshaw@google.com** 2021-03-01T03:28:16.478Z

I see it in the chat app.

**Deleted on**2022-08-23T03:28:16.478Z

I see it in the chat app.

**jordanharry@google.com** 2021-03-01T03:28:35.967Z

Awesome

**Deleted on**2022-08-23T03:28:35.967Z

Awesome

**yzap@google.com** 2021-03-01T03:32:43.460Z

BTW: I didn't realize this was a restriction until I created this threaded dynamite room and added everyone to it, but...

"Threaded rooms do not have a history setting. In other words, History is default on and users can not turn off. We request users to create "flat rooms" i.e., do not select "use threaded replies" while creating a room to have history toggle functionality."

So, if we want to go back to the history off old way of doing things, I'll need to recreate this one more time without threads... which I'm "happy" to do...😁

That said, what do we value more -- threads? or 24 hour history?

**Deleted on**2022-08-23T03:32:43.460Z

BTW: I didn't realize this was a restriction until I created this threaded dynamite room and added everyone to it, but...

"Threaded rooms do not have a history setting. In other words, History is default on and users can not turn off. We request users to create "flat rooms" i.e., do not select "use threaded replies" while creating a room to have history toggle functionality."

So, if we want to go back to the history off old way of doing things, I'll need to recreate this one more time without threads... which I'm "happy" to do...😁

That said, what do we value more -- threads? or 24 hour history?

**rmargulies@google.com** 2021-03-01T03:35:38.946Z

Emoji react to vote^

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    GOOG-PLAY5-000473145

**Deleted on**2022-08-23T03:35:38.946Z

Emoji react to vote^

**Deleted on**2022-08-23T03:35:43.894Z

/pollster

**pollster (BOT)** 2021-03-01T03:36:23.601Z

**Updated on**2021-03-01T03:36:38.561Z

**Updated on**2021-03-01T03:51:32.831Z

**Updated on**2021-03-01T03:59:06.732Z

**Updated on**2021-03-01T04:00:55.271Z

**Updated on**2021-03-01T04:06:48.218Z

**Updated on**2021-03-01T04:08:41.448Z

**Updated on**2021-03-01T04:09:14.312Z

**Updated on**2021-03-01T04:09:41.698Z

**Updated on**2021-03-01T04:31:52.719Z

**Updated on**2021-03-01T04:32:09.819Z

**Updated on**2021-03-01T04:32:12.410Z

**Updated on**2021-03-01T04:32:14.585Z

**Updated on**2021-03-01T04:32:14.638Z

**Updated on**2021-03-01T04:32:14.795Z

**Updated on**2021-03-01T04:32:15.281Z

**Updated on**2021-03-01T04:32:15.412Z

**Updated on**2021-03-01T04:32:15.543Z

**Updated on**2021-03-01T04:32:16.243Z

**Updated on**2021-03-01T04:42:20.956Z

**Updated on**2021-03-01T04:42:59.576Z

**Updated on**2021-03-01T04:43:06.862Z

**Updated on**2021-03-01T04:52:48.353Z

**Updated on**2021-03-01T05:02:24.849Z

**Updated on**2021-03-01T17:26:09.051Z

**Updated on**2021-03-01T17:27:43.379Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                          GOOG-PLAY5-000473146

**Updated on**2021-03-01T17:30:48.417Z

**Updated on**2021-03-01T17:34:23.639Z

**Updated on**2021-03-01T17:34:42.221Z

**Updated on**2021-03-01T17:56:29.214Z

**Updated on**2021-03-01T18:04:32.339Z

**Updated on**2021-03-01T18:20:14.951Z

**Updated on**2021-03-01T18:20:28.716Z

**Updated on**2021-03-01T18:30:59.590Z

**Updated on**2021-03-01T18:31:00.834Z

**Updated on**2021-03-01T18:52:26.806Z

**Updated on**2021-03-01T21:22:50.063Z

**Updated on**2021-03-02T20:01:07.996Z

**Deleted on**2022-08-23T03:36:23.601Z

**rmargulies@google.com** 2021-03-01T03:36:54.659Z

My way is better

**Updated on**2021-03-01T03:37:25.207Z

My way is better

**Deleted on**2022-08-23T03:36:54.659Z

My way is better

**isaacrivas@google.com** 2021-03-01T03:40:01.797Z

lol

**Deleted on**2022-08-23T03:40:01.797Z

lol

**ivanvan@google.com** 2021-03-01T04:42:16.124Z

:gar:

**Deleted on**2022-08-23T04:42:16.124Z

:gar:

**megcampbell@google.com** 2021-03-01T17:26:48.008Z

Dislike threads.

**Deleted on**2022-08-23T17:26:48.008Z

Dislike threads.

**jordanharry@google.com** 2021-03-01T17:27:15.700Z

Love threads

**Deleted on**2022-08-23T17:27:15.700Z

Love threads

**barber@google.com** 2021-03-01T17:28:35.922Z

I prefer not to be deposed for the contents of kappa chat

**Deleted on**2022-08-23T17:28:35.922Z

I prefer not to be deposed for the contents of kappa chat

**megcampbell@google.com** 2021-03-01T17:28:50.102Z

Yup

**Deleted on**2022-08-23T17:28:50.102Z

Yup

**megcampbell@google.com** 2021-03-01T17:29:14.640Z

It needs to be history off

**Deleted on**2022-08-23T17:29:14.640Z

It needs to be history off

**stefannikolic@google.com** 2021-03-01T17:30:23.464Z



**Deleted on**2022-08-23T17:30:23.464Z



**walkad@google.com** 2021-03-01T18:48:34.811Z

kappa chat has earned a spot in my pinned rooms. no thready = no pinny

**Deleted on**2022-08-23T18:48:34.811Z

kappa chat has earned a spot in my pinned rooms. no thready = no pinny