# Exhibit 23

Sent:      Wed 3/9/2022 1:42:38 AM (UTC)
From:      desuri@google.com
To:        desuri@google.com, bomeng@google.com, allieschultz@google.com, aidrees@google.com, billbr@google.com, santiagoscully@google.com, kengrayson@google.com
Subject:   AAAAefb9x_s-MBI-FLAT:2022-03-08T06:42:37.471343

Case 3:21-cv-05227-JD   Document 360-24   Filed 03/27/23   Page 2 of 6

**desuri@google.com** 2022-03-09T01:42:37.471Z

Hey all - quick update on UA/RU

**desuri@google.com** 2022-03-09T01:43:44.566Z

Visa/Mastercard are expected to start failing in RU tomorrow so we are working with the Play PA on a user facing HC answering FAQs for what users can expect when transactions start to fail

**desuri@google.com** 2022-03-09T01:45:02.370Z

we just received this guidance so are starting work on the draft now, but @Bo Meng @Allie Schultz @Bill Kotzman will loop you in for feedback once we have a draft

**desuri@google.com** 2022-03-09T01:45:28.921Z

need to get the article published by tomorrow AM

**bomeng@google.com** 2022-03-09T01:50:28.955Z

Ok thanks

**allieschultz@google.com** 2022-03-09T01:53:16.539Z

Thanks Deepti for the update 👍👍

**desuri@google.com** 2022-03-09T02:47:00.691Z

just sent over an email update with some latest developments. Key one being Play stopping commercial operations in Russia is still on the table and so we will be preparing two versions of the HC article for tomorrow

**bomeng@google.com** 2022-03-09T03:51:10.498Z

any sense when we'll find out what we're doing?

**desuri@google.com** 2022-03-09T03:52:27.433Z

no , but Visa/MC are shutting down tomorrow for sure

**desuri@google.com** 2022-03-09T03:52:41.537Z

so atleast one version of the HC article goes live tomorrow

**desuri@google.com** 2022-03-09T03:52:57.719Z

if the full play commerical shutdown does happen, wont be before monday

**aidrees@google.com** 2022-03-09T16:55:11.401Z

Hi all, just a reminder if you use privileged and confidential in emails an attorney must be in the To line. We just had another crash course for Android with all of the p counsels

**desuri@google.com** 2022-03-09T17:39:38.393Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                GOOG-PLAY5-000389316

thanks Alisha, any guidance on the next best alternative if legal isn't in the email? or is there none?

**billbr@google.com** 2022-03-09T17:50:15.142Z

Not sending the mail if it's privileged is the only alternative

**billbr@google.com** 2022-03-09T17:50:59.179Z

I think we discussed this in managers meeting a few weeks ago.

**desuri@google.com** 2022-03-09T17:53:43.488Z

sg thanks!

**desuri@google.com** 2022-03-09T17:54:41.447Z

what about pings?

**desuri@google.com** 2022-03-09T17:55:31.686Z

wondering what is the best way to update the team about confidential topics without having to include an attorney in all comms

**aidrees@google.com** 2022-03-09T18:00:06.275Z

History has to be off I believe

**aidrees@google.com** 2022-03-09T18:00:44.144Z

But we should confirm with Chris Mooney

**santiagoscully@google.com** 2022-03-09T18:13:33.334Z

yes with history off everything gets wiped

**santiagoscully@google.com** 2022-03-09T18:13:52.314Z

can confirm based on our last convo with legal given we are on hold for a GC lawsuit

**santiagoscully@google.com** 2022-03-09T18:14:28.964Z

but it does exist for 24-48 hs so if super sensitive you need to use a GVC because they could look at your recent ping history and that could go into court

**santiagoscully@google.com** 2022-03-09T18:15:45.846Z

also hopefully it won't come to this for any of us. But there is a big difference when it is an external lawsuit vs internal

**santiagoscully@google.com** 2022-03-09T18:15:56.284Z

for internal anyone you ping can take a screenshot of it and use it agains you

**santiagoscully@google.com** 2022-03-09T18:16:31.310Z

so be very careful when communicating any sensitive topics over ping with reports

**santiagoscully@google.com** 2022-03-09T18:16:45.032Z

against*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              GOOG-PLAY5-000389317

desuri@google.com 2022-03-09T18:26:18.838Z

super useful, thanks all !

billbr@google.com 2022-03-09T20:50:11.086Z

Ward reminded me that we have a manager's meeting scheduled late in the afternoon before a Global Reset Day. I waited to hear passdowns for this week before canceling... good news: neither PS nor ES had meetings so there are no passdowns so I'm going to cancel!

kengrayson@google.com 2022-03-09T20:51:37.693Z

SGTM - only updates might be on RU/UA situation which is still unfolding, but our teams are pretty well connected there via ping / e-mail and daily stand-ups

billbr@google.com 2022-03-09T20:53:48.934Z

There were some topics in Leads but they can wait and are normal-ish. They were (1) review of gUP top level OKRs tied to our mission (2) WBR discussion (3) people ops news which was most interesting and then (4) yes, Russia/Ukraine. The people who need to know about this are in the loop already. Wayne talked a bit (only 5 min of the meeting) about Project Ajax which is the vendor ops view of the affected area.

desuri@google.com 2022-03-09T20:55:06.509Z

regarding RU/UA, if anyone has questions feel free to join the daily stand-up at 9am PST (ping me to get added)

billbr@google.com 2022-03-09T20:58:57.992Z

re: people ops, nothing earth shattering but the highlights were: (1) no central RTO planning, Shelly will ask site champs to do something for their office like a little welcome event (2) chameleon continues to be reviewed, no decisions yet (3) gUP GG results seem similar to last year (mgr, mission strong, wellness less strong) with some slight improvement. Shelly will compile with Pulse and we'll begin work. I don't think anyone has shared theirs besides me yet, Ian wants to review more first and probably give some observations in his note (like PS did) (4) gUP interview cancellation rate is too high at 21%, should be 10% max, (5) apparently there are 35 available SCs ready for placement?! post your new positions and interview them! this does not include the cloud layoffs of PSEs, we are getting those names as well. I'll paste this into the meeting notes and we can review next week if there are questions

billbr@google.com 2022-03-09T21:01:01.883Z

also Rob Guerini is leaving the company, use Leslie Fitzpatrick for now

billbr@google.com 2022-03-09T21:03:23.409Z

if anything comes out of PV Leads I will add

santiagoscully@google.com 2022-03-09T22:14:20.677Z

Thanks Bill

santiagoscully@google.com 2022-03-09T22:15:37.141Z

one thing to call out about the pipeline is that more than half are L5s, and there are almost no PST folks

santiagoscully@google.com 2022-03-09T22:16:27.642Z

I have interviewed a couple but when I tell them product is in PST and there might be some late meetings most people politely decline. Which makes sense, but they should add more PST folks to the pipeline

bomeng@google.com 2022-03-09T22:16:31.744Z

Yep the L5 PSM pipeline is great and that's about it

**santiagoscully@google.com** 2022-03-09T22:16:50.424Z

L5 East Cost PSM pipeline is great 😊

**billbr@google.com** 2022-03-09T22:16:58.171Z

we have 35 L5 candidates?

**billbr@google.com** 2022-03-09T22:17:00.410Z

wow

**santiagoscully@google.com** 2022-03-09T22:17:13.316Z

21 of the 35

**billbr@google.com** 2022-03-09T22:17:30.220Z

that seems like a miscalculation by someone unless we have a big presence out east

**santiagoscully@google.com** 2022-03-09T22:17:32.219Z

https://docs.google.com/spreadsheets/d/1j_IcekvioOXxVsawiL5x2oJWAEH07PplhNo1cIhE2nE/edit#gid=0

https://docs.google.com/spreadsheets/d/1j_IcekvioOXxVsawiL5x2oJWAEH07PplhNo1cIhE2nE/edit#gid=0
https://drive.google.com/open?id=1j_IcekvioOXxVsawiL5x2oJWAEH07PplhNo1cIhE2nE

**santiagoscully@google.com** 2022-03-09T22:17:43.004Z

here is the list for those that want to check it out.

**allieschultz@google.com** 2022-03-09T22:18:51.206Z

on the TSC front, the resourcing jam is going great, almost 130 folks for the team to reach out to

**allieschultz@google.com** 2022-03-09T22:18:56.359Z

Who all has TSC hc?

**billbr@google.com** 2022-03-09T22:19:22.014Z

that's amazing. you will make good friends with marcio if we can't take them

**billbr@google.com** 2022-03-09T22:19:42.113Z

on our team it is you, kranti and matt

**allieschultz@google.com** 2022-03-09T22:20:49.086Z

thanks all for supporting this! Paul and Kacey said this was the most well attended one they've had 🎉

**allieschultz@google.com** 2022-03-09T23:52:42.792Z

Since we aren't having our mgr meeting, just FYI, the decision has been made to cancel the offsite in April. Please hold off on telling the team, official comms will come out tomorrow to the team but wanted to give everyone the heads up before the email goes out

**aidrees@google.com** 2022-03-09T23:54:21.382Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY5-000389319

Thanks for the update! Hopefully we can plan something this year for the team 😊

**billbr@google.com** 2022-03-10T00:10:39.095Z

re: formal comms, is that in the form of an email from me? ward is pinging me now about this. or are you sending something as well? i can send an RTO update. I think Ian will mention it in his comms this week, and I can forward with what it means for us and mention how/when we will get together

**billbr@google.com** 2022-03-10T00:10:56.225Z

on that topic, you saw in my notes from today that shelly is reaching out to site leads to plan local events

**billbr@google.com** 2022-03-10T00:11:24.194Z

separately, this is what I heard from GTM when I asked about budget and all-team gup-wide get togethers:

**billbr@google.com** 2022-03-10T00:12:55.786Z

"in general, I would say "it depends on the objective". There is in many teams, before and after COVID, an eagerness to get together, but the question is for what purpose. Considering the (hopefully) upcoming arrival of new VPs, the additional workload summits create (online or in person), and COVID for many still being a real thing, I think you would need a very compelling reason to bring large groups together in the next months. Leadership teams, np, again, if there is a good reason."

**billbr@google.com** 2022-03-10T00:13:02.527Z

I thought it was a good response.

**billbr@google.com** 2022-03-10T00:14:56.381Z

It also raises the idea of a manager in-person session, and I'm putting a proposal into go/guppe-manager that we can discuss next week

http://goto.google.com/guppe-manager

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                          GOOG-PLAY5-000389320