# Exhibit 25

**Sent:** Fri 11/19/2021 5:29:10 PM (UTC)
**From:** emilyliu@google.com
**To:** emilyliu@google.com, kshams@google.com, bennetm@google.com, sherle@google.com, edvill@google.com, tris@google.com
**Subject:** AAAA9970xSA-MBI-FLAT:2021-11-19T04:39:42.240015

**emilyliu@google.com** 2021-11-19T17:29:09.786Z

Updated room membership.

**kshams@google.com** 2021-11-19T18:17:05.391Z

Updated room membership.

**bennetm@google.com** 2021-11-19T23:39:42.240Z

in comparision, it is comparable to installs from Microsoft Edge and Brave

**bennetm@google.com** 2021-11-19T23:39:52.042Z

similar volumes

**bennetm@google.com** 2021-11-19T23:40:48.142Z

so while small... reasonable wrt. marketshare from other briowsers

**Updated on** 2021-11-19T23:41:01.527Z

so while small... reasonable wrt. marketshare from other browsers

**sherle@google.com** 2021-11-19T23:41:42.175Z

This is DDG capitalizing on their brandname to wall-shame the industry

**sherle@google.com** 2021-11-19T23:42:24.715Z

The question is -- are more users now using their app because of all the media coverage..

**edvill@google.com** 2021-11-19T23:43:06.021Z

quick aside - do we want history on?

**sherle@google.com** 2021-11-19T23:43:52.814Z

NO

**tris@google.com** 2021-11-19T23:46:06.504Z

History is on. I suggest everyone leave the room and create a new one with history off. I am happy to punt everyone out

**sherle@google.com** 2021-11-19T23:46:18.232Z



**tris@google.com** 2021-11-19T23:46:40.162Z

Ok, booting everyone now.

**tris@google.com** 2021-11-19T23:46:48.261Z

Updated room membership.

**tris@google.com** 2021-11-19T23:46:49.938Z

Updated room membership.

**tris@google.com** 2021-11-19T23:46:52.233Z

Updated room membership.

**tris@google.com** 2021-11-19T23:46:54.163Z

Updated room membership.

**tris@google.com** 2021-11-19T23:46:56.647Z

Updated room membership.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                           GOOG-PLAY5-000383423