# Exhibit 31

**Sent:** Mon 8/30/2021 9:26:22 PM (UTC)
**From:** ronaldho@google.com
**To:** ronaldho@google.com, shenazz@google.com, bbarbello@google.com, arpitmidha@google.com, charmained@google.com, lizama@google.com
**Subject:** AAAAIXI-HA8-MBI-THREADED:_LjrtxCDoeU%%%2021-08-30T02:26:21.704543
image.png

**ronaldho@google.com** 2021-08-30T21:26:21.704Z

@Shenaz Zack thoughts on threading v history/

**shenazz@google.com** 2021-08-30T21:30:13.654Z

Ah the dilemma of choosing between no history vs threads. Why can't we have both 😞

**shenazz@google.com** 2021-08-30T21:32:38.216Z

image.png
**shenazz@google.com** 2021-08-30T21:33:28.723Z

Though don't have strong feelings about threading vs history. So can go either way

**bbarbello@google.com** 2021-08-30T21:41:03.442Z

Threading is more important and history is a liability

**ronaldho@google.com** 2021-08-30T21:51:12.779Z

haha brandon, not helpful!

**ronaldho@google.com** 2021-08-30T21:51:33.922Z

i'm feeling like:

**ronaldho@google.com** 2021-08-30T21:51:36.272Z

history > threads

**arpitmidha@google.com** 2021-08-30T21:52:16.741Z

Seems like.. the more we chat the more threads we need and the more history on gets dangerous 

**ronaldho@google.com** 2021-08-30T21:52:29.750Z

🐯

**arpitmidha@google.com** 2021-08-30T21:53:07.184Z

so.. chat less? and we don't need history and threads? 

**arpitmidha@google.com** 2021-08-30T21:53:24.046Z

p.s. all stupid logic

**ronaldho@google.com** 2021-08-30T21:53:27.598Z

lol - get back to work

**arpitmidha@google.com** 2021-08-30T21:53:32.813Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY5-000408349

**arpitmidha@google.com** 2021-08-30T21:53:48.638Z

keep as is and go do your optional perf cycle

**charmained@google.com** 2021-08-30T21:54:19.680Z

On the side of caution I'd say let's get rid of history

**arpitmidha@google.com** 2021-08-30T21:54:40.712Z

Says the Privacy lead

**arpitmidha@google.com** 2021-08-30T21:54:55.614Z

on cue

**charmained@google.com** 2021-08-30T21:55:37.270Z

:P

**ronaldho@google.com** 2021-08-30T21:59:33.593Z

ok we'll go back to history-less (and consequently threadless). @all shout if you disagree. we'll go back to the previous room and we'll re-invite folks who had left.

**shenazz@google.com** 2021-08-30T22:04:13.201Z

https://b.corp.google.com/issues/161935374 hopefully this FR gets traction some day

https://b.corp.google.com/issues/161935374
**lizama@google.com** 2021-08-30T22:04:17.884Z

also chat with threads is a second inbox now

**ronaldho@google.com** 2021-08-30T22:05:23.662Z

they replied on the bug: 'Sure, it's large project with a lot of moving pieces.
Dogfood is optimistically scheduled for end of Q3."

**shenazz@google.com** 2021-08-30T22:05:56.714Z

so we shall revive this room in 2021

**ronaldho@google.com** 2021-08-30T22:08:46.696Z

ok let's go back to the old room: https://mail.google.com/chat/u/0/#chat/space/AAAArwBi-co

https://mail.google.com/chat/u/0/#chat/space/AAAArwBi-co

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY