# Exhibit 33

**Sent:** Tue 4/26/2022 5:10:45 PM (UTC)
**From:** kmitta@google.com
**To:** kmitta@google.com, bjrb@google.com, nathanroach@google.com, ylsteele@google.com, lauranoren@google.com, danknapp@google.com, tlr@google.com, agwinters@google.com, jnvk@google.com, jasonlking@google.com, sdaniella@google.com, schack@google.com, kemio@google.com, sringland@google.com, tgage@google.com
**Subject:** AAAAGhGOxUI-MBI-FLAT:2022-04-25T22:10:44.233903

[IMG_9807.HEIC](#)
[IMG_9813.HEIC](#)

**kmitta@google.com** 2022-04-26T17:10:44.233Z

https://blog.google/products/google-play/data-safety/

https://blog.google/products/google-play/data-safety/
**kmitta@google.com** 2022-04-26T17:10:57.651Z

Well done and thank you for all of you who contributed!

**bjrb@google.com** 2022-04-26T18:36:21.211Z

Compare to Motherboard's timely investigation on Facebook's data usage (link posted in a PSL-related chat)

https://www.vice.com/en/article/akvmke/facebook-doesnt-know-what-it-does-with-your-data-or-where-it-goes
**nathanroach@google.com** 2022-04-26T20:25:53.158Z

Comment with care

**kmitta@google.com** 2022-04-26T20:27:02.925Z

I will go further: Dont editorialize/comment in this group chat because it is long-lived.

**kmitta@google.com** 2022-04-26T20:27:11.748Z

Thanks for the reminder, Nathan.

**ylsteele@google.com** 2022-04-26T21:25:27.175Z

IMG_9807.HEIC
**ylsteele@google.com** 2022-04-26T21:25:42.221Z

IMG_9813.HEIC
**lauranoren@google.com** 2022-04-26T21:26:55.490Z

New York team is looking festive. Nice to see.

**kmitta@google.com** 2022-04-26T21:27:11.615Z

fantastic!

**danknapp@google.com** 2022-04-26T21:29:01.376Z

Did you all do a painting/art experience? Are we going to get to see some masterpieces?

**ylsteele@google.com** 2022-04-26T21:49:23.940Z

No we played games 😄

**tlr@google.com** 2022-04-26T23:04:01.108Z

(I guess I wonder why this chat needs to be long-lived...)

**agwinters@google.com** 2022-04-26T23:06:51.084Z

+1, for me the history being on acts as a barrier to information sharing. Not sure if this whole-org chat is meant for that type of sharing, or whether the history being preserved for folks to see after e.g. vacation is more important. But for the Advisors chat, etc. I think history being off would increase the likelihood of casual, expedient sharing across teams.

**kmitta@google.com** 2022-04-26T23:08:42.456Z

I like the history on so we can go back to some of the docs shared, specific comments etc. I have found it useful. I dont feel strongly about it. We can always use emails for that.

**jnvk@google.com** 2022-04-26T23:14:07.605Z

We can also have GEARS-Chat which is a short lived version

**jnvk@google.com** 2022-04-26T23:14:25.805Z

but I'll also also say that I'm pretty sure that even short lived chats end up in Vault for folks on lit hold

**kmitta@google.com** 2022-04-26T23:15:01.559Z

maybe "since this is long lived" is a red herring

**kmitta@google.com** 2022-04-26T23:15:32.814Z

in our line of duty, it serves us well to be watchful of what we comment without A/C privilege

**kmitta@google.com** 2022-04-26T23:16:15.851Z

with that said, if this chat serves us better being short lived.. happy to change it. The idea of this chat room is to create a virtual "aisle" for us to catch up

**jasonlking@google.com** 2022-04-27T00:23:35.557Z

without history on, how would i be able to catchup on the PET > EGF > GEARS narrative? :)

**tlr@google.com** 2022-04-27T00:23:57.155Z

arguably, some things are better left unremembered 😀

**sdaniella@google.com** 2022-04-27T11:14:40.118Z

Good morning all, this is your not-so-gentle reminder that we need a deep dive topic for today's huddle.

**schack@google.com** 2022-04-27T16:06:28.126Z

Just setting this here (comment with care, if at all).... https://www.politico.eu/article/as-big-tech-crackdown-looms-eu-to-open-silicon-valley-base/

https://www.politico.eu/article/as-big-tech-crackdown-looms-eu-to-open-silicon-valley-base/

**kemio@google.com** 2022-04-27T22:00:41.942Z

Has anyone here been engaged with the work happening with Projecte Crete and Project Verne?

**nathanroach@google.com** 2022-04-27T22:28:09.299Z

@Kemi Olateju you still around or gone for the day?

CONFIDENTIAL                                                                                                           GOOG-PLAY5-000383658

sringland@google.com 2022-04-27T22:43:10.033Z

Hive mind - we have the Privacy Northstar. Are there other similar "northstar-like" statements for Security, Trust and Safety?

tgage@google.com 2022-04-27T22:44:40.617Z

PDPO Blueprint: go/pdpo-blueprint

http://goto.google.com/pdpo-blueprint

sringland@google.com 2022-04-27T22:44:41.016Z

I'm looking to blatantly borrow rather than come up with a comprehensive list of Trust themes 🙂

tgage@google.com 2022-04-27T22:44:58.939Z

Security strategy '22: go/security-2022-strategy

http://goto.google.com/security-2022-strategy
tgage@google.com 2022-04-27T22:45:26.972Z

That doc links to a "strategic pillars" doc that I don't have access to, but may also be a good resource:
https://docs.google.com/document/d/1klMQqCy5-kTjDYQp84ee3cfl483qsuwnuI91WXJdfc0/edit?resourcekey=0-BoAdu_t0URfouD4gMJRclA#bookmark=id.ofjvzlg3ury4

https://docs.google.com/document/d/1klMQqCy5-kTjDYQp84ee3cfl483qsuwnuI91WXJdfc0/edit?resourcekey=0-BoAdu_t0URfouD4gMJRclA#bookmark=id.ofjvzlg3ury4
https://drive.google.com/open?id=1klMQqCy5-kTjDYQp84ee3cfl483qsuwnuI91WXJdfc0
tgage@google.com 2022-04-27T22:46:39.721Z

It's probably a bit too broad, but Core's Pillars may also help trigger some ideas:
https://sites.google.com/corp/google.com/coreorg/cores-pillars

https://sites.google.com/corp/google.com/coreorg/cores-pillars
sdaniella@google.com 2022-04-28T15:09:34.825Z

Good morning, everyone! Excited to see you in a couple of weeks. Just a heads up, the hold on the hotel rooms will be released on Sunday, so if you haven't already, please be sure to book your room before then.

sdaniella@google.com 2022-04-28T15:09:50.751Z

And if you're having any issues or questions, don't hesitate to reach out.

sdaniella@google.com 2022-04-28T15:12:20.201Z

https://www.ihg.com/evenhotels/hotels/us/en/seattle/seasw/hoteldetail?fromRedirect=true&qSrt=sBR&qIta=99801505&icdv=99801505&qSlH=SEASW&qGrpCd=EAG&setPMCookies=true&qSHBrC=VN&qDest=527%20Fairview%20Avenue%20N,%20Seattle,%20WA,%20US&srb_u=1

https://www.ihg.com/evenhotels/hotels/us/en/seattle/seasw/hoteldetail?fromRedirect=true&qSrt=sBR&qIta=99801505&icdv=99801505&qSlH=SEASW&qGrpCd=EAG&setPMCookies=true&qSHBrC=VN&qDest=527%20Fairview%20Avenue%20N,%20Seattle,%20WA,%20US&srb_u=1
kmitta@google.com 2022-04-28T16:34:49.355Z

Thanks Daniella. Super excited for our first all team offsite. I am looking forward to it!

sdaniella@google.com 2022-04-28T16:35:31.349Z

Me too!

CONFIDENTIAL

**sdaniella@google.com** 2022-04-28T16:39:18.342Z

Also silently added our fun activity to your calendars 🐢 🧁

**ylsteele@google.com** 2022-04-28T16:39:25.119Z

do you know when it ends

**sdaniella@google.com** 2022-04-28T16:43:29.449Z

1-4 pm PT

**danknapp@google.com** 2022-04-28T18:05:51.327Z

@Daniella Singleton Am I correct that the proper steps to pre-book a spot at my preferred Atlanta airport lot are: 1) Reserve with my Gcard 2) When the charge comes through, apply the same Seattle Event ID as airfare and hotel...and that is it?

**sdaniella@google.com** 2022-04-28T18:24:27.947Z

1) yes

**sdaniella@google.com** 2022-04-28T18:24:35.120Z

2) you won't expense until the trip is complete

**sdaniella@google.com** 2022-04-28T18:25:13.645Z

but yes, you will apply the tripid to the charge

**danknapp@google.com** 2022-04-28T18:25:52.713Z

Got it - so after the trip we upload all receipts to one entry and do all the remaining things together?

**danknapp@google.com** 2022-04-28T18:25:57.821Z

And thanks!

**jasonlking@google.com** 2022-04-28T18:28:04.952Z

that's what i prefer to do, all expenses for the same "business purpose" in one Expense Report. There will be expense codes for parking vs. taxis vs. meals etc, but can all be done after the trip (and sometimes it takes a few days for expenses to show in Concur for import, regardless)

**jasonlking@google.com** 2022-04-28T18:29:38.321Z

protip: take photos of paper receipts as you go, or use the Concur app to do so, just in case you lose all your paper receipts (this...may have happened to me once)

**tgage@google.com** 2022-04-28T18:30:42.037Z

I was about to say the same, although I am terrible at following my own advice and just end up stuffing all the paper receipts in one place. You also won't need all of your receipts, but you can't really tell which ones you will need until you start filing the report. (it's based on category and the size of the expense)

CONFIDENTIAL

GOOG-PLAY5-000383660