AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-5227 |
| Google LLC, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Texas.

Date: 03/28/2023

/s/ Coulter Goodman
*Attorney's signature*

Coulter Goodman 24086495
*Printed name and bar number*

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

*Address*

coulter.goodman@oag.texas.gov
*E-mail address*

(512) 936-1781
*Telephone number*

(512) 320-0975
*FAX number*