# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### RYAN RAY FRASHER

is a member of the bar of the Supreme Court of Indiana since admission on __October 19, 2007__, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 31st day of January, 2023.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court