AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California.

Date:   04/11/2023

/s/ Carolyn D. Jeffries
*Attorney's signature*

Carolyn D. Jeffries (California SBN 319595)
*Printed name and bar number*
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

*Address*

Cari.Jeffries@doj.ca.gov
*E-mail address*

(415) 510-3511
*Telephone number*

*FAX number*