AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Tennessee                                                                                             .

Date:   April 18, 2023

/s/ Hamilton M. Millwee
*Attorney's signature*

Hamilton M. Millwee (TNBPR #038795)
*Printed name and bar number*

P.O. Box 20207
Nashville, TN.  37202
*Address*

hamilton.millwee@ag.tn.gov
*E-mail address*

615-291-5922
*Telephone number*

615-532-2910
*FAX number*