# EXHIBIT 3
# PUBLIC REDACTED VERSION

Page 1

```
 1   ** H I G H L Y   C O N F I D E N T I A L **
 2   UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SAN FRANCISCO DIVISION
     Case No. 3:21-md-02981-JD
 4   ----------------------------------------X
     IN RE GOOGLE PLAY STORE
 5   ANTITRUST LITIGATION
 6
     THIS DOCUMENT RELATES TO:
 7   Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
 8
     In re Google Play Consumer
 9   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
10
     In re Google Play Developer
11   Antitrust Litigation,
     Case No: 3:20-cv-05792-JD
12
     State of Utah, et al.,
13   v. Google LLC, et al.,
     Case No: 3:21-cv-05227-JD
14
     ----------------------------------------X
15
                    February 10, 2022
16                  9:04 a.m.
17
18       Videotaped Deposition of JAMIE
19   ROSENBERG, taken by Plaintiffs, pursuant to
20   Notice, held via Zoom videoconference,
21   before Todd DeSimone, a Registered
22   Professional Reporter and Notary Public.
23
24
25
```

HIGHLY CONFIDENTIAL

Page 2

```
 1   A P P E A R A N C E S :
 2   Counsel for Plaintiff Epic Games, Inc. in:
     Epic Games, Inc. v Google LLC, et al:
 3
     CRAVATH, SWAINE & MOORE LLP
 4   825 Eighth Avenue
     New York, New York 10019
 5   BY:  YONATAN EVEN, ESQ.
             yeven@cravath.com
 6        DAVID KUMAGAI, ESQ.
            dkumagai@cravath.com
 7        RAVI SINGH, ESQ.
            rsingh@cravath.com
 8
 9
     Counsel for Google LLC, et al:
10
     MUNGER, TOLLES & OLSON LLP
11   350 South Grand Avenue
     50th Floor
12   Los Angeles, California 90071-3426
     BY:   GLENN D. POMERANTZ, ESQ.
13           glenn.pomerantz@mto.com
            LAUREN N. BECK, ESQ.
14            lauren.beck@mto.com
15
16
     Counsel for the Proposed Class In re:
17   Google Play Developer Antitrust Litigation
     and Pure Sweat Basketball, Inc:
18
     HAGENS BERMAN SOBOL SHAPIRO LLP
19   715 Hearst Avenue
     Suite 202
20   Berkeley, California 94710
     BY:   BEN HARRINGTON, ESQ.
21           benh@hbsslaw.com
22
23
24
25
```

```
 1   A P P E A R A N C E S: (Continued)
 2   Counsel for the Proposed Class In re:
     Google Play Consumer Antitrust Litigation:
 3
     BARTLIT BECK LLP
 4   1801 Wewatta Street
     Suite 1200
 5   Denver, Colorado 80202
     BY: KARMA M. GIULIANELLI, ESQ.
 6          karma.giulianelli@bartlitbeck.com
         GLEN E. SUMMERS, ESQ.
 7          glenn.summers@bartlitbeck.com
 8              - and -
 9   BARTLIT BECK LLP
     54 West Hubbard Street
10   Courthouse Place
     Suite 300
11   Chicago, Illinois 60654
     BY:  LEE MASON, ESQ.
12          lee.mason@bartlitbeck.com
13
14
15   Counsel for Plaintiff States:
16
     OFFICE OF THE UTAH ATTORNEY GENERAL
17   111 South Main Street
     Suite 1800
18   Salt Lake City, Utah 84111
     BY:  BRENDAN GLACKIN, ESQ.
19          bglackin@agutah.gov
20
21   OFFICE OF THE MISSOURI ATTORNEY GENERAL
     615 East 13th Street
22   Suite 401
     Kansas City, Missouri 64106
23   BY:   STEPHEN HOEPLINGER, ESQ.
             stephen.hoeplinger@ago.mo.gov
24
25
```

HIGHLY CONFIDENTIAL

Page 4

1  ALSO PRESENT:
2     JEREMY JACOBSON, Law Clerk, Cravath
3     KATE SMITH, ESQ., Google
4     STEPHEN KENT, Videographer
5     PAUL RAFFERTY, Veritext Concierge Tech
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 5

1    THE VIDEOGRAPHER: Good morning.
2 We are going on the record at 9:04 a.m.
3 Pacific on February 10th, 2022.
4    Please mute your audio input if
5 you are not a speaking party as your
6 microphones are sensitive and can pick up
7 whispering and background noise.  Please
8 turn off all cell phones or place them away
9 from your computer as they can interfere
10 with the deposition audio.  Audio and video
11 recording will continue to take place
12 unless all parties agree to go off the
13 record.
14    This is media unit one of the
15 video-recorded deposition of Jamie
16 Rosenberg in the matter of In Re Google
17 Play Antitrust Litigation, filed in the
18 United States District Court for the
19 Northern District of California, San
20 Francisco Division, case number
21 3:21-MD-02981-JD.  This deposition is being
22 held via videoconference with the witness
23 located in California.
24    My name is Stephen Kent from
25 the firm Veritext Legal Solutions and I am

HIGHLY CONFIDENTIAL

Page 6

1  the videographer.  The court reporter is
2  Todd DeSimone also from Veritext Legal
3  Solutions.  I'm not authorized to
4  administer an oath, I'm not related to any
5  party in this action, nor am I financially
6  interested in the outcome.
7           All appearances will appear on
8  the stenographic record.  Will the court
9  reporter please swear in the witness.
10         *   *   *
11 J A M I E   R O S E N B E R G,
12 called as a witness, having been first duly
13 sworn, was examined and testified
14 as follows:
15 EXAMINATION BY MS. GIULIANELLI:
16      Q.    Good morning, Mr. Rosenberg.
17 My name is Karma Giulianelli and I will be
18 asking you questions today on behalf of the
19 consumer class.
20      A.    Good morning.
21      Q.    Good morning.  What is your
22 name, for the record?
23      A.    My name is Jamie Rosenberg.
24      Q.    Is there anything that would
25 interfere with your memory here today?

1   Play Store, right?
2         A.    Yes.
3         Q.    And it's true that the early
4   rev share agreements for the Play Store
5   were meant to incentivize carriers to
6   prioritize Play, or then Android
7   Marketplace, over other stores, correct?
8               MR. POMERANTZ:  I object to
9   form.
10        A.    I don't know.  I don't recall
11  what the terms of those agreements were,
12  just that, you know, part of the spirit of
13  this was more about promoting Android
14  itself and getting more engagement on
15  Android as an ecosystem.
16        Q.    And what is, within the context
17  of this slide here, what is a walled
18  garden?
19        A.    In the context of that time
20  period, the 2008 to two thousand whatever
21  it would have been, I think some of the
22  other -- some of the other smartphone
23  platforms that were out there, other
24  options for carriers, or if you think about
25  WAP services, it was a very, you know, it

Page 169

1  was a highly fragmented ecosystem.  It
2  wasn't even an ecosystem, it was basically
3  kind of, you know, any major OEM or carrier
4  was designing some sort of a -- some sort
5  of a product approach.
6           What we were trying to pitch is
7  let's create this as like an ecosystem
8  where we have a platform that has a single
9  story to developers in terms of developing
10 for the platform and then make the scale of
11 that available to all developers.  That was
12 the vision of Android as an open ecosystem
13 and that we believed doing it that way
14 would ultimately get much more engagement
15 and innovation from developers because they
16 would be able to develop once and reach a
17 massive scale audience, if we pulled it
18 off.  And that time frame it wasn't certain
19 that we were going to pull it off.
20      Q.     One thing that the carriers
21 were doing at this point in time was
22 starting their own app stores, correct?
23      A.     Well, a lot of them had app
24 stores on other platforms.  If they had
25 Symbian phones or Nokia phones, if they

Page 170

1  were, you know, WAP or Java or BREW, they
2  were involved in some form in that.
3       Q.    And did some of them have app
4  stores on the Android platform, on the
5  Android, Google-compatible Android as well?
6       A.    Yes, and some of them still do.
7       Q.    At that point in time were some
8  of the carriers reserving carrier billing
9  for their own stores as well?
10      A.    That I don't -- I don't know or
11 I don't recall.  We were -- we were very
12 interested in carrier billing.  We thought
13 it was a very helpful way for users to pay
14 for -- pay for things on their phone.
15 Users had a preexisting relationship with
16 the carrier and, if done right in the
17 product execution, it could be good for
18 users and good for developers.
19            So we were interested in
20 signing up as many carriers as possible to
21 integrate our Play billing system with
22 their billing system, and we have done that
23 all over the world.
24      Q.    Google gave carriers rev share
25 from the Play Store in order to

Page 171

1  disincentivize them from pursuing their own
2  app stores, right?
3       A.    I don't know that I would agree
4  with that.  We certainly wanted their
5  partnership in making our app store
6  successful.
7       Q.    You wanted their partnership in
8  making your app store the primary store,
9  correct?
10      A.    We had a vision of creating an
11 app store that would serve the whole
12 ecosystem, that's the pitch we made to
13 them, that's what we told them we were
14 investing in, and that that -- we felt that
15 that was fundamental to making Android as a
16 platform successful.  So, you know, while
17 many of them continued to have their own
18 stores, and some still do, we wanted to
19 find ways to partner with them on our store
20 as well.
21      Q.    You saw carrier app stores as
22 threatening your vision of creating a
23 single app store that would serve the whole
24 ecosystem, right?
25      A.    We felt -- I wouldn't -- I

Page 172

1  wouldn't agree with that.  I would say that
2  we felt that having -- having an app store
3  on Android that was consistently available
4  on any Android phone, no matter the
5  carrier, no matter the OEM, was really
6  important.  That didn't necessarily
7  preclude, you know, carriers or OEMs from
8  also investing in their own app stores, but
9  we thought it was going to be very
10 important to the advancement of Android to
11 have, you know, one place where all the
12 apps could be available to all the users.
13        Q.    Have you ever said in words or
14 substance to the effect that Google gave
15 carriers rev share on Play in order to
16 disincentivize them from building their own
17 stores?
18        A.    I don't -- I don't recall
19 having said that.
20        Q.    Look at, please, Exhibit 280,
21 which is an exhibit that was marked before
22 and it should be at the top here.
23              Is Exhibit 280 a -- well,
24 Exhibit 280 is a ███████ ████ █
25 ██████ █████ ██████ █████ █████ ██████

```
                                                  Page 173
 1    ████ ███ ██ ██ ████████ ██
 2    ██████ ██████ ██ ██ █ ██████ ██████
 3         A.    I don't remember.  I would have
 4    to look at the document to refresh my
 5    memory.
 6         Q.    Do you remember being involved
 7    in something called ██████ █████?
 8         A.    I remember ██████ █████ as a
 9    code name.
10         Q.    Were you involved in something
11    with the code name ██████ █████?
12         A.    I would have been in
13    discussions about it.  I don't think I
14    created this document.
15         Q.    And I'm just going to ask you
16    quickly to see if this refreshes your
17    recollection, on the first slide there --
18    well, were you a Play lead at that time?
19         A.    Yes.
20         Q.    And I'm actually going to ask
21    you about the slide that ends in 567, and
22    the slide that ends in 567 is entitled
23    ██████ ██████ ██ ████████, and the
24    second to the last bullet █████ █████ █
25    █████ ██████ ██ ██ ████████ ████████
```

Page 174

1  ███████  ████  ███  ████  ████  ████
2      ██      ████ █ ████  ████
3       Q.      And this second to last bullet
4  says ████ ████ ██████ ████ ███ ███
5  ████████ █ █ ██████████ ██████
6  █████ ██ ████████
7              Does that refresh your
8  recollection that Google cut carriers in to
9  Play rev share in order to disincentivize
10 them from building their own stores?
11      A.      You know, the way I would
12 characterize it is, you know, carriers for
13 the most part, they wanted to know the apps
14 would be there, you know, that they had
15 core businesses which were in phone
16 service, network service, subscriber
17 management, like that was -- that was how
18 they built their business.
19              In the smartphone world, you
20 know, a lot of them had been kind of
21 spending a lot to try to make an app
22 ecosystem work in the context of the small
23 number of users they had, and, you know,
24 when we told them look, we will bring -- we
25 will manage the whole developer ecosystem,

Page 175

1  we will bring all the apps, we will make
2  sure the functionality is there, you know,
3  for a lot of them that was -- that was
4  helpful, and the economics were also to
5  make them feel good about the fact that,
6  you know, in these early days of Android
7  that we were -- we were considering them
8  partners in this.
9              And so, you know, the way that
10 carriers were looking at this is in a lot
11 of cases like this, this wasn't a core
12 business for them, it might have been
13 making money in some way, but what they
14 really wanted was to make sure that they
15 were, you know, putting compelling devices
16 in front of users that would encourage data
17 usage, you know, keep subscribers on their
18 network, all of these things.
19             You know, I think over time
20 most carriers viewed this as a helpful
21 service we were providing on behalf of the
22 ecosystem.  In the early days, you know,
23 there was -- there was economics I think to
24 help smooth that transition for them, but
25 it was -- I think it was a larger thing

Page 176

1  that they were in search of, can we get all
2  the apps there, can we have the best
3  innovation and functionality available on
4  these devices, particularly as, you know,
5  Apple and iPhone were emerging with their
6  strategy, with their app store.
7        Q.    And in order for an app store
8  to succeed, it really needs users across
9  multiple carriers and OEMs; is that right?
10       A.    I mean, it depends on -- it
11 depends on the ambition of the app store,
12 it depends on the effort of developers to
13 create an app for the platform, the number
14 of users they need to be motivated to do
15 that.
16             But it was, you know, it was
17 part of our pitch to this ecosystem that we
18 were building that, you know, we would be
19 making investments to recruit a developer
20 ecosystem globally and provide the tools to
21 those developers to build great things and
22 provide the means for those developers to
23 distribute those things as far and wide as
24 possible.
25       Q.    And your pitch to the carriers