# EXHIBIT 8



October 2020

### New Google Play Console features to optimize publishing



The new Publishing overview page helps you better understand your publishing process while Managed publishing gives you more control over when your app or game updates go live.



NEW FEATURES

Reminder: Starting November 2, 2020, we will retire the old Google Play Console. If you haven't yet, switch to the new version today.

### Approval needed for background access to location



If your app uses location in the background, you can now complete the permissions declaration from the App content page (Policy > App content) in Google Play Console.

Watch this video or complete these Play Academy courses to learn more.



COMPLETE PERMISSIONS

### Clarifying Google Play billing policy



We clarified the language in our Payments Policy to be more explicit that all developers selling digital goods in their apps are required to use Google Play's billing system.

Understand Google Play's payments policy in the Play Academy.



LEARN MORE

### Upcoming Google Play and Android deadlines

- Account hold and restore:
  - November 1, 2020: all apps that use in-app subscriptions must support account hold and restore.
  - November 1, 2020: all subscriptions will be automatically opted into pause and resubscribe unless these features are turned off in Google Play Console.
- TargetSDK - Android 10 (API level 29):
  - November 2, 2020: all app updates must target at least Android 10 (API level 29).



UPCOMING DEADLINES

### Podcast: more Apps, Games, & Insights

Series 2 is coming on October 26, bringing you more insights, stories, and learnings from industry experts on some of today's hottest topics surrounding mobile apps, games and tech. Stay tuned and catch up on all the previous episodes here.



TUNE IN NOW

### What's new on Android

GOOG-PLAY-000621470

- Android Studio 4.1 is now ready for you to use in production. Read more about what's new in this release, and upgrade to take advantage of the newest features.

- MADSkills: this new video series teaches you how to use the latest technologies of Modern Android Development (MAD) and create better applications.

**DOWNLOAD ANDROID STUDIO**

---

## Featured articles


Make your app shine on Google Play


Pre-launch testing for mobile games: tools and best practices on Google Play

---



## Play Academy: What's new with policy status and app content

The all-new Play Console section makes it easier to release policy-compliant apps and games. We know policy-compliance can be a source of worry, so we designed these new courses to help guide you through the process. And stay tuned, there are more courses to come.

**LAUNCH PLAY ACADEMY**

---

Thanks for tuning in,

### The Google Play team

ARCHIVE | SUBSCRIBE

Connect with us



© 2020 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

GOOG-PLAY-000621471