1

2

3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

4

5

6

7

8

9

10

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD<br><br>*States et al. v. Google LLC et al.*, Case No. 3:21-CV-05227 | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. MARC RYSMAN**<br><br>Date:        TBD<br>Time:        TBD<br>Judge:       Hon. James Donato<br>Courtroom:   11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

11

12

13

    Defendants' Motion to Exclude Merits Opinions of Dr. Marc Rysman came for hearing before this Court on the above-captioned matter.  Having fully considered the papers, the arguments of counsel, and good cause appearing therefore:

14

15

    IT IS HEREBY ORDERED that Defendants' Motion to Exclude Merits Opinions of Dr. Marc Rysman is GRANTED in full.

16

    **SO ORDERED**

17

18

19

DATED:

_____

HON. JAMES DONATO
United States District Judge

20

21

22

23

24

25

26

27

28