# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE:  GOOGLE PLAY STORE ANTITRUST LITIGATION

Case No. 3:21-md-02981-JD

THIS DOCUMENT RELATES TO:

Epic Games Inc. v.  Google LLC, et al.

Case No.  3:20-cv-05671-JD

In Re:  Google Play Consumer Antitrust Litigation

Case No.  3:20-cv-05761-JD

State of Utah, et al. v. Google LLC, et al.

Case No.  3:21-cv-05227-JD

Match Group LLC, et al., v. Google LLC, et al.

Case No.  3:22-cv-02746-JD

_____

** CONFIDENTIAL **

            DEPOSITION OF MARC S. RYSMAN, PhD,
called as a witness by and on behalf of Google LLC,
pursuant to the applicable provisions of the
Federal Rules of Civil Procedure, before P. Jodi
Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91,
MA-CSR #123193, and Notary Public, within and for
the Commonwealth of Massachusetts, at 100 Cambridge
Street, Boston, Massachusetts, on Friday, March 10,
2023, commencing at 9:07 a.m.

CONFIDENTIAL

Page 2

```
 1    APPEARANCES:
 2                    MOLO LAMKEN LLP
 3                    BY:  Lauren Weinstein, Esq.
 4                    600 New Hampshire Avenue, NW
 5                    Washington, DC  20037
 6                    202 556-2018
 7                    Lweinstein@mololamken.com
 8                            -and-
 9                    LIEF CABRASER HEIMANN & BERNSTEIN
10                    BY:  Brendan P. Glackin, Esq.
11                    275 Battery Street
12                    San Francisco, CA  94111
13                    415 956-1000
14                    Bglackin@lchb.com
15                            -and-
16                    BENEDICT LAW GROUP PLLC
17                    BY:  Brendan Benedict, Esq.
18                    (Via Telephone)
19                    Michael Altelorando, Esq.
20                    42 W. 38th Street, Suite 1002
21                    New York, NY  10018
22                    212 287-9501
23                    Brendan@benedictlawgroup.com
24                    Maltebrando@benedictlawgroup.com
25                    For the States
```

CONFIDENTIAL

Page 3

1   APPEARANCES:   (CONT'D)
2
3                  BARTLIT BECK LLP
4                  BY:  Karma M. Giulianelli, Esq.
5                  1801 Wewetta Street, Suite 1200
6                  Denver, CO  80202
7                  303 592-3100
8                  Karma.giulianelli@bartlitbeck.com
9                       -and-
10                 (Via Telephone)
11                 KAPLAN FOX & KILSHEIMER LLP
12                 BY:  Hae Sung Nam, Esq.
13                 850 Third Avenue, 14th Floor
14                 New York, NY  10022
15                 Hnam@kaplanfox.com
16                 For the consumers
17
18                 HUESTON HENNIGAN LLP
19                 BY:  Tate Harshbarger
20                 523 West 6th Street, Suite 400
21                 Los Angeles, CA  90014
22                 213 788-4752
23                 Tharshbarger@hueston.com
24                 For Match Group
25

```
 1  APPEARANCES:   (CONT'D)
 2
 3                 CRAVATH SWAINE & MOORE LLP
 4                 BY:  Eric Zepp, Esq.
 5                 Worldwide Plaza
 6                 825 Eighth Avenue
 7                 New York, NY  10019
 8                 212 474-1829
 9                 Ezepp@cravath.com
10                 For Epic Games
11
12
13                 (Via Telephone)
14                 STATE OF TENNESSEE
15                 OFFICE OF THE ATTORNEY GENERAL
16                 BY:  Ethan Bowers, Esq.
17                 301 6th Avenue N
18                 Nashville, TN  37243
19                 615 741-3491
20                 Ethan.bowers@ag.tn.gov
21                 For the State of Tennessee
22
23
24
25
```

CONFIDENTIAL

Page 5

1  APPEARANCES:  (CONT'D)
2
3                (Via Telephone)
4                NEW YORK STATE OFFICE OF THE
5                ATTORNEY GENERAL
6                BY:  Bryan L. Bloom, Esq.
7                Timothy O'Neill, Esq.
8                The Capitol
9                Albany, NY  12224-0341
10               Bryan.bloom@ag.ny.gov
11               Timothyoneill@ag.ny.gov
12               For New York State
13
14
15               (Via Telephone)
16               STATE OF UTAH
17               OFFICE OF THE ATTORNEY GENERAL
18               BY:  Bahader S. Khan, Esq.
19               350 N. State Street, Suite 230
20               Salt Lake City, UT  84114
21               801 366-0260
22               Bahader.khan@ag.ut.gov
23               For the State of Utah
24
25

CONFIDENTIAL

Page 6

1   APPEARANCES:   (CONT'D)
2
3                  MUNGER TOLLES & OLSON LLP
4                  BY:  Justin P. Raphael, Esq.
5                  350 S. Grand Avenue, 50th Floor
6                  Los Angeles, CA  90071
7                  415 512-4085
8                  Justin.raphael@mto.com
9                  For Google LLC
10
11
12  ALSO PRESENT:
13
14                 (Via Telephone)
15                 Jeanette Teckman, Esq.
16                 in-house counsel, Match Group
17
18                 Shawn Budd, Video Operator
19
20
21
22
23
24
25

Case 3:21-cv-05227-JD   Document 381-4   Filed 04/20/23   Page 8 of 14
CONFIDENTIAL
Page 7

```
 1                      I N D E X
 2
 3   TESTIMONY OF:                                      PAGE
 4
 5   MARC S. RYSMAN, PhD
 6   (By Mr. Raphael)                                      9
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

Page 8

1                    E X H I B I T S
2   EXHIBIT           DESCRIPTION                            PAGE
3
4   Exhibit 1057      Expert Report of Marc                     9
5                     Rysman, October 3, 2022
6   Exhibit 1058      Expert Rebuttal Report of                 9
7                     Dr. Marc Rysman, December
8                     23, 2022
9   Exhibit 1059      Merits Report of Hal J.                  70
10                    Singer, PhD
11  Exhibit 1060      Game Change: The Future of              189
12                    Video Games
13  Exhibit 1061      spreadsheet, AMZ-GP_00002471            358
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 9

1              (Exhibit 1057, Expert Report of Marc
2              Rysman, October 3, 2022.)
3              (Exhibit 1058, Expert Rebuttal Report of
4              Dr. Marc Rysman, December 23, 2022.)
5              VIDEO OPERATOR:  We are on the record.
6    This is the videographer speaking, Shawn Budd, with
7    Veritext Legal Solutions.  Today's date is March
8    10th, 2023.  The time is 9:07 a.m.  We are here in
9    Boston, Massachusetts, to take the video deposition
10   of Dr. Marc Rysman in the matter of Google Play
11   Store Antitrust Litigation.
12             Would counsel please introduce themselves
13   for the record.
14             MS. WEINSTEIN:  Lauren Weinstein on behalf
15   of the states.  With me are my colleagues, Brendan
16   Glackin and Brendan Benedict.
17             MS. GIULIANELLI:  Karma Giulianelli on
18   behalf of consumers.
19             MR. HARSHBARGER:  Tate Harshbarger on
20   behalf of Match plaintiffs.
21             MR. RAPHAEL:  Justin Raphael, Munger
22   Tolles & Olson, for Google.
23             Is there anyone on the phone?
24             MS. WEINSTEIN:  We did telephonic
25   appearances on the record.

CONFIDENTIAL

Page 10

1    VIDEO OPERATOR: Okay. And would the
2    court reporter please swear in the witness.
3            MARC RYSMAN, PhD, having
4            satisfactorily been identified by
5            the production of a driver's license,
6            and being first duly sworn by the Notary
7            Public, was examined and testified as
8            follows to interrogatories
9    BY MR. RAPHAEL:
10       Q.   Good morning.
11       A.   Good morning.
12       Q.   Would you please state your name for the
13   record.
14       A.   Marc Rysman.
15       Q.   Good morning, Doctor Rysman. You've been
16   deposed a number of times?
17       A.   Yes.
18       Q.   How many times?
19       A.   Five or six times.
20       Q.   Okay. Any of those in antitrust cases?
21       A.   I don't think I've been deposed in an
22   antitrust case.
23       Q.   Have you ever offered testimony in court
24   or arbitration in an antitrust case?
25       A.   I don't think that the -- the court

Page 62

1            MS. WEINSTEIN:  Objection to form.
2       A.   So in this paragraph I'm setting up an
3   abstract world where focal point pricing is
4   important and talking about the economics of focal
5   point pricing; and I don't mean that to be a
6   description of what actually happens in -- to apps
7   on the Google Play Store.
8       Q.   Right.  But so as a matter of economics,
9   as you're describe -- you -- let me back up.
10           In this -- in this paragraph you're
11  referring to economic principles; right?
12           MS. WEINSTEIN:  Objection to form.
13           And you can read the full paragraph if
14  you'd like to answer the question.
15      A.   Yes.
16      Q.   Yes.  Okay.  And as a matter of economic
17  principles, then, what you're saying is that, as a
18  result of focal point pricing, some firms would not
19  change price in response to a change in the
20  commission rate?
21           MS. WEINSTEIN:  Objection to form.
22      A.   Yes.  If focal point pricing is important,
23  I would expect that.
24      Q.   Okay.  Do you think that focal point
25  pricing is important in the context of Android

Case 3:21-cv-05227-JD   Document 381-4   Filed 04/20/23   Page 13 of 14
CONFIDENTIAL

Page 68

1    use a standard logit model without testing whether
2    the products to which the model was applied are
3    substitutes?
4            MS. WEINSTEIN:  Objection to form.
5        A.   I don't know that there needs to be a
6    formal test, but we would read the paper -- by "we"
7    I think of, let's say, the editorial staff -- would
8    read the paper for whether we feel that the model
9    was a good approximation for what was happening in
10   the market.
11       Q.   And what would you want to see or test to
12   determine whether the model was a good
13   approximation for what was happening in the market
14   in the case of a standard logit model?
15           MS. WEINSTEIN:  Objection to form.
16       A.   I have the sense -- I have a sense from my
17   experience as an economist of the general issues
18   that logit model captures or doesn't capture, and I
19   would want to think about whether the products in
20   the market captured that -- that as well.
21       Q.   Would it be sufficient for you to
22   determine that a standard logit model was
23   appropriate that there was a negative correlation
24   between price and demand?
25           MS. WEINSTEIN:  Objection to form.

Veritext Legal Solutions
212-279-9424                  www.veritext.com                  212-490-3430

1     A.   Not by itself that wouldn't tell me that
2  the logit model was appropriate.
3     Q.   Have you ever seen a logit model used to
4  estimate pass through?
5          MS. WEINSTEIN:  Objection to form.
6     A.   Yes.
7     Q.   Where?
8     A.   So I'm thinking of general logit-based
9  models.  So not necessarily the simple logit that
10 you started with.  We just had a paper presented
11 this year by Katja Seim presenting at BU studying
12 pass through, and I edited a pass-through paper at
13 random.  I'd have to think about whether they used
14 logit or not.  I have to remember.
15    Q.   The paper that was presented as BU, what
16 industry was that?
17    A.   I just can't recall.  I'm sorry.
18    Q.   Okay.  Are you familiar with the logit
19 model that Doctor Singer uses in this case?
20         MS. WEINSTEIN:  Objection to form.
21    A.   I am not.
22    Q.   Okay.  So you don't know anything about
23 how Doctor Singer actually calculates the
24 pass-through rate for any app?
25         MS. WEINSTEIN:  Objection to form.