1

2
Karma M. Giulianelli (SBN 184175)          Brendan P. Glackin (SBN 199643)
karma.giulianelli@bartlitbeck.com          bglackin@agutah.gov
3
**BARTLIT BECK LLP**                        **OFFICE OF THE UTAH ATTORNEY**
1801 Wewetta St., Suite 1200                **GENERAL**
4
Denver, Colorado 80202                      160 E 300 S, 5th Floor
Telephone: (303) 592-3100                   PO Box 140872
5
                                            Salt Lake City, UT 84114-0872
Hae Sung Nam (*pro hac vice*)               Telephone: (801) 366-0260
6
hnam@kaplanfox.com                          *Counsel for the Plaintiff States*
**KAPLAN FOX & KILSHEIMER LLP**
7
850 Third Avenue                            Douglas J. Dixon (SBN 275389)
New York, NY 10022                          ddixon@hueston.com
8
Tel.: (212) 687-1980                        **HUESTON HENNIGAN LLP**
                                            620 Newport Center Drive, Suite 1300
9
*Co-Lead Counsel for the Proposed Class in In*  Newport Beach, CA 92660
*re Google Play Consumer Antitrust Litigation*  Telephone: (949) 229-8640
10
                                            *Counsel for Plaintiffs Match Group, LLC, et*
                                            *al.*
11
Paul J. Riehle (SBN 115199)
12
paul.riehle@faegredrinker.com               Glenn D. Pomerantz (SBN 112503)
**FAEGRE DRINKER BIDDLE & REATH**           glenn.pomerantz@mto.com
13
**LLP**                                     **MUNGER, TOLLES & OLSON LLP**
Four Embarcadero Center, 27th Floor         350 South Grand Avenue, Fiftieth Floor
14
San Francisco, CA 94111                     Los Angeles, California 90071
Telephone: (415) 591-7500                   Telephone: (213) 683-9100
15

16
Christine A. Varney (*pro hac vice*)        Brian C. Rocca (SBN 221576)
cvarney@cravath.com                         brian.rocca@morganlewis.com
17
**CRAVATH, SWAINE & MOORE LLP**             **MORGAN, LEWIS & BOCKIUS LLP**
825 Eighth Avenue                           One Market, Spear Street Tower
18
New York, New York 10019                    San Francisco, CA 94105-1596
Telephone: (212) 474-1000                   Telephone: (415) 442-1000
19
*Counsel for Plaintiff Epic Games, Inc. in Epic*
*Games, Inc. v. Google LLC et al.*          *Counsel for Defendants Google LLC et al*
20

21

22

23

24
[Additional counsel appear on signature page]
25

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO DISPOSITIVE AND *DAUBERT* MOTIONS**<br><br>Judge:  Hon. James Donato |

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

WHEREAS, Plaintiff Epic Games, Inc. ("Epic"), Plaintiffs Match Group LLC, et al. ("Match"), Consumer Plaintiffs, State Attorneys General Plaintiffs, and Defendants Google LLC et al. ("Google," and collectively, the "Parties"), by and through their undersigned counsel, respectfully move this Court for a modification to the sealing procedures applicable to any dispositive and *Daubert* motions filed in these matters and subsequent briefing on any such motions, on the grounds set forth herein.

WHEREAS, under the Third Amended Scheduling Order entered by the Court, dispositive and *Daubert* motions are due on April 20, 2023; responses are due May 18, 2023; and replies are due on June 8, 2023 (ECF No. 447).

WHEREAS, the Parties informed the Court in their January 31, 2023 Joint Proposed Schedule: "With respect to dispositive and Daubert motions, the Parties will submit a stipulation for approval that states that they will file redacted versions of these briefs and supporting documents on April 20, May 18, and June 8, without accompanying motions to seal." (ECF No. 434 at 2 n.2.)

WHEREAS, the Parties have conferred and agree on a protocol and dates for submitting an Omnibus Sealing Motion following the completion of briefing of dispositive and *Daubert* motions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The Parties shall file redacted versions of any dispositive and *Daubert* motions, as well as any responses and replies to such motions, and any associated supporting documents, as separate entries on the ECF docket; and

1

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

- The Parties shall also contemporaneously file unredacted copies of all documents on the ECF docket provisionally under seal, along with a 1-page interim sealing motion which may indicate that the reasons for sealing will be discussed in a forthcoming omnibus sealing motion; and

- Within twenty-one days of filing any dispositive or *Daubert* motion, as well as any response to such motions, and within fourteen days of filing any reply to a dispositive or *Daubert* motion, that include information filed provisionally under seal, the Parties shall provide each other their purported basis for keeping the redacted information under seal; and

- The Parties and any non-parties shall jointly file Omnibus Sealing Motions on July 13, 2023 (i.e., five weeks after the completion of dispositive and *Daubert* motion briefing), or any date that this Court chooses following the completion of dispositive and *Daubert* motion briefing.

2

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

Dated:  April 17, 2023

CRAVATH, SWAINE & MOORE LLP
Christine Varney (pro hac vice)
Gary A. Bornstein (pro hac vice)
Timothy G. Cameron (pro hac vice)
Yonatan Even (pro hac vice)
Lauren A. Moskowitz (pro hac vice)
Justin C. Clarke (pro hac vice)
Michael J. Zaken (pro hac vice)
M. Brent Byars (pro hac vice)


FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)


Respectfully submitted,

By:     /s/   *Lauren A. Moskowitz*
        Lauren A. Moskowitz

        *Counsel for Plaintiff Epic Games, Inc.*


Dated:  April 17, 2023

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

Respectfully submitted,

By:     /s/   *Karma M. Giulianelli*
        Karma M. Giulianelli

        *Co-Lead Counsel for the Class in In re*
        *Google Play Consumer Antitrust Litigation*

3

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

1   Dated:  April 17, 2023              PRITZKER LEVINE LLP
                                             Elizabeth C. Pritzker
2

3                                        Respectfully submitted,

4                                        By:    /s/ *Elizabeth C. Pritzker*
                                                Elizabeth C. Pritzker
5
                                             *Liaison Counsel for the Class in In re Google*
6                                            *Play Consumer Antitrust Litigation*

7

8   Dated:  April 17, 2023              OFFICE OF THE UTAH ATTORNEY
                                             GENERAL

9                                        Brendan P. Glackin
                                             Lauren Weinstein
10

11                                       Respectfully submitted,

12                                       By:    /s/ *Brendan P. Glackin*
                                                Brendan P. Glackin
13
                                             *Counsel for Plaintiff States*
14

15  Dated:  April 17, 2023              HUESTON HENNIGAN LLP
                                             Douglas J. Dixon
                                             Christine Woodin
16                                           Joseph A. Reiter

17

18                                       Respectfully submitted,

19                                       By:    /s/ *Douglas J. Dixon*
                                                Douglas J. Dixon
20
                                             *Counsel for Plaintiffs Match Group, LLC*
21                                           *et al.*

22

23                                           4

24  JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
            Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
25                     3:21-cv-05227-JD, 3:22-cv-02746-JD

Dated:  April 17, 2023          MORGAN, LEWIS & BOCKIUS LLP
                                    Brian C. Rocca
                                    Sujal J. Shah
                                    Minna L. Naranjo
                                    Rishi P. Satia
                                    Michelle Park Chiu

                                Respectfully submitted,

                                By:    /s/ *Brian C. Rocca*
                                      Brian C. Rocca

                                *Counsel for Defendants Google LLC et al.*


Dated:  April 17, 2023          MUNGER, TOLLES & OLSON LLP
                                    Glenn D. Pomerantz
                                    Kyle W. Mach
                                    Kuruvilla Olasa
                                    Justin P. Raphael
                                    Emily C. Curran-Huberty
                                    Jonathan I. Kravis

                                Respectfully submitted,

                                By:    /s/ *Glenn D. Pomerantz*
                                      Glenn D. Pomerantz

                                *Counsel for Defendants Google LLC et al.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:   April 21, 2023                  _____
                                         HON. JAMES DONATO
                                         United States District Judge

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

1

**E-FILING ATTESTATION**

2          I, Minna L. Naranjo, am the ECF User whose ID and password are being used to

3  file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

4  signatories identified above has concurred in this filing.

5

6
                                                      /s/   Minna L. Naranjo
7                                                         Minna L. Naranjo

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
                                                      6
24  JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
      Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
25                  3:21-cv-05227-JD, 3:22-cv-02746-JD