# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

   I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on December 7, 2022, Colin Price Snider was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on April 25, 2023.

_____
Wendy A. Wussow, Clerk