AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-CV-05227 |
| Google LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Nebraska.

Date: 04/26/2023

/s/ Colin P. Snider
*Attorney's signature*

Colin P. Snider (NE #27724)
*Printed name and bar number*

Nebraska Attorney General's Office
2115 State Capitol
PO Box 98920
Lincoln, NE 68509
*Address*

colin.snider@nebraska.gov
*E-mail address*

(402) 471-7759
*Telephone number*

*FAX number*