1   Karma M. Giulianelli (SBN 184175)          Glenn D. Pomerantz (SBN 112503)
2   karma.giulianelli@bartlitbeck.com          glenn.pomerantz@mto.com
    **BARTLIT BECK LLP**                        **MUNGER, TOLLES & OLSON LLP**
3   1801 Wewatta St., Suite 1200               350 South Grand Avenue, Fiftieth Floor
    Denver, CO 80202                           Los Angeles, CA 90071
4   Telephone: (303) 592-3100                  Telephone: (213) 683-9100
5
6   Hae Sung Nam (*pro hac vice*)              Brian C. Rocca (SBN 221576)
    hnam@kaplanfox.com                         brian.rocca@morganlewis.com
7   **KAPLAN FOX & KILSHEIMER LLP**            **MORGAN, LEWIS & BOCKIUS LLP**
    850 Third Avenue                           One Market, Spear Street Tower
8   New York, NY 10022                         San Francisco, CA 94105-1596
    Telephone: (212) 687-1980                  Telephone: (415) 442-1000
9
10  *Co-Lead Counsel for the Class in In re Google*   *Counsel for Defendants Google LLC et al.*
    *Play Consumer Antitrust Litigation*
11
12  Brendan P. Glackin (SBN 199643)
    bglackin@agutah.gov
13  Lauren Weinstein
    lweinstein@agutah.gov
14  **OFFICE OF THE UTAH ATTORNEY
    GENERAL**
15  160 E 300 S, 5th Floor
    PO Box 140872
16  Salt Lake City, UT 84114-0872
17  Telephone: (801) 366-0260
18  *Counsel for the Plaintiff States*
19
20  Douglas J. Dixon (SBN 275389)
    ddixon@hueston.com
21  **HUESTON HENNIGAN LLP**
    620 Newport Center Drive, Suite 1300
22  Newport Beach, CA 92660
    Telephone: (949) 229-8640
23
24  *Counsel for Plaintiffs Match Group, LLC, et al.*
25
26  [Additional counsel appear on signature page]
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br><br>**JOINT NOTICE OF RESOLUTION OF APPLICATION FOR FEES AND COSTS IN BRINGING RULE 37 MOTION**<br><br><br>Judge:  Hon. James Donato |

Pursuant to the Court's March 28, 2023 Findings of Fact and Conclusion of Law (MDL Dkt. No. 469), Google, Consumer Plaintiffs, States, and Match Plaintiffs report that they have reached agreement on the fees and costs to be paid by Google and that there are no disputes requiring resolution by the Court.

Dated:  May 12, 2023                    BARTLIT BECK LLP
                                             Karma M. Giulianelli

                                        KAPLAN FOX & KILSHEIMER LLP
                                             Hae Sung Nam

                                        Respectfully submitted,

                                        By: */s/ Karma M. Giulianelli*
                                             Karma M. Giulianelli

                                        *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

1

Dated:  May 12, 2023

PRITZKER LEVINE LLP
Elizabeth C. Pritzker

2

3

Respectfully submitted,

4

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

5

6

*Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

7

8

Dated:  May 12, 2023

OFFICE OF THE UTAH ATTORNEY GENERAL
Brendan P. Glackin
Lauren M. Weinstein

9

10

11

Respectfully submitted,

12

By: */s/ Lauren M. Weinstein*
Lauren M. Weinstein

13

*Counsel for the Plaintiff States*

14

15

Dated:  May 12, 2023

HUESTON HENNIGAN LLP
Douglas J. Dixon
Christine Woodin
Joseph A. Reiter

16

17

18

Respectfully submitted,

19

By: */s/ Douglas J. Dixon*
Douglas J. Dixon

20

21

*Counsel for Plaintiffs Match Group, LLC et al.*

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  May 12, 2023                    MORGAN, LEWIS & BOCKIUS LLP
                                                     Brian C. Rocca
                                                     Sujal J. Shah
                                                     Michelle Park Chiu
                                                     Minna L. Naranjo
                                                     Rishi P. Satia

                                                     Respectfully submitted,

                                                     By: */s/ Brian C. Rocca*
                                                     Brian C. Rocca

                                                     *Counsel for Defendants Google LLC et al.*


Dated:  May 12, 2023                    MUNGER, TOLLES & OLSON LLP
                                                     Glenn D. Pomerantz
                                                     Kyle W. Mach
                                                     Kuruvilla Olasa
                                                     Justin P. Raphael
                                                     Emily C. Curran-Huberty
                                                     Jonathan I. Kravis

                                                     Respectfully submitted,

                                                     By: */s/ Glenn D. Pomerantz*
                                                     Glenn D. Pomerantz

                                                     *Counsel for Defendants Google LLC et al.*

1

## **E-FILING ATTESTATION**

2

    I, Jessica V. Sutton, am the ECF User whose ID and password are being used to file this

3

document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories

4

identified above has concurred in this filing.

5

6

                                    */s/ Jessica V. Sutton*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28