# EXHIBIT J

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

IN RE:  GOOGLE PLAY STORE ANTITRUST LITIGATION
Case No. 3:21-md-02981-JD

THIS DOCUMENT RELATES TO:
Epic Games Inc. v. Google LLC, et al.
Case No. 3:20-cv-05671-JD

In Re: Google Play Consumer Antitrust Litigation
Case No. 3:20-cv-05761-JD

State of Utah, et al. v. Google LLC, et al.
Case No. 3:21-cv-05227-JD

Match Group LLC, et al., v. Google LLC, et al.
Case No. 3:22-cv-02746-JD

_____

** CONFIDENTIAL **

DEPOSITION OF MARC S. RYSMAN, PhD, called as a witness by and on behalf of Google LLC, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91, MA-CSR #123193, and Notary Public, within and for the Commonwealth of Massachusetts, at 100 Cambridge Street, Boston, Massachusetts, on Friday, March 10, 2023, commencing at 9:07 a.m.

```
 1   APPEARANCES:
 2                    MOLO LAMKEN LLP
 3                    BY:  Lauren Weinstein, Esq.
 4                    600 New Hampshire Avenue, NW
 5                    Washington, DC  20037
 6                    202 556-2018
 7                    Lweinstein@mololamken.com
 8                           -and-
 9                    LIEF CABRASER HEIMANN & BERNSTEIN
10                    BY:  Brendan P. Glackin, Esq.
11                    275 Battery Street
12                    San Francisco, CA  94111
13                    415 956-1000
14                    Bglackin@lchb.com
15                           -and-
16                    BENEDICT LAW GROUP PLLC
17                    BY:  Brendan Benedict, Esq.
18                    (Via Telephone)
19                    Michael Altelorando, Esq.
20                    42 W. 38th Street, Suite 1002
21                    New York, NY  10018
22                    212 287-9501
23                    Brendan@benedictlawgroup.com
24                    Maltebrando@benedictlawgroup.com
25                    For the States
```

CONFIDENTIAL

Page 3

```
 1   APPEARANCES:   (CONT'D)
 2
 3                  BARTLIT BECK LLP
 4                  BY:  Karma M. Giulianelli, Esq.
 5                  1801 Wewatta Street, Suite 1200
 6                  Denver, CO  80202
 7                  303 592-3100
 8                  Karma.giulianelli@bartlitbeck.com
 9                       -and-
10                  (Via Telephone)
11                  KAPLAN FOX & KILSHEIMER LLP
12                  BY:  Hae Sung Nam, Esq.
13                  850 Third Avenue, 14th Floor
14                  New York, NY  10022
15                  Hnam@kaplanfox.com
16                  For the consumers
17
18                  HUESTON HENNIGAN LLP
19                  BY:  Tate Harshbarger
20                  523 West 6th Street, Suite 400
21                  Los Angeles, CA  90014
22                  213 788-4752
23                  Tharshbarger@hueston.com
24                  For Match Group
25
```

```
 1   APPEARANCES:    (CONT'D)
 2
 3                   CRAVATH SWAINE & MOORE LLP
 4                   BY:  Eric Zepp, Esq.
 5                   Worldwide Plaza
 6                   825 Eighth Avenue
 7                   New York, NY  10019
 8                   212 474-1829
 9                   Ezepp@cravath.com
10                   For Epic Games
11
12
13                   (Via Telephone)
14                   STATE OF TENNESSEE
15                   OFFICE OF THE ATTORNEY GENERAL
16                   BY:  Ethan Bowers, Esq.
17                   301 6th Avenue N
18                   Nashville, TN  37243
19                   615 741-3491
20                   Ethan.bowers@ag.tn.gov
21                   For the State of Tennessee
22
23
24
25
```

```
 1   APPEARANCES:   (CONT'D)
 2
 3                  (Via Telephone)
 4                  NEW YORK STATE OFFICE OF THE
 5                  ATTORNEY GENERAL
 6                  BY:  Bryan L. Bloom, Esq.
 7                  Timothy O'Neill, Esq.
 8                  The Capitol
 9                  Albany, NY  12224-0341
10                  Bryan.bloom@ag.ny.gov
11                  Timothyoneill@ag.ny.gov
12                  For New York State
13
14
15                  (Via Telephone)
16                  STATE OF UTAH
17                  OFFICE OF THE ATTORNEY GENERAL
18                  BY:  Bahader S. Khan, Esq.
19                  350 N. State Street, Suite 230
20                  Salt Lake City, UT  84114
21                  801 366-0260
22                  Bahader.khan@ag.ut.gov
23                  For the State of Utah
24
25
```

CONFIDENTIAL

Page 6

1  APPEARANCES: (CONT'D)
2
3                  MUNGER TOLLES & OLSON LLP
4                  BY:  Justin P. Raphael, Esq.
5                  350 S. Grand Avenue, 50th Floor
6                  Los Angeles, CA  90071
7                  415 512-4085
8                  Justin.raphael@mto.com
9                  For Google LLC
10
11
12  ALSO PRESENT:
13
14                  (Via Telephone)
15                  Jeanette Teckman, Esq.
16                  in-house counsel, Match Group
17
18                  Shawn Budd, Video Operator
19
20
21
22
23
24
25

CONFIDENTIAL

Page 7

1           I N D E X
2
3  TESTIMONY OF:                                        PAGE
4
5  MARC S. RYSMAN, PhD
6  (By Mr. Raphael)                                        9
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 8

1              **E X H I B I T S**
2     **EXHIBIT**          **DESCRIPTION**                       **PAGE**
3
4     Exhibit 1057     Expert Report of Marc              9
5                      Rysman, October 3, 2022
6     Exhibit 1058     Expert Rebuttal Report of          9
7                      Dr. Marc Rysman, December
8                      23, 2022
9     Exhibit 1059     Merits Report of Hal J.           70
10                     Singer, PhD
11    Exhibit 1060     Game Change:  The Future of      189
12                     Video Games
13    Exhibit 1061     spreadsheet, AMZ-GP_00002471     358
14
15
16
17
18
19
20
21
22
23
24
25

Page 84

1  the value of that additional happiness; right?
2           MS. WEINSTEIN:  Objection to form.
3      A.   Well, I don't say that.  If a -- I'd have
4  to think about what I would want to do, if I wanted
5  to calculate for a given individual what their
6  value of variety would be.
7      Q.   Right.  So -- but -- but sitting here
8  today, you're not saying that the model you've
9  actually put in your report could be used to
10 reliably calculate the additional happiness any
11 consumer would experience from additional app
12 variety?
13          MS. WEINSTEIN:  Objection to form.
14     A.   Well, just thinking about it now, you
15 know, I -- you could apply the -- I developed these
16 multipliers of spending that consumers would obtain
17 either from a price effect or a variety effect
18 or -- or both.  And you could apply that to an
19 individual as well.
20     Q.   And do you think that would accurately
21 capture the variation among consumers in terms of
22 their different tastes and interests in different
23 apps?
24          MS. WEINSTEIN:  Objection to form.
25     A.   Well, my goal's not to be perfectly

1  accurate in this case.  I make many decisions to be
2  conservative.  And so I think what I would be
3  developing would be a conservative number on --
4  of -- and from my perspective, conservative
5  generates a lower damages number.
6      Q.   Would using your app variety model in this
7  case reliably tell you what the additional
8  happiness that any individual consumer would
9  experience from additional app variety?
10          MS. WEINSTEIN:  Objection to form.
11     A.   I think it would be reasonable -- I could
12 see it being reasonable to use my model for -- at
13 the level of an individual applying it to
14 individual spending.  I've made some conservative
15 assumptions.
16     Q.   Is spending the only variable between
17 consumers that's relevant to the happiness they
18 would get from additional app variety?
19          MS. WEINSTEIN:  Objection to form.
20     A.   Say the question again.
21     Q.   Is the variation between what different
22 consumers spend the only variation between them
23 that is relevant to calculating how much additional
24 happiness each of them would get from additional
25 app variety?