**PUBLIC REDACTED**

# Exhibit 7

ATTORNEYS' EYES ONLY

Page 1

```
1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2                 SAN FRANCISCO DIVISION
3
   IN RE GOOGLE PLAY STORE    :  Case No.
4  ANTITRUST LITIGATION       :  3:21-md-02981-JD
                              :
5                             :
   This Document Relates To:  :
6                             :
   State of Utah et al. v.    :
7  Google LLC et al.          :
   Case No. 3:21-cv-05227-JD  :
8                             :
   Match Group, LLC et al. v. :
9  Google LLC et al.          :
   Case No. 3:22-cv-02746-JD  :
10                            :
   Epic Games Inc. v. Google  :
11 LLC et al.                 :
   Case No. 3:20-cv-05671-JD  :
12                            :
   In Re Google Play          :
13 Consumer Antitrust         :
   LItigation                 :
14 Case No. 3:20-cv-05761-JD  :
15
16           ** ATTORNEYS' EYES ONLY **
17              TUESDAY, APRIL 4, 2023
18
19        Video Recorded and Remote Zoom
   Deposition of HAL J. SINGER, Ph.D., taken
20 pursuant to Notice, at the law offices of
   Munger, Tolles & Olson LLP, 601 Massachusetts
21 Avenue NW, Washington, DC, commencing at
   approximately 9:11 a.m., on the above date,
22 before Rose A. Tamburri, RPR, CM, CCR, CRR,
   USCRA Speed and Accuracy Champion and Notary
23 Public.
24
25
```

ATTORNEYS' EYES ONLY

Page 77

ATTORNEYS' EYES ONLY

Page 78



ATTORNEYS' EYES ONLY

Page 85

1    Logit model is known as the independence of a

2    relevant alternative's property?

3        A.    Yes.

4        Q.    And the independence of a relevant

5    alternative's property says that all products

6    being studied in the Logit model should be

7    substitutes in proportion to their share?

8        A.    I think that's fair.

9        Q.    Okay.

10              Now, if the indepen -- indepen --

11   if the -- well, let's back up.

12              Can we call it the independence of

13   a relevant alternative's property IIA?

14       A.    Sure.

15       Q.    Okay.

16              And if the IIA assumption is not

17   satisfied in the Logit model, then the Logit

18   model can lead to unrealistic forecasts; is

19   that right?

20       A.    I'm not going to say so necessarily.

21   I think that it could produce estimates that

22   are different than the true parameters that

23   you're hoping to estimate, but I think the

24   word that you used was unreliable?  And I

25   felt --

```
 1      Q.    Well --
 2      A.    -- I felt like that was too harsh.
 3      Q.    Well, let me just ask you this:
 4            Does your Logit model satisfy the
 5   IIA property?
 6      A.    I believe it does, yes.
 7      Q.    And if your Logit model does not
 8   satisfy IIA, would that lead you to have any
 9   concern that its forecasts are unrealistic?
10      A.    Well, it would depend on -- on how
11   badly these assumptions were violated.  So I
12   think that they're not.  I think that the --
13   the groupings here were economically
14   reasonable.  These are not my groupings; these
15   are Google's groupings that are then
16   self-selected by the -- by the apps.
17            And there are tests for IIA, I
18   think Haus -- Hausman and maybe McFadden have
19   developed a test.  It's -- it has its flaws as
20   well.  Those tests are not feasible here
21   because we don't have consumer level data.
22   We're -- we're just seeing the apps shares.
23   So we'd have to drop the entire app out of the
24   dataset, in which case you'd get the same
25   findings, and so you'd always affirm the IIA.
```

```
 1                 Your experts, of course, didn't
 2    show that IIA wasn't satisfied through those
 3    tests either, which I think is confirmation
 4    that we can't do those tests.  But I feel
 5    confident the IIA is reasonably satisfied
 6    here.
 7                 MS. GIULIANELLI:  We can -- you
 8    can continue on, but at some point, let's take
 9    a break.  We're -- I don't want to interrupt
10    your --
11                 MR. RAPHAEL:  I'm happy to take a
12    break now.
13                 THE WITNESS:  Great.
14                 THE VIDEOGRAPHER:  Going off
15    record, the time is 10:37.
16                 (Whereupon, a recess was taken at
17    the above time.)
18                 THE VIDEOGRAPHER:  Going back on
19    the record.  The time is 10:47.
20    BY MR. RAPHAEL:
21        Q.   Dr. Singer, is it your opinion that
22    Google established the categories in the Play
23    Store with the IIA property in mind?
24        A.   That is doubtful.  I think the record
25    evidence tells us that Google established the
```

Page 88

```
 1    categories based largely on how Apple chose
 2    its categories.
 3                   Now, it's possible that just as a
 4    -- a pool player doesn't have physics in the
 5    back of their mind, that they're -- they're
 6    respecting the laws of physics.  I think
 7    that's a famous Bill Friedman quote, that when
 8    Google is assembling its categories, it's
 9    doing it in a way that satisfies the IIA.
10                   But it certainly would be
11    astounding if -- if they had, if some
12    marketing person had the IIA at the top of the
13    mind when they were selecting the categories.
14       Q.    Right.
15                   Because to your knowledge,
16    Google's decision with -- to establish the
17    categories in the Google Play Store was made
18    as a matter of marketing?
19                   MS. GIULIANELLI:  Objection to
20    form.
21                   THE WITNESS:  I think -- I think
22    that as I just stated, the record evidence
23    suggests that Google was -- ████████████████
24    ████████████████████████████████████, and
25    I think that ultimately Google wants to
```

ATTORNEYS' EYES ONLY

Page 89

1   maximize the profits of the -- of the Play

2   Store, and so it wants consumers to be able to

3   find things easily and sensibly and it's --

4   it's profit drivenal; how about that?

5   BY MR. RAPHAEL:

6        Q.   And in trying to maximize the

7   profitability of the Play Store, Google

8   established the categories by reference to the

9   categories in the Apple App Store; is that

10  right?

11       A.   In part, yes.   That Google -- that

12  Apple made presumably intelligent choices,

13  Apple's App Store was doing well and -- and

14  Google figured that ███████████████████

15  ███████████████████████████████████████████

16  ████████████████████████████████████████

17  ████████████████████████████████████

18  ████████████████████████.

19       Q.   Okay.

20            If the IIA assumption is not

21  satisfied, then the Logit model can lead to

22  unrealistic forecasts.

23            Do you agree with that?

24       A.   No, I think -- I think you asked me

25  that earlier, and I think that it depends on

ATTORNEYS' EYES ONLY

Page 90

1    the degree to which it's not satisfied, right?

2              In any econometric model, just

3    even ordinary lease squares, we -- we -- we

4    make all sorts of demands on the nature of the

5    error terms in the model, just as we do here.

6    And there are -- there are errors, there are

7    violations and there are other violations.

8    And so I wouldn't -- I wouldn't condemn it

9    based on -- on some small violation.

10             I think -- I think that if the

11   categories were haphazardly assigned or done

12   without any kind of economic logic such that

13   consumers did not perceive, or at least some

14   consumers did not perceive the elements to be

15   substitutes, that -- that you could get

16   unreliable forecasts.

17      Q.   Okay.

18             So if consumers do not believe

19   that the products being studied in the Logit

20   model are substitutes, you can get unreliable

21   forecasts?

22             MS. GIULIANELLI:  Objection to the

23   form.

24             THE WITNESS:  I think that the

25   better -- the better requirement, or the more

1   formal requirement, is that if -- if this

2   property of substitution that is at the heart

3   of Logit, which is this proportional

4   substitution, that people tend to go places

5   with higher shares, then you could get a less

6   accurate forecast than -- than -- than you

7   would hope.

8              I think that unreliable is -- is

9   fairly strong language, so I'm reluctant to go

10  that far.

11             MR. RAPHAEL:  Okay.

12  BY MR. RAPHAEL:

13      Q.   And what is the standard for when IIA

14  has been violated to such a degree that you

15  think that the -- using the Logit model would

16  lead to forecasts that are inaccurate?

17      A.   So here's some things I -- I would

18  want to look for, is did the categories make

19  economic sense, all right?  Is there -- is

20  there good economic basis to believe that both

21  the developers and the consumers perceived

22  those cat -- categories to define the contours

23  of competition?  And I think we have that

24  here.

25             But the second thing that I'd want

1  trying to predict are, say, the -- the

2  predicted shares within a category and he

3  thinks that those forecasts could be off,

4  that's not the forecast that I'm making.  So

5  it's just the word "forecast" is so general

6  that it's hard for me to -- to say that it has

7  much relevance here.

8      Q.   Do you agree that the Logit model can

9  produce seriously misleading forecasts if IIA

10  fails?

11     A.   Seriously misleading forecasts?

12     Q.   Um-hmm.

13     A.   Well, so here we're trying to predict

14  pass-through rates, and I don't think that our

15  pass-through rate forecast is going to be

16  seriously misleading for some minor infraction

17  of the IIA.  And in particular, you know,

18  what's happening is that on a technical

19  matter, we're -- we're concerned about some

20  unobserved attribute being correlated with the

21  error terms.  But if the groupings are done in

22  an intelligent fashion, all these error terms

23  are going to cancel.  They're going to wash

24  out.

25               And so I feel like -- I feel like

ATTORNEYS' EYES ONLY

Page 96



ATTORNEYS' EYES ONLY

Page 97



1    intent that was at the front of my mind was

2    will the Logit model do a good job or a bad

3    job at explaining substitution patterns within

4    a given category, right?  And implicit in that

5    objective is whether the IIA was satisfied.

6       Q.   Did you cite any published economics

7    article in your reports to establish that it's

8    appropriate to test the IIA assumption using

9    the kind of regression that you did?

10      A.   I don't think I've cited articles in

11   my report that my test was a test of IIA.  I

12   think that I feel confident that IIA was

13   satisfied by virtue of the fact that Google

14   selected the categories, the developers

15   selected in, the model fit well and then

16   finally, I tested the model under other demand

17   specifications.

18            There was quite literally nothing

19   else that I could do and there was nothing

20   that your expert did in rebutting it, zero.

21      Q.   Right.

22      A.   Nothing.  Dr. Leonard did no test of

23   the IIA.

24      Q.   Right.

25            Other than the regression that you

ATTORNEYS' EYES ONLY

Page 103

1    did, there was no way for you to test whether

2    the IIA assumption was met; is that right?

3        A.    No, that's not right.  You're not --

4    you're not hearing what I'm saying.

5                I have confidence that the IIA was

6    satisfied because these are economically

7    sensible categories that were designed by

8    Google, that were selected into by the

9    developers.  And then when we go to do the

10   actual fit, had the results come back

11   differently, had the coefficients been the

12   wrong sign, had they not been significantly

13   significant, had the R-squareds been low, and

14   then had another demand model done a better

15   job at explaining the variation of the

16   substitution patterns in the data, I would

17   have abandoned Logit.

18       Q.    Okay.

19                Other than your regression, was

20   there any test you are aware of that you could

21   have applied to determine whether the IIA

22   assumption was met?

23       A.    Yes, and I now feel like I'm

24   repeating myself.  There is the

25   Hausman-McFadden test.

1      Q.   But you couldn't apply that here,
2   could you?
3      A.   Let me finish.  Let me just finish.
4           Yeah, the Hausman-McFadden test
5   requires you to drop all consumers from the
6   data who selected a particular choice and then
7   re-estimate the model and -- and compare the
8   coefficients, right?
9           Yes, you cannot do that here
10  because we don't have that kind of granularity
11  in the data.
12     Q.   Are you aware of any source in
13  economics that indicates that it is an
14  appropriate and reliable way to test for the
15  IIA assumption to do the kind of regression
16  that you did here?
17     A.   I don't think that that's how you'd
18  find it in a textbook.  I think that the way
19  that an econometrician would counsel you is
20  you have an assumption about how consumers
21  choose within a category; right?  If the model
22  doesn't fit well, then that would tend to
23  indicate that assumption is violated.  But it
24  starts with the -- with the goodness of fit of
25  the model itself.

Page 105

1      Q.    Okay.

2            Are you aware of any source in

3   economics that indicates that it's a reliable

4   way to test for the IIA assumption to do the

5   kind of regression that you did?

6      A.    Let me hear it back.  I'm sorry.

7      Q.    Are you aware of any source in

8   economics that indicates that doing the

9   regression that you did is an appropriate and

10   reliable way to test for whether the IIA

11   assumption is met?

12     A.    I don't know if -- if I can point

13   you, sitting here, to an economic source for

14   that proposition, but what -- what economics

15   counsels is that to determine whether a model

16   is appropriate, you need good economic

17   foundation and you need a goodness of fit in

18   the data.

19            And then finally, what I did is I

20   tried alternative specifications.  I don't

21   think there's anything else that we can do.

22     Q.    Okay.

23            Are you aware of any source in

24   economics that goodness of fit is an

25   appropriate way to test for the IIA

Page 106

1    assumption?

2       A.    No.   The way that the economics will

3    tell you is that goodness of fit will tell you

4    if the Logit is a -- is a -- is the relevant

5    way to describe preferences in substitution

6    patterns here.

7                Now, IIA is lurking in the

8    background of all of that.

9       Q.    Right.

10               But you're not aware of any source

11   in economics that goodness of fit is an

12   appropriate way to test for the IIA assumption

13   directly?

14               MS. GIULIANELLI:   Objection to the

15   form.

16               THE WITNESS:   I think that if you

17   go into the economic literature and you see

18   the vast application of Logit in antitrust,

19   mergers in particular, I think that for an

20   economist or an agency, or an agency's

21   economist to feel good about using Logit, what

22   they care most about is whether the categories

23   were constructed intelligently and with a good

24   grounding in economics and in -- in record

25   evidence.

ATTORNEYS' EYES ONLY

**Page 107**



ATTORNEYS' EYES ONLY

**Page 113**



ATTORNEYS' EYES ONLY

**Page 114**



ATTORNEYS' EYES ONLY



Page 115

ATTORNEYS' EYES ONLY

Page 116



ATTORNEYS' EYES ONLY

**Page 117**



ATTORNEYS' EYES ONLY

**Page 120**



ATTORNEYS' EYES ONLY

Page 121



ATTORNEYS' EYES ONLY

Page 122

| | |
|---|---|
| 1 | would -- that would somehow not move, and it's |
| 2 | something below a half a percent.  It's de |
| 3 | minimus. |
| 4 | Q.   Right.  So let's -- let's look at |
| 5 | that.  That's page 203 of your opening Merits |
| 6 | report. |
| 7 | A.   Okay. |
| 8 | Q.   And this is Table 17. |
| 9 | A.   Yes. |
| 10 | Q.   So you find there that some non-zero |
| 11 | amount of developers would not reduce their |
| 12 | prices if they were committed to having their |
| 13 | prices end in 9; isn't that right? |
| 14 | A.   Correct. |
| 15 | Q.   Do you know how many developers |
| 16 | that -- that amounts to? |
| 17 | A.   Sitting here, I don't, but it's -- |
| 18 | should be easy to figure out the backup. |
| 19 | Q.   Did you run a version of this table |
| 20 | in your reports with the assumption that |
| 21 | developers would want to set prices ending in |
| 22 | 99? |
| 23 | A.   I did not. |
| 24 | Q.   Okay. |
| 25 |         And do you know the percentage of |

ATTORNEYS' EYES ONLY

Page 133



ATTORNEYS' EYES ONLY

Page 134



ATTORNEYS' EYES ONLY



Page 146

ATTORNEYS' EYES ONLY

Page 147

1    you tried to do the derivative in your head.

2                I think that when you look at the

3    traditional models of pass-through, which,

4    remember, are a derivative of the -- if you

5    think of it as a derivative of the Lerner

6    index, it's -- it's looking at how the profit

7    maximizing price changes in response to a

8    change in cost.

9                And then you look at the most

10   common functional forms.  You'll often see

11   that marginal cost drops out of the

12   pass-through equation.

13   BY MR. RAPHAEL:

14       Q.   Well, does it drop out when you're

15   looking at an ad valorem cost?

16       A.   In this case, it drops out of the

17   pass-through equation, yes.

18       Q.   Okay.

19                And can the amount of a

20   developer's marginal cost, other than the

21   service fee, affect the amount of

22   pass-through?

23       A.   Not under the Logit model that I'm

24   using.  It's conceivable it could in others,

25   but in my Logit model -- not -- in the Logit

```
 1              The most -- I mean, the most
 2    obvious one would be processing fees.  But
 3    there are other marginal costs, royalty fees
 4    that they pay, but -- but I haven't estimated
 5    those at the developer level.
 6         Q.   One of the inputs into your
 7    pass-through model is Google's market share in
 8    a world without the challenged conduct.
 9         A.   Not in the pass-through model.  Did
10    you mean to say -- it certainly -- Google's
11    market share is in Rochet-Triole and it's in
12    Landes-Posner.
13         Q.   Yes.  One of your inputs into
14    calculating what Google's but-for service fee
15    would be is Google's market share in the
16    but-for world.
17         A.   Correct.
18         Q.   And you estimated that share to be 60
19    percent; right?
20         A.   I -- I used as an input the
21    60 percent because that's the best that the
22    economic literature in busting up monopolies
23    can -- can give to us.
24              I also, you know, would note --
25    yes, that is -- that is the best estimate that
```

Page 151

1    I could find in the literature.

2        Q.    Okay.

3             And that market share estimate is

4    based on an article that attempted to estimate

5    AT&T's market share in the longest in its

6    telephone market in the 1980s?

7        A.    Yes, with one important caveat that

8    you left out, which was after AT&T's

9    anti-competitive tie was unwound, right?

10             What I -- what I was looking for

11   was the closest analogue in antitrust history

12   in which a dominant firm that had extended its

13   leverage from one market into another was

14   forced to unbundle or break apart the tie.

15   There aren't a lot of such episodes, right, in

16   the history of antitrust for reasons that we

17   could describe -- discuss over coffee, but we,

18   in any event, it's a network industry; it's

19   the monopoly, where the tie gets removed.

20   It's been studied ad nauseam by economists

21   for -- for the price effects that can be

22   attributable.  And so I thought that

23   60 percent was the best estimate.

24             And in any event, it turns out

25   my -- my in-app model for damages is not that

Page 152

1    sensitive to the 60; that is, as you put in

2    different inputs for 60, you go to 70 or if

3    you think that Google share would have fallen

4    to 50, it just turns out that the model is not

5    that sensitive to that input.

6        Q.   Well, do you disagree that if

7    Google's but-for market share is 75 percent,

8    that your damages figure falls by over

9    40 percent?

10       A.   No, it wouldn't.  It would not.

11            So you're saying if all you did --

12   see, what -- what Dr. Leonard, respectfully,

13   did was that he kept changing two parameters

14   at a time.  He kept changing the but-for share

15   and the actual share.  If he held everything

16   constant for Landes-Posner, if you change just

17   the but-for share, say, by 10 percentage

18   points, you get, depending on which direction

19   you go, you get something on the order of a 5

20   percentage point swing in damages.

21            And so what -- what that's telling

22   you is that the input is important, but the

23   results don't vary significantly, or let's

24   just say the results aren't amplified based on

25   the change in this input; that they're, in

ATTORNEYS' EYES ONLY

**Page 153**



ATTORNEYS' EYES ONLY

**Page 154**



Page 163

```
 1    opting in and participating in a loyalty
 2    program, and if the benefits for doing so are
 3    paltry, that could affect how many people take
 4    advantage of the program.
 5         Q.    Right.
 6               There are costs to opting into a
 7    rewards program; right?
 8         A.    Yes.
 9         Q.    Okay.
10               And in the -- in your Play Points
11    damages model, you assume that all Play Store
12    users would have signed up for the Play Points
13    program?
14         A.    No.
15         Q.    You don't?
16         A.    No, not necessarily.  What I'm trying
17    to solve for is the extent of a subsidy that
18    Google would have offered across -- in the
19    aggregate across all users, but I don't think
20    that I'm necessarily assuming that each user
21    avails itself.  It's possible that it would,
22    but my -- my damages model for aggregate
23    damages is looking at the savings to the class
24    if Google were to be more generous in its
25    subsidy program.
```

1      Q.    Your Play Points model measures the
2    damages that consumers would have incurred in
3    the aggregate?
4                MS. GIULIANELLI:  Objection to the
5    form.
6                THE WITNESS:  I think that my
7    model is being offered for an estimate of
8    aggregate damages, among other things; I think
9    it also speaks to injury and impact.  But I --
10   I -- I believe that that -- that -- that
11   parameter that comes out that we're interested
12   in, which is the price on the consumer side of
13   the market, is telling you across all
14   consumers, this is -- this is what -- what --
15   what Google will pay.
16   BY MR. RAPHAEL:
17     Q.    Does your Play Points model tell the
18   jury how much a user who did not sign up for
19   Play Points in the actual world was damaged?
20     A.    You could estimate, for a given
21   member of the class, you could estimate what
22   the reduction in -- in his or her net payments
23   would be relative to what they spent in the
24   actual world.  And you wouldn't abandon that
25   exercise simply because they didn't use Play

ATTORNEYS' EYES ONLY

Page 165

1    Points in the real world.  In the real world,

2    the reason why most people or many people

3    didn't use it is because Google was so skimpy

4    with the offering.

5              In a but-for world in which Google

6    is forced through competition to employ a more

7    generous points model, including making the

8    enrollment easier, they'd -- they'd be forced

9    to.  Under -- in a competitive market, it

10   would be reasonable to assume that -- that

11   most, if not all, consumers in the class

12   would -- would partake and -- and take

13   advantage of that -- of that program.

14        Q.   Are you offering the opinion that all

15   users in the but-for world would have signed

16   up for the Google Play Points program?

17        A.   Economists tend to be reluctant to

18   say all, like do I know with certainty or to a

19   reasonable certainty that every single class

20   member signs up?  I don't know if the model

21   can tell us that.

22              What the model is telling us is

23   what's the -- what is the aggregate or average

24   subsidy that Google offers.  And I think that

25   it is reasonable to infer that if the subsidy

1    gets sufficiently large such that it is a

2    meaningful reward, that most, if not all,

3    consumers will take advantage of it in the

4    but-for world.

5        Q.   Have you estimated what portion of

6    users would have signed up for the Play Points

7    program in the but-for world?

8        A.   I feel like that question is no

9    different from the -- from the last.

10                I have not given an empirical

11   estimate of the proportion.  I think it's very

12   high, it could be close to 100 percent, but

13   there's no requirement that it's a hundred

14   percent for the model to -- to hold.

15       Q.   If I were to come to you with a user

16   chosen at random from the data that you've

17   looked at of people that used the Google Play

18   Store, could your model tell me whether that

19   user would have signed up for the Google Play

20   Points program in the but-for world?

21       A.   I don't think the model tells you

22   whether a user will sign, but what the model

23   can tell you is what the subsidy, what the

24   predicted subsidy would be for that user.  And

25   if the subsidy is as large as these models are

ATTORNEYS' EYES ONLY

                                              Page 167

```
 1    implying, whether it's the Rochet-Triole model
 2    or the Amazon model, these are big numbers;
 3    we're talking about ██████ percent savings.
 4                It seems like a safe inference is
 5    that if a -- if Google wants to credit you
 6    between ██ and ██ percent, I'm going by
 7    memory, of the -- of the price of partaking in
 8    all the fun of its Play Store, that most, if
 9    not all, consumers will avail themselves of
10    that option.
11        Q.   Have you calculated the minimum value
12    of the Play Points subsidy that would be
13    necessary to get any consumer to sign up for
14    Play Points?
15        A.   I haven't calculated it down to the
16    decimal, but my opinion is this; that in the
17    actual world, with a -- with a paltry subsidy
18    of █████████████, you see many people not
19    availing themselves of the option.
20                In a but-for world where the
21    subsidy is in the order of ██████ percent,
22    if we -- if Google matches Amazon, I think a
23    safe inference is that all or almost all
24    consumers will avail themselves of that
25    option.
```

ATTORNEYS' EYES ONLY

Page 168

```
 1      Q.   Well, your Play Points model, though,
 2  is about the percentage of the price that
 3  would be credited back to consumers, not the
 4  percentage of Google's revenue; right?
 5      A.   Oh, no, no, no.  Hold on.  We're on
 6  the same page, I think.  It's the percentage
 7  of the price from the consumer's perspective;
 8  right?
 9      Q.   Right.
10      A.   And so if -- if in a but-for world,
11  Google takes its subsidy from, say, ████
12  ████████  to ███████████, right, that is a
13  material change in the terms of the program,
14  at which point you're looking at all your
15  friends who are getting ███████████ off and you
16  say hey, sign me up, I'll take some of that,
17  too.
18      Q.   Right.
19           Have you calculated the percentage
20  credit on the price that would be necessary
21  for any consumer to find it worth it to
22  overcome the cost of signing up and sign up
23  for the Play Points program?
24      A.   I haven't calculated the percentage,
25  but I will say that in a but-for world where
```

ATTORNEYS' EYES ONLY

Page 169

```
 1   Google is going head-to-head with a -- with a
 2   competitor who is competing on this dimension,
 3   whether it's Amazon or Facebook or Samsung,
 4   that Google would make sure that whatever
 5   enrollment costs there were, they would not be
 6   so prohibitive as to allow that rival to eat
 7   their lunch.
 8        Q.   Have you done any analysis of the
 9   elasticity of demand for the Play Points
10   program?
11        A.   I have done elasticity of demand of
12   consumers with respect to pricing in the App
13   Store.  So to the extent that Play Points or
14   any subsidy changes pricing, you could figure
15   out what the sensitivity would be.
16        Q.   But you haven't tested whether what
17   happens when Google changes its Play Points
18   subsidy and how that affects whether people
19   sign up for the Play Store -- for the Play
20   Points program; you haven't done that?
21        A.   Well, it's a bit of a trick question
22   here, because Google has been at -- at this
23   paltry ▮▮▮▮▮▮▮▮, you know, since the advent
24   at least in the U.S.
25                  Now, there are some experiments
```

Page 170

```
 1    that you might be able to look at.  In Korea
 2    and Japan, I think that Google tried to meet
 3    the limited competition that -- that occurred
 4    there with an increase in the subsidy.  But I
 5    haven't studied -- I haven't studied what the
 6    reaction would be.
 7              I think it's safe to infer that
 8    Google felt, and this is just kind of basic
 9    economics, that Google felt compelled to meet
10    the competition because they feared that if
11    they didn't -- if they weren't competitive on
12    that dimension, they would lose customers.
13        Q.   Your Play Points model also uses the
14    elasticity of demand from an article about
15    AT&T long distance in the 1980s?
16        A.   That's of the rival elasticity,
17    that's right.
18        Q.   Right.
19              And that's drawn from the same
20    article as the article where you got the
21    but-for share for Google; right?
22        A.   Correct.
23        Q.   And you didn't calculate the
24    elasticity of demand in the but-for world
25    yourself?
```

1      A.   Well, this is -- remember what we're

2  talking about is the rival supply elasticity.

3  So Google by the tie doesn't allow any rival

4  to enter and expand, and now you're asking me

5  where's your -- where's your model, Singer,

6  for how PayPal or Stripe, you know, would have

7  responded to an increase in Google's price.

8  They couldn't come in by virtue of the tie.

9              So I don't think that -- that

10  life, by virtue of Google's restrictions and

11  the challenged conduct here, is going to allow

12  us to test for rival supply elasticity

13  particularly in the but-for world.

14      Q.   You didn't present your Amazon Coin

15  damages model at the class certification

16  stage?

17      A.   That's correct.

18      Q.   Why not?

19      A.   I don't think that I had data at

20  that -- at that time to estimate Amazon's

21  subsidy.

22      Q.   And your Amazon Coins damages model

23  is used for calculating aggregate damages?

24              MS. GIULIANELLI:   Objection to the

25  form.

Page 172

1          THE WITNESS:  Correct.  That --
2     that's fair, among other things.  But I think
3     that the primary purpose here, now that we're
4     at the merits, is what the -- what aggregate
5     damages are.
6     BY MR. RAPHAEL:
7          Q.    And if I -- again, if I took a user
8     at random from the -- from the data on the
9     users of the Google Play Store, could your
10    Amazon Coins model tell me whether -- how much
11    in subsidy that consumer would have received?
12         A.    Yes.
13         Q.    And could it tell -- and -- and is
14    your idea that the subsidies in your Amazon
15    Coins model would have been part of a program
16    that all users would have signed up for?
17         A.    I think that once you get into the
18    ███████████  range, I think that it would be
19    irrational and illogical for a consumer to
20    pass up that savings.  They would figure out a
21    way to get enrolled.
22         Q.    Okay.
23              But you -- again, you haven't
24    studied, with respect to your Amazon Coins
25    model, the percentage of savings that would be

Page 180

1    models and I think they're both reasonable.

2        Q.    So you can't say whether it's more

3    reliable for the -- to estimate damages at the

4    ████████████████████  that you have for the

5    Amazon Coins model or the ██████████████████

6    that you have for the Play Points model?

7        A.    No.  And you keep -- you keep going

8    back to the difference in the magnitude.

9    That's just because we have such a large base

10   of spending.

11             What we're really trying to figure

12   out is as we toggle between the ████████████  of

13   the Play Points and ████████████, which is about

14   ████████████████████, should we -- should we

15   credit Google with an incumbency advantage or

16   should we not.

17             I think there are legitimate

18   arguments that would suggest that if entry by

19   a rival were to occur early enough in the

20   place for experience, then it would be -- it

21   would be too charitable to Google to credit it

22   with an incumbency advantage, right?  If

23   Google were facing a rival right out of the

24   gate, right, what's the source of its -- of

25   its incumbency advantage?

Page 181

1          Q.    Have you formed an opinion as to

2    which of the numerous different damages models

3    that you have is the most reliable one for the

4    jury in this case?

5          A.    I think it's -- it's hard to compare

6    models that are meant to do different things,

7    right?  We've got some models that are meant

8    to -- to come up with but-for take rates and

9    pass-through in the -- in the primary market.

10   We've got a different model that's meant to

11   predict the but-for take rate in the

12   aftermarket.

13               I don't know how one would say

14   that one is better than the other.  I feel

15   like these are the best that economics has to

16   offer for each of the -- each of the problems

17   that I've been given.

18         Q.    Did you consider using any other App

19   Store as a benchmark for your subsidy model

20   rather than the Amazon App Store?

21         A.    It's -- it's certainly possible I

22   considered.  One -- one problem that I had,

23   for example, with the ONE Store is that the

24   ONE Store is competing along both dimensions.

25   I think they took their take rate down and

1    they did a more generous subsidy program.   And

2    remember, in this -- when we go down this

3    branch of the tree, we're thinking about

4    competition that only occurs on one dimension;

5    namely, take rate.

6              And the second thing that -- that

7    worried me about ONE Store is that it's --

8    it's specific to Korea and Amazon was -- was

9    global.   And so I felt that -- that we just

10   didn't have as good of a benchmark as Amazon

11   for -- for that parameter.

12       Q.   Okay.

13       A.   Oh, there's one more reason, too, is

14   that I don't think we have the magnitude of

15   ONE Store's subsidy.   We have the dollar

16   amount, I found press articles that said it's

17   X hundreds of millions of dollars, but I --

18   I -- I wasn't able to -- to generate a -- a

19   subsidy in terms of percent of spend for ONE

20   Store.

21       Q.   Okay.

22              MS. GIULIANELLI:   Pretty soon we

23   can take a break for lunch.

24              MR. RAPHAEL:   Sure.

25   BY MR. RAPHAEL:

1          Q.    Did you -- did you analyze whether

2     any of the benchmark App Stores in Table 7

3     offer subsidies and whether you could use

4     those as benchmarks?

5          A.    I did not.

6          Q.    Okay.

7                Just a couple more questions and

8     we can take a break for lunch.

9          A.    Okay.

10         Q.    Now, users sign up for Play Points

11    and then they earn points when they make

12    purchases; right?

13         A.    Correct.

14         Q.    And Amazon Coins have to be purchased

15    separately?

16         A.    Correct.

17         Q.    Did you consider whether that

18    difference could affect whether the Amazon

19    Coins program is a proper benchmark?

20         A.    I certainly considered it, and I just

21    want to make clear that in my -- in my but-for

22    world under this model, I am not positing that

23    Google mimics Amazon's program verbatim,

24    right.  I recognize there are differences in

25    the program.

ATTORNEYS' EYES ONLY

Page 187

1      A.    Close.   It's just -- yeah, the share

2    of that developer within its category, that's

3    right, its market share.

4      Q.    Right.

5            And so what the regression is

6    looking at is if the developer changes its

7    price, does that reduce its share of the app

8    category; right?

9      A.    Right.   Implying that -- that there

10   would be substitution away from that app

11   towards what consumers perceive to be

12   substitutes.

13     Q.    Right.

14           And does the regression that you

15   ran that looks at the change in price and its

16   effect on the developer's share of its

17   category tell you anything about where the

18   substitution, as you put it, comes from?

19     A.    Where it comes from is, of course,

20   the app who is raising the price.  Did you

21   mean to say where it's going?  I don't --

22   where it's coming from --

23     Q.    Ah, thank you for that.

24     A.    Okay.

25     Q.    I'll ask a better question.

Page 188

1      A.    Okay.

2      Q.    So your regression that you ran in

3  connection with your Logit model, does it tell

4  you where, when a developer raises its price,

5  where consumers will substitute to within the

6  category?

7      A.    This -- this particular model, or at

8  least for this purpose of a model, or this

9  stage of the model, it is simply telling you

10  that the developer loses share.  But once you

11  know that the model fits and is the best

12  demand system for the data, you can infer that

13  users are moving around the category in

14  proportion to the market share of the -- of

15  the other goods.

16      Q.    Okay.

17            But the regression is one of the

18  things you used to determine the fit of the

19  model; right?

20      A.    Correct.

21      Q.    Okay.

22            And the regression, itself, does

23  not tell you when a developer raises its price

24  or lowers its price, I guess, to which apps do

25  the other -- do the consumers substitute;

Page 189

1    right?  It doesn't tell you that?

2        A.    Correct.

3        Q.    Do you agree that the relevant

4    product market should include all competitive

5    constraints?

6        A.    No.

7        Q.    Is product quality --

8        A.    Can I -- also, can I just say why?  I

9    mean I --

10       Q.    Sure.

11       A.    Just to be clear, you don't need to

12   include all competitive constraints because

13   there could be some very weak constraints that

14   don't prevent the exercise of market power.

15            So if the guidelines are telling

16   you to include only those that are necessary

17   in order to effectuate a price increase over

18   competitive levels, so that was the only part

19   I was pushing back on.

20            It's not all competitive

21   constraints, right?  It's not every one under

22   the sun.  And maybe we could define what you

23   mean by competitive.  But -- but I took it to

24   mean literally any competitive including weak,

25   right?  We don't need weak constraints to be



ATTORNEYS' EYES ONLY

Page 418



ATTORNEYS' EYES ONLY

**Page 419**



ATTORNEYS' EYES ONLY

**Page 420**

