# PUBLIC REDACTED

# Exhibit 9

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4    _____

5    IN RE:  GOOGLE PLAY STORE ANTITRUST LITIGATION
     Case No. 3:21-md-02981-JD

6

7    THIS DOCUMENT RELATES TO:

8    Epic Games Inc. v.  Google LLC, et al.
     Case No.  3:20-cv-05671-JD

9

     In Re:  Google Play Consumer Antitrust Litigation
10   Case No.  3:20-cv-05761-JD

11

     State of Utah, et al. v. Google LLC, et al.
12   Case No.  3:21-cv-05227-JD

13

     Match Group LLC, et al., v. Google LLC, et al.
14   Case No.  3:22-cv-02746-JD

     _____

15

                  ** CONFIDENTIAL **

16

17              DEPOSITION OF MARC S. RYSMAN, PhD,

18   called as a witness by and on behalf of Google LLC,

19   pursuant to the applicable provisions of the

20   Federal Rules of Civil Procedure, before P. Jodi

21   Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91,

22   MA-CSR #123193, and Notary Public, within and for

23   the Commonwealth of Massachusetts, at 100 Cambridge

24   Street, Boston, Massachusetts, on Friday, March 10,

25   2023, commencing at 9:07 a.m.

CONFIDENTIAL

**Page 42**



CONFIDENTIAL

**Page 43**





CONFIDENTIAL

Page 62

1           MS. WEINSTEIN:   Objection to form.

2       A.   So in this paragraph I'm setting up an

3   abstract world where focal point pricing is

4   important and talking about the economics of focal

5   point pricing; and I don't mean that to be a

6   description of what actually happens in -- to apps

7   on the Google Play Store.

8       Q.   Right.  But so as a matter of economics,

9   as you're describe -- you -- let me back up.

10           In this -- in this paragraph you're

11   referring to economic principles; right?

12           MS. WEINSTEIN:   Objection to form.

13           And you can read the full paragraph if

14   you'd like to answer the question.

15       A.   Yes.

16       Q.   Yes.  Okay.  And as a matter of economic

17   principles, then, what you're saying is that, as a

18   result of focal point pricing, some firms would not

19   change price in response to a change in the

20   commission rate?

21           MS. WEINSTEIN:   Objection to form.

22       A.   Yes.  If focal point pricing is important,

23   I would expect that.

24       Q.   Okay.  Do you think that focal point

25   pricing is important in the context of Android

CONFIDENTIAL

Page 63



CONFIDENTIAL

Page 68

1    use a standard logit model without testing whether

2    the products to which the model was applied are

3    substitutes?

4              MS. WEINSTEIN:  Objection to form.

5         A.   I don't know that there needs to be a

6    formal test, but we would read the paper -- by "we"

7    I think of, let's say, the editorial staff -- would

8    read the paper for whether we feel that the model

9    was a good approximation for what was happening in

10   the market.

11        Q.   And what would you want to see or test to

12   determine whether the model was a good

13   approximation for what was happening in the market

14   in the case of a standard logit model?

15             MS. WEINSTEIN:  Objection to form.

16        A.   I have the sense -- I have a sense from my

17   experience as an economist of the general issues

18   that logit model captures or doesn't capture, and I

19   would want to think about whether the products in

20   the market captured that -- that as well.

21        Q.   Would it be sufficient for you to

22   determine that a standard logit model was

23   appropriate that there was a negative correlation

24   between price and demand?

25             MS. WEINSTEIN:  Objection to form.

CONFIDENTIAL

Page 69

```
 1       A.    Not by itself that wouldn't tell me that
 2   the logit model was appropriate.
 3       Q.    Have you ever seen a logit model used to
 4   estimate pass through?
 5             MS. WEINSTEIN:  Objection to form.
 6       A.    Yes.
 7       Q.    Where?
 8       A.    So I'm thinking of general logit-based
 9   models.  So not necessarily the simple logit that
10   you started with.  We just had a paper presented
11   this year by Katja Seim presenting at BU studying
12   pass through, and I edited a pass-through paper at
13   random.  I'd have to think about whether they used
14   logit or not.  I have to remember.
15       Q.    The paper that was presented as BU, what
16   industry was that?
17       A.    I just can't recall.  I'm sorry.
18       Q.    Okay.  Are you familiar with the logit
19   model that Doctor Singer uses in this case?
20             MS. WEINSTEIN:  Objection to form.
21       A.    I am not.
22       Q.    Okay.  So you don't know anything about
23   how Doctor Singer actually calculates the
24   pass-through rate for any app?
25             MS. WEINSTEIN:  Objection to form.
```

CONFIDENTIAL

**Page 70**

