# PUBLIC REDACTED

# Exhibit 14

Page 1

1   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
2   SAN FRANCISCO DIVISION
3   ------------------------------------X
    IN RE GOOGLE PLAY STORE
4   ANTITRUST LITIGATION
5   Case No.  3:21-md-02981-JD
6
    THIS DOCUMENT RELATES TO:
7   Epic Games Inc. v. Google LLC, et al.,
    Case No. 3:20-cv-05671-JD
8
    In Re Google Play Consumer
9   Antitrust Litigation
    Case No. 3:20-cv-05671-JD
10
    In Re Google Play Developer
11  Antitrust Litigation,
    Case No: 3:20-cv-05792-JD
12
    State of Utah, et al., v.
13  Google LLC, et al.,
    Case No: 3:21-cv-05227-JD
14  ------------------------------------X
15
16              VIDEOTAPE DEPOSITION
17                HAL SINGER, PH.D.
18             Thursday, May 12, 2022
19                 9:07 a.m. (EST)
20
21
22
23
24  Reported by:
25  Ryan K. Black, RPR, CLR, Notary Public

1    being reflected in the prices of apps in the

2    transaction data.

3        Q.   Right.  And your opinion is that

4    Google's service fees, to the extent that they

5    are supercompetitive, is equivalent to an

6    increase in the developer's marginal cost.

7        A.   It can be understood that way, yes.

8        Q.   Right.  And in your report, you've

9    modeled the proper economic way to calculate how

10   a profit-maximizing developer would set prices

11   based on marginal costs.

12       A.   I have.  And --

13       Q.   Right.

14       A.   -- and, as you know, it depends on

15   the -- the nature of the demand and the demand

16   specification that you assume, right?  Each

17   demand specification you assume is going to apply

18   at different pass-through rates.

19       Q.   Right.  So could you go to Page 104 of

20   your report, your opening report, please?

21       A.   Sure.

22       Q.   And you'll see this is a continuation of

23   the Paragraph 225 from the previous page.

24            And you've got a formula there that has

25   "P minus C star divided by P equals one divided

Page 106

1    by E sub D."

2            Do you see that?

3        A.    Yes.   That's the classic Lerner markup.

4        Q.    Right.   So that's -- that's the proper

5    economic model for how a profit maximizing

6    developer would set prices based on marginal

7    costs, right?

8        A.    That model describes the markup over

9    marginal cost as the function of the elasticity

10   of demand faced by the developer.

11       Q.    Right.   And -- and this model on Page

12   104 of your opening report, that -- that's --

13       A.    So --

14       Q.    -- the correct economic mod -- economic

15   way to model how the change in marginal costs

16   will affect the price that the developer charges.

17       A.    It's the -- it's the way to think

18   about it at -- at a very, very high level of

19   abstraction.   But, as you know, to actually

20   estimate the pass-through rate here, I have to

21   make an assumption about the demands curve and --

22   and -- and the precise nature of demand that a --

23   the developer faces, right?

24            Once you --

25       Q.    Understood.

1      A.   -- make a -- once you make that
2   decision, you get these pass-through rules,
3   right?  And the pass-through rules -- whether you
4   go linear or logit or -- or constant elasticity
5   -- are going to express pass-through as a
6   function of things that do not include the
7   marginal cost.
8      Q.   Understood.  But this formula on Page
9   104 of your report is the correct economic way to
10   model the relationship between the developer's
11   price and the marginal cost in general?
12      A.   Well, I just want to put that caveat in
13   there.  It's the -- it's the -- definitely the
14   way to think about it and why it's in my
15   preamble, right?
16         But when I go to model the precise
17   amount of pass-through, I have to make an
18   assumption about what kind of demand the
19   developer faces, right?  And that -- that puts
20   me to a -- takes me to a pass-through rule that
21   isn't necessarily going to be denominated in
22   terms of costs.
23      Q.   Understood.  So -- but -- but this mod
24   -- this economic model you've described in Page
25   104 of your report, that's generally accepted in

1  economics.

2      A.    Yes.

3      Q.    Now, if you just look at the cost term

4  there, C star, and the -- the C star in that

5  formula that you have on Page 104 of your report

6  is equal to C divided by one minus T, right?

7      A.    Correct.

8      Q.    And -- and in that -- in that cost term

9  I just described, T is the service fee rate?

10     A.    Correct.

11     Q.    And C is the developer's per-unit

12  marginal cost other than the service fee?

13     A.    Correct.  Processing and the like, yes.

14  Any other --

15     Q.    Okay.

16     A.    Any other types of marginal costs.

17     Q.    Okay.  And so one input into the

18  generally accepted economic model of how the

19  profit-maximizing developer would set pri --

20  prices is the marginal costs other than the

21  service fee.

22     A.    For short-run profit maximization, the

23  answer is, yes, that this model, at this high

24  level of ab -- of abstraction, is a function of

25  the marginal cost.

1    Q.   Right.  And in terms of how the price is

2  a function of mar -- of --of -- of marginal cost,

3  the -- the -- the formula you've got here on Page

4  104, in that formula, the effect of a change in

5  the service fee -- let me -- let me put it

6  differently.

7         The formula you've got on Page 104, the

8  effect on prices will be -- as a result of a

9  change in the service fee will be proportional to

10  the marginal costs other than the service fee.

11    A.   In -- for short-run profit maximization,

12  yes.  For -- for long-run profit maximization,

13  this is not -- this is not the -- the way that

14  you'd get to the effect on price.

15    Q.   Okay.  Now, -- so let me just ask,

16  looking at this cost term here, C -- C star, if C

17  in that formula, which is the marginal cost other

18  than the service fee, if that's zero, then the

19  service fee rate will not have any effect on the

20  ultimate price charged according to this model,

21  correct?

22    A.   Let me just say this:  It -- it's --

23  it's never zero in the real world.  But -- but if

24  you want me to ask -- answer the hypothetical,

25  counterfactually, if we had -- if we had a zero

1    marginal cost, then by this model, and this model
2    alone, then in the short run, prices would not
3    adjust to the take rate.
4            As I explain in my report, there's all
5    sorts of reasons why we would still, even in that
6    extreme and counterfactual assumption, would
7    expect prices to change with the change in the
8    take rate, including from steering, including
9    from having to cover all costs in the long
10   run, --
11       Q.   Okay.
12       A.   -- including from sticky prices.
13       Q.   Okay.  Now, let me just ask again,
14   hypothetically, if that term C, which are the
15   marginal costs other than the service fee rate
16   in your formula on Page 104, if that term is
17   negative, then a reduction in the service fee
18   rate will actually lead to an increase in the
19   price that the developer would charge.
20       A.   I haven't done that one yet, but I
21   think you've got the -- the sign correct.  If you
22   multiply, in that example, 1.43 by a negative
23   cost, I think that there -- there would be a
24   negative relationship in the short run for this
25   equation.

1    they would land on Microsoft's productivity

2    package would be higher than if they were to land

3    on some obscure package within productivity apps.

4    I mean, it's -- it's very intuitive.  It's very

5    natural.

6        Q.   Now, your pass-through formula is based

7    on logit demand.

8        A.   Yes.

9        Q.   And one feature of logit demand is that

10   all goods in the market where demand is being

11   measured are substitutes.

12       A.   I think that's a general -- that is

13   generally the case.  That's fine.

14       Q.   Okay.  Is it your opinion that all apps

15   in each Google Play app category are substitutes?

16       A.   No.  And that's why I invoked this

17   concept of cluster markets.  Like, you could --

18   you could take Microsoft's Excel and Microsoft's

19   Word and ask me if they're substitutes, and I

20   would say at -- at that level, they're not.

21   But -- but when you think about the fact that

22   Microsoft and Google are actually competing with

23   a package of productivity apps, that -- that it

24   would make sense to think of that as something

25   more akin to a cluster market the way that we saw

Page 159

```
1    in the Staples and Office Depot case, that paper
2    clips and a ruler aren't necessarily substitutes;
3    but if the people generally tend to buy those
4    things from the same place, they can belong in
5    the same product market.
6         Q.   So -- but -- but it's not your opinion
7    that all apps in each Google Play app category
8    are substitutes.
9         A.   I just gave an example of Excel and Word
10   as being more -- more of complements, right?  But
11   -- but when you think about the -- the cat -- the
12   productivity suite that Google is offering, that
13   -- that's clearly a substitute to what -- what
14   Microsoft is offering in its productivity suite.
15        Q.   Right.  So some of the apps in each
16   Google Play category could be complements,
17   correct?
18        A.   They could be.
19        Q.   And some could be substitutes.
20        A.   They could be, yes.
21        Q.   Right.  And you haven't put forth a
22   model in your report to determine which apps in
23   each category are complements and which are
24   substitutes?
25        A.   No.  And it's not necessary to get the
```

Page 160

1    implied pass-through rate.

2        Q.   Right.

3            Could you go to Paragraph 78 of your

4    reply report -- well, actually, let me ask you:

5    Are you opining that all apps in each category

6    are part of a cluster market?

7        A.   No.  You -- you saw in my report.  I'm

8    saying that they don't need to necessarily be a

9    market, a relevant market, for antitrust

10   purposes, and I give you a citation for that.

11           I think that if you -- if you really

12   wanted to -- if you forced it into that box,

13   which is unnecessary and unnatural, that you

14   could -- you could get there by -- by

15   understanding the categories functioning

16   more like a cluster market.

17       Q.   Right.  But you're not actually offering

18   the opinion that all of the apps in each category

19   are part of a cluster market.

20       A.   No.  I -- I'm offering the opinion that

21   -- that everything within the category -- that

22   the category definitions from Google define the

23   -- the contours or the arena of competition among

24   apps in that category.

25       Q.   Okay.  And, again, let's go to Paragraph



Page 293





Page 294

Page 297

1    A.   I think the model is.  I think that at ▮

2    ▮▮▮▮▮▮▮▮ the economic intuition -- well, this is

3    the intuition that I'm drawing from the model --

4    is that when the benefit gets so large, that is

5    going to spur participation and usage in the

6    system.

7    Q.   Great.

8         Your -- your testimony here today, sir,

9    is that you have a model in your reports that can

10   tell the Court and the jury in this case which of

11   the members of the putative class would have

12   signed up for play points and who would have used

13   them?

14        MS. GIULIANELLI:  Objection to the form.

15        THE WITNESS:  I didn't say that.  I said

16   that if the but-for subsidy were to rise to ▮

17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21   ▮▮▮▮▮▮▮▮▮▮▮

22   BY MR. RAPHAEL:

23   Q.   Okay.  So I want to -- I want to be

24   clear.  You have -- your testimony is that in the

25   but-for world, every member of the putative class

1  would sign up for the play points program and use

2  their play points?

3          MS. GIULIANELLI:  Objection.

4          THE WITNESS:  I cannot -- this is the

5  first time I've been asked that question.  I'm

6  just hearing it afresh, right?  I cannot fathom

7  why a user would say, no, take back -- I was

8  going to spend ████████████ and I realize

9  you're trying to give me ███ but, no, I don't

10 want the ███ I want to spend the full hundred

11 myself.  It would be crazy -- it would be crazy

12 to -- to do that.

13 BY MR. RAPHAEL:

14 ██ ████████████████████████████████████

15 ████████████████████████████████████

16 ████████████████████████████

17 ██ ████████████████████████████████████

18 ████████████████████████████████████

19 ████████████████████████████████████

20 ████████████████████████████████

21 ████████████████████████████

22     Q.   Right.  And so your testimony is that if

23 Google changed the play points rate that you've

24 put in your report, that every member of the

25 putative class would have signed up for the play

1   points program and used play points?

2            MS. GIULIANELLI:  Objection.

3            THE WITNESS:  I think -- I think it's a

4   fair assumption.  Like, the model certainly is

5   not calling on this, but I think it's a fair

6   assumption that once it goes up to ███████ that

7   -- that everyone who is making purchases would

8   -- would either redeem it or at least enroll so

9   as to be able -- to be capable of taking the

10  subsidy at -- at those terms.

11  BY MR. RAPHAEL:

12     Q.   That's an assumption, though, that

13  you're making.  It's not what the model tells

14  you?

15     A.   Well, the model spits out, just to be

16  clear, what the average subsidy is across all

17  users.

18     Q.   Now, you -- would you agree with me that

19  the counterfactual experiment lies at the heart

20  of antitrust analysis?

21     A.   Sure.  I mean, it's an important thing.

22  It's -- I don't know if it's at the heart, but

23  you need -- you need to have a counterfactual.

24  You need to model the counterfactual.

25     Q.   Could you describe for me the