# EXHIBIT 9

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   ---------------------------------------------------x
 5   IN RE GOOGLE PLAY STORE              Case No.
     ANTITRUST LITIGATION                 3:21-md-02981-JD
 6
     THIS DOCUMENT RELATES TO:
 7
     Epic Games Inc. v. Google LLC,
 8   et al.,
     Case No. 3:20-cv-05671-JD
 9
10   ---------------------------------------------------x
11
12       *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
13
14     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
15                    DOUGLAS BERNHEIM
16                 Thursday, April 6, 2023
17
18
19
20
21
22
23
24   Reported By: Lynne Ledanois, CSR 6811
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 12

1          Thursday, April 6, 2023
2                 9:05 a.m.
3    ------------------------------------------------------------
4          THE VIDEOGRAPHER:  Good morning.  We're
5    going on the record at 9:05 a.m.  And audio and
6    video recording will continue to take place unless
7    all parties agree to go off the record.
8          This is Media Unit 1 of the video-recorded
9    deposition of Douglas Bernheim taken by counsel for
10   the defendant in the matter of In Re Google Play
11   Store Antitrust Litigation filed in the United
12   States District Court for the Northern District of
13   California, San Francisco Division.  Case number is
14   3:21-md-02981-JD.
15         My name is Jeffree Anderson representing
16   Veritext and I'm the videographer.  The court
17   reporter is Lynne Ledanois from the firm Veritext.
18         All parties are recorded on the record and
19   you may swear in the witness.  Thank you.
20
21              DOUGLAS BERNHEIM, Ph.D.,
22      having been duly sworn, testified as follows:
23                    EXAMINATION
24   BY MR. MACH:
25      Q   Good morning, Dr. Bernheim.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 23

1  advance of the deposition starting today, one
2  labeled Exhibit 1117 and one labeled 1118.
3           (Whereupon, Exhibits 1117 and 1118 were
4  marked for identification.)
5  BY MR. MACH:
6       Q    Do you see that, sir?
7       A    I don't.  Hang on a minute.
8            So I'm looking at exclamation,
9  exclamation, marked exhibits.  It's in bold here.
10           Over on the right-hand side, I've got that
11 showing and then it says folder is empty.
12      Q    If you click on the marked exhibits link
13 again where it has the two exclamation points and
14 we'll see if it refreshes.
15      A    It shows that in two different place, but it
16 doesn't refresh regardless of which one I click.
17           MR. MACH:  Let's go off the record,
18 please.
19           THE VIDEOGRAPHER:  Going off the record.
20 The time is 9:22 a.m.
21           (Recess taken.)
22           THE VIDEOGRAPHER:  We're back on the
23 record.  The time is 9:24 a.m.
24 BY MR. MACH:
25      Q    Welcome back, Dr. Bernheim.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

1            Are you seeing now in the marked exhibits
2    folder what's been marked as Exhibit 1117 and
3    Exhibit 1118?
4        A    I am, yes.
5        Q    If you would please click on Exhibit 1117.
6    I should probably refer to it as DX1117.
7            Do you recognize this document as the
8    opening expert report you prepared in connection
9    with this litigation?
10       A    Well, that's certainly the title page.  I
11   don't know whether you want me to flip through it to
12   verify.  But it certainly looks like my opening
13   report.
14       Q    Well, we will naturally be referring to
15   this on a number of occasions today.  If at any time
16   there's anything in this document that appears off
17   to you, I hope you'll let me know.
18           But I will represent to you that we made
19   our best efforts to upload the report as it was
20   served to us with the addition of the exhibit
21   sticker.
22       A    Sure.
23       Q    Would you please turn with me to
24   Exhibit -- Exhibit DX1118?
25       A    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 25

1    Q    And do you recognize this as the reply
2    expert report that you prepared in connection with
3    this case?
4    A    Yes, with the same qualification, it looks
5    like my report.
6    Q    Okay.  And are these the same documents,
7    as far as you can tell, that you have in paper copy
8    with you today?
9    A    They are.
10   Q    Okay.  And just for your own convenience,
11   if you prefer to refer to the paper copy, will you
12   understand those paper copies to be matches with the
13   electronic versions of the documents that we have in
14   front of us today?  I'm just trying to make this as
15   easy as possible for you.
16   A    Yes, I assume based on how these procedures
17   work that it's the same document.  If it turns out
18   that for some reason we have a mismatch, we'll sort it
19   out and I'll look at the document that you have.
20   Q    That makes sense.  Thank you very much,
21   Dr. Bernheim.
22        If you would turn with me, please, to
23   Paragraph 10 of your opening report, which is
24   Exhibit DX1117.
25   A    Hold on one second, it takes a few seconds

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 310

1     I, LYNNE M. LEDANOIS, a Certified
2  Shorthand Reporter of the State of California, do
3  hereby certify:
4     That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that a record of the proceedings was made by me
7  using machine shorthand which was thereafter
8  transcribed under my direction; that the foregoing
9  transcript is a true record of the testimony given.
10     Further, that if the foregoing pertains to
11  the original transcript of a deposition in a Federal
12  Case, before completion of the proceedings, review
13  of the transcript [] was [x] wasn't requested.
14     I further certify I am neither financially
15  interested in the action nor a relative or employee
16  of any attorney or party to this action.
17     IN WITNESS WHEREOF, I have this date
18  subscribed my name.
19  Dated: April 7, 2023

*Lynne Marie Ledanois*

_____
LYNNE MARIE LEDANOIS
CSR No. 6811