1  ROB BONTA
   Attorney General of California
2  PAULA BLIZZARD
   Senior Assistant Attorney General
3  BRIAN WANG
   HENRY CORNILLIE
4  CAROLYN JEFFRIES
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-3487
     E-mail:  brian.wang@doj.ca.gov
7  *Attorneys for Plaintiff*
   *State of California*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Judge:  Hon. James Donato |

1  TO THE CLERK AND ALL PARTIES OF RECORD:  Please take notice that Henry
2  Cornillie withdraws his appearance for the State of California in the above-captioned action.  The
3  State of California will continue to be represented by other counsel of record in this action.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: May 24, 2023

Respectfully submitted,

By: /s/ Henry Cornillie
Henry Cornillie, Deputy Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

*Counsel for Plaintiff State of California*