1  DAVID C. DINIELLI (CA Bar No. 177904)
   Tech Accountability & Competition Project,
2     a division of the MFIA Clinic
   Yale Law School
3  127 Wall Street
   New Haven, CT 06511
4  David.Dinielli@yale.edu
   *Counsel for Economists Supporting Dr. Rysman's*
5     *Variety Model as* Amici Curiae

6

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF ECONOMISTS AS *AMICI CURIAE* IN SUPPORT THE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. MARC RYSMAN** |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| *In re Google Play Store Antitrust Litig.*, Case No. 3:21-md-02981-JD | |
| *In re Google Play Consumer Antitrust Litig.*, Case No. 3:20-cv-05761-JD | Judge: Hon. James Donato |

Before the Court is a motion for leave to appear and file the brief of Economists Supporting Dr. Rysman's "Variety" Model as [Proposed] Amici Curie. Having considered the motion for leave and the accompanying proposed brief, the Court hereby GRANTS the motion, finding that the motion and proposed brief satisfy the relevant provisions of Fed. R. App. P 29, including because amici economists

1   can offer perspectives that could be helpful to the Court that the parties and their experts cannot. The

2   Court further directs that the proposed brief of economists supporting Dr. Rysman's variety model be

3   deemed filed.

4

5   **IT IS SO ORDERED**.

6   DATED: _____          _____

                                                                                    The Honorable James Donato
7                                                                                   United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23