| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980 | Justin P. Raphael, Bar No. 292380<br>justin.raphael@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Fl.<br>San Francisco, California 94105<br>Telephone: (415) 512-4000 |
| *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com |
| Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260 | **MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>*Counsel for Defendants Google LLC et al.* |
| *Counsel for the Plaintiff States* | [Additional counsel appear on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF FILING OF JOINT STATEMENT RE CONCURRENT MERITS EXPERT WITNESS PROCEEDING**<br><br>Judge: Hon. James Donato |

Pursuant to this Court's Order dated May 24, 2023, *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal. 2021) ("MDL") (ECF No. 517), the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit attached as Exhibit 1, the Joint Statement Re: Concurrent Merits Expert Witness Proceeding Regarding the Opinions of Dr. Rysman, and Exhibit 2, the Joint Statement Re: Concurrent Merits Expert Witness Proceeding Regarding the Opinions of Dr. Hal Singer.

Dated:  July 25, 2023

MORGAN, LEWIS & BOCKIUS LLP
    Sujal J. Shah
    Brian C. Rocca
    Michelle Park Chiu
    Minna L. Naranjo
    Rishi P. Satia

Respectfully submitted,

By: */s/ Sujal J. Shah*
    Sujal J. Shah

*Counsel for Defendants Google LLC et al.*

Dated:  July 25, 2023

MUNGER, TOLLES & OLSON LLP
    Glenn D. Pomerantz
    Kyle W. Mach
    Kuruvilla Olasa
    Justin P. Raphael
    Emily C. Curran-Huberty
    Jonathan I. Kravis

Respectfully submitted,

By: */s/ Justin P. Raphael*
    Justin P. Raphael

*Counsel for Defendants Google LLC et al.*

| | | |
|---|---|---|
| 1 | Dated: July 25, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL |
| 2 | | Brendan P. Glackin |
| | | Lauren M. Weinstein |
| 3 | | Brendan Benedict |

Respectfully submitted,

By: /s/ *Brendan P. Glackin*
    Brendan P. Glackin

*Counsel for the Plaintiff States*

Dated: July 25, 2023    BARTLIT BECK LLP
    Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
    Hae Sung Nam

Respectfully submitted,

By: /s/ *Karma M. Giulianelli*
    Karma M. Giulianelli

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

**E-FILING ATTESTATION**

I, Sujal J. Shah, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Sujal J. Shah*
Sujal J. Shah