Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, pro hac vice
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Attorneys for Defendants Google LLC, et al.

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**CERTIFICATE OF SERVICE – NOTICE OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE MOTION FOR LEAVE**<br><br>Judge:  Hon. James Donato |

I, Leigha M. Beckman, declare and state as follows:

1. On July 26, 2023, I caused to be served the Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed Pursuant to Civil Local Rule 79-5(f) via electronic mail on the following:

| Designating Party | Contact Served |
|---|---|
| 1year | august@1year.io<br>jangc.net@gmail.com |
| AllTrails, LLC | android-dev@alltrails.com<br>android-support@alltrails.com<br>ben@alltrails.com |
| Amazon | bmundel@sidley.com<br>mike@walterkipling.com<br>marjorie@walterkipling.com |
| AT&T Services, Inc. | kimberly.leaman@sidley.com<br>cshenk@sidley.com<br>rkeeling@sidley.com |
| Bad Monkee GmbH | tarassov@badmonkee.de<br>info@badmonkee.de |
| Big Fish Games | robot1red@gmail.com<br>googlealerts@bigfishgames.com<br>info@bigfishgames.com<br>Noc@bigfishgames.com<br>corpit@bigfishgames.com |
| By Aliens | aliens@byaliens.games<br>aliens@byaliens.com<br>rene.retz@gmail.com |
| Casual Azur Games | aigamesdubai@gmail.com<br>y@azurgames.com |
| Cheetah Mobile (Photo Editor) | roidapp@gmail.com<br>photogrid@cmcm.com<br>RoidApp@gmail.com<br>photogrid.pm@gmail.com |
| Chucklefish Limited | donna@chucklefish.org |
| ComputerLunch | andrew@gutpela.com<br>andrew@computerlunch.com<br>agarrahan@gmail.com |
| Consumer Plaintiffs | googleappconsumercounsel@bartlitbeck.com<br>appconsumersdiscovery@koreintillery.com |

| Designating Party | Contact Served |
|---|---|
| DevolverDigital | devolverdigital@gmail.com<br>mobile@devolverdigital.com<br>nigellowrie@gmail.com |
| Disney | Matt.Accornero@disney.com |
| Dovi Games | happymob87@gmail.com<br>dcmobgame@gmail.com<br>cathyzhu6@gmail.com |
| Duolingo | google-play-dev@duolingo.com<br>admins@duolingo.com |
| Egghead Games LLC | payment@eggheadgames.com<br>support@eggheadgames.com |
| Epic Games, Inc. | epic-mobileapps@cravath.com |
| Funcell Games Pvt Ltd | funcellgames@gmail.com<br>finance@funcellgames.com<br>abmalpani@icloud.com |
| Gamecafe | gamecafedeveloper@gmail.com |
| GAOQIANQIAN | hccmpvie72020@gmail.com<br>597860793@qq.com |
| Gismart | gismartapps@gmail.com<br>phacit@gmail.com |
| Hello Games Team | hotgamesteam.hw@gmail.com<br>durongjian@hellowd.net |
| Hot Siberians | d.koshelev@hotsiberians.com<br>koshdm08@gmail.com |
| InnoGames GmbH | innogames.android@gmail.com<br>innogames.android@googlemail.com<br>hendrik.klindworth@innogames.com |
| Kwai Games Pte. Ltd. | edwardtu08@gmail.com<br>32296418@qq.com<br>service@warriorgame.mobi<br>609143762@qq.com<br><br>kwaigamesmonetization@gmail.com<br>kwaigamesglobalmonetization@gmail.com |
| Leo GmbH | xxxxxxxxxxxx970@googlemail.com<br>android@leo.org<br>xxxxxxxxxxxx970@gmail.com<br>fabian@leo.org |
| Longames | zhoujunyun@9longame.com |
| Match Group Plaintiffs | matchgoogle@hueston.com |
| MondayOFF | mondayoffgames@gmail.com<br>biz.mondayoff@gmail.com |

| Designating Party | Contact Served |
|---|---|
| Microsoft Corporation | shtrive@microsoft.com |
| The Naughty Cult Ltd. | thesingularitygroup@gmail.com<br>leysen.dries@gmail.com |
| Neon Play | yalpnoen@gmail.com<br>mark@neonplay.com<br>yalPnoeN@gmail.com<br>callum@neonplay.com |
| Netflix | matthew.macdonald@wsgr.com |
| ninja kiwi | ninjakiwiandroid@gmail.com<br>admin@ninjakiwi.com<br>scottpwalker1@gmail.com |
| Nostrovia LLC | contact@nostroviacorp.com |
| OUTLOU:D Games | outloudgames@gmail.com<br>biz@outloud.games<br>z.nuclear0@gmail.com |
| Pandora | PFakler@mayerbrown.com<br><br>pandora-support@pandora.com<br>pandora-dev@pandora.com<br>googleplay-dev@pandora.com |
| Pixodust Games | cleverson@pixodust.com<br>cleverson.msleal@gmail.com |
| PlayCade Interactive | s.ambros@playcade.de |
| Playstack | googleplay@playstack.com<br>support@playstack.com<br>tomek@playstack.com |
| Poke Genie | vvikkiddo@gmail.com<br>ken_jin123@hotmail.com<br>imelpomene@gmail.com |
| Rogue Harbour Game Studio Inc. | sean@rogueharbour.com<br>seanmegaw@gmail.com |
| Soul Box | soulmotiongame@gmail.com |
| Springcomes | lunchtime.latte@gmail.com<br>biz@spcomes.com |
| State Plaintiffs | maltebrando@agutah.gov<br>lweinstein@agutah.gov |
| Supercell | Hannu Patanen<br>hannu.partanen@supercell.com |
| Sweat | nathan@kaylaitsines.com<br>tech@sweat.com<br>Tien@sweat.com |

| Designating Party | Contact Served |
|---|---|
| Tapps Games | flavio.miyamaru@tapps.com.br<br>googleplay@tappsgames.com<br>fmiyamaru@gmail.com |
| Titan Arrow Games | gpg@titanarrowgames.com |
| Tivola Games | hptivola@gmail.com<br>nora@tivola.de |
| Triada Studio Games | triadastudiogames@gmail.com<br>bagrat@triadastudio.com<br>media@triadastudiogames.com |
| Warner Bros. International Enterprises | Lindsey.Turner@warnerbros.com<br><br>marisa.zweben@warnerbros.com |
| Warrior Game | edwardtu08@gmail.com<br>32296418@qq.com<br>609143762@qq.com |
| Yak & Co | yakcohq@gmail.com<br>theherd@yakand.co<br>mark@yakand.co |
| Zynga | Matt Lubniewski<br>Senior Counsel, Head of Commercial<br>mlubniewski@zynga.com |

2.   Each of the third parties listed above was provided with: (1) the Administrative Motion to Consider Whether Another Party's Materials Should be Sealed Pursuant to Civil Local Rule 79-5(f); and (2) an unredacted copy of their respective materials.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 26th day of July 2023 in San Francisco, California.

                                        *s/ Leigha M. Beckman*
                                         Leigha M. Beckman