| | |
|---|---|
| John C. Hueston (SBN 164921)<br>jhueston@hueston.com<br>Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone:     (949) 229-8640<br><br>Joseph A. Reiter (SBN 294976)<br>jreiter@hueston.com<br>Christine Woodin, SBN 295023)<br>cwoodin@hueston.com<br>**HUESTON HENNIGAN LLP**<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone:     (213) 788-4340<br><br>*Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*<br><br>Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260<br><br>*Counsel for the Plaintiff States* | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone.: (212) 687-1980<br><br>*Co-Lead Counsel for Consumer Plaintiffs*<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc.* |

**Caption continued on next page.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al, v. Google LLC, et al,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED UNDER LOCAL RULE 79-5(f)**<br><br>Judge:   Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs respectfully submit this interim administrative motion to consider whether another party's material should be sealed with respect to their Motion to Bifurcate Defendants' Counterclaims Against Epic Games, Inc. ("Epic") and Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, and People Media, Inc. ("Match") ("Motion to Bifurcate") and the Declaration of Karma M. Giulianelli ("Giulianelli Decl.") and exhibits 1–3 thereto. The excerpts and documents at issue are sourced from documents designated by Google as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the applicable protective order (MDL Dkt. 249). A public redacted version of the Motion to Bifurcate and accompanying documents have been filed in accordance with this Court's Local Rules. The documents and portions of documents Plaintiffs seek to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Motion to Bifurcate | Page 4, lines 22-24, between "Epic" and end of sentence |
| Motion to Bifurcate | Page 4, line 24, between "(" and "Tr." |
| Motion to Bifurcate | Page 4, lines 24-25, between "Google" and end of sentence |
| Motion to Bifurcate | Page 5, lines 1-2, between "say it" and end of sentence |
| Motion to Bifurcate | Page 5, lines 2-3, between "But" and end of sentence |
| Motion to Bifurcate | Page 5, lines 4-5, between "Epic" and end of sentence |
| Motion to Bifurcate | Page 5, lines 5-6, between "Epic" and end of sentence |
| Motion to Bifurcate | Page 5, line 6, between ";" and "Tr." |
| Motion to Bifurcate | Page 5, lines 7-8, between "that" and end of sentence |
| Motion to Bifurcate | Page 12, lines 5-7, between "it" and end of sentence |
| Giulianelli Decl. | Page 1, line 11, between "deposition of" and "taken in" |
| Giulianelli Decl. Ex. 1 | Document in its entirety. |
| Giulianelli Decl. Ex. 2 | Document in its entirety. |
| Giulianelli Decl. Ex. 3 | Document in its entirety. |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 27, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL |

DATED: July 27, 2023       OFFICE OF THE UTAH ATTORNEY GENERAL

By: */s/ Brendan P. Glackin*
Brendan P. Glackin
Lauren M. Weinstein
*Attorneys for Plaintiff States*

DATED: July 27, 2023       BARTLIT BECK LLP

By: */s/ Karma M. Giulianelli*
Karma M. Giulianelli
*Co-Lead Counsel for Consumer Plaintiffs*

DATED: July 27, 2023       KAPLAN FOX & KILSHEIMER LLP

By: */s/ Hae Sung Nam*
Hae Sung Nam
*Co-Lead Counsel for Consumer Plaintiffs*

DATED: July 27, 2023       FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Paul J. Riehle*
Paul J. Riehle
*Counsel for Plaintiff Epic Games, Inc.*

| | | |
|---|---|---|
| 1 | DATED: July 27, 2023 | CRAVATH, SWAINE & MOORE LLP |
| 2 | | |
| 3 | | By: */s/ Yonatan Even* |
| 4 | | Yonatan Even (*pro hac vice*) |
| 5 | | *Counsel for Plaintiff Epic Games, Inc.* |
| 6 | | |
| 7 | DATED: July 27, 2023 | HUESTON HENNIGAN LLP |
| 8 | | |
| 9 | | By: */s/ Douglas J. Dixon* |
| 10 | | Douglas J. Dixon |
| 11 | | *Attorney for Plaintiffs Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, and People Media, Inc.* |

- 3 -
PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

**E-FILING ATTESTATION**

I, Jessica V. Sutton, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Jessica V. Sutton*
Jessica V. Sutton