1  REBECCA L. SCIARRINO (State Bar No. 336729)
   Rebecca.Sciarrino@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
3  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
4  Facsimile:    (415) 512-4077

5  Attorneys for Defendants

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF REBECCA L. SCIARRINO** |
| *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah et al. v. Google LLC,* Case No. 3:21-cv-05227-JD | |
| *Match Group, LLC v. Google LLC*, Case No. 3:22-cv-02746-JD | |

PLEASE TAKE NOTICE that attorney Rebecca L. Sciarrino of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court

1 | documents in connection with this action be served upon him at the email address listed above.

DATED: August 2, 2023

MUNGER, TOLLES & OLSON LLP

By:     /s/ *Rebecca L. Sciarrino*
    REBECCA L. SCIARRINO
    MUNGER, TOLLES & OLSON LLP
    560 Mission Street
    Twenty-Seventh Floor
    San Francisco, CA 94105
    Telephone: (415) 512-4000

Attorneys for Defendants