# EXHIBIT 2

# If You Bought a TV, Monitor or Notebook Computer
# That Contained an LCD Flat Panel Screen

## *File a Claim Now to Get Money from Settlements Totaling Almost $1.1 Billion.*

This is the second notice in this case. Settlements have now been reached with AU Optronics, LG Display and Toshiba ("New Settlements"). The Court previously approved Settlements with seven other Defendants.

**Members of the Statewide Damages Classes can file a claim now to get a payment from all Settlements (*see below*).**

### What are the lawsuits about?
The lawsuits claim that the Defendants conspired to fix, raise, maintain or stabilize prices of thin film transistor liquid crystal display ("TFT-LCD" or "LCD") Flat Panels, resulting in overcharges to consumers who bought TVs, monitors or notebook computers containing Flat Panels. The Defendants deny Plaintiffs' allegations or that consumers paid any overcharge. The Court has not decided who is right.

### Who is included in the lawsuits?
This case has recovered money for consumers in 24 states and the District of Columbia and governmental entities in eight states, and nationwide injunctive relief to stop the Defendants' alleged behavior.

<u>Statewide Damages Classes</u>: Generally, include any person or business that indirectly purchased a TFT-LCD Flat Panel, which had been incorporated in a TV, monitor or notebook computer, from any of the Defendants or Quanta Display Inc., from January 1, 1999 to December 31, 2006, for their own use and not for resale, while residing in the 24 states or the District of Columbia. "Indirectly" means that you purchased the product containing the LCD Flat Panel from someone other than the manufacturer of the LCD Flat Panel.

The purchase must have been made in the same state where the person or business resided. Businesses in Rhode Island and Missouri and indirect purchasers who also had direct purchases (previously not included) may now participate in all 10 Settlements.

The 24 states are: AZ, AR, CA, FL, HI, IA, KS, ME, MA, MI, MN, MS, MO, NV, NM, NY, NC, ND, RI, SD, TN, VT, WV and WI. See specific class definitions at www.LCDclass.com.

<u>Nationwide Class</u>: Includes any person or business that indirectly purchased in the United States, a TFT-LCD Flat Panel, which had been incorporated in a TV, monitor or notebook computer, from any of the Defendants or Quanta Display Inc., between January 1, 1999 and February 13, 2012, for their own use and not for resale, and resided in the United States on February 13, 2012.

<u>Attorneys General Actions</u>: The Attorneys General of AR, CA, FL, MI, MO, NY, WV and WI are participating in these Settlements to resolve related claims arising from the same allegations as asserted in the class actions: (1) on behalf of state residents under state law and the doctrine of *parens patriae*, which allows a state to bring a lawsuit on behalf of its citizens, and/or for governmental entities; and (2) for civil penalties.

### What do the Settlements provide?
Three New Settlements totaling $543,500,000 are being presented to the Court for approval. In addition, AU Optronics and LG Display are making payments to resolve claims for civil penalties brought by the Attorneys General. To the extent AU Optronics, LG Display and Toshiba continue to manufacture LCD Flat Panels, they have agreed not to engage in conduct that is at issue in these lawsuits and/or will establish (or maintain) a program to educate their employees about complying with the law. The combined Settlement Fund (totaling $1,082,055,647) will be used to pay individual and business consumers in the 24 states and DC. A portion of the Settlement Fund will be distributed to governmental entities in the eight states with Attorneys General Actions.

Payments will be based on the number of valid claims filed as well as on the number/type of LCD Flat Panel products you purchased. It is expected that a minimum payment of $25 will be made to all Class Members who submit a valid claim. It is possible that any money remaining after claims are paid will be distributed to charities, governmental entities or other beneficiaries approved by the Court. More details are provided in the Settlement Agreements and other documents available at www.LCDclass.com, or by calling the toll-free number below.

The cost to administer the Settlements, attorneys' fees, costs and expenses, and awards to the Class Representatives will come out of the Settlement Fund. Plaintiffs' counsel will request attorneys' fees not to exceed one-third of the Settlement Fund, plus reimbursement of costs and expenses.

### How can I get a payment?
You must submit a Claim Form to get a payment. You can submit a claim online or by mail. The deadline to submit a claim is **December 6, 2012**. Claim Forms are available at the website or by calling 1-855-225-1886.

### What are my rights?
The Court will hold a hearing on **November 29, 2012** to consider whether to approve the New Settlements. If you stay in the Classes, you may object to the New Settlements, plan of distribution, attorneys' fees and costs, and awards to Class Representatives by **October 9, 2012**. You or your own lawyer may appear and speak at the hearing at your own expense.

With the exception noted below, the first notice gave you an opportunity to exclude yourself. If you did not exclude yourself, you have given up your right to sue the Defendants on your own for the claims in this case. Only individuals and businesses that indirectly purchased an LCD Flat Panel: (1) while residing in Arkansas; (2) while residing in Missouri or Rhode Island that was not primarily for household or personal use; or (3) that had a direct purchase in addition to an indirect purchase, have until **October 9, 2012** to exclude themselves from the litigation involving AU Optronics, LG Display and Toshiba. If you reside outside of the 24 states and the District of Columbia you keep any right you may have to sue the Defendants for monetary relief.

---

**For More Information:    1-855-225-1886    www.LCDclass.com**
**Text: "LCDclass" to 41513** (Text messaging rates may apply)