UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD<br><br>*States et al. v. Google LLC et al.*, Case No. 3:21-CV-05227 | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RELATING TO NOTICE OF FILING OF DECLARATION OF DR. GREGORY K. LEONARD**<br><br>Judge:       Hon. James Donato<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal the following materials filed in connection with the Notice of Filing of Declaration of Dr. Gregory K. Leonard In Response To Court's Order Re Dr. Singer's Proposed Expert Testimony until the resolution of any declaration submitted pursuant to Civil Local Rule 79-5(f) and any response thereto:

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 1 | Page 13, Paragraph 19 (between "shares of" and "respectively as of") | Rosetta Stone, Duolingo, and PictureThis |
| Exhibit 1 | Page 13, Paragraph 19 (between "Duolingo (" and "versus") | PictureThis |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 1 | Page 13, Paragraph 19 (between "versus" and ") simply" | Duolingo |
| Exhibit 1 | Page 13, Paragraph 19 (between "Rosetta Stone (versus" and "as predicted by") | PictureThis |
| Exhibit 1 | Page 13, Paragraph 19, Table (all figures under "Category Share" and "Logit Model's Assumption Regarding Percentages of Switching from 'Rosetta Stone' to 'Duolingo' and 'PictureThis – Plaint Identifier'" columns) | Rosetta Stone, Duolingo, and PictureThis |

Pursuant to Civil Local Rule 79-5(f)(3), no later than August 21, 2023, the Designating Parties shall submit declarations in compliance with Rule 79-5 establishing that the exhibits should remain under seal.

**IT IS SO ORDERED.**

DATED: _____

                                        HON. JAMES DONATO
                                        United States District Judge