Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas. R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF SUJAL J. SHAH IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE NOTICE OF FILING OF DECLARATION OF DR. GREGORY K. LEONARD**<br><br>Judge: Hon. James Donato |

1       1.      I, Sujal J. Shah, am an attorney at Morgan, Lewis & Bockius LLP, counsel of
2   record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google
3   Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in
4   this multi-district litigation (MDL).  I am a member in good standing of the State Bar of
5   California and admitted to practice in the state and federal courts of California.  I respectfully
6   submit this declaration in support of Google's Administrative Motion to Consider Whether to
7   Seal Another Party's Materials Relating to Google's Notice of Filing of Declaration of Dr.
8   Gregory K. Leonard In Response to Court's Order Re Dr. Singer's Proposed Expert Testimony
9   and the related materials filed in support of that motion ("Notice of Filing").

10      2.      I submit this declaration pursuant to Civil Local Rule 79-5.  The contents
11  of this declaration are based on my personal knowledge.  If called upon as a witness in
12  this action, I could and would testify competently thereto.

13      3.      The accompanying exhibit to Google' Notice of Filing contains portions that are
14  sourced from materials that (on behalf of non-parties) have been designated as "NON-PARTY
15  HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY", pursuant to the operative
16  Protective Orders entered by the Court, Case No. 3:21-md-02981-JD, ECF Nos. 247, 248, and
17  249. The following table shows the portions of Exhibits that contain information designated as
18  "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 1 | Page 13, Paragraph 19 (between "shares of" and "respectively as of") | Rosetta Stone, Duolingo, and PictureThis |
| Exhibit 1 | Page 13, Paragraph 19 (between "Duolingo (" and "versus") | PictureThis |
| Exhibit 1 | Page 13, Paragraph 19 (between "versus" and ") simply" | Duolingo |
| Exhibit 1 | Page 13, Paragraph 19 (between "Rosetta Stone (versus" and "as predicted by") | PictureThis |

1

DECL. OF SUJAL J. SHAH IN SUPPORT OF ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED RE NOTICE OF FILING OF DECL. OF DR. GREGORY K. LEONARD
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:22-cv-05227-JD

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 1 | Page 13, Paragraph 19, Table (all figures under "Category Share" and "Logit Model's Assumption Regarding Percentages of Switching from 'Rosetta Stone' to 'Duolingo' and 'PictureThis – Plaint Identifier'" columns) | Rosetta Stone, Duolingo, and PictureThis |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of August 2023 in San Francisco, California.

_____*s/ Sujal J. Shah*_____
Sujal J. Shah