1    John C. Hueston (SBN 164921)
     jhueston@hueston.com
2    Douglas J. Dixon (SBN 275389)
     ddixon@hueston.com
3    **HUESTON HENNIGAN LLP**
     620 Newport Center Drive, Suite 1300
4    Newport Beach, CA 92660
     Telephone:     (949) 229-8640
5
     Joseph A. Reiter (SBN 294976)
6    jreiter@hueston.com
     Christine Woodin, SBN 295023)
7    cwoodin@hueston.com
     **HUESTON HENNIGAN LLP**
8    523 West 6th Street, Suite 400
     Los Angeles, CA 90014
9    Telephone:     (213) 788-4340

10   *Counsel for Plaintiffs Match Group, LLC;*
     *Humor Rainbow, Inc.; PlentyofFish Media*
11   *ULC; and People Media, Inc.*

12   Brendan P. Glackin (SBN 199643)
     bglackin@agutah.gov
13   **OFFICE OF THE UTAH ATTORNEY**
     **GENERAL**
14   160 E 300 S, 5th Floor
15   PO Box 140872
     Salt Lake City, UT 84114-0872
16   Telephone: (801) 366-0260

17   *Counsel for the Plaintiff States*
18

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel Consumer Plaintiffs*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH**
**LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

19

20

21

22

23

24

25   **Caption continued on next page.**

26

27

28

1
2
3
4
5
6
7
8
9       **UNITED STATES DISTRICT COURT**
10      **NORTHERN DISTRICT OF CALIFORNIA**
11      **SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| 13  IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
| 14  THIS DOCUMENT RELATES TO: | **DECLARATION OF LEE M. MASON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGAINST EPIC AND MATCH** |
| 15 | |
| 16  *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| 17 | |
| 18  *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge:   Hon. James Donato |
| 19  *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Date:       September 7, 2023 |
| 20 | Time:       10:00 a.m. |
| 21  *Match Group, LLC, et al, v. Google LLC, et al,* Case No. 3:22-cv-02746-JD | Courtroom:  11 |

22
23
24
25
26
27
28

### <u>DECLARATION OF LEE M. MASON</u>

I, Lee M. Mason, declare as follows:

1.      I am an attorney duly admitted to practice in the State of Illinois and before this Court *pro hac vice*. I am an attorney with the law firm of Bartlit Beck LLP, counsel of record for Consumer Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' Reply in Support of Their Motion to Bifurcate Defendants' Counterclaims Against Epic and Match. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a document titled "Google Witness List – First Exchange (revised 2023-08-04)", which Google served by email to Plaintiffs on August 4, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of August 2023, at Chicago, Illinois.

*/s/ Lee M. Mason*
Lee M. Mason

MASON DECLARATION IN SUPPORT OF MOTION TO BIFURCATE COUNTERCLAIMS AGAINST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILING ATTESTATION**

I, Jessica Sutton, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


*/s/ Jessica V. Sutton*
Jessica Sutton

---