Stephen M. Hoeplinger (*pro hac vice*)
Stephen.hoeplinger@ago.mo.gov
**Missouri Attorney General's Office**
815 Olive St., Suite 200
St. Louis, MO 63101
Tel: (314) 340-7849

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge: Hon. James Donato |

**TO THE CLERK AND ALL PARTIES OF RECORD:** Please take notice that Stephen M. Hoeplinger withdraws his appearance on behalf of Plaintiff State of Missouri in the above-captioned case. The State of Missouri will continue to be represented by other counsel of record in this action.

Dated: September 1, 2023                              Respectfully submitted,

                                                      */s/ Stephen M. Hoeplinger*
                                                      Stephen M. Hoeplinger

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2023, a true and correct copy of the foregoing was served on all counsel of record through the Court's CM/ECF system.

                                                      */s/ Stephen M. Hoeplinger*
                                                      Stephen M. Hoeplinger