AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

State of Utah, et al. )
*Plaintiff* )
v. ) Case No. 3:21-cv-05227
Google LLC, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California .

Date: 09/21/2023

/s/Michael Jorgenson
*Attorney's signature*

Michael Jorgenson (California SBN 201145)
*Printed name and bar number*
455 Golden Gate Ave., Suite 11000
San Francisco CA 94102

*Address*

michael.jorgenson@doj.ca.gov
*E-mail address*

(415) 510-3882
*Telephone number*

*FAX number*