| | |
|---|---|
| Paul J. Riehle (SBN 115199) <br> paul.riehle@faegredrinker.com <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> Four Embarcadero Center, 27th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-7500 | Karma M. Giulianelli (SBN 184175) <br> karma.giulianelli@bartlitbeck.com <br> **BARTLIT BECK LLP** <br> 1801 Wewatta St., Suite 1200 <br> Denver, CO 80202 <br> Telephone: (303) 592-3100 |
| Christine A. Varney (*pro hac vice*) <br> cvarney@cravath.com <br> **CRAVATH, SWAINE & MOORE LLP** <br> 825 Eighth Avenue <br> New York, NY 10019 <br> Telephone: (212) 474-1000 | Hae Sung Nam (*pro hac vice*) <br> hnam@kaplanfox.com <br> **KAPLAN FOX & KILSHEIMER LLP** <br> 850 Third Avenue <br> New York, NY 10022 <br> Telephone: (212) 687-1980 |
| | *Co-Lead Counsel Consumer Plaintiffs* |
| *Counsel for Plaintiff Epic Games, Inc.* | John C. Hueston (SBN 164921) <br> jhueston@hueston.com <br> Douglas J. Dixon (SBN 275389) <br> ddixon@hueston.com <br> **HUESTON HENNIGAN LLP** <br> 620 Newport Center Drive, Suite 1300 <br> Newport Beach, CA 92660 <br> Telephone: (949) 229-8640 |
| Brendan P. Glackin (SBN 199643) <br> bglackin@agutah.gov <br> **OFFICE OF THE UTAH ATTORNEY GENERAL** <br> 160 E 300 S, 5th Floor <br> PO Box 140872 <br> Salt Lake City, UT 84114-0872 <br> Telephone: (801) 366-0260 | |
| *Counsel for the Plaintiff States* | Joseph A. Reiter (SBN 294976) <br> jreiter@hueston.com <br> Christine Woodin, SBN 295023) <br> cwoodin@hueston.com <br> **HUESTON HENNIGAN LLP** <br> 523 West 6th Street, Suite 400 <br> Los Angeles, CA 90014 <br> Telephone: (213) 788-4340 |
| | *Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.* |

*Caption continued on next page.*

---

DECLARATION OF LAUREN A. MOSKOWITZ
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF PLAINTIFFS' PROPOSED REMEDY RE GOOGLE'S DESTRUCTION OF CHAT EVIDENCE** |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| | Judge:   Hon. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| *Match Group, LLC, et al, v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | |

I, Lauren A. Moskowitz, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email thread bearing the Bates number starting with GOOG-PLAY-000449614.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY4-004258208.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-003332817.R.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email thread bearing the Bates number starting with GOOG-PLAY-001877016.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-004488106.R.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document bearing the Bates number starting with GOOG-RIOT-0000007.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an email thread bearing the Bates number starting with GOOG-PLAY-000928690.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-004538757.R.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY-003600814.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY-005601967.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-010849896.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-004123102.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000457173.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000500320.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-004146689.R.

18. Attached hereto as **Exhibit 16** is a true and correct copy of an email thread including Brian Rocca and Zachary Jarrett et al titled "Search Term – Agreement."

19. Attached hereto as **Exhibit 17** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-010662562.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000453593.

21. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the deposition transcript of Lawrence Koh, who was deposed in this litigation on December 9, 2021.

22. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the deposition transcript of Michael Marchak, who was deposed in this litigation on January 12, 2022.

23. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the deposition transcript of James Kolotouros, who was deposed in this litigation on February 2, 2022.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000364738.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000500584.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000088223.

27. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the deposition transcript of Christopher Li, who was deposed in this litigation on May 25, 2022.

28. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the deposition transcript of Donald Harrison, who was deposed in this litigation on August 23, 2022.

29. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the deposition transcript of Purnima Kochikar, who was deposed in this litigation on August 31, 2022.

30. Attached hereto as **Exhibit 28** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000484339.

31. Attached hereto as **Exhibit 29** is an excerpt of a true and correct copy of the January 12, 2023 transcript of proceedings from In re Evidentiary Hearing on Chat Preservation.

32. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the deposition transcript of Sundar Pichai, who was deposed in this litigation on February 27, 2023.

33. Attached hereto as **Exhibit 31** is a true and correct copy of an excerpt of the trial transcript from the matter United States et al., vs. Google LLC, No. 1:20-cv-3010 (D.D.C), dated September 15, 2023.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a webpage titled "Listening to Developer Feedback to Improve Google Play," dated September 28, 2020 and available at https://android-developers.googleblog.com/2020/09/listening-to-developer-feedback-to.html#:~:text=Listening%20carefully%20to%20their%20feedback,Policies%20based%20on%20developer%20feedback.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a webpage titled "Boosting developer success on Google Play," dated March 16, 2021 and available at https://android-developers.googleblog.com/2021/03/boosting-dev-success.html.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on September 21, 2023 in Short Hills, New Jersey.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz

**E-FILING ATTESTATION**

I, Bahadur S. Khan, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                 */s/ Bahadur S. Khan*
                 Bahadur S. Khan