

# CERTIFICATE of the CLERK of the SUPREME COURT of the STATE OF MONTANA

I, Bowen Greenwood, Clerk of the Supreme Court of the State of Montana, do hereby certify that ANNA SCHNEIDER residing in Helena, Montana, was on the 3rd *day* of January, 2023 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and seal of the court,

This 26th day of September, 2023.

_____
Clerk of the Supreme Court