UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of Utah, et al.,

　　　　Plaintiff(s),

　　v.

Google LLC, et al.,

　　　　Defendant(s).

Case No. 3:21-cv-05227-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Anna K. Schneider, an active member in good standing of the bar of Montana, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Montana in the above-entitled action. My local co-counsel in this case is Brian Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 284490.

P.O. Box 200151, Helena, MT 59620-0151
MY ADDRESS OF RECORD

(406) 594-9936
MY TELEPHONE # OF RECORD

anna.schneider@mt.gov
MY EMAIL ADDRESS OF RECORD

455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 510-3487
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

brian.wang@doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 13963.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/26/2023

Anna K. Schneider
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anna K. Schneider is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/27/2023

UNITED STATES DISTRICT JUDGE