# Exhibit A11
# Public Redacted Version

# EXHIBIT 14

Case 3:21-cv-05227-JD   Document 462-9   Filed 09/28/23   Page 3 of 235

**E██ G███**, 2021-01-26 08:01:32

<a href="https://www.google.com/url?q=https://www.failbettergames.com/new-social-actions/&amp;sa=D&amp;source=hangouts&amp;ust=1611763292143000&amp;usg=AFQjCNHd6KEQcX4BVOqbe7ol5iYUfGFFqQ">https://www.failbettergames.com/new-social-actions/</a>

**T███ O███**, 2021-01-26 08:56:23

ooh what! &lt; 3

**T███ O███**, 2021-01-26 08:56:36

wait no i misread!

**T███ O███**, 2021-01-26 08:56:56

Over the years, however, we designed increasingly complex social actions. This culminated with activities like chess and sparring, complex, multi-stage activities that tie together several social actions.

**T███ O███**, 2021-01-26 08:57:01

yeah that&#39;s why they&#39;re fun!

**T███ O███**, 2021-01-26 08:57:38

ok letter writing decent replacement!

**T███ O███**, 2021-01-26 08:58:16

although i really do wish there were a quiz or wario-ware style minigame element to these activities

**T███ O███**, 2021-01-26 08:58:33

e.g. speling, grammar, and vocab quiz for letter writing that determines quality of letter!

**T███ O███**, 2021-01-26 08:59:10

rhythm game for everything else!

**T███ O███**, 2021-01-26 08:59:51

at first i was like ooh they&#39;re adding more chess!

**E██ G███**, 2021-01-26 09:00:04

Yeah chess going away forever!

**T███ O███**, 2021-01-26 09:01:22

nooo ok those were all so fun too with the multi-part nature!

**E██ G███**, 2021-01-26 09:02:37

Yeah but just think of all the great letters you can send me!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**T███ O████**, 2021-03-22 09:07:55

yeah into that!

**E██ G███** 2021-01-26 09:07:57

I shared &quot;Screen Shot 2021-01-26 at 9.07.08 AM.png&quot; using the new Google Chat.<br><a href="https://accounts.google.com/AccountChooser?continue=https://chat.google.com/api/get_attachment_url?url_type%3DFIFE_URL%26attachment_reference%3DAF5iMzlob7TMmV9X7RXkePC7c4BqmbKJwVggSPCn5Rt9B5_-LasxZlZUALf5MbKky7hDWpcIpQcB72iWGJ1Ghf8rBfqL2TD1F1mVCosO9gqAnHDs07LV_VQHRWc7P0CWJLfcXMeeiyeoZLWaJP2hk25ZUDfVJgxw3FAirLqRwY3eR3JoFM_ueMGtoQhKsxqJnEdrolh2R3hFdPmjFin1b9hvAS0eDNAVmfcY9vq2HjFFrAnL77Ea-V9KYk55BXQ%253D%26width%3D1599%26height%3D260&amp;hl=en">Click here to view.</a>

**E██ G███**, 2021-01-26 09:08:17

<a href="https://www.google.com/url?q=https://uquiz.com/quiz/VhM6cu/what-sufjan-stevens-album-are-you&amp;sa=D&amp;source=hangouts&amp;ust=1611767297123000&amp;usg=AFQjCNG_WYs1LfwqS3zAzRkj023rDDKf7Q">https://uquiz.com/quiz/VhM6cu/what-sufjan-stevens-album-are-you</a>

**T███ O████**, 2021-01-26 09:10:43

hahahaha omg never get tired of it. are axiom people jealous of the size and color of these signatures? are we going to start seeing personalized animated gifs?

**T███ O████**, 2021-01-26 09:11:17

ooh adrianne lenker r good!

**T███ O████**, 2021-01-26 09:11:53

bruce springsteen in short shorts + emzy&#39;s mom!

**T███ O████**, 2021-01-26 09:12:37

omg this kate meeting

**T███ O████**, 2021-01-26 09:12:43

that exists BECAUSE uk refused to cancel!

**T███ O████**, 2021-01-26 09:13:04

and we have to cram and make up updates last minute every time, then kate kicks it over and UK like nope...no updates

**T███ O████**, 2021-01-26 09:13:07

whyyyyy

**E██ G███**, 2021-01-26 09:14:23

Haha can you kill it?

**E██ G███**, 2021-01-26 09:14:33

Feel like you&#39;ve gone so long with it being crummy that everyone will recognize it now!

**E██ G███**, 2021-01-26 09:14:40

Or at least use it to do quizzes with Kate?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

using to do quizzes w/ you so not all bad! but not before i had to come up with updates after being first person called on! oh it&#39;s super weird dan and kate both so not f just like this impossible f tangle? and then kate has passive aggressive like well i know PCOUNSEL don&#39;t find this useful but...

**T███ O██████** , 2021-01-26 09:17:14

hahaha:

**T███ O██████** , 2021-01-26 09:17:15

the ascension<br>you're fun! you're quirky! you annoy people sometimes, but that's not your fault, you're just a little different. keep doing you girl, and you'll find people who get you.

**E███ G███** , 2021-01-26 09:17:31

Haha it you!

**T███ O██████** , 2021-01-26 09:20:06

what did you get? also bummer they had to get rid of the most fun social activities! glad they have a kickstarter hopefully they can budget more fun stuff then? feel like failbetter esprit is sort of kickstarter vibe but WAY better than even most popular kickstarters, just prob with way less funding?

**E█, G███** , 2021-01-26 09:21:30

michigan<br>you sometimes feel trapped inside your head and trapped inside your hometown, but you're going to break out and spread your love over the whole world. you're not doing great right now, but things are going to get better soon.

**E███ G███** , 2021-01-26 09:21:50

I mean fair, and do like Michigan!

**E███ G███** , 2021-01-26 09:22:25

Although it&#39;s no Back That Azz Up!

**E███ G███** , 2021-01-26 09:22:49

<a href="https://www.google.com/url?q=https://www.buzzfeed.com/proudhufflepuff77/which-weird-city-do-you-belong-in-based-on-your-2gemi668zs&amp;sa=D&amp;source=hangouts&amp;ust=1611768169079000&amp;usg=AFQjCNExmtC3TQN3gnpPZP_FPF9TYzPi2g">https://www.buzzfeed.com/proudhufflepuff77/which-weird-city-do-you-belong-in-based-on-your-2gemi668zs</a>

**T███ O██████** , 2021-01-26 09:23:36

hahahaha you have to ask that guy about it?

**T███ O██████** , 2021-01-26 09:23:41

!

**T███ O██████** , 2021-01-26 09:25:30

oh also pls enjoy what you are able to cringe through of this! it&#39;s the corniest pmiest thing i&#39;ve ever seen!

**T███ O██████** , 2021-01-26 09:25:33

&lt;a href="https://www.youtube.com/watch?v=ui7tLhqWB2Q&amp;feature=youtu.be"&gt;https://www.youtube.com/watch?v=ui7tLhqWB2Q&amp;feature=youtu.be&lt;/a&gt;

**E**███ **G**███, 2021-01-26 09:26:09

&lt;a href="https://www.google.com/url?q=https://www.buzzfeed.com/kayleeh723/i-bet-we-can-guess-how-long-you-have-known-your-be-axrr4530cc&amp;sa=D&amp;source=hangouts&amp;ust=1611768369650000&amp;usg=AFQjCNEowuEU7tB6gvYtV3mDTYGjU91uOQ"&gt;https://www.buzzfeed.com/kayleeh723/i-bet-we-can-guess-how-long-you-have-known-your-be-axrr4530cc&lt;/a&gt;

**T**███ **O**████, 2021-01-26 09:30:04

cauliflower crust &lt; 3!

**T**███ **O**████, 2021-01-26 09:30:46

hahaha omg they have bubbly

**T**███ **O**████, 2021-01-26 09:31:21

hahaha amazing dept. of commerce copy!

**T**███ **O**████, 2021-01-26 09:31:23

Portland, Oregon&lt;br&gt;Head to Oregon&#39;s most populous city known as the &quot;City of Roses.&quot; This green place covered with beautiful evergreen trees is known for its eclectic music scene, specialty coffee, and Voodoo Doughnuts. Keep Portland weird!

**T**███ **O**████, 2021-01-26 09:31:28

chamber of commerce!

**E**███ **G**███, 2021-01-26 09:34:06

Haha yeah it&#39;s v normie vibe!

**T**███ **O**████, 2021-01-26 09:36:48

did you get it??

**E**███ **G**███, 2021-01-26 09:36:56

Yeah ofc!

**T**███ **O**████, 2021-01-26 09:37:35

ok just making sure didn&#39;t get random one like austin!

**T**███ **O**████, 2021-01-26 09:37:45

hahaha would be amazing to not know bff birthday!

**T**███ **O**████, 2021-01-26 09:38:37

ooh not sure i know your fav movie? feel like your fav movie is hating book adaptations! v passionate about!

**T**███ **O**████, 2021-01-26 09:38:54

GOOG-PLAY5-000500323

role model bo for both of us obvs

**T███ O███**, 2021-01-26 09:39:00

as 1gs

**E███ G███**, 2021-01-26 09:40:39

Haha wait I thought I was your role model!

**E███ G███**, 2021-01-26 09:41:19

I shared &quot;Screen Shot 2021-01-26 at 9.39.52 AM.png&quot; using the new Google Chat.<br><a href="https://accounts.google.com/AccountChooser?continue=https://chat.google.com/api/get_attachment_url?url_type%3DFIFE_URL%26attachment_reference%3DAF5iMzkYI2PpBaXTehd8STv1nfeOmt02yB0ygcRhRBb-SnBdf0kgXjVJq6t9Mzubc_71WMAZovHAcI6b5MfGBpRG4JBvVe1GKtgFHekryrCSyRyJGUiFNc2PfakYgeimrfIbMBuwhCM7lazjdB7LB0L4mQWhv4v04mKswGfo85BiRTikur26-B2Vzn0k2YxOKAtiVp-Wt9qfeE24NnZeSBG_3ecRRtmZS64pYvZ5d8xj9gNTkVv16gPp-5fSrTI%253D%26width%3D527%26height%3D179&amp;hl=en">Click here to view.</a>

**E███ G███**, 2021-01-26 09:42:20

Everybody p concerned with how I&#39;m perceiving them in this meeting!

**T███ O███**, 2021-01-26 09:42:25

n you&#39;re my patron!

**T███ O███**, 2021-01-26 09:42:37

You checked 20 out of 26 on this list!<br>OMG – 10 years or more<br>WOAH, BABY! You&#39;ve known your friend for a LONG time. And you&#39;ve both gained so much from each other throughout the years! Congrats, and we wish you all the happiness in the world for your continued friendship!

**T███ O███**, 2021-01-26 09:43:15

not bad! some were borderline so went 50/50 on those! like fav hair style! feel like that&#39;s obvs fluid!

**E███ G███**, 2021-01-26 09:43:30

Haha yeah that&#39;s a weird one!

**E███ G███**, 2021-01-26 09:43:44

Feel like have to consult Austin to truly understand your hairstyle intricacies!

**T███ O███**, 2021-01-26 09:43:59

hahahahaha that&#39;s so good! but wine drinking endorsed by patronizing vp video!

**E███ G███**, 2021-01-26 09:46:22

Yeah going to judge her now for not drinking wine!

**T███ O███**, 2021-01-26 09:47:07

realize have p on point joke answers for most of these too, which feel like bonus bff/hhf! like shoe dog for best book! ayn rand for fav author!

**E███ G███**, 2021-01-26 09:47:48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Oh that&#39;s actually my fav author though!

, `2021-01-26 09:47:58`

And fav philosopher!

, `2021-01-26 09:48:15`

i k you love phil knight!

, `2021-01-26 09:49:00`

I shared &quot;image.png&quot; using the new Google Chat.<br><a
href="https://accounts.google.com/AccountChooser?continue=https://chat.google.com/api/get_attachment_url?url_type%
3DFIFE_URL%26attachment_reference%3DAF5iMzn2bRpjbdj2oV3u0mOYNupUP-
BhnI4jfBu77gfq8r31PGd3H5tA8fyjuAtk1WHDEP21V4Kf31pgtuS-
sSqqUxhEJ54vNzDX_gWHXSwaR3wDIQ680OEd9oAFLA1IEXOpNdAHoSeGQgfD-j68ZUz-
yA3xchaFrsCp8BzQLafzY40TzuV6_40XIFjCGWBpih5TQGvIUwTdCII5RI3wtNNyFsRcoktH0n7NgStLhxeKtqEbIGFn
Ubvkl_uHxEQ%253D%26width%3D800%26height%3D800&amp;hl=en">Click here to view.</a>

, `2021-01-26 09:49:13`

ooh should we change google motto to that? feel like r hard to shake don&#39;t be evil!

, `2021-01-26 09:54:30`

wait what did you get! can fil in any blanks! allergic to sugar!

, `2021-01-26 09:55:46`

OK so p sure you were born in Arizona?

, `2021-01-26 09:55:56`

But was it Scottsdale or Phoenix?

, `2021-01-26 09:56:15`

hahahahahhahaha i&#39;m dying

, `2021-01-26 09:56:22`

ik you&#39;re joking but still dying!

, `2021-01-26 09:56:36`

Haha yeah knew you would 5% face!

, `2021-01-26 09:56:47`

accurate!

, `2021-01-26 09:57:01`

Nothing to be ashamed of, I mean have the exact same background as Bryson!

, `2021-01-26 09:57:41`

hahahaha southwest bros!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**E███ G███**, 2021-01-26 09:59:05

Should lean in hard on that in your LL application!

**T███ O███**, 2021-01-26 10:01:06

oh yeah feel like have r good in! which tbf feel like someone like bryson would def use as sole basis for hiring etc!

**T███ O███**, 2021-01-26 10:01:10

confidently!

**T███ O███**, 2021-01-26 10:01:51

although tbf did famously support your hiring too though, so maybe does have good instincts!

**E███ G███**, 2021-01-26 10:20:10

Haha yeah he does love telling that story!

**T███ O███**, 2021-01-26 10:30:35

milana and bryson your two champions!

**T███ O███**, 2021-01-26 10:30:47

omg bryson definitely going to coinbase right? feel like he&#39;d fit in CRAZY well there!

**E███ G███**, 2021-01-26 10:31:58

No way, he&#39;d never go there! Already tried to make a backalley deal with Milana and was betrayed!

**T███ O███**, 2021-01-26 10:32:27

ik! although do feel like pmy types sometimes like you know what i RESPECT it

**E███ G███**, 2021-01-26 10:33:01

Yeah good point!

**T███ O███**, 2021-01-26 10:37:40

"My work is costume-ical, it's pure fantasy" ~ Yoshiki Hishinuma<br><br>This colorful Spring 2001 dress by Hishinuma is made from heat-transfer printed polyester tulle.

**T███ O███**, 2021-01-26 10:37:47

&lt; 3 costume-ical!

**T███ O███**, 2021-01-26 10:37:58

I shared &quot;image.png&quot; using the new Google Chat.<br><a href="https://accounts.google.com/AccountChooser?continue=https://chat.google.com/api/get_attachment_url?url_type%3DFIFE_URL%26attachment_reference%3DAF5iMzkishYIgzll4TXoW2eitRkn7s1Ttf_CHsifss4UVf_iioUgg5buNBsXwie1yHEAKjjfUVHOTtUcqQ90dO1WYdnH0HgY4OfOW1sq0oQl3mIsC2CPP3M1W70SJMzgIbKcbZtm-EdrQtVfibHjk4Y9f7sqcp--uwSnDJDgApFURBAjEORE21Yxti0qY4JFEio9yKRn3j7s9zw7n_DAxPOPE3wA9CtRBrsO6Nxs2xqOamct9fSedFAymPLwWk%253D%26width%3D533%26height%3D800&amp;hl=en">Click here to view.</a>

**T███ O███**, 2021-01-26 11:02:13

GOOG-PLAY5-000500326

vl today! and dino days! can&#39;t wait to see what smitty has planned!

**E**▮▮ **G**▮▮▮, `2021-01-26 11:30:54`

Ooh time to interview Axiom guy!

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 11:31:40`

zomg!

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 11:32:17`

zomg! even

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 12:00:14`

how does this 90m hiroshi weekly meeting always run to the wire/long! everyone always throws in topic when we have 2m left too!

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 12:00:27`

ooh how did interview go? omw just grabbing lunch coffee!

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 13:00:46`

ooh good hair accessories! and dress! and yes was almost just fully distracted by sparkly hair accessories again!

**E**▮▮ **G**▮▮▮, `2021-01-26 13:02:51`

Yeah was a v coordinated look!

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 13:03:41`

was on point couldn&#39;t totally see dress but pattern and colors looked r nice!

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 13:03:51`

glad you liked jacket too! 😊

**E**▮▮ **G**▮▮▮, `2021-01-26 13:04:11`

Looks so good! Although know I&#39;m biased!

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 13:11:25`

haha yeah it&#39;s great! can pair it with lots of stuff!

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 13:11:44`

ooh how was interview? hired??

**E**▮▮ **G**▮▮▮, `2021-01-26 13:15:43`

Ugh was not great!

**E**▮▮ **G**▮▮▮, `2021-01-26 13:15:52`

And this was the better guy!

**T**▮▮▮ **O**▮▮▮▮, `2021-01-26 13:16:07`

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

omg like a kimberley v winedown situation!

**T**▮▮ **O**▮▮▮▮▮, 2021-01-26 13:19:41

and we know how that turns out! just keep kate way from him!

**E**▮▮ **G**▮▮, 2021-01-26 13:29:14

Haha I mean he seemed nice and not dumb or anything but he was clearly just commercial!

**E**▮▮ **G**▮▮, 2021-01-26 13:29:50

Which r weird, like he had product counsel at AWS on his resume but just did contracts for them?

**E**▮ **G**▮▮, 2021-01-26 13:30:40

And I asked him a hypo and it was r awkward!

**E**▮▮ **G**▮▮, 2021-01-26 13:30:51

He mostly just stared at me with pained expression!

**E**▮▮ **G**▮▮, 2021-01-26 13:31:07

And I tried to encourage him and give him hints but didn&#39;t help!

**T**▮▮▮▮ **O**▮▮▮▮, 2021-01-26 13:34:44

hahaha ok i guess truly product counsel just used for whatever anymore! wait is he actually more in line with what kent thinks product counsel is?

**T**▮▮ **O**▮▮▮, 2021-01-26 13:37:16

also feel like tough to interview like could you even know from interview drew would be so drewy??

**T**▮▮ **O**▮▮▮, 2021-01-26 13:38:58

omg i love that garner formed a consultancy called lexegesis

**T**▮▮ **O**▮▮▮▮, 2021-01-26 13:39:00

<a href="https://www.google.com/url?q=https://twitter.com/BryanAGarner/status/1354162502247047177&amp;sa=D&amp;source=hangouts&amp;ust=1611783540552000&amp;usg=AFQjCNGYsLtyattMCrcEXntdUUMVGOFr_Q">https://twitter.com/BryanAGarner/status/1354162502247047177</a>

**T**▮▮ **O**▮▮▮, 2021-01-26 14:11:21

uggggh...ofc kevin klein has a million annoying questions.

**E**▮▮ **G**▮▮, 2021-01-26 14:30:27

Haha Kevin!

**E**▮▮ **G**▮▮, 2021-01-26 14:31:16

Oh yeah and the thing is I DID have a weird vibe after Drew interview!

**E**▮▮ **G**▮▮, 2021-01-26 14:31:23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

But was like OK I guess don&#39;t r have a choice, so OK?

**E** ██ **G** ██, `2021-01-26 14:31:36`

But now r hesitant to get into same situation with another Axiom person!

**E** ██ **G** ██, `2021-01-26 14:31:56`

But also they don&#39;t seem to have any actual product counsel, so not sure how much better it will get?

**T** ██ **O** ██, `2021-01-26 14:33:08`

oh yeah exactly! just like the abp interviews like both p bad and had strong yellow flags but presented like it&#39;s this or nothing?

**E** ██ **G** ██, `2021-01-26 14:33:30`

Yeah exactly!

**E** ██ **G** ██, `2021-01-26 14:34:12`

So have that other guy tomorrow, but can already tell from his interview he&#39;s all commercial!

**E** ██ **G** ██, `2021-01-26 14:36:27`

From his resume I mean!

**T** ██ **O** ██, `2021-01-26 14:38:28`

oh yeah must be dream for commercial! so easy to find people!

**E** ██ **G** ██, `2021-01-26 14:40:48`

Yeah and they have great email signatures all ready!

**E** ██ **G** ██, `2021-01-26 14:41:02`

Wait did you see this Nia thing??

**E** ██ **G** ██, `2021-01-26 14:41:20`

Halo: Developer Ecosystem<br><br>(1-hour special event)<br><br>Presented by Fergus Hurley and Nia Castelly <br><br><br>App developers seek to create digital products that their users can enjoy and trust. But developers struggle with the cost &amp; complexity of regulatory compliance like CCPA and GDPR. Halo is an Area 120 team developing a new product to empower developers to meet these challenges. Hear from the team building a safer digital ecosystem and simplifying privacy for developers, so they can focus on what they do best—making great digital products.

**T** ██ **O** ██, `2021-01-26 14:42:05`

hahahaha omg

**T** ██ **O** ██, `2021-01-26 14:42:21`

it&#39;s so bad

**T** ██ **O** ██, `2021-01-26 14:42:41`

is this like a tech talk?

**T** ██ **O** ██, `2021-01-26 14:43:05`

GOOG-PLAY5-000500329

**REDACTED - PRIVILEGE**

**E**▮▮ **G**▮▮▮ , 2021-01-26 14:43:26

<div style="border: 1px dashed">REDACTED - PRIVILEGE</div>

**T**▮▮ **O**▮▮▮ , 2021-01-26 14:49:36

<div style="border: 1px dashed">REDACTED - PRIVILEGE</div>

**T**▮▮ **O**▮▮▮ , 2021-01-26 14:49:46

<div style="border: 1px dashed">REDACTED - PRIVILEGE</div>

**E**▮ **G**▮▮ , 2021-01-26 14:57:01

<div style="border: 1px dashed">REDACTED - PRIVILEGE</div>

**E**▮▮ **G**▮▮ , 2021-01-26 14:57:16

<div style="border: 1px dashed">REDACTED - PRIVILEGE</div>

**T**▮▮ **O**▮▮ , 2021-01-26 14:58:07

<div style="border: 1px dashed">REDACTED - PRIVILEGE</div>

**T**▮▮ **O**▮ , 2021-01-26 14:58:49

<div style="border: 1px dashed">REDACTED - PRIVILEGE</div>

**E**▮▮ **G**▮▮ , 2021-01-26 14:59:25

<div style="border: 1px dashed">REDACTED - PRIVILEGE</div>

**E**▮ **G**▮▮ , 2021-01-26 14:59:34

Like feel like if could be easily templated, none of us would have jobs!

**T**▮▮ **O**▮▮▮ , 2021-01-26 15:01:36

oh yeah million p! which is totally the esprit btw! like ugh get rid of these annoying lawyers

**E**▮▮ **G**▮▮ , 2021-01-26 15:02:35

Yeah it&#39;s so jerky engineer esprit!

**E**▮ **G**▮▮ , 2021-01-26 15:03:00

Like ofc need irreplaceable sophisticated engineers to build our code, couldn&#39;t just copy and paste from Stack Exchange!

**E**▮ **G**▮▮ , 2021-01-26 15:03:37

But money spent on legal professionals of same caliber totally wasted, obvs they&#39;re not really doing anything so can just replace with some garbage template!

**E**▮ **G**▮▮ , 2021-01-26 15:03:47

```
<a href="https://www.google.com/url?q=https://www.buzzfeed.com/todefeatthehuns/which-fictional-pink-wearing-woman-are-you-1ucwjkad1f&amp;sa=D&amp;source=hangouts&amp;ust=1611788628134000&amp;usg=AFQjCNHnSuCKPF_OKWhYwf7MxobPhL7IUg">https://www.buzzfeed.com/todefeatthehuns/which-fictional-pink-wearing-woman-are-you-1ucwjkad1f</a>
```

**E█████ G██████**, `2021-01-26 15:05:21`

Ooh Garber LLC meeting on Friday! Let&#39;s get Jonathan to dial in!

**E█ G██████**, `2021-01-26 15:07:10`

Oh also Ads team in freaking out about some Play VP escalation over that new policy so let me know if you want to discuss!

**E█ G██████**, `2021-01-26 15:09:28`

OK this Bryan Garner thing sounds like a combination of Nia&#39;s thing and Bo&#39;s thing!

**E█ G███**, `2021-01-26 15:09:43`

Like some VC scalable law interpretation consultancy?

**T█████ O████████**, `2021-01-26 15:10:33`

hahaha omg! do it during arkham! we&#39;ll all dress up as shadow board!

**T█████ O█████**, `2021-01-26 15:10:35`

anime finance!

**E█ G███**, `2021-01-26 15:10:49`

Yeah you can be my personal representation!

**T█████ O█**, `2021-01-26 15:12:37`

ooh do have a look in mind!

**T█████ O█**, `2021-01-26 15:18:28`

oh yeah i can discuss! what is it!? been so busy on xiaomi and other stuff haven&#39;t been closely involved but happy to help if i can!

**T█████ O█**, `2021-01-26 15:18:57`

xiaomi, answering kevin klein questions i&#39;ve already answered 3+ times over the past year...all the important stuff!

**T█████ O█**, `2021-01-26 15:19:06`

who&#39;s the VP?

**E█ G███**, `2021-01-26 15:19:12`

OK so I haven&#39;t been fully looped in either since properly Mike Z&#39;s business, but obvs he&#39;s not going to reach out to your team since he doesn&#39;t even know what&#39;s happening!

**T█████ O██████**, `2021-01-26 15:19:17`

feel like i can talk sense into most VPs!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**E⬛ G⬛**, 2021-01-26 15:19:36

Feel like it&#39;s a Shie thing mostly?

**E⬛ G⬛**, 2021-01-26 15:20:11

So as far as I can read it (and obviously I only have Ads side of the story!) it&#39;s an issue grown out of that new policy Play wanted Ads to instate a few months ago...

**E⬛ G⬛**, 2021-01-26 15:21:01

Play originally wanted ⬛⬛⬛⬛⬛⬛ but then settled for reasonable intermediate policy basically saying if you&#39;re running ads that take you to download from 3P store, have to disclose!

**E⬛ G⬛**, 2021-01-26 15:21:03

Which p good!

**E⬛ G⬛**, 2021-01-26 15:21:11

And I think the teams agreed on ⬛⬛⬛⬛⬛

**E⬛ G⬛**, 2021-01-26 15:21:25

(since obviously really burdensome to ⬛⬛⬛⬛⬛

**E⬛ G⬛**, 2021-01-26 15:22:03

But now apparently Play escalating because 1) mad at ⬛⬛⬛⬛⬛, and 2) also mad that Google Ads can ⬛⬛ ⬛⬛⬛⬛⬛⬛⬛

**E⬛ G⬛**, 2021-01-26 15:23:42

So ads enforcement folks all spun up in a tizzy like 1) is unreasonable and not what we agreed to, and 2) literally impossible!

**T⬛ O⬛**, 2021-01-26 15:25:07

ugh so weird! shie&#39;s escalating?

**E⬛ G⬛**, 2021-01-26 15:25:19

So all I have is an email thread where they looped me in for fake privilege, but says:

**T⬛ O⬛**, 2021-01-26 15:25:33

suzanne maybe?

**E⬛ G⬛**, 2021-01-26 15:25:36

Given our aggressive set of 2021 OKRs that we just finalized and the extent to which our team is over-stretched and putting our team health at risk, it is unreasonable for the Play team to ask us to drop everything based on only a 30 minute meeting called out of the blue at the VP level. This is especially true considering that we have an existing agreement that Shie LGTM&#39;d for reactive.

**E⬛ G⬛**, 2021-01-26 15:25:42

So seems like there was VP meeting yesterday?

**E⬛ G⬛**, 2021-01-26 15:26:00

And yeah would guess Suzanne but not sure!

**E█ G█**, 2021-01-26 15:26:51

So I think the ads people plan to send some snippy email to the Play people being like is this even a real problem and if so can you give us heads to deal with it, which fair enough!

**T█ O█**, 2021-01-26 15:27:11

omg physical health at issue!

**E█ G█**, 2021-01-26 15:27:15

REDACTED - PRIVILEGE

**E█ G█**, 2021-01-26 15:27:16

REDACTED - PRIVILEGE

**E█ G█**, 2021-01-26 15:27:50

REDACTED - PRIVILEGE

**T█ O█**, 2021-01-26 15:28:26

REDACTED - PRIVILEGE

**T█ O█**, 2021-01-26 15:29:03

energy from this is it&#39;s something suzanne being super type a about trying to run to ground but honestly she does listen to reason seems more like miscommunication

**E█ G█**, 2021-01-26 15:29:09

REDACTED - PRIVILEGE

**T█ O█**, 2021-01-26 15:29:16

funny enough had 1:1 with her i punted today b/c so busy with everything else!

**T█ O█**, 2021-01-26 15:30:27

REDACTED - PRIVILEGE

**E█ G█**, 2021-01-26 15:30:36

REDACTED - PRIVILEGE

**E█ G█**, 2021-01-26 15:30:51

REDACTED - PRIVILEGE

**E█ G█**, 2021-01-26 15:31:32

REDACTED - PRIVILEGE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**T**█ **O**█, 2021-01-26 15:32:52

REDACTED - PRIVILEGE

**T**█ **O**█, 2021-01-26 15:32:03

# REDACTED - PRIVILEGE

**T**█ **O**█, 2021-01-26 15:32:11

## REDACTED - PRIVILEGE

**E**█ **G**█, 2021-01-26 15:32:16

## REDACTED - PRIVILEGE

**T**█ **O**█, 2021-01-26 15:32:20

## REDACTED - PRIVILEGE

**E**█ **G**█, 2021-01-26 15:32:21

# REDACTED - PRIVILEGE

**T**█ **O**█, 2021-01-26 15:32:36

## REDACTED - PRIVILEGE

**T**█ **O**█, 2021-01-26 15:33:01

## REDACTED - PRIVILEGE

**E**█ **G**█, 2021-01-26 15:33:17

# REDACTED - PRIVILEGE

**T**█ **O**█, 2021-01-26 15:33:22

# REDACTED - PRIVILEGE

**T**█ **O**█, 2021-01-26 15:33:29

# REDACTED - PRIVILEGE

**T**█ **O**█, 2021-01-26 15:33:38

(rubs temples, figuratively)

**E**█ **G**█, 2021-01-26 15:33:44

Ooh and literally!

**E**█ **G**█, 2021-01-26 15:33:47

Can picture it!

**T**█ **O**█, 2021-01-26 15:34:46

hahahahahaha v pensive! f puzzle face! although actually f puzzle is more like who is the person pushing so much? anyway you can def tell them talked to me to extent that helps.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## REDACTED - PRIVILEGE

**T███ O██████**, 2021-01-26 15:35:13

## REDACTED - PRIVILEGE

**T███ O██████**, 2021-01-26 15:35:44

yeah lmk ping niko though make sure he didn&#39;t cause any trouble

**E███ G████**, 2021-01-26 15:35:58

Yeah good idea, don&#39;t want to contradict him if he thinks otherwise!

**T███ O██████**, 2021-01-26 15:37:18

k pinged!

**E███ G████**, 2021-01-26 15:37:40

OK and if he disagrees just fire him!

**E███ G████**, 2021-01-26 15:37:41

Iris style!

**T███ O██████**, 2021-01-26 15:38:01

oh yeah will set up nice-seeming meeting later in week!

**T███ O██████**, 2021-01-26 15:40:00

that story&#39;s so crazy!

**E███ G████**, 2021-01-26 15:40:11

Yeah and can hundo p picture it!

**T███ O██████**, 2021-01-26 15:41:27

definite benefit of google, exploited more by some than others--basically impossible to be fired!

**T███ O██████**, 2021-01-26 15:42:06

ooh ngl don&#39;t hate watermelon pink

**T███ O██████**, 2021-01-26 15:43:38

tough to pick one word--went with dazzle!

**T███ O██████**, 2021-01-26 15:44:18

3 am vibes playlist &lt; 3!

**T███ O██████**, 2021-01-26 15:44:22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



&lt; 3 am

**E** **G**, 2021-01-26 15:44:38

Haha that&#39;s your only playlist!

**T** **O**, 2021-01-26 15:44:55

hahahahah accurate!

**T** **O**, 2021-01-26 15:45:05

wait jim p much said exactly this to me today!

**T** **O**, 2021-01-26 15:45:06

You&#39;re Princess Peach!<br>Sweet, cute, and a secret badass, you&#39;re Princess Peach! You may look dainty, but you&#39;re a heck of a fighter, and a brilliant friend.

**E** **G**, 2021-01-26 15:45:53

Ooh it you!

**E** **G**, 2021-01-26 15:46:06

Hope my Mario nail art plate comes soon!

**T** **O**, 2021-01-26 15:47:17

omg want to see want to see!

**T** **O**, 2021-01-26 15:52:11

ok tortured history want to chat w/ me and niko at 4 and puzzle through?

**E** **G**, 2021-01-26 15:52:41

OK sure! Although meta-F problem in that it&#39;s really Mike Z&#39;s issue but p sure he doesn&#39;t care!

**T** **O**, 2021-01-26 15:53:10

hahaha so good!

**T** **O**, 2021-01-26 15:53:25

can tell taking up disproportionate amount of time!

**T** **O**, 2021-01-26 16:03:25

is princess peach even a movie character? into! who did you get?

**E** **G**, 2021-01-26 16:03:28

OK ready to decimate you chumps!

**E** **G**, 2021-01-26 16:03:32

If you and Niko want!

**E** **G**, 2021-01-26 16:03:34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Sideloading forever!

**T███ O███████**, 2021-01-26 16:04:20

&lt;a href="https://www.google.com/url?q=http://goto.google.com/meet/2424&amp;sa=D&amp;source=hangouts&amp;ust=1611792260262000&amp;usg=AFQjCNGZnpCo64rYKw6EnHw-3-d3SJPzXQ"&gt;go/meet/2424&lt;/a&gt;

**E███ G████**, 2021-01-26 16:04:47

Andie from &quot;Pretty in Pink&quot;!&lt;br&gt;Honest, independent, and driven, you&#39;re Andie from &quot;Pretty in Pink&quot;! You love trying out new things, and give great advice.

**T███ O███████**, 2021-01-26 16:29:04

haha niko randomly in airport(????) i mean apposite given mike z element of this since does feel z-y/amir-y!

**E███ G████**, 2021-01-26 16:29:14

Haha yeah where is he even going??

**T███ O███████**, 2021-01-26 16:29:27

i wanted to ask but so awk!

**T███ O███████**, 2021-01-26 16:30:51

he is always in car too!

**T███ O███████**, 2021-01-26 16:30:52

usu!

**T███ O███████**, 2021-01-26 16:33:10

ok i feel like we may have seen this one before but it&#39;s so good so just in case!

**T███ O███████**, 2021-01-26 16:33:17

The rich fabric of this 1957 #Dior cocktail dress looks back to the heavy brocades of the 18thc, a mid #20thcentury silhouette crafted with all the colours of the #LouisXV court, image &lt;br&gt;@EurFashion&lt;br&gt; dress &lt;br&gt;@madparisfr

**T███ O███████**, 2021-01-26 16:33:29

I shared &quot;image.png&quot; using the new Google Chat.&lt;br&gt;&lt;a href="https://accounts.google.com/AccountChooser?continue=https://chat.google.com/api/get_attachment_url?url_type%3DFIFE_URL%26attachment_reference%3DAF5iMzk1CIJTKnfksSegNTB0b7rvPx4LBATP1fDYkTczRpdtmO6cXRoDMCBA8Cwl0lwBUOG6s2iKtmYPy_3lcDWAciClE-6qbP9nHbxVE-pFfwyvNCTXpqlcG8EOTxoyvt6vjbjVn8HiIWMBjnRGUxciqrukNzTaNBSQ5q-d_WcZt5QAwG6RiGN2d56E07JXe8tKTn5kUo8aUPp2FPruDfhSe2K8Tvjb4p7MI_qd59BoWbRnToES_Dmm7NJb7o0%253D%26width%3D997%26height%3D1501&amp;hl=en"&gt;Click here to view.&lt;/a&gt;

**E███ G████**, 2021-01-26 16:34:50

Ooh r pretty!

**E███ G████**, 2021-01-26 16:34:58

Would have a chaise with that fabric too!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**T**███ **O**████, 2021-01-26 16:46:57

yeah it&#39;s perfect for upholstery actually! like curtains would look amazing!

**T**███ **O**████, 2021-01-26 16:47:57

ha!:

**T**███ **O**████, 2021-01-26 16:49:07

I shared &quot;Screen Shot 2021-01-26 at 4.48.54 PM.png&quot; using the new Google Chat.<br><a href="https://accounts.google.com/AccountChooser?continue=https://chat.google.com/api/get_attachment_url?url_type%3DFIFE_URL%26attachment_reference%3DAF5iMzm6urHU5uceI5W7pI-KIfBIBQ-aqlJVR4FIXBGw78HeBnwS5dqC3jRpt-ndkIxtFEjqQTOE9GGz-5iANrWG-Pe2-IqZaKpDDrBJNa9Eww_XiAlVnuEgDP9AbCSJhm0qZyxIglm1XSePFzyqWwAGVWTadMjbbcLpDyhGD-b63h01L6pv0-uYP9Q2XpniH6TVr7ZhYS8dNdCaBb7cAgYIP67s8610_jRh2njHXZPxetGiRm-1wysi6HCFO3g%253D%26width%3D2442%26height%3D888&amp;hl=en">Click here to view.</a>

**T**███ **O**████, 2021-01-26 16:49:09

+kklein!

**E**███ **G**████, 2021-01-26 16:49:25

Ooh is Sameer giving you heads??

**E**███ **G**████, 2021-01-26 16:49:28

Let&#39;s hire mini-managers!

**E**███ **G**████, 2021-01-26 16:49:31

OK who should we pick!

**T**███ **O**████, 2021-01-26 16:49:34

idk! it&#39;s all so opaque!

**E**███ **G**████, 2021-01-26 16:49:38

And which Austen characters do they represent?

**E**███ **G**████, 2021-01-26 16:49:48

OK who would you pick if you could have anybody! No political nonsense!

**T**███ **O**████, 2021-01-26 16:50:21

hahahahaha is r tough! was thinking maybe we do create a kids/unicorn legal team? but also feel like leota good lawyer but might actually not be good manager?

**T**███ **O**████, 2021-01-26 16:50:32

ooh hmmmmmmm

**T**███ **O**████, 2021-01-26 16:51:12

if there was a kids team i feel like leota if good interview? b/c do like rewarding expertise and hard work!

**T**███ **O**████, 2021-01-26 16:51:16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**T**▮▮ **O**▮▮▮▮, 2021-01-26 16:51:27

maybe jess?

**E**▮▮ **G**▮▮▮, 2021-01-26 16:51:39

Haha OK would Leota schedule like a thousand team meetings and then not go to them?

**T**▮▮ **O**▮▮▮▮, 2021-01-26 16:51:59

hahahahaha yeah omg has not shown great manager skills in our nonsense!

**T**▮▮ **O**▮▮▮▮, 2021-01-26 16:52:11

like hard to screw that up but she def has many time!

**T**▮▮ **O**▮▮▮▮, 2021-01-26 16:52:12

s!

**E**▮▮ **G**▮▮▮, 2021-01-26 16:52:26

OK but in her defense Brian WOULD attend and lead all the Unicorn team meetings!

**E**▮▮ **G**▮▮▮, 2021-01-26 16:52:29

Even has Unicorn experience!

**T**▮▮ **O**▮▮▮▮, 2021-01-26 16:52:57

hahaha omg chief of staff!

**T**▮▮ **O**▮▮▮▮, 2021-01-26 16:53:23

also not even sure android manager makes sense like feel like would be a lot of overlap and not really set up person to succeed?

**T**▮▮ **O**▮▮▮▮, 2021-01-26 16:54:09

oh ik! need to just optimize for number of reports to me!

**T**▮▮ **O**▮▮▮▮, 2021-01-26 16:54:14

and specific people who are reports!

**E**▮▮ **G**▮▮▮, 2021-01-26 16:56:50

OK should we have Chip as one of your submanagers?

**E**▮▮ **G**▮▮▮, 2021-01-26 16:57:00

I mean downsides, would be incompetent and constantly trying to undermine you.

**E**▮▮ **G**▮▮▮, 2021-01-26 16:57:06

But upside, would be great power move!

**T**▮▮ **O**▮▮▮▮, 2021-01-26 16:57:40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

oooh yeah but he has to interview and be judged based on gift he chooses for me! no hints chip!

**T**█████ **O**█████████, 2021-01-26 16:58:02

will have to run all of this by leslie ofc

**E**███ **G**██████, 2021-01-26 16:58:11

OK feel like would be a motorcycle?

**E**███ **G**██████, 2021-01-26 16:58:33

Ridden into your house by an escort holding a 40-year-old bottle of Scotch?

**T**█████ **O**█████████, 2021-01-26 16:58:37

hahahah yeah a &quot;kickass harley!&quot;

**T**█████ **O**█████████, 2021-01-26 16:58:51

with some whiskey in the seat or holster or w/e

**T**█████ **O**█████████, 2021-01-26 16:58:56

w/ chip sidecar!

**E**███ **G**██████, 2021-01-26 16:59:11

OK sidecar would be p cute!

**T**█████ **O**█████████, 2021-01-26 16:59:18

yeah it&#39;s r good!

**E**███ **G**██████, 2021-01-26 16:59:21

Can see Hiroshi riding around on vintage motorcycle with you in sidecar!

**T**█████ **O**█████████, 2021-01-26 16:59:31

just changed whole energy from this aggro masculine vibe to p adorbs!

**E**███ **G**██████, 2021-01-26 16:59:41

Yeah matching helmets!

**E**███ **G**██████, 2021-01-26 16:59:47

And motorcycle jackets!

**T**█████ **O**█████████, 2021-01-26 17:00:31

&lt; 3!

**E**███ **G**██████, 2021-01-26 17:00:37

OK Scott sent email to Suzanne with proposed compromise!

**T**█████ **O**█████████, 2021-01-26 17:00:44

GOOG-PLAY5-000500340

ooh nice! p f!

**E**▮▮ **G**▮▮▮, 2021-01-26 17:00:54



# REDACTED - PRIVILEGE

**E**▮▮ **G**▮▮▮, 2021-01-26 17:01:16

And I emailed Struan and Mike Z summary of our conversation to try to F it with him!

**T**▮▮ **O**▮▮▮, 2021-01-26 17:01:46

nice go emzy go!

**T**▮▮ **O**▮▮▮, 2021-01-26 17:03:18

i love how tangled whole situation is!

**E**▮▮ **G**▮▮▮, 2021-01-26 17:03:41

Ooh just got email from Mike Z too!

**E**▮▮ **G**▮▮▮, 2021-01-26 17:03:50

Hi all - as I&#39;ve discussed with some of you, we&#39;d like to create a new role for Lopa to oversee our global ads policy efforts. This is akin to the role previously held by Cesar, but with a greater focus on coordination and a much smaller focus on day-to-day, substantive pcounsel work. Here&#39;s the proposal in a nutshell:<br>Lopa would oversee the work by our legal assistants (Ree Ree and Virginia), our lawyer-on-call rotation (as it relates to ads policy only), and the assistance they receive from Cesar and Amir on a weekly basis. Escalations would go to Lopa instead of me.<br><br>Alice would continue to run point on EU self-regulatory matters (e.g., Committee on Advertising Practice, IAB, WFA, etc.), as well as selected inquiries and negotiations with UK authorities (e.g., UK FCA, ASA). Lopa would work with Alice to help navigate escalations with Product/Eng (e.g., **REDACTED - PRIVILEGE** <br><br>Lopa would not be involved with Transparency for All Ads (TfAA), Election/Issue ads, PubQual, or AdSpam.<br><br>For all other ads policy/APaS issues not currently handled by Rochelle, Alea, Alice, or David, Lopa would be the primary pcounsel point-of-contact for Competition Counsel, Regional Counsel, Trademark Counsel, and Product/Eng (Mike Schulman, Scott Spencer, and John Canfield). Lopa would stack-rank all inbound requests, handle some of them herself, direct some of them to me (to assign to other pcounsel on my team), and direct the remainder to our legal assistants and lawyer-on-call rotation.<br><br>Lopa also would attend the policy teams&#39; weekly DMG with execs.<br>Hopefully this all makes sense, and even more hopefully it will alleviate some of the pain that resulted from pulling Cesar off of ads policy last year. Thoughts? Questions? Lemme know. :)<br><br>Mike

**T**▮▮ **O**▮▮▮, 2021-01-26 17:05:05

haha omg it&#39;s so much!

**T**▮▮ **O**▮▮▮, 2021-01-26 17:05:12

did amit have a chance to apply?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**T███ O██████**, 2021-01-26 17:06:53

feels like milana/amit-y type role!

**T███ O██████**, 2021-01-26 17:27:09

is it good or bad for you in terms of working with that team? glad ree ree&#39;s getting some support at least!

**E███ G██████**, 2021-01-26 17:27:45

Oh it&#39;s good, I basically convinced him to do it!

**T███ O██████**, 2021-01-26 17:30:11

ok yay! did notice less mike z involvement esp on escalations which was thinking has to be a good thing!

**T███ O██████**, 2021-01-26 17:36:25

but then remembered you had that thing w/ her where just took on new product and didn&#39;t want any guidance so wasn&#39;t sure!

**E███ G██████**, 2021-01-26 17:41:07

Haha yeah not sure how Lopa feels about this whole thing!

**E███ G██████**, 2021-01-26 17:41:16

But basically was throwing all this extra work on everybody else that they wouldn&#39;t counsel anything!

**E███ G██████**, 2021-01-26 17:41:29

So now Mike will have Lopa there to answer questions from pcounsel at least!

**T███ O██████**, 2021-01-26 17:42:04

ok yeah that does seem way better! but who will answer to angry play vps??

**E███ G██████**, 2021-01-26 17:42:31

Yeah you can have so many fun chats with Lopa!

**E███ G██████**, 2021-01-26 17:42:43

P sure her cosplay will be on point!

**T███ O██████**, 2021-01-26 17:46:08

hahahaha +karen android sub-team manager to handle!

**E███ G██████**, 2021-01-26 17:46:17

OK great countermove!

**E███ G██████**, 2021-01-26 17:46:23

And then Karen and Mike Z fall in love!

**T███ O██████**, 2021-01-26 17:46:38

he is the protege of her champion! sooo

**E**██ **G**██, 2021-01-26 17:46:55

Haha but you&#39;re her champion!

**T**██ **O**██, 2021-01-26 17:47:44

i mean not by choice!

**E**██ **G**██, 2021-01-26 17:48:20

Yeah more of a natural relationship like Troy and his dad!

**T**██ **O**██, 2021-01-26 17:50:18

lolol omg whole thing going to be such a debacle! bracing for it!

**E**██ **G**██, 2021-01-26 17:51:19

Have to figure out a way to instantaneously give me all the info!

**E**██ **G**██, 2021-01-26 17:51:23

Before you forget!

**E**██ **G**██, 2021-01-26 17:51:41

Like dial me in to creepy prep calls!

**T**██ **O**██, 2021-01-26 17:53:23

omg yeah! and you could alert the authorities in case of emergency!

**E**██ **G**██, 2021-01-26 17:54:11

<a href="https://www.google.com/url?q=https://www.buzzfeed.com/jamiejirak1/bridgerton-opinions-lady-whistledown-judges-you?origin%3Dweb-hf&amp;sa=D&amp;source=hangouts&amp;ust=1611798851215000&amp;usg=AFQjCNExJKxLa3-9zMBAwzUoSCet_tg8Yg">https://www.buzzfeed.com/jamiejirak1/bridgerton-opinions-lady-whistledown-judges-you?origin=web-hf</a>

**T**██ **O**██, 2021-01-26 17:55:51

omg who would you rather fight? hahaha

**T**██ **O**██, 2021-01-26 17:56:22

oh lord featherington def worse! can tell!

**T**██ **O**██, 2021-01-26 17:56:45

You got: Lady Whistledown Loves You!<br>You must have been nice to the right people because Lady Whistledown has given you a rave review. At this rate, you could have your pick of any Lord or Lady at the ball. You have managed to avoid scandal like it&#39;s your job. Keep it up, but be careful not to shine too bright and burn too fast. Lady Whistledown can always change her mind!

**E**██ **G**██, 2021-01-26 17:59:35

Ooh same!

**E**██ **G**██, 2021-01-26 18:00:46

Ooh just called my mom and she said we should have a Veganuary event on Friday for end of month!

**T**▬ **O**▬, `2021-01-26 18:08:25`

Oh def! Great idea what does she think we should do??

**T**▬ **O**▬, `2021-01-26 19:45:12`

Actually does work out nicely that last day is Friday! Ooh maybe we do gift card raffle for attendees?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit A12
# Public Redacted Version

# EXHIBIT 15

**Games Velocity Program**
V1 Business Impact Assessment. V2 Introduction
December 2020

1

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

**Exhibit**
PX 384



2: x-Google value?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146691.R

[Refresher] GVP 1.0 Context: In 2019, Google Play's growth and business model faced risk due to increasing competitive intensity & the emerging app store "tax" meme

**Competitors Aggressively Pursuing Gaming**

   

**"App Store Tax" Meme Emerging**

**Apple and Google Face Growing Revolt Over App Store 'Tax'**

Opinion: Google's 30% cut of Play Store app sales is nothing short of highway robbery

**Risk: Top Developer Churn from Play**
- Play margin loss: $840M likely margin exposure in 2022 (cumulative ~$2 Bn+ in 2019-2022)

**Opportunity:** Deepen relationships with top developers and grow cross-Google product adoption

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



[Refresher] GVP 1.0 Proposal: We developed 'Games Velocity Program', a commercial program to unify & boost Google's value proposition to target developers

**Cross-Google Service Packs + Partner Pods**

| Build & Test | Launch | User Acquisition | Community Development |
|---|---|---|---|
| • GCP credits<br>⇄ Technical consultations | ⇄ Play 'Growth Consulting'<br>• Co-marketing campaigns<br>• Play Store featuring<br>• YT influencers | • Ads credits<br>⇄ Ads consultations & ML integration | • eSports tournaments & gaming events<br>⇄ YT channel growth<br>• eSports sponsorships |

⇄ x-PA Partner Pod

**Google Gives**

● x-PA service pack support, including associated funding and services

**Google Gets (contractual)**

● **Title distribution on Play** (titles must sim-ship on Play at launch)

● **Content & feature parity on Play**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

[Refresher] GVP 1.0 Target Developers: GVP targeted ▮ major game developers



**Drive disproportionate value to Google**
(e.g. ▮ of total Play consumer spend)

**Beacons of the ecosystem**

**Expressed discontent over lack of unified support from Google**

**May forgo Play (& Android)**

- Upcoming major new title launch
- Difficulty delivering hi-fidelity games on Android
- Capabilities to 'go-it-alone' on Android

Full Partner List

AC PRIVILEGED // REFLECTS LEGAL ADVICE



[Refresher] GVP 1.0 Goals, Non-Goals & Success Metrics

——————————— **Desired Developer Objectives** ———————————

| Goal 1: Prioritize Play Users | Goal 2: Boost x-PA Product Adoption |
|---|---|

**Ensure Play users are not disadvantaged**
- Launch on Play on "day 1" of mobile launch
- Co-invest in promoting Play title
- Improve game quality and device reach
- Maintain game parity across platforms

**Unlock xPA value for partners & Google**
- **GCP:** win-rate acceleration; ARR increase, marquee titles on GCP
- **YouTube:** mobile gaming watchtime uplift, Mobile gaming upload + creator uplift
- **Ads:** UAC growth acceleration; best practice adoption

**Goal 3: Improve Developer Sentiment**

Non Goals: Play exclusivity, drive additional xPA integrations (eg: ▮▮▮▮, xPA spend commitments

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GVP 1.0 Impact Assessment

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146696.R



product commits? Better than expected?
Link to source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-004146698.R



**Cloud Deals:**



**TOTAL:** ▮▮▮  **Incremental:** ▮▮▮

**Cloud KPI Definitions:**
**-ARR acceleration: Defined as average YoY growth between BC 5-year total:** ▮▮▮
**HUG BC 5-year total:** ▮▮▮ **and HUG new projected 5-year total:** ▮▮▮
**-Win-rate acceleration: Defined as conversion percentage increase from BC %.  BC**
**conversion was** ▮▮ **w/o HUG and** ▮▮ **with HUG** ▮▮▮ **=** ▮▮▮**. Already signed**
**12 out of 18 developers so** ▮▮ **conversion. Estimating conservatively at** ▮▮
**through program duration.** ▮▮▮▮
**-Marquee titles on GCP: Defined as number of marquee titles on GCP from signed**
**developers. 9 titles include"**
**>>** ▮▮▮▮▮▮▮▮ **migrating from** ▮▮▮
**>>** ▮▮▮▮▮ **- Expected to 13x spending**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY-004146699.R



>> ███████████████████ - new customer
>> ███████████████████████████ and new title
>> █████████████████ - Expected to 40x spending



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOAL 3: Improve Developer Sentiment

## Beyond GVP – Quantitative assessment of partnership health* by xPA Finance teams

| | 2020 Growth | | | | | |
|---|---|---|---|---|---|---|
| | Play Spend | GCP Spend | UAC Spend | YouTube watchtime | Google Revenue Growth | Comments |
| | 100% | 125% | 13163% | 34% | 13276% | Public appreciation about partnership with Play |
| | 108% | 38% | 27% | 42% | 91% | |
| | 56% | 842% | 90% | 114% | 61% | Launched Battle Pass subs exclusively on Play |
| | 29% | 245% | 141% | 59% | 58% | |
| | 54% | -39% | -2% | 21% | 54% | Strategic partnership with ███ |
| | -40% | 31% | 63% | 28% | 51% | CEO expressed excitement about expanding xGoogle partnership via GVP |
| | 38% | 13% | 211% | 83% | 38% | Multiple exec quotes on strength of GVP partnership |
| | 24% | 314% | 24% | 375% | 30% | Signing in Q4 2020 |
| | 5% | 22722% | 181% | 14% | 24% | |
| | 8% | 224% | 97% | -22% | 20% | |
| | 5% | 80% | -91% | 17% | 15% | Signed first ever long term commit deal to be on GVP |
| | 8% | 34% | 209% | 21% | 13% | Extending GVP deal by +2 years to lean into OCP |
| | 4% | 887% | -17% | -3% | 10% | Reinvested GVP incentives to return to Play growth |
| | 10% | 54% | 8% | -31% | 10% | Changed launch processes to support GVP partnership |
| | -4% | 4% | 7% | 29% | -4% | |
| | -10% | 3021% | 107% | 42% | -4% | Stepped up exec relationships with Google |
| | -18% | 0% | 100% | 21% | -18% | |
| | -28% | 5410% | -50% | 93% | -26% | |
| TOTAL | 23% | 75% | 85% | 37% | 32% | |

| | | | | |
|---|---|---|---|---|
| <0% | 0%-10% | 10% - 50% | 50% - 100% | >100% |

* xPA Finance assessment of developer investment with Google; not entirely attributable to GVP, but supported by GVP

14

GOOG-PLAY-004146703.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146704.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Mitigation driven by (1) signed developer spend under sim-ship contract, (2) other stores and (3) ) other devs (halo effect)
For more information on methodology of calculation, see here

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146706.R

GVP 1.0 is ROI positive even without ███ Play risk mitigation; outsized ABK investments diluted overall returns. 7/18 deals are positive, 3 more likely to be.



Program ROI positive even without ███ Play risk mitigation

Comarketing investments of ███ (over 2019-2024) expected to recoup ██ of invested value

██████ expected to sign incremental GCP commits ███ and turn ROI +ve

██████ esports investment with ██ adversely impacted and program ROI

Total

1  Ads has attributed GVP margin upside for the duration of the credits (2020 for most devs, 3 years for ████ @ █ of UAC margin uplift in 2019, and ██ thereafter
2  GCP has attributed GVP margin upside until 2024, due to commits secured via GVP, as well as long term nature of GCP partnerships
3  GCP upside does not yet include Play revenue deferrals to Cloud of ███ towards Cloud credits.  Cloud PA would recognize this revenue upon credit utilization by developer
4  GVP will mitigate Play margin risk worth ███ by 2022

18

GOOG-PLAY-004146707.R





product commits? Better than expected?
Link to source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Both ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ meet the criteria

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY







[Source](#)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146714.R

GVP delivered +ve Google margin while addressing dev sentiment; **if Runway addresses commercial concerns, could a limited but complimentary GVP drive xGoogle upside?**



GVP offered at ⬛ % met the following 3 objectives:

**Improve Sentiment** : decrease rev share agitation

**Prioritize Play** : devs launch on Play along with other platforms

**Increase xPA Adoption** : xPA incentives to grow Google footprint: ⬛ **incremental Google margin** against investment of ⬛

Runway may address 2/3 objectives:

**Improve Sentiment**: Addressed via reduced rev share

**Prioritize Play**: Runway may help address off Play monetization; however, without GVP we lose our ability to guarantee simship

**Increase xPA Adoption**: Without GVP, we lose our ability to create any "*net new*" Google upside and reduce Program cost

ATTORNEY CLIENT PRIVILEGED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**A limited GVP should anchor towards Google uplift; lead with tactics driving maximum ROI - double down on GCP, integrate Play Loyalty, ask for strategic product adoption**

| GVP tactic | Impact on ROI | Continue? | Comments |
|---|---|---|---|
| Ads | Neutral | | Program pivoting to AIP, however, expected to remain ROI neutral |
| Cloud | Positive | | Conditional to new / incremental GCP commit |
| Play* | Expected Positive (NPU, Buyer Retention, Product adoption) | | Offer Play investments linked to Play objectives, e.g., Loyalty, Strategic product adoption |
| YouTube | Presence Grants: Unknown esports rights: Negative | | YouTube helpful in improving developer sentiment, but is largely ROI negative |
| Marketing | Custom campaigns: positive Others: negative | | Unlink comarketing from GVP; continue supporting tentpole launches |

* Play did not have a commercial tactic in GVP. We are evaluating adding commercial tactics as part of GVP 2.0

ATTORNEY CLIENT PRIVILEGED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146716.R



GOOG-PLAY-004146717.R



er

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Appendix

31

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL
ADVICE

GOOG-PLAY-004146720.R



product commits? Better than expected?
Link to source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146722.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Discussion

### Summary

**GVP 1.0 is working,** has helped mitigate off-Play distribution risk and had deepened overall developer partnership with Google

**Several major GVP gives expire in 2020 EOY** (except for GCP) and developers are actively asking for extensions.

**GVP 2.0 builds on the successes of 1.0,** actively addresses gaps, and shifts goals from off-Play risk to joint growth. Extends term to three years to deepen partnerships.

### Open questions

**Project Runway -** are there concerns about extending term to three years given Project Runway plans?

**AVP -** other PAs are getting wary of xPA deals - Cloud as AVP deals could have larger contra impact on them. Ads due to negative (albeit small) ROI. Is this still the right approach?

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE          35



Play GVP cost > Google cost by ▓▓▓▓ mainly due to Play deferrals to GCP (not reflected in GCP upside)

GCP expects to recognize this revenue upon credit utilization by developer

**GVP Investments summary**

| $m | 2019 | 2020 | 2021 | 2022 | 2023 | Total |
|---|---|---|---|---|---|---|
| **(A) – Play view** | | | | | | |
| Cloud | | | | | | |
| Ads | | | | | | |
| Marketing | | | | | | |
| YT / esports | | | | | | |
| **Total** | | | | | | |
| | | | | | | |
| **(B) – Google view** | | | | | | |
| Cloud | | | | | | |
| Ads | | | | | | |
| Marketing | | | | | | |
| YT / esports | | | | | | |
| **Total** | | | | | | |
| | | | | | | |
| **Variance: (A) – (B)** | | | | | | |
| Cloud | | | | | | |
| Ads | | | | | | |
| **Total** | | | | | | |

36

GOOG-PLAY-004146725.R

GOOG-PLAY-004146726.R



**Reduce words.**

**But developer+ partnership story first, then follow up with what it results in (and why it's good for) for the user.**

**Lead with the rationale, then follow with WIP ideas.**

**Add more examples of types of ideas.**



**Break up by parties (dev, carrier, google), underneath is what they contribute**

**What they get out of it**

**Focus Slide 7 on the user centric view**
**Slide 7 on the developer centric view**

**Two ideas here -- include a bunch of ideas so we aren't pigeon-holed into the presented ideas if Nick / Sameer doesn't like it.**

**Set expectations with Nick / Sameer**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Explore the world of ▮▮▮▮▮▮▮▮▮▮ interact with characters in augmented reality and capture your very own scenes to share with friends

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-004146729.R







**GCP spend commit deals, including incremental attributable to Hug**

42

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

The Gaming vertical has significant upside for GCP



**Insights**

- ▉ developers expected to deliver ▉ in IT spend in 2021. HUG helped GCP negotiate or sign a deal with ▉ developers

- **First-mover advantage is critical** in the gaming, once developer migrates a game or large workload, they are likely to remain entrenched on platform

- Gaming developers have **significant upside**. Usually **under-commit to GCP** (up to ▉) due to:
  - Uncertainty about game launch timelines
  - Existing contracts with AWS and unfamiliarity with GCP

- Offering GCP commits allows **developers to feel more comfortable migrating larger workloads** since incentives greatly exceed other Cloud offers

- A GCP commit offers **guaranteed return on HUG credits and ensures 1 or 2 large workloads will reside on GCP** (▉ uplift from standard GCP discounts, ▉ uplift from HUG w/o commit)

Link

43

Google Play



## YouTube Impact Analysis - Summary

| | Projected | Actual |
|---|---|---|
| *Mobile Game Watchtime* | 10% by 2022 | ███████ *(incrementality TBD)* |
| *Creator / Upload Uplift* | XX | ██████████ |
| *Sentiment* | XX | ██████ |

*#C Metrics*

| Key Highlights | Key Learnings |
|---|---|
| ● Presence grants enabled positive engagement with developers on content strategy & planning | ● Longer than expected lead times, however useful foundational work and testing done with most devs |
| ● Most developers increased their YouTube content uploads / creator engagements / YouTube presence | ● Title popularity impacts effectiveness of funds; Riot and ABK saw decline in content creation / audience due to title popularity / age |
| ● Funds being used across a variety of initiatives - live events, creator academies, community days | |

44

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



BC assumption of uplift was equivalent to ▮▮▮ of released credits ▮▮▮▮▮▮▮▮
- actual uplift range of ▮▮▮▮▮▮▮▮ based on analysis performed
Note: Incrementality results obtained via 2 separate goliath analyses, and a CausalImpact analysis

Automate credit distribution via build of new payments tool to shift from manual credit memos to automated coupons

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Note: Based on incrementality study, ███████████████████████████ is attributable to Hug, with the remaining ██████ due to other factors.

Note: ███ has been removed from ████████████████ metrics, as they have had a Hug contract from Jul-19 (new ████ deal effective Apr-20)
  ██████ Hug treatment period is 12 months (Jul-19 to Jun-20), whereas ████████
  ████████ treatment period is only 3 months (Apr-20 to Jun-20)
  Consolidated ████ accounts for ████ of credits earned, and ████ of total uplift net of credits





Avg credit earn rate through Jun-20 was ▮▮▮▮ of total UAC spend (Hug was ▮▮▮▮ on QS-only), so we still have a large gap from what we currently hold ads-only programs to

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Time Period (mo) : Pre Hug = Post Hug: For example, a contract signed in Nov-19 ▊▊▊▊▊▊ is active 8 months as of Jun-20.  Therefore, pre-hug revenue is Mar-19 to Oct-19 (-8 months) and post-hug revenue is Nov-11 to Jun-20 (+8 months)

Note: ▊▊▊ has been removed from all ▊▊▊▊▊▊▊▊ metrics, as they have had a Hug contract from Jul-19 (new ▊▊▊ deal effective Apr-20)
▊▊▊▊ Hug treatment period is 12 months (Jul-19 to Jun-20), whereas ▊▊▊▊▊▊ ▊▊▊▊▊ treatment period is only 3 months (Apr-20 to Jun-20)

GOOG-PLAY-004146737.R

[Refresher] Target Developers: GVP targeted 21 major game developers



GOOG-PLAY-004146738.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Program - results - roi external - roi internal - sentiment tracker

GOOG-PLAY-004146741.R







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | GVP 1.0 | GVP 2.0 (proposed) |
|---|---|---|---|
| **Program Setup** | Eligibility criteria | | |
| | # of developers | 21 | 11 |
| | % of Play Spend covered | 22% | 18% |
| **Program Framework** | Program Objective | Mitigate Play distribution risk | Incentivize joint growth |
| | Google Gives | | |
| | Google Gets | | |
| **Program Financials** | Play % reinvested | | |

56

GVP 1.0 is ROI positive even without ██████ Play risk mitigation; outsized ██████
investments diluted overall returns. 7/18 deals are positive, 3 more likely to be.



Program ROI positive even
without ██████ Play risk
mitigation

Comarketing investments of
██████ over 2019-2024)
expected to recoupe ████ of
value not reflected in ROI

██████████ expected
to sign incremental GCP
commits ████████ and turn ██████

██████████ investment with
██████ adversely impacted
and program ROI

1  Ads has attributed GVP margin upside for the duration of the credits (2020 for most devs, 3 years for ██████████ (████ of UAC margin uplift in 2019, and ████ thereafter
2  GCP has attributed GVP margin upside until 2024, due to commits secured via GVP, as well as long term nature of GCP partnerships
3  We are evaluating upside driven by Comarketing; while ROI is not +ve, we have recouped X% of comarketing investments which do not reflect in the chart above

57

GOOG-PLAY-004146746.R



product commits? Better than expected?
Link to source

GOOG-PLAY-004146747.R

BC narrative

59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146748.R

You approved GVP in April 2019; since then we have signed up ▮▮▮▮ arget devs; GVP met GVP's its objectives and success metrics

| GVP approved in April 2019 | GVP met its objectives | GVP exceeded most success metrics |
| --- | --- | --- |
|  |  |  |

60

GVP created xGoogle value; developer sentiment improved, leading to better than expected risk mitigation; however, risk goalpost shifting from distribution to payments

| Developers improved sentiment & deepened xGoogle relationships | GVP mitigated more than expected risk | Risk definition is now evolving to off Play payments |
|---|---|---|
| | | |

61

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Proposal: 1. expand & pivot GVP to an enterprise game-dev program 2. link incentives to Google upside 3. secure SKU and/or Price parity to address Play payments risk

| Offer GVP to enterprise game developers | Link incentives to Google upside; fix service packs to anchor on ROI | Address Play payments risk by securing SKU and Price parity |
|---|---|---|
| | | |

62

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146751.R

*****

63

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146752.R





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004146754.R



product commits? Better than expected?
Link to source

GOOG-PLAY-004146755.R

product commits? Better than expected?
Link to source

GOOG-PLAY-004146756.R

| Id | Date | Text |
|----|------|------|
| 3 | 02/04/2021 03:02:55 | This is too vague I'm not sure what you're trying to convey... do you mean: Utilize GVP partnership to address continuing top developer concerns |
| 7 | 02/04/2021 03:04:32 | Something like this also leads nicely into the next slide that intros new developers |
| 4 | 02/04/2021 03:17:42 | @ ▇▇▇ @google.com<br>Took a stab at this slide. Reshuffled/reorganized a bit.<br>We can discuss tomorrow. |
| 2 | 02/04/2021 03:18:50 | (just reconciling with the previous success slide that highlights margin improvements for Ads) |
| 5 | 02/04/2021 03:25:13 | I'm being extra careful with wording here (it's risk) |
| 6 | 02/04/2021 03:25:13 | But also Divya's wording is pretty clever. As we want to retain Developers using our services aka billing platform. |
| 1 | 02/04/2021 17:46:39 | How come Ads has great margins but negative ROI |
| 1 | 02/04/2021 17:46:39 | They reevaluated... earlier breakeven was calculated as ▇▇▇ but has been revised to ▇▇▇ (breakeven is now defined at ▇▇▇ n credits). Also, the ROI is based on "incremental" growth minus cost of credits, so while margins overall are great, cost of credits largely balances out incremental growth |

68

# Exhibit A13
# Public Redacted Version

# EXHIBIT 19

HIGHLY CONFIDENTIAL

Page 1

1                   UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                     SAN FRANCISCO DIVISION
4    _____x
     IN RE GOOGLE PLAY STORE           Case No.
5    ANTITRUST LITIGATION              3:21-md-02981-JD
6    THIS DOCUMENT RELATES TO:
7    Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
8
     In re Google Play Consumer
9    Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
10
     In re Google Play Developer
11   Litigation,
     Case No: 3:20-cv-05792-JD
12
13   State of Utah, et al., v.
     Google LLC, et al.,
14   Case No: 3:21-cv-05227-JD

     _____
15
16      HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER
17          VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
18                DEPOSITION OF LAWRENCE KOH
19
20                Thursday, December 9, 2021
21    Remotely Testifying from San Francisco, California
22
23    Reported By:
24     Hanna Kim, CLR, CSR No. 13083
25     Job No. 4969626

HIGHLY CONFIDENTIAL

Page 17

1                    LAWRENCE KOH,

2          having been administered an oath over

3               videoconference, was examined

4                  and testified as follows:

5

6                       EXAMINATION

7     BY MS. MOSKOWITZ:

8          Q.   Good morning, Mr. Koh.  As you heard, my

9     name is Lauren Moskowitz, and I represent Epic

10    Games, and I'll be starting the questioning this

11    morning.

12              Thank you for being here.

13              Can you just please state your full name

14    again for the record.

15         A.   My name is Lawrence Koh.

16         Q.   And what is your address?

17         A.   I currently reside -- do you want the full

18    address?

19         Q.   You can tell me the -- the city and state.

20         A.   City, state, okay.  Yeah, I currently

21    reside in ███████████████████

22         Q.   And where are you located at the moment?

23         A.   I'm in downtown San Francisco, California.

24         Q.   You are at your counsel's offices?

25         A.   That is correct.

HIGHLY CONFIDENTIAL

Page 113

1      Q.    -- Purnima Kochikar, does -- did -- what
2    was your understanding as to what that would refer
3    to?
4             MR. BRADSHAW:  Object to the form.
5             THE WITNESS:  Oh, so I -- I've used it
6    under that context as I -- it's like, hey, I'm just
7    going to just let -- I've pinged Purnima meant --
8    and -- and I gave ping -- I -- I reached out, sent
9    a message, and provided some notification.
10   BY MS. MOSKOWITZ:
11     Q.    So you're not -- you don't know whether
12   that generally referred to an instant message as
13   opposed to an e-mail?
14     A.    I feel like I used it probably
15   interchangeably, just opening some communication
16   stream is how I used it.
17     Q.    And in terms of your use of -- well, let
18   me -- withdrawn.
19             If -- if I use instant messages to
20   describe GChat or Google Hangouts, is that
21   consistent with your understanding as to what
22   those platforms are?
23     A.    Yes.
24     Q.    And in terms of your use of instant
25   messaging through those platforms, how frequently

HIGHLY CONFIDENTIAL

Page 114

1    would you describe your use of -- of instant

2    messages; daily, less frequently?  Can you give me

3    a sense of how often you used instant messaging

4    while at Google?

5              MR. BRADSHAW:  Object to the form.

6              THE WITNESS:  Everyone at Google used

7    it -- at least on my team, used it on a daily

8    basis.

9    BY MS. MOSKOWITZ:

10        Q.    Are you aware of an option within that

11   Google Chat -- GChat or Google Hangouts platform

12   that allows you to preserve your message history

13   on that platform?

14        A.    Yes, I am.

15        Q.    Did you ever take advantage of that option

16   and preserve your message history on those

17   platforms?

18        A.    I don't recall exactly what I set it to,

19   but I was aware of the option to do that.

20        Q.    So you just don't recall, one way or the

21   other, which -- which box you checked, so to

22   speak?

23        A.    That is correct.

24        Q.    Do you recall ever copying and pasting any

25   of your chat back and forth for purposes of

HIGHLY CONFIDENTIAL

Page 169

1      Q.    The -- the specific discussion about that

2   Android-to-iOS churn relates to user trust

3   erosion.

4           Do you see that?

5      A.    Yes, I do.

6      Q.    And so, with respect to what's being

7   described there, there is a reference to security

8   and privacy risks.

9           Do you see that?

10     A.    Yes, I do.

11     Q.    And that's a comparison of Android to iOS,

12   vis-à-vis security and privacy; right?

13          MR. BRADSHAW:  Object to the form.

14          THE WITNESS:  That -- that is correct.

15   BY MS. MOSKOWITZ:

16     Q.    So in terms of Project Hug as presented to

17   the business council, what Google was -- what the

18   group was presenting in this slide is that up to

19   over ████████████ of revenue was at risk over the

20   course of 2019 to 2022 if developers moved to

21   alternative Android app distribution platforms

22   other than Google Play; correct?

23     A.    That is correct.

24     Q.    Please turn -- I'm just going to skip

25   ahead to slide '2830, which should be about five

HIGHLY CONFIDENTIAL

Page 299

1   agitation from the industry."  Right?

2       A.   Yes, I do see that.

3       Q.   And the second objective was, after they

4   choose Play, you can talk about some other

5   Hug-related obligations that you would try to

6   obtain from Riot; right?

7       A.   Yes, that is correct.

8       Q.   And so, you go on to say that you thought

9   that Google -- or the finance folks were not

10  taking into consideration the investment that was

11  needed to accomplish objective number 1; right?

12      A.   Yes, that is what I said.

13      Q.   And your view was that objective number 1,

14  making sure Riot did not launch their own Android

15  app store, that Google was paying a higher premium

16  in the first year as Riot builds up their

17  business, and that that was an investment that was

18  well -- money well spent?

19          MR. BRADSHAW:  Object to the form.

20          THE WITNESS:  Yes, that is correct.

21  BY MS. MOSKOWITZ:

22      Q.   So in terms of the -- the overall Hug

23  feel, Google was -- and from your perspective,

24  Google was focused properly on stopping Riot from

25  competing within alternative Android app store?

# Exhibit A14
# Public Redacted Version

# EXHIBIT 21

Page 1

1

2   UNITED STATES DISTRICT COURT

3   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4   SAN FRANCISCO DIVISION

5   -------------------------------------------X

    IN RE GOOGLE PLAY STORE      Case No.

6   ANTITRUST LITIGATION         3:21-md-02981-JD

7

    THIS DOCUMENT RELATES TO:

8   Epic Games Inc. v. Google LLC, et al.,

    Case No: 3:20-cv-05671-JD

9

    In re Google Play Consumer

10  Antitrust Litigation,

    Case No: 3:20-cv-05761-JD

11

    In re Google Play Developer

12  Antitrust Litigation,

    Case No: 3:20-cv-05792-JD

13

14  State of Utah, et al., v.

    Google LLC, et al.,

15  Case No: 3:21-cv-05227-JD

16  -------------------------------------------X

17

18  *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*

19

20  REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

21              JAMES KOLOTOUROS

22              February 2, 2022

23              9:01 a.m. Eastern Standard Time

24

25  Reported by:  Fran Insley

```
 1
 2        Daniel Ottaunick, also Cravath.
 3             MR. J. BYARS:  John Byars from
 4        Bartlit Beck LLP on behalf of consumers.
 5             MR. BATES:  Good morning.  Kyle
 6        Bates from Hausfeld for developers and
 7        with me is my colleague, Amy Ernst, also
 8        from Hausfeld.
 9             MR. ALTEBRANDO:  Michael Altebrando
10        on behalf of the State of Utah and the
11        plaintiff states.
12             MR. POMERANTZ:  All right.  If
13        that's all the plaintiffs, I'm Glenn
14        Pomerantz on behalf of the defendants and
15        also representing Mr. Kolotouros at this
16        deposition.  Here with me is my colleague,
17        Nick Sidney, and also appearing for Google
18        is Kate Smith, in-house counsel.
19             THE VIDEOGRAPHER:  Thank you,
20        counsel.  The parties have stipulated and
21        agreed that the court reporter may take
22        the deponent's oath remotely.  Will the
23        court reporter please swear in the
24        witness.
25   J I M   K O L O T O U R O S,
```

1          KOLOTOUROS - HIGHLY CONFIDENTIAL

2     the Witness herein, having first been duly

3     sworn by the Notary Public, was examined and

4     testified as follows:

5     EXAMINATION BY MS. MOSKOWITZ:

6          Q.    Good morning, Mr. Kolotouros.

7          A.    Good morning.

8          Q.    I've just said your name, but if you

9     wouldn't mind, please, stating your name, full

10    name for the record.

11         A.    Jim Kolotouros.

12         Q.    And can you provide your address?

13         A.    My home address or my current

14    address for the -- where I'm seated?

15         Q.    I was going to ask where you were

16    currently sitting second, but if you could give

17    your work or home address as you prefer.

18         A.    I am currently in the law offices of

19    Morgan Lewis on 1400 Page Mill Road in Palo

20    Alto, and my work address is 1600 Amphitheater

21    Parkway, Mountain View, California, 94043.

22         Q.    Is there anyone in the room with you

23    now?

24         A.    No, there is not.

25         Q.    If someone does enter the room, do

```
                                                    Page 74
 1           KOLOTOUROS - HIGHLY CONFIDENTIAL
 2       A.    I do.
 3       Q.    And so you then say, "If Top Partner
 4   = Important Partner, then yes, put them down,"
 5   referring to MTK?
 6       A.    Yes.
 7       Q.    There is -- the e-mail then
 8   continues, it says, "These are not folks like
 9   Amazon, Samsung, Twitter, FB, or Apple," and it
10   continues.  Do you see that?
11       A.    Yes.
12       Q.    FB is Facebook?
13       A.    Yes, it is.
14       Q.    And it said, "These are not folks
15   like Amazon, Samsung, Twitter, FB, or Apple
16   where we hugely compete and hugely cooperate
17   with them."  Do you see that?
18       A.    I do.
19       Q.    What did you mean by "hugely compete
20   and hugely cooperate" with respect to those
21   companies?
22             MR. POMERANTZ:  Object to form.
23       A.    By hugely compete, I think I'm
24   referencing the fact that we are all working on
25   developing services and products that users
```

```
 1            KOLOTOUROS - HIGHLY CONFIDENTIAL
 2    derive value from, and on cooperate, there are
 3    commercial constructs or contracts in place
 4    with them that are symbolic of close
 5    cooperation and those two -- those two
 6    environments coexisted and made the
 7    partnerships complex.
 8         Q.    And how did Google and Apple hugely
 9    cooperate?
10         A.    I believe we have a revenue share
11    deal with them.
12         Q.    And that refers to revenue share on
13    Google search?
14         A.    Yes, but it's -- I -- it's worth
15    noting, I'm not very close to the Apple
16    engagement or relationship at all, so that's
17    just a guess on my part.
18         Q.    Does Ms. Braddi manage Google's
19    relationship with Apple?
20         A.    I don't know who the day-to-day
21    person responsible for the Apple relationship
22    is currently.
23         Q.    Is Ms. Braddi involved in overseeing
24    the relationship between Google and Apple?
25         A.    She might be but I don't know who
```

```
                                                  Page 105
  1          KOLOTOUROS - HIGHLY CONFIDENTIAL
  2          Q.     So, for all of those OEMs and all
  3     those devise, there is ███████████████████████
        ███████████████████████████████████████████
        ██████████████████████████████  correct?
  6          A.     To the extent they like to ████████
        █████████████  yes, we do express that they come
  8     as a  ██████████
  9          Q.     Not to the extent that they ████████
        █████████████  to the extent that they opt to use
 11     even a single Google app or Googles service,
 12     they must ████████████████████████████████████
        ██████████  correct?
 14          A.     Yes.
 15          Q.     So that ████████████████████████  for
 16     those OEMs that have chosen to use a single app
 17     or service by Google, correct?
 18          A.     Well, the ████████████████████████████
 19     The OEM is free to ██████████████████████████████
        █████████████████████████  that it thinks are as
 21     good or better than what the ████████████████
        ██████████  and create the discoverability and
 23     promotional elements for those services that it
 24     thinks makes the most sense.
 25          Q.     But if they do that, they don't get
```

```
 1          KOLOTOUROS - HIGHLY CONFIDENTIAL
 2    closer to Google."  Do you see that?
 3          A.    I do.
 4          Q.    And one of his ideas is to work with
 5    those OEMs to have ███████████████████
      ██ ████████████████  through rev share agreements as
 7    possibly one solution, right?
 8          A.    That's a -- that appears to be what
 9    he says.
10          Q.    He says that doing that would solve
11    a couple of issues, one of which he says would
12    help quote, "helps stem the tide of emerging
13    app stores," end quote.  Do you see that?
14          A.    I do.
15          Q.    So you respond and you say that that
16    last paragraph that I just referred to was the
17    key.  Do you see that?  Do you see that?
18          A.    I do see that, yes.  I'm just
19    reading what I wrote.
20          Q.    Okay?
21          A.    Okay.
22          Q.    So you said that Mr. Raja's last
23    paragraph was the key?
24          A.    Yes, I did write that.
25          Q.    The e-mail goes on to discuss that
```

```
 1            KOLOTOUROS - HIGHLY CONFIDENTIAL
 2       Q.    And exposure means risk of loss,
 3   correct?
 4       A.    Risk of loss?
 5       Q.    Yes.
 6       A.    Loss of what?
 7       Q.    Money.
 8       A.    I'm trying to --
 9       Q.    Higher exposure of Search and Play
10   revenue that means risk of loss of Search and
11   Play revenue, correct?
12       A.    Yes.
13       Q.    And the reason -- pardon me, go
14   ahead.
15       A.    I think that's fair, yes.
16       Q.    And the reason for that in the
17   bullet right below was a reference to Chinese
18   OEMs and Samsung quote "Actively investing in
19   creating their own ██████████████
     ████████████ and it continues.  Do you see that?
21       A.    I do.
22       Q.    So, Chinese OEMs and Samsung were
23   actively investing in creating their own
24   ████████████████████████ that could be
25   competing with the ██████████ of apps and
```

```
                                        Page 245

 1          KOLOTOUROS - HIGHLY CONFIDENTIAL
 2   services, correct?
 3        A.    Correct.
 4        Q.    And if those ████████████████
     ████████████████████ were to be preinstalled on
 6   OEM devices in lieu of the ████████, Google
 7   would be not making any money off of those
 8   devices, correct?
 9        A.    I think this just speaks to the fact
10   that Chinese OEMs and Samsung were doing
11   exactly what the slide said, which is ████████
     ███████████████████████████████████ to make
13   their devices better.
14        Q.    And to compete with ████████████
     ██████████████████████████
16        A.    I don't know what precisely what the
17   exact ██████████████████████████████████
     ████████ is.
19        Q.    But What is being communicated here
20   though because it's talking about a risk to
21   Google's Play and Search revenue is that those
22   Chinese OEMs and Samsung were going to be --
23   that were actively investing in creating a
24   █████████████████████████████████████
     ████████████ correct?
```

```
 1          KOLOTOUROS - HIGHLY CONFIDENTIAL
 2     summarizes the asked the business council; is
 3     that right?
 4          A.    Yes.
 5          Q.    And the idea here is that Google
 6     asked -- the Google team asked the business
 7     council for permission to send          in
 8     2020 which would grow to 4.5 billion in 2023;
 9     is that right?
10          A.    Yes, that's what the slide says.
11          Q.    And all of that money would take the
12     form of revenue share both from Google Search
13     and Google Play for devices enrolled, correct?
14          A.    I believe that is correct, yes.
15          Q.    And it says here that "Google would
16     pay revenue share to secure platform
17     protections for Search and Play and critical
18     acts protections on more devices."  Do you see
19     that?
20          A.    Yes.
21          Q.    So this revenue share that was being
22     requested would secure protection for Google
23     Play, correct?
24          A.    It would secure platform defaults
25     for Search and device by device -- on a device
```

1      KOLOTOUROS - HIGHLY CONFIDENTIAL

2  Chinese OEMs that had alternative app stores

3  were being contemplated to receive ███████

   ████████████████ Google Play rev share than the

5  OEMs that did not have those alternative app

6  stores, correct?

7      A.    The economic compensation for Play

8  Store was reflected differently in different

9  deals.  So I'm not drawing the correlation

10 between the prior slide and the reps of their

11 stores as much as I am their ability to compete

12 with iPhone and our desire for them to create

13 devices that could compete successfully versus

14 iPhone.

15     Q.    Well, part of participation in the

16 Google premier tier was ████████████████████

   █████████████████████████████████████████████

   ██████████████████ correct?

19     A.    As part of the out of box

20 experience, correct.

21     Q.    Which is why I said ████████████  So

22 part of the ability to get into the premier

23 tier, the OEM had to agree not to ████████████

   ████████████████████████████████████

25 correct?

```
                                              Page 291

  1           KOLOTOUROS - HIGHLY CONFIDENTIAL
  2        A.    I believe that's the case, yes.
  3        Q.    And that means for the Chinese OEMs
  4   like ███████████████ et cetera, that they
  5   would have to ████████████████████████████
      ████████ that they already had and ████████████
      ██████████████████████████████████████████,
  8   correct?
  9        A.    If they elected to enroll devices in
 10   this tier, correct.
 11        Q.    Right and to make it worth their
 12   while, Google had to offer a ████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████ right?
 15        A.    I wouldn't necessarily draw that
 16   conclusion.
 17        Q.    You don't draw that conclusion in
 18   any way, shape or form?
 19        A.    I think that our desire was to align
 20   particularly closely with those OEMs who were
 21   competing particularly well in our minds
 22   relative to Apple.
 23        Q.    What did making them ████████████████
      ██████████████████████████████████████████
 25   do for that goal?
```

1          KOLOTOUROS - HIGHLY CONFIDENTIAL

2          A.    They would make it much more

3    equivalent to the app store experience or the

4    app download experience that is offered on

5    iPhones versus going to a new Android phone and

6    ███████████████████████████  which could create

7    confusion and cause a user to question whether

8    or not this is the kind of device or ecosystem

9    they want to be in.

10         Q.    So you think that a consumer faced

11   with ██████████████████████████  on their

12   Android devices is a negative user experience?

13         A.    As part of the out of box

14   experience, it is my belief that the competing

15   with Apple iphone requires the most efficient

16   experience possible to be successful.

17         Q.    One way for an OEM to be successful,

18   however, would be to pay Google no money in

19   connection with apps downloaded onto its

20   devices through alternative app stores, right?

21         A.    I'm sorry, can you repeat the

22   question?

23         Q.    An OEM that has its own app store

24   where users can download apps outside of Google

25   Play through those alternative app stores we

```
                                        Page 310
```

1              KOLOTOUROS - HIGHLY CONFIDENTIAL

2      yet listed or nonRSA partners, right?

3          A.    Yes.

4          Q.    And so in terms of the total

5      projected Play revenue, just taking 2023, for

6      example, Google was looking at nearly

7      ███████████████████████████ sorry -- it's in

8      millions.  I'm like that can't be right.

9      ████████████, right?

10         A.    It's ████████████.  I think that's

11     correct.  Yes, that's the forecast.

12         Q.    Of that ███████████████████████ was

13     going to be coming from Samsung under the

14     projection?

15         A.    That's correct.

16         Q.    That's ███████████████ of the

17     projected income, right?

18         A.    Yes.

19         Q.    And the Chinese OEMs were expected

20     to account for, you know, ████████████████

21         A.    That is correct, yes.

22         Q.    And ███████████████ was estimated to

23     come from OEMs that was not party to the RSA?

24         A.    Yes.

25         Q.    Let's just look briefly at the slide

1          KOLOTOUROS - HIGHLY CONFIDENTIAL

2          Q.    Do you know who it was offhand?

3          A.    I think it included Paul Gennai and

4   I think Paul Joyce and I think -- and among

5   others but I don't have a full roster.

6          Q.    Jamie Rosenberg was involved?

7          A.    I believe he was involved, yes.

8          Q.    He -- the slide -- was Christopher

9   Li involved?

10         A.    I don't believe so.

11         Q.    If you go to page 8211, the third

12  page of the document.

13         A.    Okay.

14         Q.    Are you there?

15         A.    Give me one second.  8211, I see it.

16         Q.    This says, "Existential Question.

17  How do we continue to keep Play as the

18  preeminent distribution platform for Android."

19  Do you see that?

20         A.    Yes.

21         Q.    So, the issue that was trying to be

22  solved by Project Banyan was to ensure that

23  Google Play could maintain its position as the

24  preeminent Android app distribution platform,

25  correct?

```
 1              KOLOTOUROS - HIGHLY CONFIDENTIAL
 2          for identification.)
 3          A.    Give me one moment.  Refreshing.  I
 4     see tab 631.  I see "Google - Samsung app
 5     distribution collaboration."
 6          Q.    PX631 is Google Play 000117285.R and
 7     I won't read of the end Bates.  That is in
 8     front of you?
 9          A.    It is.
10          Q.    And this is the actual presentation
11     that was given by Google to Samsung in
12     April 26, 2019?
13          A.    Yes, can you give me a minute to
14     confirm?  I want to check something to make
15     sure.  It appeared to be that, yes.
16          Q.    And this document was created and
17     maintained in the ordinary course of business
18     at Google?
19          A.    Yes.
20          Q.    And Google offered to pay at this
21     meeting $200,000,000 over four years to
22     Samsung, correct?
23          A.    That is correct.
24          Q.    And in exchange for the
25     $200,000,000, Google wanted to the host all
```

Page 375

KOLOTOUROS - HIGHLY CONFIDENTIAL

1
2      apps through -- that were distributed to the
3      Galaxy Store, correct?
4          A.    I believe the goal was to create a
5      storefront within the Play Store so Samsung's
6      desire to differentiate and deliver alternative
7      in unique services and experiences could be
8      reflected through the Play Store.
9          Q.    So, in other words, it would be
10     Google Play with Google Play billing but would
11     have a storefront that said Samsung, that was
12     the idea, right?
13              MR. POMERANTZ:  Object to the form.
14         A.    The idea was to provide a prominent
15     storefront to Samsung, so that within the Play
16     Store, it could drive more traffic and more
17     value to users through that storefront.
18         Q.    So, the store would be Google Play
19     with Google Play billing but would have a
20     storefront that said Samsung, right?
21         A.    Yes, within the Play Store; that is
22     correct.
23         Q.    And Google would keep all of the
24     revenue from all in-app purchases made through
25     that store, correct?

1              KOLOTOUROS - HIGHLY CONFIDENTIAL

2        A.      Notwithstanding the payments made to

3    Samsung in connection with the collaboration

4    discussed, so that they could invest in

5    exclusive deals and compensate developers in

6    any way they saw fit.

7        Q.      Google would keep all revenue from

8    all in-app purchases made through the store

9    that was being discussed here, correct?

10              MR. POMERANTZ:   Object to the form.

11       A.      Yes, Google would keep the revenue

12   that it would be earned, yes.

13       Q.      Samsung was receptive to Google's

14   proposal that Google pay Samsung $200,000,000

15   in exchange for this agreement not to have its

16   own Samsung Galaxy Store, correct?

17       A.      The conversation continued

18   subsequent to this presentation in Korea; that

19   is correct.

20       Q.      But Samsung indicated a willingness

21   to have Samsung just be a storefront for Google

22   Play but wanted to keep Samsung's in-app

23   billing mechanism, correct?

24       A.      I believe they wanted to maintain

25   some level of their billing; that is correct.

1                KOLOTOUROS - HIGHLY CONFIDENTIAL

2      definitions, and requirements for which the

3      ecosystem (apps, devices) must abide by;" is

4      that correct?

5           A.    Yes.

6           Q.    And now if we just quickly go up to

7      876.R.

8           A.    One moment, please.  Let me zoom

9      out, 876.  Okay.

10          Q.    And this is a slide entitled,

11     "Google Play Services/GMS Core is an important

12     element of Play;" is that correct?

13          A.    Yes.

14          Q.    And it says the, "Play Store

15     provides a set of Google APIs that help support

16     functionality of all Android applications;" is

17     that correct?

18          A.    Excuse me, yes.

19          Q.    And it goes on to say, "GMS Core

20     APIs, Google Play Services) Ads, Maps,

21     Analytics, Locations, etc.," do you see that?

22          A.    I do.

23          Q.    So, there are hundreds of thousands

24     of third-party apps that cannot run without

25     proprietary Google APIs; is that correct?

```
 1            KOLOTOUROS - HIGHLY CONFIDENTIAL
 2    subject to a litigation hold notice?
 3         A.    I do not think so, no.
 4         Q.    How about in the past four years,
 5    has there been any point at which you have not
 6    been subject to a litigation hold notice?
 7         A.    I feel I'm sensitive going back
 8    beyond like a clear timeframe for fear of being
 9    inaccurate in the chronology.
10         Q.    It's possible but you're just not
11    sure; is that fair?
12         A.    Yes, I think that's fair.
13         Q.    Do you have -- strike that.
14               Do you know what I mean when I say
15    history off in respect to Google Chats?
16         A.    Yes.
17         Q.    Do you have history off in your
18    Google Chats?
19         A.    I do.
20         Q.    How long have you had history off in
21    your Google Chats?
22         A.    I think for as long as I have been
23    using Google Chat.
24         Q.    Have you ever turned history on in
25    Google Chat?
```

# Exhibit A15
# Public Redacted Version

# EXHIBIT 23

**Sent:** Thur 3/17/2022 7:17:30 AM (UTC)
**From:** t_____@google.com
**To:** e_____@google.com, t_____@google.com
**Subject:** j2ZfwAAAAAE-MBI-FLAT:2022-03-16T22:43:16.391007-1

Screen Shot 2022-03-17 at 8.20.58 AM.png
Screen Shot 2022-03-17 at 8.59.46 AM.png
Screen Shot 2022-03-17 at 12.29.24 PM.png
IMG_2291.PNG
Screen Shot 2022-03-18 at 8.39.39 AM.png
image.png
Screen Shot 2022-03-18 at 11.09.44 AM.png
Screen Shot 2022-03-18 at 12.45.16 PM.png
Screen Shot 2022-03-18 at 2.58.15 PM.png
Screen Shot 2022-03-18 at 4.58.39 PM.png
Screen Shot 2022-03-18 at 5.46.18 PM.png
Screen Shot 2022-03-18 at 6.05.30 PM.png
IMG_2293.PNG
IMG_2294.PNG
Image_20220319_112451.(null)
Image_20220319_152310.(null)
IMG_2296.PNG
IMG_2297.PNG
IMG_2300.PNG
image.png
Screen Shot 2022-03-21 at 7.47.17 AM.png
Screen Shot 2022-03-21 at 8.47.22 AM.png
image.png
Screen Shot 2022-03-21 at 1.15.46 PM.png
3c8a081c-6400-4a0b-9572-da4afbde885f.jpg
Screen Shot 2022-03-21 at 3.28.58 PM.png
image.png
e6ffc769-3fd5-4b69-8c71-07674de48a90.mp4
e6ffc769-3fd5-4b69-8c71-07674de48a90.mp4
image.png
IMG_2304.PNG
image.png
Screen Shot 2022-03-22 at 9.11.37 AM.png
Screen Shot 2022-03-22 at 12.38.23 PM.png
Screen Shot 2022-03-22 at 2.15.41 PM.png
image.png
Screen Shot 2022-03-22 at 4.00.27 PM.png
image.png
image.png
image.png
Screen Shot 2022-03-23 at 8.39.31 AM.png
Screen Shot 2022-03-23 at 9.24.42 AM.png
image.png
Screen Shot 2022-03-23 at 2.53.08 PM.png
Screen Shot 2022-03-23 at 2.58.02 PM.png
Screen Shot 2022-03-23 at 2.59.35 PM.png
Screen Shot 2022-03-23 at 3.07.00 PM.png
Screen Shot 2022-03-23 at 3.23.25 PM.png
a63f9b65-ef16-4d7d-8349-660e8d978a70.jpg
image.png
image.png
Screen Shot 2022-03-24 at 9.48.15 AM.png
Screen Shot 2022-03-24 at 10.22.13 AM.png
image.png
image.png
image.png


**t_____@google.com** 2022-03-17T07:17:29.098Z

ooh! https://boardgamegeek.com/boardgame/356123/turing-machine

https://boardgamegeek.com/boardgame/356123/turing-machine

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

t█████@google.com 2022-03-17T07:24:23.954Z

almost forgot about calibration tomorrow! thankfully have no flags yet!

e█████@google.com 2022-03-17T15:20:07.097Z

"Codes are a puzzle. A game, just like any other game."
- Alan Turing in The Imitation Game.

e█████@google.com 2022-03-17T15:20:08.749Z

??????

e█████@google.com 2022-03-17T15:21:15.834Z

That's not how quoting works!!

e█████@google.com 2022-03-17T15:21:20.124Z

Screen Shot 2022-03-17 at 8.20.58 AM.png
t█████@google.com 2022-03-17T15:31:58.416Z

Hahahahahah omg I just saw the cute game, not this quote that obvs so anti-emzy! Do you think the game is entirely inspired by the movie, and like goes to great pains to focus on whatever movie flourishes there are

t█████@google.com 2022-03-17T15:50:33.783Z

hahahah poor glenn!

e█████@google.com 2022-03-17T15:50:46.611Z

Glenn in freaking out!

t█████@google.com 2022-03-17T15:50:50.774Z

did he get arris'd?

e█████@google.com 2022-03-17T15:50:54.700Z

Yes!

t█████@google.com 2022-03-17T15:51:03.151Z

UGH!

t█████@google.com 2022-03-17T15:51:10.653Z

could totally tell!

t█████@google.com 2022-03-17T15:51:25.018Z

REDACTED - PRIVILEGE

t█████@google.com 2022-03-17T15:53:18.584Z

# REDACTED - PRIVILEGE

t█████@google.com 2022-03-17T15:53:20.275Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

sooooo

t██████@google.com 2022-03-17T15:54:21.071Z

# REDACTED - PRIVILEGE

t██████@google.com 2022-03-17T15:54:29.165Z

so at least there's that!

e██████@google.com 2022-03-17T15:57:42.458Z

Whole situation just incredible!

e██████@google.com 2022-03-17T15:57:55.083Z

That's why I'm moving to Coinbase!

t██████@google.com 2022-03-17T15:58:37.761Z

hahahahahahahaha ok trying to think of how their gc would come down on this--like very pmy aggro nature he'd probably be into, but actually with all the nonsense and gumming up everything feel like actually even he'd hate?

t██████@google.com 2022-03-17T16:00:21.221Z

Screen Shot 2022-03-17 at 8.59.46 AM.png
t██████@google.com 2022-03-17T16:00:27.553Z

Development!

t██████@google.com 2022-03-17T16:00:55.327Z

kind of like what 9/11 was in this book, like little plot device to ruffle things up a bit! (barely?)

e██████@google.com 2022-03-17T16:03:14.638Z

OK I love that the scenes in this book aren't even connected to each other?

e██████@google.com 2022-03-17T16:03:35.379Z

Like last we heard everybody at Rosewood hanging with escorts and now Sloane is in a car chase with Tae?

t██████@google.com 2022-03-17T16:05:02.027Z

oh yeah that's his distinctive writing style! which do bet someone as pmy thinks of terrible writing practices they have as actually r brilliant and idiosyncratic

t██████@google.com 2022-03-17T16:08:02.042Z

ok do feel like your calibration way more intense! like not sure i'll even have any good anecdotes until bryson speaks!

t██████@google.com 2022-03-17T16:32:10.850Z

ok i know orange not the best but this look! < 3!!

t██████@google.com 2022-03-17T16:32:12.206Z

https://twitter.com/kateStrasdin/status/1504402432327102465

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t**███████**@google.com** 2022-03-17T16:40:00.739Z

ugh my steam deck doesn't ship until q3!

**e**███████**@google.com** 2022-03-17T17:27:29.071Z

Ooh hope you're v jealous!

**e**███████**@google.com** 2022-03-17T17:28:09.454Z

R good coat! Will make an exception for orange in this case!

**t**███████**@google.com** 2022-03-17T17:43:16.391Z

oh yeah ofc!

**t**███████**@google.com** 2022-03-17T17:51:50.505Z

at least i have my lil humble analogue pocket! ooh i bet that cute crank console will come in soon too! ok whew

**e**███████**@google.com** 2022-03-17T17:57:13.032Z

Represented defendant theme park in premises liability case in which the jury returned a defense verdict.

**e**███████**@google.com** 2022-03-17T17:57:17.298Z

Do love this resume bullet!

**t**███████**@google.com** 2022-03-17T18:14:38.433Z

oh no that poor person that got beat up by an animatronic!

**t**███████**@google.com** 2022-03-17T18:21:53.840Z

ooh IMPORTANT

**t**███████**@google.com** 2022-03-17T18:21:55.092Z

Please join Teresa Yan, our Practising Law Institute (PLI) account manager, on Thursday, March 24th at 9:30am PST for a demonstration of how to use the CLE Credit Tracker available to you with Google Legal's PLI membership.

**e**███████**@google.com** 2022-03-17T18:55:02.557Z

OK do feel like could be fun to go to that and heckle?

**t**███████**@google.com** 2022-03-17T19:01:33.164Z

hahahah yeah is actually p amazing--they should have that axiom person come too to talk about axiom!

**t**███████**@google.com** 2022-03-17T19:02:16.134Z

https://www.buzzfeed.com/ranma/pick-sweets-to-reveal-if-youre-more-goth-or-soft

https://www.buzzfeed.com/ranma/pick-sweets-to-reveal-if-youre-more-goth-or-soft
**t**███████**@google.com** 2022-03-17T19:02:30.327Z

but what if i'm both??

**t**███████**@google.com** 2022-03-17T19:03:16.027Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Soft!
You have a soft style, like wearing light colors and cute accessories. You love making people happy and doing whatever you can to make others smile. You also love collecting soft stuffed animals and anything colorful!

**t⬛⬛⬛@google.com** 2022-03-17T19:03:17.830Z

i mean yes!

**e⬛⬛⬛@google.com** 2022-03-17T19:17:11.323Z

Haha you're just a soft lil goth!

**e⬛⬛⬛@google.com** 2022-03-17T19:17:56.564Z

Goth!
You have a more dark taste in style, such as wearing all black or ripped jeans. You also love rocking out to loud, emotional music that helps capture the turmoil you feel inside. However, just because you have a cloudier personality doesn't mean you're not a nice person who loves to be around your closest friends.

**e⬛⬛⬛@google.com** 2022-03-17T19:18:00.486Z

Ooh twist!

**e⬛⬛⬛@google.com** 2022-03-17T19:18:32.213Z

Haha OK interview went off the rails when he started talking about Zelda and I was like oooh got my steamdeck!

**e⬛⬛⬛@google.com** 2022-03-17T19:18:39.214Z

And he was like ?

**e⬛⬛⬛@google.com** 2022-03-17T19:18:42.827Z

And I was like do you use Steam?

**e⬛⬛⬛@google.com** 2022-03-17T19:18:58.421Z

And he was like oh is that like Game Pass?

**e⬛⬛⬛@google.com** 2022-03-17T19:19:16.477Z

No hire, chump!

**t⬛⬛⬛@google.com** 2022-03-17T19:19:24.948Z

ooh you got goth--twist! great troll of me as always!

**t⬛⬛⬛@google.com** 2022-03-17T19:19:37.481Z

hahaha omg what a fake gamer!

**t⬛⬛⬛@google.com** 2022-03-17T19:19:49.564Z

the game pass part makes it so much worse!

**e⬛⬛⬛@google.com** 2022-03-17T19:19:56.005Z

And started talking about how great Guardians of the Galaxy game is!

**t⬛⬛⬛@google.com** 2022-03-17T19:20:21.524Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500588

hahahaha ok have heard it's actually decent like story-wise i guess? eeh did he talk about halo too?

**t███████@google.com** 2022-03-17T19:20:35.559Z

how does he know game pass but not steam deck?

**e███████@google.com** 2022-03-17T19:20:38.441Z

Haha I tried to explain Steam Deck to him and he was like so you could connect it to your phone?

**t███████@google.com** 2022-03-17T19:20:41.151Z

super suspect knowledge

**e███████@google.com** 2022-03-17T19:20:43.307Z

I saw a guy playing Doom on his phone on the subway...

**t███████@google.com** 2022-03-17T19:20:44.748Z

hahahahaha

**t███████@google.com** 2022-03-17T19:20:47.099Z

omg

**t███████@google.com** 2022-03-17T19:20:53.179Z

yeah on his nokia prob!

**e███████@google.com** 2022-03-17T19:20:59.738Z

Feel like he's just console gamer!

**e███████@google.com** 2022-03-17T19:21:07.539Z

Oh and then he started talking about his standup routine!

**t███████@google.com** 2022-03-17T19:21:11.136Z

now if he said oh like a tamagotchi, i would have respected that!

**t███████@google.com** 2022-03-17T19:21:14.680Z

oh no!!

**e███████@google.com** 2022-03-17T19:21:20.118Z

Oh yeah I have a tamagotchi under my bed!

**t███████@google.com** 2022-03-17T19:21:24.207Z

< 3!

**t███████@google.com** 2022-03-17T19:21:34.393Z

lil dagz!

**t███████@google.com** 2022-03-17T19:21:53.120Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e▓▓▓▓@google.com** 2022-03-17T19:22:09.581Z

I should have asked!

**e▓▓▓▓@google.com** 2022-03-17T19:22:21.718Z

He started telling me how someone heckled him last night and he had to change his whole closer!

**t▓▓▓▓▓@google.com** 2022-03-17T19:22:53.040Z

hahahahahaha omg who would even want to do that?? besides ali and this guy i guess!

**e▓▓▓▓@google.com** 2022-03-17T19:23:03.044Z

And Erin Simon!

**e▓▓▓▓@google.com** 2022-03-17T19:23:11.895Z

Vibe def more like Ali though!

**e▓▓▓▓@google.com** 2022-03-17T19:23:18.049Z

Although at least he didn't try to do a whitewash!

**t▓▓▓▓▓@google.com** 2022-03-17T19:23:41.916Z

oh forgot about erin's standup! is very her esprit!

**t▓▓▓▓▓@google.com** 2022-03-17T19:24:13.398Z

hahaha what if it is ali, incognito?

**e▓▓▓▓@google.com** 2022-03-17T19:24:51.877Z

OK did kind of look like him!

**e▓▓▓▓@google.com** 2022-03-17T19:27:44.417Z

https://www.buzzfeed.com/hopmanjustin/do-you-know-new-jersey-trivia-quiz

https://www.buzzfeed.com/hopmanjustin/do-you-know-new-jersey-trivia-quiz
**t▓▓▓▓▓@google.com** 2022-03-17T19:28:25.531Z

waaat shaq is from NJ?

**t▓▓▓▓▓@google.com** 2022-03-17T19:28:27.976Z

so many greats

**t▓▓▓▓▓@google.com** 2022-03-17T19:29:33.756Z

ok not as bad as i thought i'd do at first!

**t▓▓▓▓▓@google.com** 2022-03-17T19:29:45.537Z

Screen Shot 2022-03-17 at 12.29.24 PM.png
**e▓▓▓▓@google.com** 2022-03-17T19:30:21.719Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Haha I got 7!

**t█████@google.com** 2022-03-17T19:30:37.410Z

lmao amazing if only i'd gotten one more!

**t█████@google.com** 2022-03-17T19:30:54.094Z

missed all my guess ones!

**e████@google.com** 2022-03-17T20:19:51.092Z

https://www.buzzfeed.com/caedanceps/crepe-compliment-personality-quiz

https://www.buzzfeed.com/caedanceps/crepe-compliment-personality-quiz
**t█████@google.com** 2022-03-17T20:31:15.281Z

ooh what crepes and compliments great 3wm!

**t█████@google.com** 2022-03-17T20:31:33.359Z

and two things mdo would love to give you!

**t█████@google.com** 2022-03-17T20:32:22.650Z

mmmmm these crepes look so good

**t█████@google.com** 2022-03-17T20:32:24.412Z

You are literally the sweetest!
Not many people are kind just for the sake of being kind, but then again, you're not most people. You make the world a better place!

**t█████@google.com** 2022-03-17T20:32:26.914Z

awww thanks bf!

**t█████@google.com** 2022-03-17T21:21:57.665Z

"i just would posture that..." haha never heard that one!

**e████@google.com** 2022-03-17T21:24:23.739Z

Yeah posture it chump!

**t█████@google.com** 2022-03-17T21:25:37.559Z

really wish he'd said i would posture that we're begging the question!

**e████@google.com** 2022-03-17T21:37:10.671Z

OK wait this guy emailed the WHOLE LEGAL DEPARTMENT with info about the crummy PLI tracker?

**e████@google.com** 2022-03-17T21:37:23.832Z

Which we all already know about?

**t█████@google.com** 2022-03-17T21:37:57.627Z

hahah yeah! i think it's halimah's chief of staff?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e████@google.com** 2022-03-17T21:38:20.041Z

Oh yeah so it is!

**e████@google.com** 2022-03-17T21:38:37.026Z

Amazing to think that even reading this email is a good use of anybody's time, let alone going to the presentation??

**t████@google.com** 2022-03-17T21:39:54.595Z

hahaha i love it so much--reminds me of all the legal tooling updates at all-hands?

**e████@google.com** 2022-03-17T21:41:49.412Z

Bryson Santaguida, Now
may i offer some food for thought?

**e████@google.com** 2022-03-17T21:41:55.743Z

(out of nowhere)

**e████@google.com** 2022-03-17T21:42:14.412Z

Bryson Santaguida, Now
can you gvc for efficiency purposes?

**t████@google.com** 2022-03-17T21:47:06.313Z

hahahahahahah

**t████@google.com** 2022-03-17T21:47:09.426Z

what??

**t████@google.com** 2022-03-17T21:47:12.321Z

does that even mean

**t████@google.com** 2022-03-17T21:47:32.589Z

i was p efficient this morning, hopped on urgent spotify meeting while in calibration! (tbf was done w/ my peeps!)

**e████@google.com** 2022-03-17T23:01:11.698Z

OK was p intense call!

**t████@google.com** 2022-03-17T23:02:45.111Z

w/ bryson??

**t████@google.com** 2022-03-17T23:02:55.765Z

oh! he was asking if you could hop on a gvs

**t████@google.com** 2022-03-17T23:02:57.839Z

gvc

**t████@google.com** 2022-03-17T23:03:17.230Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

for some reason i thought he meant like have you ever in your life used a exe...to be more efficient...out of the blue

**t████████@google.com** 2022-03-17T23:03:43.949Z

was it calibration stuff??

**t████████@google.com** 2022-03-17T23:06:11.986Z

do i need to hop on a call for efficiency purposes??

**e██████@google.com** 2022-03-17T23:26:05.737Z

Haha covered many subjects!

**e██████@google.com** 2022-03-17T23:26:17.469Z

Started with a bunch of complaints about people on my team dating back to last summer!

**e██████@google.com** 2022-03-17T23:26:33.809Z

Then long rant about Leslie!

**e██████@google.com** 2022-03-17T23:26:39.531Z

Many thoughts on ARRIS....

**e██████@google.com** 2022-03-17T23:26:44.728Z

And did do the Wordle!

**t████████@google.com** 2022-03-17T23:26:55.376Z

hahahahaha omg!

**t████████@google.com** 2022-03-17T23:27:08.595Z

oh yeah arris nonsense has been like half my day!

**t████████@google.com** 2022-03-17T23:34:23.660Z

ooh annoying wordle! whew

**e██████@google.com** 2022-03-17T23:39:21.562Z

I lost my first Wordle game yesterday!

**e██████@google.com** 2022-03-17T23:39:26.158Z

Was the worst!

**t████████@google.com** 2022-03-17T23:39:29.577Z

nyt being sketchy!

**t████████@google.com** 2022-03-17T23:39:49.641Z

i actually kind of stopped playing it regularly at least (although spotify/yt/arris may be slightly to blame)

**t████████@google.com** 2022-03-17T23:40:15.410Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

wait what was yesterday's? i feel like i started it and after two guesses seemed annoying so went back to work nonsense

**e▮▮▮▮@google.com** 2022-03-17T23:44:01.698Z

Oh I don't even remember, some boring nonsense!

**t▮▮▮▮@google.com** 2022-03-17T23:44:32.493Z

just don't think has the staying power unless they iterate on it, which obvs will never do!

**t▮▮▮▮@google.com** 2022-03-17T23:44:44.892Z

just let the team that does the variety pack stuff do way more!

**t▮▮▮▮@google.com** 2022-03-17T23:46:33.667Z

ooh also have thoughts on congratbot and even though do love robots and don't like long +1 congrats threads, feel like actually v annoying!

**t▮▮▮▮@google.com** 2022-03-17T23:46:55.632Z

like not good solution to the problem, and actually just exacerbates and makes those threads even MORE awkward

**t▮▮▮▮@google.com** 2022-03-17T23:50:54.164Z

also amazing b/c you can disable i guess, but they literally just show the subject lines of every email that has congratbot on it that's active rn?

**t▮▮▮▮@google.com** 2022-03-17T23:51:12.183Z

https://congratbot.googleplex.com/status

https://congratbot.googleplex.com/status
**e▮▮▮▮@google.com** 2022-03-17T23:53:32.568Z

Oh yeah and some people using it ironically and some people using it sincerely!

**e▮▮▮▮@google.com** 2022-03-17T23:53:38.091Z

Which causes lots of problems!

**t▮▮▮▮@google.com** 2022-03-17T23:53:44.827Z

omg really? i assumed everyone using ironically!

**e▮▮▮▮@google.com** 2022-03-17T23:53:52.855Z

Oh yeah you wish!

**t▮▮▮▮@google.com** 2022-03-17T23:53:57.290Z

ahahahahaha what

**t▮▮▮▮@google.com** 2022-03-17T23:54:02.544Z

how

**e▮▮▮▮@google.com** 2022-03-17T23:54:05.719Z

But people like ooooh great achievement! Get congratbot in here!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Then thread never ends!

**t**▮▮▮▮**@google.com** 2022-03-17T23:54:16.440Z

i know people aren't as comedically savvy and nuanced as we are but

**t**▮▮▮▮**@google.com** 2022-03-17T23:54:32.603Z

hahahaha ok i do kind of love that

**t**▮▮▮▮**@google.com** 2022-03-17T23:54:47.787Z

"i wish we could add multiple congratbots--they always say what i wanna say!"

**e**▮▮▮▮**@google.com** 2022-03-17T23:57:45.290Z

Ooh should we make more and more sarcastic congratbots?

**e**▮▮▮▮**@google.com** 2022-03-17T23:57:50.212Z

To hit any level of desired irony!

**t**▮▮▮▮**@google.com** 2022-03-17T23:58:02.263Z

oh yeah there should be like 10 with different esprits!

**t**▮▮▮▮**@google.com** 2022-03-17T23:58:08.524Z

and apposite names!

**t**▮▮▮▮**@google.com** 2022-03-17T23:58:15.309Z

lord byron congratbot!

**e**▮▮▮▮**@google.com** 2022-03-18T00:01:11.744Z

Ooh would add that one to all my threads!

**e**▮▮▮▮**@google.com** 2022-03-18T00:01:24.764Z

Maybe can make one that suggests inapposite congratulatory swag!

**t**▮▮▮▮**@google.com** 2022-03-18T00:02:02.715Z

hahahahaha omg would save a lot of googlers time!

**t**▮▮▮▮**@google.com** 2022-03-18T00:21:41.613Z

oooh you could do a limerick bot!

**t**▮▮▮▮**@google.com** 2022-03-18T00:44:35.901Z

This book has such a cool way of doing magic!

**t**▮▮▮▮**@google.com** 2022-03-18T00:44:41.501Z

IMG_2291.PNG
**e**▮▮▮▮**@google.com** 2022-03-18T01:25:32.059Z

Oh yeah it's v F! Ofc you like it!

**t⬛⬛⬛@google.com** 2022-03-18T01:27:55.672Z

hahahahha 🫥

**t⬛⬛⬛@google.com** 2022-03-18T15:16:58.183Z

haha ok i get up with some time for my 815...but then see had a 6a email from spotify like i've added you to our call (which turns out was 7-8a). nice try buddy!

**t⬛⬛⬛@google.com** 2022-03-18T15:40:07.221Z

Screen Shot 2022-03-18 at 8.39.39 AM.png
**t⬛⬛⬛@google.com** 2022-03-18T15:43:29.384Z

is this what cloud legal meetings are like? except they're at the beach playing bocce?

**t⬛⬛⬛@google.com** 2022-03-18T15:44:56.451Z

also honestly message doesn't at all seem to match response even in most crazed careerist environment?

**t⬛⬛⬛@google.com** 2022-03-18T15:45:26.258Z

like you've all been working hard on this...now you can work more...and one of you will get a job here! (i assumed they all were already working there?)

**t⬛⬛⬛@google.com** 2022-03-18T15:48:14.361Z

also i guess this is the big twist?

**e⬛⬛⬛@google.com** 2022-03-18T16:02:28.728Z

OK I don't even understand what they've been doing the whole time?

**e⬛⬛⬛@google.com** 2022-03-18T16:02:41.888Z

Like they're manually typing responses...based on something...to someone?

**e⬛⬛⬛@google.com** 2022-03-18T16:02:56.180Z

Are they faking the supposedly AI-generated responses that Clear is supposed to make?

**t⬛⬛⬛@google.com** 2022-03-18T16:03:46.433Z

yeah, i guess so? and we only have six pages to find out how!

**t⬛⬛⬛@google.com** 2022-03-18T16:04:03.102Z

but isn't whole "magic" that it's on point and instant?

**t⬛⬛⬛@google.com** 2022-03-18T16:04:19.805Z

in way that couldn't be done manually?

**e⬛⬛⬛@google.com** 2022-03-18T16:04:20.101Z

Barely even remember this guy...he was the one that Tae embarrassed earlier, but then they have a secret alliance?

**e⬛⬛⬛@google.com** 2022-03-18T16:04:25.460Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t█████████@google.com** 2022-03-18T16:04:30.513Z

hope explanation is as good as the numerator one!

**e█████@google.com** 2022-03-18T16:04:34.870Z

And also this guy secretly got Maverick pregnant or whatever?

**t█████████@google.com** 2022-03-18T16:04:57.709Z

yeah! i think he went off to make this...response farm i guess?

**t█████████@google.com** 2022-03-18T16:05:08.611Z

hahaha it's such an amazing mess!

**t█████████@google.com** 2022-03-18T16:05:57.194Z

yeah was this the guy who made suits but bought two in tae's size instead of just one in the right size?

**t█████████@google.com** 2022-03-18T16:06:28.219Z

also love how it's like pink lining haven't seen that since ny...we just had a whole interlude about how that's tae's thing!

**e█████@google.com** 2022-03-18T16:10:30.482Z

Haha yeah but maybe Sloane means literally, haven't seen Tae wear his pink lining suit since they were in NY together last week!

**e█████@google.com** 2022-03-18T16:11:10.589Z

OK also do love the concept of this supposedly being a topper to 9/11?

**e█████@google.com** 2022-03-18T16:11:33.266Z

Like feel like a bunch of chumps typing in a room can't feasibly raise drama from evacuating from Twin Towers!

**e█████@google.com** 2022-03-18T16:11:51.274Z

Even though to be fair to Steven, 9/11 escape was portrayed in most boring possible manner!

**t█████████@google.com** 2022-03-18T16:14:55.428Z

oh yeah it's so anti-climactic! ssh definitely thinks we're all gasping rn!

**t█████████@google.com** 2022-03-18T16:15:24.034Z

even though this guy transparently a huckster since the start?

**t█████████@google.com** 2022-03-18T16:15:44.997Z

oh wait nm i got the guys mixed up

**t█████████@google.com** 2022-03-18T16:16:02.114Z

the embarrassed guy and the former partner guy with the 1.5 suits

**t█████████@google.com** 2022-03-18T16:17:13.519Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

can't believe we're almost at the end! it's all coming together!

**e⬛⬛@google.com** 2022-03-18T16:17:41.283Z

Haha can't believe you forgot ugly stout Billy who perished in the Twin Towers!

**t⬛⬛@google.com** 2022-03-18T16:17:50.977Z

yeah!

**t⬛⬛@google.com** 2022-03-18T16:17:57.336Z

well i guess i briefly conflated them!

**t⬛⬛@google.com** 2022-03-18T16:18:16.650Z

every guy in here perpetually humiliated! usually by ssh!

**t⬛⬛@google.com** 2022-03-18T16:19:47.427Z

ooh no rush but did you want to dark academia today? will ping thread if so!

**t⬛⬛@google.com** 2022-03-18T16:47:09.776Z

ok the colors and patterns on here amazing!

**t⬛⬛@google.com** 2022-03-18T16:47:14.455Z

https://pbs.twimg.com/media/FN9CqJ4XoAck6N6?format=jpg&name=900x900
**t⬛⬛@google.com** 2022-03-18T16:47:28.722Z

image.png
**e⬛⬛@google.com** 2022-03-18T17:44:06.899Z

OK this dress incredible! So fun!

**t⬛⬛@google.com** 2022-03-18T17:47:44.696Z

yeah! and the big sleeves!

**e⬛⬛@google.com** 2022-03-18T17:48:34.359Z

Turquoise tassels take it over the top!

**t⬛⬛@google.com** 2022-03-18T17:50:12.269Z

< 3!

**t⬛⬛@google.com** 2022-03-18T17:53:52.065Z

and like lots going on but still coherent!

**t⬛⬛@google.com** 2022-03-18T18:09:54.247Z

wheeeew! was navigating both YT and arris on this one!

**t⬛⬛@google.com** 2022-03-18T18:10:04.662Z

Screen Shot 2022-03-18 at 11.09.44 AM.png
**t⬛⬛@google.com** 2022-03-18T18:10:28.159Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

and wasn't sure halimah was on board with TPs we came up with! so double whew!

**e**████**@google.com** 2022-03-18T18:11:25.587Z

Yeah but did LAM, Halimah's boss, sign off?

**t**████████**@google.com** 2022-03-18T18:13:17.426Z

<div style="border:1px solid black; text-align:center;">

# REDACTED - PRIVILEGE

</div>

**t**████████**@google.com** 2022-03-18T18:13:28.374Z

he < 3 his legal org! 😊

**e**████**@google.com** 2022-03-18T18:15:01.645Z

Yeah smart guy!

**t**████████**@google.com** 2022-03-18T18:28:28.517Z

do feel like it's bit of a wizard of oz thing where people constantly in freaking out, but actually half the power asserted is just fake?

**t**████████**@google.com** 2022-03-18T18:28:53.338Z

reminded me of that thing when kent was like "RI--responsible innovation?"

**e**████**@google.com** 2022-03-18T18:36:09.315Z

OK that makes it even more crazy though right!

**e**████**@google.com** 2022-03-18T18:36:24.221Z

Like Kent so ignorant of what they do but yet won't even take a stand?

**t**████████**@google.com** 2022-03-18T18:39:00.982Z

yeah! and i guess did bully him into sending that email so is SOME power? but basically comes down to i feel like anyone could do this tbh b/c he's so conflict-averse!

**t**████████**@google.com** 2022-03-18T18:39:14.494Z

which usu do think is a good thing but!

**e**████**@google.com** 2022-03-18T18:39:25.820Z

Ugh I know!

**e**████**@google.com** 2022-03-18T18:39:33.737Z

Like love Kent but feel like he's being a huge chump!

**e**████**@google.com** 2022-03-18T18:40:02.966Z

I mean I hate conflict also but do feel like when you're responsible for so many people, have to step up and engage where necessary to do the right thing for them!

**e**████**@google.com** 2022-03-18T18:40:11.801Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

And if don't want to, then need to take a different job!

**e█████@google.com** 2022-03-18T18:40:21.306Z

Or I don't know, hire someone to do it for you...like Halimah??

**t█████@google.com** 2022-03-18T18:41:51.007Z

oh yeah million p! that part is so puzzling!

**t█████@google.com** 2022-03-18T18:45:21.195Z

almost feel like the focus on arris email slightly misplaced like ok sure...but we need to define pcounsel role better b/c if just let other people define this will keep happening!

**e█████@google.com** 2022-03-18T18:45:32.032Z

Yeah like same thing with OCI and whatever?

**e█████@google.com** 2022-03-18T18:45:41.619Z

And same from encroachment of Competition/PLT whatever!

**t█████@google.com** 2022-03-18T18:45:47.045Z

also of critical importance b/c pcounsel literally holds the bit and on the hook for all manner of legal compliance?

**e█████@google.com** 2022-03-18T18:46:06.406Z

Like a ton of teams just want to start pcounseling, so agreed makes more sense to say what pcounsel do rather than just what ARRIS does or whatever.

**t█████@google.com** 2022-03-18T18:46:12.789Z

i do love OCI i still always think of on-campus interviewing first!

**e█████@google.com** 2022-03-18T18:46:19.448Z

Oh yeah same!

**e█████@google.com** 2022-03-18T18:46:41.073Z

Do love that Spyro just kind of already acknowledged by Kent to be a total failur?

**t█████@google.com** 2022-03-18T18:46:56.243Z

hahaha million p!

**e█████@google.com** 2022-03-18T18:46:56.697Z

Like thanks buddy! Glad you hired 300 heads or whatever but time to put you out to pasture in Atlanta!

**t█████@google.com** 2022-03-18T18:47:00.048Z

like why is he even still here?

**t█████@google.com** 2022-03-18T18:47:30.490Z

and then like oh since that didn't work let's just create ANOTHER new org amazing!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e⬛⬛@google.com** 2022-03-18T18:48:54.005Z

Yeah like no analysis of WHY it didn't work or what they were supposed to do!

**e⬛⬛@google.com** 2022-03-18T18:49:08.586Z

Feel like lesson learned should have been that was stupid to hire whole new org without any defined role for them!

**e⬛⬛@google.com** 2022-03-18T18:49:13.107Z

But here we go again!

**t⬛⬛⬛@google.com** 2022-03-18T18:49:24.055Z

just like moving on...uh...why don't you all go do AI ethics or something?

**t⬛⬛⬛@google.com** 2022-03-18T18:49:52.461Z

ooh maybe OVERoptimized for prospective team's desire to define role!

**e⬛⬛@google.com** 2022-03-18T18:50:27.715Z

Ugh just going to quit and go build an AirDND like in that thread!

**t⬛⬛⬛@google.com** 2022-03-18T18:50:56.549Z

hahahah ok i saw that name and already liked it!

**e⬛⬛@google.com** 2022-03-18T18:52:39.523Z

Yeah and then everyone started talking about the D&D chateau!

**t⬛⬛⬛@google.com** 2022-03-18T18:52:49.368Z

oooh what!

**t⬛⬛⬛@google.com** 2022-03-18T18:52:59.482Z

chateau ravenloft?

**e⬛⬛@google.com** 2022-03-18T18:53:34.989Z

Ooh great name!

**t⬛⬛⬛@google.com** 2022-03-18T18:53:45.369Z

and of course, hot tubs

**t⬛⬛⬛@google.com** 2022-03-18T18:53:54.137Z

esprit booo

**e⬛⬛@google.com** 2022-03-18T18:54:20.297Z

Haha yeah and the whole thing with "we provide food" seems v fraught too!

**t⬛⬛⬛@google.com** 2022-03-18T18:54:44.484Z

oh yeah million p almost feel like better off just offering lodging and lots of fun extras, but leave food and everything else to people?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e███████@google.com** 2022-03-18T18:54:50.721Z

Like hey got 15 pepperoni pizzas and some pork cracklins!

**t███████@google.com** 2022-03-18T18:54:57.813Z

hahahahahha

**t███████@google.com** 2022-03-18T18:55:00.866Z

like game store snacks

**t███████@google.com** 2022-03-18T18:55:09.863Z

which are always gross!

**t███████@google.com** 2022-03-18T18:56:25.643Z

and yes i will buy at the matt mercer tier!

**e███████@google.com** 2022-03-18T18:56:34.762Z

Haha feel like you would be so into whole thing!

**t███████@google.com** 2022-03-18T18:56:36.989Z

actually feel like those people would make a ton of money if they just franchised this

**e███████@google.com** 2022-03-18T18:56:48.202Z

Like that person who's like yes would pay $500 extra if you can make the window rain on queue!

**t███████@google.com** 2022-03-18T18:56:50.022Z

but def needs a brand to be trustworthy to a large group of people

**t███████@google.com** 2022-03-18T18:56:57.557Z

< 3!

**e███████@google.com** 2022-03-18T18:57:05.166Z

Ugh cue!

**e███████@google.com** 2022-03-18T18:57:13.106Z

Trying to parse r weird Igor email!

**t███████@google.com** 2022-03-18T18:57:13.597Z

sign me up for all the extras! yes including the extra pepperoni!

**e███████@google.com** 2022-03-18T18:57:24.096Z

Oh yeah and do wonder about this guy's DM skills!

**e███████@google.com** 2022-03-18T18:57:30.897Z

Like would be worst to book this whole thing and he's terrible!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

t███@google.com 2022-03-18T18:57:40.009Z

oh yeah dnd chateau ofc!

t███@google.com 2022-03-18T18:58:08.605Z

which igor email?

e███@google.com 2022-03-18T18:59:05.836Z

**REDACTED - PRIVILEGE**

e███@google.com 2022-03-18T19:16:34.515Z

# REDACTED - PRIVILEGE

e███@google.com 2022-03-18T19:16:40.216Z

# REDACTED - PRIVILEGE

e███@google.com 2022-03-18T19:16:54.384Z

# REDACTED - PRIVILEGE

# REDACTED - PRIVILEGE

**e⬛⬛⬛@google.com** 2022-03-18T19:45:48.777Z

Hahah omg just joined emergency call with Igor and he's wearing matching mariniere with somebody's child who ran on screen!

**e⬛⬛⬛@google.com** 2022-03-18T19:46:05.030Z

Screen Shot 2022-03-18 at 12.45.16 PM.png
**t⬛⬛⬛@google.com** 2022-03-18T20:01:20.095Z

hahahahahah omg that's amazing!

**t⬛⬛⬛@google.com** 2022-03-18T20:05:06.774Z

now i need to change!

**t⬛⬛⬛@google.com** 2022-03-18T20:06:40.259Z

# REDACTED - PRIVILEGE

**t⬛⬛⬛@google.com** 2022-03-18T20:06:51.790Z

but maybe you've resolved on mariniere chat now!

**e⬛⬛⬛@google.com** 2022-03-18T20:07:30.903Z

Yeah getting team mariniere swag!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t███████@google.com** 2022-03-18T20:17:57.514Z

wait how can i get on team???

**t███████@google.com** 2022-03-18T20:23:14.399Z

+ great emzy dress, just as aside!

**t███████@google.com** 2022-03-18T20:33:42.616Z

ok don't know if just b/c i punt them so much but have to system update computer like every week feel like!

**e███████@google.com** 2022-03-18T20:33:54.450Z

Oh yeah good reminder, I need to do mine too!

**t███████@google.com** 2022-03-18T20:58:46.609Z

day so randomly crazy! need pause button!

**e███████@google.com** 2022-03-18T21:01:24.801Z

Yeah r enjoying my 5 straight hours of meetings on no-meetings day!

**t███████@google.com** 2022-03-18T21:06:46.905Z

OMG right

**t███████@google.com** 2022-03-18T21:07:06.836Z

and managing sameer in freaking out bec did just say i never want your job after dealing with it for first time!

**t███████@google.com** 2022-03-18T21:29:21.232Z

<professional sameer cosseter i guess!

**e███████@google.com** 2022-03-18T21:47:10.090Z

PROFESSIONAL PROFILE
Goal-oriented, high achieving, collaborative leader with 6 years of experience managing complex litigation in both state and federal court, and extensive big tech representation. Known for being a strong team player with independent drive. Focused and determined to move matters forward with efficiency. Superior organizational, management, and leadership skills translate to meeting client goals as a business partner. Ability to wrestle with difficult problems and translate them with calm authority. Energized to learn new areas, thriving in dynamic work environments requiring mastering subject matter in a short period of time.

**t███████@google.com** 2022-03-18T21:47:33.864Z

haha what "Known for being a strong team player with independent drive. "

**t███████@google.com** 2022-03-18T21:47:49.941Z

known for being a rugged individualist communist

**t███████@google.com** 2022-03-18T21:48:49.163Z

Focused AND determined! wow really casting a suspicious glance at anyone who ever described themselves as one of those w/o the other now

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t**████**@google.com** 2022-03-18T21:49:07.873Z

last sentence syntax p amazing!

**t**████**@google.com** 2022-03-18T21:49:28.547Z

ooh pls refer them to bryson's team!

**e**████**@google.com** 2022-03-18T21:50:09.796Z

OK feel like you can't really be not a jackass and write that about yourself?

**e**████**@google.com** 2022-03-18T21:50:13.481Z

People so bad at resumes!

**t**████**@google.com** 2022-03-18T21:50:33.718Z

soooo bad! it's amazing! like rally for the dubs resume prob middle of the pack!

**e**████**@google.com** 2022-03-18T21:50:48.040Z

Feel like relatively simple to do a good job, but everybody just screws it up with weird nonsense like having their email address say esq (this person too by the way!) or a weird paragraph about how great they are!

**t**████**@google.com** 2022-03-18T21:50:59.422Z

ok why is this even in a resume? like very show me don't tell me situation?

**t**████**@google.com** 2022-03-18T21:51:12.772Z

hahahah yeah exactly!

**t**████**@google.com** 2022-03-18T21:51:34.607Z

only your resume should have paragraph about how great you are, and yes would be happy to write!

**t**████**@google.com** 2022-03-18T21:52:27.392Z

emzy resume foreword by Théophile Gauthier

**e**████**@google.com** 2022-03-18T21:55:16.049Z

Oooh would like to read please!

**e**████**@google.com** 2022-03-18T21:55:23.481Z

Will use for my application at Coinbase!

**t**████**@google.com** 2022-03-18T21:55:32.555Z

hahaha omg they'll hate that it's in french!

**t**████**@google.com** 2022-03-18T21:57:58.232Z

how do i even express requisite love for cleveland sports in french??

**t**████**@google.com** 2022-03-18T21:58:22.772Z

lol first tweet!:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t██████@google.com** 2022-03-18T21:58:33.524Z

Screen Shot 2022-03-18 at 2.58.15 PM.png
**t██████@google.com** 2022-03-18T22:08:24.391Z

ok am very excited for dark aca sitting in my fifth unscheduled meeting of the day on fifth new topic!

**t██████@google.com** 2022-03-18T22:10:38.500Z

(meta, spotify, apple, chelsea fc lol....) no coinbase though!

**t██████@google.com** 2022-03-18T23:57:27.417Z

ooh what!

**t██████@google.com** 2022-03-18T23:57:29.153Z

https://www.buzzfeed.com/eyeofastro/what-mythical-creature-were-you-in-a-past-life

https://www.buzzfeed.com/eyeofastro/what-mythical-creature-were-you-in-a-past-life
**t██████@google.com** 2022-03-18T23:58:47.433Z

haha omg how are you going to pick

**t██████@google.com** 2022-03-18T23:58:58.298Z

Screen Shot 2022-03-18 at 4.58.39 PM.png
**e██████@google.com** 2022-03-18T23:59:54.271Z

Haha not seashells obvs!

**t██████@google.com** 2022-03-19T00:00:14.828Z

hahaha yeah three perfect emzy ones then seashells

**t██████@google.com** 2022-03-19T00:00:18.368Z

Mermaid
Find ways to connect with water in this life. You may find strengths in your intuition as well as creative endeavors.

**e██████@google.com** 2022-03-19T00:02:17.017Z

## REDACTED - PRIVILEGE

**e██████@google.com** 2022-03-19T00:02:23.158Z

### REDACTED - PRIVILEGE

**e██████@google.com** 2022-03-19T00:02:25.887Z

### REDACTED - PRIVILEGE

**e██████@google.com** 2022-03-19T00:02:31.990Z

### REDACTED - PRIVILEGE

**e██████@google.com** 2022-03-19T00:02:36.627Z

Read a book, chumps!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t**█████**@google.com** 2022-03-19T00:02:53.933Z

████████████████████████████
**REDACTED - PRIVILEGE**
████████████████████████████

**t**█████**@google.com** 2022-03-19T00:03:04.760Z

████████████████████████████
# REDACTED - PRIVILEGE
████████████████████████████

**e**█████**@google.com** 2022-03-19T00:03:56.963Z

Unicorn
You are one of a kind. You are not meant to be held back or controlled. Feel free to roam, exploring all the magic that the world offers!

**t**█████**@google.com** 2022-03-19T00:04:10.616Z

oooh what!

**t**█████**@google.com** 2022-03-19T00:04:30.065Z

v mbg esprit there

**e**█████**@google.com** 2022-03-19T00:05:14.444Z

Yeah take that chumps who try to hold me back and/or control me!

**e**█████**@google.com** 2022-03-19T00:05:16.672Z

Need to roam free!

**t**█████**@google.com** 2022-03-19T00:06:12.055Z

feel free to! i'll be over here finding ways to...connect with water!

**e**█████**@google.com** 2022-03-19T00:06:12.536Z

Ooh I got some candidate in my feed who you gave SH to!

**e**█████**@google.com** 2022-03-19T00:06:32.928Z

Going to poach him!

**e**█████**@google.com** 2022-03-19T00:06:54.849Z

Hahhaa oh it's that boring Amazon guy!

**t**█████**@google.com** 2022-03-19T00:07:36.026Z

Oh yeah!

**t**█████**@google.com** 2022-03-19T00:07:55.160Z

I thought he was good but mostly because of the on point experience

**e**█████**@google.com** 2022-03-19T00:08:32.686Z

His resume again so weird! Like why are there boxes on it??

**e**█████**@google.com** 2022-03-19T00:08:42.167Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Oh also I said I'd interview someone but then say Jess gave her NH!

**e▓▓▓▓@google.com** 2022-03-19T00:08:44.717Z

So looking forward to that!

**t▓▓▓▓▓@google.com** 2022-03-19T00:12:43.592Z

yeah it's such a weird format like def overdone!

**t▓▓▓▓▓@google.com** 2022-03-19T00:12:54.697Z

hahaha omg

**t▓▓▓▓▓@google.com** 2022-03-19T00:13:04.018Z

oh is this the apple person?

**t▓▓▓▓▓@google.com** 2022-03-19T00:13:14.288Z

b/c everyone was in freaking out about how bad that person was

**t▓▓▓▓▓@google.com** 2022-03-19T00:13:19.095Z

supposedly!

**e▓▓▓▓@google.com** 2022-03-19T00:13:22.985Z

Hmm let me check!

**e▓▓▓▓@google.com** 2022-03-19T00:14:00.279Z

No it's some weird situation where it doesn't even seem like she's currently employed?

**t▓▓▓▓▓@google.com** 2022-03-19T00:14:03.349Z

what i love too is that they'll give you this NH candidate but then let's say somehow goes really well and you're like ok let's move forward they'll be like umm no can't, was NH!

**e▓▓▓▓@google.com** 2022-03-19T00:14:07.540Z

And her experience is some startup they found?

**t▓▓▓▓▓@google.com** 2022-03-19T00:14:21.527Z

oh! ok haven't seen that one

**e▓▓▓▓@google.com** 2022-03-19T00:14:27.677Z

Gradspyre, Inc. Houston, TX February 2021 to December 2021
Co-Founder &amp; Chief Executive Officer
☐ Co-founded a student loan tracking mobile application using third-party API to automatically pull loan data from service providers to help users set personalized goals and remain inspired to quickly pay down their student debt
☐ Served as sole lawyer for startup, which included incorporating, registering as a foreign entity, managing annual state filings, drafting and reviewing internal legal documents and contracts with third parties, and advising on technology law issues such as intellectual property, data security, privacy, and consumer protection regulations
☐ Managed all aspects including UI design and software testing, Firebase backend, marketing content creation and advertising with social media and Google Ads, and overseeing developers, beta testers, and third-party relationships

**t▓▓▓▓▓@google.com** 2022-03-19T00:14:32.207Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

with bo?

**e████@google.com** 2022-03-19T00:14:42.894Z

Jess went in on her though!

**e████@google.com** 2022-03-19T00:14:43.407Z

The candidate had a rough understanding of the landscape of possible legal issues. However, the candidate could not provide and resisted pushes towards systematically breaking down, quantifying, prioritizing, and mitigating specific legal issues, rather falling back on generalities or statements that expertise should be engaged. The candidate had no apparent awareness of the product or engineering stakeholders or the product launch process within a tech company. The candidate's experiential narratives were about local government client management in the tax and public finance sector and had no clear application to the product counsel role or to the realities of working inside a tech company.

**t████@google.com** 2022-03-19T00:14:46.134Z

hahaha to remain inspired!

**e████@google.com** 2022-03-19T00:14:47.766Z

Actually kind of excited to talk to her?

**t████@google.com** 2022-03-19T00:14:50.101Z

by checking your balances!

**t████@google.com** 2022-03-19T00:15:08.634Z

wait how many filings where there if she was there for like nine months??

**e████@google.com** 2022-03-19T00:15:47.349Z

A lot! And they were all signed on 9/11!

**t████@google.com** 2022-03-19T00:15:50.267Z

ooh firebase! put her on leslie's team!

**e████@google.com** 2022-03-19T00:16:05.186Z

Oh Bryson told me LAM told him to get off Leslie's team!

**t████@google.com** 2022-03-19T00:16:41.134Z

hahahahahaha ok ask her the duress hypo from thebook!

**Updated on**2022-03-19T00:16:48.512Z

hahahahahaha ok ask her the duress hypo from the book!

**t████@google.com** 2022-03-19T00:16:54.181Z

hahaha wow!

**t████@google.com** 2022-03-19T00:17:13.718Z

wait but he didn't get off it at all! he just came over b/c gcore moved over

**e████@google.com** 2022-03-19T00:17:27.151Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Haha right?

**e⬛⬛⬛@google.com** 2022-03-19T00:17:37.559Z

Bryson acting like made this big strategic move, but just got forcibly acquired against your will!

**e⬛⬛⬛@google.com** 2022-03-19T00:17:55.996Z

Much like Blink!

**t⬛⬛⬛@google.com** 2022-03-19T00:18:00.819Z

yeah i mean i guess he could have asked to stay there!

**e⬛⬛⬛@google.com** 2022-03-19T00:18:19.379Z

He was still r r angry that Leslie gave him CME after he got promoted!

**t⬛⬛⬛@google.com** 2022-03-19T00:18:20.290Z

ooh yeah can't wait to see how that all resolves! one lucky bro will get an FTE offer!

**t⬛⬛⬛@google.com** 2022-03-19T00:18:28.330Z

hahaha WHAT

**t⬛⬛⬛@google.com** 2022-03-19T00:18:31.218Z

that's amazing

**e⬛⬛⬛@google.com** 2022-03-19T00:18:34.684Z

For his best cycle ever!

**t⬛⬛⬛@google.com** 2022-03-19T00:18:41.666Z

esp b/c feel like actually used to be way more rigid about that

**e⬛⬛⬛@google.com** 2022-03-19T00:18:49.010Z

Don't worry, ratings are going back up now that on your team!

**t⬛⬛⬛@google.com** 2022-03-19T00:18:49.432Z

so even more understandabale

**t⬛⬛⬛@google.com** 2022-03-19T00:20:06.232Z

also feel like people pushing less for CMEs now generally? like ratings really just whatever peopleops feels like that cycle

**t⬛⬛⬛@google.com** 2022-03-19T00:43:33.692Z

haha do love at the end of crazy day like haven't looked at last six hours of emails...sry chumps!

**t⬛⬛⬛@google.com** 2022-03-19T00:43:47.413Z

catching up on my nonsense articles and reviews now!

**t⬛⬛⬛@google.com** 2022-03-19T00:46:36.482Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ok do feel like this amazing! like truly everyone just the dumbest?

t███████@google.com 2022-03-19T00:46:46.279Z

Screen Shot 2022-03-18 at 5.46.18 PM.png
e██████@google.com 2022-03-19T00:47:37.150Z

Haha it's such a stupid thing to say!

e██████@google.com 2022-03-19T00:47:46.141Z

Like that's not a right that has ever existed?

e██████@google.com 2022-03-19T00:47:49.162Z

Or should ever exist?

t███████@google.com 2022-03-19T00:54:17.919Z

oh yeah it's the classic free speech=people can't criticize me or make me feel bad for saying dumb things point, or in this case i guess even ignore/"shun" you?

t███████@google.com 2022-03-19T00:54:29.020Z

which do feel like amazing evolution of that terrible point!

e██████@google.com 2022-03-19T00:58:35.147Z

But I love making people feel bad for saying dumb things!

t███████@google.com 2022-03-19T01:05:17.141Z

ooh yeah and you're so good at criticizing chumps!

t███████@google.com 2022-03-19T01:05:38.203Z

so excited for this!:

t███████@google.com 2022-03-19T01:05:48.738Z

Screen Shot 2022-03-18 at 6.05.30 PM.png
t███████@google.com 2022-03-19T01:08:20.226Z

When am I supposed to find time to work on this cosplay??

t███████@google.com 2022-03-19T01:08:25.076Z

IMG_2293.PNG
t███████@google.com 2022-03-19T17:17:51.682Z

Boooo but at least not 7a!

t███████@google.com 2022-03-19T17:17:57.685Z

IMG_2294.PNG
t███████@google.com 2022-03-19T18:24:41.444Z

Wow i really am sluggo

t███████@google.com 2022-03-19T18:24:54.284Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Image_20220319_112451.(null)
**e** ███@**google.com** 2022-03-19T20:12:04.298Z

Ooh are you going to neg Spotify? Really hurt their feelings!

**t** ███@**google.com** 2022-03-19T21:25:13.500Z

ik! feel like i'm not the right person for the job!

**t** ███@**google.com** 2022-03-19T21:53:35.705Z

Ooh uprooted done! Amazing, and intense! Ending r good!

**t** ███@**google.com** 2022-03-19T22:23:08.142Z

omg omg ok Tae suit esprit but way too god for Tae!

**t** ███@**google.com** 2022-03-19T22:23:14.005Z

Image_20220319_152310.(null)
**t** ███@**google.com** 2022-03-20T07:03:48.674Z

Was trying to think of next book like what quick book can I do then duh!

**t** ███@**google.com** 2022-03-20T07:04:44.918Z

IMG_2296.PNG
**t** ███@**google.com** 2022-03-20T07:05:35.802Z

First sentence!

**t** ███@**google.com** 2022-03-20T07:05:41.645Z

IMG_2297.PNG
**t** ███@**google.com** 2022-03-20T17:27:57.036Z

# REDACTED - PRIVILEGE

**t** ███@**google.com** 2022-03-20T17:31:46.251Z

# REDACTED - PRIVILEGE

**t** ███@**google.com** 2022-03-21T02:36:07.684Z

Ok not an expected combo but into!

**t** ███@**google.com** 2022-03-21T02:36:12.868Z

IMG_2300.PNG
**t** ███@**google.com** 2022-03-21T14:00:09.993Z

wheeee meeting time!

**t** ███@**google.com** 2022-03-21T14:00:54.378Z

awww they changed the 7 to 715; could have slept 15 extra minutes!

**t** ███@**google.com** 2022-03-21T14:46:44.488Z

this spy kid's hair amazing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t**███████**@google.com** 2022-03-21T14:46:50.479Z

(and nancy amazing, ofc!)

image.png

**t**███████**@google.com** 2022-03-21T14:47:29.393Z

Screen Shot 2022-03-21 at 7.47.17 AM.png

**t**███████**@google.com** 2022-03-21T15:25:14.454Z

ooh andrew ladner talking about hunter biden's laptop with this congressional staff person now

**e**███████**@google.com** 2022-03-21T15:26:41.352Z

Haha did he steal it?

**e**███████**@google.com** 2022-03-21T15:26:58.810Z

I'm in some weird congress prep call with all my ARRIS friends too!

**e**███████**@google.com** 2022-03-21T15:28:17.345Z

Oh here's my new trouble this morning! Got email from Jude being like hey I was hired at wrong level, please fix ASAP!

**t**███████**@google.com** 2022-03-21T15:29:53.371Z

no but he bought a limited-edition replica on parler!

**t**███████**@google.com** 2022-03-21T15:29:58.429Z

hahaah OMG

**t**███████**@google.com** 2022-03-21T15:30:12.045Z

## REDACTED - PRIVILEGE

**t**███████**@google.com** 2022-03-21T15:30:15.691Z

REDACTED - PRIVILEGE

**t**███████**@google.com** 2022-03-21T15:30:20.967Z

## REDACTED - PRIVILEGE

**t**███████**@google.com** 2022-03-21T15:30:45.930Z

# REDACTED - PRIVILEGE

**t**███████**@google.com** 2022-03-21T15:30:54.561Z

omg what??

**t**███████**@google.com** 2022-03-21T15:30:59.293Z

ok they can technically fix that!

**t**███████**@google.com** 2022-03-21T15:31:05.257Z

but it's a whole thign!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t**███████**@google.com** 2022-03-21T15:31:06.421Z

thing!

**t**███████**@google.com** 2022-03-21T15:31:10.668Z

i remember did happen once

**e**██████**@google.com** 2022-03-21T15:31:15.137Z

Yeah but issue is I don't think she actually was misleveled!

**t**███████**@google.com** 2022-03-21T15:31:17.656Z

but basically it's totally up to peopleops

**e**██████**@google.com** 2022-03-21T15:31:19.509Z

And wouldn't have hired her at higher level!

**t**███████**@google.com** 2022-03-21T15:31:22.641Z

ok yeah!

**t**███████**@google.com** 2022-03-21T15:31:23.811Z

wth!

**e**██████**@google.com** 2022-03-21T15:31:26.671Z

Like she tried to negotiate for higher level when hired!

**e**██████**@google.com** 2022-03-21T15:31:34.396Z

And I was like no, ACC appropriate!

**t**███████**@google.com** 2022-03-21T15:31:36.362Z

feel like it's one where you just say hey here's the policy sry!

**t**███████**@google.com** 2022-03-21T15:31:49.642Z

maybe can explain like CC hiring in for like partners and stuff?

**t**███████**@google.com** 2022-03-21T15:31:57.272Z

(except arris!)

**t**███████**@google.com** 2022-03-21T15:48:03.255Z

ooh more amazing pseudo-intellectual mansplaining from ssh/tae!

**t**███████**@google.com** 2022-03-21T15:48:24.233Z

Screen Shot 2022-03-21 at 8.47.22 AM.png

**e**██████**@google.com** 2022-03-21T15:49:52.659Z

"Fairchildren indeed"!

**t**███████**@google.com** 2022-03-21T15:50:16.549Z

hahaha yeah like anyone says that?

**e**████**@google.com** 2022-03-21T15:50:25.399Z

Haha clearly SSH read wikipedia article on Silicon Valley and now trying to shoehorn all in here?

**t**████**@google.com** 2022-03-21T15:50:38.113Z

oh yeah bringing it all home now!

**e**████**@google.com** 2022-03-21T15:50:48.071Z

Also love that Sloane some bigshot corp lawyer but just negotiating leases and being like I DEMAND YOU PUT VEGETABLES AND FLOWERS IN HERE

**t**████**@google.com** 2022-03-21T15:52:26.438Z

i feel like this book too even worse than urk like DEF don't want anyone to read--just whole thing so embarrassing and pmy and he doesn't even realize at all!

**e**████**@google.com** 2022-03-21T15:55:38.857Z

Oh yeah like hugely humiliating for SSH!

**e**████**@google.com** 2022-03-21T15:55:44.589Z

But no concept of that!

**e**████**@google.com** 2022-03-21T15:55:54.401Z

Wait maybe the twist at the end is whole book was procedurally generated by CLEAR?

**t**████**@google.com** 2022-03-21T15:59:21.332Z

omg that would make sense! would be only good explanation!

**t**████**@google.com** 2022-03-21T16:00:00.745Z

like little postface saying hey i know this is terrible but all made by this little AI i made based on corpus of my emails! (which would actually check out in so many ways!)

**e**████**@google.com** 2022-03-21T16:02:37.639Z

Would kind of be incredible twist!

**e**████**@google.com** 2022-03-21T16:02:46.981Z

Like produced by AI studying results of sexist bro culture in SV!

**t**████**@google.com** 2022-03-21T16:03:39.861Z

into! (which means obvs definitely not it!)

**e**████**@google.com** 2022-03-21T16:07:31.521Z

Ooh wait Alan Turing x James Baldwin collab what!

**t**████**@google.com** 2022-03-21T16:07:59.312Z

haha yeah was delightful to see!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e███@google.com** 2022-03-21T16:08:02.884Z

Mashup I never knew I wanted!

**e███@google.com** 2022-03-21T16:08:32.811Z

OK also that suit cloak is incredible!

**e███@google.com** 2022-03-21T16:08:38.731Z

Tae x Billy!

**t███@google.com** 2022-03-21T16:08:58.754Z

ooh and it's written by an emily! https://medium.com/center-on-privacy-technology/artifice-and-intelligence-%C2%B9-f00da128d3cd

https://medium.com/center-on-privacy-technology/artifice-and-intelligence-%C2%B9-f00da128d3cd

**t███@google.com** 2022-03-21T16:09:21.930Z

hahahahaha yeah! but feel like cloak way better than those chumps would ever wear!

**e███@google.com** 2022-03-21T16:09:55.529Z

Yeah and Billy would need 1.5 of them!

**e███@google.com** 2022-03-21T16:09:59.290Z

For his mom to sew together!

**t███@google.com** 2022-03-21T16:11:56.927Z

omg would be so expensive!

**t███@google.com** 2022-03-21T16:12:10.038Z

but then i want to do something with remaining half-cloak!

**t███@google.com** 2022-03-21T16:12:15.698Z

great asymmetrical esprit!

**t███@google.com** 2022-03-21T16:17:19.555Z

it's so funny bc i totally picture ssh saying these lines in suuuuper pmy way "As I was saying, the Mechanical Turk...."

**e███@google.com** 2022-03-21T16:22:03.675Z

Oh yeah she's like hey can we talk about your business fraud, or your secret engagement, or...?

**e███@google.com** 2022-03-21T16:22:25.870Z

And he's like hey let me tell you this story about something that's already common knowledge but just going to assume you don't know!

**e███@google.com** 2022-03-21T16:22:37.978Z

(which obvs reflects SSH's beliefs of his intellectual superiority)

**t███@google.com** 2022-03-21T16:22:42.170Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

and don't worry will definitely not address with his dumb mechanical turk anecdote which will just be lightly rephrasing the wiki article!

t███████@google.com 2022-03-21T16:22:57.864Z

hahaha right? feel like that's a trope in this book!

e█████@google.com 2022-03-21T16:23:25.725Z

I mean as Franz Kafka's friend Max Brod would say!

t███████@google.com 2022-03-21T16:24:10.745Z

ooh they should be like under fire in bosnia while he's telling her this mechanical turk thing!

t███████@google.com 2022-03-21T17:58:58.728Z

https://www.buzzfeed.com/goldenfishy14/house-aesthetic-quiz

https://www.buzzfeed.com/goldenfishy14/house-aesthetic-quiz

t███████@google.com 2022-03-21T17:59:23.398Z

# REDACTED - PRIVILEGE

t███████@google.com 2022-03-21T18:05:05.839Z

ooh yay x2!

t███████@google.com 2022-03-21T18:05:06.768Z

Emo
You tend to be quiet and keep to yourself. You like to be alone, but you're super creative and full of great ideas!

e█████@google.com 2022-03-21T19:45:44.730Z

Grunge
You love listening to punk or rock music and you're really into the '80s. You like dark colors and enjoy time with your friends.

t███████@google.com 2022-03-21T19:45:59.262Z

waaat! ok is grunge even 80s??

t███████@google.com 2022-03-21T19:47:32.105Z

ooh i guess start of it is late 80s but feel like "really into the 80s" is very wall street (original)

e█████@google.com 2022-03-21T19:47:36.183Z

omg having most stressful day already!

e█████@google.com 2022-03-21T19:47:50.517Z

Had that leveling call and turned into whole situation with crying!

t███████@google.com 2022-03-21T19:47:58.483Z

omg!!!!!!!!

t███████@google.com 2022-03-21T19:48:18.133Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

was there a ton of f***ing required??

**t_____@google.com** 2022-03-21T19:50:28.283Z

also feel like actually really tough like honestly not that great sometimes to come in at CC feel like! but also depends on how you think of career/how long you'll be at google, etc.

**e_____@google.com** 2022-03-21T19:51:11.379Z

More I talked the more felt like leveling the least of the issues!

**e_____@google.com** 2022-03-21T19:51:21.006Z

Like kind of a workload issue dressed up as a leveling issue?

**t_____@google.com** 2022-03-21T19:52:40.872Z

ohhhhhhh!

**t_____@google.com** 2022-03-21T19:53:04.238Z

ok that's a double whammy then!

**e_____@google.com** 2022-03-21T19:53:23.016Z

Oh yeah and then like morphed into these other issues like never got a proper transition? And people ignoring her?

**e_____@google.com** 2022-03-21T19:53:34.913Z

Felt so bad, she's clearly just dying of stress and all alone!

**e_____@google.com** 2022-03-21T19:53:47.742Z

And struggling to work on London time...which not an easy problem to solve!

**e_____@google.com** 2022-03-21T19:53:55.112Z

But don't think answer is higher level for London people!

**t_____@google.com** 2022-03-21T19:54:34.319Z

awww yeah that's r tricky! did they not make that clear enough when they hired her?

**e_____@google.com** 2022-03-21T19:54:38.446Z

And partly also seems like recruiter lied to her!

**t_____@google.com** 2022-03-21T19:54:42.179Z

gonna blame katy either way!

**t_____@google.com** 2022-03-21T19:54:45.372Z

haha jinx!

**e_____@google.com** 2022-03-21T19:55:16.931Z

And partly she also identified real issues with leveling system but is leveled correctly within that system?

**t_____@google.com** 2022-03-21T19:55:36.883Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500619

ooh yeah sounds like a perf/promo type issue!

**t_____@google.com** 2022-03-21T19:55:50.382Z

like issue all over the place!

**e_____@google.com** 2022-03-21T19:56:00.898Z

Like if she had same job as her colleagues at FB then why should she be ACC and they're CC just because she graduated from law school a year later

**e_____@google.com** 2022-03-21T19:56:09.102Z

And then she's like 2-3 years behind them here?

**e_____@google.com** 2022-03-21T19:56:36.331Z

And then she wants her experience to count more because already was an ads product counsel at FB when other people here came from firms or have less experience...

**e_____@google.com** 2022-03-21T19:56:57.462Z

But was like that's what gives you edge in getting hired, but doesn't count for leveling once here...

**t_____@google.com** 2022-03-21T19:57:01.581Z

ok that's a lot to deal with!

**e_____@google.com** 2022-03-21T19:57:12.471Z

Oh yeah and that's only like half of it!

**e_____@google.com** 2022-03-21T19:57:14.614Z

Was so bad!

**t_____@google.com** 2022-03-21T19:57:22.150Z

yeah! also kind of weird to join and then take issue with?

**t_____@google.com** 2022-03-21T19:57:28.201Z

but don't know all the details!

**t_____@google.com** 2022-03-21T19:58:08.027Z

(also do feel like people overrate worth of level, but that's easy to say and only knowable once you're actually here like being senior counsel not this amazing thing)

**t_____@google.com** 2022-03-21T19:58:17.016Z

oh no!

**e_____@google.com** 2022-03-21T19:59:09.370Z

Oh yeah and we had big discussion about it when she joined!

**t_____@google.com** 2022-03-21T19:59:44.443Z

oh wow!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500620

**e███████@google.com** 2022-03-21T19:59:45.708Z

And was like look ACC is correct level, and can't really hire at other level!

**e███████@google.com** 2022-03-21T20:00:03.125Z

Because would be equity concerns for other people on team, like can't hire you in at higher level than people on team with more experience.

**e███████@google.com** 2022-03-21T20:00:23.920Z

But she's like should only compare me to London pcounsel, Abby hired at 3 years of experience and promoted to CC at 5?

**e███████@google.com** 2022-03-21T20:00:34.123Z

And was like yes, on commercial team...but also that's not r a contradiction?

**e███████@google.com** 2022-03-21T20:00:54.757Z

Like yes, people will get hired in with less experience since you're on the border between levels, that doesn't mean we can never hire someone with less experience than you?

**t████████@google.com** 2022-03-21T20:01:18.563Z

hahaha omg ok that's REALLY tough when person like let me find this one very specific example arguing in my favor and it's like ok we can just find example on other end of someone with way more experience at ACC? doesn't seem like great way to resolve?

**t████████@google.com** 2022-03-21T20:01:43.059Z

yeah right? like argument doesn't seem v principled!

**t████████@google.com** 2022-03-21T20:03:03.401Z

managing london so tricky though i guess going to be more and more normal with people moving all over the place!

**e███████@google.com** 2022-03-21T20:03:16.562Z

Yeah I feel like the real issue is r hard to pcounsel from London!

**t████████@google.com** 2022-03-21T20:03:34.866Z

yeah like you can't really possibly do anything close to 9-5?

**t████████@google.com** 2022-03-21T20:03:39.397Z

if that's what you're looking for

**e███████@google.com** 2022-03-21T20:03:42.344Z

And also her team is r pushy, and also it seems like Chech just bailed on her totally when he became a manager!

**t████████@google.com** 2022-03-21T20:03:48.705Z

but like...i would NEVER take a job like this if wanted to?

**t████████@google.com** 2022-03-21T20:03:55.294Z

ugh!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e⬛⬛⬛@google.com** 2022-03-21T20:03:59.986Z

Yeah like she's seeing other EMEA lawyers working 9-5!

**e⬛⬛⬛@google.com** 2022-03-21T20:04:12.387Z

And am like yeah...but did say you'd be supporting CA team?

**e⬛⬛⬛@google.com** 2022-03-21T20:04:18.164Z

And actually gave her NYC team to try to help!

**e⬛⬛⬛@google.com** 2022-03-21T20:04:25.508Z

And now she wants to swap for Avery's clients...

**e⬛⬛⬛@google.com** 2022-03-21T20:04:33.553Z

Which I mean, maybe worth exploring? But obviously not trivial.

**t⬛⬛⬛@google.com** 2022-03-21T20:05:29.221Z

ooh yeah, would be fair to try to make work but also yeah not really intended to be optimizing for that originally and need to be respectful of everyone!

**t⬛⬛⬛@google.com** 2022-03-21T20:05:53.294Z

ok well looking at teams chech is stuck managing dominic so clearly has some of his own problems!

**t⬛⬛⬛@google.com** 2022-03-21T20:06:05.788Z

first and foremost tracking down whereabouts of dominic!

**t⬛⬛⬛@google.com** 2022-03-21T20:06:30.922Z

who hasn't been seen since pre-pandemic but is still getting google paycheck kimberley style!

**e⬛⬛⬛@google.com** 2022-03-21T20:11:02.229Z

And also Jude and Alea clearly now escalating their fight!

**e⬛⬛⬛@google.com** 2022-03-21T20:11:04.443Z

Ahhh just the worstr!

**t⬛⬛⬛@google.com** 2022-03-21T20:11:23.743Z

oh no!

**e⬛⬛⬛@google.com** 2022-03-21T20:11:31.410Z

Oh also my other meeting this morning was this PM is being super rude to Avery so went to talk to his manager, but ofc all just him complaining about legal execution!

**t⬛⬛⬛@google.com** 2022-03-21T20:11:44.717Z

wait their fight with whom?

**t⬛⬛⬛@google.com** 2022-03-21T20:11:56.536Z

GOOG-PLAY5-000500622

ugh what a chump!

**e███@google.com** 2022-03-21T20:12:36.168Z

AADC fight!

**t███@google.com** 2022-03-21T20:12:46.070Z

oh with privacy?

**e███@google.com** 2022-03-21T20:12:58.700Z

Noooo with each other!

**t███@google.com** 2022-03-21T20:13:13.769Z

noooooooo ok that's what i thought but was like wait i must be misremembering

**t███@google.com** 2022-03-21T20:13:18.028Z

but now i remember!

**e███@google.com** 2022-03-21T20:13:21.207Z

Like Jude doesn't understand what's happening at all, and added Alea into thread, and Alea like hey don't you add me into thread with your clients, your job to advise them!

**t███@google.com** 2022-03-21T20:13:34.154Z

oh yeah was a whole thing!

**e███@google.com** 2022-03-21T20:13:37.720Z

And thought I sorted it out but now clearly not!

**t███@google.com** 2022-03-21T20:13:41.620Z

just fire london!

**e███@google.com** 2022-03-21T20:13:46.061Z

Like Jude keeps looking for help from Alea and Alea not helping?

**t███@google.com** 2022-03-21T20:13:56.008Z

sry london, but lm just say as a french person this behavior is all checking out!

**e███@google.com** 2022-03-21T20:13:59.899Z

But Jude thinking Alea just like faking lack of knowledge but feel like she's equally confused?

**t███@google.com** 2022-03-21T20:14:11.839Z

basically a bunch of hooligans, no offense!

**t███@google.com** 2022-03-21T20:15:09.301Z

oof yeah that's really tricky!

**t███@google.com** 2022-03-21T20:15:30.501Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

maybe we need to do a thing like

**t⬛⬛⬛@google.com** 2022-03-21T20:15:34.352Z

image.png
**t⬛⬛⬛@google.com** 2022-03-21T20:15:37.956Z

but where arris slashed our tires

**t⬛⬛⬛@google.com** 2022-03-21T20:15:49.792Z

although i guess in rl version they actually would

**e⬛⬛⬛@google.com** 2022-03-21T20:16:00.295Z

Screen Shot 2022-03-21 at 1.15.46 PM.png
**e⬛⬛⬛@google.com** 2022-03-21T20:16:03.638Z

Loving this whole vibe!

**t⬛⬛⬛@google.com** 2022-03-21T20:16:20.390Z

haha yeah the sleepy profile pic!

**t⬛⬛⬛@google.com** 2022-03-21T20:16:48.920Z

oh this is funny i never realized the "alphabet" bit of their name, like way to pull rank

**t⬛⬛⬛@google.com** 2022-03-21T20:17:09.579Z

you know unlike you chumps we also are representing google gliders or w/e we haven't deprecated yet sooo

**t⬛⬛⬛@google.com** 2022-03-21T20:17:30.974Z

i do like that his question is attorney work product!

**t⬛⬛⬛@google.com** 2022-03-21T20:17:47.982Z

ok he just needs a bryson-like signature to cap it off!

**e⬛⬛⬛@google.com** 2022-03-21T20:18:20.647Z

Haha yeah like the HUGE bold font, and attorney client twice!

**e⬛⬛⬛@google.com** 2022-03-21T20:18:25.448Z

And then it's just like hey can I come to meeting?

**e⬛⬛⬛@google.com** 2022-03-21T20:18:31.828Z

Thank goodness that privilege was preserved!

**t⬛⬛⬛@google.com** 2022-03-21T20:18:48.359Z

i feel like 90% of their questions are can i come to meeting

**t⬛⬛⬛@google.com** 2022-03-21T20:18:55.048Z

but ofc never add anyone to random meetings they set up

GOOG-PLAY5-000500624

**t██████@google.com** 2022-03-21T20:18:18.218Z

can i come to meeting to add nothing, confuse people, and rack up a bunch of OC billable hours?

**t██████@google.com** 2022-03-21T20:19:41.836Z

and then set up time after for you to educate me on what meeting was about, which i will then clumsily attempt to weaponize?

**t██████@google.com** 2022-03-21T20:19:58.105Z

hmmmm maybe i should go to arris to become head of patents or something, tonisson-style

**t██████@google.com** 2022-03-21T20:20:16.542Z

executive alphabet editor of tax

**e██████@google.com** 2022-03-21T21:19:46.399Z

Ooh that does sound p financey CFOy!

**e██████@google.com** 2022-03-21T21:19:51.122Z

Would need whole new wardrobe!

**e██████@google.com** 2022-03-21T21:19:58.789Z

I feel like loosely matching that cosplay Niko has?

**e██████@google.com** 2022-03-21T21:21:47.082Z

Haha person I interviewed is ESTP and def could tell!

**t██████@google.com** 2022-03-21T21:22:17.960Z

hahaha did you talk mbti??

**t██████@google.com** 2022-03-21T21:24:55.415Z

ooh do want to get a new cosplay!

**e██████@google.com** 2022-03-21T21:44:20.407Z

Haha omg have been trying to find new couch (couch saga continues!) and ordered some swatches online and now they're coming after me Shutterstock style!

**t██████@google.com** 2022-03-21T21:44:38.141Z

omg noooooo!

**t██████@google.com** 2022-03-21T21:44:45.508Z

ok at least hopefully they don't send you leather swatches!

**e██████@google.com** 2022-03-21T21:44:48.678Z

Like someone just left me a voicemail to say swatches are coming??

**t██████@google.com** 2022-03-21T21:45:05.384Z

GOOG-PLAY5-000500625

hahah terrifying

**e⬛⬛⬛@google.com** 2022-03-21T21:45:10.810Z

Don't need you to call me to inform me about swatch progress!

**e⬛⬛⬛@google.com** 2022-03-21T21:45:56.712Z

3c8a081c-6400-4a0b-9572-da4afbde885f.jpg
**e⬛⬛⬛@google.com** 2022-03-21T21:45:59.996Z

And got this terrifying email!

**t⬛⬛⬛@google.com** 2022-03-21T21:46:03.182Z

right omg? i love how it's basically like will bug you so that worth it to buy our stuff just to get me to stop bugging you!

**t⬛⬛⬛@google.com** 2022-03-21T21:46:19.428Z

haha a real person is totally what an AI would say!

**e⬛⬛⬛@google.com** 2022-03-21T21:46:21.354Z

From different swatch person!

**e⬛⬛⬛@google.com** 2022-03-21T21:46:26.198Z

Oh yeah hundo p CLEAR!

**t⬛⬛⬛@google.com** 2022-03-21T21:46:34.357Z

yay!

**t⬛⬛⬛@google.com** 2022-03-21T21:46:44.591Z

wait there are TWO swatch people?

**e⬛⬛⬛@google.com** 2022-03-21T21:47:04.574Z

Oh yeah my friend Ashley (real person) and now Jennifer called me!

**e⬛⬛⬛@google.com** 2022-03-21T21:47:09.542Z

From two different places!

**e⬛⬛⬛@google.com** 2022-03-21T21:47:11.991Z

Swatch attack!!

**t⬛⬛⬛@google.com** 2022-03-21T21:47:33.577Z

hahahaha that's incredible spam!

**t⬛⬛⬛@google.com** 2022-03-21T21:47:38.729Z

double team new tactic!

**e⬛⬛⬛@google.com** 2022-03-21T21:47:40.650Z

Oh and originally tried to get swatches from Pottery Barn!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e█████@google.com** 2022-03-21T21:47:55.978Z

And there was this one fabric I wanted but they were like pick up to 15 so was like OK will pick 15 I guess, can't hurt!

**e█████@google.com** 2022-03-21T21:48:00.359Z

So swatches arrive and it's 12 of them!

**e█████@google.com** 2022-03-21T21:48:11.033Z

And of 3 missing, 1 is the one I actually want!

**e█████@google.com** 2022-03-21T21:48:15.418Z

So was like uhhhh OK not r helpful!

**e█████@google.com** 2022-03-21T21:48:27.883Z

And then like two weeks later get a weird anonymous white mailer and am like hmm...

**t███████@google.com** 2022-03-21T21:48:28.367Z

hahaha terrible!

**e█████@google.com** 2022-03-21T21:48:31.925Z

And inside is just one swatch!

**t███████@google.com** 2022-03-21T21:48:33.666Z

get it together PB!

**e█████@google.com** 2022-03-21T21:48:42.601Z

And am like uh weird...

**t███████@google.com** 2022-03-21T21:48:43.366Z

wait what?

**e█████@google.com** 2022-03-21T21:48:46.297Z

(still not the one I want)

**e█████@google.com** 2022-03-21T21:48:58.218Z

And then another week later, get another envelope!

**t███████@google.com** 2022-03-21T21:48:59.394Z

sketchy!

**e█████@google.com** 2022-03-21T21:49:02.602Z

And inside is ONE MORE SWATCH

**e█████@google.com** 2022-03-21T21:49:08.592Z

So now I have 14/15 swatches!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

omg so inefficient!

**e**████**@google.com** 2022-03-21T21:49:19.065Z

And obviously the one missing swatch is the blue velvet one I actually wanted!!

**e**████**@google.com** 2022-03-21T21:49:23.995Z

Literally the only swatch I wanted to see!

**t**████**@google.com** 2022-03-21T21:49:25.573Z

and not the one you want--ofc!

**e**████**@google.com** 2022-03-21T21:49:34.358Z

And then am like UGH OK I guess wait and see if it shows up...?

**e**████**r@google.com** 2022-03-21T21:49:37.166Z

Since others are arriving?

**t**████**@google.com** 2022-03-21T21:49:38.001Z

incredible!

**t**████**@google.com** 2022-03-21T21:49:44.328Z

ooh blue velvet so fun!

**e**████**@google.com** 2022-03-21T21:49:44.413Z

And then check site and they raised price of the couch by $1000!!!

**e**████**@google.com** 2022-03-21T21:49:53.830Z

Which feel is their fault, was reasonably relying on swatch timeliness!

**t**████**@google.com** 2022-03-21T21:49:58.251Z

whaaaaaaat!

**t**████**@google.com** 2022-03-21T21:50:01.517Z

wth!

**t**████**@google.com** 2022-03-21T21:50:03.939Z

that's huge!

**e**████**@google.com** 2022-03-21T21:50:11.344Z

So now am like UGH don't even want that couch if it's $1000 more!

**e**████**@google.com** 2022-03-21T21:50:21.060Z

So now ordering NEW swatches from NEW places and starting from scratch!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t**⬛⬛⬛**@google.com** 2022-03-21T21:50:31.069Z

ohhhhhh

**e**⬛⬛**@google.com** 2022-03-21T21:50:56.256Z

And have whole F issue with the couch paying too!

**t**⬛⬛⬛**@google.com** 2022-03-21T21:51:40.172Z

w/ your mom or your new friends or??

**e**⬛⬛**@google.com** 2022-03-21T21:54:49.331Z

Oh yeah so like ostensibly my mom paying for couch but ofc whole thing so fraught!

**t**⬛⬛⬛**@google.com** 2022-03-21T21:55:50.423Z

oh yeah i remember!

**t**⬛⬛⬛**@google.com** 2022-03-21T22:06:51.381Z

just have her venmo you! + $1000 for the price bump! ooh arbitrage this!

**t**⬛⬛⬛**@google.com** 2022-03-21T22:15:17.517Z

ok do hope rto kind of shakes up our whole meeting style like whole 7a-6p schedule ooc! and eu chumps no offense but hope you didn't get too used to these early meetings b/c....

**t**⬛⬛⬛**@google.com** 2022-03-21T22:29:14.896Z

ooh i made wsj!

**t**⬛⬛⬛**@google.com** 2022-03-21T22:29:29.596Z

Screen Shot 2022-03-21 at 3.28.58 PM.png

**e**⬛⬛**@google.com** 2022-03-21T22:32:25.078Z

Hahahaha omg

**e**⬛⬛**@google.com** 2022-03-21T22:32:33.775Z

Your mom going to be so proud!

**e**⬛⬛**@google.com** 2022-03-21T22:32:43.791Z

Wait is that Jim? Let's guess!

**t**⬛⬛⬛**@google.com** 2022-03-21T22:33:14.198Z

haha close, benjamin!

**e**⬛⬛**@google.com** 2022-03-21T22:33:20.098Z

OK was going to say!

**e**⬛⬛**@google.com** 2022-03-21T22:33:33.843Z

For Jim would be HELP ME TRISTAN IN FREAKING OUT!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e⬛⬛@google.com** 2022-03-21T22:34:11.844Z

A/C Privilege Freakout!!!

**t⬛⬛@google.com** 2022-03-21T22:34:30.545Z

hahaha omg whole thing so ooc!

**t⬛⬛@google.com** 2022-03-21T22:34:59.565Z

## REDACTED - PRIVILEGE

**t⬛⬛@google.com** 2022-03-21T22:35:07.118Z

### REDACTED - PRIVILEGE

**e⬛⬛@google.com** 2022-03-21T22:35:21.877Z

### REDACTED - PRIVILEGE

**e⬛⬛@google.com** 2022-03-21T22:35:25.450Z

### REDACTED - PRIVILEGE

**e⬛r@google.com** 2022-03-21T22:35:33.275Z

Like early morning meetings so entrenched now!

**t⬛⬛@google.com** 2022-03-21T22:35:53.015Z

i haaaaaate it so much

**e⬛⬛@google.com** 2022-03-21T22:35:56.916Z

Do feel like commute is powerful force to push back!

**t⬛⬛@google.com** 2022-03-21T22:35:59.843Z

i can't operate like that!

**t⬛⬛@google.com** 2022-03-21T22:36:02.454Z

yeah!

**e⬛⬛@google.com** 2022-03-21T22:36:12.694Z

But then if coming from execs then feel like they'll just keep doing it since working from their New Zealand lairs anyway?

**t⬛⬛@google.com** 2022-03-21T22:36:22.278Z

hahaha omg right

**t⬛⬛@google.com** 2022-03-21T22:36:35.394Z

or like "partner visit" boondoogle in monaco or w/e

**t⬛⬛@google.com** 2022-03-21T22:36:50.990Z

6a for us so they can make early dinner

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e** ▆▆▆▆▆ **@google.com** 2022-03-21T22:37:06.315Z

Am r scared won't go back!

**e** ▆▆▆▆▆ **@google.com** 2022-03-21T22:37:13.658Z

Like feel like everyone just in 9 hours of meetings a day straight!

**e** ▆▆▆▆▆ **@google.com** 2022-03-21T22:37:24.565Z

Like at work used to sometimes be able to get coffee or whatever?

**e** ▆▆▆▆▆ **@google.com** 2022-03-21T22:37:33.319Z

But now just like meeting meeting meeting no lunch meeting!

**t** ▆▆▆▆▆ **@google.com** 2022-03-21T22:37:40.446Z

ugh screw that! oh yeah million p!

**e** ▆▆▆▆▆ **@google.com** 2022-03-21T22:37:45.081Z

At least ARRIS going to take a lot of work off our plate!

**t** ▆▆▆▆▆ **@google.com** 2022-03-21T22:37:51.006Z

i think i'm just going to start declining early meetings tbh!

**e** ▆▆▆▆▆ **@google.com** 2022-03-21T22:37:53.014Z

They"ll do all the counseling and we'll be on the beach playing bocce!

**t** ▆▆▆▆▆ **@google.com** 2022-03-21T22:37:56.223Z

hahahahaha omg

**t** ▆▆▆▆▆ **@google.com** 2022-03-21T22:38:05.608Z

oh yeah they'll do all the hard parts!

**e** ▆▆▆▆▆ **@google.com** 2022-03-21T22:38:12.167Z

Yeah like the fake privilege!

**t** ▆▆▆▆▆ **@google.com** 2022-03-21T22:38:15.826Z

def not poorly duplicate work and take credit after auditing and indicting!

**t** ▆▆▆▆▆ **@google.com** 2022-03-21T22:40:15.242Z

# REDACTED - PRIVILEGE

**e** ▆▆▆▆▆ **@google.com** 2022-03-21T22:40:40.725Z

Haha omg that whole thing insane!

**e** ▆▆▆▆▆ **@google.com** 2022-03-21T22:40:43.869Z

Just trying to ignore it all!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t**██████**@google.com** 2022-03-21T22:41:48.308Z

yeah same!

**t**██████**@google.com** 2022-03-21T22:41:53.649Z

like in dma review rn!

**t**██████**@google.com** 2022-03-21T22:42:14.046Z

no idea how to possibly add DT into this? like already dozens of people across legal, gapp, and compliance working on this?

**t**██████**@google.com** 2022-03-21T22:42:41.821Z

# REDACTED - PRIVILEGE

**t**██████**@google.com** 2022-03-21T22:42:49.986Z

add

**e**██████**@google.com** 2022-03-21T22:43:03.895Z

Oh speaking of meetings!

**e**██████**@google.com** 2022-03-21T22:43:13.025Z

Going through and adding meeting rooms for all my recurring meetings for when back in office!

**e**██████**@google.com** 2022-03-21T22:43:23.418Z

Feel like going to be a bloodbath once RTO happens!

**e**██████**@google.com** 2022-03-21T22:43:33.147Z

So should book early!

**t**██████**@google.com** 2022-03-21T22:45:50.429Z

omg yeah good cal!

**t**██████**@google.com** 2022-03-21T22:45:52.067Z

call!

**e**██████**@google.com** 2022-03-21T22:46:59.062Z

I mean at least you have Kimberley to take care of yours for you!

**e**██████**@google.com** 2022-03-21T22:47:04.333Z

She's prob booked already!

**e**██████**@google.com** 2022-03-21T22:47:12.147Z

And by booked, am referring to meetings with Lydia! For herself!

**e**██████**@google.com** 2022-03-21T22:48:54.301Z

Our approach to food allergens is changing!

What's changing?

We currently use the same list of 19 food allergens, intolerances and sensitivities on our menus globally. Moving forward, we will only list the food allergens regulated in each country in the "Contains" section of menus, which will provide an experience that's more consistent with food choices outside the office.

Where to learn more

For more information on the new Food Allergen Policy, when it will launch in your location, and the regulated food allergens for the country you're in, visit go/foodsafety.

http://goto.google.com/foodsafety

**t_____@google.com** 2022-03-21T22:48:56.707Z

hahaha omg i wonder what she's even doing....

**e_____@google.com** 2022-03-21T22:49:13.281Z

Prob at Coinbase now!

**t_____@google.com** 2022-03-21T22:49:22.180Z

omg ofc!

**t_____@google.com** 2022-03-21T22:50:03.020Z

and probably pocketed lots of coins!

**t_____@google.com** 2022-03-21T22:50:20.017Z

wait what even is this, and how is it bad for vegans which can already tell it is!

**e_____@google.com** 2022-03-21T22:51:05.182Z

New food policy!

**e_____@google.com** 2022-03-21T22:51:11.964Z

Glad they've been hard at work finding ways to share less info about our food!

**t_____@google.com** 2022-03-21T22:51:18.027Z

wait so there can just be secret beef?

**t_____@google.com** 2022-03-21T22:51:34.161Z

ooh responsive to our feedback!

**t_____@google.com** 2022-03-21T22:51:38.186Z

like the one-door policy!

**t_____@google.com** 2022-03-21T22:51:59.976Z

do they list...ingredients still or?

**t_____@google.com** 2022-03-21T22:52:27.860Z

like will we be able to identify allegedly vegan food in any way?

**e_____@google.com** 2022-03-21T22:52:31.268Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OK so still should say if stuff vegan or not!

**e⬛⬛⬛@google.com** 2022-03-21T22:52:40.806Z

But are missing the double check of like meat ingredients or whatever!

**e⬛⬛⬛@google.com** 2022-03-21T22:52:46.326Z

Which did often contradict vegan label!

**t⬛⬛⬛@google.com** 2022-03-21T22:52:51.868Z

oof yeah!

**e⬛⬛⬛@google.com** 2022-03-21T22:53:01.913Z

Do love whole concept, like why would you want to be standardized with "outside experience" which...not good?

**e⬛⬛⬛@google.com** 2022-03-21T22:53:05.695Z

And just driven by random regulation?

**t⬛⬛⬛@google.com** 2022-03-21T22:53:14.763Z

oh yeah exactly!

**e⬛⬛⬛@google.com** 2022-03-21T22:53:20.214Z

Like you have more data and can be more helpful, but just choosing to show less for no reason?

**t⬛⬛⬛@google.com** 2022-03-21T22:53:23.982Z

like not even trying to do a good job at all?

**e⬛⬛⬛@google.com** 2022-03-21T22:54:58.900Z

Still so upset they took away all the ways to give feedback!

**e⬛⬛⬛@google.com** 2022-03-21T22:55:34.552Z

Feed like you need to seduce the cafe staff ASAP!

**e⬛⬛⬛@google.com** 2022-03-21T22:55:55.837Z

OK also this house incredible, like fully want to be on board in spirit but it's soooo Americain! https://www.zillow.com/homedetails/21632-High-Rock-Rd-Monroe-WA-98272/38462348_zpid/

https://www.zillow.com/homedetails/21632-High-Rock-Rd-Monroe-WA-98272/38462348_zpid/

**t⬛⬛⬛@google.com** 2022-03-21T22:59:26.347Z

ok yeah it's so crazy! but just basically gave up and are like we'll just be fully chumps!

**t⬛⬛⬛@google.com** 2022-03-21T23:00:55.845Z

oh wow!

**t⬛⬛⬛@google.com** 2022-03-21T23:01:35.183Z

into! wait what are all the americain parts? the golf carts?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t[REDACTED]@google.com** 2022-03-21T23:01:57.720Z

definitely could be frencher for starters!

**t[REDACTED]@google.com** 2022-03-21T23:03:33.939Z

feel like this home needs description!

**t[REDACTED]@google.com** 2022-03-21T23:05:44.639Z

def nothing lives up to this room!

**t[REDACTED]@google.com** 2022-03-21T23:05:50.165Z

image.png

**t[REDACTED]@google.com** 2022-03-21T23:08:57.395Z

wait also need opinion on having so many shelves but still stacking books on top of other books?

**e[REDACTED]@google.com** 2022-03-21T23:09:14.860Z

Oh yeah I mean been there, but then while there's a whole shelf of creepy gnomes??

**e[REDACTED]@google.com** 2022-03-21T23:09:20.449Z

Priorities!

**t[REDACTED]@google.com** 2022-03-21T23:09:25.816Z

yeah exactly!

**t[REDACTED]@google.com** 2022-03-21T23:09:39.451Z

also needs to be more gothic!

**t[REDACTED]@google.com** 2022-03-21T23:09:44.118Z

too bright!

**t[REDACTED]@google.com** 2022-03-21T23:14:32.306Z

but hey i'm the emo one, and you're the grunge one!

**t[REDACTED]@google.com** 2022-03-21T23:24:01.589Z

wait i just realize you have 9 directs rn, and mike z 10!

**t[REDACTED]@google.com** 2022-03-21T23:24:04.550Z

that's so many!

**e[REDACTED]@google.com** 2022-03-21T23:26:13.945Z

Ugh wait did Mike Z beat me??

**e[REDACTED]@google.com** 2022-03-21T23:26:22.042Z

You should have fired him when we had the chance!

**t[REDACTED]@google.com** 2022-03-21T23:26:30.720Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500635

also just realizing it's such a monkey's paw situation to be like 7a spotify meeting, 8a dma mtg, 9a coppa mtg 10a safety labels mtg...like in theory lil law school me would have been so excited!

t███████@google.com 2022-03-21T23:27:08.140Z

yeah but you beat him with the dotted lines!

e██████@google.com 2022-03-21T23:27:14.524Z

Yeah Axiom power!

t███████@google.com 2022-03-21T23:27:38.125Z

hahaha omg well when you put it like that...should those actually be subtracted from total?

e██████@google.com 2022-03-21T23:28:50.531Z

Yeah but in terms of my workload, doubled!

t███████@google.com 2022-03-21T23:29:09.780Z

omg true!

t███████@google.com 2022-03-21T23:29:22.643Z

would be amazing to see who "best" axiom person is!

e██████@google.com 2022-03-21T23:29:59.514Z

e6ffc769-3fd5-4b69-8c71-07674de48a90.mp4

e██████@google.com 2022-03-21T23:29:59.514Z

e6ffc769-3fd5-4b69-8c71-07674de48a90.mp4

t███████@google.com 2022-03-21T23:32:34.337Z

oooh what new effects!

t███████@google.com 2022-03-21T23:32:40.556Z

which polish is this?

t███████@google.com 2022-03-21T23:34:10.911Z

color shifting so dramatic and pronounced!

e██████@google.com 2022-03-21T23:41:08.976Z

https://www.kbshimmer.com/hidden-potential-nail-polish/

https://www.kbshimmer.com/hidden-potential-nail-polish/

t███████@google.com 2022-03-21T23:41:51.666Z

oooh great setup!

t███████@google.com 2022-03-21T23:41:59.872Z

But then, shadows and light filter through the swaying trees, illuminating colorful florals, revealing twists in the path, and turning dew-covered leaves into prismatic gems, showing off the hidden potential for more beauty in the nature that surrounds us.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t███████@google.com** 2022-03-21T23:44:03.269Z

oh golden green was trying to figure out best way to describe that!

**t███████@google.com** 2022-03-21T23:44:23.026Z

amazing range!

**e███████@google.com** 2022-03-21T23:46:27.244Z

Yeah like a whole lil rainbow in there!

**t███████@google.com** 2022-03-21T23:47:36.032Z

< 3!

**t███████@google.com** 2022-03-21T23:48:19.973Z

golden green also great emzy esprit! how many coats did you do?

**e███████@google.com** 2022-03-21T23:48:35.084Z

Hmm two I think?

**t███████@google.com** 2022-03-21T23:50:08.206Z

it's so delightful!

**e███████@google.com** 2022-03-21T23:50:56.846Z

Yeah wasn't sure if should stamp on top of it or something but looked nice as is!

**t███████@google.com** 2022-03-21T23:52:13.398Z

oh yeah feel like good to highlight since so cool!

**t███████@google.com** 2022-03-21T23:55:05.341Z

which great timing b/c mdo was checking in yesterday! i mean checking in generally but did also mention nails!

**e███████@google.com** 2022-03-21T23:58:29.697Z

Yeah I mean am sure she loves you not JUST as route to nails!

**e███████@google.com** 2022-03-21T23:58:31.470Z

But doesn't hurt!

**t███████@google.com** 2022-03-22T00:04:44.399Z

hahahaha yeah exactly!

**t███████@google.com** 2022-03-22T00:09:04.543Z

emzy most amazing artist!

**e███████@google.com** 2022-03-22T00:13:03.818Z

Yeah I mean am reknowned for my brilliant yet perverse tube art!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e▬▬@google.com** 2022-03-22T00:13:12.386Z

In the style of Richard Serra!

**t▬▬@google.com** 2022-03-22T00:15:09.913Z

hahaha wait what is richard serra reference to? on the tip of my tongue!

**e▬▬@google.com** 2022-03-22T00:21:51.223Z

Haha my art ofc!

**e▬▬@google.com** 2022-03-22T00:22:04.979Z

Was what my art professor told me in the art course I was forced to take in college!

**t▬▬i@google.com** 2022-03-22T00:36:35.596Z

ohhhhhh yeah! knew it was something important!

**t▬▬@google.com** 2022-03-22T00:37:12.716Z

do kind of get richard serra vibes!

**t▬▬@google.com** 2022-03-22T00:37:17.782Z

image.png
**e▬▬@google.com** 2022-03-22T00:37:55.372Z

Ooh feel like he's more emo than grunge though!

**t▬▬@google.com** 2022-03-22T00:38:28.457Z

hmmmm good point

**t▬▬@google.com** 2022-03-22T00:39:08.457Z

is pj harvey grunge enough for you?

**t▬▬@google.com** 2022-03-22T00:40:58.331Z

(trying to think of emzyish grunge artists--feel like not very emzy esprit genre!)

**e▬▬@google.com** 2022-03-22T01:16:08.729Z

Yeah just want to be surrounded with melodious chiming as I float around in diaphanous gowns!

**t▬▬@google.com** 2022-03-22T01:23:11.372Z

it's a great emzy look!

**e▬▬@google.com** 2022-03-22T01:25:59.093Z

Ooh read Heartstoppers!

**t▬▬@google.com** 2022-03-22T01:40:17.893Z

yay how did you like it!

**t▬▬@google.com** 2022-03-22T01:40:49.069Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

glad you finally got it from those rascally teens!

**t⬛⬛⬛@google.com** 2022-03-22T01:41:44.654Z

ooh yay ok whew there's a vol. 5 coming out!

**t⬛⬛⬛@google.com** 2022-03-22T02:08:50.228Z

Exciting!

**t⬛⬛⬛@google.com** 2022-03-22T02:08:54.725Z

IMG_2304.PNG
**e⬛⬛⬛@google.com** 2022-03-22T02:33:05.192Z

OK what is this??? It seems so sinister!

**t⬛⬛⬛@google.com** 2022-03-22T02:38:14.845Z

Haha yeah it's def terrible! Just like meet with pa leads and tell them who the new sheriff in town is I'm guessing? Also what's even going on with yt like Nicole leaving r soon right? Feel like announcement was forever ago!

**t⬛⬛⬛@google.com** 2022-03-22T04:36:46.612Z

image.png
**t⬛⬛⬛@google.com** 2022-03-22T16:11:15.476Z

ok this is big, just a few pages left!

**t⬛⬛⬛@google.com** 2022-03-22T16:11:58.853Z

we're all waiting w/ bated breath to find out what the mechanical turk is!

**t⬛⬛⬛@google.com** 2022-03-22T16:12:11.234Z

Screen Shot 2022-03-22 at 9.11.37 AM.png
**e⬛⬛⬛@google.com** 2022-03-22T16:15:58.805Z

Ugh but how would Kafka's friend Max Brod describe it??

**t⬛⬛⬛@google.com** 2022-03-22T16:16:07.125Z

ooh bet that'l pay off!

**e⬛⬛⬛@google.com** 2022-03-22T16:16:12.177Z

Haha this is so dumb!

**t⬛⬛⬛@google.com** 2022-03-22T16:16:13.511Z

as the pink lining has many times!

**e⬛⬛⬛@google.com** 2022-03-22T16:16:30.797Z

"bold-faced names"

**e⬛⬛⬛@google.com** 2022-03-22T16:16:32.186Z

??

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t** ███████**@google.com** 2022-03-22T16:16:52.446Z

it was just I!

**t** ███████**@google.com** 2022-03-22T16:16:59.454Z

hahaha omg it's so bad

**e** ███████**@google.com** 2022-03-22T16:17:18.316Z

Also love that while initially Sloane wanted to talk about Tae's massive betrayal or whatev, but in one suave paragraph of Tae mansplaining, now immediately drawn into debating the technology point and falling into his clever trap!

**e** ███████**@google.com** 2022-03-22T16:17:41.991Z

Also love that Sloane "began to cry" and then a paragraph later "fought back tears"!

**e** ███████**@google.com** 2022-03-22T16:17:48.501Z

Undo that crying, Sloane!

**e** ███████**@google.com** 2022-03-22T16:18:37.883Z

"I believed him and didn't believe him. It was the Valley."

**e** ███████**@google.com** 2022-03-22T16:18:39.938Z

P deep!!

**e** ███████**@google.com** 2022-03-22T16:33:11.325Z

This was humbling at first to land in NYC and realize product culture is not the air you breathe in NY tech. NY has taught me a lot and forced me to diversify my skillsets as a product leader, writer, investor, and advisor. Thank you for the cross-training!

**t** ███████**@google.com** 2022-03-22T16:36:30.139Z

oh yeah and he's just like ignoring her and carrying on with his mansplaining?

**t** ███████**@google.com** 2022-03-22T16:36:44.544Z

hahahaha it's sooooo bad

**t** ███████**@google.com** 2022-03-22T17:03:53.614Z

do love bo's amazing view of ny as utopia compared to evil SF!

**t** ███████**@google.com** 2022-03-22T17:48:21.330Z

spotify negs getting intense!

**e** ███████**@google.com** 2022-03-22T18:00:23.305Z

Oh no hope they didn't neg your fashion!

**t** ███████**@google.com** 2022-03-22T18:03:13.666Z

oof thankfully not did lay out my outfit!

**t** ███████**@google.com** 2022-03-22T19:15:49.249Z

GOOG-PLAY5-000500640

**t**████**@google.com** 2022-03-22T19:21:49.917Z

**REDACTED - PRIVILEGE**

**e**████**@google.com** 2022-03-22T19:22:36.026Z

Ooh good neg!

**t**████**@google.com** 2022-03-22T19:23:37.136Z

right!?

**t**████**@google.com** 2022-03-22T19:23:54.753Z

**REDACTED - PRIVILEGE**

**t**████**@google.com** 2022-03-22T19:24:19.435Z

god if unicorn had a passage where someone autorenews but actually it's misunderstood and brilliant

**t**████**@google.com** 2022-03-22T19:38:33.332Z

Screen Shot 2022-03-22 at 12.38.23 PM.png
**t**████**@google.com** 2022-03-22T19:39:24.761Z

can i hire them out to write fanfic or?

**e**████**@google.com** 2022-03-22T20:00:27.775Z

Hi Emily,

I hope all is well! Wanted to see if you had a chance to review my last message. We're currently building the future at Embark and I would love for you to join us on this journey. Check out some of the links below about what we've been working on!

Forbes Article

Embark Trucks & MythBusters


Best

**t**████**@google.com** 2022-03-22T20:01:29.771Z

ooh what! you can join them on their journey into the future? (presumably via some form of literal couch surfing?)

**t**████**@google.com** 2022-03-22T20:07:11.515Z

oh wait hahah this isn't the couch spammers

**t**████**@google.com** 2022-03-22T20:07:18.025Z

different spammers!

**e**████**@google.com** 2022-03-22T20:13:07.823Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500641

Yeah truck spammers!

**t████@google.com** 2022-03-22T20:13:35.606Z

it's so good! demand a cb radio signing bonus!

**t████@google.com** 2022-03-22T21:10:49.063Z

https://www.buzzfeed.com/quizzes
**t████@google.com** 2022-03-22T21:11:08.320Z

aw hopped on call with natalie kim and she's like hey i know you from legal veganuary! yay!

**t████@google.com** 2022-03-22T21:12:40.023Z

wait ugh meant this one!

**t████@google.com** 2022-03-22T21:12:41.008Z

https://www.buzzfeed.com/goldenfishy14/house-aesthetics-quiz

https://www.buzzfeed.com/goldenfishy14/house-aesthetics-quiz
**t████@google.com** 2022-03-22T21:14:21.062Z

ooh thanks buzzfeed!

**t████@google.com** 2022-03-22T21:14:22.681Z

Academiacore
You care about your education and getting good grades. People think you're an amazing artist and you deserve more credit for the stuff you do!

**t████@google.com** 2022-03-22T21:15:47.848Z

Screen Shot 2022-03-22 at 2.15.41 PM.png
**e████@google.com** 2022-03-22T21:21:11.064Z

Haha it's good how it's so transparently you!

**e████@google.com** 2022-03-22T21:21:17.908Z

Should cut it out and frame it!

**t████@google.com** 2022-03-22T21:26:06.676Z

hahaha oh yeah ik! lisa s. nm l. simpson

**t████@google.com** 2022-03-22T21:26:24.020Z

image.png
**e████@google.com** 2022-03-22T22:10:48.114Z

"I don't optimize my life for morality" -- Bryson

**t████@google.com** 2022-03-22T22:11:18.155Z

hahaha omg! we know!

**e████@google.com** 2022-03-22T22:52:42.621Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e⬛⬛@google.com** 2022-03-22T22:52:45.284Z

And Rosa's!

**t⬛⬛@google.com** 2022-03-22T22:59:56.802Z

oh no! what were they!?!?!?!

**t⬛⬛@google.com** 2022-03-22T23:00:06.260Z

lm guess...r thoughtful??

**t⬛⬛@google.com** 2022-03-22T23:00:10.349Z

question mark

**t⬛⬛@google.com** 2022-03-22T23:00:18.012Z

also pls enjoy this gapp-arris drama!:

**t⬛⬛@google.com** 2022-03-22T23:00:34.519Z

Screen Shot 2022-03-22 at 4.00.27 PM.png
**t⬛⬛@google.com** 2022-03-22T23:00:39.742Z

(to kareem)

**e⬛⬛@google.com** 2022-03-22T23:02:13.928Z

Haha that's so aggro!

**e⬛⬛@google.com** 2022-03-22T23:02:17.139Z

"I will flag to LAM"

**e⬛⬛@google.com** 2022-03-22T23:02:20.331Z

"and she will murder you"

**t⬛⬛@google.com** 2022-03-22T23:02:55.354Z

oh yeah i love it it's also like yeah what WON'T you flag to lam, maybe just tell people that and otherwise will rightly assume you'll flag everything to her for blocking?

**e⬛⬛@google.com** 2022-03-22T23:05:10.656Z

Ooh also got Bryson's thoughts on hair cut/color!

**t⬛⬛@google.com** 2022-03-22T23:09:12.076Z

hahaha what

**t⬛⬛@google.com** 2022-03-22T23:09:14.741Z

jonathan style?

**t⬛⬛@google.com** 2022-03-22T23:11:29.202Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

wait what did rosa say about veganism?

**e▮▮▮@google.com** 2022-03-22T23:11:58.381Z

Oh so it seems like she's actually vegan...ish?

**e▮▮▮@google.com** 2022-03-22T23:12:06.763Z

But "non-committed"?

**t▮▮▮▮@google.com** 2022-03-22T23:13:13.197Z

ah ok that's way better than what i was afraid of!

**t▮▮▮▮@google.com** 2022-03-22T23:13:21.868Z

bryson prob had me in wrong headspace!

**t▮▮▮▮@google.com** 2022-03-22T23:18:03.492Z

omg spotify gapp people were soooooo pmy, even though i like their legal people! was like ugh can we just talk legal to legal again

**t▮▮▮▮@google.com** 2022-03-22T23:18:10.894Z

and yes i did almost post that in LL chat

**t▮▮▮▮@google.com** 2022-03-22T23:18:18.338Z

i mean the people should know!

**e▮▮▮@google.com** 2022-03-22T23:18:32.801Z

Oh yeah good ol' days when we were worried about GAPP being PMy and dumb!

**t▮▮▮▮@google.com** 2022-03-22T23:18:33.779Z

do like that we talk in so much code hard to discern!

**e▮▮▮@google.com** 2022-03-22T23:18:37.478Z

Now least of our worries!

**t▮▮▮▮@google.com** 2022-03-22T23:18:49.619Z

hahaha right? it's def often a lesser of two evils situation!

**t▮▮▮▮@google.com** 2022-03-22T23:19:30.490Z

oh and btw gapp in freaking out there b/c arris trying to do their job too!

**e▮▮▮@google.com** 2022-03-22T23:27:22.828Z

Oh yeah amazing that they want to do the job of like 8 teams?

**e▮▮▮@google.com** 2022-03-22T23:27:34.445Z

Like should they just code our products too?

**t▮▮▮▮@google.com** 2022-03-22T23:28:57.691Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500644

ooh but only the sundar level ones!

**t▮▮▮▮▮@google.com** 2022-03-22T23:28:59.504Z

like stadia!

**e▮▮▮▮@google.com** 2022-03-22T23:42:19.610Z

Handle all legal matters and project management for a variety of television shows, including Shark Tank and The Voice

**t▮▮▮▮▮@google.com** 2022-03-22T23:46:51.631Z

hahahahaha what

**t▮▮▮▮▮@google.com** 2022-03-22T23:46:55.732Z

project management??

**t▮▮▮▮▮@google.com** 2022-03-22T23:47:05.328Z

also these shows are boring!

**e▮▮▮▮@google.com** 2022-03-22T23:47:57.088Z

Haha but you love business!

**e▮▮▮▮@google.com** 2022-03-22T23:48:00.296Z

Wheeling and dealing!

**t▮▮▮▮▮@google.com** 2022-03-22T23:56:09.234Z

yeah anime finance!

**t▮▮▮▮▮@google.com** 2022-03-23T04:39:10.856Z

image.png
**t▮▮▮▮▮@google.com** 2022-03-23T15:25:45.768Z

image.png
**t▮▮▮▮▮@google.com** 2022-03-23T15:33:20.987Z

ok this is a first--conflicts with exact same title but w/ totally separate people on separate issues!

**t▮▮▮▮▮@google.com** 2022-03-23T15:33:26.090Z

image.png
**t▮▮▮▮▮@google.com** 2022-03-23T15:39:40.631Z

ooh epilogue!

**e▮▮▮▮@google.com** 2022-03-23T15:39:53.056Z

Haha wait was it done??

**t▮▮▮▮▮@google.com** 2022-03-23T15:39:56.350Z

Screen Shot 2022-03-23 at 8.39.31 AM.png
**t▮▮▮▮▮@google.com** 2022-03-23T15:39:59.979Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500645

yeah!

**t███████@google.com** 2022-03-23T15:40:02.148Z

it was the valley!

**e███████@google.com** 2022-03-23T15:40:10.393Z

Hahaha omg that's like the least satisfying ending ever?

**e███████@google.com** 2022-03-23T15:40:27.930Z

Even though Tae promises in his numerator to always satisfy!

**t███████@google.com** 2022-03-23T15:40:31.492Z

oh yeah shockingly terrible! i guess was banking a lot on impact of his big twist?

**e███████@google.com** 2022-03-23T15:40:44.237Z

OK wait I was thinking more about the twist too last night when I couldn't sleep!

**t███████@google.com** 2022-03-23T15:40:46.232Z

he's a numerator decimator!

**e███████@google.com** 2022-03-23T15:40:53.420Z

I feel like it doesn't even make sense!

**t███████@google.com** 2022-03-23T15:40:54.253Z

which i guess literally figuratively true!

**e███████@google.com** 2022-03-23T15:41:09.566Z

So like mechanical turk (as you know as an educated man) worked because had a chess grandmaster inside and all it needed to do was play chess!

**e███████@google.com** 2022-03-23T15:41:32.225Z

But CLEAR is meant to analyze body of text/speech and in real time, produce what the speaker will say next!

**e███████@google.com** 2022-03-23T15:41:41.001Z

Which is an ASTONISHINGLY HARD thing to do for a human!

**t███████@google.com** 2022-03-23T15:41:46.725Z

yeah exactly!

**e███████@google.com** 2022-03-23T15:41:47.283Z

Thus the excitingness of the AI!

**t███████@google.com** 2022-03-23T15:41:50.156Z

it makes no sense at all!

**e███████@google.com** 2022-03-23T15:41:56.009Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

But like this was just a bunch of random chumps desperate for a job?

**e██████@google.com** 2022-03-23T15:42:08.527Z

How were they predicting e.g. the highly technical investory things that the investors were saying?

**e██████@google.com** 2022-03-23T15:42:16.463Z

Like would have to fully understand every field and every person?

**e██████@google.com** 2022-03-23T15:42:24.124Z

Like I mean yes I can usually predict everything you will say!

**e██████@google.com** 2022-03-23T15:42:32.803Z

But that's because I'm a brilliant genius and you're my Sluggo!

**e██████@google.com** 2022-03-23T15:42:54.362Z

But like a bunch of weirdo engineers are convincingly predicting what a lot of technical specialists they don't know would say next at any given point??

**t████████@google.com** 2022-03-23T15:43:17.799Z

and like apparently these were a bunch of foreign people too which would make impossible job even harder?

**t████████@google.com** 2022-03-23T15:43:36.774Z

hahahah yeah exactly that's like a one in a billion thing!

**t████████@google.com** 2022-03-23T15:44:23.265Z

yeah and even if come up with something plausible have no real way of knowing all relevant data for answer, like person themselves always has hard time with that? well non-mbg person ofc!

**e██████@google.com** 2022-03-23T15:44:28.954Z

Yeah exactly!

**t████████@google.com** 2022-03-23T15:44:53.743Z

hard for engineers to speak clearly to non-engineers for stuff in their own person!

**e██████@google.com** 2022-03-23T15:45:19.525Z

Like have met a lot of engineers who THINK they can guess the legal advice I will give, but rarely correct!

**e██████@google.com** 2022-03-23T15:45:55.382Z

Also feel like you must be as frustrated at the F ending as I am at the logic!

**e██████@google.com** 2022-03-23T15:46:00.367Z

Like what's even Tae's deal?

**e██████@google.com** 2022-03-23T15:46:09.663Z

He's telling both Maverick and Sloane he's in love with them and both seem OK with it?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e**████**@google.com** 2022-03-23T15:46:19.138Z

And not even textually clear what he actually feels?

**e**████**@google.com** 2022-03-23T15:46:23.503Z

Or maybe clear to you, the F Nancy!

**e**████**@google.com** 2022-03-23T15:51:28.937Z

Hahah "bulletproof non-disclosure agreement"

**e**████**@google.com** 2022-03-23T15:51:52.812Z

Love that concept, like feel like first thing we learn as lawyers is NDAs basically garbage, if somebody leaks good luck suing them, and also doesn't stop the leak!

**e**████**@google.com** 2022-03-23T15:52:06.979Z

And OK great lawyering, you didn't have them sign NDAs BEFORE they learned the secret info?

**e**████**@google.com** 2022-03-23T15:52:22.571Z

Like any of them could just have not signed and sold the knowledge for way more than $100k?

**e**████**@google.com** 2022-03-23T15:53:15.902Z

Ooh is being on cover of lawyer magazine with headline "Midas Touch" your new career goal?

**t**████**@google.com** 2022-03-23T16:06:26.894Z

oh yeah honestly still not even sure like i guess it is tae and sloane, but for a while thought it was sloane and that other guy?

**t**████**@google.com** 2022-03-23T16:06:51.348Z

omg i loved that part! bulletproof nda like overzealous wannabe corporate lawyer sixth grader language?

**t**████**@google.com** 2022-03-23T16:07:37.118Z

and also obvs since a bunch of random people you screwed they will leak? like almost certain?

**t**████**@google.com** 2022-03-23T16:07:52.319Z

or i dunno they did seem p excited to have 1/50 chance to get full-time job so maybe grateful!

**t**████**@google.com** 2022-03-23T16:08:33.694Z

wait but you < 3 gold the most! brilliant golden lawyer v emzy esprit?

**e**████**@google.com** 2022-03-23T16:10:09.709Z

Also love "send back to home countries" like wait are these even native English speakers?

**e**████**@google.com** 2022-03-23T16:10:24.683Z

Like not only are they not brilliant Mechanical Turk grandmasters, but they're not even native speakers of the language they're mostly faking?

**t**████**@google.com** 2022-03-23T16:11:27.396Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ooh yeah def not!

**t███████@google.com** 2022-03-23T16:13:56.256Z

also is v clear ssh has no respect for them!

**t███████@google.com** 2022-03-23T16:15:53.689Z

this book r amazing! like kind of want to reread at some point bet a lot of it looks muuuuch dumber given how it ended

**t███████@google.com** 2022-03-23T16:16:01.878Z

which previously unthinkable!

**t███████@google.com** 2022-03-23T16:24:34.383Z

guess we should close it out!:

**e██████@google.com** 2022-03-23T16:24:54.048Z

Oh yeah do feel like would be even worse on re-read!

**t███████@google.com** 2022-03-23T16:24:54.466Z

Screen Shot 2022-03-23 at 9.24.42 AM.png
**e██████@google.com** 2022-03-23T16:24:59.103Z

Like could see all the flaws!

**t███████@google.com** 2022-03-23T16:25:18.686Z

yeah! and tbf would just take like an hour--20m for you!

**t███████@google.com** 2022-03-23T16:25:30.055Z

two hours for bryson but he'd understand it the best! (and love it)

**e██████@google.com** 2022-03-23T16:25:47.698Z

Hahaha I love that the ending is like both fake literary and reinforces how dumb and uneducated Sloane is compared to Tae?

**e██████@google.com** 2022-03-23T16:26:08.718Z

Like Wharton/Fitzgerald/Dickens/Salinger???

**e██████@google.com** 2022-03-23T16:26:14.048Z

Not really any four more dissimilar authors!

**t███████@google.com** 2022-03-23T16:26:15.555Z

omg yeah ofc had to add one more fake smart literary reference!

**t███████@google.com** 2022-03-23T16:26:21.383Z

"have you ever heard of moby dick?"

**t███████@google.com** 2022-03-23T16:26:38.663Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

oh yeah amazing!

**t████████@google.com** 2022-03-23T16:26:44.252Z

v klosteresprit i feel like!

**e████@google.com** 2022-03-23T16:26:56.223Z

Also love that even sexist in how he frames, like "Edith Wharton" but all the men recognizable by just their last names?

**t████████@google.com** 2022-03-23T16:27:23.061Z

hahaha yeah! ssh telling on himself as always

**e████@google.com** 2022-03-23T16:27:41.726Z

OK who even is the quote actually from? Want to Google but feel like we should guess first!

**e████@google.com** 2022-03-23T16:27:47.757Z

God I hope it's David Foster Wallace!

**t████████@google.com** 2022-03-23T16:29:03.171Z

i love it! or could ssh resist another easter egg reference?

**t████████@google.com** 2022-03-23T16:29:33.665Z

trying to think who hits the mark

**e████@google.com** 2022-03-23T16:29:34.047Z

Maybe it was Kafka's friend Max Brod!

**t████████@google.com** 2022-03-23T16:29:39.478Z

hahahahhahaha

**t████████@google.com** 2022-03-23T16:29:40.408Z

that's it!

**t████████@google.com** 2022-03-23T16:29:44.153Z

ok let's find out!

**t████████@google.com** 2022-03-23T16:30:40.760Z

wait haha no results!

**e████@google.com** 2022-03-23T16:30:51.530Z

Hahaha did SSH just make this up??

**e████@google.com** 2022-03-23T16:30:57.582Z

Evidence that whole book written by CLEAR!

**t████████@google.com** 2022-03-23T16:31:29.468Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ok that would be good twist, so def not!

**e⬛⬛⬛@google.com** 2022-03-23T16:32:04.003Z

OK I don't even understand the whole Tae/Tae-Hyun theme?

**e⬛⬛⬛@google.com** 2022-03-23T16:32:11.625Z

Like clearly supposed to be r deep, but?

**t⬛⬛⬛@google.com** 2022-03-23T16:32:19.840Z

me neither--is it like some bo thing?

**e⬛⬛⬛@google.com** 2022-03-23T16:32:59.562Z

Like is Tae meant to represent Sloane's false sense of intimacy with him or whatever and Tae-Hyun acknowledgement that he's basically stranger to her?

**t⬛⬛⬛@google.com** 2022-03-23T16:33:37.952Z

yeah maybe--whole thing so underdeveloped!

**t⬛⬛⬛@google.com** 2022-03-23T16:45:22.509Z

hope this becomes a series!

**e⬛⬛⬛@google.com** 2022-03-23T17:29:03.408Z

Our conversation yesterday reminded me of an essay we had to write in Philosophy in High School.  The title was from Simone De Beauvoir and I found it 'translated' in English as "Morality resides in the painfulness of an indefinite questioning".  It is from her essay about "Pour un morale de l'ambiguite."  I absolutely don't remember what I wrote, but I do remember the many discussions we had in class about the topic.  Some much more contentious than the ones we had yesterday.  I don't even remember the grade I got.  As Clement will attest, French grading is rough ("perfection is only of the realm of the gods") so I might not even have gotten a passing grade!

# REDACTED - PRIVILEGE

**t⬛⬛⬛@google.com** 2022-03-23T18:48:47.606Z

what!

**t⬛⬛⬛@google.com** 2022-03-23T18:48:50.659Z

sdb!?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t██████@google.com** 2022-03-23T18:48:50.586Z

do like the 'translated'

**t██████@google.com** 2022-03-23T18:49:25.762Z

feel like this p mbg esprit!

**t██████@google.com** 2022-03-23T18:49:32.841Z

"perfection is only of the realm of the gods"

**t██████@google.com** 2022-03-23T18:49:49.399Z

although do feel like perfection different from passing but

**t██████@google.com** 2022-03-23T18:50:49.518Z

amazing preface to p tactical email!

**t██████@google.com** 2022-03-23T18:51:16.012Z

don't demonetize sdb!

**t██████@google.com** 2022-03-23T19:14:49.617Z

ooh also e2 promo locked in whoo!

**e████@google.com** 2022-03-23T19:18:58.762Z

Ooooh yay!

**e████@google.com** 2022-03-23T19:19:18.763Z

You need to tell me when you're going to tell her so can arrange a celebratory call!

**e████@google.com** 2022-03-23T19:19:24.134Z

Ooh should send her a present!

**t██████@google.com** 2022-03-23T19:19:32.844Z

oh yeah! wish could tell now!

**t██████@google.com** 2022-03-23T19:19:45.891Z

oh she's coming down in mid-may i think too!

**e████@google.com** 2022-03-23T19:19:48.414Z

Don't worry, I'll tell her!

**t██████@google.com** 2022-03-23T19:19:53.639Z

hahahahahahahhaha

**t██████@google.com** 2022-03-23T19:20:13.581Z

is this like when she pings you to find out where i am? or to decode words?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e**████**@google.com** 2022-03-23T19:21:08.250Z

Yeah or like when I have to take on your managerial duty to matchmake her with your clients!

**t**████**@google.com** 2022-03-23T19:21:19.648Z

hahahahah omg yes pls do!

**e**████**@google.com** 2022-03-23T19:21:20.352Z

(still waiting on peer bonus from you for that by the way)

**t**████**@google.com** 2022-03-23T19:21:52.726Z

oh yeah support will be v good!

**t**████**@google.com** 2022-03-23T19:32:55.924Z

ugh can't even hammond today b/c congress!

**t**████**@google.com** 2022-03-23T19:33:17.256Z

unless we do a long hammond!

**t**████**@google.com** 2022-03-23T19:33:39.648Z

let's check with christina!

**e**████**@google.com** 2022-03-23T19:36:28.198Z

Or just get Congress to dial into Hammond?

**t**████**@google.com** 2022-03-23T19:36:55.095Z

oh good idea i'll update the invite!

**t**████**@google.com** 2022-03-23T19:40:06.917Z

really my kind of vibe already!

**t**████**@google.com** 2022-03-23T19:40:10.630Z

image.png

**e**████**@google.com** 2022-03-23T20:00:32.908Z

Ooh or is it Salinger?

**t**████**@google.com** 2022-03-23T20:00:48.991Z

wait the quote?

**t**████**@google.com** 2022-03-23T20:00:52.979Z

which did never find!

**e**████**@google.com** 2022-03-23T20:01:40.634Z

Oh yeah I mean could be Scott Fitzgerald, or Salinger, or Edith Wharton...

**e**████**@google.com** 2022-03-23T20:01:50.586Z

GOOG-PLAY5-000500653

Could be meeting with rep for any of them!

**t███████@google.com** 2022-03-23T20:06:10.278Z

hahahaha yeah! Dickens, Twain, Hemingway, Louisa May Alcott, Mary Wollstonecraft Shelley

**t███████@google.com** 2022-03-23T20:08:53.568Z

ugh doing interview feedback and wish could just do notes and rec? like the breakouts are sooo annoying and pointless

**e██████@google.com** 2022-03-23T20:09:48.271Z

Oh yeah it's the worst!

**e██████@google.com** 2022-03-23T20:09:55.798Z

Makes whole thing so burdensome and it's just arbitrary!

**e██████@google.com** 2022-03-23T20:10:36.816Z

Haha recruiting trying to give me all of Tia's and Jess' rejects!

**t███████@google.com** 2022-03-23T20:10:57.368Z

yeah! and also feel like no one even reads unless they feel like not long enough or w/e like could just lorem ipsum

**t███████@google.com** 2022-03-23T20:11:28.038Z

ooh we have some good ones! and some bad ones!

**t███████@google.com** 2022-03-23T20:12:06.738Z

although tbh none i thought offhand would be a great fit for you--only interviewed barry (who we're giving offer to), amazon guy (who way more app-store experience), and heard about r bad apple person!

**t███████@google.com** 2022-03-23T20:14:09.616Z

also get the purpose but TC thing so awk!

**e██████@google.com** 2022-03-23T20:15:59.146Z

Haha Bryson offered to send me people he liked!

**t███████@google.com** 2022-03-23T20:17:01.847Z

ah ok! and tbf does actually seem to have good instincts on hiring since your greatest champion!

**t███████@google.com** 2022-03-23T20:20:23.568Z

do you still have two heads?

**t███████@google.com** 2022-03-23T20:20:31.857Z

any strong candidates or still in the middle?

**e██████@google.com** 2022-03-23T20:21:12.703Z

Still have 4 heads!

**t███████@google.com** 2022-03-23T20:21:53.336Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

omg!!!

**t⬛⬛⬛⬛@google.com** 2022-03-23T20:22:56.158Z

you'll have so many reports!

**t⬛⬛⬛⬛@google.com** 2022-03-23T20:24:14.902Z

wait does this mean fitz has a chance for that fourth spot?

**t⬛⬛⬛⬛@google.com** 2022-03-23T20:24:29.798Z

p sure recruiting would be very supportive, and actively hostile if you didn't hire and made the find more people!

**e⬛⬛⬛@google.com** 2022-03-23T20:26:08.232Z

Yeah recruiting told me Fitz counts for 2 since he's twice as good as any normal lawyer!

**e⬛⬛⬛@google.com** 2022-03-23T20:26:21.794Z

(and costs twice as much in bar expenses)

**e⬛⬛⬛@google.com** 2022-03-23T20:28:58.313Z

Ooh r excited for Hammond time!

**t⬛⬛⬛⬛@google.com** 2022-03-23T20:29:32.823Z

ugh i have to talk to f. scott fitzgerald's rep!

**t⬛⬛⬛⬛@google.com** 2022-03-23T20:29:53.350Z

go long! get bahareh in there! double session so i can join!

**e⬛⬛⬛@google.com** 2022-03-23T20:30:16.275Z

Ugh tell him you can't make it since saw a green light!

**t⬛⬛⬛⬛@google.com** 2022-03-23T20:34:14.245Z

hahaha and legal fees for fitz!

**t⬛⬛⬛⬛@google.com** 2022-03-23T20:34:54.937Z

omg aladner amazing mess on this call like dialed in, kids screaming, huffing about technical snafus

**e⬛⬛⬛@google.com** 2022-03-23T20:35:23.921Z

Wait is Scott Fitzgerald actually Fitz?

**e⬛⬛⬛@google.com** 2022-03-23T20:35:29.699Z

He's in congress already!

**e⬛⬛⬛@google.com** 2022-03-23T20:35:35.201Z

But was too modest to share on his vlog!

**t⬛⬛⬛⬛@google.com** 2022-03-23T20:36:25.357Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

would make a lot of sense!

**e███████@google.com** 2022-03-23T20:38:06.321Z

Like when Scranton White Pages owned by Jan!

**t███████@google.com** 2022-03-23T20:38:46.403Z

hahaha wait i don't remember that at all--was that late season?

**e███████@google.com** 2022-03-23T20:38:54.544Z

Haha was just thinking you prob don't even know that part!

**t███████@google.com** 2022-03-23T20:39:03.490Z

you kneeeeew

**t███████@google.com** 2022-03-23T21:36:16.815Z

The US has a lot of global influence currently but that influence is, by and large, voluntary on the part of the other nations involved to some degree.

**t███████@google.com** 2022-03-23T21:36:29.544Z

great set of qualifiers!

**t███████@google.com** 2022-03-23T21:53:26.737Z

Screen Shot 2022-03-23 at 2.53.08 PM.png
**e███████@google.com** 2022-03-23T21:53:45.462Z

Haha OK p solid!

**e███████@google.com** 2022-03-23T21:58:16.297Z

Screen Shot 2022-03-23 at 2.58.02 PM.png
**e███████@google.com** 2022-03-23T21:58:21.914Z

Ooh is this the guy who was in the WSJ?

**t███████@google.com** 2022-03-23T21:59:54.947Z

ok might be! they didn't say which tristan it was!

**t███████@google.com** 2022-03-23T22:00:21.439Z

excited to hear bo talk about how much better and more authentic LA is than the bay area!:

**t███████@google.com** 2022-03-23T22:00:31.343Z

Screen Shot 2022-03-23 at 2.59.35 PM.png
**t███████@google.com** 2022-03-23T22:00:39.831Z

NFT LA sounds like an amazing scene

**e███████@google.com** 2022-03-23T22:02:09.084Z

OK should we go? Ironically?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e**████**@google.com** 2022-03-23T22:02:11.950Z

Let's cosplay!

**t**████**@google.com** 2022-03-23T22:02:36.327Z

oooh yeah as chillwave nfts!

**t**████**@google.com** 2022-03-23T22:03:01.591Z

NFT | LA is an integrated conference experience: an epic IRL conference fused with immersive Metaverse integrations and LA's robust nightlife scene. Explore the city of angels and journey into its new role as a global conduit for the adoption of web3 in sports, music, art, and entertainment.

**t**████**@google.com** 2022-03-23T22:03:24.123Z

ugh have always wanted to get integrated and immersed into LA's robust nightlife scene

**e**████**@google.com** 2022-03-23T22:05:01.298Z

Ooh is this the scene for the next chapter of Fate at F8?

**t**████**@google.com** 2022-03-23T22:05:30.435Z

omg has to be!

**t**████**@google.com** 2022-03-23T22:07:09.267Z

Screen Shot 2022-03-23 at 3.07.00 PM.png
**t**████**@google.com** 2022-03-23T22:07:15.866Z

yes i knoooow you're from yt!

**e**████**@google.com** 2022-03-23T22:08:05.319Z

Yeah is that a greeting or his legal position?

**e**████**@google.com** 2022-03-23T22:08:15.277Z

Just reply "unsubscribe"!

**t**████**@google.com** 2022-03-23T22:23:37.875Z

oh yeah i want to!:

**t**████**@google.com** 2022-03-23T22:23:47.697Z

Screen Shot 2022-03-23 at 3.23.25 PM.png
**e**████**@google.com** 2022-03-23T22:24:21.483Z

OK seems p rude!

**e**████**@google.com** 2022-03-23T22:24:23.959Z

Go to ARRIS, buddy!

**t**████**@google.com** 2022-03-23T22:24:35.846Z

hahah yeah feel like it's prototype arris!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

t███████@google.com 2022-03-23T22:24:47.144Z

they're always so aggro about everything, and like rarely even legal issues?

t███████@google.com 2022-03-23T22:25:03.117Z

like let your execs harass my execs, no need to always carry their water?

e███████@google.com 2022-03-23T22:26:31.448Z

Oh yeah always being suuuuper pushy on YT business issues!

e███████@google.com 2022-03-23T22:26:47.061Z

Should get Bryson to email their manager, like James Pond!

t███████@google.com 2022-03-23T22:27:04.775Z

also feel like this level of in freaking out would usually make me DIEEEEE as infp, but like boy who cried wolf with yt and arris? like ok yes yes pls tell me why everything terrible

t███████@google.com 2022-03-23T22:27:23.494Z

hahaha yeah! halimah!

t███████@google.com 2022-03-23T22:27:32.959Z

could have it as TP in their regular 1:1!

e███████@google.com 2022-03-23T22:27:38.887Z

Oh yeah although to be fair after LAM comes through many people think there's been a wolf attack!

t███████@google.com 2022-03-23T22:29:06.595Z

oooh good point! that's me crying wolf and it is accurate!

e███████@google.com 2022-03-23T22:29:19.165Z

Yeah but not crying for long after the teeth come out!

t███████@google.com 2022-03-23T22:29:38.554Z

zomg!

t███████@google.com 2022-03-23T22:30:01.746Z

# REDACTED - PRIVILEGE

t███████@google.com 2022-03-23T22:30:32.067Z

# REDACTED - PRIVILEGE

e███████@google.com 2022-03-23T22:33:17.207Z

OK but crazy thing is how often it works!

e███████@google.com 2022-03-23T22:33:34.354Z

GOOG-PLAY5-000500658

**t███████@google.com** 2022-03-23T22:33:57.003Z

oh yeah it's ridiculous! like total putin appeasement situation?

**t███████@google.com** 2022-03-23T22:34:13.965Z

just like completely enraged when don't do and anticipate everything they want, even on things they should have no say on?

**e███████@google.com** 2022-03-23T22:38:56.911Z

Haha just say "unsubscribe"

**e███████@google.com** 2022-03-23T22:39:01.223Z

Oops not sure why that copied!

**e███████@google.com** 2022-03-23T22:39:05.062Z

Although still applicable!

**t███████@google.com** 2022-03-23T22:39:08.848Z

ik!

**e███████@google.com** 2022-03-23T22:39:15.274Z

The American empire isn't falling. The American republic is failing.

**t███████@google.com** 2022-03-23T22:39:17.889Z

now halimah like can you get on call w/ lance and nicole

**t███████@google.com** 2022-03-23T22:39:27.191Z

thankfully in hiroshi meeting for next 20!

**e███████@google.com** 2022-03-23T22:39:32.299Z

OK should you make a sarcastic fashion gesture?

**e███████@google.com** 2022-03-23T22:39:41.809Z

That only we understand is secretly disrespectful?

**t███████@google.com** 2022-03-23T22:40:53.812Z

oh yes! except p sure yt sees my continued existence as disrespectful!

**e███████@google.com** 2022-03-23T22:50:52.211Z

Yeah Weyland style!

**t███████@google.com** 2022-03-23T22:54:12.458Z

going to be great meeting!

**e███████@google.com** 2022-03-23T22:55:17.242Z

GOOG-PLAY5-000500659

Don't worry, I have my second meeting of the day with Bryson at 4:46!

**t████████@google.com** 2022-03-23T22:56:35.451Z

oooh what that's so specific!

**e████████@google.com** 2022-03-23T23:06:44.334Z

Many of you asked about Swag and Celebration. After much discussion on this, we've decided that given the circumstances, and despite this amazing work and achievement, we don't think celebration is really the appropriate thing here given the context of this action. Many felt that celebrating this with food or swag could be interpreted as a lack of respect for the harm caused by real world situation that has forced our action. So in the spirit of marking this achievement, but also to show respect for those whose lives have been directly impacted by the conflict, we're encouraging individuals to make a contribution to the google.org giving campaign if they so choose.

http://google.org

**t████████@google.com** 2022-03-23T23:10:22.876Z

hahahahahah wait which action is this?

**t████████@google.com** 2022-03-23T23:10:32.064Z

ukraine/ru?

**t████████@google.com** 2022-03-23T23:10:56.360Z

ok but can we at least see the ideas left on the cutting-room floor??

**e████████@google.com** 2022-03-23T23:13:17.386Z

Do love that the "swag" is you donate your own money!

**e████████@google.com** 2022-03-23T23:13:31.210Z

Like Goog not even going to chip in!

**e████████@google.com** 2022-03-23T23:13:36.318Z

a63f9b65-ef16-4d7d-8349-660e8d978a70.jpg
**t████████@google.com** 2022-03-23T23:13:36.698Z

ok do feel like finally getting to a good place stress-wise! like was at 110%, but now like 200% so everything just seems comical! yay absurdism!

**t████████@google.com** 2022-03-23T23:14:11.806Z

oh yeah seriously!

**t████████@google.com** 2022-03-23T23:14:15.612Z

to dairy industry!

**e████████@google.com** 2022-03-23T23:14:21.480Z

Oh yeah stress OOC! Last night was feeling so bad fell asleep on couch at 8, then tried to go into bed at 10 but instead couldn't fall asleep until 4!

**t████████@google.com** 2022-03-23T23:14:24.384Z

hit hard by sanctions!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e**████**@google.com** 2022-03-23T23:15:00.991Z

So now just weirdly exhausted and can't focus on anything, which I guess good for stress too!

**t**████**@google.com** 2022-03-23T23:15:05.436Z

ugh yeah! ok in these cases i either go full absurdist or just take the long view, not to minimize my own stress, but it is kind of silly when i put it in any sort of perspective!

**t**████**@google.com** 2022-03-23T23:15:14.939Z

yeah same!

**e**████**@google.com** 2022-03-23T23:15:16.323Z

Like OK just going to sip some tea and have my eyes glance over emails without processing them!

**e**████**@google.com** 2022-03-23T23:15:22.619Z

Fugue state!

**t**████**@google.com** 2022-03-23T23:15:32.717Z

also like people like tu just tu around all day for decades and they seem fine!

**t**████**@google.com** 2022-03-23T23:15:38.377Z

whee!

**e**████**@google.com** 2022-03-23T23:16:17.920Z

Oh yeah like will be dead v soon in global perspective and then nobody will remember me and will be irrelevant how I was feeling!

**e**████**@google.com** 2022-03-23T23:16:31.945Z

Which weirdly does sometimes help to think about!

**t**████**@google.com** 2022-03-23T23:16:35.947Z

image.png

**t**████**@google.com** 2022-03-23T23:16:48.589Z

agreed!

**e**████**@google.com** 2022-03-23T23:17:11.424Z

P sure same thing Tu thinks about!

**t**████**@google.com** 2022-03-23T23:17:11.981Z

let's just think up russia sanctions swag!

**t**████**@google.com** 2022-03-23T23:17:14.575Z

hahaha omg

**t**████**@google.com** 2022-03-23T23:17:28.475Z

ok tu and lam and the like just fuming all day and night and in dreams!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t▮▮▮▮@google.com** 2022-03-23T23:17:50.138Z

i feel like def could do a lot with putin caricatures? those artists need our support with far fewer google events to work at!

**t▮▮▮▮@google.com** 2022-03-23T23:18:14.378Z

ooh maybe google ads kicking a bent over putin in the butt?

**e▮▮▮▮@google.com** 2022-03-23T23:18:14.484Z

Oh Ted made joke where he said would send me red phone and was like yes would love that actually!

**t▮▮▮▮@google.com** 2022-03-23T23:18:24.681Z

or peeing on putin calvin knockoff-sticker style?

**t▮▮▮▮@google.com** 2022-03-23T23:18:37.895Z

hahaha yeah good idea!

**t▮▮▮▮@google.com** 2022-03-23T23:19:25.207Z

ok and the figure representing google ads is like in a trenchcoat and has a spyglass for some reason?

**t▮▮▮▮@google.com** 2022-03-23T23:19:39.658Z

feel like there can be a lot of layers to this...what is mark penn of scroogled fame up to nowadays

**t▮▮▮▮@google.com** 2022-03-23T23:21:45.074Z

wow exceeds expectations!

**t▮▮▮▮@google.com** 2022-03-23T23:21:45.949Z

Penn was a chief strategist and pollster in the Hillary Clinton 2008 presidential campaign. Penn is the author of Microtrends (2007) and Microtrends Squared (2018).[4] Penn later became a defender of Donald Trump, opposing his impeachment, consulting on his presidential campaign, and alleging a "deep state" conspiracy against him.

**e▮▮▮▮@google.com** 2022-03-23T23:22:14.734Z

Whaaat!

**e▮▮▮▮@google.com** 2022-03-23T23:22:18.364Z

OK does deliver!

**t▮▮▮▮@google.com** 2022-03-23T23:22:56.608Z

great twist!

**t▮▮▮▮@google.com** 2022-03-23T23:23:02.197Z

wait what even is this patrice thing??

**t▮▮▮▮@google.com** 2022-03-23T23:23:37.168Z

and are you prepping an egg omelet with some incidental meat rn?

**e▮▮▮▮@google.com** 2022-03-23T23:25:58.613Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OK whole Patrice thing off the rails!

**t_____@google.com** 2022-03-23T23:27:31.290Z

who's patrice??

**t_____@google.com** 2022-03-23T23:27:40.148Z

i mean besides incidental meat eater!

**e_____@google.com** 2022-03-23T23:28:54.115Z

OK so Patrice is Annie Esser's husband!

**t_____@google.com** 2022-03-23T23:29:03.852Z

oh ok! thought it sounded familiar

**e_____@google.com** 2022-03-23T23:29:22.003Z

And a year ago got cancer and obviously r sad!

**e_____@google.com** 2022-03-23T23:30:00.281Z

And doctors were like OK animal products literally growing your cancer, you need to eat totally vegan!

**t_____@google.com** 2022-03-23T23:30:12.446Z

omg!

**t_____@google.com** 2022-03-23T23:30:16.223Z

does check out!

**e_____@google.com** 2022-03-23T23:30:18.872Z

So they put out call like hey sign up on meal train sheet!

**t_____@google.com** 2022-03-23T23:30:20.170Z

based on what we know about cancer!

**t_____@google.com** 2022-03-23T23:30:26.018Z

yeah!

**e_____@google.com** 2022-03-23T23:30:28.632Z

And was like omg I can help with this!

**t_____@google.com** 2022-03-23T23:30:33.266Z

totally!

**e_____@google.com** 2022-03-23T23:30:51.971Z

So cooked them some food, and brought Annie one of my vegan cookbooks and answered her questions about vegan cooking!

**e_____@google.com** 2022-03-23T23:30:59.232Z

GOOG-PLAY5-000500663

And recommended vegan meal delivery services and restaurants!

**t███████@google.com** 2022-03-23T23:31:02.258Z

ok feel like animal products like alcohol in terms of how carcinogenic like probably cigarette level but so buried by lobbies that we only know already bad tip of the iceberg

**t███████@google.com** 2022-03-23T23:31:08.442Z

aww so nice!

**e██████@google.com** 2022-03-23T23:31:14.169Z

I mean felt like least I could do!

**t███████@google.com** 2022-03-23T23:31:24.001Z

yeah but still p great!

**e██████@google.com** 2022-03-23T23:31:31.010Z

But then (OK here is part where feel bad for judging cancer situation!) situation just never got better!

**e██████@google.com** 2022-03-23T23:31:44.092Z

Like totally understand vegan cooking overwhelming at first and they had a lot to deal with!

**t███████@google.com** 2022-03-23T23:32:12.485Z

wait do you mean never ate vegan or cancer didn't get better or?

**e██████@google.com** 2022-03-23T23:32:27.697Z

Oh well kind of both I think but meant more like their process never got better!

**e██████@google.com** 2022-03-23T23:32:45.141Z

Like would have imagined that Annie would have learned to cook vegan food at some point?

**t███████@google.com** 2022-03-23T23:32:52.154Z

yeah!

**e██████@google.com** 2022-03-23T23:32:53.541Z

Or would have subscribed to one of the vegan meal services?

**e██████@google.com** 2022-03-23T23:32:55.651Z

Or something?

**t███████@google.com** 2022-03-23T23:33:05.451Z

esp if life very clearly on the line! which again not judging too much but!

**e██████@google.com** 2022-03-23T23:33:09.581Z

But got this weird text from her like Patrice is really hungry!

**t███████@google.com** 2022-03-23T23:33:16.675Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ohhhhhh

**e**▉▉▉**@google.com** 2022-03-23T23:33:27.365Z

And vibe was like Annie is cooking non-vegan food for herself and kids, but won't cook vegan food for Patrice???

**e**▉▉▉**@google.com** 2022-03-23T23:33:29.202Z

Which like what???

**t**▉▉▉**@google.com** 2022-03-23T23:33:34.120Z

i do love the not even like ok gonna add some vegetarian "variety" but literally wont' eat tofu!

**t**▉▉▉**@google.com** 2022-03-23T23:33:44.902Z

zomg!

**t**▉▉▉**@google.com** 2022-03-23T23:33:46.717Z

what!

**e**▉▉▉**@google.com** 2022-03-23T23:33:48.337Z

Understand if hard to cook two meals, but you can't cook vegan meals for whole family?

**e**▉▉▉**@google.com** 2022-03-23T23:33:53.810Z

Or like literally buy him meals?

**e**▉▉▉**@google.com** 2022-03-23T23:33:55.243Z

Or anything??

**t**▉▉▉**@google.com** 2022-03-23T23:33:55.654Z

yeah or just order even?

**t**▉▉▉**@google.com** 2022-03-23T23:34:00.470Z

there are so many options!

**t**▉▉▉**@google.com** 2022-03-23T23:34:06.890Z

dozens of which are in our emails!

**t**▉▉▉**@google.com** 2022-03-23T23:34:11.364Z

and i'm sure your emails to annie!

**t**▉▉▉**@google.com** 2022-03-23T23:34:16.826Z

like limitless basically!

**e**▉▉▉**@google.com** 2022-03-23T23:34:34.960Z

Right and I was like oh try Merit! (since originally had this SUPER STRICT set of criteria like must be organic, and no acids, and only these vegetables, and no grains...)

**e**▉▉▉**@google.com** 2022-03-23T23:34:43.276Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Which by the way were super stressful to cook around but still did!

**e⬛⬛⬛@google.com** 2022-03-23T23:35:03.526Z

And then next time I go back they don't remember the names of the restaurants, and haven't learned any recipes, or?

**e⬛⬛⬛@google.com** 2022-03-23T23:35:22.112Z

And I try to check the restrictions like oh so can I use flour, or...?

**e⬛⬛⬛@google.com** 2022-03-23T23:35:37.095Z

And Annie's like oh well yeah Patrice doesn't eat that much of it, just saves it up for when he wants to eat a muffin or something!

**e⬛⬛⬛@google.com** 2022-03-23T23:35:42.607Z

So even at the time he's like randomly eating non-vegan things!

**e⬛⬛⬛@google.com** 2022-03-23T23:35:47.525Z

When literally his life depends on it??

**t⬛⬛⬛@google.com** 2022-03-23T23:35:51.205Z

ohhhh i remember this!

**t⬛⬛⬛@google.com** 2022-03-23T23:35:57.044Z

from that first line there

**t⬛⬛⬛@google.com** 2022-03-23T23:36:11.135Z

haha what!

**t⬛⬛⬛@google.com** 2022-03-23T23:36:25.600Z

wait and flour thing is like...calories related or?

**e⬛⬛⬛@google.com** 2022-03-23T23:36:40.390Z

So whole situation soooo weird, like ofc would give them any help they need! But feels like Annie won't even learn to cook one vegan dish to save her husband's life?

**e⬛⬛⬛@google.com** 2022-03-23T23:36:42.729Z

And he won't even eat one!

**t⬛⬛⬛@google.com** 2022-03-23T23:36:49.242Z

yeah it's brutal!

**e⬛⬛⬛@google.com** 2022-03-23T23:37:06.086Z

And now ofc we have this terrible email like yeah just go for it, I'm sick of eating vegan so just throw in whatever!

**t⬛⬛⬛@google.com** 2022-03-23T23:37:14.895Z

i'm so confused! like sometimes feel like things so ooc being gaslit by simulation by how people think! (see also: yt)

**e█████@google.com** 2022-03-23T23:37:21.180Z

Which like OK eating vegan isn't some insane thing, it's literally your baseline moral obligation anyway?

**e█████@google.com** 2022-03-23T23:37:23.458Z

And many people do it?

**e█████@google.com** 2022-03-23T23:37:42.683Z

And then also it could LITERALLY SAVE YOUR LIFE and doctors told you that, and you're still like no whatever, would rather eat an egg!

**t█████@google.com** 2022-03-23T23:37:46.837Z

oh yeah exactly! and like so normalized and easy now esp here? even if you're super variety lover?

**t█████@google.com** 2022-03-23T23:37:52.736Z

wtf!

**e█████@google.com** 2022-03-23T23:38:00.009Z

And also had so much help and support, like sending resources and bringing food and donating money for meal services!

**t█████@google.com** 2022-03-23T23:38:07.343Z

ok also feel like certain foods do have addictive qualities, but those are actually p much all vegan!

**t█████@google.com** 2022-03-23T23:38:10.365Z

so not even that excuse!

**t█████@google.com** 2022-03-23T23:38:30.895Z

whyyyyyyyy

**e█████@google.com** 2022-03-23T23:38:57.981Z

It's just so weird!

**e█████@google.com** 2022-03-23T23:39:03.493Z

Like can't eat vegan (too restrictive)

**e█████@google.com** 2022-03-23T23:39:11.080Z

I mean you KNOW it's possible, for instance you know me!

**e█████@google.com** 2022-03-23T23:39:25.075Z

And was literally at your beck and call to help with anything!

**t█████@google.com** 2022-03-23T23:39:25.704Z

ok do feel like kind of insulting too! though shouldn't take that way but yes will casse sucre!

**e█████@google.com** 2022-03-23T23:39:32.466Z

Yeah does feel kind of insulting!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

e██████@google.com 2022-03-23T23:39:54.342Z

Like OK sorry I guess that the vegan food I cooked to your exacting specifications wasn't good enough?

t██████@google.com 2022-03-23T23:40:00.072Z

i'm truly mystified by whole thing! so basically never ate vegan then?

e██████@google.com 2022-03-23T23:40:02.468Z

And retroactively feels unnecessary given that you don't care anyway?

t██████@google.com 2022-03-23T23:41:11.890Z

do you know what it was about ominvore diet that was triggering it?

t██████@google.com 2022-03-23T23:41:15.814Z

like was it something specific or?

t██████@google.com 2022-03-23T23:41:54.441Z

also feel like still confusing like still a bunch of random limitations?

t██████@google.com 2022-03-23T23:42:02.175Z

like 80% vegan request!

t██████@google.com 2022-03-23T23:42:05.038Z

(but no tofu)

t██████@google.com 2022-03-23T23:42:32.555Z

which again would all be fine and whatever BUT FOR all the facts you just described about the experience so far!

t██████@google.com 2022-03-23T23:44:09.897Z

(well except for the 20% omnivore part)

e██████@google.com 2022-03-23T23:46:53.247Z

# REDACTED - PRIVILEGE

e██████@google.com 2022-03-23T23:52:04.616Z

Cheers to all the founders out there that are irrational. The line between what's rational and irrational, possible and impossible are increasingly blurred to will great things into existence Respect.

e██████@google.com 2022-03-24T00:02:30.737Z

image.png

t██████@google.com 2022-03-24T00:37:09.277Z

ok but bo doing most of that blurring!

t██████@google.com 2022-03-24T00:37:40.195Z

hahah wait is bo posting her private messages for bragging reasons again?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

or is that text chain between you and bo??

**t████████@google.com** 2022-03-24T00:43:58.297Z

Yeah about the hotel room we're sharing at LA NFT!

**t████████@google.com** 2022-03-24T00:48:08.148Z

ooh are you paying for all of it? feel like that v bo style, and she steals all the soap and towels before you get there!

**e████████@google.com** 2022-03-24T00:48:57.011Z

Haha oh yeah hundo p!

**e████████@google.com** 2022-03-24T00:49:02.127Z

But still won't call me her mentor!

**e████████@google.com** 2022-03-24T00:49:09.339Z

Been a hard life struggling all by herself with no support!

**t████████@google.com** 2022-03-24T00:49:29.171Z

no you have to send her a tweetworthy message praising her to get that honor!

**t████████@google.com** 2022-03-24T15:28:03.008Z

just realized first day w/ no ssh book! going to miss all the references--how else will i learn??

**e████████@google.com** 2022-03-24T15:33:58.439Z

Oh yeah you might have to read something written by Kafka's friend Max Brod!

**t████████@google.com** 2022-03-24T15:35:01.891Z

and i'm italicizing the word by here!

**e████████@google.com** 2022-03-24T15:35:08.094Z

Hahaha it's soooo bad

**e████████@google.com** 2022-03-24T15:35:18.296Z

Whole book so delightfully terrible on each and every page!

**e████████@google.com** 2022-03-24T15:35:34.446Z

Hard to believe it's really done! And yes, that's mostly because the ending was so random and unsatisfying!

**t████████@google.com** 2022-03-24T15:38:26.583Z

yeah i hate to say it but book probably needed to have way more detail to be remotely coherent? on pink lining!

**e████████@google.com** 2022-03-24T15:39:03.466Z

OK does a small (large?) part of you want to get those bespoke suits made?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e⬛⬛⬛@google.com** 2022-03-24T15:39:11.252Z

Feel like you should go to that fancy French place and get a pink lining!

**e⬛⬛⬛@google.com** 2022-03-24T15:39:18.247Z

And then nonchalantly wear it to a meeting with Steven!

**t⬛⬛⬛@google.com** 2022-03-24T15:39:32.075Z

ok funny part was nothing about fancines really described at all so i'm just picturing boring gray suit with pink lining?

**e⬛⬛⬛@google.com** 2022-03-24T15:39:40.491Z

Oh yeah it was def exactly that!

**t⬛⬛⬛@google.com** 2022-03-24T15:39:46.049Z

hahahahaha yes! hope he gets the reference!

**e⬛⬛⬛@google.com** 2022-03-24T15:39:51.803Z

And then keep fake italicizing things out loud!

**e⬛⬛⬛@google.com** 2022-03-24T15:39:59.159Z

But don't acknowledge that you read the book!

**t⬛⬛⬛@google.com** 2022-03-24T15:40:05.127Z

then can i go it's trist-hyun or would that be problematic

**t⬛⬛⬛@google.com** 2022-03-24T15:40:12.801Z

hahahahahha

**e⬛⬛⬛@google.com** 2022-03-24T15:41:11.638Z

And be like hmm going to need you all to sign a bulletproof NDA before we proceed!

**e⬛⬛⬛@google.com** 2022-03-24T15:42:46.144Z

Ooh my dad forwarded me Bloomberg article featuring email from your friend Benjamin!

**t⬛⬛⬛@google.com** 2022-03-24T15:44:10.959Z

hahahahaha amazing!

**t⬛⬛⬛@google.com** 2022-03-24T15:44:16.436Z

wait am i in the bloomberg one?

**t⬛⬛⬛@google.com** 2022-03-24T15:44:20.160Z

should i send them a photo or

**e⬛⬛⬛@google.com** 2022-03-24T15:45:14.579Z

Yeah ideally showing off your pink suit lining!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

e████@google.com 2022-03-24T15:45:45.547Z

Haha is Jamie in freaking out? Feel like not great to be the face of fake privilege!

e████@google.com 2022-03-24T15:46:29.549Z

Ooh r glad my schedule cleared up this morning! Well one meeting canceled anyway--so wide open for the PLI tracker training!

e████@google.com 2022-03-24T15:51:48.774Z

By the time that Caesar came on the scene, the people of Rome were ready to replace the ineffective corrupt republic with something else. Even if that something else was a military dictator. So long as he got stuff done.
That's the point in history where America currently is.

t████@google.com 2022-03-24T15:53:28.683Z

ok somehow i think not! hiroshi brought it up in his leads meeting and it's just like shrug what can you do! ok the funny thing is too actually feel like jamie does try to do a good job usually just happens to be at the heart of a million issues too!

e████@google.com 2022-03-24T15:54:12.359Z

Oh yeah feel r bad for him!

e████@google.com 2022-03-24T15:54:22.996Z

# REDACTED - PRIVILEGE

e████@google.com 2022-03-24T15:54:31.015Z

# REDACTED - PRIVILEGE

e████@google.com 2022-03-24T15:55:42.937Z

## REDACTED - PRIVILEGE

e████@google.com 2022-03-24T15:55:50.034Z

## REDACTED - PRIVILEGE

t████@google.com 2022-03-24T15:59:06.549Z

# REDACTED - PRIVILEGE

e████@google.com 2022-03-24T15:59:24.481Z

# REDACTED - PRIVILEGE

e████@google.com 2022-03-24T16:00:04.575Z

# REDACTED - PRIVILEGE

e████@google.com 2022-03-24T16:00:08.364Z

## REDACTED - PRIVILEGE

e████@google.com 2022-03-24T16:00:31.231Z

# REDACTED - PRIVILEGE

e████@google.com 2022-03-24T16:00:44.824Z

**REDACTED - PRIVILEGE**

e████@google.com 2022-03-24T16:00:50.827Z

**REDACTED - PRIVILEGE**

e████@google.com 2022-03-24T16:01:02.629Z

**REDACTED - PRIVILEGE**

t████@google.com 2022-03-24T16:02:02.216Z

**REDACTED - PRIVILEGE**

t████@google.com 2022-03-24T16:03:17.484Z

# REDACTED - PRIVILEGE

t████@google.com 2022-03-24T16:04:41.613Z

# REDACTED - PRIVILEGE

t████@google.com 2022-03-24T16:05:39.012Z

# REDACTED - PRIVILEGE

e████@google.com 2022-03-24T16:06:50.744Z

## REDACTED - PRIVILEGE

e████@google.com 2022-03-24T16:06:53.677Z

**REDACTED - PRIVILEGE**

t████@google.com 2022-03-24T16:08:35.087Z

## REDACTED - PRIVILEGE

t████@google.com 2022-03-24T16:08:56.873Z

## REDACTED - PRIVILEGE

t████@google.com 2022-03-24T16:09:16.628Z

**REDACTED - PRIVILEGE**

t████@google.com 2022-03-24T16:16:58.290Z

# REDACTED - PRIVILEGE

**t**█████@**google.com** 2022-03-24T16:17:20.893Z

like had totally forgotten about it!

**e**█████@**google.com** 2022-03-24T16:33:08.209Z

That's so messed up! Feel like they should have given personal notice to everybody affected!

**e**█████@**google.com** 2022-03-24T16:46:27.511Z

https://www.kotaku.com.au/2017/04/can-you-tell-whats-chocolate-and-what-isnt-asks-japanese-tv-show/

https://www.kotaku.com.au/2017/04/can-you-tell-whats-chocolate-and-what-isnt-asks-japanese-tv-show/
**e**█████@**google.com** 2022-03-24T16:46:36.602Z

Oops I mean yes this is important, but not what was trying to send!

**e**█████@**google.com** 2022-03-24T16:47:01.523Z

Ugh feel like my copy/paste is erratic!

**e**█████@**google.com** 2022-03-24T16:48:46.418Z

Screen Shot 2022-03-24 at 9.48.15 AM.png
**t**█████@**google.com** 2022-03-24T16:54:58.136Z

yeah right!? like amazing work too busy aggroing into inapposite matters to actually do very fundamental job?

**t**█████@**google.com** 2022-03-24T16:55:29.071Z

hahahah omg this is so good

**t**█████@**google.com** 2022-03-24T16:55:36.780Z

rally for the nats!

**t**█████@**google.com** 2022-03-24T16:55:40.622Z

and the 'rios!

**t**█████@**google.com** 2022-03-24T16:56:04.187Z

only good move there would have been P&R shoutout.
Favorite Cereal: Breakfast.

**t**█████@**google.com** 2022-03-24T16:56:21.125Z

ok i love how fav snack like clearly a bit whimsical, but then choice so boring?

**t**█████@**google.com** 2022-03-24T16:56:27.272Z

classic add'l info move!

**e**█████@**google.com** 2022-03-24T16:56:37.593Z

Oh yeah it's weird right!

**e**█████@**google.com** 2022-03-24T16:56:41.575Z

Like on one hand it's I'm quirky!

**e███████@google.com** 2022-03-24T16:56:46.395Z

But then on other hand, I'm generic!

**e███████@google.com** 2022-03-24T16:56:59.247Z

Is it just basic Cheerios?? I hope at least Apple Cinnamon!

**t███████@google.com** 2022-03-24T16:57:55.037Z

right!?!?

**t███████@google.com** 2022-03-24T16:58:00.364Z

Favorite Puzzle: Jigsaw.

**e███████@google.com** 2022-03-24T16:58:53.959Z

Ugh hurts to read that even in jest!

**t███████@google.com** 2022-03-24T16:59:13.609Z

haha yeah it's maximum emzy trolling!

**t███████@google.com** 2022-03-24T16:59:29.926Z

like favorite puzzle so promising!

**e███████@google.com** 2022-03-24T17:00:12.483Z

OK at least it's not like Favorite Snack: Ribeyes though!

**e███████@google.com** 2022-03-24T17:00:18.641Z

Like at least Cheerios ethically neutral!

**e███████@google.com** 2022-03-24T17:02:26.338Z

OK dialed into Guardians managers call and Dicla wearing these necklaces that look familiar!

**e███████@google.com** 2022-03-24T17:02:33.651Z

And realize saw then when we were jewelry browsing!

**e███████@google.com** 2022-03-24T17:02:44.670Z

And they cost like $2k each and she's wearing three of them!

**t███████@google.com** 2022-03-24T17:05:00.549Z

OMGOMGOMGOMOGOMGOMG

**t███████@google.com** 2022-03-24T17:05:04.702Z

which ones were they!

**t███████@google.com** 2022-03-24T17:05:16.213Z

i remember we were looking at amazing jewelry like wow if only!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e⬛⬛⬛@google.com** 2022-03-24T17:05:18.353Z

Marie Lichtenberg!

**t⬛⬛⬛@google.com** 2022-03-24T17:05:30.652Z

three is amazing! that's like my three off-white paperclips!

**e⬛⬛⬛@google.com** 2022-03-24T17:05:39.492Z

Like these ones in different colors: https://www.bymarie.com/marques/marie-lichtenberg/15-07g-or-rose-diamant-39858.html

https://www.bymarie.com/marques/marie-lichtenberg/15-07g-or-rose-diamant-39858.html
**e⬛⬛⬛@google.com** 2022-03-24T17:05:41.184Z

(or styles)

**e⬛⬛⬛@google.com** 2022-03-24T17:05:47.501Z

But same shape/look!

**e⬛⬛⬛@google.com** 2022-03-24T17:06:17.622Z

Ooh I r like this one but def not what Dicla is wearing: https://www.bymarie.com/marques/marie-lichtenberg/locket-waterfall-bleu-18k-39781.html

https://www.bymarie.com/marques/marie-lichtenberg/locket-waterfall-bleu-18k-39781.html
**t⬛⬛⬛@google.com** 2022-03-24T17:06:45.796Z

ooh that one amazing!

**t⬛⬛⬛@google.com** 2022-03-24T17:06:55.509Z

wait i need this basketball hoop at top but can't add to cart!!

**t⬛⬛⬛@google.com** 2022-03-24T17:06:56.678Z

https://www.marielichtenberg.com/

https://www.marielichtenberg.com/
**e⬛⬛⬛@google.com** 2022-03-24T17:07:02.045Z

Ooh this one cool too: https://www.bymarie.com/marques/marie-lichtenberg/locket-rainbow-star-14k-39788.html

https://www.bymarie.com/marques/marie-lichtenberg/locket-rainbow-star-14k-39788.html
**t⬛⬛⬛@google.com** 2022-03-24T17:07:20.586Z

omg ok those are like 5k!!

**t⬛⬛⬛@google.com** 2022-03-24T17:07:30.226Z

(the dicla ones)

**e⬛⬛⬛@google.com** 2022-03-24T17:07:43.320Z

OK let's get some!

**t⬛⬛⬛@google.com** 2022-03-24T17:07:45.229Z

GOOG-PLAY5-000500675

**e**████**@google.com** 2022-03-24T17:07:52.927Z

Feel like I underestimated cost, she's def wearing at least $10k of necklaces!

**t**████**@google.com** 2022-03-24T17:07:59.924Z

yeah!

**t**████**@google.com** 2022-03-24T17:08:04.896Z

amazing!

**t**████**@google.com** 2022-03-24T17:08:18.553Z

but feel like your choices would be much better just based on what you've already sent, like kind of a shame!

**e**████**@google.com** 2022-03-24T17:08:22.901Z

Fully respect choice to wear $10k of necklaces with your hoodie!

**t**████**@google.com** 2022-03-24T17:08:33.005Z

hahaha wait how much is the hoodie though???

**e**████**@google.com** 2022-03-24T17:08:36.042Z

But yeah feel like that jewelry money should have been allocated to me!

**t**████**@google.com** 2022-03-24T17:09:23.320Z

is it this one?

**t**████**@google.com** 2022-03-24T17:09:24.474Z

https://www.farfetch.com/shopping/women/miu-miu-sequinned-logo-patch-zipped-hoodie-item-18052963.aspx?storeid=11251

https://www.farfetch.com/shopping/women/miu-miu-sequinned-logo-patch-zipped-hoodie-item-18052963.aspx?storeid=11251

**t**████**@google.com** 2022-03-24T17:09:35.631Z

exactly! then you could buy from multiple places too!

**e**████**@google.com** 2022-03-24T17:09:51.286Z

omg I wish but it's just some boring nonsense!

**t**████**@google.com** 2022-03-24T17:09:55.338Z

ok but also if that's what she's wearing i guess possible that's her only expensive jewelry, but more likely has a whole trove!

**e**████**@google.com** 2022-03-24T17:10:00.755Z

But can only see top half, maybe some fancy brand!

**t**████**@google.com** 2022-03-24T17:10:08.774Z

ooh yeah def!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e**██████**@google.com** 2022-03-24T17:10:11.040Z

Oh yeah could be thing where she just wears those every day!

**t**██████**@google.com** 2022-03-24T17:10:22.153Z

you need to schedule regular check-in!

**e**██████**@google.com** 2022-03-24T17:10:26.007Z

Ooh I did get some new fancy jewels!

**t**██████**@google.com** 2022-03-24T17:10:38.509Z

< 3!

**e**██████**@google.com** 2022-03-24T17:10:41.816Z

Since were on sale for $50!

**e**██████**@google.com** 2022-03-24T17:10:45.129Z

But now feel way outclassed!

**t**██████**@google.com** 2022-03-24T17:11:59.909Z

ok no way but you pull it off so well!

**t**██████**@google.com** 2022-03-24T17:12:12.486Z

though YES do need 10k jewelry fund to take it ott!

**e**██████**@google.com** 2022-03-24T17:12:30.543Z

Would be incredible to just be able to buy any jewelry!

**e**██████**@google.com** 2022-03-24T17:12:41.724Z

But would be so hard to pick! Feel like couldn't stop at just 3!

**e**██████**@google.com** 2022-03-24T17:14:49.849Z

https://www.localeclectic.com/pages/quiz

https://www.localeclectic.com/pages/quiz

**t**██████**@google.com** 2022-03-24T17:18:27.947Z

wait what jewelry did you get??

**t**██████**@google.com** 2022-03-24T17:18:31.555Z

hahah yeah p addictive!

**t**██████**@google.com** 2022-03-24T17:18:41.363Z

b/c then need to find jewelry for different esprits and colors!

**t**██████**@google.com** 2022-03-24T17:18:49.252Z

this is my fashion conundrum!

GOOG-PLAY5-000500677

"Gem Focused" it you!

**t**██████**@google.com** 2022-03-24T17:19:48.006Z

though a lot of these categories quite good!

**e**██████**@google.com** 2022-03-24T17:20:59.688Z

https://www.localeclectic.com/pages/quiz

https://www.localeclectic.com/pages/quiz
**e**██████**@google.com** 2022-03-24T17:21:03.433Z

Ugh stupid copy and paste!!

**e**██████**@google.com** 2022-03-24T17:21:11.623Z

Feel like need a new keyboard!

**t**██████**@google.com** 2022-03-24T17:22:45.064Z

oh yeah be careful! goodness knows how many farfetch links i've pinged kent and sameer

**t**██████**@google.com** 2022-03-24T17:22:49.010Z

p good!:

**t**██████**@google.com** 2022-03-24T17:22:59.880Z

Screen Shot 2022-03-24 at 10.22.13 AM.png
**t**██████**@google.com** 2022-03-24T17:23:03.588Z

ooh get fancy kb!

**t**██████**@google.com** 2022-03-24T17:23:12.859Z

but don't forget to send your jewelry first!

**e**██████**@google.com** 2022-03-24T17:23:15.252Z

image.png
**t**██████**@google.com** 2022-03-24T17:23:26.543Z

ooooh wat! is that what you got?

**t**██████**@google.com** 2022-03-24T17:23:29.511Z

that's so good!

**t**██████**@google.com** 2022-03-24T17:23:31.874Z

love the color!

**e**██████**@google.com** 2022-03-24T17:23:38.159Z

Yeah feel like color so pretty!

**e**██████**@google.com** 2022-03-24T17:23:44.827Z

It's a green amethyst, which didn't even know was a thing!

**t█████@google.com** 2022-03-24T17:23:53.992Z

yeah me neither never seen anything like that!

**e████@google.com** 2022-03-24T17:23:55.405Z

And reminds me of Regency for some reason even though prob totally historically unfounded!

**t█████@google.com** 2022-03-24T17:25:10.042Z

oh good callout! i mean def when you're wearing! fashion and jewelry amazing but r come together and have diff esprits on diff people!

**e████@google.com** 2022-03-24T17:25:23.523Z

Also I mean because needed free shopping got this!

image.png
**t█████@google.com** 2022-03-24T17:25:32.434Z

hahah this color is so good can't get over it! what would you pair with it? feel like lots of choices!

**t█████@google.com** 2022-03-24T17:26:23.406Z

free shipping SOOOO important

**t█████@google.com** 2022-03-24T17:26:43.328Z

ooh that's delightful! v elegant!

**e████@google.com** 2022-03-24T17:26:56.884Z

To match my new moonstone ring!

**e████@google.com** 2022-03-24T17:27:09.254Z

Feel like need moonstone earrings now though!

**t█████@google.com** 2022-03-24T17:28:18.339Z

ooooooh yeah always! you can't have enough moonstone or opals!

**e████@google.com** 2022-03-24T17:28:55.772Z

OK also important jewelry ethical discussion!

**t█████@google.com** 2022-03-24T17:31:34.793Z

ooh ok! interest piqued!

**e████@google.com** 2022-03-24T17:33:21.701Z

OK so was searching for the wandering cosmos jewels just to ogle them, as obvs I often do!

**e████@google.com** 2022-03-24T17:33:23.892Z

And saw!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e███████@google.com** 2022-03-24T17:33:29.105Z

(thanks to Google Shopping ads!)

**e████@google.com** 2022-03-24T17:33:59.884Z

https://www.etsy.com/listing/1196980665/morganite-engagement-ring-morganite?

https://www.etsy.com/listing/1196980665/morganite-engagement-ring-morganite

**e████@google.com** 2022-03-24T17:35:06.465Z

Which clearly making knockoffs of other designers!

**t████████@google.com** 2022-03-24T17:37:03.605Z

ok p good job google shopping!

**t████████@google.com** 2022-03-24T17:37:11.823Z

ooooh i see! like fast fashion!

**t████████@google.com** 2022-03-24T17:38:01.509Z

it's tough like do wish would tweak somewhat since then just have argument that inspired by, which all art, fashion, and jewelry always copying things! but i guess this jia situation? you'd be banned from korea!

**e████@google.com** 2022-03-24T17:40:39.508Z

Look here's a knockoff of one of the ones in your gem-focused picture!
https://www.etsy.com/listing/1178008270/watermelon-tourmaline-ring-emerald

https://www.etsy.com/listing/1178008270/watermelon-tourmaline-ring-emerald

**t████████@google.com** 2022-03-24T17:40:48.355Z

haha omg!

**t████████@google.com** 2022-03-24T17:41:06.505Z

also feel like there is an element of who's being knocked off, like feel zero sympathy for coco chanel or w/e like go crazy?

**t████████@google.com** 2022-03-24T17:41:35.514Z

ok is funny too b/c you wouldn't even know knockoff unless you knew the original!

**t████████@google.com** 2022-03-24T17:41:56.622Z

i even feel like from a legal perspective why don't they tweak a bit?

**t████████@google.com** 2022-03-24T17:43:50.340Z

ok i mean obvs you need to get all of these but

**t████████@google.com** 2022-03-24T17:44:06.440Z

it'd be a greater crime against humanity, net-net, for you NOT to have these!

**t████████@google.com** 2022-03-24T17:44:24.400Z

does make me think of all the crazy chinese knockoff board games!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t████████@google.com** 2022-03-24T17:44:58.320Z

https://boardgamegeek.com/geeklist/274227/chinese-knockoffs-original-cover-art

https://boardgamegeek.com/geeklist/274227/chinese-knockoffs-original-cover-art

**e████@google.com** 2022-03-24T17:46:29.782Z

Feel like just something sad about getting the knockoffs though!

**e████@google.com** 2022-03-24T17:46:33.385Z

And feel bad for indie designers!

**e████@google.com** 2022-03-24T17:46:37.298Z

I guess can't get them!

**e████@google.com** 2022-03-24T17:46:44.686Z

Just going to burgle Dicla instead!

**t██████@google.com** 2022-03-24T17:47:16.359Z

yeah exactly! i feel like for indie designers it makes sense...just get the originals!

**t██████@google.com** 2022-03-24T17:47:25.390Z

hahaha omg you'd make millions, and she might not even notice!

**t██████@google.com** 2022-03-24T17:47:39.610Z

just casually wearing like 10k of jewelry!

**e████@google.com** 2022-03-24T17:48:10.792Z

https://www.instagram.com/tv/CbXaRELg-qy/

https://www.instagram.com/tv/CbXaRELg-qy/

**t██████@google.com** 2022-03-24T17:49:33.497Z

oooh love sofia zakia!

**e████@google.com** 2022-03-24T17:53:55.662Z

Yeah would love to go to her studio and play dress-up!

**t██████@google.com** 2022-03-24T18:17:01.853Z

omg it's soooo sparkly

**t██████@google.com** 2022-03-24T18:17:31.656Z

ooh you should offer to become hand model for them in exchange for jewelry!

**t██████@google.com** 2022-03-24T18:19:08.783Z

ok also they should have a netflix-like jewelry service! where get rotating jewelry of your choice every month for like 30 bucks or w/e!

**t██████@google.com** 2022-03-24T18:20:58.864Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500681

haha covid party!

**t███████@google.com** 2022-03-24T18:21:00.510Z

[Googlers-bayarea] You're invited: RTO Concert featuring Lizzo!

**t███████@google.com** 2022-03-24T18:21:36.125Z

ok tbf it's outdoors and prob safe but still more going in on the whole rto plan generally 🫠

**t███████@google.com** 2022-03-24T18:42:00.090Z

ok always impressed by just how sports ian's office is! like ott!

**t███████@google.com** 2022-03-24T18:42:19.757Z

and you know the books are all sports!

image.png

**e█████@google.com** 2022-03-24T19:33:04.116Z

Oh yeah jewelry netflix is great idea! I wonder if that exists!

**e█████@google.com** 2022-03-24T19:33:08.715Z

Let's quit rn to found it!

**e█████@google.com** 2022-03-24T19:33:35.046Z

OK was also going to send you the Lizzo thing!

**e█████@google.com** 2022-03-24T19:33:38.961Z

So weird and tone deaf!

**e█████@google.com** 2022-03-24T19:33:51.042Z

Like COVID over, chumps! Get back at your desks and congregate in enormous groups for Lizzo!

**e█████@google.com** 2022-03-24T19:34:24.663Z

Haha knew that picture was Ian just from the vibe of the office!

**t███████@google.com** 2022-03-24T19:36:50.021Z

it's so good right!

**t███████@google.com** 2022-03-24T19:36:57.655Z

we'd be billionaires!

**t███████@google.com** 2022-03-24T19:40:10.873Z

oh yeah it's so bad! feel like could do so many better things with that money?

**t███████i@google.com** 2022-03-24T19:46:06.083Z

but i guess better use than when they paid macklemore millions and canceled!

**t███████@google.com** 2022-03-24T19:51:47.270Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

the whole three days and the same three days thing for EVERYONE still so amazing! like would be hard to come up with worse approach outside of like no masks allowed level

**e▮▮▮@google.com** 2022-03-24T19:53:29.725Z

Oh don't worry, Ted been pressuring everyone to go out and get drinks together!

**t▮▮▮@google.com** 2022-03-24T19:53:59.366Z

ahahahahaha amazing

**t▮▮▮@google.com** 2022-03-24T19:54:04.191Z

ofc!

**t▮▮▮@google.com** 2022-03-24T19:54:06.826Z

drinks, and more!

**e▮▮r@google.com** 2022-03-24T20:01:40.982Z

Haha OK p sure you mean COVID but does sound ,,,!

**t▮▮▮@google.com** 2022-03-24T20:02:10.902Z

hahahaha, no drugs!

**t▮▮▮@google.com** 2022-03-24T20:03:25.450Z

or graffiti!

**t▮▮▮@google.com** 2022-03-24T21:01:50.934Z

ok everyone so in freaking out re arris! feel r bad! but like escalating every (imo good) idea to address (like defining pcounsel role, which seem so benign and almost negligent not to do?) but not sure if that's doing anything

**t▮▮▮@google.com** 2022-03-24T21:34:38.901Z

i guess meta has like some arris-like issue where privacy legal taking over and everyone fleeing?

**t▮▮▮@google.com** 2022-03-24T21:48:24.257Z

https://www.buzzfeed.com/joannaborns/whats-your-fresh-springtime-nickname

https://www.buzzfeed.com/joannaborns/whats-your-fresh-springtime-nickname
**t▮▮▮@google.com** 2022-03-24T21:49:51.518Z

Daffodil Daddy
Your new spring nickname is Daffodil Daddy

**t▮▮▮@google.com** 2022-03-24T21:49:56.983Z

it checks out! jim just called me that today!

**e▮▮▮@google.com** 2022-03-24T22:22:21.834Z

Yeah but don't let Benjamin call you that, might end up in the WSJ!

**t▮▮▮@google.com** 2022-03-24T23:11:01.768Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

hahahaha omg what if he had!

**t**█████**@google.com** 2022-03-24T23:11:44.110Z

# REDACTED - PRIVILEGE

**e**█████**@google.com** 2022-03-24T23:11:58.326Z

Ooh did Lance fire you?

**e**█████**@google.com** 2022-03-24T23:12:01.169Z

Does Play report to YT now?

**t**█████**@google.com** 2022-03-24T23:13:57.327Z

hahaha omg they're so mean!

**t**█████**@google.com** 2022-03-24T23:14:03.109Z

and nonsensical!

**t**█████**@google.com** 2022-03-24T23:14:11.255Z

like ignore halimah and sundar express guidance?

**t**█████**@google.com** 2022-03-24T23:14:30.794Z

i'm trying to figure out who's worse between them and arris

**t**█████**@google.com** 2022-03-24T23:14:33.024Z

actually close one!

**e**█████**@google.com** 2022-03-24T23:15:10.354Z

## REDACTED - PRIVILEGE

**t**█████**@google.com** 2022-03-24T23:16:11.845Z

REDACTED - PRIVILEGE

**e**█████**@google.com** 2022-03-24T23:18:55.590Z

## REDACTED - PRIVILEGE

**e**█████**@google.com** 2022-03-24T23:19:03.734Z

REDACTED - PRIVILEGE

**t**█████**@google.com** 2022-03-24T23:19:07.169Z

REDACTED - PRIVILEGE

**e**█████**@google.com** 2022-03-24T23:19:23.715Z

## REDACTED - PRIVILEGE

**e**█████**@google.com** 2022-03-24T23:19:36.168Z

GOOG-PLAY5-000500684

**REDACTED - PRIVILEGE**

t⬛⬛⬛@google.com 2022-03-24T23:19:38.887Z

<div style="border:1px dashed">REDACTED - PRIVILEGE</div>

t⬛⬛⬛@google.com 2022-03-24T23:19:44.731Z

<div style="border:1px dashed">REDACTED - PRIVILEGE</div>

t⬛⬛⬛@google.com 2022-03-24T23:19:46.417Z

<div style="border:1px dashed">REDACTED - PRIVILEGE</div>

e⬛⬛⬛@google.com 2022-03-24T23:19:53.993Z

## REDACTED - PRIVILEGE

t⬛⬛⬛@google.com 2022-03-24T23:20:01.091Z

how rude of you to be 3m late and how kind of her to bail 3m in!

t⬛⬛⬛@google.com 2022-03-24T23:20:07.152Z

OMG awful

e⬛⬛⬛@google.com 2022-03-24T23:20:09.583Z

Which amazing, like I'm doing YOU a favor and you don't even want to sit here and listen to me do it?

e⬛⬛⬛@google.com 2022-03-24T23:20:25.843Z

So told Ted about it and he's like I'm escalating it to LAM!!!

t⬛⬛⬛@google.com 2022-03-24T23:20:35.453Z

ah!

e⬛⬛⬛@google.com 2022-03-24T23:20:38.875Z

So if you don't hear from me again, assume was murdered by ARRIS please!

t⬛⬛⬛@google.com 2022-03-24T23:20:57.557Z

it's tough right?? b/c like everything they do escalation worthy, but then escalations so inherently annoying and triply so with them?

t⬛⬛⬛@google.com 2022-03-24T23:21:39.772Z

## REDACTED - PRIVILEGE

t⬛⬛⬛@google.com 2022-03-24T23:21:45.781Z

even though arris ooc!

t⬛⬛⬛@google.com 2022-03-24T23:21:51.996Z

## REDACTED - PRIVILEGE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

t▬▬@google.com 2022-03-24T23:21:54.521Z

REDACTED - PRIVILEGE

e▬▬@google.com 2022-03-24T23:22:22.665Z

# REDACTED - PRIVILEGE

t▬▬@google.com 2022-03-24T23:22:32.918Z

# REDACTED - PRIVILEGE

e▬▬@google.com 2022-03-24T23:22:40.236Z

# REDACTED - PRIVILEGE

t▬▬@google.com 2022-03-24T23:22:46.533Z

# REDACTED - PRIVILEGE

t▬▬@google.com 2022-03-24T23:23:02.008Z

# REDACTED - PRIVILEGE

e▬▬@google.com 2022-03-24T23:23:05.010Z

# REDACTED - PRIVILEGE

t▬▬@google.com 2022-03-24T23:23:19.147Z

# REDACTED - PRIVILEGE

e▬▬@google.com 2022-03-24T23:24:08.553Z

# REDACTED - PRIVILEGE

e▬▬@google.com 2022-03-24T23:24:13.936Z

REDACTED - PRIVILEGE

e▬▬@google.com 2022-03-24T23:24:20.892Z

# REDACTED - PRIVILEGE

t▬▬@google.com 2022-03-24T23:24:32.051Z

hahahahahaha but it lets us create a better society!

t▬▬@google.com 2022-03-24T23:24:39.417Z

a better play gaming society!

e▬▬@google.com 2022-03-24T23:24:57.276Z

Ugh can't wait for the military dictatorship Blake was warning us about!

t▬▬@google.com 2022-03-24T23:26:04.331Z

ahahaha omg i didn't get to finish that article! ugh 24h gun ranges such better form of gov't than military dictatorship!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**e████@google.com** 2022-03-24T23:26:39.944Z

OK well did you know that the US has MORE SQUARE FOOTAGE OF AIRCRAFT CARRIER DECKS than all other countries combined??

**e████@google.com** 2022-03-24T23:26:50.901Z

And where do you think those aircraft carriers will go when the US gov't is dissolved??

**e████@google.com** 2022-03-24T23:26:56.927Z

Not just going to sink to the bottom of the ocean, chump!

**t████@google.com** 2022-03-24T23:26:59.505Z

hahahahahah well that's a metric! and i'm italicizing the word a here!

**e████@google.com** 2022-03-24T23:27:15.879Z

(wish was exaggerating any of this but p much exactly what Blake wrote I think!)

**t████@google.com** 2022-03-24T23:28:18.539Z

wait is blake going to hijack them??

**e████@google.com** 2022-03-24T23:28:29.562Z

Yeah but only for ,,, reasons!

**e████@google.com** 2022-03-24T23:28:37.097Z

Will use them to defend people at clubs!

**t████@google.com** 2022-03-24T23:29:07.621Z

hahaha omg excessive force!

**e████@google.com** 2022-03-24T23:29:19.367Z

Oh also here's another exciting F situation1

**e████@google.com** 2022-03-24T23:29:31.919Z

Had to lure Ted to our team meeting because everyone on team wants to yell at him!

**t████@google.com** 2022-03-24T23:30:04.446Z

zomg! about arris?

**t████@google.com** 2022-03-24T23:30:10.443Z

or promos or?

**e████@google.com** 2022-03-24T23:31:00.329Z

Yeah all of above!

**e████@google.com** 2022-03-24T23:31:07.477Z

Also had to plan with Struan how to ambush Julie!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**t⬛⬛⬛@google.com** 2022-03-24T23:32:10.488Z

oh wow! wait why the julie ambush?

**t⬛⬛⬛@google.com** 2022-03-24T23:38:51.341Z

ok am worried that actually arris (and i will say yt now too!) makes everything so miserable that everyone leaves, which feel like actually huge delightful win for them?

**t⬛⬛⬛@google.com** 2022-03-24T23:38:56.796Z

like amazing dream scenario?

**e⬛⬛⬛@google.com** 2022-03-24T23:46:28.304Z

Oh yeah hundo p!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY