United States District Court
Northern District of California

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  _____ ,    Case No. _____
5              Plaintiff(s),
6        v.                         **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7                                   (CIVIL LOCAL RULE 11-3)
                 ,
8              Defendant(s).
9

10   I, _____, an active member in good standing of the bar of
11  _____, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: _____ in the
13  above-entitled action. My local co-counsel in this case is _____, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California.  Local co-counsel's bar number is: _____.
16
17  _____        _____
    MY ADDRESS OF RECORD                       LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18
19  _____        _____
    MY TELEPHONE # OF RECORD                   LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20
    _____        _____
    MY EMAIL ADDRESS OF RECORD                 LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22   I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: _____.
24   A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26   I have been granted pro hac vice admission by the Court _____ times in the 12 months
27  preceding this application.
28

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: _____

                                                            _____
                                                                      APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                            _____
                                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE