IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
| This Document Relates To: | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3-21-cv-05227-JD | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff, State of Nevada, hereby gives notice that the Senior Deputy Attorney General Marie W.L. Martin, is hereby withdrawn as counsel for Plaintiff, State of Nevada, in the above-captioned matter. The State of Nevada will continue to be represented by Senior Deputy Attorney General Lucas J. Tucker who has previously entered his appearance in this matter.

Dated this 2nd day of October, 2023.

                      AARON D. FORD
                      Attorney General

By:    /s/ Lucas J. Tucker
         LUCAS J. TUCKER (Bar No. 10252)
         Senior Deputy Attorney General
         State of Nevada, Office of the Attorney General
         Bureau of Consumer Protection
         8945 W. Russell Road, Suite 204
         Las Vegas, Nevada 89148
         702-486-3256 ph
         Email: ltucker@ag.nv.gov
         Attorneys for Plaintiff, State of Nevada

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

Dated this 2nd day of October, 2023.

/s/ Dorianne Potnar
An employee of the
Office of the Attorney General