AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Utah, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-05227 |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Utah.

Date: 10/02/2023

/Marie W.L. Martin/
*Attorney's signature*

Marie W.L. Martin, 189219
*Printed name and bar number*
Utah Office of the Attorney General
160 E. 300 S, 5th Floor
Salt Lake City, UT 84111-2305

*Address*

mwmartin@agutah.gov
*E-mail address*

(385) 270-2164
*Telephone number*

*FAX number*