# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, Kinikia D. Essix, Clerk of Court, certify that

was duly admitted to practice in this Court on                   ,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on                .

*Kinikia D. Essix*
Clerk



*Tracy Thompson*
Deputy Clerk