1   Brian C. Rocca, S.B. #221576
    brian.rocca@morganlewis.com
2   Sujal J. Shah, S.B. #215230
    sujal.shah@morganlewis.com
3   Michelle Park Chiu, S.B. #248421
    michelle.chiu@morganlewis.com
4   Minna Lo Naranjo, S.B. #259005
    minna.naranjo@morganlewis.com
5   Rishi P. Satia, S.B. #301958
    rishi.satia@morganlewis.com
6   **MORGAN, LEWIS & BOCKIUS LLP**
    One Market, Spear Street Tower
7   San Francisco, CA 94105
    Telephone: (415) 442-1000
8
    Richard S. Taffet, *pro hac vice*
9   richard.taffet@morganlewis.com
    **MORGAN, LEWIS & BOCKIUS LLP**
10  101 Park Avenue
    New York, NY 10178
11  Telephone: (212) 309-6000

12  *Counsel for Defendants Google LLC, et al.*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. # 336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
Lauren Bell, *pro hac vice*
lauren.bell@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD

Case No. 3:21-md-02981-JD

**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RELATING TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TRIAL TESTIMONY BY CARSON OLIVER**

Judge: Hon. James Donato

1       Pursuant to Civil Local Rules 7-11 and 79-5(c-f), Defendants Google LLC, Google

2   Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment

3   Corp. (collectively, "Google") respectfully submit this Administrative Motion to Consider

4   Whether Another Party's Material Should Be Sealed Relating to Defendants' Opposition to

5   Plaintiffs' Proposed Sanction Re Chats ("Motion to Seal").  The excerpts at issue in this Motion

6   to Seal are sourced from documents that are designated as "NON-PARTY HIGHLY

7   CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the Protective Order

8   entered by the Court, ECF No. 248.

9       Subsection (f) of Civil Local Rule 79-5 sets forth procedures that apply when a party

10  seeks to file information designated as confidential by another party. Under subsection (e), the

11  "motion must identify each document or portions thereof for which sealing is sought" and "serve

12  the motion on the Designating Party the same day the motion is filed." Pursuant to subsection

13  (f)(1), the Designating Party has seven days to "file a statement and/or declaration" to establish

14  why such designated material should be kept under seal pursuant to subsection (c)(1) of Civil

15  Local Rule 79-5.

16      Google identifies the following material filed in connection with its Opposition to

17  Plaintiffs' Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by Carson Oliver,

18  containing information designated as confidential by another party.

19

20

21

22

23

24

25

26

27

28

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Brief | Page 5, Lines 8-10. | Apple, Inc. |
| Declaration of Dane P. Shikman ("Shikman Decl.") | Page 3; Lines 15-16, 20-21, 24-25, 26, 28. Page 4; Lines 1-2, 5-7, 10-11. | Apple, Inc. |
| Exhibit 1 to Shikman Decl. | Entire Document | Apple, Inc. |
| Exhibit 2 to Shikman Decl. | Entire Document | Apple, Inc. |
| Exhibit 3 to Shikman Decl. | Entire Document | Apple, Inc. |
| Exhibit 4 to Shikman Decl. | Entire Document | Apple, Inc. |
| Exhibit 5 to Shikman Decl. | Entire Document | Apple, Inc. |
| Exhibit 6 to Shikman Decl. | Entire Document | Apple, Inc. |

1  Dated: October 4, 2023

2

By: /s/ Glenn D. Pomerantz
Glenn D. Pomerantz

3

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

4

5

6

7

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. # 336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

8

9

10

11

12

13

14

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

15

16

17

18

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

19

20

21

22

23

24

25

26

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

*Counsel for Defendants*