# EXHIBIT 1

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5   ------------------------------------x
 6   IN RE GOOGLE PLAY STORE ANTITRUST
     LITIGATION
 7
     Case No. 3:21-md-02981-JD
 8
 9   THIS DOCUMENT RELATES TO:
10   Epic Games Inc. v. Google LLC, et al.
     Case No.:  3:20-cv-05671-JD
11
     In re Google Play Consumer Antitrust
12   Litigation
     Case No.:  3:20-cv-05761-JD
13
     In re Google Play Developer Antitrust
14   Litigation
     Case No.:  3:20-cv-05792-JD
15
     State of Utah, et al. v. Google LLC, et
16   al.
     Case No.:  3:21-cv-05227-JD
17
     ------------------------------------x
18
19        ** HIGHLY CONFIDENTIAL **
20      REMOTE VIDEOTAPED DEPOSITION OF
21              PATRICK BRADY
22              April 21, 2022
23
24   Reported By:
25   ERIC J. FINZ
```

1          BRADY - Highly Confidential
2      financially interested in the
3      outcome.
4              Counsel attending remotely
5      will be noted on the stenographic
6      record.  Will the court reporter
7      please swear in the witness.
8  PATRICK BRADY,
9  having been first duly sworn by the
10  Notary Public (Eric J. Finz), was
11  examined and testified as follows:
12              THE VIDEOGRAPHER:  Thank you.
13      We may proceed.
14              EXAMINATION BY
15              MR. BENEDICT:
16      Q.    Good morning, Mr. Brady.  We
17  met off the record a moment ago.  I'm
18  Brendan Benedict for the Utah Office of
19  the Attorney General.  With me today is
20  Maria Martin of the Nevada Office of the
21  Attorney General.
22              Can you please state your full
23  name for the record?
24      A.    Yes.  Patrick Brady.
25      Q.    And where are you sitting

1           BRADY - Highly Confidential
2    your email here, you see at the top,
3    "Some follow-up explanations below as
4    some have asked.  Patrick," and then
5    there is an explanation that follows.
6              Do you see that?
7         A.   I do.
8         Q.   And there is a bolded heading
9    here that says, "Android is not a Google
10   product."
11             Do you see that?
12        A.   I do.
13        Q.   And it says below that,
14   "Android is not a Google product, it's an
15   open source mobile platform that happens
16   to have a large number of contributors
17   who happen to work for Google," and then
18   it continues.
19             Do you see that you wrote
20   that?
21        A.   I do.
22        Q.   And what did you mean when you
23   said Android is an open source mobile
24   platform?
25        A.   I meant that Android was a

Page 43

1     BRADY - Highly Confidential
2   mobile operating system that was provided
3   as open source software to run on mobile
4   phones.
5        Q.    And it was provided open
6   source under the Apache license.  Do you
7   recall that?
8        A.    Primarily under the Apache
9   license.  There is a number of licenses
10  for different components in the open
11  source distribution.
12       Q.    Understanding that parts of
13  the Linux curl are licensed under
14  something separate.  Right?
15       A.    Correct.  And there are other
16  components that are licensed under a
17  different license.  But the primary
18  license for Android would have been
19  Apache, yes.
20       Q.    Okay.  And then there is a
21  heading below that that says, where you
22  wrote, quote, "Android does not include
23  Google's special sauce."
24             Do you see that?
25       A.    I do.

Page 44

```
 1        BRADY - Highly Confidential
 2        Q.    And then it sets out Google
 3   Mobile Services with some of the apps
 4   that are listed there.  Right?
 5        A.    It does.
 6        Q.    And Google Mobile Services and
 7   these apps were what Google was licensing
 8   to OEMs under the MADA.  Correct?
 9        A.    That is correct.
10        Q.    Now, in the paragraph below
11   that you write, "Most partners don't just
12   want Android for Android, they want
13   Android with GMS because this is a much
14   more compelling product."
15              Do you see that?
16        A.    I do.
17        Q.    Why did you believe that GMS
18   was a much more compelling product than
19   Android?
20              MS. CURRAN-HUBERTY:  Object to
21        form.
22        A.    I don't think that's an
23   accurate representation of what I said.
24   I didn't say GMS is more compelling than
25   Android.  I said Android with GMS is more
```

```
                                              Page 173
 1              BRADY - Highly Confidential
 2      became of it after.
 3           Q.    Are there any lawyers on this
 4      email chain?
 5           A.    Yes.
 6           Q.    Is that Mr. Moss?
 7           A.    Yes.
 8                 (Simultaneous crosstalk.)
 9           A.    -- he was a lawyer, anyway.
10           Q.    Did you seek Mr. Moss's
11      counsel when you sent your email?
12           A.    I don't think -- I mean, yes.
13      I think I was generally sharing this and
14      providing a recommendation.  Looking for
15      feedback.  I think after -- and copying
16      Tom, who is acting as the attorney in
17      this case.  And, you know, I think after
18      Andy responded, it was -- well, actually,
19      no.  I think -- sorry, I take that back.
20      It looks like Jennie added Tom later to
21      the thread.  So probably I did not send
22      it to Tom initially.
23           Q.    Okay.  Right.
24                 Now, it was true that at some
25      point in time Google required, as a
```

1      BRADY - Highly Confidential
2    condition of making Google Mobile
3    Services apps available under the MADA,
4    that OEMs take Android Market if they
5    wanted access to any other GMS apps.
6    Right?
7              MS. CURRAN-HUBERTY:  Object to
8         form.
9         A.    Android Market was part of the
10   Google Mobile Services core application
11   suite that was -- if it -- there were
12   certain apps that were optional in the
13   suite, potentially, but over time.  But
14   there was a core set of apps that if the
15   partner wanted to distribute any one of
16   those, they would have to take the rest.
17              And they were integrated.  You
18   know, the way, if you shipped Google
19   Maps, the way that we would update Google
20   Maps and provide security updates or
21   feature updates was through Android
22   Market, were they placed, or.  So if that
23   wasn't included, there was no way to
24   update that app.
25              So it was, the short version

1          BRADY - Highly Confidential
2     is yes, that was part of the GMS core app
3     suite.
4          Q.    In other words, Android Market
5     was one of the mandatory apps under the
6     MADA?
7          A.    Yes.
8          Q.    You can set that aside.
9                MR. BENEDICT:  I'm going to
10          mark our next exhibit.  This will
11          be Plaintiffs' Exhibit 875.  It's
12          an email chain beginning with an
13          email from Chris Barton to you,
14          copying others, dated June 23,
15          2010.  With the Bates 280595.
16                (Exhibit PX 875 for
17          identification, email dated June
18          23, 2010.)
19   BY MR. BENEDICT:
20          Q.    Do you see that?
21          A.    I do.
22          Q.    And who is Mr. Barton?
23          A.    I believe we talked about
24     Chris Barton earlier.  He was a sales or
25     business development person in the, I