# EXHIBIT 4

Page 1

1          UNITED STATES DISTRICT COURT
2       FOR THE NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
4   --------------------------------------------------x
5   IN RE GOOGLE PLAY STORE            Case No.
    ANTITRUST LITIGATION               3:21-md-02981-JD
6
7   THIS DOCUMENT RELATES TO:
8   Epic Games Inc. v. Google LLC, et al.,
    Case No: 3:20-cv-05671-JD
9
    In re Google Play Consumer
10  Antitrust Litigation,
    Case No: 3:20-cv-05761-JD
11
    In re Google Play Developer
12  Antitrust Litigation,
    Case No: 3:20-cv-05792-JD
13
14  State of Utah, et al.,
    v. Google LLC, et al.,
15  Case No: 3:21-cv-05227-JD
16  --------------------------------------------------x
17
18      *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
19
20    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
21                  CHRISTOPHER LI
22              Tuesday, May 24, 2022
23
24  Reported By: Lynne Ledanois, CSR 6811
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 11

1   Kumagai.
2           MS. WOODIN:  Good morning.  Christine
3   Woodin from Hueston Hennigan on behalf of the Match
4   Group entities.
5           MR. DICKLER:  Michael Dickler, Sperling &
6   Slater, on behalf of the Developer plaintiffs.
7           MR. MILLER:  Good morning.  Adam Miller,
8   Deputy Attorney General, State of California for the
9   State plaintiffs.  With me on realtime on the video
10  is Michael Altebrando from Utah and also realtime is
11  Brendan Benedict also from Utah.
12          MS. CURRAN-HUBERTY:  Good morning.  This
13  is Emily Curran-Huberty of Munger Tolles & Olson on
14  behalf of the witness and Google.  With me is Kevin
15  Benedicto of Morgan Lewis & Bockius.  Also with me
16  is Alex Zbrozek from Google.
17          THE VIDEOGRAPHER:  Is that everybody
18  present for today?  Thank you.
19                  CHRISTOPHER LI,
20      having been duly sworn, testified as follows:
21                   EXAMINATION
22  BY MR. BYARS:
23      Q    Good morning, Mr. Li.
24      A    Good morning.
25      Q    Like I said, my name is John Byars.  I'm

Page 139

1  Q   Do you think that is what
2  Play-Auto-Install is?
3  A   I don't remember the full scope of it.
4  Actually, I would like to -- I don't want to -- I'm
5  not the Play-Auto-Install expert.
6  Q   Do you have any idea why that requirement
7  is in Section 3.6?
8  A   My recollection is that it's a better user
9  experience because you offer the choice to the user to
10 not install something.
11 Q   Do you know what Install Packages
12 permissions is?
13 A   I don't know the technical details behind
14 it.  But I think it's -- yes, it's an app with the
15 ability to install the packages, so...
16 Q   Is it an app with the ability to install
17 other apps?
18 A   Yes, I think that's one downstream
19 implication of that.
20 Q   And is it an app -- does an app with
21 Installs Packages Permission have an ability to
22 update apps automatically?
23 A   I'm not sure, but I suspect it could have
24 that ability.
25 Q   Now, if we go back to Attachment D, which

1   is on Page 365.
2           And before I ask you questions about
3   Attachment D, why would Google not allow any
4   non-Google apps that are preloaded on the device to
5   have Install Packages permission?
6           MS. CURRAN-HUBERTY:  Object to form.
7           THE WITNESS:  So on the specification of
8   Google apps versus non-Google apps, I think that we
9   felt confident that we would know how Google apps
10  performs because we're all on the same company.
11          So I think that's why the conditions were
12  not needed for Google apps, because we knew that
13  there would be a certain level of respect and
14  experience for the user that would maintain our
15  standard.
16          On why we felt like we needed some of
17  these terms inclusive of the alternative Play
18  service thing that you mentioned, this tier of
19  devices is called Premier Tier and back to the theme
20  of what I discussed earlier of wanting to create
21  better devices to compete against Apple, we wanted
22  to create a device experience that we felt like was
23  at par or close to at par with that.
24          With that expectation comes an expectation
25  from the user that it doesn't feel scammy, the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 141

1  device feels secure, among other things.
2  BY MR. BYARS:
3      Q   So it's actually Foundation Tier; right?
4  You can go back and look at Page 378 and it's
5  Foundation Tier.
6      A   Yes, there's Foundation Tier and Premier
7  Tier.  But I think foundation is -- how I define
8  foundation is you need to have -- there is a baseline
9  experience.
10          And I would also argue that the items I
11 mentioned is sort of the baseline for what you would
12 expect for a, I don't know, 500-dollar phone.
13     Q   And when you can't have install
14 packages -- does an app store need Install Packages
15 permission to install other apps?
16          MS. CURRAN-HUBERTY:  Object to form.
17          THE WITNESS:  I'm not sure.
18 BY MR. BYARS:
19     Q   I think you said that you -- Install
20 Packages permission allows you to install -- what
21 did you say, packages?
22     A   I said I don't know the definition.  I don't
23 know the technical details of what the Install Package
24 permission gives, but I can guess that you need it to
25 be able to update or install other apps.

Page 301

1  Google would receive for Google Play?
2      A    I don't know exactly what this row means.
3      Q    Well, let me ask you this:  Does Row 25
4  mean the number of devices where Google obtained
5  Play exclusivity or projected to obtain Google Play
6  exclusivity?
7      A    I think this row -- this cell, can represent
8  the projected number of devices that enrolled in
9  Premier Tier across the set of 13 partners at this
10 point in time.
11          What we felt like we got from a Play
12 perspective is a device, because it's called
13 Premier, that offered an enhanced experience in
14 terms of UX, safety and the overall presentation of
15 downloading and installing apps to users.
16     Q    And by that do you mean that Google Play
17 would be the only app store on the devices enrolled
18 in the Premier Tier?
19          MS. CURRAN-HUBERTY:  Object to form.
20          THE WITNESS:  What I meant is what I said
21 before.  It would be an enhanced Play experience
22 because it offers more security, a better and more
23 intuitive UX for users and an overall better
24 download and app update experience.
25