# EXHIBIT 14

HIGHLY CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    ------------------------------------------------x
 5    IN RE GOOGLE PLAY STORE              Case No.
      ANTITRUST LITIGATION                 3:21-md-02981-JD
 6
 7    THIS DOCUMENT RELATES TO:
 8    Epic Games Inc. v. Google LLC, et al.,
      Case No. 3:20-cv-05671-JD
 9
      In re Google Play Consumer Antitrust
10    Litigation, Case No. 3:20-cv-05761-JD
11
      State of Utah, et al. v. Google LLC et al.,
12    Case No. 3:21-cv-05227-JD
13
      Match Group LLC, et al. V. Google LLC et al.,
14    Case No. 3:22-cv-02746-JD
15    ------------------------------------------------x
16
17    ** HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER **
18
19             REMOTE VIDEOTAPED DEPOSITION OF
20                       SUNDAR PICHAI
21              Monday, February 27, 2023
22
23
      REPORTED BY:
24    RENEE HARRIS, CA CSR 14168, NJ CCR, RPR
25
```

HIGHLY CONFIDENTIAL

Page 11

1       Will the court reporter please swear in
2    the witness, and then counsel may proceed.
3
4                 SUNDAY PICHAI,
5    called as a witness and having been first duly
6    sworn by the Certified Shorthand Reporter, was
7    examined and testified as follows:
8
9                  EXAMINATION
10   BY MS. MOSKOWITZ:
11       Q.  Good morning, Mr. Pichai.  My name is
12   Lauren Moskowitz.  I'll be beginning the
13   questioning.  I represent Epic Games.
14       A.  Thank you, good morning.
15       Q.  If you could please state your full name
16   for the record to begin.
17       A.  Sundar Pichai.
18       Q.  And where are you currently located right
19   now?
20       A.  I'm located in Palo Alto, California.
21       Q.  The Google offices?
22       A.  That's right.
23       Q.  And who is in the room with you right
24   now?
25       A.  I have Lara and Glenn, our counsel,

1      Q.   Do other executives at Google also use
2   Chats for business purposes?
3      A.   Yes, in general.
4      Q.   Now, have you used Google Chat to discuss
5   business issues since this case was filed in
6   August 2020?
7      A.   Business issues in general?
8      Q.   That's the question.
9      A.   Yes.
10     Q.   Have you used Google Chat to discuss
11  issues that might be relevant to this case since
12  the case was filed in August of 2020?
13     A.   Not that I recall.
14     Q.   You don't remember or -- one way or
15  another?
16     A.   In general, I don't use Google Chat to,
17  you know, discuss matters, particularly matters
18  covered by litigation holds, etc.
19     Q.   For your one-on-one Chats, do you have
20  your individual default setting to history on for
21  those one-on-one Chats?
22     A.   Typically, no.  But recently we have made
23  a change.  So I think by default, everything is
24  on.
25     Q.   And that was just changed within the last

1   month; right?
2        A.   That's correct.
3        Q.   And that was changed for those one-on-one
4   Chats because you were required to, given
5   developments in this litigation; true?
6        A.   Yeah, the legal team recommended a change
7   in which we complied with.
8        Q.   Yeah.  And I don't want to ask about --
9   about communications with your lawyers right now.
10  But prior to that, your default setting was off?
11       A.   Typically -- are you asking for
12  one-on-one Chats?
13       Q.   Correct.
14       A.   There are certain spaces, etc., that I
15  belong to where the default was on.  But typically
16  for one-on-one conversations, the default is off,
17  that's right.
18       Q.   Now, for the one-on-one conversations, to
19  your -- other than the recent change, to your
20  recollection, had you ever turned history on for
21  any of those Chats in the last few years?
22       A.   Now, I do recall some instances in which
23  I turned history on, but I can't tell you whether
24  it was for a one-on -- I mean, I can't remember
25  the specifics of what the context was.

Page 188

1  Q. Now, have -- have you, since this
2  litigation started, sent any Chats referencing
3  competition with Apple?
4  A. Not that I recall related to these
5  matters.
6  Q. Do -- do you recall sending any Chats
7  referencing competition with Apple at all?
8  A. I mean, there are times we use Chat for
9  scheduling. So people may ping me and say, like,
10 we want to schedule a meeting, and it may have
11 contained a phrase, "Apple." So like, I mean, at
12 that high level, yes.
13       But I don't discuss substantive issues
14 with respect to Apple in my Chats.
15  Q. What about Facebook? Have you sent any
16 Chats representing -- referencing competition with
17 Facebook in the last couple of years?
18  A. Not in a substantive way, no.
19       (Exhibit 2730 was received and marked
20        for identification on this date and is
21        attached hereto.)
22 BY MS. GIULIANELLI:
23  Q. I'm going to mark as exhibit -- a new
24 exhibit that should be popping up any minute here.
25       Do you have 2730 there in front of you?