# EXHIBIT 15

CLOUD NEXT KEYNOTE + LEADERS CIRCLE October 12, 2021
CONFIDENTIAL: Google Need to Know - Internal Briefing Document — For Sundar 9:00 AM

## BACKGROUND

- Cloud Next 2021 starts October 12, and runs for 3 days. It is virtual.
- You will take part in the General Keynote and Leaders Circle
- Both will be recorded live at MP7

## GENERAL KEYNOTE

- **Audience:** We expect approx. 60,000 registered attendees virtually, plus hundreds of thousands more viewing on live streamed channels hosted in YouTube, LinkedIn and Twitter
- **Run of Show**

| | | |
|---|---|---|
| Pre-Show | Partner Awards; Customer Awards | Jon Cham |
| 9:00am | Opening Moment & Welcome | Alison Wagonfeld |
| | Keynote Opening | Sundar Pichai |
| | Keynote | Thomas Kurian |
| | Keynote Closing | Sundar Pichai |

- **Remarks** here.

## LEADERS CIRCLE

- Leaders Circle is after the main keynote. Hundreds of CIOs and CTOs from Fortune 1000 accounts will attend. The full event runs from 10am - 12 noon.
- **Session Goals:**
  - Build relationships and progress deals with industry leaders. The audience will be approximately 60% 'greenfield' (not currently Google Cloud Customers), and 40% from our install base.
  - Communications goal is to demonstrate that Google understands (and is helping shape) the major post-COVID trends in cloud and technology generally, share insights from our senior leaders and partners, and provide a forum for open, candid conversation.
- **Your role**: You will take part in a 10-minute keynote conversation with TK, moderated by Leigh Gallagher. This will be followed by 15 minutes of open Q+A with the audience.
- **Full run of show:**
  - **10:03 -10:05 AM**: Welcome remarks — Kirsten Kliphouse, President, North America, Google Cloud (joining remotely)
  - **10:05 -10:35 AM:** Introductory remarks, fireside chat and audience Q&A — Thomas Kurian, SVP Google Cloud & Sundar Pichai, CEO, Alphabet (on set)
  - **10:35 -10:50 AM:** Discussion about the future of work — Fiona Cicconi, SVP, People Operations & Chief People Officer and Aneel Bhusri, Co-Founder and co-CEO of Workday (joining remotely)
  - **10:50 -11:45 AM:** Interactive discussion groups for participants
  - **11:45 -11:58 AM:** Final keynote on accelerating the pace of AI productization — Demis Hassabis, CEO, Deepmind and Andrew Moore, Vice President and General Manager, Cloud AI and Industry Solutions (joining remotely)

1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY GOOG-PLAY5-000474661

## Q&A

*[Thomas will make opening remarks and invite you and Leigh to stage. Leigh will provide instructions on audience Q&A and ask you the first question.]*

**Sundar, one of the benefits of working with Google Cloud is the opportunity for customers to benefit from investments that Google has made over the past 20 years. Can you share how Google's technology is helping cloud customers?**

- First of all - hi everyone; we're glad you're here. Looking forward to this conversation
- We have three complementary strengths that I believe position us to help businesses across a whole range of industries and priorities. Thomas touched on some of them in his opening remarks.
    - **Cloud platform:** which enables us to support businesses as they digitally transform. That includes, as Thomas mentioned, the infrastructure we can provide across 28 regions with another 10 to come. And that platform also means we can bring our Cloud customers the benefits of the work we do in AI every day, across all parts of our business.
    - **Consumer:** As a company with a long history of building for consumers — we can bring in different tools and services both on the enterprise side and on the consumer side. We have a broad ecosystem of services and devices for consumers — from YouTube and Android to Maps and Assistant — which we can use in the solutions we build for our enterprise customers. I love the examples of Google Lens being used to help manufacturers identify product defects faster. It's a consumer product, built on AI, but adapted for industrial use. To me that sums up the opportunity we see in Cloud.
    - **Security:** One of the most pressing issues on CEOs minds these days, and we have a lot of experience that can be useful, from pioneering zero-trust computing to building security into every layer of the computing environment. And we're committed to continuing to strengthen the safeguards we offer for our enterprise customers, including the new Work Safer program for both software and devices, which we've developed with hybrid working in mind.
- When it comes to working with specific customers, it starts with having a conversation with our customers about a set of problems they're facing, and how we can help them. These are broad conversations, and we are really focused on bringing the best of Google in a way that we can help the customer.
- If you're an automotive manufacturer, you're obviously interested in how do you modernize your fleet, how do you think about autonomous driving, how do you improve your in-car experience? And we're really focused on bringing the best of Google in a way that can help.

- **Customer Examples:**
    - Ford, which is an iconic global brand with a rich history, but also a company focused on the future and doing amazing innovation in areas like connectivity and self-driving. Ford is using Google Maps to help drivers navigate, Assistant so they can keep their eyes on the road, and Google Play to access music and podcasts.
    - Carrefour, the European retailer. Internally, Carrefour is using Google Workspace to help their team of 300,000 employees connect across around 12,000 stores in 30 countries. At the same time, they're using Cloud, Google Shopping and the Assistant to improve the shopping experience for their customers, including through initiatives like voice-based shopping.

***[Leigh asks TK Q about security, he answers, and then he will transition to ask you a question]***

**1. TK: Sundar, I'm thrilled that you were able to join us today. I'd like to ask you a few questions, and then we will open it up to our audience listening in.**

- Sounds great.

**2. TK: Google has a broad portfolio across consumer products, computing and cloud. Can you share a little bit about why Google Cloud matters so much to you?**

- Cloud is our biggest area of investment — we're spending more there than we're spending on any other part of the business, including Search, and that's been true for the last few years. We've broken Cloud out into a separate reporting segment because we believe this is going to be big for us.
- We take a long-term view and we feel we are in the very early stages. We see so much innovation ahead. Every

company is transforming itself using digital technology and being part of that motivates us, especially post-pandemic where it's even more important and urgent.

- For us, it's a long-term journey of bringing the best of technology and applying it to the problems companies are trying to solve. And we are investing deeply in that foundational technology, be it AI, data analytics, quantum computing, security and so on.

**3. TK: Sundar, you worked on Google apps like Gmail earlier in your career, but back then the business was primarily focused on consumers. How has building for corporate customers been different? What is your vision for the future of work and how can Google help companies with the new hybrid reality?**

**Helpfulness: scaling our core products and technologies to help businesses of all sizes**

- Whether building for consumers or corporate customers, I always start with the question: how can we make this product more helpful?
- For a consumer, being helpful might mean getting you home a little faster using Google Maps, using Smart Reply in Gmail to quickly answer an email, or helping you learn a new skill by watching a YT video.
- The use cases for enterprise may be different, but the underlying principles are the same. Google Maps are helping companies like Ford build navigation into their cars; You Tube is helping businesses of all sizes reach new audiences and sell products online; and the same AI technology that powers features like Smart Reply in Gmail or products like Google Assistant can help companies improve their customer service experience.

**Hybrid Future of Work**

- For people with an internet connection, visiting the doctor or taking class is as easy as clicking open a browser window or an app on your mobile phone.
- The pandemic has significantly accelerated these trends.
- The most profound shift is happening in how and where we work.
- Work is no longer a place. What matters is how work gets done, from how we manage our time and attention to how we create human connections.
- We see huge opportunity to build technology that meet the needs of how work actually happens -- experiences that aren't limited by technology surfaces, but that bring together video, audio, email, chat and all of the ways we actually get things done. We're also building tools, like a second screen companion mode, in Google Workspace, to ensure that everyone on a team -- no matter where they are located in the world -- can contribute equally.
- **Customer Examples:**
  - **Wayfair:** Used Google Workspace to incubate innovative ideas that help reinvent how people shop for their home with features like View in Room, which lets you virtually visualize what a piece of furniture will look like in your space. From idea to prototype to launch, Wayfair leaned on Google Workspace to effectively collaborate.
  - **Shopify:** Used Google Workspace to collaborate in preparation for Black Friday / Cyber Monday and keep their business growing steadily, even after the pandemic hit. Shopify especially leaned on Google Meet to connect their 5,000 people, and were impressed with its security, reliability, and flexibility.

**4. TK: Now a final question from me before we open it up to the audience. During our Cloud Next keynote a few minutes ago you made several announcements about Google's investment in sustainability, a topic that is becoming increasingly important to business leaders everywhere. Can you share what you announced and how you are thinking about sustainability from a Google perspective?**

- Every CEO I speak to is focused on sustainability.
- For Google, it's been a core value for us for more than two decades.
  - We've been carbon neutral since 2007, and we've matched our operations with 100% renewable energy over four consecutive years.
  - Last year we set out to make our third decade of climate action our biggest yet.
  - That included a commitment to operate on 24/7 carbon-free energy across our offices and data centers by 2030.
  - So far, five of our data centers are running on or near 90% renewable energy.
  - And last week, we announced new ways we're helping 1 billion people make more sustainable choices with our core products such as Search and Maps.I
- When it comes to enterprises, one of the most important sustainability choices is where to run your technology.
  - IDC predicts cloud migrations over the next four years could reduce carbon emissions by over 1 billion metric tons -- or the equivalent of removing 200 million cars off the road for a year.

- We're proud that Google Cloud is already the cleanest cloud in the industry. And we want to give our customers a holistic set of solutions to manage their footprints in a smarter way and help them make the transition to a low-carbon economy.
- Earlier this year, we introduced a way for customers to see the cleanest regions to run their workloads.
- And today we're expanding our solutions and partnerships that will help reduce your carbon footprint.
  - One is Carbon Footprint, a new service to measure, track, and report the gross carbon emissions associated with Google Cloud usage, which we built with customers like HSBC, Twitter, Etsy, and L'oreal.
  - We also announced that we're integrating Google Cloud's emission data directly into Salesforce's Sustainability Cloud.
  - And we announced a new tool that will alert customers when you have idle workloads, and make recommendations to reduce carbon emissions.
- We always believe in the power of platforms. And when you are building something like Google Cloud, it can have a transformative impact because you're multiplying the impact through all the companies and organizations we work with around the world.

***[TK passes back to Leigh for Audience Q&A]***

**AUDIENCE Q&A**