# EXHIBIT 18

```
                                            Volume 1

                                            Pages 1 - 144

                  UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE                     )
ANTITRUST LITIGATION                        )  NO. 21-md-02981-JD
_____)
                                            )
THIS DOCUMENT RELATES TO:                   )
                                            )
Epic Games, Inc. vs. Google LLC, et al.,    )
Case No. 3:20-cv-05671-JD                   )
                                            )
In Re Google Play Consumer Antitrust        )
Litigation, Case No. 3:20-cv-05671-JD       )
                                            )
State of Utah, et al. v. Google LLC,        )
et al., Case No. 3:21-cv-05227-JD           )
                                            )
Match Group, LLC, et al. vs. Google LLC,    )
et al., Case No. 3:22-cv-02746-JD           )
_____)

                              San Francisco, California
                              Thursday, January 12, 2023

                    TRANSCRIPT OF PROCEEDINGS

          IN RE EVIDENTIARY HEARING ON CHAT PRESERVATION

APPEARANCES:

For Plaintiff Epic Games in C 20-05671 JD:
               CRAVATH SWAINE AND MOORE LLP
               825 Eighth Avenue
               New York, New York 10019
          BY:  LAUREN ANN MOSKOWITZ, ATTORNEY AT LAW
               GARY A. BORNSTEIN, ATTORNEY AT LAW

          (APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter
```

1  **Q.** And you and Mr. Kolotouros discussed this $200 million
2  deal over Google Chat; right?
3  **A.** I don't recall.
4  **Q.** All right. Let's look at PX-37 in your binder, please,
5  GOOG-PLAY-001974461, a June 8th, 2019, e-mail between
6  Mr. Kolotouros and yourself.
7     Please let me know when you're there.
8  **A.** Yes, I see it.
9  **Q.** And it may look familiar. It was marked during your
10 deposition as Exhibit 786. Do you see that?
11 **A.** Yes.
12    **MS. MOSKOWITZ:** Your Honor, I move PX-37 into evidence.
13    **THE COURT:** It's admitted.
14       (Plaintiffs' Exhibit PX-37 received in evidence.)
15 **BY MS. MOSKOWITZ:**
16 **Q.** According to your e-mail that you sent at 10:28 a.m. -- do
17 you see where I am?
18 **A.** Yes.
19 **Q.** At 10:28 a.m., you said in this e-mail to Mr. Kolotouros,
20 quote (as read):
21       "You mentioned in our IM chat yesterday that
22    Samsung broached the topic of asking for rev share on
23    the Play Store."
24    Do you see that?
25 **A.** I do.

1  **Q.**   So you're referencing in an e-mail the fact that you had a
2  Google Chat conversation with Mr. Kolotouros about negotiations
3  with Samsung; correct?
4  **A.**   Yes.
5  **Q.**   And those chats no longer exist; right?
6  **A.**   I assume they don't.
7  **Q.**   And they no longer exist because when you had those
8  conversations, your chat history was turned off and so was
9  Mr. Kolotouros's; correct?
10 **A.**   I can't speak for his, but mine was turned off.
11 **Q.**   You also understood that he kept his off too?
12 **A.**   I -- I didn't -- didn't know that.
13 **Q.**   Okay.  All right.  Well, we have his testimony.
14        So the only reason we ever knew that these chats even
15 existed is the mention of them in an instant message -- I'm
16 sorry -- of an instant message in this e-mail; right?
17 **A.**   I assume so.
18 **Q.**   Okay.  Can I get your agreement that the IM chat
19 referenced in this e-mail was not the only conversation you had
20 with Mr. Kolotouros about the status of negotiations with
21 Samsung and other OEMs?
22 **A.**   Not the only conversation --
23 **Q.**   This wasn't the only chat you ever had with him; right?
24 **A.**   I don't -- I don't know if it was.
25 **Q.**   Do you think it was even possible that that was the single

```
 1        MR. POMERANTZ:  -- the second week of October.
 2        THE COURT:  Add that to your discussion.  Okay?
 3        MR. POMERANTZ:  We'll talk to them about it.
 4        THE COURT:  With respect to trial date.
 5        MR. POMERANTZ:  Thank you, Your Honor.
 6        THE COURT:  I can do that.
 7        Okay.  Thanks so much, and hope to see you soon.
 8        THE CLERK:  All rise.  Court is in recess.
 9             (Proceedings adjourned at 3:45 p.m.)
10
11                    **CERTIFICATE OF REPORTER**
12        I certify that the foregoing is a correct transcript
13   from the record of proceedings in the above-entitled matter.
14
15   DATE:  Saturday, January 14, 2023
16
17
18                       *Ana Dub* (signature)
19   _____
20        Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
                    Official United States Reporter
21
22
23
24
25
```