| | | |
|---|---|---|
| 1 | Brian C. Rocca, S.B. #221576 | Glenn D. Pomerantz, S.B. #112503 |
| | brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| 2 | Sujal J. Shah, S.B. #215230 | Kuruvilla Olasa, S.B. #281509 |
| | sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| 3 | Michelle Park Chiu, S.B. #248421 | Nicholas R. Sidney, S.B. #308080 |
| | michelle.chiu@morganlewis.com | nick.sidney@mto.com |
| 4 | Minna Lo Naranjo, S.B. #259005 | **MUNGER, TOLLES & OLSON LLP** |
| | minna.naranjo@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| 5 | Rishi P. Satia, S.B. #301958 | Los Angeles, California 90071 |
| | rishi.satia@morganlewis.com | Telephone: (213) 683-9100 |
| 6 | **MORGAN, LEWIS & BOCKIUS LLP** | |
| | One Market, Spear Street Tower | Kyle W. Mach, S.B. #282090 |
| 7 | San Francisco, CA 94105 | kyle.mach@mto.com |
| | Telephone: (415) 442-1000 | Justin P. Raphael, S.B. #292380 |
| 8 | | justin.raphael@mto.com |
| | Richard S. Taffet, *pro hac vice* | Emily C. Curran-Huberty, S.B. #293065 |
| 9 | richard.taffet@morganlewis.com | emily.curran-huberty@mto.com |
| | **MORGAN, LEWIS & BOCKIUS LLP** | Dane P. Shikman, S.B. #313656 |
| 10 | 101 Park Avenue | dane.shikman@mto.com |
| | New York, NY 10178 | Rebecca L. Sciarrino, S.B. #336729 |
| 11 | Telephone: (212) 309-6000 | rebecca.sciarrino@mto.com |
| | | **MUNGER, TOLLES & OLSON LLP** |
| 12 | | 560 Mission Street, Twenty Seventh Floor |
| | | San Francisco, California 94105 |
| 13 | *Counsel for Defendants* | Telephone: (415) 512-4000 |
| 14 | | Jonathan I. Kravis, *pro hac vice* |
| | | jonathan.kravis@mto.com |
| 15 | | Lauren Bell, *pro hac vice* |
| | | Lauren.Bell@mto.com |
| 16 | | **MUNGER, TOLLES & OLSON LLP** |
| | | 601 Massachusetts Avenue NW, Suite 500E |
| 17 | | Washington, D.C. 20001 |
| | | Telephone: (202) 220-1100 |

DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DEFENDANTS' OMNIBUS NOTICE OF
MOTIONS AND MOTIONS *IN LIMINE* NOS. 1-7
Case Nos. 3:21-md-02981-JD, 3:20-cv-05761-JD, 3:20-cv-05671-JD, 3:21-cv-05227-JD, 3:22-cv-01746-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>I*n re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al., v. Google LLC, et al.*, Case No. 3:22-cv-01746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DEFENDANTS' OMNIBUS NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* NOS. 1-7**<br><br>Judge:   Hon. James Donato<br><br>Date:        October 19, 2023<br>Time:       1:30 p.m.<br>Courtroom:   11 |

# DECLARATION OF JUSTIN P. RAPHAEL

I, Justin P. Raphael, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and before this Court. I am a Partner at Munger, Tolles & Olson LLP, and represent the Defendants in this action. I submit this Declaration in support of Defendants' Omnibus Motions *In Limine*. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. **Exhibit 1** is an excerpt from a true and correct copy of the Majority Staff Report of the House Subcommittee on Antitrust, Commercial and Administrative Law, dated July 2022.

3. **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Steven Schwartz, Ph.D., dated March 28, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 21st day of September, 2023, in San Francisco, California.

        */s/ Justin P. Raphael*
        Justin P. Raphael