# EXHIBIT 2
# PUBLIC REDACTED VERSION

| | |
|---|---|
| Sent: | Tue 1/26/2021 4:01:33 PM (UTC) |
| From: | E▮▮▮▮▮ <e▮▮▮@google.com> |
| To: | T▮▮▮▮▮ <t▮▮▮▮▮@google.com> |

E▮▮▮▮▮, 2021-01-26 08:01:32

<a href="https://www.google.com/url?q=https://www.failbettergames.com/new-social-actions/&amp;sa=D&amp;source=hangouts&amp;ust=1611763292143000&amp;usg=AFQjCNHd6KEQcX4BVOqbe7ol5iYUfGFFqQ">https://www.failbettergames.com/new-social-actions/</a>

T▮▮▮▮▮, 2021-01-26 08:56:23

ooh what! &lt; 3

T▮▮▮▮▮, 2021-01-26 08:56:36

wait no i misread!

T▮▮▮▮▮, 2021-01-26 08:56:56

Over the years, however, we designed increasingly complex social actions. This culminated with activities like chess and sparring, complex, multi-stage activities that tie together several social actions.

T▮▮▮▮▮, 2021-01-26 08:57:01

yeah that&#39;s why they&#39;re fun!

T▮▮▮▮▮, 2021-01-26 08:57:38

ok letter writing decent replacement!

T▮▮▮▮▮, 2021-01-26 08:58:16

although i really do wish there were a quiz or wario-ware style minigame element to these activities

T▮▮▮▮▮, 2021-01-26 08:58:33

e.g. speling, grammar, and vocab quiz for letter writing that determines quality of letter!

T▮▮▮▮▮, 2021-01-26 08:59:10

rhythm game for everything else!

T▮▮▮▮▮, 2021-01-26 08:59:51

at first i was like ooh they&#39;re adding more chess!

E▮▮▮▮▮, 2021-01-26 09:00:04

Yeah chess going away forever!

T▮▮▮▮▮, 2021-01-26 09:01:22

nooo ok those were all so fun too with the multi-part nature!

E▮▮▮▮▮, 2021-01-26 09:02:37

Yeah but just think of all the great letters you can send me!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500320

`<a href="https://www.google.com/url?q=https://www.buzzfeed.com/todefeatthehuns/which-fictional-pink-wearing-woman-are-you-1ucwjkad1f&amp;sa=D&amp;source=hangouts&amp;ust=1611788628134000&amp;usg=AFQjCNHnSuCKPF_OKWhYwf7MxobPhL7IUg">https://www.buzzfeed.com/todefeatthehuns/which-fictional-pink-wearing-woman-are-you-1ucwjkad1f</a>`

**E**▇▇▇▇▇▇▇, 2021-01-26 15:05:21

Ooh Garber LLC meeting on Friday! Let's get Jonathan to dial in!

**E**▇▇▇▇▇▇▇, 2021-01-26 15:07:10

Oh also Ads team in freaking out about some Play VP escalation over that new policy so let me know if you want to discuss!

**E**▇▇▇▇▇▇▇, 2021-01-26 15:09:28

OK this Bryan Garner thing sounds like a combination of Nia's thing and Bo's thing!

**E**▇▇▇▇▇▇▇, 2021-01-26 15:09:43

Like some VC scalable law interpretation consultancy?

**T**▇▇▇▇▇▇▇, 2021-01-26 15:10:33

hahaha omg! do it during arkham! we'll all dress up as shadow board!

**T**▇▇▇▇▇▇▇, 2021-01-26 15:10:35

anime finance!

**E**▇▇▇▇▇▇▇, 2021-01-26 15:10:49

Yeah you can be my personal representation!

**T**▇▇▇▇▇▇▇, 2021-01-26 15:12:37

ooh do have a look in mind!

**T**▇▇▇▇▇▇▇, 2021-01-26 15:18:28

oh yeah i can discuss! what is it!? been so busy on xiaomi and other stuff haven't been closely involved but happy to help if i can!

**T**▇▇▇▇▇▇▇, 2021-01-26 15:18:57

xiaomi, answering kevin klein questions i've already answered 3+ times over the past year...all the important stuff!

**T**▇▇▇▇▇▇▇, 2021-01-26 15:19:06

who's the VP?

**E**▇▇▇▇▇▇▇, 2021-01-26 15:19:12

OK so I haven't been fully looped in either since properly Mike Z's business, but obvs he's not going to reach out to your team since he doesn't even know what's happening!

**T**▇▇▇▇▇▇▇, 2021-01-26 15:19:17

feel like i can talk sense into most VPs!

E█████, 2021-01-26 15:19:36

Feel like it's a Shie thing mostly?

E█████, 2021-01-26 15:20:11

So as far as I can read it (and obviously I only have Ads side of the story!) it's an issue grown out of that new policy Play wanted Ads to instate a few months ago...

E█████, 2021-01-26 15:21:01

Play originally wanted to █████████████████████████, but then settled for reasonable intermediate policy basically saying if you're running ads that take you to download from 3P store, have to disclose!

E█████, 2021-01-26 15:21:03

Which p good!

E█████, 2021-01-26 15:21:11

And I think the teams agreed on ████████████.

E█████, 2021-01-26 15:21:25

(since obviously really burdensome to ████████████████████████)

E█████, 2021-01-26 15:22:03

But now apparently Play escalating because 1) mad at ████████████, and 2) also mad that Google Ads can only ████████████████████████████████████████████████████.

E█████, 2021-01-26 15:23:42

So ads enforcement folks all spun up in a tizzy like 1) is unreasonable and not what we agreed to, and 2) literally impossible!

T█████, 2021-01-26 15:25:07

ugh so weird! shie's escalating?

E█████, 2021-01-26 15:25:19

So all I have is an email thread where they looped me in for fake privilege, but says:

T█████, 2021-01-26 15:25:33

suzanne maybe?

E█████, 2021-01-26 15:25:36

Given our aggressive set of 2021 OKRs that we just finalized and the extent to which our team is over-stretched and putting our team health at risk, it is unreasonable for the Play team to ask us to drop everything based on only a 30 minute meeting called out of the blue at the VP level. This is especially true considering that we have an existing agreement that Shie LGTM'd for reactive.

E█████, 2021-01-26 15:25:42

So seems like there was VP meeting yesterday?

E█████, 2021-01-26 15:26:00

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY5-000500332

And yeah would guess Suzanne but not sure!

E█████████, 2021-01-26 15:26:51

So I think the ads people plan to send some snippy email to the Play people being like is this even a real problem and if so can you give us heads to deal with it, which fair enough!

T█████████, 2021-01-26 15:27:11

omg physical health at issue!

E█████████, 2021-01-26 15:27:15

**REDACTED - PRIVILEGE**

E█████████, 2021-01-26 15:27:16

**REDACTED - PRIVILEGE**

E█████████, 2021-01-26 15:27:50

**REDACTED - PRIVILEGE**

T█████████, 2021-01-26 15:28:26

**REDACTED - PRIVILEGE**

T█████████, 2021-01-26 15:29:03

energy from this is it&#39;s something suzanne being super type a about trying to run to ground but honestly she does listen to reason seems more like miscommunication

E█████████, 2021-01-26 15:29:09

**REDACTED - PRIVILEGE**

T█████████, 2021-01-26 15:29:16

funny enough had 1:1 with her i punted today b/c so busy with everything else!

T█████████, 2021-01-26 15:30:27

**REDACTED - PRIVILEGE**

E█████████, 2021-01-26 15:30:36

REDACTED - PRIVILEGE

E█████████, 2021-01-26 15:30:51

**REDACTED - PRIVILEGE**

E█████████, 2021-01-26 15:31:32

**REDACTED - PRIVILEGE**