# EXHIBIT 3
# PUBLIC REDACTED VERSION

**Sent:** Thur 3/17/2022 7:17:30 AM (UTC)
**From:** t███████@google.com
**To:** e███████@google.com, t███████@google.com
**Subject:** j2ZfwAAAAAE-MBI-FLAT:2022-03-16T22:43:16.391007-1

Screen Shot 2022-03-17 at 8.20.58 AM.png
Screen Shot 2022-03-17 at 8.59.46 AM.png
Screen Shot 2022-03-17 at 12.29.24 PM.png
IMG_2291.PNG
Screen Shot 2022-03-18 at 8.39.39 AM.png
image.png
Screen Shot 2022-03-18 at 11.09.44 AM.png
Screen Shot 2022-03-18 at 12.45.16 PM.png
Screen Shot 2022-03-18 at 2.58.15 PM.png
Screen Shot 2022-03-18 at 4.58.39 PM.png
Screen Shot 2022-03-18 at 5.46.18 PM.png
Screen Shot 2022-03-18 at 6.05.30 PM.png
IMG_2293.PNG
IMG_2294.PNG
Image_20220319_112451.(null)
Image_20220319_152310.(null)
IMG_2296.PNG
IMG_2297.PNG
IMG_2300.PNG
image.png
Screen Shot 2022-03-21 at 7.47.17 AM.png
Screen Shot 2022-03-21 at 8.47.22 AM.png
image.png
Screen Shot 2022-03-21 at 1.15.46 PM.png
3c8a081c-6400-4a0b-9572-da4afbde885f.jpg
Screen Shot 2022-03-21 at 3.28.58 PM.png
image.png
e6ffc769-3fd5-4b69-8c71-07674de48a90.mp4
e6ffc769-3fd5-4b69-8c71-07674de48a90.mp4
image.png
IMG_2304.PNG
image.png
Screen Shot 2022-03-22 at 9.11.37 AM.png
Screen Shot 2022-03-22 at 12.38.23 PM.png
Screen Shot 2022-03-22 at 2.15.41 PM.png
image.png
Screen Shot 2022-03-22 at 4.00.27 PM.png
image.png
image.png
image.png
Screen Shot 2022-03-23 at 8.39.31 AM.png
Screen Shot 2022-03-23 at 9.24.42 AM.png
image.png
Screen Shot 2022-03-23 at 2.53.08 PM.png
Screen Shot 2022-03-23 at 2.58.02 PM.png
Screen Shot 2022-03-23 at 2.59.35 PM.png
Screen Shot 2022-03-23 at 3.07.00 PM.png
Screen Shot 2022-03-23 at 3.23.25 PM.png
a63f9b65-ef16-4d7d-8349-660e8d978a70.jpg
image.png
image.png
Screen Shot 2022-03-24 at 9.48.15 AM.png
Screen Shot 2022-03-24 at 10.22.13 AM.png
image.png
image.png
image.png

**t███████@google.com** 2022-03-17T07:17:29.098Z

ooh! https://boardgamegeek.com/boardgame/356123/turing-machine

https://boardgamegeek.com/boardgame/356123/turing-machine

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          GOOG-PLAY5-000500584

e▓▓▓▓@google.com 2022-03-21T22:37:06.315Z

Am r scared won't go back!

e▓▓▓▓@google.com 2022-03-21T22:37:13.658Z

Like feel like everyone just in 9 hours of meetings a day straight!

e▓▓▓▓@google.com 2022-03-21T22:37:24.565Z

Like at work used to sometimes be able to get coffee or whatever?

e▓▓▓▓@google.com 2022-03-21T22:37:33.319Z

But now just like meeting meeting meeting no lunch meeting!

t▓▓▓▓@google.com 2022-03-21T22:37:40.446Z

ugh screw that! oh yeah million p!

e▓▓▓▓@google.com 2022-03-21T22:37:45.081Z

At least ARRIS going to take a lot of work off our plate!

t▓▓▓▓@google.com 2022-03-21T22:37:51.006Z

i think i'm just going to start declining early meetings tbh!

e▓▓▓▓@google.com 2022-03-21T22:37:53.014Z

They"ll do all the counseling and we'll be on the beach playing bocce!

t▓▓▓▓@google.com 2022-03-21T22:37:56.223Z

hahahahaha omg

t▓▓▓▓@google.com 2022-03-21T22:38:05.608Z

oh yeah they'll do all the hard parts!

e▓▓▓▓@google.com 2022-03-21T22:38:12.167Z

Yeah like the fake privilege!

t▓▓▓▓@google.com 2022-03-21T22:38:15.826Z

def not poorly duplicate work and take credit after auditing and indicting!

t▓▓▓▓@google.com 2022-03-21T22:40:15.242Z

# REDACTED - PRIVILEGE

e▓▓▓▓@google.com 2022-03-21T22:40:40.725Z

Haha omg that whole thing insane!

e▓▓▓▓@google.com 2022-03-21T22:40:43.869Z

Just trying to ignore it all!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                          GOOG-PLAY5-000500631