# EXHIBIT 9
# PUBLIC REDACTED VERSION



Last year's context slides: https://docs.google.com/presentation/d/1xy0PMiNgc1B-ywU27Ar-VvjAepCJv3fZp3n5W1B40PQ/edit#slide=id.g62584bfae9_13_335

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Kara*
*In previous short discussion, highlight three approaches. Ruled out a more 'industry changing' approach of more radically changing our service fee approach to, for example, charge for installs or charge OEMs per device.*
*Focus today on approaches 2&3, where 3 is - in reality - a more narrow version of approach 2.*
*Considering two key things in this approach 1. Who is eligible for Billing optionality? 2. How do we charge developers using their own billing for our services? What other pricing changes/incentives for developers?*

GOOG-PLAY-007819063

Today's agenda: The details - discuss & align on 3 areas

1. Billing optionality
   - Who is eligible? Just Apps? Apps & Games?
   - How should we make it available?
     i. User Experience: What requirements will we put in place to protect users?
     ii. GPB optional ?
2. 'Pricing'
   - What programs will we offer; who is eligible?
   - How do the pricing changes stack with existing programs eg. Accelerators?
3. Communicating the Changes: 'Positioning Paper' (WIP)
   - Key talking points

Google

Paul

1. We're here because there are numerous potential actions against Play's business model including in Korea (action to disallow requiring Play Billing  is imminent)  EU / US, where the EC SO, DMA, and US legislation and lawsuits are in flight.

2. The challenges center on Choice and Billing, and we will talk through our thinking for how to respond to these challenges.
On choice, we recommend offering some devs the ability to use their own billing - we'll charge them a service fee the cost of billing.
                 Note that while some devs really to want to use their own billing, we believe a bunch of choice arguments are actually pricing concerns. So we will need to address pricing.
On pricing, we recommend a segmented, targeted approach (a once size does not fit all approach) addressing specific app categories and situations (for instance, games, subs, active buyers with specific duration).

3. We'd like to discuss some options for how aggressively we want to make these changes.
KR compliance approach - Conserative approach, which is to comply with the Korean law, allow alternate billing & charge a service fee but otherwise make no changes. Without addressing pricing, we'd expect that we'll see a lot of pressure particularly on pricing very quickly in Korea, and for Korea to influence action in other markets.
Focus on apps - This approach addresses the major agitation of Apps developers

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

wanting to use their own billing and seeking lower service fees - reflecting their specific vertical margin challenges.

More radical focus on both apps & games offering more choice and lower service fees. This more radical approach would provide the biggest solve. But it may not be necessary to do immediately, and may not solve all agitation.

The next few slides will cover some key context, and we'll dive in to choice, pricing and these rollout options.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819065



Paul to cover this section

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY-007819066



*Risks of this approach:*
*Lost opportunity to test & learn in KR first*
*Legislative/regulatory agitation may shift to mechanic for optionality and price (no solve on price for games)*
*Game developers de-integrate*

GOOG-PLAY-007819067

Draft WIP: Discussion only

## We believe there are many strong reasons for developers to continue to use Play Billing

**Reasons for Remaining on GBP**

- *No embedded price discount* with Billing optionality
- *Wide range* (including DCB and gift cards) and *global market coverage of FOPs* available in one billing system through on GPB. Frictionless access to ~600M FOP'ed users worldwide
- Important user billing features only available on GPB including full family features/protections, customer support
- Benefit from some programs only possible through Play Billing eg. Play Points redemption
- [FUTURE] Benefit from *new/upcoming games roadmap & features* using GPB inc. Games Platform, GP3 (TBC)

Google

*Kara*
*Dimensions of pricing . . .*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Kara*
*Dimensions of pricing . . .*

| Id | Date | Text | |
|---|---|---|---|
| 1 | 08/03/2021 20:53:12 | @pfeng@google.com<br>@marchak@google.com<br>Please add/amend as needed. | Privileged - Confidential |
| 1 | 08/03/2021 23:55:06 | Exec review FB:  This is very Play centric.  Layer in broader Android considerations. | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## We'll require 3P API for T&S, but the bar will be lower.

| | Feature | Solution | |
|---|---|---|---|
| Pre-Install | App details | Inform: users app doesn't use Play Billing, esp Parents | 🟢 |
| Checkout / Cart | Trust / Secure Transactions | Policy: Updated policy (eg. MSFT) to mandate min. security requirements , part of eligibility. | 🟡 |
| | FOPs / Gift Cards | Not available | 🔴 |
| | Parental Approvals | Inform: parent when non-GPB app downloaded, purchase completed<br>Product: Inline ask-to-buy or purchase declines (TBD) | 🟡 |
| | Budgeting | Inform: User that budgets are set<br>Product: Notify users when they exceed their budget | 🔴 |
| | Always-on purchase authentication | Not available | |
| | Play Points | Product: Can earn points, cannot spend. | 🟡 |
| Post Purchase / Support | Comms (trial expirations, renewals) | Inform: "Inform user in store UI that app does not use Play Billing. | 🟡 |
| | Order / Subs Management | Policy: Mandate apps with 3P billing must have easily accessible in-app OH & cancellation.<br>Product: Simplified version of OH & Sub Center (pointing to dev app for details / management.) Keep uninstall notif for active subs. | 🟡 |
| | Customer Support | Policy: Enforce min-support standards, part of eligibility. | 🟡 |
| | Family Library | Not available for in-app purchases | 🔴 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819072





Other options considered: Both unlikely to be responsive to legislation
Linking > poorer user experience
3P billing with GPB required

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Id | Date | Text |
|----|------|------|
| 1 | 08/02/2021 18:54:01 | Not sure this is true? |
| 2 | 08/02/2021 18:54:01 | I was referencing that you'd have more payments flows to manage and user messaging given there are two 'billing flows'. If that's not the case we should remove. |
| 2 | 08/02/2021 18:57:29 | This is only if we include the anti-steering, yes? |
| 3 | 08/02/2021 18:57:29 | If Option 1 requires devs to charge the same price to users opting for GPB or the dev billing then yes. Option 2 is more defensible as this doesn't have that dynamic which is a potential source of agitation and concern. @kghanem@google.com to weigh in. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Kara to cover this section

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-007819076



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Privileged Confidential

**Draft WIP: Discussion only**

## 2 recommended price reductions to accommodate biz models and economics

**Subscriptions**

Recognize this is a different business model, justifying different fees

Developer actions tells us 30% unlikely sustainable

Scaleable & sustainable vs AVP

**Creator Platform Accelerator**

Recognize unique economics of emerging segment of apps globally & particularly in KR

Apply economic principles to existing Media Accelerators as applicable.

Google





*Kara*
*Considering three new programs to address different segment challenges.*
*Subscriptions at 15% from the first purchase. Most straightforward extension of existing subs policy. A more scaled way to address the affordability and value concerns of the likes of devs such as Match. Risk is contagion to IAP.  Cost at* ▓▓▓▓▓
*▓▓▓▓▓ assuming some behaviour changes in games* ▓▓▓▓ *apps;* ▓▓▓▓ *games)*
*Content Creator program. Suited to growing segment of 'platform' apps such as* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *who have a large creator platform and share the a significant proportion of their sales with creators (usually published rates).*
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
*India program a one-off tailored to current IN market conditions as a short term 'boost', providing investment for market development.*
*Still working through full details, including costing.*
*---*

*Potential gives and gets with all these programs.*

*Other potential programs: Better Togethers, Cloud credits / GVP scaled*

*Costs:*
*Content creator:* ▓▓▓▓▓ *margin against existing GPB developers, excludes Roblox.*

*See Slide 79: Creator Content Program*
*Subs @ 15% immediately: cost is $zzz for apps + $zzz for games for a total of $zzz.*
*Assumes that subscription and IAP spend are unaffected by the new pricing.*

*Notes on figures:*
*Subs revenue growth of 45% is the 2 yr CAGR ending in Q2 2021.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819082



Notes:
1) The status quo rev share for the smaller tiers does not ███████... this is because we're pulling in actual enrollment data for Runway, which has less than 100% coverage, and enrollment stats have been stable for several weeks. If Runway enrollment stays where it is, that means that the Subs Give would be a VERY effective way of dropping rev share for the unenrolled apps devs... but not as effective for games. It also means the ██████ for ███████████ for games for the smallest tier would be a real cost for Play if this program is adopted.

2) The subs give will be ███████████████ for apps vs. games... not only is the notional give ████ the size ███████████ for apps vs ████████ for games), but the rev share reduction for apps devs with subs is █████ compared to ██████████ for games. For this reason, it's fair to say that the subs give is largely targeted to apps devs

3) the most impacted tiers are actually ██████████ and ███████████████ as we see the subs give decline in relative richness for upper tiers █████████ I have a hypothesis for this: Runway sets status quo rev share low for the smallest tiers, while the largest apps tiers benefit the most from the 12mo+ sub give already (note their low status quo rev share). For this reason, the subs program seems to target the "middle class" apps devs.

GOOG-PLAY-007819083

| Id | Date | Text |
|----|------|------|
| 4 | 08/03/2021 18:04:32 | Thanks for this Brian. Is the relatively smaller reduction in the larger devs also driven by the fact they may already be benefiting from Media accelerator programs at 15%? |
| 1 | 08/03/2021 19:42:38 | @karabailey@google.com<br>@joshoconnor@google.com<br>@karenshen@google.com<br>@shamininair@google.com<br><br>Hi all- this is the first pass of the impact of the subs program by developer tier. There are several things that stand out:<br>1) The status quo rev share for the smaller tiers does not = ██████ this is because we're pulling in actual enrollment data for Runway, which has less than 100% coverage, and enrollment stats have been stable for several weeks. If Runway enrollment stays where it is, that means that the Subs Give would be a VERY effective way of dropping rev share for the unenrolled apps devs... but not as effective for games. It also means the ██████ for ██████ for games for the smallest tier would be a real cost for Play if this program is adopted.<br>2) The subs give will be ██████ for apps vs. games... not only is the notional give ██ the size ██ for apps vs ██ for games), but the rev share reduction for apps devs with subs is ██ compared to ██ for games. For this reason, it's fair to say that the subs give is largely targeted to apps devs<br>3) the most impacted tiers are actually ██████ and ██████ as we see the subs give decline in relative richness for upper tiers ██████ I have a hypothesis for this: Runway sets status quo rev share low for the smallest tiers, while the largest apps tiers benefit the most from the 12mo+ sub give already (note their low status quo rev share). For this reason, the subs program seems to target the "middle class" apps devs.<br><br>Note- I still have to add the "behavior change impact" section on the bottom. I'll finish that tomorrow.<br><br>Please let me know if you have any questions.<br>_Reassigned to Josh OConnor_ |
| 2 | 08/03/2021 19:42:38 | You're correct. The media accelerator devs are likely affecting the metrics for the largest app developer group. Unfortunately it's hard to query this group directly (given there is no "special programs" flag in our system), so it's hard to tell how much they pull down the status quo rev share for that tier. Still, those devs would not contribute to the subs program cost in this slide given how we calculate cost |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Kara*
*Considering three new programs to address different segment challenges.*
*Subscriptions at 15% from the first purchase. Most straightforward extension of*
*existing subs policy. A more scaled way to address the affordability and value*
*concerns of the likes of devs such as Match. Risk is contagion to IAP. Cost at* ▮▮▮▮
▮▮▮▮ *- assuming some behaviour changes in games* ▮▮▮▮ *apps;* ▮▮▮▮ *games)*
*Content Creator program. Suited to growing segment of 'platform' apps such as*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *who have a large creator platform and*
*share the a significant proportion of their sales with creators (usually published rates).*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
*India program a one-off tailored to current IN market conditions as a short term*
*'boost', providing investment for market development.*
*Still working through full details, including costing.*
*---*

*Potential gives and gets with all these programs.*

*Other potential programs: Better Togethers, Cloud credits / GVP scaled*

*Costs:*
*Content creator:* ▮▮▮▮ *margin against existing GPB developers, excludes Roblox.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*See Slide 79: Creator Content Program*
*Subs @ 15% immediately: cost is $zzz for apps + $zzz for games for a total of $zzz.*
*Assumes that subscription and IAP spend are unaffected by the new pricing.*

*Notes on figures:*
*Subs revenue growth of 45% is the 2 yr CAGR ending in Q2 2021.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Privileged & Confidential

## Positioning Paper – six simple principles

**Introduction**

We built Android and Google Play on a foundation of choice and openness that has expanded billions of consumers' access to information and created untold opportunities for companies of all sizes to build and scale global businesses.

It isn't easy to build and develop platforms that do so much for the world. We're in 190 countries, on 2-3 billion devices, supporting over a million developers. That's in partnership with X mobile carriers, X payments platforms, and 13,000 OEMs to bring Android and Google Play to life for users around the world. And we scan 100 billion apps each day to keep users safe from malware and other abuse.

There's an important public policy debate unfolding around the world about the role of mobile app stores. These are the principles that drive our development of Android and Google Play, and that we hope can contribute to policymaking in this space.

Google

| Id | Date | Text |
|----|------|------|
| 1 | 08/04/2021 18:17:52 | if you like you could add our most recent public statement about lifetime payouts to developers: >$120B |
| 1 | 08/04/2021 18:17:52 | Good idea, Christian. We'll add that to the next revision. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Privileged Confidential

## Positioning Paper - six simple principles

1.       **We believe that mobile platforms generate value that is worth paying for.**

It's no small undertaking to build and evolve a global platform serving billions of consumers and millions of companies of all sizes. That's value worth paying for.

2.       **We believe in an open mobile platform whose financial success is aligned with that of our developers and users.**

Others sustain their platforms by charging high licensing fees or selling expensive devices. We're different. Android is an open platform and we make our services available for free, recouping our costs in part through the Google Play service fee when a developer completes a sale of digital content. We don't succeed unless others succeed.

3.       **We believe consumers should be able to choose where to find and buy great apps and games.**

Mobile platforms should let consumers get their apps and games directly from developers or through app stores. Platforms should let multiple app stores compete for consumers' business. Operating systems should keep users safe, but shouldn't interfere with consumer choice.

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Principals Confidential

## Positioning Paper – six simple principles

**4.        We believe developers should be able to choose how to distribute and sell their products and services.**

Mobile platforms should support options for developers to reach their audience -- distributing directly to consumers or via an app store. Developers should be able to choose among multiple app stores that compete for developers' business. [TBD -- And developers should be able to choose how to sell content in their apps.]

**5.        We believe mobile platforms should create a fair playing field.**

Mobile platforms shouldn't use app developers' data to unfairly compete. They shouldn't unfairly preference their products over those of other developers. And mobile platforms should be clear about the rules of the road, with clear guidelines for developers that are enforced consistently with clear means of redress and appeal.

**6.        We believe mobile platforms have a responsibility to keep consumers safe.**

Consumers count on mobile platforms to keep them safe. That means investing in protections against malware, unauthorized data access, harmful and illegal content, and payments abuse and other fraud. Mobile platforms should demand that app developers meet consumer expectations by upholding high standards of consumer safety.

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Privileged + Confidential

Platform and software.

Principles for ensuring platforms are successful - safe and secure for users and innovation for developers while also enabling platform makers to run a business.
These have been framed as opposing forces -- we don't believe they need to be.

Software distribution should be open, and safe.
* No one should have a lock on distributing software.
* Allow multiple stores
* Allow users to load directly.
* Must be done safely for consumers.
* Side loading can be dangerous. Platforms should provide safety services and warn users. All modern OSes do this
* Running a store and keeping it safe isn't easy. As an example the epic installer bypasses the platforms runtime permissions for apps installed. This isn't right. There
need to be a set of rules those who want to install software follow.

Developers should be able to talk with their customers and have a direct relationship.
* Communication in app and out of app is fine.
* Allow billing choice. Some already have a relationship
* But all this needs to be done safely. Platforms need to be able to provide users services like parental controls. And when consumers earn loyalty points or buy a gift
card they need to know where and how they can use those instruments.

The Playing field should be fair.

Platforms can be run as a business.
* We give android away for free.
* We do not charge for the licensing of our apps.
* We don't make money on the sale of the device via a software license (like windows) or via the device price itself.
* In fact, we share revenue with carriers and oems who build networks and devices.
* Our model is well aligned with our partners.
* We can reduce the bill costs from our fee if a partner wants to process their own payments.

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-007819094



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Privileged • Confidential

## Communication Plan - Timeline required for Global Announcement before Korea Law Passes

- **August 9 (internal):** Go/No Go to lean in on Billing Optionality before KR Bill passes
- **Week of 8/16:** Global blog post (Android/Play Choice/openness, Intent/future plans)
- **Aug 17-27:** Time frame for Bill to pass
  - ○ 8/17: Earliest day law could pass
  - ○ 8/23: Expected day to pass (assumed for rest of schedule)
- **August 23-27:** Google team requests clarity on new law
- **Sept 1 - Sept 15:** Law will go into effect
- **TBC:** Ongoing Comms
  - ○ Details on new model
  - ○ GAPP strategy

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Id | Date | Text |
|----|------|------|
| 2 | 08/03/2021 14:55:45 | @kghanem@google.com  @jacksondan@google.com <br><br> Per convos today, dropped in a proposed high level timeline for the 'preferred' global approach, focused on KR timeline. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Kara*
*Dimensions of pricing . . .*



*Kara*
*Dimensions of pricing . . .*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Id | Date | Text |
|----|------|------|
| 3 | 08/03/2021 15:26:14 | @kghanem@google.com @jacksondan@google.com @ericafox@google.com @gavinbaird@google.com   *Privileged + Confidential*<br><br>Per discussion yesterday, attempt to summarize different comm approaches considered to date. Surfaces back up plan (reactive statement) if we don't have clear path on billing optionality. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





*Risks of this approach:*
*Lost opportunity to test & learn in KR first*
*Legislative/regulatory agitation may shift to mechanic for optionality and price (no solve on price for games)*
*Game developers de-integrate*

GOOG-PLAY-007819102



*Risks of this approach:*
*Lost opportunity to test & learn in KR first*
*Legislative/regulatory agitation may shift to mechanic for optionality and price (no solve on price for games)*
*Game developers de-integrate*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Id | Date | Text | |
|----|------|------|---|
| 4 | 08/02/2021 17:52:36 | Verify slide reference / add in link. | Privileged- Confidential |
| 5 | 08/02/2021 21:39:25 | @pfeng@google.com<br>This may be simpler and clearer given Tian's feedback? | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819104



*Risks of this approach:*
*Lost opportunity to test & learn in KR first*
*Legislative/regulatory agitation may shift to mechanic for optionality and price (no solve on price for games)*
*Game developers de-integrate*

GOOG-PLAY-007819105

| Id | Date | Text |
|---|---|---|
| 6 | 08/03/2021 18:14:46 | @pfeng@google.com<br>I don't think we should lead with this given yesterday's feedback. I think we should have as a summary at the end or leave out for now. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Kara*
*Dimensions of pricing . . .*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Id | Date | Text |
|----|------|------|
| 1 | 08/03/2021 19:54:15 | note that this is true of consoles and mobile gaming platforms. PC has variance |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Redacted - Privilege**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819110

# Redacted - Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Kara*
*Dimensions of pricing . . .*

| Id | Date | Text | |
|----|------|------|---|
| 7 | 08/01/2021 18:49:14 | Consider whether we want to add in dev risk vs Play risk | Privileged-Confidential |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819114

Trust and Safety: Managing users expectations . . .

Draft WIP: Discussion only

Include something (visuals?) on warnings in the store?

Google

*Kara*
*Dimensions of pricing . . .*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819115

| Id | Date | Text | |
|----|------|------|---|
| 8 | 08/01/2021 18:49:55 | Not sure we need this for Tuesday. | Privileged & Confidential |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819116



*Kara*
*Dimensions of pricing . . .*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819117

| Id | Date | Text |
|----|------|------|
| 3 | 08/02/2021 20:23:18 | @mloew@google.com - could use your help (+maybe gUP, legal, etc) to define qualifications for who can get access to 3P billing. Should be able to require some level of customer service, user trust, etc. |
| 9 | 08/02/2021 20:23:18 | https://docs.microsoft.com/en-us/windows/uwp/publish/store-policies#108-financial-transactions<br><br>Microsoft requirements fyi. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Kara*
*Considering three new programs to address different segment challenges.*
*Subscriptions at 15% from the first purchase. Most straightforward extension of*
*existing subs policy. A more scaled way to address the affordability and value*
*concerns of the likes of devs such as Match. Risk is contagion to IAP. Cost at* ▮▮▮
▮▮▮▮ *assuming some behaviour changes in games* ▮▮▮ *apps;* ▮▮▮ *games)*
*Content Creator program. Suited to growing segment of 'platform' apps such as*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *who have a large creator platform and*
*share the a significant proportion of their sales with creators (usually published rates).*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
*India program a one-off tailored to current IN market conditions as a short term*
*'boost', providing investment for market development.*
*Still working through full details, including costing.*
*---*

*Potential gives and gets with all these programs.*

*Other potential programs: Better Togethers, Cloud credits / GVP scaled*

*Costs:*
*Content creator:* ▮▮▮▮▮ *margin against existing GPB developers, excludes Roblox.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*See Slide 79: Creator Content Program*
*Subs @ 15% immediately: cost is $zzz for apps + $zzz for games for a total of $zzz.*
*Assumes that subscription and IAP spend are unaffected by the new pricing.*

*Notes on figures:*
*Subs revenue growth of 45% is the 2 yr CAGR ending in Q2 2021.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*Kara*
*Considering three new programs to address different segment challenges.*
*Subscriptions at 15% from the first purchase. Most straightforward extension of existing subs policy. A more scaled way to address the affordability and value concerns of the likes of devs such as Match. Risk is contagion to IAP. Cost at ████████ ███████ assuming some behaviour changes in games ███████ apps, ██████ games) Content Creator program. Suited to growing segment of 'platform' apps such as ██████████████████████████████ who have a large creator platform and share the a significant proportion of their sales with creators (usually published rates).*

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

*India program a one-off tailored to current IN market conditions as a short term 'boost', providing investment for market development.*
*Still working through full details, including costing.*
*---*

*Potential gives and gets with all these programs.*

*Other potential programs: Better Togethers, Cloud credits / GVP scaled*

*Costs:*
*Content creator: ██████ margin against existing GPB developers, excludes Roblox.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*See Slide 79: Creator Content Program*
*Subs @ 15% immediately: cost is $zzz for apps + $zzz for games for a total of $zzz.*
*Assumes that subscription and IAP spend are unaffected by the new pricing.*

*Notes on figures:*
*Subs revenue growth of 45% is the 2 yr CAGR ending in Q2 2021.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Key Developers benefitting from Subs Pricing

Draft WIP: Discussion only

| | | Today | | | Tomorrow |
|---|---|---|---|---|---|
| | GPB | Fee | Sentiment | Subs | Fee |
| Match | No | 28% + AVP | Agitate | Majority | ~18% (blended IAP) |
| █████ | No | 30% | Agitate | ? | 15% |
| █████ | Yes | ████████████ | | 100% | 15% |
| █████ | | | | | 15% |
| █████ | | | | | 15% |
| █████ | | | | | 15% |
| █████ | | | | | 15% |
| █████ | Yes | 30% | | 100% | 15% |
| █████ | Yes | | | | 15% |
| █████ | Yes | | | | 15% |

Google

GOOG-PLAY-007819125

Privileged · Confidential

## Key Developers Benefitting from Content Creator Program

Draft WIP: Discussion only

| | | Today | | | Tomorrow |
|---|---|---|---|---|---|
| | GPB | Fee | Sentiment | Creator (share) | Fee |
| Bandcamp | No | 30% | Expressed Concerns | Y (85%) | |
| | Yes | 30% + GVP | Compliant + concerns | Y (30%) | 21% |
| Bandcamp | No | 30% | ? | Y (85%) | |
| | No | 30% | Expressed Concerns | Y (85%) | |
| | No | 30% | Willing. Fairness Concerns for UGC | Y (40%) | 18% |
| | No | 30% | Fairness Concerns for UGC | Y (40%) | 18% |
| | No | 15% (BCAP) | Agitate | Y (50-70%) | 12% |

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Privileged & Confidential

## Key Media Developers benefitting from alternative service fee

**Draft WIP: Discussion only**

| | Today | | | | Tomorrow |
|---|---|---|---|---|---|
| | GPB | Fee | Sentiment | Creator (share) | Fee |
| | No | 15% (ADAP) | Agitate | Y (70%) | |
| | No | 15% (ADAP) | ? | Y (70%) | |
| | No | 15% (BCAP) | ? | Y (70%) | |
| | No | 15% (BCAP) | Agitate | Y (50-70%) | |
| | No | 15% (ADAP) | Agitate | Y (85%) | |
| | No | 15% (ADAP) | Agitate | Y (85%) | |

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Privileged Confidential

# Evaluating pricing options to achieve different objectives

| | | |
|---|---|---|
| **Objective** | • Solve for subs biz model consistently; broad base agitation in an operationally effective way<br>• Differentiate from Apple<br>• Benefit from the PR narrative | • Solve for dev agitation in select categories conditionally (based on gives/gets)<br>• Incentivize x-platform integrations |
| **Solution** | Revise Subs service fee to 15%<br>&<br>Continue the current accelerators | Expand accelerators to more categories (*Health & Fitness, Dating etc*) with a service fee of 15% |
| **Beneficiaries** | All devs with a subs biz model, including those with IAP / subs hybrid model | Devs in select categories, regardless of biz model |
| **Risks / Cons** | • Undermines the accelerator programs and the x-platform integration incentives<br>• Benefits extend to game devs on a subs biz model | • No significant PR gains from the accelerator programs?<br>• Varying degrees of gets/integrations required for the same benefit<br>• Dev agitation span many app categories<br>• Agnostic to the business model and benefits all devs in the accelerator categories<br>• Does not create meaningful acknowledgement and differentiation from Apple |
| **Mitigation** | • Current media accelerators incrementally benefit the IAP Apps/SKUs in the desired verticals<br>• Shift accelerator incentives from service fee to other instruments (eg annual payout, discovery) | • Messaging is critical - need to land the 'not a one size fits all approach' |
| **Margin Impact** | | |

Google

GOOG-PLAY-007819128

| Id | Date | Text |
|----|------|------|
| 5 | 08/03/2021 16:16:20 | KB FB:  This could also be considered a pro, having  consistency  across the platform. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819129



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007819130



GOOG-PLAY-007819131



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY