# EXHIBIT 13
# PUBLIC REDACTED VERSION



**Draft WIP: Discussion only**

**Privileged & Confidential**

STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Everest - Ramp up doc

**Working document**

**DRAFT for discussion (WIP)**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-007868187



Draft WIP: Discussion only
To be updated
Work Plan & Timeline
Beginning
Middle
End
Map the universe
Hiroshi Check in
Review 'reco' with Leads & Sameer
Hiroshi Review
Recommended business model approach
Ideate scenarios & ecosystem response
Converge & finalize recommendation
Principles
Evaluation framework
Solution space
Ongoing during ideation phase:
Weekly Play leads check in
TBC Sameer Check in (Bi-weekly?)
Basecamp Team
workgroups
1 week cycle
5 weeks total
Evaluate scenarios & responses
Pros/cons
Short term & Long term reactions
Financial impacts
Impact assessment on existing programs / pressures
Risks
1 or 2 candidates
Operationalization
Finalize Financial Modeling
Launch Approach & Timeline
Market specific considerations
Detailed GAPP & Legal Reviews
Google

# Play Business Model Principles

Draft WIP: Discussion only

Proprietary+Confidential

**Evaluation metrics**

| | | |
|---|---|---|
| **USERS** | 1. **Maximize value created for users.** Everything we can do to reduce friction, increase trust and grow the overall pie created on our Platform is the <u>unquestioned #1 priority</u>. | Active users/buyers, usage/purchases |
| **DEVELOPERS** | 2. **Devs pay equitably for what the receive.** We need to align our business model around what delivers value for developers, and even charge dynamically for that value. Also we need to ensure we don't have free riders. | # of devs adopting, DSAT |
| **GOOGLE** | 3. **Users & Devs benefit when Play has a commercial interest.** Play has invested in and enabled digital content growth over the past 12 years.  We should be aiming to expand areas of commercial growth. | Absolute margin contribution |

Is there a 4th one on regulatory?

Google

Notes:

Proprietary + Confidential

# The world has changed since Play's business model was set

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007868190



https://www.slideshare.net/DataReportal/digital-2021-april-global-statshot-report-v01

https://docs.google.com/presentation/d/1klERinZR9W7MeoqiXXazWbaf6gqC-DQapzxQz589mno/edit#slide=id.ga04164a408_0_5651

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Draft/ Preliminary

Google Play

# Mobile games were fun...
# Now they mean business!

In the past 10 years, Mobile has become the largest form factor for digital Gaming, now account for over 50% of sales.

This trend is expected to continue

Google

Confidential + Proprietary

Financial Time/Pelham Smithers

Draft/ Preliminary                                                          Google Play

## To date, macro trends have favored Play. Future looks different

| Macro trends | From | To | Risks to Google Play |
|---|---|---|---|
| Digitalization of everything | Digital gaining share over physical | Digitalization of access to physical | Loss of scale as digital only marginalized (e.g. Uber 2x Play's GMV, Amazon 5x) |
| Everyone is connected | Mobile first | Multi-screen and seamless | Loss of higher value users to iOS (or other more integrated players) |
| Successful developers... | ...are small and growing user base | ...are large and optimizing share of wallet | Fewer symbiotic relationships Super Apps |
| Globalization | Scale and productivity | Value transfer / sovereignty concerns | Regulatory |

Google

**COVID-19 crisis acting as accelerator**

Confidential • Proprietary

Other resources:
go/hello

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007868193





Liability and value, consume and sold on platform so platform value is really high, we create the market. Most of the value deliver occurs outside after we make the connection (role of platform is limited)

Value and consumer protection

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Draft WIP: Discussion only**

# Why only digital goods? (public talking points)

**Play Billing is an integral part of Play:**
- We require Play Billing for Digital Goods because it's good for users.
  - To enable an easy, trusted, secure user experience for Play users
  - To enable active & friction-free participation in Play marketing & promotional campaigns
  - Users expect us to ensure safe digital transactions.
- Play Billing is good for developers.
  - We don't make money unless they do
  - Developers can easily make their products available to ~2B+ users globally, benefiting from Play's long-term investment in monetization features - including FOPs like DCB and gift cards
  - We invest in a whole slew of monetization features like, Play Points, pre-reg, marketing and promotional programs, which we make available.
  - Helps fund the entire ecosystem - Play, Android, Partners

**We treat digital goods differently:**
- Android & Google Play's mobile ecosystem investment has **given rise to entirely new** digital-only businesses
  - We are **uniquely able** and **expected** to ensure a safe, secure & trusted environment **when the entirety of a user's purchase and use of that purchase** happens on their **Android phone**
  - We invest to enable **many features uniquely catering** to these apps (e.g., subscription platform, pre-reg/live-ops/games support, buyer programs, etc.)
- Non-digital apps contribute to our vibrant ecosystem delivering important information, value & services to users; they often invest via ads or other means into the Android enabled digital economy.

**Developer businesses are free to choose alternative models**
- Developers can charge their users outside of Play
- Developers can monetize via alternative means (eg. ads, other indirect monetization)

Google

**Draft WIP: Discussion only**

# More communication likely needed to address perception gap
Esp. value beyond billing & why digital goods are singled out



Android & Google Play [...] **gave rise to entirely new** digital-only businesses
[...] **infrastructure services** are **uniquely catering** to these apps (e.g., subscription platform, pre-reg / games support, buyer programs, etc.)
[...] **uniquely able** to ensure a safe, secure & trusted environment **when the entirety of their experience** happens on their **Android phone with Play Protect**

[...] businesses are **free to choose alternative** models
- [...] can charge their users outside of Play Protect
- [...] can choose alternative income streams (ads, other indirect monetization means)

Apps free to consumers, or not primarily enabled by digital experiences on mobile, contribute to our vibrant ecosystem by delivering incredible user value and invest via ads or other means into the Android enabled digital economy.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## More communication likely needed to address perception gap
### Esp. value beyond billing & why digital goods are singled out

*Should we start charging ads-support apps?*
*Should we start charging for specific deliverables?*
*What about distribution and discovery value?*

*Should we expand and publicize LDAP, ADAP, etc.?*
*How much choice is afforded by our policies?*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Draft WIP: Discussion only

# Need to move carefully to maximize probability of success

**Types of actions possible**

Behind the scene work (e.g. Spotify, ...)
- Does it prepare us well in case our hand is forced?

Informing public narrative (e.g. value beyond billing)
- Are we increasing or decreasing our options?
- Are we positively affecting public perception or "stirring the pot"?

Business model change (e.g. Runway, Billing optionality...)
- Too much too early vs. too little too late

**Success = a thriving ecosystem**

- Android app ecosystem is a safe and trusted place for users

- Quality developers (of any size) can thrive and innovate

- Overall pie is largest it can be and Google is adequately compensated for stewardship

- (Marginally) lower pressure for adversarial regulation

Google

What should we do that prepares us best yet doesn't accelerate the expected outcome we foresee

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007868199



GOOG-PLAY-007868200

Draft WIP: Discussion only

# What's working well?

**Developers**
- Low barrier to entry and easy access to large user base
- Play's role is acknowledged in creating audiences for new freemium apps and games
- Play's investment in games (and digital content monetization)
- Accelerators that are margin aware

**Users**
- Frictionless discovery and download for freemium apps and games
- User trusted source of apps & games
- Frictionless payment and user protection on Google Play Billing transactions

**Google**
- Financially sustainable business and ability to invest in the platform

Google

Games
Newer Freemium Games
Apps
Digital only freemium
Margin aware accelerators
Non-monetizing apps
Strategy
Play Margins

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007868201

## Play Business Model Reg/Leg pressure varies across markets

Draft WIP: Discussion only

| Market | Sources | Principle(s) seeing pressure |
|--------|---------|------------------------------|
| EU | Digital Market Act (DMA) draft | **Offer meaningful choices for developers.** Alleged tying of core services (GPB) <br> **1P / 3P:** Self-preferencing 1P apps. |
| India | CCI investigation pending | **Service fees align with value:** Concerns that 30% is not sustainable for large or small developers |
| Korea | Draft law that would ban exclusive billing; KFTC and KCC investigations pending | **Enable innovation via small businesses / startups:** Concern about small devs threatening 30% level and pricing fairness for consumers <br> **Offer meaningful choices for developers.** Play Billing requirement |
| Russia | RU FAS investigation pending | **Service fees align with value:** Legislation considered to cap app store commissions at 15% |
| UK | Epic case against Google | **Offer meaningful choices for developers.** Epic's 'Dominance competition claim' |
| US | Concerns from some state attorney generals, multiple developer & consumer class actions and Epic litigation | **Offer meaningful choices for developers.** Play Billing requirement <br> **1P / 3P:** 1st Party Preferencing. <br> **Service fees align with value:** Questions around 30% rev share |
| AU | ACCC app store market inquiry into potential competition and consumer issues | **1P / 3P:** 1st Party Preferencing <br> **Service fees align with value:** Concerns on effect of fee structure on innovation |
| JP | JP P2B law could require payments policy justification & likely additional scrutiny | **Offer meaningful choices for developers.** Play Billing requirement <br> **1P / 3P:** 1st Party Preferencing |

Google

All regulatory activity preceded by developer agitation.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Key challenges to focus on ...

A/C Privileged & Confidential

| Principle(s) seeing pressure | Challenges to focus on |
|---|---|
| **1P / 3P:**<br>● Self-preferencing 1P apps. | ● Ensure 1Ps (inc. YT) on GPB, consistent treatment |
| **Enable innovation via small businesses / startups:**<br>● Concern about small devs threatening 30% level and pricing fairness for consumers | ● Runway |
| **Pricing / Value:**<br>● Concerns that 30% is not sustainable for large or small developers | ● Small / Med Devs - Runway<br>● Large Devs - Partially Solved (GVP/AVP)<br>● Apps / Low margin verticals - Partially solved<br>● Emerging markets - Partially Solved (Runway) |
| **Offer meaningful choices for developers.**<br>● Alleged tying of core services (GPB)<br>● Epic's 'Dominance competition claim', Coalition complaints | ● Apps / Multiplatform - Unsolved<br>● Large Devs - TBD |
| **Equitable:**<br>● We only charge for digital goods | ● GPB vs. Non-GPB  - Unsolved |
| **Future Strategy** | ● Daily Destination |

▶ Google Play

GOOG-PLAY-007868203



https://docs.google.com/presentation/d/1PkOwirGnZ8s2Y4C6eLyglMtCIykoLCQ0LBb9IqXl2z4/edit?ts=60c23f5c#slide=id.gdc062801df_0_4

GOOG-PLAY-007868204





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-007868207



https://docs.google.com/spreadsheets/d/17teuoQXYQw-akGvJ8CyZrwiwznAsDrsz3VObs7MvxTA/edit#gid=0

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-007868209



Draft WIP: Discussion only

# Our developer base is also diverse

## Comparison across attributes

| | | Apps | | |
|---|---|---|---|---|
| **Attributes/ Reasoning** | **Games** | Digital Pure Play (e.g., social/comms) | Hybrid/Media | Physical |
| High margin | ~80% to 90% | ~50% to 90% | ~25% to 40% | ~15% to 50% |
| Purely Digital vs. Physical | D | D | D/P | P |
| Friction-free user consumption | ✓ | ✓ | | |
| Utilizes more Play services | LiveOps, Pre-registration, Play Games Services | Subscription platform | | |
| Monetization | IAP/Subs/Ads | | | |

Google

Match, why does 1 charge 30%

Match vs. Uber

What about x-selling (e.g., Games start selling physical goods)

Education of Gaming industry

Have surface

What about Apps? Some apps look like games



https://docs.google.com/spreadsheets/d/1UB-WiV1MtwxhvBgytoKin04s8jsHBouYkYETTF8tw2c/edit?resourcekey=0-nevcFAY0AfT-2wQrf1ZsPg#gid=725603953

we ran a simple scenario where we take into account fundamental economics, give choice/make it opt in, and everyone wins in the status quo... that's what it looks like

GOOG-PLAY-007868211



## Both platforms participate in the mobile app ecosystem; differences though merit different charging models



Users pay
(for the connection)                    Users pay

Users pay                    Users pay

**vs.**

Users pay
(for the ride)                    Drivers get paid

Sells to mobile customers

Selling something inherently digital/
High margin

Sells to mobile customers

Selling something inherently physical/
Low margin

Draft WIP: Discussion only



Match, why does 1 charge 30%

Match vs. Uber

What about x-selling (e.g., Games start selling physical goods)

Education of Gaming industry

Have surface

What about Apps? Some apps look like games

https://docs.google.com/presentation/d/1CDXXSHU1LVYejysqYcsj_WfxkLbXsGSZ509tDF7udbs/edit?ts=60a5f7ec#slide=id.gd9f1e6464c_0_267



this shows the landscape we play in and that we have a lot of potential growth. doug would love me to point out...

Global Games Industry estimated to be $170B in 2020 (all platforms, incl CN). Apps spending estimated to be $50-$60B from Sensor Tower estimates (source)

Industry Comps:
Cloud Services - The worldwide public cloud services market is forecast to grow 6.3% in 2020 to total $257.9 billion, up from $242.7 billion in 2019, according to Gartner, Inc. - Expected to grow to $364B by 2022, 15% CAGR
Digital Advertising - Expected to grow from $330B to $500B by 2024, 12% CAGR (source: eMarketer forecast)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Antoine to add source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007868216

## Costco's model

Membership fees represent 3/4 of Costco's profits

90M+ paying members (compulsory)

First priority is to get members to renew which means impressing them with excellent value

Self imposed rule: no item can be marked up more than 15%.

On average, they mark up 11% (vs. Walmart 24%, Target 35%)

4,000 SKUs per store (vs. Walmart superstore up to 130,000)

Kirkland Signature accounts for a quarter of its own sales

Membership fees sel selects affluent audience

Sources in speaker notes

Why CostCo is the anti Amazon
https://thehustle.co/costco-membership-economics/
https://www.businessinsider.com/costco-better-than-amazon-why-2019-3
https://www.forbes.com/sites/panosmourdoukoutas/2019/07/27/costco-beats-amazon-and-walmart/#3ca53ff74db0
https://www.fool.com/investing/2019/05/13/should-amazon-be-worried-about-costco.aspx
https://www.fool.com/investing/2016/12/08/costco-the-anti-amazon-keeps-on-growing.aspx
https://edition.cnn.com/2018/09/14/business/costco-warehouse-kirkland-signature-amazon-retail/index.html
https://www.foxbusiness.com/markets/costco-the-anti-amazon-keeps-on-growing
https://www.supermarketnews.com/online-retail/paying-play-costco-and-amazon
https://www.cnbc.com/2019/03/11/cramers-grocery-list-buy-amazon-and-costco-sell-kroger.html
https://www.costco.com/about.html
https://www.nytimes.com/2005/07/17/business/yourmoney/how-costco-became-the-antiwalmart.html
https://www.scribd.com/article/333080431/The-Magic-In-The-Warehouse
http://investor.costco.com/static-files/05c62fe6-6c09-4e16-8d8b-5e456e5a0f7e
https://www.wsj.com/articles/how-kirkland-signature-became-one-of-costcos-biggest-success-stories-1505041202
https://www.fool.com/investing/2019/05/13/should-amazon-be-worried-about-costco.aspx
https://www.fool.com/investing/2016/12/08/costco-the-anti-amazon-keeps-on-growing.aspx
https://www.investopedia.com/stock-analysis/040915/3-reasons-costco-great-company-cost.aspx
https://www.dropbox.com/s/7hohqj3rl2uv43p/COSTCO%20Deck.pdf?dl=0
Costco gas photo by Mike Mozart https://www.flickr.com/photos/jeepersmedia/15948832920 using
https://creativecommons.org/licenses/by/2.0/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Draft WIP: Discussion only

# Possible segmentation of our business

2

| | Games | Digital Pure Play | Media / Hybrid | Physical / Retail | Non-Monetizing |
|---|---|---|---|---|---|
| Platform | OS w/ 2B+ users<br>App Distribution<br>App Discovery<br>Payments<br>User Trust / Security<br>Global Reach<br>SDKs, Game Engines*, etc | OS w/ 2B+ users<br>App Distribution<br>App Discovery<br>Payments<br>User Trust / Security<br>Global Reach<br>SDKs, Game Engines*, etc | Mobile Pure Play +<br>Musicians<br>Authors<br>Movie / TV Studios<br>Actors | Mobile Pure Play +<br>Manufacturing<br>Shipping / Logistics<br>Retail Stores<br>Consumables (Gas, etc) | Excluded from segmentation & billing model, if you don't even attempt to monetize via app.<br><br>Principle = We only make $ if you make $. |
| Categories | Games | Digital Tools (ie, photo editing)<br>Ads-based games<br>Social / Comms | Media<br>Music<br>Books<br>Dating?<br>Education? | e-Commerce<br>Retail brand extensions<br>Airlines<br>Ride Sharing | Government<br>.edu<br>banking? |

Google

Notes:
Appx cost of [redacted] n first year of program operation, assuming we start the "lifetime payout" meter one year before the program commences. Note this estimate does not yet include any changes to developer behavior as a result of the new pricing, which could be very significant. See summary of options slide for more comprehensive financial notes.

Draft WIP: Discussion only

## Pro/Cons of segmenting Games

| Pros | Cons |
|---|---|
| ● Games already treated separately (e.g., Games Home and Play Games App) from user's perspective<br>● Play has already invested in Games and built specific features (e.g., LiveOps, Pre-reg)<br>● Well established vertical with its own industry<br>● May lead to better user experience and protection<br>● Provides a degree of separation from pressures/agitation in Apps | ● Definition of Games is not straightforward (e.g., Roblox)<br>● May not be future-proof<br>● Adds complexity |

Google

Match, why does 1 charge 30%

Match vs. Uber

What about x-selling (e.g., Games start selling physical goods)

Education of Gaming industry

Have surface

What about Apps? Some apps look like games

Games already treated separately
User protection

So what?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007868220



Price
Tenured buyer discount
Regressive revshare
Product
Shift store from discovery to engagement/retention
15% back to user retention program
Optionality
Games package optionality (liveOps)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Price
Tenured buyer discount
Regressive revshare
Product
Shift store from discovery to engagement/retention
15% back to user retention program
Optionality
Games package optionality (liveOps)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Draft WIP: Discussion only

# Potential levels have varying degrees of impact

Lower                                                    Higher

Impact

**Close perception gap**

**Vary value exchange**

More engagement/
retention capabilities

GVP Enterprise

Tiered Revshare

**Billing optionality**

**Address free-rider**

Reduce organic discovery of
free-riders

Alternative charges

Google



Draft WIP: Discussion only

# Levers 1 & 2 analysis

**Develop more engagement/retention capabilities**

\+ Aligns with Google Play's long term strategy (Daily Destination)

\- Value may not be fully recognized or transparent
\- Utilization and value created not uniform across developers
\- Not really a business model change

**Make private programs (GVP) public (+ other offerings)**

Objective partnership criteria/guidelines
Scaled program operations

\+ Targets the games developers that are large, older and retaining buyers
\+ Proven to be a "better way to write a check"; Drives other businesses across Google
\+ Effective to-date. 20/21 (22?) devs signed.

\- Not all developers on board.
\- ROI could decrease if public due to less targeting & clearer rate cards.
\- Fairness concerns from the middle class
\- Large operational overhead. Deals negotiations and xPA alignment is a heavy lift
\- Could have competition concerns. Particularly if GCP grows

Google

Price
Tenured buyer discount
Regressive revshare
Product
Shift store from discovery to engagement/retention
15% back to user retention program
Optionality
Games package optionality (liveOps)



https://support.google.com/playdevops/answer/7676661?hl=en
60 day period starts whenever they initiate the subs, or the pause, or the cancel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007868225



Draft WIP: Discussion only

# Levers 5 & 6 analysis

**Reduce organic discovery of free-riders**

+ Reinforces that discovery value is not free
+ Allows promotion of other Game developers that do pay into the ecosystem
+ Boosts ads business

- Could create new agitation among ads-based developers that relied on organic discovery
- May promote 3P stores as impacted developers seek discovery elsewhere
- There isn't a clear separation between games that are ads-based vs. have in-app/subs *(mitigated w/ ASPPU threshold or ranking mechanism that credits revshare )*

**Alternative charges**

+ Likely most impactful in addressing core game issues **if coupled with rev share decrease**

- Risk of strong adverse reactions and impact

*Could explore further if Levers 1 to 4 are insufficient*

Google

Price
Tenured buyer discount
Regressive revshare
Product
Shift store from discovery to engagement/retention
15% back to user retention program
Optionality
Games package optionality (liveOps)

Potential levers have varying degrees of impact

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007868227



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Scenario with opt-in choice for physical goods apps



GOOG-PLAY-007868230



# Tenured Buyer Incentive Layout



# Tenured Buyer Incentive Layout: Sensitivities (Backup)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Tenured Buyer Incentive Layout: Sensitivities (Backup)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007868234



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Other benefits of Tenured Buyer Incentive

Draft WIP: Discussion only

Proprietary + Confidential

- **Breaks 30% in perpetuity narrative**
- Rewards developers engaging repeat buyers
  - ○ Encourages developers to partner with Android to create platform stickiness
  - ○ Discourages off-Play solutions; incentivizes consolidating spend on Play
- Potential overall spend uplift from increased buyer stickiness *(see next slide)*
- Differentiation if Apple does not match

Google

GOOG-PLAY-007868236



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-007868238



GOOG-PLAY-007868239



Draft WIP: Discussion only

# 3 cost components to assess total cost of handling payment processing

*Depends on the type of good/service sold and service level ambition*

Other costs (~1-2%)
(mostly customer support)

*What the next charts dive into* → Payment processing (x%)

Infrastructure cost (largely fixed) depending on the complexity of the billing operations

*Payment processing providers like Stripe differentiate their offering so that this cost is as limited as possible (e.g. a fraction of 1 headcount).*
*Companies like Spotify employ xx FTEs on this*
*Companies like Google employ xxx FTEs on this*

Google



Current blended market rates for payment processing have spread from lowest to highest (exc. DCB & GC)



## What a regionalized pricing of billing optionality would look like; (charged on the user market location)

Marginal cost transfer from payment processing



*An additional -X% if dev implements an expensive FOP like DCB?*

Priced at margin of payment processing cost, reflective of market differences observed today

Replacement value would add another 1 or 2 ppts.

Given limited financial arbitrage opportunity, would expect

- Candidates likely to be **small number** of **large multi-platform** developers
- Candidates more likely to already **have their own billing capability/platform**
- Option for developers looking to optimize end-to-end user flows / valuing end-to-end relationship with their users

Google

\* Note: India's cost of payment processing is comparable to developed Europe, but India would be awarded a cost transfer aligned to rest of BRIIM, effectively granting developers targeting India market an extra 2% margin transfer

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-007868242



## Billing optionality 'discount' would apply across various revshare agreements

Draft WIP: Discussion only

# Which developers would choose optionality – Early assessment

| Category | Dev name | $ at risk (annualized revenue) |
|---|---|---|
| Developers with access to FOPs not covered by Play | ? | |
| Large multi-platform devs running businesses with thin margins | Sling TV, Spotify | |
| Large multi-platform devs running high margin businesses | Tencent | |

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-007868245



