Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

JOINT WITNESS LIST
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al., v. Google LLC, et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT WITNESS LIST**<br><br>Judge:   Honorable James Donato<br><br>Date:        October 19, 2023<br>Time:        1:30 p.m.<br>Courtroom:  17 |

In accordance with Paragraph 14 of this Court's Standing Order for Civil Jury Trials, the Parties hereby submit this Joint Witness List.

Attached hereto as **Exhibit 1** is the Parties' tentative trial witness list, based on the assumption that only Epic and the Match Plaintiffs proceed to trial on November 6.

Attached hereto as **Exhibit 2** is the Parties' tentative trial witness list, based on the assumption that all four Plaintiffs (States, Consumers, Epic and the Match Plaintiffs) proceed to trial on November 6.

DATED: October 5, 2023         HUESTON HENNIGAN LLP

By:  /s/ *Douglas J. Dixon*
Douglas J. Dixon
Attorneys for Plaintiffs
Match Group, LLC, Humor Rainbow, Inc.,
PlentyofFish Media ULC, and People Media, Inc.

DATED: October 5, 2023         OFFICE OF THE UTAH ATTORNEY GENERAL

By:  /s/ *Brendan P. Glackin*
Brendan P. Glackin
*Attorneys for Plaintiff States*

DATED: October 5, 2023         BARTLIT BECK LLP

By:  /s/ *Karma M. Giulianelli*
Karma M. Giulianelli
*Co-Lead Counsel for Consumer Plaintiffs*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  October 5, 2023 | KAPLAN FOX & KILSHEIMER LLP |
| 3 | | |
| 4 | | By:  /s/ Hae Sung Nam |
| 5 | | Hae Sung Nam |
| 6 | | *Co-Lead Counsel for Consumer Plaintiffs* |
| 7 | DATED:  October 5, 2023 | CRAVATH, SWAINE & MOORE LLP |
| 8 | | |
| 9 | | By:  /s/ Gary A. Bornstein |
| 10 | | Gary A. Bornstein (*pro hac vice*) |
| 11 | | *Counsel for Plaintiff Epic Games, Inc.* |
| 12 | | |
| 13 | DATED:  October 5, 2023 | MUNGER, TOLLES & OLSON LLP |
| 14 | | |
| 15 | | By:  /s/ Glenn D. Pomerantz |
| 16 | | Glenn D. Pomerantz |
| 17 | | *Attorneys for Defendants Google LLC et al.* |
| 18 | | |
| 19 | DATED:  October 5, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 20 | | |
| 21 | | By:  /s/ Brian C. Rocca |
| 22 | | Brian C. Rocca |
| 23 | | *Attorneys for Defendants Google LLC et al.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**E-FILING ATTESTATION**

I, Bahadur S. Khan, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Bahadur S. Khan*
Bahadur S. Khan