| | |
|---|---|
| Douglas J. Dixon (SBN 275389) | Karma M. Giulianelli (SBN 184175) |
| ddixon@hueston.com | karma.giulianelli@bartlitbeck.com |
| **HUESTON HENNIGAN LLP** | **BARTLIT BECK LLP** |
| 620 Newport Center Drive, Suite 1300 | 1801 Wewetta St., Suite 1200 |
| Newport Beach, CA 92660 | Denver, CO 80202 |
| Telephone: (949) 229-8640 | Telephone: (303) 592-3100 |

*Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Co-Lead Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

*Counsel for the Plaintiff States*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Plaintiff Epic Games, Inc.*

*Counsel for Defendants Google LLC et al.*

JOINT TRIAL EXHIBIT LISTS
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al., v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT TRIAL EXHIBIT LISTS**<br><br>Judge:  Honorable James Donato<br><br>Date:        October 19, 2023<br>Time:        1:30 p.m.<br>Courtroom:  17 |

Pursuant to the Court's Standing Order for Civil Jury Trials and stipulations set out in the Joint Pretrial Statement concurrently filed herewith, the parties respectfully submit the following Joint Trial Exhibit Lists, attached hereto as Exhibit A and Exhibit B.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 5, 2023 | HUESTON HENNIGAN LLP |
| 3 | | |
| 4 | | By: /s/ Douglas J. Dixon |
| 5 | | Douglas J. Dixon<br>Counsel for Plaintiffs |
| 6 | | Match Group, LLC, Humor Rainbow, Inc.,<br>PlentyofFish Media ULC, and People Media, Inc. |
| 7 | | |
| 8 | | |
| 9 | DATED: October 5, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL |
| 10 | | |
| 11 | | By: /s/ Lauren M. Weinstein |
| 12 | | Brendan P. Glackin<br>Lauren M. Weinstein |
| 13 | | *Counsel for Plaintiff States* |
| 14 | | |
| 15 | DATED: October 5, 2023 | BARTLIT BECK LLP |
| 16 | | |
| 17 | | By: /s/ Karma M. Giulianelli |
| 18 | | Karma M. Giulianelli<br>*Co-Lead Counsel for Consumer Plaintiffs* |
| 19 | | |
| 20 | | |
| 21 | DATED: October 5, 2023 | KAPLAN FOX & KILSHEIMER LLP |
| 22 | | |
| 23 | | By: /s/ Hae Sung Nam |
| 24 | | Hae Sung Nam<br>*Co-Lead Counsel for Consumer Plaintiffs* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: October 5, 2023 | CRAVATH, SWAINE & MOORE LLP |
| | | By: /s/ Gary A. Bornstein |
| | | Gary A. Bornstein (*pro hac vice*) |
| | | *Counsel for Plaintiff Epic Games, Inc.* |
| 7 | DATED: October 5, 2023 | MUNGER, TOLLES & OLSON LLP |
| | | By: /s/ Glenn D. Pomerantz |
| | | Glenn D. Pomerantz |
| | | *Attorneys for Defendants Google LLC et al.* |
| 13 | DATED: October 5, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| | | By: /s/ Brian C. Rocca |
| | | Brian C. Rocca |
| | | *Attorneys for Defendants Google LLC et al.* |

**E-FILING ATTESTATION**

I, Brendan Benedict, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brendan Benedict*
Brendan Benedict