Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
Lauren M. Weinstein (*pro hac vice*)
bglackin@agutah.gov
lweinstein@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**PARTIES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5(f), the Parties submit this administrative motion to consider whether another party's material should be sealed in connection with the filing of the Parties' Joint List of Disputed Exhibits ("Disputed Exhibit List"). The excerpts at issue are extracted from documents that Activision Blizzard, Inc.; Amazon.com, Inc.; Apple Inc.; AT&T Inc.; Block, Inc.; Bright Market, LLC; Bumble, Inc.; Cyanogen Inc.; LG Corp.; LittleHoots, LLC; Meta Platforms, Inc.; Motorola Mobility LLC; Netflix, Inc.; NVIDIA Corporation; OCV, LLC; Paddle.com Inc.; PayPal, Inc.; Qualcomm Inc.; Roblox Corporation; Samsung Electronics America, Inc.; SlideME LLC; SoundCloud Global Limited & Co. KG; Spotify USA Inc.; T-Mobile; Tilting Point Media LLC; Unity Software Inc.; and Yoga Buddhi Co. have designated as "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the Stipulated Second Amended Supplemental Protective Order Governing Production of Protected Non-Party Materials. Case No. 21-md-02981-JD, ECF No. 248. The portions of the Disputed Exhibit List that the Parties seek to temporarily file under seal are listed below:

| Document | Corresponding Exhibit Numbers | Designating Party |
|---|---|---|
| Disputed Exhibit List | TEMP2804-TEMP2806 | Activision Blizzard, Inc. |
| Disputed Exhibit List | TEMP2807-TEMP2837 | Amazon.com, Inc. |
| Disputed Exhibit List | TEMP2838-TEMP2868 | Apple Inc. |
| Disputed Exhibit List | TEMP2869-TEMP2878 | AT&T Inc. |
| Disputed Exhibit List | TEMP2977-TEMP2980 | Block, Inc. |
| Disputed Exhibit List | TEMP2893 | Bright Market, LLC, dba FastSpring |
| Disputed Exhibit List | TEMP2879-TEMP2883 | Bumble, Inc. |
| Disputed Exhibit List | TEMP2884 | Cyanogen Inc. |
| Disputed Exhibit List | TEMP2900-TEMP2901 | LG Corp. |
| Disputed Exhibit List | TEMP2902 | LittleHoots, LLC |
| Disputed Exhibit List | TEMP2903-TEMP2931 | Meta Platforms, Inc. |
| Disputed Exhibit List | TEMP2932-TEMP2940 | Motorola Mobility LLC |
| Disputed Exhibit List | TEMP2941-TEMP2944 | Netflix, Inc. |
| Disputed Exhibit List | TEMP2945 | NVIDIA Corporation |
| Disputed Exhibit List | TEMP2946-TEMP2949 | OCV, LLC |

| Document | Corresponding Exhibit Numbers | Designating Party |
|---|---|---|
| Disputed Exhibit List | TEMP2951-TEMP2956 | Paddle.com Inc. |
| Disputed Exhibit List | TEMP2957-TEMP2958 | PayPal, Inc. |
| Disputed Exhibit List | TEMP2959 | Qualcomm Inc. |
| Disputed Exhibit List | TEMP2960 | Roblox Corporation |
| Disputed Exhibit List | TEMP2961-TEMP2962 | Samsung Electronics America, Inc. |
| Disputed Exhibit List | TEMP2963-TEMP2964 | SlideME LLC |
| Disputed Exhibit List | TEMP2965-TEMP2970 | SoundCloud Global Limited & Co. KG |
| Disputed Exhibit List | TEMP2971-TEMP2974 | Spotify USA Inc. |
| Disputed Exhibit List | TEMP2894-TEMP2898 | T-Mobile |
| Disputed Exhibit List | TEMP2981 | Tilting Point Media LLC |
| Disputed Exhibit List | TEMP2983 | Unity Software Inc. |
| Disputed Exhibit List | TEMP2885-TEMP2892 | Yoga Buddhi Co. |

The Parties reserve the right to oppose, under Rule 79-5(f)(4), any submission any non-party makes to support sealing under Rule 79-5(f)(3).

Dated: October 5, 2023

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*
  Michael J. Zaken *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: /s/ M. Brent Byars
  M. Brent Byars

  *Counsel for Plaintiff Epic Games, Inc.*

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By: */s/ Karma M. Giulianelli*
   Karma M. Giulianelli

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*


OFFICE OF THE UTAH ATTORNEY GENERAL
   Brendan P. Glackin
   Lauren M. Weinstein

Respectfully submitted,

By: */s/ Lauren M. Weinstein*
   Lauren M. Weinstein

*Counsel for the Plaintiff States*


HUESTON HENNIGAN LLP
   Douglas J. Dixon
   Christine Woodin
   Joseph A. Reiter

Respectfully submitted,

By: */s/ Douglas J. Dixon*
   Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*


MUNGER, TOLLES & OLSON LLP
   Glenn D. Pomerantz

Respectfully submitted,

By: */s/ Glenn D. Pomerantz*
    Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

MORGAN, LEWIS & BOCKIUS LLP
    Minna Lo Naranjo
    Brian C. Rocca

Respectfully submitted,

By: */s/ Minna Lo Naranjo*
    Minna Lo Naranjo

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Brendan Benedict, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brendan Benedict*
Brendan Benedict