1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4                                              ,          Case No. _____

5            Plaintiff(s),

6      v.                                                 **APPLICATION FOR ADMISSION OF**
                                                         **ATTORNEY PRO HAC VICE**
7                                              ,          (CIVIL LOCAL RULE 11-3)

8            Defendant(s).

9

10          I, _____, an active member in good standing of the bar of

11    _____, hereby respectfully apply for admission to practice pro hac

12    vice in the Northern District of California representing: _____ in the

13    above-entitled action. My local co-counsel in this case is _____, an

14    attorney who is a member of the bar of this Court in good standing and who maintains an office

15    within the State of California.  Local co-counsel's bar number is: _____.

16

17    _____          455 Golden Gate Ave., Ste. 11000
                                                  San Francisco, CA  94102
      M\ ADDRESS OF RECORD                        _____
18                                                LOCAL CO-COUNSEL'S ADDRESS OF RECORD

19    _____          _____
      MY TELEPHONE # OF RECORD                    LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20    _____          _____
      MY EMAIL ADDRESS OF RECORD                  LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22          I am an active member in good standing of a United States Court or of the highest court of

23    another State or the District of Columbia, as indicated above; my bar number is: _____.

24          A true and correct copy of a certificate of good standing or equivalent official document

25    from said bar is attached to this application.

26          I have been granted pro hac vice admission by the Court _____ times in the 12 months

27    preceding this application.

28

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _____     _____

5                                             APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                    _____

18                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California