# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

### RODNEY I. KIMURA

................................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawai'i,

do hereby certify that **Rodney I. Kimura** is an attorney and was admitted to practice

as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on

September 26, 1980. This attorney's current status is active and they are presently in

good standing.

DATED:       Honolulu, Hawai'i, October 18, 2023.

*Kristy T. Uemura*
................................................................
Clerk, Supreme Court of Hawai'i