United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4 _____ ,           Case No. _____

5            Plaintiff(s),

6       v.                                   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                                             (CIVIL LOCAL RULE 11-3)
7 _____ ,

8            Defendant(s).

9

10     I, _____, an active member in good standing of the bar of

11 _____, hereby respectfully apply for admission to practice pro hac

12 vice in the Northern District of California representing: _____ in the

13 above-entitled action. My local co-counsel in this case is _____, an

14 attorney who is a member of the bar of this Court in good standing and who maintains an office

15 within the State of California. Local co-counsel's bar number is: _____.

16

17 _____      _____
   MY ADDRESS OF RECORD                          LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18
19 _____      _____
   MY TELEPHONE # OF RECORD                      LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20
   _____      _____
   MY EMAIL ADDRESS OF RECORD                    LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21

22     I am an active member in good standing of a United States Court or of the highest court of

23 another State or the District of Columbia, as indicated above; my bar number is: _____.

24     A true and correct copy of a certificate of good standing or equivalent official document

25 from said bar is attached to this application.

26     I have been granted pro hac vice admission by the Court _____ times in the 12 months

27 preceding this application.

28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE