# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF WYOMING

---

I, Shawna Goetz, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

## Ryan T. Schelhaas

was, on the 8th day of September, 1999, duly admitted and licensed to practice as an attorney and counselor at law in all the courts of Wyoming; and is currently an active member of the Wyoming State Bar in good standing.



Given under my hand and the seal of said Court this 21st day of December, 2022.

Shawna Goetz, Clerk

*Laura Mickey*
by deputy