| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone.: (212) 687-1980 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Co-Lead Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation* | *Counsel for Defendants Google LLC et al.* |

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor,
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0620

*Counsel for the Plaintiff States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF EXECUTED SETTLEMENT AND STIPULATED [PROPOSED] ORDER REGARDING DATE FOR FILING MOTION TO GIVE NOTICE OF PROPOSED *PARENS PATRIAE* SETTLEMENT**<br><br>Judge: Hon. James Donato |

Plaintiffs in *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD ("States"), Plaintiffs in *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD ("Consumers"), and Defendants Alphabet Inc., Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), state as follows:

**RECITALS:**

1. On September 5, 2023, States, Consumers, and Google ("Settling Parties") notified the Court that they had reached an agreement in principle to settle this case. (MDL Dkt. 596.)
2. At the October 12, 2023 status conference, the Settling Parties notified the Court that the attorneys general in 53 jurisdictions had approved the settlement and a final executed copy was being prepared.
3. After the October 12, 2023 status conference, the Court entered an order directing the States "to file a notice once the settlement agreement has been executed in full, and the Court will set a date for the approval motion." (MDL Dkt. 677 at 1.) The Court also stated that it was "amenable to Google's request that the filing be deferred until the jury trial has concluded." (*Id.*)
4. The Settling Parties have now finalized their settlement and executed it in full, and are preparing to file a Motion to Give Notice of Proposed *Parens Patriae* Settlement in accordance with 15 U.S.C. § 15c(c).

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:**

1. The Settling Parties will file a Motion to Give Notice of Proposed *Parens Patriae* Settlement on December 8, 2023, or seven (7) calendar days after the jury renders its verdict in *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD, whichever is later. If the date for filing falls during the week of December 25, 2023, the Settling Parties

will file on January 5, 2024.

DATED: November 17, 2023

Respectfully submitted,

**BARTLIT BECK LLP**
Karma M. Giulianelli
**KAPLAN FOX & KILSHEIMER LLP**
Hae Sung Nam

By:     /s/ *Karma M. Giulianelli*
           Karma M. Giulianelli

*Co-Lead Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation*

**OFFICE OF THE UTAH ATTORNEY GENERAL**
Brendan P. Glackin

By:     /s/ *Brendan P. Glackin*
           Brendan P. Glackin

*Counsel for the Plaintiff States*

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Emily C. Curran-Huberty
Jonathan I. Kravis
Justin P. Raphael
Kyle W. Mach

By:     /s/ *Glenn D. Pomerantz*
           Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                                                              United States District Judge

**E-FILING ATTESTATION**

I, Brian Wang, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each signatory identified above has concurred in this filing.

/s/ Brian Wang
Brian Wang
