AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of Utah, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-05227 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Wisconsin                                                                                           .

Date: 12/8/23

s/Gwendolyn J. Cooley
*Attorney's signature*

Gwendolyn Cooley 1053856
*Printed name and bar number*

Wisconsin Department of Justice
17 W. Main Street, PO Box 7857
Madison, WI  53707
*Address*

cooleygj@doj.state.wi.us
*E-mail address*

(608) 261-5810
*Telephone number*

*FAX number*