

# Supreme Court
# State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

December 15, 2023

I hereby certify that Nathan Hovey, Esq., was admitted on the 8th day of October, 2021, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk