Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor,
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0620

*Counsel for the Plaintiff States*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-cv-05227-JD <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING STATES' SECOND AMENDED COMPLAINT** <br><br> Judge: Hon. James Donato |

Plaintiffs in *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD ("States") and Defendants Alphabet Inc., Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google") stipulate as follows:

**RECITALS:**

1.  On July 7, 2021, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, the District of Columbia, Florida, Idaho, Indiana, Iowa, Kentucky, Maryland, Massachusetts, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Oklahoma, Oregon, Rhode Island, South Dakota, Tennessee, Virginia, Vermont, Utah, Washington, and West Virginia filed a Complaint on behalf of themselves and as *parens patriae* on behalf of consumers in their respective states alleging that Google violated the federal Sherman Act and various state antitrust and consumer protection laws. Louisiana and Texas joined the action on November 1, 2021 when the Fist Amended Complaint was filed.

2.  On November 28, 2022, the Court certified a damages class of consumers in the 17 states and territories not represented by the States litigating in *State of Utah* et al. *v. Google LLC* et al., No. 3:21-cv-05227-JD ("Consumers"). The Court subsequently decertified the class on September 13, 2023.

3.  After the Court indicated it would decertify the class, Alabama, Georgia, Hawaii, Illinois, Kansas, Maine, Michigan, Ohio, Pennsylvania, Puerto Rico, South Carolina, the U.S. Virgin Islands, Wisconsin, and Wyoming decided to join the settlement agreement reached amongst the States, Consumers, and Google.

4.  All parties to the settlement agreement agreed that the States would seek Court approval to file a Second Amended Complaint bringing these additional states, commonwealths, and territories into *State of Utah* et al. *v. Google LLC* et al., No. 3:21-cv-05227-JD. The parties further agreed that the newly joining jurisdictions would add parallel federal claims and could add parallel state-law claims.

5. The only other amendments the Second Amended Complaint will make are to (i) update certain statutory citations as well as the names and contact information of the Attorneys General and attorneys representing the States in this action, and to (ii) remove confidential information included in the First Amended Complaint so that the Second Amended Complaint can be filed publicly. A copy of the States' proposed Second Amended Complaint is attached hereto as Exhibit 1. A redline reflecting changes from the First Amended Complaint is attached hereto as Exhibit 2.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:**

6. Within 14 days, The States will file a Second Amended Complaint that adds Alabama, Georgia, Hawaii, Illinois, Kansas, Maine, Michigan, Ohio, Pennsylvania, Puerto Rico, South Carolina, the U.S. Virgin Islands, Wisconsin, and Wyoming as additional plaintiffs in *State of Utah* et al. *v. Google LLC* et al., No. 3:21-cv-05227-JD.

7. The deadline for Google to answer the Second Amended Complaint is suspended.

DATED: December 18, 2023

Respectfully submitted,

**OFFICE OF THE UTAH ATTORNEY GENERAL**
Brendan P. Glackin

By: /s/ *Brendan P. Glackin*
Brendan P. Glackin

*Counsel for the Plaintiff States*

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz

By: /s/ *Glenn D. Pomerantz*
Glenn D. Pomerantz

*Counsel for Defendants Google LLC* et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge

| | |
|---|---|
| 1 | **E-FILING ATTESTATION** |
| 2 | I, Jessica V. Sutton, am the ECF User whose ID and password are being used to file this |
| 3 | document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified |
| 4 | above has concurred in this filing. |
| 5 | |
| 6 | */s/ Jessica V. Sutton* |
| 7 | Jessica V. Sutton |