1   Brendan P. Glackin (SBN 199643)
    Lauren M. Weinstein (*pro hac vice*)
2   bglackin@agutah.gov
    lweinstein@agutah.gov
3   **OFFICE OF THE UTAH**
    **ATTORNEY GENERAL**
4   160 E 300 S, 5th Floor,
    PO Box 140872
5   Salt Lake City, UT 84114-0872
    Telephone: (801) 366-0620
6
    *Counsel for the Plaintiff States*
7

8

9

10                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
11                      **SAN FRANCISCO DIVISION**

12

13  **IN RE GOOGLE PLAY STORE**          Case No. 3:21-cv-05227-JD
    **ANTITRUST LITIGATION**

14                                        **STATES' UNOPPOSED**
    THIS DOCUMENT RELATES TO:             **ADMINISTRATIVE MOTION FOR**
15                                        **LEAVE TO FILE BRIEF IN EXCESS**
    *State of Utah et al. v. Google LLC et al.,*   **OF PAGE LIMITS**
16  Case No. 3:21-cv-05227-JD

17

18

19

20

21

22

23

24

25

26

27

28

STATES' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF PAGE LIMITS

1    The Plaintiff States hereby move for leave to file a Memorandum of Points and Authorities

2  in Support of the States' Unopposed Motion to Give Notice of Proposed *Parens Patriae* Settlement

3  in excess of the Court's 15-page limit for most briefs.

4    Paragraph 18 of the Court's Standing Order for Civil Cases states: "Except for summary

5  judgment and class certification motions, opening and opposition briefs may not exceed 15 pages."

6  Under Northern District of California Civil Local Rule 7-11, a party may move for miscellaneous

7  administrative relief, including a motion "to exceed otherwise applicable page limitations."

8    Pursuant to Local Rule 7-11, the States request leave to file a 25-page Memorandum of Points

9  and Authorities. An expansion of the page limitation is necessary due to the complexities of

10  preliminary approval for a *parens patriae* settlement under the Clayton Act. The States have strived

11  to optimize and streamline the memorandum to be as concise as possible. Nevertheless, the analysis

12  entails too many elements to permit the filing of a 15-page memorandum.

13    No party opposes this administrative motion.

14                                    **CONCLUSION**

15    Accordingly, the States respectfully request that this Court enter an order permitting them to

16  exceed by ten pages the page limit for their Memorandum of Points and Authorities in Support of

17  the States' Unopposed Motion to Give Notice of Proposed *Parens Patriae* Settlement, thus changing

18  the maximum length of the brief from 15 pages to 25 pages (exclusive of exhibits, attachments,

19  declarations, table of contents, table of authorities, and e-filing attestation).

20

21  Dated:  December 18, 2023                  OFFICE OF THE UTAH ATTORNEY GENERAL
                                                  Brendan P. Glackin
22
                                               Respectfully submitted,
23
                                               By:    */s/Brendan P. Glackin*
24                                                     Brendan P. Glackin

25                                             *Counsel for the Plaintiff States*

26

27

28

STATES' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF PAGE LIMITS

1

**E-FILING ATTESTATION**

2

I, Jessica V. Sutton, am the ECF User whose ID and password are being used to file this

3

document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified

4

above has concurred in this filing.

5

6

*/s/ Jessica V. Sutton*
Jessica V. Sutton

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:21-cv-05227-JD
STATES' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF PAGE LIMITS