Brendan P. Glackin (SBN 199643)
Lauren M. Weinstein (*pro hac vice*)
bglackin@agutah.gov
lweinstein@agutah.gov
**OFFICE OF THE UTAH
ATTORNEY GENERAL**
160 E 300 S, 5th Floor,
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0620

*Counsel for the Plaintiff States*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-cv-05227-JD |
| THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | **[PROPOSED] ORDER GRANTING STATES' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS** |

On December 18, 2023, Plaintiff States filed their Unopposed Administrative Motion for Leave To File Brief in Excess of Page Limits. The States moved under Local Rule 7-11 to exceed the 15-page limit by ten pages, thus changing the maximum length of their Memorandum of Points and Authorities in Support of the States' Unopposed Motion to Give Notice of Proposed *Parens Patriae* Settlement to 25 pages (exclusive of exhibits, attachments, declarations, table of contents, table of authorities, and e-filing attestation).

Having considered Plaintiffs' Motion and the papers in support thereof, IT IS HEREBY ORDERED THAT States' Motion is GRANTED, and the States may file a 25-page Memorandum of Points and Authorities in Support of the States' Unopposed Motion to Give Notice of Proposed *Parens Patriae* Settlement.

Dated: _____     _____
United States District Judge