# EXHIBIT B

*In re Google Play Store Antitrust Litigation*

# Concurrent Expert Proceeding for Merits Experts: Presentation of Dr. Marc Rysman

August 1, 2023

# Consumer Welfare: Price Changes



# Consumer Welfare: Price & Variety Changes



# The Damages Seesaw



# The Damages Seesaw



# Dr. Rysman's Model

*Three Stages as in Dixit & Stiglitz*

### 1. Entry
- Free entry
  Church & Gandal (1993)
- App success is unknown
  Janßen et al. (2022)

### 2. Pricing
- Developers reduce price or
- Developers pocket savings, spurring entry
  Church & Gandal (1993)

### 3. Purchase
- Demand elasticity
  Ghose & Han (2014)
- Consumer allocates budget and gains surplus
  Dixit & Stiglitz (1977)

6

# Consumer Utility

**Solving the model of consumers making choices over apps**

**Consumers get utility:**

$$V(p, n) = \frac{y}{1 - t_B} \times \frac{n^{(\rho-1)}}{p}$$

$p$ – price of app transaction

$n$ – number of apps

$y$ – net consumer spending on apps/in-app content

$t_B$ – Google's discount rate (including Play Points)

$\rho$ – function of elasticity of substitution

  Ghose and Han (2014) paper and shown to be conservative using my regression analyses

$n$ and $p$ are determined by demand and costs. Solve for those following the literature.

# Calculating Damages for Intermediate Pass-Throughs Using The Model

**Solving the model of competition between apps and use the following formula to evaluate damages for intermediate pass-throughs:**

$$\Delta y = y \times \left[ \left[ \frac{p_1(1 - t_{B_1})}{p_2(1 - t_{B_2})} \right]^{\rho} \left[ \frac{(1 - \tau_2)p_2 - c}{(1 - \tau_1)p_1 - c} \right]^{\rho - 1} - 1 \right]$$

$\Delta y$ – damages

$y$ – net consumer spending on apps/in-app content

$\rho$ – function of elasticity of substitution

    Ghose and Han (2014) paper and shown to be conservative using my regression analyses

$\tau_1, t_{B_1}$ – Google's actual commission rate and price discount to consumers

$\tau_2, t_{B_2}$ – Google's but-for commission rate and price discount to consumers

$p_1, p_2$ – actual and but-for price. But-for price evaluated based on an assumed pass-through.

$c$ – developer marginal cost. Recovered using Lerner index.

8

# Damages Using 0% Pass-Through

## Damages for all U.S. Consumers, August 16, 2016 – May 31, 2022

| Model | Damages |
|---|---|
| Variety effects plus direct effects on price | 10,522,937,653 |
| Direct effects on price | 194,291,949 |
| Variety effects | 10,328,645,704 |

9

# Damages Using Dr. Leonard's 3% Pass-Through

**Damages for all U.S. Consumers, August 16, 2016 – May 31, 2022**

| Model | Damages |
|---|---|
| Total welfare effects | 10,665,941,568 |
| Direct effects on price | 386,664,379 |

10

# Damages Using Dr. Singer's 91.1% Pass-Through

**Damages for all U.S. Consumers, August 16, 2016 – May 31, 2022**

| Model | Damages |
|---|---|
| Total welfare effects | 13,011,922,462 |
| Direct effects on price | 6,930,171,698 |

11