# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*State of Utah et al. v Google LLC et al.,* Case No. 3:21-cv-05227-JD

## NOTICE OF STATE ATTORNEYS GENERAL SETTLEMENT

**ATTENTION:** CONSUMERS WHO MADE PAYMENTS THROUGH THE GOOGLE PLAY STORE

THIS IS A COURT-APPROVED NOTICE AND NOT A SOLICITATION FROM A LAWYER

**Please read this Notice carefully**. You are receiving this Notice because you may have paid for an app through the Google Play Store or paid for in-app content (including purchases in gaming apps, subscriptions, and ad-free versions of apps) through Google Play Billing between August 16, 2016, and September 30, 2023 (a "Qualifying Purchase"). For example, if you paid to download a game or made a purchase in an app downloaded from the Google Play Store, you may have **important rights** concerning the State Attorney General lawsuit described below.

A proposed settlement has been reached in a consumer protection and antitrust lawsuit brought by Attorneys General of all 50 States, the District of Columbia, Puerto Rico, and the Virgin Islands ("State Attorneys General") against Google (the "Action").

The State Attorneys General claim that consumers paid too much to Google for apps and for purchases made in apps downloaded from the Google Play Store because Google monopolized app distribution on certain Android devices and in-app billing services. The State Attorneys General also claim that by monopolizing app distribution, Google reduced consumers' choices in apps. The State Attorneys General also claim that Google made misrepresentations to the public concerning the risks of getting apps from sources other than the Google Play Store and Google's billing policies for apps. Google denies any wrongdoing and denies the allegations in the Complaint.

The State Attorneys General brought this lawsuit in their *parens patriae*[1*] capacity, on behalf of consumers who made Qualifying Purchases through Google Play Billing between August 16, 2016, and September 30, 2023, while living in any State, the District of Columbia, Puerto Rico, or the Virgin Islands.

As part of the settlement, a $630 million Settlement Fund will be established. The Fund will be used to pay consumers who made at least one Qualifying Purchase, as well as the costs of administering the Fund and attorneys' fees. Your share of the fund will be at least $2 and may be more based on how much you paid for apps through the Google Play Store or for in-app content through Google Play Billing between August 16, 2016, and September 30, 2023 compared to the amount paid by all other consumers who made Qualifying Purchases.

You are receiving this Notice because Google's internal records show that you may have made a Qualifying Purchase using a Google payments profile "Legal Address" located in one of 50 States, the District of Columbia, Puerto Rico, or the Virgin Islands.

If the "Legal Address" listed in your Google payments profile at the time you made a Qualifying Purchase is in one of 50 States, the District of Columbia, Puerto Rico, or the Virgin Islands, then you are a member of this Action and you are eligible to receive a payment from the settlement fund.

If you are covered by this Action, you **may not have to do anything** to receive a payment from the Settlement Fund. If the email address associated with your Google Play account matches an email address associated with a PayPal or Venmo account, then the payments will be made directly to that account. If the email address associated with your Google Play account does not match an email address associated with a PayPal or Venmo account, then you have the option to create a new account, send the payment to an account at another address, or select another payment

---

[1*] "*Parens Patriae*" is a legal term for a case where state attorneys general bring claims on behalf of people living in their states at the time they were impacted by the allegedly unlawful conduct.

mechanism. If the email address associated with your Google Play account is no longer active, you may submit a claim. Instructions on how to do that can be found at www.XXXXXXXX.com.

By receiving a payment, you will be releasing Google from certain claims identified in the Settlement Agreement.

If you want to object to the Settlement, then you **must** file a written objection on or before _____ __, 202_. To learn more about the process for making objections, go to www.XXXXXXXX.com.

If you **do not** want to receive a payment from the Settlement Fund and you want to bring your own case against Google, then you **must** submit a request to be excluded on or before _____ __, 202_. To learn more about or to submit a request for exclusion, go to www.XXXXXXXX.com.

An administrator appointed by the Court is sending this Summary Notice. To view the full Notice approved by the Court, and for more information about the Action, including certain important Court filings, go to www.XXXXXXXX.com or contact the administrator at (800) XXX-XXXX or by email to XXXXX@XXXXXXXXX.

BY ORDER OF THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
