1  Brendan Benedict (*pro hac vice*)
   BENEDICT LAW GROUP PLLC
2  515 Madison Avenue, 31st Floor
   New York, NY 10022
3  (212) 287-9501
   brendan@benedictlawgroup.com
4
   *Attorney for Plaintiff State of Utah*
5

6
7                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
8                        SAN FRANCISCO DIVISION

9
10 | IN RE GOOGLE PLAY STORE | Case No. 3:21-md-02981-JD |
   | ANTITRUST LITIGATION | |
11 | | |
   | THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF** |
12 | | **COUNSEL** |
   | *State of Utah et al. v. Google LLC et al.*, | |
13 | Case No. 3:21-cv-05227-JD | Judge: Hon. James Donato |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE
2  TAKE NOTICE that, under Civil Local Rule 11-5(a), Brendan Benedict, serving as a Special
3  Assistant Attorney General in the Utah Office of the Attorney General in the above-captioned
4  litigation, withdraws his appearance as counsel for Utah.

5  Utah and the Google Play customers who live there will continue to be represented by
6  other counsel of record.

Dated: January 5, 2024

Respectfully submitted,

Brendan Benedict (*pro hac vice*)
BENEDICT LAW GROUP PLLC
515 Madison Avenue, 31st Floor
New York, NY 10022
(212) 287-9501
brendan@benedictlawgroup.com