1  DANIEL D. DOUGLAS (SBN 328280)
   DDouglas@FoxRothschild.com
2  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
3  San Francisco, California 94104-2670
   Telephone:    (415) 364-5540
4  Facsimile:    (415) 391-4436

5  Attorneys for Non-Party
   Valve Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case Nos. |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | 3:21-md-02981-JD<br>3:20-cv-05671-JD<br>3:20-cv-05761-JD |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | 3:21-cv-05227-JD<br>3:22-cv-02746-JD |
| *Match Group, LLC, et al, v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | **NOTICE OF CHANGE IN COUNSEL** |

PLEASE TAKE NOTICE that Daniel D. Douglas of Fox Rothschild LLP, appearing as counsel of record and substituting as counsel for Dwight Donovan for non-party Valve Corporation in this action.

Dated: January 10, 2024.

FOX ROTHSCHILD LLP

By s/DANIEL D. DOUGLAS
   DANIEL D. DOUGLAS

By s/DWIGHT C. DONOVAN
   DWIGHT C. DONOVAN

Attorneys for Non-Party Valve Corporation