1  Brendan P. Glackin (SBN 199643)
   bglackin@agutah.gov
2  **OFFICE OF THE UTAH ATTORNEY GENERAL**
3  160 E 300 S, 5th Floor
   PO Box 140872
4  Salt Lake City, UT 84114-0872
   Telephone: (801) 366-0260

5

6

7

8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
12 | | |
13 | THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
14 | *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
15 | | Judge: Hon. James Donato |

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned Attorney Brendan P. Glackin hereby withdraws as counsel of record for the State of Utah in the above captioned litigation and respectfully requests that his name be removed from all applicable service lists, including Notices of Electronic Filing.

The State of Utah will continue to be represented by other counsel of record in this action.

Dated:  March 1, 2024                     Respectfully submitted,

By:     /s/ *Brendan P. Glackin*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Attorney for the State of Utah*