# UNITED STATES DISTRICT COURT
# FOR THE CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| **STATE OF UTAH, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE, LLC, et al.,** <br><br> Defendants. | Case No. 3:21-cv-05227-JD <br><br> HON. JAMES DONATO |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF RYAN FRASHER

The State of Indiana, by counsel, requests the Court grant leave to withdraw the appearance of Ryan Frasher as counsel for the State of Indiana, in the above-captioned matter. Mr. Frasher is no longer employed by the Office of the Indiana Attorney General.

The appearances of Matthew Michaloski, Christi Foust, Scott Barnhart, and Jesse Moore, on behalf of the State of Indiana, remain in effect and all pleadings, orders and entries should be served on them.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney Reg. No. 18857-49

By: */s/ Ryan Frasher*
Ryan Frasher
Deputy Attorney General
Attorney Reg. No. 27108-49

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                */s/: Ryan Frasher*
                                Ryan Frasher
                                Deputy Attorney General

Office of Indiana Attorney General Todd Rokita
Indiana Government Center South
302 W. Washington Street 5th Floor
Indianapolis, IN 46204
Telephone: 317-232-4956
Ryan.Frasher@atg.in.gov