UNITED STATES DISTRICT COURT
FOR THE CALIFORNIA NORTHERN DISTRICT

| STATE OF UTAH, et al., Plaintiffs, v. GOOGLE, LLC, et al. Defendants. | Case No. 3:21-cv-05227-JD<br><br>HON. JAMES DONATO |
|---|---|

## ORDER

**AND NOW**, this ___ day of April, 2024, it is hereby **ORDERED** that the Notice of Withdrawal of Appearance of Ryan Frasher as counsel for the State of Indiana is Granted and the appearance is **WITHDRAWN**. Counsel are reminded that as long as other counsel remain of record for a party, withdrawal may be effected by filing a notice and leave of court is not required.

It is so **ORDERED**.

BY THE COURT:

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

DATED: