ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
MICHAEL W. JORGENSON (SBN 201145)
Supervising Deputy Attorney General
CAROLYN D. JEFFRIES (SBN 319595)
Deputy Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
**OF CALIFORNIA**
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5843
E-mail: Paula.Blizzard@doj.ca.gov

*Attorneys for Plaintiff State of California*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD  *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | **UNOPPOSED ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATEMENT**  Judge: Hon. James Donato |

Plaintiffs in *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD ("States") respectfully request from the Court a four-week extension to the filing date for the joint statement requested in the Court's November 14, 2024 minute order, Dkt. No. 1056 in Case No. 21-md-02981.

Defendants Alphabet Inc., Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. ("Google") and counsel for the class this Court had originally certified in *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD ("Consumer Counsel") consent to this motion.

The States filed an Unopposed Motion to Give Notice of Proposed *Parens Patriae* Settlement on December 18, 2023. Dkt. No. 522 in Case No. 21-cv-5227. The Court held a hearing on that motion on February 26, 2024. Dkt. No. 944 in Case No. 21-md-02981. On April 17, 2024, the Parties filed supplemental briefs addressing particular topics regarding the Proposed *Parens Patriae* Settlement. Dkt. Nos. 548 and 549 in Case No. 21-cv-5227.

The Court held a status conference on the Unopposed Motion to Give Notice of Proposed *Parens Patriae* Settlement on November 14, 2024. Dkt. No. 1056 in Case No. 21-md-02981. Following that hearing, the Court directed the Parties to file a joint statement addressing the Proposed *Parens Patriae* Settlement's consistency with the permanent injunction entered in *Epic Games, Inc. v. Google LLC*, Dkt. No. 702 in Case No. 20-cv-05671-JD. *See id.*

The States request additional time to submit this joint statement because there are several new Attorneys General taking office in January, which has delayed the review and approval process in some cases.

The States therefore respectfully request an extension of time to file the joint statement ordered by the Court. In particular, the States request that the Court extend the due date for the joint statement by four weeks, so that the statement is due on February 10, 2025. Google consents to this extension.

DATED: January _7_, 2025

Respectfully submitted,

**OFFICE OF THE CALIFORNIA ATTORNEY GENERAL**

By:    /s/Paula L. Blizzard
        Paula L. Blizzard

*Counsel for the Plaintiff States*

**E-FILING ATTESTATION**

I, Paula L. Blizzard, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each signatory identified above has concurred in this filing.

/s/Paula L. Blizzard