UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>   *Defendants.* | Case No. 3:21-cv-05227-JD |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Commonwealth of Puerto Rico, by counsel, requests the Court grant leave to withdraw the appearance of Guarionex Díaz as counsel for the Plaintiff Commonwealth of Puerto Rico in the above captioned matters. Mr. Díaz is no longer employed by the Department of Justice of Puerto Rico. In support of this Motion, the undersigned represents that:

1. The Commonwealth of Puerto Rico will be represented by a fellow attorney of the Puerto Rico Department of Justice. Consequently, the undersigned counsel respectfully requests the Court to grant hum leave to withdraw as counsel of record for the Commonwealth of Puerto Rico

2. The undersigned also requests the Court to allow a new counsel to enter an appearance on behalf of the Commonwealth of Puerto Rico within thirty (30) days.

WHEREFORE, the undersigned respectfully requests the Court to grant him leave to withdraw as counsel of record for the Commonwealth of Puerto Rico and to allow a new counsel to enter an appearance on behalf of the Commonwealth of Puerto Rico within thirty (30) days.

Dated: July 22, 2025.

Respectfully Submitted,

Lourdes L. Gómez Torres
ATTORNEY GENERAL
COMMONWEALTH OF PUERTO RICO

*/s/  Guarionex Díaz Martínez*
Guarionex Díaz Martínez
RUA 20516
Assistant Attorney General, Antitrust Division Department of Justice of Puerto Rico
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel:    (787)721-2900 Ext. 1201
gdiaz@justicia.pr.gov

*Counsel for Plaintiff*
*Commonwealth of Puerto Rico*

## CERTIFICATE OF SERVICE

I certify that on July 22, 2025, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the CM/ECF system.

/s/Guarionex Díaz Martínez
Guarionex Díaz Martínez
Assistant Attorney General