Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 13th St. NW
Washington, D.C. 20001
Telephone: (202) 637-5600

*Counsel for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Lauren N. Beck, S.B. #343375
lauren.beck@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*State of Utah v. Google LLC,* Case No. 3:21-cv-05227-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION TO RESCHEDULE OCTOBER 30 HEARING ON INJUNCTION COMPLIANCE AND STATE AND CONSUMER SETTLEMENT**<br><br>Date: October 30, 2025<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

**ADMINISTRATIVE MOTION**

Defendants Google LLC et al. ("Google") respectfully request that the upcoming October 30, 2025 status conference ("the Hearing"), MDL Dkt No. 1100, be rescheduled to a different date. Google has conferred with counsel for Epic, States, and Consumers, who do not oppose rescheduling the hearing. All counsel are also available the following Thursday, November 6, as well as Wednesday, November 5.

On Tuesday, September 23, 2025, the Court issued an order setting a status conference for October 30, 2025, to discuss "the steps needed to implement the Court's injunction" in *Epic Games, Inc. v. Google LLC*, and the proposed settlement in the State and consumer plaintiffs' actions. Glenn Pomerantz, who will be Google's lead counsel at the Hearing, has a preexisting conflict that affects his ability to attend the Hearing. Specifically, Mr. Pomerantz is an honoree at the Los Angeles Legal Foundation's Access to Justice dinner, which will occur on the evening of October 29, 2025, in Los Angeles, California. Mr. Pomerantz has family coming from out of town who will be remaining in Los Angeles on October 30. In addition, although Mr. Pomerantz could attempt to take an early flight to San Francisco the morning of the Hearing, there is a risk of delay, which would inconvenience the Court as well as all other counsel attending the Hearing.

In light of the above conflict, Google respectfully requests that the Hearing be rescheduled. Google has conferred with the States, Consumers, and Epic, and counsel for all three parties do not oppose rescheduling the Hearing. Google has also conferred with counsel in this case regarding their availability, and requests that the Hearing be rescheduled to any time on Thursday, November 6. Alternatively, if the Court were willing to reschedule the Hearing on a date other than a Thursday, all counsel are available any time on Wednesday, November 5.

Pursuant to Local Rules 7-11 and 7-12, this motion is supported by an accompanying stipulation and proposed order.

DATED: October 1, 2025                    Respectfully submitted,

By:    */s/ Glenn D. Pomerantz*
            Glenn D. Pomerantz

**MUNGER TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Jonathan I. Kravis
Justin P. Raphael
Dane Shikman
Lauren N. Beck

-2-
DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD