| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE<br> & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 591-7500<br><br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com<br>Michael J. Zaken (*pro hac vice*)<br>mzaken@cravath.com<br>M. Brent Byars (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>Two Manhattan West<br>375 Ninth Ave<br>New York, New York 10001<br>Telephone: (212) 474-1000<br><br>*Attorneys for Plaintiff Epic Games, Inc.* | Paula L. Blizzard (SBN 207920)<br>paula.blizzard@doj.ca.gov<br>**OFFICE OF THE CALIFORNIA<br>ATTORNEY GENERAL**<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Telephone: 415-510-4400<br><br>*Counsel for the Plaintiff States*<br><br>Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>*Counsel for Defendants Google LLC et al.*<br><br>[Additional counsel appear on signature page] |

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*State of Utah v. Google LLC,* Case No. 3:21-cv-05227-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE OCTOBER 30 HEARING ON INJUNCTION COMPLIANCE AND STATE AND CONSUMER SETTLEMENT**<br><br>Date:  October 30, 2025<br>Time:  10:00 a.m.<br>Courtroom:  11, 19th Floor<br>Judge: Hon. James Donato |

Case No. 3:20-cv-05671-JD

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

WHEREAS, on Tuesday, September 23, 2025, the Court issued an order setting a status conference for October 30, 2025 ("the Hearing") to discuss "the steps needed to implement the Court's injunction" in *Epic Games, Inc. v. Google LLC*, and the proposed settlement in the States' and consumers' actions, MDL Dkt. No. 1100;

WHEREAS, Glenn D. Pomerantz, lead counsel for Defendants Google LLC et al. ("Google"), who is taking the lead at the hearing for Google, has a preexisting conflict that affects his ability to attend the Hearing. Specifically, Mr. Pomerantz is an honoree at the Los Angeles Legal Foundation's Access to Justice dinner, which will occur on the evening of October 29, 2025 in Los Angeles, California. Mr. Pomerantz has family coming from out of town who will be remaining in Los Angeles on October 30. In addition, although Mr. Pomerantz could attempt to take an early flight to San Francisco the morning of the Hearing, there is a risk of delay, which would inconvenience the Court as well as all other counsel attending the hearing.

WHEREAS, in light of the above conflict, Google respectfully requests that the Court's hearing of October 30 be rescheduled;

WHEREAS, counsel for Google has conferred with counsel for the States, Consumers, and Epic regarding their availability and all counsel are available the following Thursday, November 6, 2025. In addition, if the Court were willing to reschedule the Hearing for a date other than a Thursday, all counsel are available on Wednesday, November 5, 2025.

NOW, THEREFORE, IT IS HEREBY STIPUATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT:

- The October 30 status conference, MDL Dkt. No. 1100, shall be vacated; and
- The Hearing shall be re-set for November 6, 2025.

DATED:  October 1, 2025          MUNGER TOLLES & OLSON LLP
                                 Glenn D. Pomerantz

                                 Respectfully submitted,

                                 By:    /s/ Glenn D. Pomerantz
                                        Glenn D. Pomerantz

                                 *Counsel for Defendants Google LLC et al.*

DATED:  October 1, 2025          BARTLIT BECK LLP
                                 Karma M. Giulianelli

                                 KAPLAN FOX & KILSHEIMER LLP
                                 Hae Sung Nam

                                 Respectfully submitted,

                                 By:    /s/ Karma M. Giulianelli
                                        Karma M. Giulianelli

                                 *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

DATED:  October 1, 2025          OFFICE OF THE CALIFORNIA ATTORNEY
                                 GENERAL
                                     Paula L. Blizzard

                                 Respectfully submitted,

                                 By:    /s/ Paula L. Blizzard
                                        Paula L. Blizzard

                                 *Counsel for Plaintiff States*

| | |
|---|---|
| DATED:  October 1, 2025 | CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein |

Respectfully submitted,

By: ___*/s/ Gary A. Bornstein*___
                Gary A. Bornstein

*Counsel for Epic Games, Inc.*

# E-FILING ATTESTATION

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories and counsel for all Defendants have concurred in this filing.

                                            */s/ Glenn D. Pomerantz*
                                              Glenn D. Pomerantz

-4-

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD