ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
MICHAEL W. JORGENSON (SBN 201145)
Supervising Deputy Attorney General
BRIAN D. WANG (SBN 284490)
CAROLYN D. JEFFRIES (SBN 319595)
Deputy Attorneys General
**OFFICE OF THE ATTORNEY GENERAL
OF CALIFORNIA**
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4400
  Fax: (415) 703-5843
  E-mail: Brian.Wang@doj.ca.gov
*Counsel for Plaintiff State of California*

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-cv-05227-JD |
| THIS DOCUMENT RELATES TO:<br><br>*State of Utah et al. v. Google LLC* et al., Case No. 3:21-cv-05227-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | **PLAINTIFF STATES' UNOPPOSED MOTION TO SHORTEN TIME**<br><br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor<br>Date: August 20, 2026 at 11:00 a.m. |

Pursuant to Local Rule 6-3(a), Plaintiff States request that the Court shorten the time to hear Plaintiff States' concurrently filed Motion for Consideration of Updated Proposed Final Approval Order ("Motion").

The underlying Motion is a short proposal regarding a potential procedural change to the distribution process that may allow Eligible Consumers to receive funds sooner. Plaintiff States have met and conferred with both Google and Consumer Counsel, and neither opposes this Motion to Shorten Time, and neither opposes the underlying Motion for Consideration of Updated Proposed Final Approval Order.

No party plans to file any additional briefing regarding this Motion to Shorten Time or the underlying Motion for Consideration of Updated Proposed Final Approval Order, and there is no reason for the 35-day back-and-forth briefing schedule in Local Rule 7-2(a) to apply here. Counsel for Plaintiff States, Google, and Consumers are all available on August 20, 2026 at 11:00 a.m to be heard before the Court.

Therefore, Plaintiff States respectfully seek a hearing date for the underlying Motion on August 20, 2026.

Dated:  August 6, 2026

Respectfully submitted,

**OFFICE OF THE CALIFORNIA ATTORNEY GENERAL**

By:    */s/ Brian D. Wang*
Paula L. Blizzard
Michael W. Jorgenson
Brian D. Wang
Carolyn D. Jeffries

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

By:    */s/ Jayme L. Weber*
Jayme L. Weber

**OFFICE OF THE NEW YORK ATTORNEY GENERAL**

By:    */s/ Elinor Hoffmann*
Elinor Hoffmann

**OFFICE OF THE NORTH CAROLINA DEPARTMENT OF JUSTICE**

By:    */s/ Kunal Choksi*
Kunal Choksi

**OFFICE OF THE UTAH ATTORNEY GENERAL**

- 1 -

PLAINTIFF STATES' UNOPPOSED MOTION TO SHORTEN TIME

By:   */s/ Marie W.L. Martin*
Marie W.L. Martin

**OFFICE OF THE TENNESSEE ATTORNEY GENERAL AND REPORTER**

By:   */s/ S. Ethan Bowers*
S. Ethan Bowers
Tyler T. Corcoran

*Counsel for the Plaintiff States*

Case No. 3:21-cv-05227-JD
PLAINTIFF STATES' UNOPPOSED MOTION TO SHORTEN TIME

### E-FILING ATTESTATION

I, Brian D. Wang, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories identified above have concurred in this filing.


/s/ Brian D. Wang
Brian D. Wang

Case No. 3:21-cv-05227-JD

PLAINTIFF STATES' UNOPPOSED MOTION TO SHORTEN TIME