ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
MICHAEL W. JORGENSON (SBN 201145)
Supervising Deputy Attorney General
BRIAN D. WANG (SBN 284490)
CAROLYN D. JEFFRIES (SBN 319595)
Deputy Attorneys General
**OFFICE OF THE ATTORNEY GENERAL
OF CALIFORNIA**
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4400
  Fax: (415) 703-5843
  E-mail: Brian.Wang@doj.ca.gov
*Counsel for Plaintiff State of California*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-cv-05227-JD |
| THIS DOCUMENT RELATES TO: | **PLAINTIFF STATES' RE-NOTICE OF MOTION FOR CONSIDERATION OF UPDATED PROPOSED FINAL APPROVAL ORDER** |
| *State of Utah et al. v. Google LLC* et al., Case No. 3:21-cv-05227-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge: Hon. James Donato Courtroom: 11, 19th Floor Date: September 10, 2026 at 11:00 a.m. |

Case No. 3:21-cv-05227-JD

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 10, 2026, at 11:00 a.m. (or earlier if approved by the Court), in Courtroom 11 of the above-entitled Court, located on the 19th floor of 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable James Donato, the State Attorneys General (the "States"), will move the Court to consider an updated Proposed Order Granting Final Approval.

This Motion is based on this Re-notice of Motion, Plaintiff States' Unopposed Motion for Consideration of Updated Proposed Final Approval Order (3:21-cv-05227-JD, Dkt. 629), an updated Proposed Order Granting Final Approval of *Parens Patriae* Settlement (3:21-cv-05227-JD, Dkt. 629-1), a redline of the updated Proposed Order Granting Final Approval of *Parens Patriae* Settlement (3:21-cv-05227-JD, Dkt. 629-2), and a Motion to Shorten Time that respectfully requests an August 20, 2026 hearing date if possible. (3:21-cv-05227-JD, Dkt. 630). This Motion is also based on the pleadings, papers, and other documents on file in this action, and such other evidence and argument presented to the Court at or prior to any hearing in this matter.

Dated: August 10, 2026                    Respectfully submitted,

                                          **OFFICE OF THE CALIFORNIA
                                          ATTORNEY GENERAL**

                                          By: */s/ Brian D. Wang*
                                          Brian D. Wang

- 1 -                                     Case No. 3:21-cv-05227-JD

PLAINTIFF STATES' RE-NOTICE OF MOTION FOR CONSIDERATION OF UPDATED PROPOSED FINAL APPROVAL ORDER